AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

SPRINT COMMUNICATIONS COMPANY, L.P.,

    PLAINTIFF,

                    v.

THEGLOBE.COM, INC.
VOICEGLO HOLDINGS, INC., and
VONAGE HOLDINGS CORP.,

    DEFENDANTS.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-2433 JWL

TO: (Name and address of defendant)

THEGLOBE.COM, INC.
110 E. Broward Blvd.
Fort Lauderdale, Florida 33301

Served
Date 10-7-05 Time 325 PM
MICHAEL C. NOLAN NO. 111
is a certified process server
in the Circuit and County Courts
in and for the Second Judicial Circuit

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Trent Webb
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

October 4, 2005
DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me¹ | DATE 10-07-05 |
|---|---|
| NAME OF SERVER (PRINT) MICHAEL C NOLAN | TITLE CERTIFIED PROCESS SERVER |

Check *one* box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON THE REGISTERED AGENT — SERVED OPERATIONS SPECIALIST KEN FARMER AT 325PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-7-05
             Date                       Signature of Server

Address of Server: 7498 ANGLEWOOD LANE
TALLAHASSEE FL 32309

HATFIELD PROCESS SERVICE
*(www.hatfieldprocess.com)*
1669 Jefferson
Kansas City, MO 64108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 052433JWL

Plaintiff/Petitioner:
**SPRINT COMMUNICATIONS COMPANY, L.P.**
vs.
Defendant/Respondent:
**THEGLOBE.COM, ET. AL.**

For: Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.

Received by Hatfield Process Service on the **13th** day of **October, 2005** at **12:00 pm** to be served on **THEGLOBE.COM, INC., c/o Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301-2525**. I, Michael C Nolan, do hereby affirm that on the **14** day of **October**, 20**05** at **12:45 p**m., executed service by delivering a true copy of the First Amended Complaint with Exhibits "A-G" in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving **Brandon Groom**
as **OPERATIONS SPECIALIST** for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # **111**
Appointed in accordance
with State Statutes

**Hatfield Process Service**
Www.Hatfieldprocess.Com
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800
Our Job Serial Number: 2005010281

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j