**AFFIDAVIT OF SERVICE**



## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 05-2433 JWL

Plaintiff:
**SPRINT COMMUNICATIONS COMPANY, L.P.**

vs.

Defendant:
**THEGLOBE.COM, INC.**

For:
B. Trent Webb, Esq.
Shook, Hardy & Bacon, L.L.P.

Kansas City, MO 64108-2613

Received by Hatfield Process Service on the 7th day of October, 2005 at 11:00 am to be served on **VOICEGLO HOLDINGS, INC., R.A. CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324.**

I, Eric Deal, being duly sworn, depose and say that on the **7th day of October, 2005** at **1:30 pm, I:**

Served the within **Corporation** by delivering a true copy of the **Summons in a Civil Case and Complaint; Civil Cover Sheet with Exhibits A-G** with the date and hour of service endorsed thereon by me to **CT Corp.** as **Registered Agent**, pursuant to F.S. 48.081(3).

**Additional Information pertaining to this Service:**
For Contact, Donna Moch, Section Head Process for CT Corp.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Eric Deal
336

Subscribed and Sworn to before me on the 7th day of October, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

SANDRA L. CASSALIA
Comm# DD0298194
Expires 3/20/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

Hatfield Process Service
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800

Our Job Serial Number: 2005022965
Ref: 10022

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 05-2433-JWL

Plaintiff:
**SPRINT COMMUNICATIONS COMPANY, L.P.**

vs.

Defendant:
**THEGLOBE.COM, INC.**

For:
B. Trent Webb, Esq.
Shook, Hardy & Bacon, L.L.P.

Kansas City, MO 64108-2613

Received by Hatfield Process Service on the 14th day of October, 2005 at 10:00 am to be served on **VOICEGLO HOLDINGS, INC., R.A. CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324**.

I, Eric Deal, being duly sworn, depose and say that on the **14th day of October, 2005 at 1:12 pm, I:**

Served the within **Corporation** by delivering a true copy of the **First Amended Complaint With Exhibits** with the date and hour of service endorsed thereon by me to **CT Corp.** as **Registered Agent**, pursuant to F.S. 48.081(3).

**Additional Information pertaining to this Service:**
For Contact, Donna Moch, Section Head Process for CT Corp.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 14th day of October, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

Eric Deal
336

Hatfield Process Service
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800

Our Job Serial Number: 2005023546
Ref: 10285


SANDRA L. CASSALIA
Comm# DD0296194
Expires 3/20/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i