AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## *District of Kansas*

SPRINT COMMUNICATIONS COMPANY, L.P.,

    PLAINTIFF,

                v.

THEGLOBE.COM, INC.
VOICEGLO HOLDINGS, INC., and
VONAGE HOLDINGS CORP.,

    DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2433 JWL

TO: (Name and address of defendant)

VONAGE HOLDINGS CORP.
2147 Route 27
Edison, New Jersey 08817

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Trent Webb
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480

CLERK

(BY) DEPUTY CLERK

October 4, 2005

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE OCTOBER 7, 2005 |
| NAME OF SERVER (PRINT) TED CORDASCO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED VONAGE HOLDINGS CORP, C/O CORPORATION TRUST CO. REGISTERED AGENT
SERVED ON MARGE PHILLIPS, MANAGING AGENT AT CORPORATION TRUST COMPANY, AT 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/07/2005
Date

Signature of Server

1669 JEFFERSON, KANSAS CITY, MO
Address of Server

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
1669 Jefferson
Kansas City, MO 64108

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 052433JWL

Plaintiff/Petitioner:
**SPRINT COMMUNICATIONS COMPANY, L.P.**
vs.
Defendant/Respondent:
**THEGLOBE.COM, ET. AL.**

For: Gina Simone
     SHOOK HARDY & BACON

Received by Hatfield Process Service on the 13th day of October, 2005 at 12:00 pm to be served on **VONAGE HOLDINGS CORP., c/o Corporation Trust Company, 820 Bear Tavern Road, Trenton, New Jersey 08628.** I, TED CORDASCO, being duly sworn, depose and say that on the __14__ day of __OCTOBER__, 20__05__ at __10:10__ a.m., executed service by delivering a true copy of the Cover Letter, First Amended Complaint with Exhibits A-G in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving __MARGE PHILLIPS__
as __MANAGING AGENT__ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __14__ day of __October__, __2005__ by the affiant who is personally known to me.

_Carmen L. Molina_
NOTARY PUBLIC
CARMEN L. MOLINA
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 2/13/2009

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

Hatfield Process Service
Www.Hatfieldprocess.Com
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800
Our Job Serial Number: 2005010278

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j