Sprint Communications Company LP v. Vonage Holdings Corp., et al
Case 2:05-cv-02433-JWL   Document 6   Filed 10/19/2005   Page 1 of 1

Doc. 6
002

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  OCTOBER 14, 2005 |
| NAME OF SERVER (PRINT)   TED CORDASCO | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):  SERVED VONAGE AMERICA, INC AT CORPORATION SERVICE COMPANY REGISTERED AGENT FOR DEFENDANT AT 830 BEAR TAVERN ROAD, WEST TRENTON NJ, 08628., SERVED ON DENISE CAREK, MANAGING AGENT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/14/2005___
                Date

Signature of Server

1669 JEFFERSON, KANSAS CITY, MO
Address of Server

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
1669 Jefferson
Kansas City, MO 64108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.