IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS CO.          )
                                   )      Case No. 05-2433 JWL
                Plaintiff,         )
                                   )
vs.                                )
                                   )
VOICEGLO HOLDINGS, INC.            )
VONAGE AMERICA, INC.               )
VOPAGEE HOLDINGS, INC. and         )
THEGLOBE.COM, INC.                 )
                                   )
                Defendants.        )

CLERK'S ORDER EXTENDING TIME
TO ANSWER OR OTHERWISE PLEAD

Come now this 27th day of October, 2005, pursuant to D. Kan. Rule 77.2(a)(2), and being
informed that the Answer of defendants, Voiceglo Holdings and Theglobe.com, Inc. is due on
October 28,2 005, said defendants request an extension, until November 7, 2005, within which to
answer or otherwise plead.  Since the time originally described has not expired, it is hereby ordered
that said defendants be permitted until November 7, 2005, to answer or otherwise plead.

These defendants specifically reserve any and all defenses, including but not limited to any
and all jurisdictionally, service of process, or other defenses under Rule 12 of the Federal Rules of
Civil Procedure.

BY ORDER OF THE CLERK.

RALPH L. DELOACH, CLERK

By:___s/Jason Bruhn_____
      Deputy Clerk

Respectfully submitted,

_/s/ Scott C. Nehrbass_
Scott C. Nehrbass, #16285
FOULSTON SIEFKIN LLP
40 Corporate Woods, Suite 1050
9401 Indian Creek Parkway
Overland Park, KS 66210-2019
Telephone: (913) 498-2100
Fax: (866) 347-1472
Email: snehrbass@foulston.com

**Attorneys for Defendants**
**Voiceglo Holdings, Inc. and Theglobe.com, Inc.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served via first-class mail and electronic mail on this **27th** day of **October, 2005** to:

B. Trent Webb
SHOOK HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
Email: bwebb@shb.com

Attorneys for Plaintiff


_/s/ Scott C. Nehrbass_