### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC. <br> VOICEGLO HOLDINGS, INC., and <br> VONAGE HOLDINGS CORP. <br><br> Defendants. | Case No. 05-2433 JWL |

**DEFENDANT VONAGE HOLDINGS CORP.'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Vonage Holdings Corp. ("Vonage") hereby moves for enlargement of time within which to answer or otherwise plead to the First Amended Complaint. In support, Vonage states as follows:

1.  The original answer date for Vonage is October 27, 2005.

2.  The answer date for co-defendant Vonage America, Inc. ("Vonage America") is November 3, 2005.

3.  Vonage seeks an additional six (6) days within which to file its answer or other responsive pleading so that its answer or other responsive pleading is due on the same date as Vonage America's.

4.  Counsel for Vonage has conferred with plaintiff's counsel concerning this request for an enlargement of time. Plaintiff's counsel stated that it did not oppose this request for an enlargement of time.

WHEREFORE, for the foregoing reasons, Vonage respectfully requests an enlargement of time to file its answer or other responsive pleading to and including November 3, 2005.

Respectfully submitted,

PATRICK D. MCPHERSON
**DUANE MORRIS, LLP**
1667 K Street, N.W.
Washington, DC 20006-1608
Phone: (202) 776-5124
Fax: (202) 776-7801


 /s/ Don R. Lolli
DON R. LOLLI          KS Dist. #70236
PATRICK J. KAINE      KS #15594
**DYSART TAYLOR LAY**
**COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri 64111
Phone: (816) 931-2700
Fax: (816) 931-7377

**ATTORNEYS FOR DEFENDANT**
**VONAGE HOLDINGS CORP.**

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of October 2005 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court, to:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF**


 /s/ Don R. Lolli