IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., : <br> : <br> Plaintiff, : <br> : <br> - against - : <br> : <br> THEGLOBE.COM, INC., : <br> VOICEGLO HOLDINGS, INC., : <br> VONAGE HOLDINGS CORP., and : <br> VONAGE AMERICA, INC., : <br> : <br> Defendants. : | Case No. 05-2433 JWL |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Malcolm J. Duncan be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

FOULSTON SIEFKIN LLP

By *[signature: Scott C. Nehrbass]*
Scott C. Nehrbass, #16285
40 Corporate Woods, Suite 1050
9401 Indian Creek Parkway
Overland Park, KS 66210-2019
Telephone: (913) 498-2100
Fax: (866) 347-1472
Email: snehrbass@foulston.com

**Attorneys for Defendants**
**Voiceglo Holdings, Inc. and Theglobe.com, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., :
:
                         Plaintiff, :   Case No. 05-2433 JWL
:
- against - :
:
THEGLOBE.COM, INC., :
VOICEGLO HOLDINGS, INC., :
VONAGE HOLDINGS CORP., and :
VONAGE AMERICA, INC., :
:
                         Defendants. :

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Malcolm J. Duncan

2. I practice under the following firm name or letterhead:

    Name: Fried, Frank, Harris, Shriver & Jacobson LLP

    Address: One New York Plaza

    Telephone Number: (212) 859-8000

    Fax: (212) 859-4000

    Email address: **duncama@ffhsj.com**

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Illinois | 1999 | 6257519 |
| N.D. Ill. | 1999 | |
| Fed. Cir. | 2004 | |

ffny02\bednaje\519283.1

| | | |
|---|---|---|
| New York | 2005 | 4299178 |
| S.D.N.Y. | 2005 | MD2662 |
| E.D.N.Y. | 2005 | |

4.   I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.   I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.   I am in good standing in all bars of which I am a member.

7.   No disciplinary or grievance proceedings have been previously filed against me.

8.   No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.   I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.   Upon being admitted pro hac vice, or sooner if the Clerk will permit, I will forthwith register to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

ffny02\bednaje\519283.1

I, MALCOLM J. DUNCAN, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2005

_____
Malcolm J. Duncan