# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC. <br> VOICEGLO HOLDINGS, INC., and <br> VONAGE HOLDINGS CORP. <br><br> Defendants. | Case No. 05-2433 JWL |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Patrick D. McPherson** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Respectfully submitted,

 /s/ Don R. Lolli
DON R. LOLLI        KS Dist. #70236
PATRICK J. KAINE    KS #15594
**DYSART TAYLOR LAY**
**COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri 64111
Phone: (816) 931-2700
Fax: (816) 931-7377
**ATTORNEYS FOR DEFENDANTS**
**VONAGE HOLDINGS CORP.**
**and VONAGE AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify on this 3rd day of November 2005 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court, to:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Don R. Lolli