## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS CO., LP,

        Plaintiff,

v.                                                    No. 05-2433-JWL-DJW

theglobe.com, INC., et al.,

        Defendants.


## ORDER GRANTING MOTIONS FOR LEAVE TO APPEAR PRO HAC VICE

    Having considered the three Motions For Leave To Appear Pro Hac Vice filed on November 2, 2005 (docs. 9, 10, and 11), and for good cause shown, the Court finds that said motions should be sustained and that James W. Dabney, Malcolm J. Duncan, and Henry C. Lebowitz should be and hereby are admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

    If pro hac vice counsel have not already done so, counsel are directed to immediately register for electronic notification pursuant to the Court's Administrative Procedures by completing registration forms at www.ksd.uscourts.gov/features/forms/pdfforms/efilereg.pdf.

    IT IS SO ORDERED.

    Dated in Kansas City, Kansas on this 4th day of November, 2005.


                    s/ David J. Waxse
                    David J. Waxse
                    United States Magistrate Judge


cc:    All counsel and *pro se* parties

Dockets.Justia.com