DJW/bh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS CO., LP,**

        **Plaintiff,**                                **Civil Action**

**v.**                                    **No.  05-2433-JWL-DJW**

**theglobe.com, Inc., et al.,**

        **Defendants.**

### ORDER GRANTING MOTIONS FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motions For Leave To Appear Pro Hac Vice filed on November 3, 2005

(docs. 15 and 16), and for good cause shown, the Court finds that said motions should be granted and that

Patrick D. McPherson and Patrick C. Muldoon should be and hereby are admitted to practice in the

United States District Court for the District of Kansas for purposes of this case only.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 8th day of November, 2005.

                                  s/ David J. Waxse
                                  David J. Waxse
                                  United States Magistrate Judge

cc:     All counsel and *pro se* parties

Dockets.Justia.com