# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC. <br> VOICEGLO HOLDINGS, INC., and <br> VONAGE HOLDINGS CORP. <br><br> Defendants. | Case No. 05-2433 JWL |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice (doc. 18) filed November 3, 2005 and for good cause shown, the Court finds that said motion should be sustained and that **Barry Golob** should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

IT IS SO ORDERED.

Dated this 8th day of November, 2005.

                                                 s/ David J. Waxse
                                                 David J. Waxse
                                                 U.S. Magistrate Judge

cc:    All counsel and pro se parties