# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC. <br> VOICEGLO HOLDINGS, INC., <br> VONAGE HOLDINGS CORP. and <br> VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

**UNOPPOSED MOTION OF DEFENDANTS VONAGE HOLDING CORP. AND VONAGE AMERICA, INC. FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS TO STRIKE AND/OR DISMISS <u>CERTAIN AFFIRMATIVE DEFENSES AND COUNTERCLAIMS</u>**

COME NOW Defendants Vonage Holdings Corp. and Vonage America, Inc. and hereby move the Court for a seven (7) day extension of time within which to respond to plaintiff's Motions to Strike and/or Dismiss Certain Affirmative Defenses and Counterclaims ("Motion").

1.  Plaintiff's Motions were filed on November 23, 2005. These defendants responses were originally due on or before December 16, 2005.

2.  These defendants seek an additional seven (7) days within which to file their responses.

3.  Counsel for these defendants and plaintiff have conferred. Plaintiff's counsel does not oppose this request.

WHEREFORE, for the foregoing reasons, defendants Vonage Holdings Corp. and Vonage America, Inc. respectfully request an additional seven (7) days to and including December 23, 2005 within which to file their responses to plaintiff's Motions.

Respectfully submitted,

PATRICK D. MCPHERSON
**DUANE MORRIS, LLP**
1667 K Street, N.W.
Washington, DC 20006-1608
Phone: (202) 776-5124
Fax: (202) 776-7801


 /s/ Patrick J. Kaine
DON R. LOLLI            KS Dist. #70236
PATRICK J. KAINE    KS #15594
**DYSART TAYLOR LAY**
**COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri 64111
Phone: (816) 931-2700
Fax: (816) 931-7377

**ATTORNEYS FOR DEFENDANT**
**VONAGE HOLDINGS CORP.**

## CERTIFICATE OF SERVICE

I hereby certify on this 15th day of December 2005 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court, to:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF**

 /s/ Patrick J. Kaine