IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Case No. 05-2433-JWL-DJW
                                    )
THEGLOBE.COM, INC.,                 )
VOICEGLO HOLDINGS, INC.,            )
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )
                                    )
        Defendants.                 )
_____)

**STIPULATED MOTION FOR A TWO WEEK EXTENSION OF THE DATES SET FORTH IN THE COURT'S INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Plaintiff and Defendants respectfully request a two (2) week extension of the dates set forth in the Court's Initial Order Regarding Planning and Scheduling as detailed below. In support of this motion, the parties state as follows:

1. This Court's Order schedules a telephonic Rule 26(f) conference for January 4, 2006 at 2:00p. The Order mandates the parties conduct a planning conference by December 21, 2005 and submit a report of the results of that planning conference to this Court by December 28, 2005.

2. Numerous conflicting scheduling issues will preclude the completion of a planning conference by December 21, 2005 and will preclude the submission of a report of the planning conference by December 28, 2005.

1834551v1

1

3. The parties respectfully request that each of the Court's deadlines be extended for two (2) weeks, as follows:

Parties' planning conference: To be completed by **January 4, 2006.**

Report on planning conference: To be submitted by **January 11, 2006.**

Telephonic Rule 26 (f) conference: **January 18, 2006**, at a time convenient to the Court.

4. This is a joint motion of all parties and is not being sought for vexatious purposes or to delay.

5. There is no prejudice to any party as a result of this request.

WHEREFORE, for good cause shown, Plaintiff and Defendants respectfully request the Court grant this motion and extend the deadlines set forth in the Initial Order Regarding Planning and Scheduling.

Dated: December 15, 2005            Respectfully submitted,

/s/ Adam P. Seitz
Adam P. Seitz
Eric A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF
SPRINT COMMUNICATIONS COMPANY L.P.


/s/ Scott C. Nehrbass
James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP

2

1834551v1

40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
ATTORNEYS FOR DEFENDANTS
theglobe.com and VOICEGLO HOLDINGS, Inc.


/s/ Patrick J. Kaine
Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP. and
VONAGE AMERICA, INC.

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2005, a copy of the above and foregoing JOINT MOTION FOR MODIFICATION OF THE COURT'S INITIAL ORDER REGARDING PLANNING AND SCHEDULING was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to notice.

\_\_/s/ Adam P. Seitz_____
Attorney for Plaintiff