# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff,  ) | Case No. 05-2433 JWL |
| ) | |
| - against -  ) | |
| ) | |
| THEGLOBE.COM, INC., ) | |
| VOICEGLO HOLDINGS, INC., ) | |
| VONAGE HOLDINGS CORP., and ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS THEGLOBE.COM, INC. AND VOICEGLO HOLDING, INC.'S MOTION TO DROP MISJOINED PARTIES AND SEVER CLAIMS FOR SEPARATE PROCEEDINGS

COMES NOW Defendants Theglobe.com, Inc. ("TGCI") and Voiceglo Holdings, Inc. ("Voiceglo") and, pursuant to Federal Rules of Civil Procedure 20 and 21, respectfully move the Court for an Order (a) dropping TGCI and Voiceglo from this action on grounds of misjoinder, and (b) severing plaintiff's claims against TGCI and Voiceglo from those asserted against Vonage Holdings Corp. and Vonage America, Inc. (collectively, the "Vonage Defendants") for separate proceedings.

In support of their motion, Defendants TGCI and Voiceglo respectfully submit the accompanying memorandum in support.

WHEREFORE, Defendants TGCI and Voiceglo respectfully request that the Court issue an Order (a) dropping TGCI and Voiceglo from this action on grounds of misjoinder, and (b) severing plaintiff's claims against TGCI and Voiceglo from those asserted against the Vonage Defendants for separate proceedings.

FOULSTON SIEFKIN LLP

By /s/ Scott C. Nehrbass
    James D. Oliver (#8604)
    Scott C. Nehrbass ( #16285)
40 Corporate Woods, Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913-498-2100
Fax: 913.498.2101
Email: joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM, INC. and VOICEGLO HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of December, 2005, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO 64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801
ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

                                                  /s/ Scott C. Nehrbass