IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-2433 JWL |
| | ) | |
| - against - | ) | |
| | ) | |
| THEGLOBE.COM, INC., | ) | |
| VOICEGLO HOLDINGS, INC., | ) | |
| VONAGE HOLDINGS CORP., and | ) | |
| VONAGE AMERICA, INC., | ) | |
| | ) | |
| Defendants. | 0 | |

**DECLARATION OF EDWARD A. CESPEDES**

1.   My name is Edward A. Cespedes. My business address is 110 East Broward Boulevard, 14th Floor, Fort Lauderdale, Florida 33301. I am the President Theglobe.com, Inc. ("TGCI"). I have been associated with TGCI since 1997 and have held my current position since June 2002. I have personal knowledge of the matters stated in this declaration.

2.   TGCI's principal place of business and registered office are located at 110 East Broward Boulevard, 14th Floor, Fort Lauderdale, Florida 33301. TGCI owns 100% of the issued and outstanding stock of Tglo.com, Inc. whose corporate name formerly was Voiceglo Holdings, Inc. ("Voiceglo"). Voiceglo is a corporation organized and existing under the laws of Delaware, having its principal place of business at 110 East Broward Boulevard, 11th Floor, Fort Lauderdale, Florida 33301.

3.   TGCI and Voiceglo have no connection or affiliation whatsoever with Vonage Holdings Corp. or Vonage America, Inc. (the "Vonage Defendants"). TGCI and Voiceglo have no knowledge whatsoever of the origin, development, location, or structure

Dockets.Justia.com

of whatever apparatus or instrumentalities that the Vonage Defendants own or utilize to carry on the activity complained of by the plaintiff in this action.

4.  TGCI and Voiceglo are informed and believe that one or both of the Vonage Defendants provide the products and services described at the Internet "web site" associated with the domain name www.vonage.com. TGCI and Voiceglo view the Vonage Defendants as business competitors of Voiceglo. TGCI and Voiceglo have no knowledge of the Vonage Defendants' business, legal, or marketing activities aside from what is publicly available in the marketplace.

5.  Voiceglo offers the products and services described in the Internet "web sites" associated with the domain names www.voiceglo.com and www.glophone.com. Voiceglo has made significant investments in hardware, software, and facilities permitting Voiceglo subscribers to send and receive voice data in "Internet Protocol" format and using the capabilities of pre-existing Internet "web browser" technology. The instrumentalities through which Voiceglo provides telecommunications services were developed by Voiceglo personnel and contractors over a period of years and without any involvement of the Vonage Defendants.

I, EDWARD A. CESPEDES, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 16, 2005

_____
Edward A. Cespedes