IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,

Plaintiff,

v.                                               Case No. 05-2433-JWL-DJW

THEGLOBE.COM, INC., et al.,

Defendants.

## **ORDER**

Before the Court is a Stipulated Motion for Modification of the Court's Initial Order Regarding Planning and Scheduling (doc. 30). The parties seek a two-week extension of time for each of the dates set forth in that Order.

Upon consideration of the request, and for good cause shown, the Motion is granted and the Initial Order Regarding Planning and Scheduling is revised as follows:

Parties' planning conference: To be completed by **January 4, 2006.**

Report on planning conference: To be submitted by **January 11, 2006.**

Telephonic Rule 26 (f) conference: **January 18, 2006**, **2:00 p.m.**

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 19th day of December, 2005.

s/ David J. Waxse
David J. Waxse
United States Magistrate Judge

cc:    All counsel and *pro se* parties