# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
        Plaintiff, )
)
        v. )   Case No. 05-2433-JWL-DJW
)
THEGLOBE.COM, INC., )
VOICEGLO HOLDINGS, INC., )
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
        Defendants. )
_____)

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS THEGLOBE.COM, INC. AND VOICEGLO HOLDING, INC.'S MOTION TO SEVER

Plaintiff Sprint Communications Company, L.P. ("Sprint"), by and through its undersigned counsel, respectfully requests an extension up to and including January 13, 2006 in which to file a Response to Defendants Theglobe.com, Inc.'s and Voiceglo Holdings, Inc.'s Motion to Drop Misjoined Parties and Sever Claims for Separate Proceedings. In support of its Motion, Sprint respectfully shows the Court as follows:

1. Defendants' motion was filed on Friday, December 16, 2005. A response to Defendants' motion is due on December 30, 2005.

2. Plaintiff seeks an extension up to and including January 13, 2006 in which to file a response to Defendants' motion.

3. Counsel for Plaintiff has conferred with Counsel for Defendants. Defendants' counsel does not object to this extension.

4. There is no prejudice to any party as a result of this request.

1

2

      5.      This Motion is not being filed for the purpose of delay.

WHEREFORE, Plaintiff Sprint Communications Company, L.P. moves for an extension up to and including January 13, 2006 in which to file a Response to Defendants' Motion to Drop Misjoined Parties and Sever Claims for Separate Proceedings. A Proposed Order has been submitted to the Court pursuant to the ECF Guidelines.

Dated: December 19, 2005                      Respectfully submitted,

/s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Adam P. Seitz, KS Bar No. 21059
Eric A. Buresh, KS Bar No. 19895
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF
SPRINT COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2005, a copy of the above and foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS THEGLOBE.COM, INC. AND VOICEGLO HOLDING, INC.'S MOTION TO DROP MISJOINED PARTIES AND SEVER CLAIMS FOR SEPARATE PROCEEDINGS was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to notice including:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM, INC. AND
VOICEGLO HOLDINGS, INC.


  /s/ Adam P. Seitz
Attorney for Plaintiff