# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SPRINT COMMUNICATIONS COMPANY** | : |
| Plaintiff | : |
| v. | : Case No. 05-2433 JWL |
| **THEGLOBE.COM, INC. ET AL** | : |
| Defendants/ | : |

## DEFENDANT VONAGE HOLDINGS CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Rule 7.1, Fed. R. Civ. P., Defendant, Vonage Holdings Corp. ("Vonage Holdings") hereby files its Disclosure Statement. Defendant Vonage Holdings is a privately held corporation, and no publicly held corporation owns 10% or more of Defendant Vonage Holdings' stock.

DATED:      December 21, 2005                Respectfully submitted,

                                                          Patrick D. McPherson
                                                          Barry P. Golob
                                                          Patrick C. Muldoon
                                                          **DUANE MORRIS LLP**
                                                          1667 K Street, NW, Suite 700
                                                          Washington, DC 20006-1608
                                                          Phone:  (202) 776-5124
                                                          Fax:  (202) 776-7801


                                                           /s/ Patrick J. Kaine
                                                          Don R. Lolli         KS Dist. #70236
                                                          Patrick J. Kaine     KS #15594
                                                          **DYSART TAYLOR LAY**
                                                          **COTTER & McMONIGLE, P.C.**
                                                          4420 Madison Avenue
                                                          Kansas City, Missouri 64111
                                                          Phone: (816) 931-2700
                                                          Fax:  (816) 931-7377

                                                          **ATTORNEYS FOR DEFENDANT**
                                                          **VONAGE HOLDINGS CORP.**

**CERTIFICATE OF SERVICE**

    I hereby certify on this 21st of December 2005 that a copy of the foregoing Defendant Vonage Holdings Corp.'s Corporate Disclosure Statement was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court, to:

| | |
|---|---|
| **Attorneys for Plaintiff** | B. Trent Webb<br>Adam P. Seitz<br>Eric A. Buresh<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Fax: (816) 421-5547<br>Email: bwebb@shb.com<br>Email: aseitz@shb.com<br>Email: eburesh@shb.com |
| **Attorneys for Defendants theglobe.com and Voiceglo Holdings, Inc.** | Henry C. Lebowitz<br>James W. Dabney<br>Malcolm J. Duncan<br>FRIED, FRANK, HARRIS, SHIVER<br> & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>Fax: (212) 859-4000<br>Email: lebowhe@ffhsj.com<br>Email: dabnejam@ffhsj.com<br>Email: duncama@ffhsj.com<br><br>James D. Oliver<br>Scott C. Nehrbass<br>FOULSTON SIEFKIN LLP<br>40 Corporate Woods - Ste. 1050<br>9401 Indian Creek Parkway<br>Overland Park, KS 66210<br>Fax: (913) 498-2101<br>Email: joliver@foulston.com<br>Email: snehrbass@foulston.com |

    /s/ Patrick J. Kaine
**ATTORNEYS FOR DEFENDANT
VONAGE HOLDINGS CORP.**