IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS COMPANY**

    Plaintiff

v.

**THEGLOBE.COM, INC. ET AL**

    Defendants/

Case No. 05-2433 JWL

**DEFENDANT VONAGE AMERICA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the provisions of Rule 7.1, Fed. R. Civ. P., Defendant, Vonage America, Inc. ("Vonage America") hereby files its Disclosure Statement. Defendant Vonage America is a wholly owned subsidiary of Vonage Holdings Corp., a privately held corporation. No other corporation owns 10% or more of Defendant Vonage America's stock.

Dockets.Justia.com

DATED:     December 21, 2005                    Respectfully submitted,

                                                    Patrick D. McPherson
Barry P. Golob
Patrick C. Muldoon
**DUANE MORRIS LLP**
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
Phone: (202) 776-5124
Fax: (202) 776-7801


/s/ Patrick J. Kaine
Don R. Lolli           KS Dist. #70236
Patrick J. Kaine       KS #15594
**DYSART TAYLOR LAY**
**COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri 64111
Phone: (816) 931-2700
Fax: (816) 931-7377

**ATTORNEYS FOR DEFENDANT**
**VONAGE AMERICA, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify on this 21st of December, 2005 that a copy of the foregoing Defendant Vonage America, Inc.'s Corporate Disclosure Statement was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court, to:

| | |
|---|---|
| **Attorneys for Plaintiff** | B. Trent Webb<br>Adam P. Seitz<br>Eric A. Buresh<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Fax: (816) 421-5547<br>Email: bwebb@shb.com<br>Email: aseitz@shb.com<br>Email: eburesh@shb.com |
| **Attorneys for Defendants**<br>**theglobe.com and**<br>**Voiceglo Holdings, Inc.** | Henry C. Lebowitz<br>James W. Dabney<br>Malcolm J. Duncan<br>FRIED, FRANK, HARRIS, SHIVER<br> & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>Fax: (212) 859-4000<br>Email: lebowhe@ffhsj.com<br>Email: dabnejam@ffhsj.com<br>Email: duncama@ffhsj.com<br><br>James D. Oliver<br>Scott C. Nehrbass<br>FOULSTON SIEFKIN LLP<br>40 Corporate Woods - Ste. 1050<br>9401 Indian Creek Parkway<br>Overland Park, KS 66210<br>Fax: (913) 498-2101<br>Email: joliver@foulston.com<br>Email: snehrbass@foulston.com |

  /s/ Patrick J. Kaine
**ATTORNEYS FOR DEFENDANT**
**VONAGE AMERICA, INC.**