# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> - against - ) <br> ) <br> THEGLOBE.COM, INC., ) <br> VOICEGLO HOLDINGS, INC., ) <br> VONAGE HOLDINGS CORP., and ) <br> VONAGE AMERICA, INC., ) <br> ) <br> Defendants. ) | Case No. 05-2433 JWL |

## DEFENDANTS THEGLOBE.COM, INC. AND VOICEGLO HOLDINGS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Theglobe.com, Inc ("TGCI") and Voiceglo Holdings, Inc. ("Voiceglo") hereby declare the following:

(a) Defendant TGCI is a publicly held corporation;

(b) No corporation owns 10% or more of Defendant TGCI's stock;

(c) Defendant Voiceglo is a wholly owned subsidiary of Defendant TGCI;

(d) No corporation, other than Defendant TGCI, owns 10% or more of Defendant Voiceglo's stock.

Dated: December 27, 2005

                FOULSTON SIEFKIN LLP

                By */s Scott C. Nehrbass*
                    James D. Oliver (#8604)
                    Scott C. Nehrbass ( #16285)
                40 Corporate Woods, Suite 1050
                9401 Indian Creek Parkway
                Overland Park, Kansas 66210
                Telephone: 913-498-2100
                Fax: 913.498.2101
                Email: joliver@foulston.com
                Email: snehrbass@foulston.com

                James W. Dabney (admitted pro hac vice)
                Henry C. Lebowitz (admitted pro hac vice)
                Malcolm J. Duncan (admitted pro hac vice)
                FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
                One New York Plaza
                New York, New York 10004
                Telephone: 212.859.8000
                Fax: 212.859.4000
                Email: dabnejam@ffhsj.com
                Email: lebowhe@ffhsj.com
                Email: duncama@ffhsj.com

                ATTORNEYS FOR DEFENDANTS
                THEGLOBE.COM, INC. and VOICEGLO
                HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of December, 2005, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801
ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

                                                         /s/ Scott C. Nehrbass