## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,     ) | |
| ) | |
| Plaintiff,    ) | Case No. 05-2433 JWL |
| ) | |
| v.    ) | |
| ) | |
| THEGLOBE.COM, INC.,    ) | |
| VOICEGLO HOLDINGS, INC.,    ) | |
| VONAGE HOLDINGS CORP., and    ) | |
| VONAGE AMERICA, INC.,    ) | |
| ) | |
| Defendants.    ) | |

## <u>NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure, defendant Voiceglo Holdings, Inc. will take the deposition upon oral

examination of the plaintiff, Sprint Communications Company L.P. ("SCC"), by a person

having knowledge of the following matters:

1.  The preparation and filing of Application No. 09/082,048.

2.  The preparation and filing of Application No. 10/002,850.

3.  The preparation and filing of Application No. 09/082,182.

4.  The preparation and filing of Application No. 09/499,874.

5.  The preparation and filing of Application No. 09/353,401.

6.  The preparation and filing of Application No. 09/504,408.

7.  The preparation and filing of Application No. 10/212,503.

8.  The preparation and filing of amendments to claims made in the applications

identified in paragraphs 1-7, above.

9.    The deposition will proceed at the offices of Foulston, Siefkin LLP, 40 Corporate

Woods, Suite 1050, 9401 Indian Creek Parkway, Overland Park, Kansas 66210, commencing at

10:00 a.m. on January 19, 2006, and continuing thereafter from day-to-day until concluded.  The

deposition will be recorded stenographically and on videotape.  You are invited to attend and

cross-examine.

Dated:    January 6, 2006

        FOULSTON SIEFKIN LLP


        By: /s/ Scott C.Nehrbass
            James D. Oliver (#8604)
            Scott C. Nehrbass ( #16285)
        40 Corporate Woods, Suite 1050
        9401 Indian Creek Parkway
        Overland Park, Kansas 66210
        Telephone: 913-498-2100
        Fax: 913.498.2101
        Email: joliver@foulston.com
        Email: snehrbass@foulston.com


        James W. Dabney (admitted pro hac vice)
        Henry C. Lebowitz (admitted pro hac vice)
        Malcolm J. Duncan (admitted pro hac vice)
        FRIED, FRANK, HARRIS, SHRIVER &
        JACOBSON LLP
        One New York Plaza
        New York, New York 10004
        Telephone: 212.859.8000
        Fax: 212.859.4000
        Email: dabnejam@ffhsj.com
        Email: lebowhe@ffhsj.com
        Email: duncama@ffhsj.com

        ATTORNEYS FOR DEFENDANTS
        THEGLOBE.COM, INC. and VOICEGLO
        HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2006, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Barry Golob
 bgolob@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801

ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

/s/ Scott C. Nehrbass

ffny02\dabnejam\523048.1