**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

SPRINT COMMUNICATIONS COMPANY L.P.,  )
                                            )
              Plaintiff,            )
                                            )
             v.                )      Case No. 05-2433-JWL
                                            )
THEGLOBE.COM, INC.,               )
VOICEGLO HOLDINGS, INC.,        )
VONAGE HOLDINGS CORP.,         )
VONAGE AMERICA, INC.,          )
                                            )
              Defendants.      )
_____)

**NOTICE OF SERVICE**

I hereby certify that on the 5th day of January, 2006, counsel for Plaintiff Sprint

Communications Company L.P. served true and accurate copies of the following on Defendants

as listed below.

Plaintiff served on Defendant theglobe.com, Inc.:

1.     Plaintiff Sprint Communications Company L.P.'s First Set of
Interrogatories to Defendant theglobe.com, Inc.

2.     Plaintiff Sprint Communications Company L.P.'s First Set of Requests for
the Production of Documents and Things to theglobe.com, Inc.

Plaintiff served on Defendant Voiceglo Holdings, Inc.:

1.     Plaintiff Sprint Communications Company L.P.'s First Set of
Interrogatories to Defendant Voiceglo Holdings, Inc.

2.     Plaintiff Sprint Communications Company L.P.'s First Set of Requests for
the Production of Documents and Things to Voiceglo Holdings, Inc.

Plaintiff served on Defendant Vonage Holdings Corp.:

1.     Plaintiff Sprint Communications Company L.P.'s First Set of
Interrogatories to Defendant Vonage Holdings Corp.

1848646v1

Dockets.Justia.com

2.      Plaintiff Sprint Communications Company L.P.'s First Set of Requests for the Production of Documents and Things to Vonage Holdings Corp.

Plaintiff served on Defendant Vonage America, Inc.:

1.      Plaintiff Sprint Communications Company L.P.'s First Set of Interrogatories to Defendant Vonage America, Inc.

2.      Plaintiff Sprint Communications Company L.P.'s First Set of Requests for the Production of Documents and Things to Vonage America, Inc.

Plaintiffs certify that the above were served via e-mail and First Class Mail to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and

2

Vonage America, Inc.

Respectfully Submitted,

Dated: January 6, 2006        /s/ Adam P. Seitz
                                  B. Trent Webb, KS Bar No. 15965
                                  Eric A. Buresh, KS Bar No. 19895
                                  Adam P. Seitz, KS Bar No. 21059
                                  SHOOK, HARDY & BACON LLP
                                  2555 Grand Blvd.
                                  Kansas City, Missouri 64108-2613
                                  816-474-6550 Telephone
                                  816-421-5547 Facsimile

                                  ATTORNEYS FOR PLAINTIFF SPRINT
                                  COMMUNICATIONS COMPANY L.P.

1848646v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th Day of January, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


_/s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.


4

1848646v1