IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No.  05-2433 JWL |

## DEFENDANTS VONAGE HOLDINGS CORP.'S CERTIFICATE OF SERVICE OF ITS RULE 26 INITIAL DISCLOSURES

COMES NOW Defendant Vonage Holdings Corp., by and through counsel, and submits to the Court that it sent by e-mail and U.S. Mail, postage pre-paid, Defendant Vonage Holdings Corp.'s Rule 26 Initial Disclosures, on the 19th day of January, 2006, to the following:

| **Attorneys for Plaintiff** | B. Trent Webb <br> Adam P. Seitz <br> Eric A. Buresh <br> SHOOK, HARDY & BACON LLP <br> 2555 Grand Boulevard <br> Kansas City, MO 64108-2613 <br> Fax: (816) 421-5547 <br> Email: bwebb@shb.com <br> Email: aseitz@shb.com <br> Email: eburesh@shb.com |
|---|---|
| **Attorneys for Defendants theglobe.com and Voiceglo Holdings, Inc.** | Henry C. Lebowitz <br> James W. Dabney <br> Malcolm J. Duncan <br> FRIED, FRANK, HARRIS, SHRIVER <br> & JACOBSON LLP <br> One New York Plaza <br> New York, NY 10004-1980 <br> Fax: (212) 859-4000 |

1

Dockets.Justia.com

|  | Email: lebowhe@ffhsj.com<br>Email: dabnejam@ffhsj.com<br>Email: duncama@ffhsj.com<br><br>James D. Oliver<br>Scott C. Nehrbass<br>FOULSTON SIEFKIN LLP<br>40 Corporate Woods - Ste. 1050<br>9401 Indian Creek Parkway<br>Overland Park, KS 66210<br>Fax: (913) 498-2101<br>Email: joliver@foulston.com<br>Email: snehrbass@foulston.com |
|---|---|

Respectfully submitted,

/s/ Patrick J. Kaine
Don R. Lolli				KS Dist. #70236
Patrick J. Kaine			KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com

*Attorneys for Defendant/ Counterclaim Plaintiff*
Vonage Holdings Corp.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January, 2006, the above and foregoing Certificate of Service of Initial Rule 26 Disclosures was electronically filed with the Court using the CM/ECF system.

/s/ Patrick J. Kaine
ATTORNEY FOR DEFENDANT

2