# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
         Plaintiff, )
)
    v. )   Case No. 05-2433-JWL
)
THEGLOBE.COM, INC., )
VOICEGLO HOLDINGS, INC., )
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
         Defendants. )
_____)

## NOTICE OF SERVICE

I hereby certify that on the 19th day of January, 2006, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of Sprint Communications Company L.P.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) on the Defendants listed below.

Plaintiffs certify that the above was served via e-mail and First Class Mail to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

1862603v1

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

                                          Respectfully Submitted,

Dated: January 20, 2006         /s/ Adam P. Seitz
                                        B. Trent Webb, KS Bar No. 15965
                                        Eric A. Buresh, KS Bar No. 19895
                                        Adam P. Seitz, KS Bar No. 21059
                                        SHOOK, HARDY & BACON LLP
                                        2555 Grand Blvd.
                                        Kansas City, Missouri 64108-2613
                                        816-474-6550 Telephone
                                        816-421-5547 Facsimile

                                        ATTORNEYS FOR PLAINTIFF SPRINT
                                        COMMUNICATIONS COMPANY L.P.

1862603v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th Day of January, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

1862603v1