IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

## DEFENDANT VONAGE AMERICA, INC.'S
## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 8th day of February 2006 that:

- Defendant Vonage America, Inc.'s Responses and Objections to Plaintiff Sprint Communications Company L.P.'s First Request for Production of Documents and Things; and

- Defendant Vonage America, Inc.'s Responses and Objections to Plaintiff Sprint Communications Company L.P.'s First Set of Interrogatories

were sent by e-mail on February 7, 2006 to:

| **Attorneys for Plaintiff** | B. Trent Webb <br> Adam P. Seitz <br> Eric A. Buresh <br> SHOOK, HARDY & BACON LLP <br> 2555 Grand Boulevard <br> Kansas City, MO 64108-2613 <br> Fax: (816) 421-5547 <br> Email: bwebb@shb.com <br> Email: aseitz@shb.com <br> Email: eburesh@shb.com |
|---|---|

1

Dockets.Justia.com

| | |
|---|---|
| **Attorneys for Defendants**<br>**theglobe.com and**<br>**Voiceglo Holdings, Inc.** | James W. Dabney<br>FRIED, FRANK, HARRIS, SHRIVER<br> & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>Fax: (212) 859-4000<br>Email: dabnejam@ffhsj.com |

Respectfully submitted,

/s/ Patrick J. Kaine
Don R. Lolli                KS Dist. #70236
Patrick J. Kaine            KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com

*Attorneys for Defendant/ Counterclaim Plaintiff*
Vonage America, Inc..