## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
        Plaintiff, )
)
v. )   Case No. 05-2433-JWL
)
THEGLOBE.COM, INC., )
VOICEGLO HOLDINGS, INC., )
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
        Defendants. )
_____)

## NOTICE OF SERVICE

      I hereby certify that on the 7th day of February, 2006, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants as listed below.

      Plaintiff served on Defendant theglobe.com, Inc.:

      Plaintiff Sprint Communications Company L.P.'s Second Set of Interrogatories to Defendant theglobe.com, Inc.

      Plaintiff served on Defendant Voiceglo Holdings, Inc.:

      Plaintiff Sprint Communications Company L.P.'s Second Set of Interrogatories to Defendant Voiceglo Holdings, Inc.

      Plaintiff served on Defendant Vonage Holdings Corp.:

      Plaintiff Sprint Communications Company L.P.'s Second Set of Interrogatories to Defendant Vonage Holdings Corp.

      Plaintiff served on Defendant Vonage America, Inc.:

      Plaintiff Sprint Communications Company L.P.'s Second Set of Interrogatories to Defendant Vonage America, Inc.

Plaintiff certifies that the above were served via e-mail and First Class Mail to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

          Respectfully Submitted,

Dated: February 8, 2006    /s/ Adam P. Seitz
          B. Trent Webb, KS Bar No. 15965
          Eric A. Buresh, KS Bar No. 19895
          Adam P. Seitz, KS Bar No. 21059
          SHOOK, HARDY & BACON LLP
          2555 Grand Blvd.
          Kansas City, Missouri 64108-2613
          816-474-6550 Telephone
          816-421-5547 Facsimile

          ATTORNEYS FOR PLAINTIFF SPRINT
          COMMUNICATIONS COMPANY L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

1886624v1