### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THEGLOBE.COM, INC., ) | |
| VOICEGLO HOLDINGS, INC., ) | Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SERVICE

I hereby certify that on the 7th day of February, 2006, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Voiceglo Holdings, Inc., Theglobe.com, Inc., Vonage America, Inc. and Vonage Holdings Corp. as listed below.

1. Plaintiff Sprint Communications Company L.P.'s Responses to Defendant Voiceglo Holdings, Inc.'s First Set of Interrogatories.

2. Plaintiff Sprint Communications Company L.P.'s Responses to Defendant Voiceglo Holdings, Inc.'s First Request for Documents and Things.

Plaintiff certifies that the above were served via e-mail and U.S. Mail to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

1877837v1

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


February 8, 2006                    Respectfully Submitted,


                                     /s/ Adam P. Seitz_____
                                    B. Trent Webb, KS Bar No. 15965
                                    Eric A. Buresh, KS Bar No. 19895
                                    Adam P. Seitz, KS Bar No. 21059
                                    SHOOK, HARDY & BACON LLP
                                    2555 Grand Blvd.
                                    Kansas City, Missouri 64108-2613
                                    816-474-6550 Telephone
                                    816-421-5547 Facsimile

                                    ATTORNEYS FOR PLAINTIFF SPRINT
                                    COMMUNICATIONS COMPANY L.P.

2

1877837v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

1877837v1