# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                  Plaintiff, )
)
          vs. )    Case No. 05-2433-JWL
)
THEGLOBE.COM, INC., )
VOICEGLO HOLDINGS, INC., )
VONAGE HOLDINGS CORP., and )
VONAGE AMERICA, INC., )
)
                  Defendants. )

## NOTICE OF SERVICE

I hereby certify that on this **11th** day of **February**, **2006**, one (1) CD-ROM, containing OCR-text-searchable TIFF formatted copies of the documents described in Theglobe.com, Inc., and Voiceglo Holdings, Inc.'s Initial Disclosures, was sent via Federal Express to the following:

B. Trent Webb
bwebb@shb.com
Eric A. Buresh
eburesh@shb.com
Jonathan N. Zerger
jzerger@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

                  Respectfully submitted,

                  FOULSTON SIEFKIN LLP

                  By  /s/Scott C. Nehrbass
                      James D. Oliver #8604
                      Scott C. Nehrbass #16285

40 Corporate Woods  Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913.498.2100
Fax: 913.498-2101
Email:  joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM and VOICEGLO
HOLIDINGS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this **13th** day of **February**, **2006** I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
bwebb@shb.com
Eric A. Buresh
eburesh@shb.com
Jonathan N. Zerger
jzerger@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Barry Golob
 bgolob@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801

ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

                                                /s/ Scott C. Nehrbass