# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

## NOTICE OF SERVICE

COMES NOW Defendants Vonage America, Inc. and Vonage Holdings Corp. (collectively "Vonage"), by and through counsel, and submit to the Court that Vonage sent by Federal Express documents described in Vonage America, Inc. and Vonage Holdings Corp.'s Initial Disclosures and having Bates numbers VON_00001 through VON_012446 on this 13th day of February, 2006, to the following:

B. Trent Webb
Eric A. Buresh
Adam P. Seitz
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
Email: bwebb@shb.com
Email: eburesh@shb.com
Email: aseitz@shb.com
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

DM2\651517.1

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS THEGLOBE.COM and VOICEGLO HOLDINGS, INC.

Respectfully submitted,

/s/ Patrick Kaine
Don R. Lolli  KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO 64111
Telephone: 816.931.2700
Fax: 816.931.7377
Email: dlolli@dysarttaylor.com
Email: pkaine@dysarttaylor.com

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801
Email: pdmcpherson@duanemorris.com
Email: pcmuldoon@duanemorris.com
Email: bgolob@duanemorris.com

ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP. AND
VONAGE AMERICA, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of February, 2006 I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
Eric A. Buresh
Adam P. Seitz
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
Email: bwebb@shb.com
Email: eburesh@shb.com
Email: aseitz@shb.com

ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.


James D. Oliver
Scott C. Nehrbass
FOULSTON SIEFKIN LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913.498.2100
Fax: 913.498.2101
Email: joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS THEGLOBE.COM and VOICEGLO HOLDINGS, INC.

            /s/ Patrick Kaine
            ATTORNEYS FOR DEFENDANTS VONAGE
            HOLDINGS CORP. AND VONAGE
            AMERICA, INC.