## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
                Plaintiff,          )
                                    )
        v.                          )        Case No. 05-2433-JWL
                                    )
THEGLOBE.COM, INC.,                 )
VOICEGLO HOLDINGS, INC.,            )
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )
                                    )
                Defendants.         )
_____)

### NOTICE OF SERVICE

I hereby certify that on the 10th day of February, 2006, counsel for Plaintiff Sprint

Communications Company L.P. ("Sprint") served, via Federal Express, documents described in

Sprint's Initial Disclosures and having Bates numbers SPRI.000001 through SPRI.001164 on the

following:

James W. Dabney
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorney for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorney for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

Dockets.Justia.com

Respectfully Submitted,

Dated: February 15, 2006

/s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

2

1893503v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 _/s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

3

1893503v1