## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC. <br> VOICEGLO HOLDINGS, INC., <br> VONAGE HOLDINGS CORP. and <br> VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

### UNOPPOSED MOTION OF DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC. FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY THAT <u>INCLUDES AN IN-HOUSE COUNSEL PROVISION</u>

COME NOW Defendants Vonage Holdings Corp. and Vonage America, Inc. ("Vonage") and hereby move the Court to extend the time for all defendants within which to respond to plaintiff's Motion for Entry of Protective Order Governing Discovery that Includes an In-House Counsel Provision. In support, Vonage states as follows:

1. Plaintiff Sprint filed its Motion for Entry of Protective Order Governing Discovery that Includes an In-House Counsel Provision on February 6, 2006 ("Motion") (Doc. 55). Pursuant to Local Rule 6.1(d)(1), the original date for responding to said Motion is February 21, 2006.

2. Defendants have requested no prior extensions of time with regard to the Motion.

3. Counsel for Plaintiff and both Defendants have been working in good faith to come to an agreement with regard to a Protective Order. The parties are currently in agreement regarding the language of most of the provisions of the proposed Protective Order submitted by

Sprint. However, the parties continue to work on several provisions of the Protective Order regarding access to confidential information by in-house counsel.

4. Counsel for all parties are actively conferring on this issue and believe they will be able to come to an agreement during the next week.

5. Counsel for the Vonage Defendants have conferred with counsel for Sprint and counsel for the Voiceglo Defendants who have indicated they do not oppose this request for an extension of time to respond to Sprint's Motion.

6. The Vonage Defendants request that all Defendants be allowed until Monday, February 27, 2006 to respond.

WHEREFORE, for the foregoing reasons, the Vonage Defendants respectfully request an extension of time for all Defendants to respond to Plaintiff's Motion until February 27, 2006, and for such other and further relief the Court deems just.

Respectfully submitted,

PATRICK D. MCPHERSON
**DUANE MORRIS, LLP**
1667 K Street, N.W.
Washington, DC 20006-1608
Phone: (202) 776-5124
Fax: (202) 776-7801

 /s/ Patrick J. Kaine
DON R. LOLLI           KS Dist. #70236
PATRICK J. KAINE       KS #15594
**DYSART TAYLOR LAY**
**COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri 64111
Phone: (816) 931-2700
Fax: (816) 931-7377

**ATTORNEYS FOR DEFENDANT**
**VONAGE HOLDINGS CORP.**

## CERTIFICATE OF SERVICE

I hereby certify on this 17 day of February, 2006 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court, to:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF**

Scott C. Nehrbass
FOULSTON SIEFKIN LLP
40 Corporate Woods - Ste. 1050
9401 Indian Creek Parkway
Overland Park, KS 66210

Henry C. Lebowitz
James W. Dabney
Malcolm J. Duncan
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, NY 10004-1980
**ATTORNEYS FOR VOICEGLO HOLDINGS
AND THEGLOBE.COM**

/s/ Patrick J. Kaine