# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

## DEFENDANT VONAGE HOLDING CORP.'S
## NOTICE OF SERVICE

The undersigned hereby states that he has served the following:

- Defendant Vonage Holding Corp.'s First Requests for Production of Documents and Things to Plaintiff ; and

- Defendant Vonage Holding Corp.'s First Set of Interrogatories to Plaintiff

on February 17, 2006 to.

                                            Respectfully submitted,

                                            /s/ Patrick J. Kaine

| | |
|---|---|
| Don R. Lolli | KS Dist. #70236 |
| Patrick J. Kaine | KS #15594 |

Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com

*Attorneys for Defendant/ Counterclaim Plaintiff*
Vonage Holdings Corp.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of February, 2006, the above and foregoing Notice of Service was electronically filed with the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| **Attorneys for Plaintiff** | B. Trent Webb<br>Adam P. Seitz<br>Eric A. Buresh<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Fax: (816) 421-5547<br>Email: bwebb@shb.com<br>Email: aseitz@shb.com<br>Email: eburesh@shb.com |
| **Attorneys for Defendants**<br>**theglobe.com and**<br>**Voiceglo Holdings, Inc.** | James W. Dabney<br>Henry C. Lebowitz<br>Malcolm J. Duncan<br>FRIED, FRANK, HARRIS, SHRIVER<br>  & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>Fax: (212) 859-4000<br>Email: dabnejam@ffhsj.com<br>Email: lebowhe@ffhsj.com<br>Email: duncama@ffhsj.com<br><br>Scott C. Nehrbass<br>Foulston Siefkin LLP<br>40 Corporate Woods, Suite 1050<br>9401 Indian Creek Parkway<br>Overland Park, KS 66210<br>Email: snehrbass@foulston.com |

    /s/ Patrick J. Kaine
ATTORNEY FOR DEFENDANT
VONAGE HOLDINGS CORP.

2