# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THEGLOBE.COM, INC., )<br>VOICEGLO HOLDINGS, INC., )<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 05-2433-JWL |

## NOTICE OF SELECTION OF MEDIATOR AND DATE OF MEDIATION

Pursuant to Paragraph 1(b) of the Scheduling Order, the parties hereby notify the Court that the agreed-upon mediator is Hesha Abrams, Esq. of Abrams Mediation & Negotiation, Inc. in Dallas, Texas. The mediation will take place on May 11, 2006 in Miami, Florida.[1]

Respectfully Submitted,

Dated: February 17, 2006

/s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

---

[1] The parties note that Scheduling Order requires the mediation to take place no later than May 9, 2006. Given the number of parties, corporate representatives and counsel required to attend the mediation, the May 11 date is more convenient for all involved. As such, the parties respectfully request a two (2) day extension of the deadline by which to conduct the mediation up to and including May 11, 2006.

1896122v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorney for Sprint Communications Company L.P.

1896122v1