## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> - against - ) <br> ) <br> THEGLOBE.COM, INC., ) <br> VOICEGLO HOLDINGS, INC., ) <br> VONAGE HOLDINGS CORP., and ) <br> VONAGE AMERICA, INC., ) <br> ) <br> Defendants. ) | Case No. 05-2433 JWL |

### DEFENDANT VOICEGLO HOLDING, INC.'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

COMES NOW Defendant Voiceglo Holdings, Inc. ("Voiceglo") and respectfully moves for leave to file a surreply to Plaintiff's reply in support of Plaintiff's motion seeking a protective order barring the Rule 30(b)(6) deposition of Plaintiff's representative(s). Voiceglo's proposed Surreply is attached hereto as Exhibit A.

Leave to file a surreply may be granted when a party "improperly raises new arguments in a reply." *Pehr v. Rubbermaid, Inc.*, 87 F. Supp. 2d 1222, 1236 (D. Kan. 2000). Plaintiff's reply raises new arguments (e.g., that Voiceglo seeks discovery on the basis of a "now-rejected 'conduit theory'") that misstate and mischaracterize both the nature of the discovery sought by Voiceglo and the legal grounds for Voiceglo's doing so. Additionally, Plaintiff misleadingly suggests that the proposed Rule 30(b)(6) designees never had non-privileged communications with third-parties when, as demonstrated in the proposed Surreply, that clearly is not true.

WHEREFORE, Voiceglo respectfully requests leave to present and file with this Court the accompanying Surreply addressing the foregoing issues.

FOULSTON SIEFKIN LLP

By /s/ Scott C. Nehrbass
    James D. Oliver (#8604)
    Scott C. Nehrbass ( #16285)
40 Corporate Woods, Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913-498-2100
Fax: 913.498.2101
Email: joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM, INC. and VOICEGLO
HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of February, 2006, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801
ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

                                                    /s/ *Scott C. Nehrbass*_____
                                                    Attorney for Defendant Voiceglo