# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS CO., LP,**

      **Plaintiff,**                      Civil Action

v.                                        No. 05-2433-JWL-DJW

**theglobe.com, Inc., et al.,**

      **Defendants.**

## **O R D E R**

The Unopposed Motion (doc. 66) of the Vonage Defendants for an Extension of Time to Respond to Plaintiff's Motion for Protective Order is now before the Court for consideration. Being duly advised on the premises and for good cause shown, the Unopposed Motion of the Vonage Defendants (doc. 66) is GRANTED. It is hereby

ORDERED, ADJUDGED AND DECREED that all Defendants shall have until February 27, 2006 to respond to Plaintiff Sprint's Motion for Protective Order.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 23rd day of February, 2006.

                                                      s/ David J. Waxse
                                                      David J. Waxse
                                                      United States Magistrate Judge

cc:     All counsel and *pro se* parties