IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 05-2433 JWL |
| ) | |
| THEGLOBE.COM, INC., ) | |
| VOICEGLO HOLDINGS, INC., ) | |
| VONAGE HOLDINGS CORP., and ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

### SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY THAT INCLUDES AN IN-HOUSE COUNSEL PROVISION

COMES NOW Defendants theglobe.com, Inc. and Voiceglo Holdings, Inc. and hereby move the Court to extend the time for all defendants to respond to Plaintiff's Motion for Entry of Protective Order Governing Discovery that Includes an In-House Counsel Provision. In support, Defendants state as follows:

1. Plaintiff Sprint filed its Motion for Entry of Protective Order Governing Discovery that Includes an In-House Counsel Provision on February 6, 2006 ("Motion") (Doc. 55). Pursuant to Local Rule 6.1(d)(1), the original date for responding to said Motion was February 21, 2006.

2. Defendants requested and were granted one prior extension of time to respond to the Motion, and that extension expires today.

3. Counsel for Plaintiff and both Defendants have been working in good faith to come to an agreement with regard to a Protective Order. The parties are currently in agreement regarding the language of most of the provisions of the proposed Protective Order submitted by

Sprint. However, the parties continue to work on a few provisions of the Protective Order regarding access to confidential information by in-house counsel. The parties anticipate reaching a resolution by the end of this week.

4. Counsel for all Defendants have conferred with counsel for Sprint, and Sprint's counsel does not oppose this request for an extension of time.

5. It is requested that all Defendants be allowed until Friday, March 3, 2006 to respond.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court enter an Order granting all Defendants until March 3, 2006 to respond to Plaintiff's Motion.

FOULSTON SIEFKIN LLP

By /s/ Scott C. Nehrbass
    James D. Oliver (#8604)
    Scott C. Nehrbass ( #16285)
40 Corporate Woods, Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913.498.2100
Fax: 913.498.2101
Email: joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

**ATTORNEYS FOR DEFENDANTS THEGLOBE.COM, INC. AND VOICEGLO HOLDINGS, INC.**

Don R. Lolli
Patrick J. Kaine
DYSART TAYLOR LAY COTTER &
MCMONIGLE, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377
dlolli@dysarttaylor.com
pkaine@dysarttaylor.com


Patrick D. McPherson
Patrick C. Muldoon
DUANE MORRIS, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801
pdmcpherson@duanemorris.com
pcmuldoon@duanemorris.com

**ATTORNEYS FOR DEFENDANT
VONAGE HOLDINGS CORPORATION
AND VONAGE AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of February, 2006, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801
ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION
AND VONAGE AMERICA, INC.

                                                  /s/ *Scott C. Nehrbass*
                                                  Attorney for Defendants
                                                  Theglobe.com, Inc. and Voiceglo Holdings, Inc.