# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                        Plaintiff, )
)
v. )
)
THEGLOBE.COM, INC., ) Case No. 05-2433-JWL
VOICEGLO HOLDINGS, INC., )
VONAGE HOLDINGS CORP., ) JURY TRIAL DEMANDED
VONAGE AMERICA, INC., )
)
                        Defendants. )
)
)

## NOTICE OF WITHDRAWAL OF SPRINT COMMUNICATIONS COMPANY L.P.'S MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING DISCOVERY THAT INCLUDES AN IN-HOUSE COUNSEL PROVISION

Plaintiff Sprint Communications Company L.P. ("Sprint") hereby withdraws its Motion for Entry of a Protective Order Governing Discovery that Includes an In-House Counsel Provision (Doc. No. 55) filed on February 6, 2006. The parties have reached an agreement as to the issues in Sprint's motion and have entered into a Stipulated Protective Order, attached hereto as Exhibit A.[1] Thus, the issues raised in Sprint's motion have been rendered moot.

---

[1] A copy of Exhibit A in Microsoft Word format has been submitted to chambers as required by the Court's Guidelines for Protective Orders.

1

2

Dated: March 3, 2006                                Respectfully Submitted,


                                                  /s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

1910668v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2006, a copy of the foregoing NOTICE OF WITHDRAWAL OF SPRINT COMMUNICATIONS COMPANY L.P.'S MOTION FOR ENTRY OF AN IN-HOUSE COUNSEL PROVISION IN THE PROTECTIVE ORDER GOVERNING DISCOVERY was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz _____
Attorney for Sprint Communications Company L.P.

1

1910668v1