IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Plaintiff,<br><br>v.<br><br>THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC.<br><br>Defendants. | Case No. 05-2433 JWL |

**DEFENDANT VONAGE AMERICA, INC.'S**
**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 13th day of March 2006 that a copy of the **Defendant Vonage America, Inc.'s Responses and Objections to Plaintiff Sprint Communications Company L.P.'s Second Set of Interrogatories** was sent via email to the following:

| Attorneys for Plaintiff | B. Trent Webb<br>Adam P. Seitz<br>Eric A. Buresh<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Fax: (816) 421-5547<br>Email: bwebb@shb.com<br>Email: aseitz@shb.com<br>Email: eburesh@shb.com |
|---|---|
| Attorneys for Defendants<br>theglobe.com and<br>Voiceglo Holdings, Inc. | James W. Dabney<br>FRIED, FRANK, HARRIS, SHRIVER<br>  & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>Fax: (212) 859-4000<br>Email: dabnejam@ffhsj.com |

Dockets.Justia.com

Respectfully submitted,

_/s/ Patrick J. Kaine_
Don R. Lolli                KS Dist. #70236
Patrick J. Kaine            KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com

*Attorneys for Defendant/ Counterclaim Plaintiff*
Vonage America, Inc..