IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., <br> VOICEGLO HOLDINGS, INC., <br> VONAGE HOLDINGS CORP., and <br> VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

**DEFENDANT VONAGE HOLDING CORP.'S**
**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 13th day of March 2006 that a copy of the **Defendant Vonage Holdings Corp.'s Responses and Objections to Plaintiff Sprint Communications Company L.P.'s Second Set of Interrogatories** was sent via email to the following:

| Attorneys for Plaintiff | B. Trent Webb <br> Adam P. Seitz <br> Eric A. Buresh <br> SHOOK, HARDY & BACON LLP <br> 2555 Grand Boulevard <br> Kansas City, MO 64108-2613 <br> Fax: (816) 421-5547 <br> Email: bwebb@shb.com <br> Email: aseitz@shb.com <br> Email: eburesh@shb.com |
|---|---|
| **Attorneys for Defendants** <br> **theglobe.com and** <br> **Voiceglo Holdings, Inc.** | James W. Dabney <br> FRIED, FRANK, HARRIS, SHRIVER <br> & JACOBSON LLP <br> One New York Plaza <br> New York, NY 10004-1980 <br> Fax: (212) 859-4000 <br> Email: dabnejam@ffhsj.com |

1

Dockets.Justia.com

Respectfully submitted,

/s/ Patrick J. Kaine
Don R. Lolli                KS Dist. #70236
Patrick J. Kaine            KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com

*Attorneys for Defendant/ Counterclaim Plaintiff*
Vonage Holdings Corp.