### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THEGLOBE.COM, INC., ) <br> VOICEGLO HOLDINGS, INC., ) <br> VONAGE HOLDINGS CORP., and ) <br> VONAGE AMERICA, INC., ) <br> ) <br> Defendants. ) | Case No. 05-2433-JWL |

### NOTICE OF SERVICE

The undersigned counsel for defendants, Theglobe.com Inc., and Voiceglo Holdings, Inc., state that the Response of Defendant Voiceglo Holdings, Inc. to Plaintiff's Second Set of Interrogatories and the Response of Defendant Theglobe.com, Inc. to Plaintiff's Second Set of Interrogatories, were served via electronic mail on the **13th** day of **March**, **2006** to:

B. Trent Webb
bwebb@shb.com
Eric A. Buresh
eburesh@shb.com
Jonathan N. Zerger
jzerger@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By  /s/Scott C. Nehrbass

James D. Oliver #8604
Scott C. Nehrbass #16285
40 Corporate Woods  Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913.498.2100
Fax: 913.498-2101
Email:  joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM and VOICEGLO
HOLIDINGS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **15th** day of **March**, **2006** I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

B. Trent Webb
bwebb@shb.com
Eric A. Buresh
eburesh@shb.com
Jonathan N. Zerger
jzerger@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Barry Golob
 bgolob@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801

ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

/s/ Scott C. Nehrbass