# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
      Plaintiff,   )
)
v.         )
)
THEGLOBE.COM, INC.,     )
VOICEGLO HOLDINGS, INC.,   ) Case No. 05-2433-JWL
VONAGE HOLDINGS CORP.,   )
VONAGE AMERICA, INC.,    )
)
      Defendants.   )
)

## NOTICE OF SERVICE

  I hereby certify that on the 20th day of March, 2006, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Vonage Holdings Corp. as listed below.

  1. Sprint Communications Company L.P.'s Responses to Defendant Vonage Holdings Corp.'s First Set of Interrogatories.

  2. Sprint Communications Company L.P.'s Responses to Defendant Vonage Holdings Corp.'s First Set of Requests for Production of Documents and Things.

  Plaintiff certifies that the above were served via e-mail and U.S. Mail to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

1924568v1

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

| | |
|---|---|
| March 20, 2006 | Respectfully Submitted, |
| | /s/ Adam P. Seitz_____ |
| | B. Trent Webb, KS Bar No. 15965 |
| | Eric A. Buresh, KS Bar No. 19895 |
| | Adam P. Seitz, KS Bar No. 21059 |
| | SHOOK, HARDY & BACON LLP |
| | 2555 Grand Blvd. |
| | Kansas City, Missouri 64108-2613 |
| | 816-474-6550 Telephone |
| | 816-421-5547 Facsimile |
| | |
| | ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P. |

2

1924568v1

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz_____
Attorney for Sprint Communications Company L.P.

1924568v1