## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br> )<br>                                 Plaintiff, )<br> )<br>                          - against - )<br> )<br>THEGLOBE.COM, INC., )<br>VOICEGLO HOLDINGS, INC., )<br>VONAGE HOLDINGS CORP., and )<br>VONAGE AMERICA, INC., )<br> )<br>                                Defendants. ) | Case No. 05-2433 JWL |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, defendant Voiceglo Holdings, Inc. will take the deposition upon oral examination of the plaintiff, Sprint Communications Company L.P. ("SCC"), by a person having knowledge of the following matters:

1.  The factual basis of the allegation, made in paragraph 20 of the First Amended Complaint, that defendant Voiceglo Holdings, Inc. ("Voiceglo") allegedly is "infringing the '572 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patents."

2.  The factual basis of the allegation, made in paragraph 25 of the First Amended Complaint, that defendant Voiceglo allegedly is "infringing the '561 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patents."

3.  The factual basis of the allegation, made in paragraph 30 of the First Amended

Complaint, that defendant Voiceglo allegedly is "infringing the '052 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patent."

4. The factual basis of the allegation, made in paragraph 35 of the First Amended Complaint, that defendant Voiceglo allegedly is "infringing the '932 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patent."

5. The factual basis of the allegation, made in paragraph 40 of the First Amended Complaint, that defendant Voiceglo allegedly is "infringing the '429 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patent."

6. The factual basis of the allegation, made in paragraph 45 of the First Amended Complaint, that defendant Voiceglo allegedly is "infringing the '064 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patent."

7. The factual basis of the allegation, made in paragraph 50 of the First Amended Complaint, that defendant Voiceglo allegedly is "infringing the '294 Patent by making, using, selling, offering for sale, contributing to the use by others, and/or inducing others to use products and services that infringe Sprint's patent."

8. The factual basis of plaintiff's pleaded allegations that Voiceglo's alleged infringement of patents identified in the First Amended Complaint has been "willful and deliberate."

9. The factual basis of plaintiff's Answer to Interrogatory No. 1 of Voiceglo's First

Set of Interrogatories to plaintiff, including without limitation the location and identity of the particular apparatus and acts referred to in the right hand column of Exhibit A to plaintiff's Answer to Interrogatory No. 1 of Voiceglo's First Set of Interrogatories to plaintiff.

The deposition will proceed at the offices of Foulston, Siefkin LLP, 9 Corporate Woods, Suite 450, 9200 Indian Creek Parkway, Overland Park, Kansas 66210, commencing at 10:00 a.m. on April 20, 2006, and continuing thereafter from day-to-day until concluded. The deposition will be recorded stenographically and on videotape. You are invited to attend and cross-examine.

Dated:   April 11, 2006

FOULSTON SIEFKIN LLP

By /s/ Scott C. Nehrbass
    James D. Oliver (#8604)
    Scott C. Nehrbass ( #16285)
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913-498-2100
Fax: 913.498.2101
Email: joliver@foulston.com
Email: snehrbass@foulston.com

James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM, INC. and
VOICEGLO HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this **11**[th] day of **April**, **2006**, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Barry Golob
 bgolob@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801

ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

                                              /s/ Scott C. Nehrbass