**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) |
| Plaintiff, | ) Case No. 05-2433 JWL |
| v. | ) |
| THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC., | ) |
| Defendants. | ) |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, defendant Voiceglo Holdings, Inc. will take the deposition upon oral examination of the plaintiff, Sprint Communications Company L.P. ("SCC"), by a person having knowledge of the following matters:

1. The preparation and filing of Application No. 09/082,048.

2. The preparation and filing of Application No. 10/002,850.

3. The preparation and filing of Application No. 09/082,182.

4. The preparation and filing of Application No. 09/499,874.

5. The preparation and filing of Application No. 09/353,401.

6. The preparation and filing of Application No. 09/504,408.

7. The preparation and filing of Application No. 10/212,503.

8. The preparation and filing of amendments to claims made in the applications identified in paragraphs 1-7, above.

9. The deposition will proceed at the offices of Shook, Hardy & Bacon LLP, 2555 Grand Boulevard, Kansas City, Missouri 64108, commencing at 9:30 a.m. on Friday, April 28, 2006, and continuing thereafter from day-to-day until concluded. The deposition will be recorded stenographically and on videotape. You are invited to attend and cross-examine.

Dated:     April 26, 2006

FOULSTON SIEFKIN LLP

By: */s/ Scott C.Nehrbass*
James D. Oliver (#8604)
Scott C. Nehrbass ( #16285)
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, Kansas 66210
Telephone: 913-498-2100
Fax: 913.498.2101
Email: joliver@foulston.com
Email: snehrbass@foulston.com


James W. Dabney (admitted pro hac vice)
Henry C. Lebowitz (admitted pro hac vice)
Malcolm J. Duncan (admitted pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Fax: 212.859.4000
Email: dabnejam@ffhsj.com
Email: lebowhe@ffhsj.com
Email: duncama@ffhsj.com

ATTORNEYS FOR DEFENDANTS
THEGLOBE.COM, INC. and VOICEGLO
HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2006, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Trent Webb
bwebb@shb.com
Adam P. Seitz
aseitz@shb.com
Eric A. Buresh
eburesh@shb.com
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Fax: 816.421.5547
ATTORNEYS FOR PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.

Don R. Lolli
dlolli@dysarttaylor.com
Patrick J. Kaine
pkaine@dysarttaylor.com
Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue
Kansas City, MO  64111
Telephone: 816.931.2700
Fax: 816.931.7377

Patrick D. McPherson
pdmcpherson@duanemorris.com
Patrick C. Muldoon
pcmuldoon@duanemorris.com
Barry Golob
 bgolob@duanemorris.com
Duane Morris, LLP
1667 K Street, N.W.
Washington, DC 20006-1608
Telephone: 202.776.5124
Fax: 202.776.7801

ATTORNEYS FOR DEFENDANT VONAGE HOLDINGS CORPORATION AND VONAGE AMERICA, INC.

/s/ Scott C. Nehrbass

ffny02\dabnejam\523048.1