IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THEGLOBE.COM, INC., ) | |
| VOICEGLO HOLDINGS, INC., ) | Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

I hereby certify that on the 7th day of August, 2006, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Vonage America, Inc. and Vonage Holdings Corp. as listed below:

1.  Plaintiff Sprint Communications Company L.P.'s 3rd Set of Interrogatories to Defendants Vonage America, Inc. and Vonage Holdings Corp.; and

2.  Plaintiff Sprint Communications Company L.P.'s 2nd Set of Requests for Production of Documents and Things to Responses to Defendants Vonage America, Inc. and Vonage Holdings Corp.

Plaintiff certifies that the above were served via e-mail and U.S. Mail to the following:

Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

2066627v1

Patrick D. McPherson
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

August 10, 2006                                    Respectfully Submitted,


    /s/ Adam P. Seitz_____
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

2066627v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

/s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

2066627v1