# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SPRING COMMUNICATIONS L.P.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 05-2433 JWL |
| | ) |
| **THEGLOBE.COM, INC.,** | ) |
| **VOICEGLO HOLDINGS, INC., AND** | ) |
| **VONAGE HOLDINGS CORP.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO APPEAR PRO HOC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Scott W. Doyle** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Respectfully submitted,

/s/ Patrick J. Kaine
Patrick J. Kaine     KS Dist. #15594
Don R. Lolli         KS Dist. #70236
**DYSART TAYLOR LAY**
 **COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri  64111
Phone:       (816) 913-2700
Fax:         (816) 931-7377
**ATTORNEYS FOR DEFENDANTS VONAGE**
**HOLDINGS CORP. and VONAGE AMERICA, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify on this 17th day of August 2006 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court to:

B. Trent Webb
Adam P. Seitz
Erica A. Buresh
SHOOK, HARDY, & BACON LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
Fax (813)421-5547
**ATTORNEYS FOR PLAINTIFF**

      /s/ Patrick J. Kaine
      Patrick J. Kaine    KS Dist. #15594
      **DYSART TAYLOR LAY**
       **COTTER & McMONIGLE, P.C.**