IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

**DEFENDANTS VONAGE AMERICA, INC. AND VONAGE HOLDINGS CORP.'S ("VONAGE") CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 6th day of September 2006 that a copy of

- **Defendants Vonage's Response to Plaintiff's Third Set of Interrogatories (Nos. 10-13); and**

- **Defendants Vonage's Response to Plaintiff's Second Set of Requests for Production of Documents and Things (Nos. 56-65)**

were sent via email to the following:

  B. Trent Webb (bwebb@shb.com)
  Adam P. Seitz (aseitz@shb.com)
  Eric A. Buresh (eburesh@shb.com)
  SHOOK, HARDY & BACON LLP
  2555 Grand Boulevard
  Kansas City, MO 64108-2613
  Fax: (816) 421-5547
  **ATTORNEYS FOR PLAINTIFF**

1

Respectfully submitted,

  /s/ Patrick J. Kaine
Don R. Lolli                KS Dist. #70236
Patrick J. Kaine            KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Patrick C. Muldoon
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
pcmuldoon@duanemorris.com

*Attorneys for Defendants/ Counterclaim Plaintiffs*
*Vonage Holdings Corp. and Vonage America, Inc.*