IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                **Plaintiff,**     )
                v.         )   Case No. 05-2433-JWL

THEGLOBE.COM, INC.,
VOICEGLO HOLDINGS, INC.,
VONAGE HOLDINGS CORP.,
VONAGE AMERICA, INC.,

                **Defendants.**

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Peter E. Strand be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.            _____

133806v1

Dated: September 18, 2006

Respectfully submitted,

/s/ Adam P. Seitz
Adam P. Seitz
Kansas Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

*Attorney for Sprint Communications Company L.P.*

133806v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2006, a true and accurate copy of the above and foregoing Motion for Leave was filed with the court with notification to all parties entitled to notice.

                                                                              /s/ Adam P. Seitz
                                                                                Adams P. Seitz

133806v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>       **Plaintiff,**       )<br>)<br>       v.       )<br>)<br>THEGLOBE.COM, INC., )<br>VOICEGLO HOLDINGS, INC., )<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>       **Defendants.**      )<br>_____ ) | Case No. 05-2433-JWL |

## **AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Peter Emanuel Strand

2. I practice under the following firm name or letterhead:

   Name: Shook, Hardy & Bacon L.L.P.

   Address: 600 14th Street, N.W., Suite 800, Washington, D.C. 20005-2004

   Telephone Number: 202-783-8400

   Fax: 202-783-4211

   Email address: pstrand@shb.com

3. I am admitted to practice by the following state bar associations:

133807v1

| Bar Admissions | Date of Admission | Bar Number |
|---|---|---|
| Washington, D.C. Bar | June 9, 2003 | 481870 |
| State Bar of Texas | November 9, 1995 | 794985 |
| State Bar of Missouri | September 9, 1979 | 29958 |

4. At one time or another during the past 25 years, I have also been admitted to practice in local or Federal courts in Texas, Missouri and Michigan as well as the U.S. Courts of Appeals for the Fifth Circuit and the Eight Circuit. I have been admitted to practice pro hac vice in courts in Oklahoma, Virginia, Texas (before admission), Minnesota, and Delaware. There have been no disciplinary proceedings or other adverse action in any of the foregoing jurisdictions.

5. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have associated with local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

6. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

7. I am in good standing in all bars of which I am a member.

8. No disciplinary or grievance proceedings have been previously filed against me.

9. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

133807v1

10. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

11. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

FURTHER AFFIANT SAYETH NAUGHT.

I solemnly swear under the penalty of perjury that the foregoing is true and correct.

Date: 9/13/06

Peter E. Strand

SUBSCRIBED AND SWORN to before me this 13th day of September 13, 2006.

KAY D. DALLOSTA
Notary Public District Of Columbia
My Commission Expires June 14, 2007

Notary Public

My Commission Expires: _____

133807v1