IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br>         Plaintiff,  ) <br> ) <br>         v.  ) <br> ) <br> THEGLOBE.COM, INC.  ) <br> VOICEGLO HOLDINGS, INC.,  ) <br> VONAGE HOLDINGS CORP.,  ) <br> VONAGE AMERICA, INC.,  ) <br> ) <br>         Defendants.  ) <br> )  | Case No. 05-2433-JWL |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, SPRINT COMMUNICATIONS COMPANY L.P. (hereinafter "SPRINT"), and Defendants VOICEGLO HOLDINGS, INC. and THEGLOBE.COM, INC. (collectively, "VOICEGLO"), by and through their attorneys of record, hereby STIPULATE the following:

1. All the claims and causes of action in this matter by SPRINT against VOICEGLO are hereby dismissed without prejudice.

2. All the claims and causes of action in this matter by VOICEGLO against SPRINT are hereby dismissed without prejudice.

3. SPRINT and VOICEGLO shall bear their own costs and fees incurred in connection with this action.

A proposed Order is being sent, via email, to the Judge's chambers for the Court's consideration.

Dated: October 2, 2006

   /s/ Adam P. Seitz_____
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.


   /s/ Scott Nehrbass_____
James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attorneys for Defendants
VOICEGLO HOLDINGS, INC.
THEGLOBE.COM, INC.

2107924v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2006, a true and accurate copy of the above and foregoing STIPULATION FOR DISMISSAL WITHOUT PREJUDICE were e-filed with the Court, which sent notice to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
Theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

3

2107924v1