# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2433-JWL |
| ) | |
| THEGLOBE.COM, INC. ) | |
| VOICEGLO HOLDINGS, INC., ) | |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

Whereas Plaintiff, SPRINT COMMUNICATIONS COMPANY L.P. (hereinafter "SPRINT"), and Defendants VOICEGLO HOLDINGS, INC. and THEGLOBE.COM, INC. (collectively "VOICEGLO"), have filed a Stipulation for Dismissal Without Prejudice,

IT IS HEREBY ORDERED:

1.  All the claims and causes of action in this matter by SPRINT against VOICEGLO are hereby dismissed without prejudice.

2.  All the claims and causes of action in this matter by VOICEGLO against SPRINT are hereby dismissed without prejudice.

3.  SPRINT and VOICEGLO shall bear their own costs and fees incurred in connection with this action.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 3rd day of October, 2006.

                                                                                                s/ John W. Lungstrum
                                                                                                 John W. Lungstrum
                                                                                                 United States District Judge