# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Sprint, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## STIPULATED MOTION TO ENTER PROTECTIVE ORDER
## REGARDING THIRD PARTY DISCOVERY

COMES NOW, Sprint Communications Company L.P. ("Sprint"), and submits a Stipulated Protective Order regarding third party discovery by Citigroup Global Markets, Inc. and Deutsche Bank Securities, Inc. Counsel for both Sprint and Vonage Holdings Corp. and Vonage America, Inc. have agreed to and signed the Protective Order, attached hereto as Exhibit "A." For the Court's Convenience, a separate proposed Order will be emailed to the Judge's chambers.

135044v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 31, 2006 |   /s/Adam P. Seitz_____ |

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2006, a true and accurate copy of the above and foregoing **STIPULATED MOTION TO ENTER PROTECTIVE ORDER REGARDING THIRD PARTY DISCOVERY** were e-filed with the Court, which sent notice to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
Theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob

135044v1

Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

　　/s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

135044v1