# EXHIBIT D

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

October 20, 2006

**VIA EMAIL AND FEDERAL EXPRESS**

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
Our Reference: Y2108-00079
Your Reference: SPRI.116441

Dear Adam,

To date, you have repeatedly failed to address the many deficiencies in Sprint's document production that were raised during our telephone conferences of June 13 and September 13, and in our letters dated September 20 and October 12. This on-going and unexplainable delay is highly prejudicial to Vonage. If we do not hear from you by close of business Monday, October 23, 2006, we will have to assume that Sprint will not be forthcoming with a response or additional documents and will be forced to file a motion to compel in order to obtain the Court's assistance in this matter.

We look forward to your timely reply.

Very truly yours,

Donald R. McPhail

DRM/ego
cc: Peter E. Strand, Esq.
    Barry Golob, Esq.

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608          PHONE: 202.776.7800   FAX: 202.776.7801