# EXHIBIT

# B

Dockets.Justia.com

**From:**          Seitz, Adam P. (SHB)
**Sent:**          Monday, April 03, 2006 9:14 AM
**To:**            Barry Golob (E-mail)
**Subject:**       Sprint v. Vonage, et al.

Barry,

This e-mail follows our conversation last Friday.  Below is a description of the documents we discussed on the phone:

- Technical documents regarding all Media Gateways (or other media format conversion devices between packet and circuit-switched networks) used by Vonage.  We will also need documents that show the location of this equipment in the network.

- Technical documents regarding all Soft Switches, Call Agents or other control devices in Vonage's network.  We will also need documents that show the location of this equipment in the network.

- Technical documents regarding all Signaling Gateways (or other signaling format conversion devices between packet and circuit-switched networks) used by Vonage.  We will also need documents that show the location of this equipment in the network.

If you have any questions, please let me know.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f:  816.421.5547