# EXHIBIT E

**From:** Seitz, Adam P. (SHB)
**Sent:** Monday, October 30, 2006 3:30 PM
**To:** 'Golob, Barry'
**Subject:** Extension of deadlines

Barry,

This confirms our conversation earlier today wherein we agreed to temporarily suspend all currently pending deadlines until five (5) days after the Court rules on the parties' disagreement as to an extension of time. I understand that you will be contacting Judge Waxse's chambers in an effort to arrange a telephone conference on this issue. As we discussed, I am available any time tomorrow depending on the Judge's schedule.

I look forward to hearing from you.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f: 816.421.5547

1