IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Sprint, ) | |
| ) | |
| v. ) | Case No. 05-2433-JWL |
| ) | |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ADAM P. SEITZ

I, Adam P. Seitz, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney licensed to practice in the States of Missouri and Kansas.

2. I represent Sprint Communications Company L.P. ("Sprint") in this action and am familiar with the record in this case. I submit this Declaration in support of Sprint's Opposition to Vonage's Motion to Extend Certain Discovery Deadlines.

3. In September 2006, Vonage raised issues regarding alleged deficiencies with Sprint's document production. During September and October, Sprint conducted a thorough review of its files to determine if any additional responsive documents existed. This search yielded fewer than thirty (30) additional potentially-responsive documents, all of which have now been produced to Vonage.

Executed on November 17, 2006

_____
Adam P. Seitz

2173489v1