UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

------------------------------------------------------------ X

SPRINT COMMUNICATIONS COMPANY L.P., :

                Plaintiff,   :   Case No. 05-2433-JWL-DJW

          - against -   :

                                   STIPULATION AND
THEGLOBE.COM, INC., VOICEGLO HOLDINGS,   :   ORDER
INC., VONAGE HOLDINGS CORP., and VONAGE
AMERICA, INC.,   :

               Defendants.   :

------------------------------------------------------------ X

       WHEREAS Citigroup Inc. and Deutsche Bank Securities Inc. (collectively, the "Third Parties") have been served with a Subpoena by the Plaintiff in the above-captioned matter.

       WHEREAS Sprint Communications Company, L.P., Theglobe.com, Inc., Voiceglo Holdings, Inc., Vonage Holdings Corp. and Vonage America, Inc. (collectively, the "Parties") to the above-captioned matter have entered into a stipulated protective order, ordered and filed on March 6, 2006 (the "Stipulated Protective Order"), for the purpose of protecting disclosing Parties and third parties from public disclosure of confidential discovery materials.

       1.   The Parties agree that the Third Parties shall be deemed Producing Parties, as defined in Section 2.6 of the Stipulated Protective Order. As such, the Third Parties shall be entitled to all rights and protections of the Stipulated Protective Order.

       2.   The Parties agree that, to avoid undue burden and expense to the Third Parties, all materials produced by the Third Parties shall be designated "Highly Confidential – Attorneys' Eyes Only" and entitled to the protections afforded to such designated materials

produced pursuant to the Stipulated Protective Order, notwithstanding that portion of Section 5.1 of the Stipulated Protective Order, or any other provision of the Stipulated Protective Order, that prohibits and/or exposes Producing Parties to sanctions for blanket designations.

3. The Third Parties agree that they shall review any "Highly Confidential – Attorneys' Eyes Only" designation upon the request of any Party, provided such request is made in accordance with Section 6.2 of the Stipulated Protective Order. The Parties agree that any such request shall be made with respect to specific documents and shall set forth the particular reasons that the classification should be withdrawn. The Third Parties shall withdraw the designation if they determine that the designation was not justified by the terms set forth in Section 2.4 of the Stipulated Protective Order; any document reclassified under this provision shall be presumptively entitled to the rights and protections afforded to "Confidential" materials under the Stipulated Protective Order.

IT IS SO STIPULATED,

s/David J. Waxse
United States Magistrate Judge

Dated: Kansas City, Missouri
~~September~~, 2006
October 24, 2006

SHOOK, HARDY & BACON LLP

By: _____
Adam P. Seitz
B. Trent Webb

2

Eric A. Buresh
2555 Grand Boulevard
Kansas City, Missouri 64108

Attorneys for Plaintiff Sprint
Communications Company L.P.

Dated: October
~~September~~ 4, 2006

By: [signature]

**DYSART TAYLOR LAY COTTER &
MCMONIGLE P.C.**
Don R. Lolli
Patrick J. Kaine
4420 Madison Avenue
Kansas City, Missouri 64111

**DUANE MORRIS LLP**
Patrick D. McPherson
Patrick C. Muldoon
Barry Golob

3

1667 K Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants Vonage Holdings
Corp. and Vonage America, Inc.

4