# EXHIBIT C

Dockets.Justia.com

**From:** Seitz, Adam P. (SHB)
**Sent:** Tuesday, November 14, 2006 5:26 PM
**To:** Webb, B. Trent (SHB); Buresh, Eric A. (SHB); Glidewell, Jeff O. (SHB)
**Subject:** FW: Vonage's Document Production

---

**From:** Golob, Barry [mailto:BGolob@duanemorris.com]
**Sent:** Tuesday, November 14, 2006 5:26 PM
**To:** Seitz, Adam P. (SHB)
**Cc:** McPherson, Patrick D.; Baird, John M.
**Subject:** RE: Vonage's Document Production

*Mostly correct. We will make every effort to produce the documents (approx. 500,000 pages) before Thanksgiving. There may be additional documents at the conclusion of our privilege review, which will take a few additional weeks.*

*Barry*



**Barry Golob**
Partner

Duane Morris LLP
1667 K Street. N.W.
Washington. DC 20006-1608
P: 202.776.5236
F: 202.776.7801

● BIO
● E-MAIL
● WEB SITE
● VCARD

---

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Tuesday, November 14, 2006 5:00 PM
**To:** Golob, Barry
**Subject:** Vonage's Document Production

Barry,

This letter confirms our conversation yesterday regarding the status of Vonage's document production. Vonage will produce approximately 500,000 pages of documents no later than Wednesday, November 22, 2006. This production will represent a complete and final production of non-privileged documents by

Vonage. If my understanding is in any way incorrect, please let me know.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f: 816.421.5547

Mail Gate made the following annotations on Tue Nov 14 2006 16:01:09

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

11/15/2006