# EXHIBIT F

| | |
|---|---|
| From: | Seitz, Adam P. (SHB) |
| Sent: | Wednesday, May 10, 2006 8:10 AM |
| To: | 'Dabney, James W.'; 'Golob, Barry' |
| Cc: | 'Patrick Kaine'; 'McPherson, Patrick D.'; 'Nehrbass, Scott' |
| Subject: | Sprint v. Voiceglo, et al. |
| Attachments: | ubs.pdf; 3i.pdf; citigroup.pdf; deutsche.pdf; kaufman.pdf; meritech.pdf; new_enter.pdf; bain.pdf |

Alll,

Attached please find copies of subpoenas being served by Sprint in the above referenced action. If there are any problems opening the attachments, please let me know.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f: 816.421.5547

      

ubs.pdf (597 KB)   3i.pdf (395 KB)   citigroup.pdf (594 KB)   deutsche.pdf (596 KB)   kaufman.pdf (294 KB)   meritech.pdf (397 KB)   new_enter.pdf (398 KB)



bain.pdf (827 KB)