# EXHIBIT G



June 21, 2006

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. theglobe.com, Inc., Voiceglo Holdings, Inc., Vonage Holdings Corp and Vonage America, Inc.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find a DVD containing documents bearing the Bates range SPRe-002-01-00002 – SPRe-008-01-40550.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,


Edward Lin

Enclosure
APS
NL



June 22, 2006

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:   *Sprint Communications Company L.P. v. theglobe.com, Inc., Voiceglo Holdings, Inc., Vonage Holdings Corp and Vonage America, Inc.*
      Case No: 05-2433-JWL
      SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find a DVD containing documents bearing the Bates range SPRE-007-01-00001 – SPRE-007-01-01133.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,


Edward Lin

Enclosure
APS
NL



June 26, 2006

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. theglobe.com, Inc., Voiceglo Holdings, Inc., Vonage Holdings Corp and Vonage America, Inc.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find 3 DVDs containing documents bearing the Bates range SPRe-001-01-000003 – SHB-009-01-00228.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,



Edward Lin

Enclosure
APS
NL



June 27, 2006

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. theglobe.com, Inc., Voiceglo Holdings, Inc., Vonage Holdings Corp and Vonage America, Inc.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find 1 CD containing documents bearing the Bates range SPRe-002-01-000002 – SPRp-002-01-00927.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,



Edward Lin

Enclosure
APS
NL