IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS CO., L.P.,

        Plaintiff,

v.                                 Case No:  05-2433-JWL-DJW

THEGLOBE.COM, INC., et al.,

        Defendants.

**O R D E R**

Pending before the Court is the Motion to Extend Certain Discovery Deadlines (doc. 100) filed by Defendant Vonage America, Inc. and Vonage Holding Corporation ("Defendants").  More specifically, Defendant seeks a general three month extension of time with regard to discovery deadlines.  Plaintiff Sprint opposes the motion as written but is amenable to a two-week extension of time with regard to discovery deadlines.

Upon consideration of the arguments submitted by the parties, it is hereby ordered that the Motion to Extend Certain Discovery Deadlines (doc. 100) is granted to the extent that

- All discovery shall be served or commenced in time to be completed by **February 16, 2007**;

- The January 24, 2007 final pretrial conference is reset to **10:00 a.m. on February 21, 2007**;

- The jointly proposed final pretrial order shall be submitted directly to chambers no later than **February 16, 2007**;

All other deadlines set forth in the current Scheduling Order, including but not limited to the February 28, 2007 dispositive motion deadline and the August 7, 2007 trial setting, shall remain in full force and effect.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 14th day of December, 2006.

s/ David J. Waxse

David J. Waxse
United States Magistrate Judge

cc:     All counsel and *pro se* parties