# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES

Plaintiff Sprint Communications Company L.P. ("Sprint") and Defendants Vonage America, Inc. and Vonage Holdings Corp. (collectively "Vonage"), by and through their respective counsel, jointly move the Court to extend certain discovery deadlines so as to allow the parties to complete the on-going discovery.

On November 3, 2006, Vonage filed a Motion to Extend Certain Discovery Deadlines (Doc. 100), which requested that the Court amend its January 18, 2006 Scheduling Order generally with a three month extension of certain deadlines. The Court granted this motion, in part, on December 15, 2006. *See* Doc. 105. However, shortly before the Court ruled on Vonage's Motion, the parties reached agreement as to the extension of certain discovery deadlines and Sprint no longer opposed Vonage's motion. While the parties were unable to notify the Court of their agreement before the Court's ruling, this Joint Motion sets forth the parties agreement and seeks to extend the discovery deadlines as set forth below.

1

231944v1

Since the filing of Vonage's Motion on November 3, 2006, both parties have continued to locate, process and produce additional documents. This document production, while nearing its completion, remains on-going and has necessarily delayed discovery events contingent upon the document production. For example, the production of witnesses for depositions and the preparation of expert reports have been hampered by the current production delays. In addition, counsel for Sprint has a previously set trial conflict in February that makes the current schedule set forth in the Court's December 15 Order unworkable. In light of the foregoing document issues, the parties have agreed to extended discovery deadlines, as set forth in the below table.

| **Event** | **Current Deadline** | **Extended Deadline** |
| --- | --- | --- |
| All discovery completed | February 16, 2007 | March 30, 2007 |
| Experts disclosed by Plaintiff | December 22, 2006 | January 12, 2007 |
| Experts disclosed by Defendant | January 22, 2006 | February 23, 2007 |
| Rebuttal experts disclosed | February 4, 2007 | March 17, 2007 |
| Supplementation of disclosures | December 22, 2006 | February 20, 2007 |
| Preliminary witness and exhibit disclosures | December 22, 2006 | February 28, 2007 |
| Potentially dispositive motions | February 28, 2007 | April 30, 2007 |
| Challenges to admissibility of expert testimony | February 28, 2007 | April 30, 2007 |
| Final pretrial conference | February 21, 2007 | April 27, 2007 |
| Proposed pretrial order due | February 16, 2007 | April 20, 2007 |
| Trial | August 7, 2007 | August 7, 2007 |

These deadline extensions represent the parties' realistic assessment of the additional time needed to complete discovery and, because the parties have agreed on these extensions, further modifications to the schedule will not be necessary. There will be no prejudice to any party as a result of these extensions, and the extensions are not being sought for vexatious purposes or to delay. Most importantly, the Court's original trial date of August 7, 2007 is unchanged and remains in full force and effect.

WHEREFORE, for good cause shown, Sprint and Vonage respectfully request the Court grant this motion and extend the discovery deadlines. A proposed Order accompanies this Motion.

231944v1

                    Respectfully submitted,

Dated: December 22, 2006         /s/ Adam P. Seitz
                                        B. Trent Webb, KS Bar No. 15965
                                        Eric A. Buresh, KS Bar No. 19895
                                        Adam P. Seitz, KS Bar No. 21059
                                        SHOOK, HARDY & BACON L.L.P.
                                        2555 Grand Boulevard
                                        Kansas City, Missouri 64108-2613
                                        (816) 474-6550 Telephone
                                        (816) 421-5547 Facsimile

                                        Attorneys for Plaintiff
                                        SPRINT COMMUNICATIONS COMPANY
                                        L.P.

                                        /s/ Don R. Lolli
                                        Don R. Lolli
                                        Patrick J. Kaine
                                        Dysart Taylor Lay Cotter & McMonigle P.C.
                                        4420 Madison Avenue
                                        Kansas City, Missouri 64111

                                        Patrick D. McPherson
                                        Patrick C. Muldoon
                                        Barry Golob
                                        Duane Morris LLP
                                        1667 K. Street N.W.
                                        Washington, DC 20006-1608

                                        ATTORNEYS FOR DEFENDANTS
                                        VONAGE HOLDINGS CORP. and
                                        VONAGE AMERICA, INC.

231944v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of December, 2006, a true and accurate copy of the above and foregoing **JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES** were e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.