## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,   ) <br>   ) <br>         Plaintiff,  ) <br>   ) <br>     v.     ) <br>   ) <br> THE GLOBE.COM, INC., ET AL  ) <br>   ) <br>        Defendants.  ) <br>   ) | Case No. 05-2433-JWL |

## VONAGE AMERICA, INC. AND VONAGE HOLDINGS CORP.'S MOTION TO COMPEL SPRINT COMMUNICATIONS CO., L.P. TO IDENTIFY SEARCH TERMS USED TO SEARCH FOR RELEVANT DOCUMENTS RESPONSIVE TO VONAGE'S DOCUMENT REQUESTS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure ("Rules"), Vonage America, Inc. and Vonage Holdings Corp. (collectively "Vonage") respectfully request that this Court enter an Order compelling Sprint Communications Co., L.P., within five (5) days of such Order, to identify the search terms used to search for documents responsive to Vonage's requests for documents and things pursuant to Rule 34. The grounds for this motion are set forth in the accompanying memorandum.

Date:   January 10, 2007

Respectfully submitted

/s/ Patrick J. Kaine

Don R. Lolli   KS #22538
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim
Plaintiffs Vonage America, Inc. and Vonage
Holdings Corp.*

## **LOCAL RULE 37.2 CERTIFICATION**

Counsel for Vonage America, Inc. and Vonage Holdings Corp. certifies that they have conferred with counsel for Sprint Communications Co., L.P. in a good faith attempt to resolve the issue presented in this motion, as described in the accompanying memorandum.

/s/ Donald R. McPhail
Donald R. McPhail

## CERTIFICATE OF SERVICE

I hereby certify on this **10th day of January, 2007** that a true copy of VONAGE
AMERICA, INC. AND VONAGE HOLDINGS CORP.'S MOTION TO COMPEL
SPRINT COMMUNICATIONS CO., L.P. TO IDENTIFY SEARCH TERMS USED TO
SEARCH FOR RELEVANT DOCUMENTS RESPONSIVE TO VONAGE'S
DOCUMENT REQUESTS was sent by electronic mail to:

    B. Trent Webb
    Adam P. Seitz
    Erick A. Buresh
    SHOOK, HARDY & BACON LLP
    2555 Grand Boulevard
    Kansas City, MO 64108-2613
    Fax:  (816) 421-5547

### ATTORNEYS FOR PLAINTIFF


/s/ Donald R. McPhail_____
Donald R. McPhail