# EXHIBIT C

Dockets.Justia.com



www.shb.com

December 5, 2006

**Adam P. Seitz**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

Mr. Barry Golob
Mr. Donald McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
Case No: 05-2433-JWL
SHB File No: SPRL116441

Dear Barry and Don:

Vonage has yet to provide any response to my November 21, 2006 letter despite the fact that I had requested a response by December 1, 2006. Please notify me no later than 12:00 p.m. CST today as to whether Vonage intends to provide the requested supplementation. Given that the close of discovery is rapidly approaching, we will have no choice but to address this issue with the court if you do not provide a timely supplementation.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2246778v1