# EXHIBIT D

Dockets.Justia.com

Duane Morris°

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

December 5, 2006

**VIA EMAIL**

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp.
       and Vonage America, Inc.*, Case No. 05-2433-JWL
     Our Reference: Y2108-00079
     Your Reference: SPRI.116441

Dear Adam,

    In response to your letters of November 21 and December 5, please be advised that Vonage is mindful of its obligations under the Federal Rules and continues to supplement its discovery responses on an on-going basis. As we have advised you, additional potentially-responsive documents have been located and are now being processed and reviewed. We expect to produce these additional documents to Sprint in the near future.

                                        Very truly yours,

                                        Donald R. McPhail

DRM/ego
cc:    Barry Golob, Esq.