# EXHIBIT F

## DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

January 17, 2007

**VIA EMAIL**

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
Our Reference: Y2108-00079
Your Reference: SPRI.116441

Dear Adam,

This letter is in further response to your letters dated January 5 and 8, 2007, regarding Vonage's non-infringement, willfulness and invalidity contentions.

First, with respect to Vonage's non-infringement contentions, we note that Vonage has provided an element-by-element comparison of the asserted claims to the Vonage network, specifically and expressly noting the claim elements that Vonage contends are absent in its network. We do not understand what more you want in this respect – we cannot show "how" a particular claim element is missing from the Vonage system.

As to your demand that Vonage provide a description of how its system operates, we note that you have already taken the deposition of one witness in this respect and that Vonage has produced documents describing the operation of its system. Nothing more is required of Vonage by Sprint's interrogatories.

Second, with respect to Vonage's willfulness contentions, Vonage has stated that it does not infringe any claim of any asserted patent. Thus, the full, factual basis for Vonage's contention that there has been no willful or intentional infringement is the fact that Vonage has not infringed any claim of any asserted patent, either literally or under the doctrine of equivalents.

As to the request in your letters that Vonage describe the "necessary actions" undertaken by Vonage, Vonage states the following: when Vonage received a copy of Sprint's complaint in

Adam P. Seitz
January 17, 2007
Page 2

this action asserting infringement, Vonage referred the matter to litigation counsel who investigated the allegations in the complaint and represents Vonage in this matter denying those allegations.

Finally, with respect to Vonage's invalidity contentions, we have repeatedly told you that we would provide such contentions to Sprint two (2) weeks following receipt of Sprint's updated infringement contentions. As we told you, there was absolutely nothing to be gained by either side from having Vonage provide invalidity contentions based on Sprint's ever-changing interpretation of its patent claims.

Although we had asked for updated infringement contentions from Sprint since November, 2006, you declined to provide them to us until the submission of Sprint's expert report last Friday, January 12, 2007. Moreover, despite your representation to us that Sprint's infringement contentions would not change from those provided to us in October, it is plainly evident by the charts attached to Sprint's expert report that your representation simply was not true. Now that Sprint has finally committed to a particular construction of its patent claims and their application to Vonage's system, we will, as we have consistently stated, provide Vonage's invalidity contentions within two (2) weeks, viz. by January 26, 2007.

Your assertion that your expert requires Vonage's invalidity contentions in order to prepare for his deposition is nothing more than a red herring. Dr. Wicker will be deposed on the topics in his expert reports, which, at least to date, address only Vonage's alleged infringement of Sprint's patents and not the validity thereof. Similarly, Dr. Wicker does not need to see Vonage's non-infringement contentions to prepare for a deposition regarding the basis for his opinion that Vonage does infringe.

We hope that this letter resolves the outstanding issues you have raised. If you have any questions, or would like to discuss this further, please do not hesitate to contact me.

Very truly yours,

Donald R. McPhail

DRM/ego