# EXHIBIT G



www.shb.com

December 1, 2006

Adam P. Seitz

Mr. Barry Golob
Mr. Donald McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Barry and Donald:

This letter concerns deficiencies in Vonage's discovery responses addressed to Vonage's non-infringement and invalidity contentions. Though Vonage contends that the asserted Sprint patents are invalid and not infringed, Vonage has failed to set forth any factual basis or explanation in support of its contentions. Interrogatory No. 5 requests the factual basis and explanation for Vonage's contention that Sprint's patents are invalid. In addition, Interrogatory No. 7 requests the factual basis and explanation for Vonage's contention that Vonage has not infringed the asserted Sprint patents.

In response to both Interrogatory Nos. 5 and 7, Vonage stated that it cannot fully respond until Sprint provides infringement contentions. As you know, Sprint provided Vonage updated and detailed infringement contentions on October 5, 2006. There simply is no reason for Vonage to continue withholding its non-infringement and invalidity contentions. Accordingly, Sprint requests that Vonage supplement its responses no later than December 8, 2006 including, but not limited to, the full factual basis and explanation for Vonage's contention that it has not infringed the asserted Sprint patents and that the asserted Sprint patents are invalid.

We look forward to receiving your reply.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2244841v1