# EXHIBIT J



www.shb.com

**Adam P. Seitz**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

January 5, 2007

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
     Case No: 05-2433-JWL
     SHB File No: SPRI.116441

Dear Don:

This letter responds to your December 29, 2006 letter to Mr. Buresh regarding Vonage's invalidity contentions. In your letter you mistakenly state that an agreement was reached between Mr. Golob and myself regarding the timing of Vonage's invalidity contentions. Contrary to your assertion, no such agreement exists. I confirmed this understanding with Mr. Golob on Tuesday, January 2, 2007. Moreover, Mr. Golob agreed that Vonage would provide its invalidity contentions no later than January 15, 2007. We look forward to receiving substantive invalidity contentions at that time.

With regard to your request for a list of terms that Sprint contends require construction, I would direct you to Sprint's expert report, which will be served on January 12, 2006. To the extent Sprint has any contentions regarding particular terms and/or the construction of such terms, such contentions will be contained within the expert report.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.