# EXHIBIT A

```
-----Original Message-----
From: Seitz, Adam P. (SHB)
Sent: Tuesday, January 02, 2007 10:58 AM
To: 'bgolob@duanemorris.com'
Cc: Buresh, Eric A. (SHB)
Subject: documents
```

Barry,

I've spoken with Eric and he will be giving you a call today to discuss your request. As we discussed earlier, we will be producing documents by the end of this week from additional searches we have conducted in response to your requests. It is my belief that these documents will address many of your concerns thus alleviating the need for a motion. As you know, I am out of the office so please direct any additional questions to Eric.

Thanks,

Adam