# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Sprint, ) <br> ) <br> v. ) <br> ) <br> VONAGE HOLDINGS CORP., ) <br> VONAGE AMERICA, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Case No. 05-2433-JWL |

## DECLARATION OF ADAM P. SEITZ

I, Adam P. Seitz, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney licensed to practice in the States of Missouri and Kansas.

2. I represent Sprint Communications Company L.P. ("Sprint") in this action and am familiar with the record in this case. I submit this Declaration in support of Sprint's Opposition to Vonage's Motion to Compel Sprint to Identify Search Terms Used to Search for Relevant Documents Responsive to Vonage's Document Requests.

3. On January 2, 2007, I contacted counsel for Vonage, Mr. Barry Golob, and informed him that Sprint had located correspondence between Sprint and Mr. Joseph Christie and/or his estate and contracts with third parties, including copies of contracts between Sprint and outside contractors relating to the development of

2301533v1

the subject matter of the patents-in-suit. I further informed Mr. Golob that Sprint would be producing any of the non-privileged documents as quickly as possible.

4. On January 18, 2007, I contacted counsel for Vonage, Mr. Barry Golob, and offered on behalf of Sprint to identify those search terms used by Sprint in connection with this litigation that resulted in the production of documents, without disclosing those terms that did not lead to the production of responsive documents.

Executed on January 24, 2007

_____
Adam P. Seitz

2301533v1