# EXHIBIT
# C

**Shook,**
**Hardy &**
**Bacon** L.L.P.®
www.shb.com

December 22, 2006

**Eric A. Buresh**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
eburesh@shb.com

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
      Case No: 05-2433-JWL
      SHB File No: SPRI.116441

Dear Don:

This letter responds to your request that Sprint identify the search terms used to locate documents responsive to Vonage's requests for production, as well as the identification of the individuals contacted in connection with those efforts. While we cannot agree to provide you with those terms at this time, we propose the following: Vonage will provide us with a list of terms that it believes should be included in a reasonable search for documents responsive to your requests for production. We will review those search terms and let you know whether a search has been conducted utilizing those search terms and, if not, we will conduct a reasonable search of Sprint's records for documents based on those search terms. In addition, you may provide us with a list of individuals that you believe should be contacted in connection with any such search and we will make the same determination as set forth above.

Provided that you identify reasonable terms that you believe should be connected with any search for documents, we look forward to working with you through the above identified arrangement.

Sincerely,

*Eric A. Buresh*

Eric A. Buresh/Jb

EAB/APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2267840v1

| | |
|---|---|
| **From:** | Dennis, Teresa R. (SHB)  **On Behalf Of** Buresh, Eric A. (SHB) |
| **Sent:** | Tuesday, December 26, 2006 12:16 PM |
| **To:** | 'McPhail, Donald R.'; 'Golob, Barry'; 'McPherson, Patrick D.' |
| **Cc:** | Seitz, Adam P. (SHB); Webb, B. Trent (SHB); Reckers, Robert H. (SHB) |
| **Subject:** | Sprint v. Vonage |

Counsel,

Attached please find correspondence relating to this case.

Thanks,

Eric A. Buresh
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f:  816.421.5547



Letter to
McPhail.pdf (38 KB)