IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,   )
                                      )
       Plaintiff,                     )
                                      )
v.                                    )   Case No. 05-2433-JWL
                                      )
VONAGE HOLDINGS CORP.,                )
VONAGE AMERICA, INC.,                 )
                                      )
       Defendants.                    )
_____)

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Robert H. Reckers be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Dated: January 30, 2007

/s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2007, a true and accurate copy of the above and foregoing Motion for Leave was filed with the court with notification to all parties entitled to notice.

/s/Adam P. Seitz
Attorneys for
Sprint Communications Company L.P.

230033v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 05-2433-JWL |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:     Robert H. Reckers

2. I practice under the following firm name or letterhead:

    Name:     Shook, Hardy & Bacon, L.L.P.

    Address:  JPMorgan Chase Tower, 600 Travis Street, Suite 1600, Houston, TX, 77002-2911

    Telephone:  713-227-8008

    Facsimile:  713-227-9508

    E-mail address:   rreckers@shb.com

3. I am admitted to practice by the following state bar associations:

    | Bar Admissions | Date of Admission | Bar Number |
    |---|---|---|
    | Texas State Bar | 2003 | 24039520 |
    | United States Court of Appeal:<br>  Federal Circuit | 2005 | |
    | United States District Court of<br>Texas – Southern District | 2003 | 35685 |
    | United States District Court of<br>Texas – Eastern District | 2006 | |

230033v1

4. There have been no disciplinary proceedings or other adverse action in any of the foregoing jurisdictions.

5. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have associated with local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

6. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

7. I am in good standing in all bars of which I am a member.

8. No disciplinary or grievance proceedings have been previously filed against me.

9. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

10. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

11. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

230033v1

FURTHER AFFIANT SAYETH NAUGHT.

I solemnly swear under the penalty of perjury that the foregoing is true and correct.

Date: Jan / 19 '07

Robert H. Reckers

SUBSCRIBED AND SWORN to before me this **19**[th] day of **January, 2007**.



Notary Public

My Commission Expires:    **March 22, 2010**

230033v1

```
Court Name: District Court of Kansas
Division: 2
Receipt Number: K4631006653
Cashier ID: Karen
Transaction Date: 01/29/2007
Payer Name: Shook Hardy and Bacon
-----------------------------------
PRO HAC VICE
 For: Shook Hardy and Bacon
 Case/Party: D-KSX-2-07-AT-PROHAC-001
 Amount:         $50.00

CHECK
 Check/Money Order Num: 632876
 Amt Tendered:   $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

05-2433
MIV - Robert Reckers
```