# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS CO., L.P.,

      Plaintiff,

v. Case No: 05-2433-JWL-DJW

VONAGE HOLDINGS COMPANY, et al.,

      Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice filed on January 30, 2007 (doc. 114), and for good cause shown, the Court finds that said motion should be sustained and that Robert Reckers should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

If pro hac vice counsel have not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 31st day of January, 2007.

                                      s/ David J. Waxse
                                      David J. Waxse
                                      United States Magistrate Judge

cc: All counsel and *pro se* parties