## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
VONAGE HOLDINGS CORP.,　　　　　　　　)
VONAGE AMERICA, INC.,　　　　　　　　　) Case No. 05-2433-JWL
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

### NOTICE OF SERVICE

I hereby certify that on the 5th day of February, 2007, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Vonage Holdings Corp. and Vonage America, Inc. as listed below:

**Sprint Communications Company L.P.'s First Supplemental Responses to Defendant Vonage Holdings Corp's Interrogatory Nos. 4, 6, 8, 9 and 10.**

Plaintiff certifies that the above were served via e-mail and U.S. Mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

2319500v1

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

February 6, 2007                    Respectfully Submitted,


 /s/ Adam P. Seitz_____
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

2319500v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2007, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz_____
Attorney for Sprint Communications Company L.P.