# EXHIBIT B

H:\exhibit.doc



December 7, 2006

**SENT VIA E-MAIL**

Adam P. Seitz

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
     Case No: 05-2433-JWL
     SHB File No: SPRI.116441

Dear Don:

In response to your December 7, 2006 letters, both Mr. Strand and I are available for a meet and confer on Monday, December 10, at 3:00 p.m. EST. I will call you at that time.

With regard to your question concerning correspondence between Sprint and the estate of Joseph Michael Christie, Sprint is not asserting any privilege with regard to these communications. This issue is irrelevant, however, because Sprint has not located any documents relating to correspondence between it and Mr. Christie's estate.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2251330v1