# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
                 Plaintiff,          )
                                    )
      v.                            )   Case No. 05-2433-JWL
                                    )
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )
                                    )
                 Defendants.        )
                                    )

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S
## MOTION FOR LEAVE TO FILE A SUR-REPLY TO VONAGE'S REPLY
## IN SUPPORT OF VONAGE'S MOTION TO COMPEL

Plaintiff Sprint Communications Company L.P. ("Sprint") respectfully moves for leave to file a sur-reply to Vonage's Reply in Support of Vonage's Motion to Compel. Sprint's proposed Sur-reply is attached hereto as Exhibit A.

Leave to file a sur-reply may be granted when a party "improperly raises new arguments in a reply." *Pehr v. Rubbermaid, Inc.* 87 F.Supp. 2d 1222, 1236 (D. Kan. 2000). Vonage's Reply raises new arguments that mischaracterize Sprint's discovery efforts. Sprint's Sur-reply is limited to correcting the record with respect to the inaccuracies and unsupported inferences advanced by Vonage in its Reply.

WHEREFORE, Sprint respectfully requests leave to present and file with this Court the accompanying Sur-reply addressing the foregoing issues.

- 1 -

2327740v1

                                          Respectfully submitted,

Dated: February 12, 2007             /s/ Adam P. Seitz_____
                                          B. Trent Webb, KS Bar No. 15965
                                          Eric A. Buresh, KS Bar No. 19895
                                          Adam P. Seitz, KS Bar No. 21059
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108-2613
                                          (816) 474-6550 Telephone
                                          (816) 421-5547 Facsimile

                                          Attorneys for Plaintiff
                                          SPRINT COMMUNICATIONS COMPANY
                                          L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2007, a true and accurate copy of the above and foregoing **PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO VONAGE'S REPLY IN SUPPORT OF VONAGE'S MOTION TO COMPEL** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/ \_Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

2327740v1