# EXHIBIT
# A

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                                 )
                       Sprint,            )
                                                   )
         v.                                )
                                                   )   Case No. 05-2433-JWL
VONAGE HOLDINGS CORP.,           )
VONAGE AMERICA, INC.,             )
                                                   )
                  Defendants.     )
                                                   )
                                                   )
                                                   )

## DECLARATION OF ADAM P. SEITZ

         I, Adam P. Seitz, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.      I am an attorney licensed to practice in the States of Missouri and Kansas.

2.      I represent Sprint Communications Company L.P. ("Sprint") in this action and am familiar with the record in this case. I submit this Declaration in support of Sprint's Sur-reply to Vonage's Reply in support of Vonage's Motion to Compel.

3.      By January 31, 2007, Sprint had produced all non-privileged portions of the 45,000 pages of documents referenced in Vonage's Reply at pages 9, 12 and 15.

4.      The following chart sets forth the dates of Sprint's recent document productions and the number of pages in each of these productions. Each of these productions were sent directly to Mr. Barry Golob, counsel for Vonage, via FedEx overnight shipping.

| Date of Production | Number of Pages Produced |
|---|---|
| December 14, 2006 | 568 |
| January 9, 2007 | 764 |
| January 10, 2007 | 3,210 |
| January 24, 2007 | 279 |
| January 25, 2007 | 84 |
| January 26, 2007 | 3,778 |
| January 29, 2007 | 4,401 |
| January 30, 2007 | 46,015 |
| January 31, 2007 | 853 |

5.      On December 14, 2006, I contacted Mr. Barry Golob, counsel for Vonage, and informed him of Sprint's decision to withdraw its Opposition to Vonage's Motion to Extend Certain Discovery Deadlines.  During this phone call I noted that Sprint's agreement to withdraw its opposition was based, in part, on document production issues.

6.      On January 25, 2007, Sprint produced to Vonage documents that included correspondence between Sprint and Joseph Christie's estate.

7.      On November 29, 2006, Sprint produced a patent assignment document addressing three of the seven patents asserted in this action.

8.      On January 24, 2007, Sprint produced additional patent assignment documents addressing the remaining four patents asserted in this action.

Executed on February 12, 2007

Adam P. Seitz