# EXHIBIT C



January 9, 2007

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
    Case No: 05-2433-JWL
    SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find a CD containing documents produced by Sprint pursuant to this litigation.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,

*Kara Lynn Hayduk*

Kara Lynn Hayduk

Enclosure
APS
NL



**CRICKET**
TECHNOLOGIES

January 10, 2007

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find a CD containing documents produced by Sprint pursuant to this litigation.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,

*Kara Lynn Hayduk*

Kara Lynn Hayduk

Enclosure
APS
NL

January 25, 2007

**SENT VIA FEDERAL EXPRESS**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
   Case No: 05-2433-JWL
   SHB File No: SPRI.116441

Dear Mr. Golob:

Enclosed please find a CD containing documents produced by Sprint pursuant to this litigation.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,


Kara Lynn Hayduk

Enclosure
APS
NL

January 30, 2007

**<u>SENT VIA FEDERAL EXPRESS</u>**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
    Case No:  05-2433-JWL
    SHB File No:  SPRI.116441

Dear Mr. Golob:

Enclosed please find CDs containing documents produced by Sprint pursuant to this litigation.

If you have any questions or concerns, please do not hesitate to contact Adam P. Seitz at Shook, Hardy & Bacon LLP.

Sincerely,



Kara Lynn Hayduk

Enclosure
APS
NL