# EXHIBIT D

Dockets.Justia.com

| | |
|---|---|
| **From:** | Seitz, Adam P. (SHB) |
| **Sent:** | Thursday, December 14, 2006 11:16 AM |
| **To:** | 'Golob, Barry' |
| **Subject:** | Motion to Extend [SPRI.116441] |

Barry,

This confirms that Sprint will withdraw its opposition to Vonage's Motion to Extend the Deadlines in the Scheduling Order. We will file the appropriate notice with the Court tonight or early tomorrow morning.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f: 816.421.5547

1