# EXHIBIT E



**Shook,
Hardy &
Bacon** L.L.P.®

www.shb.com

January 24, 2007

Adam P. Seitz

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
   Case No: 05-2433-JWL
   SHB File No: SPRI.116441

Dear Don:

In your December 7, 2006 letter you indicated Vonage had additional documents to produce that relate to its noninfringement and invalidity contentions. You later informed me during a telephone conference that you expected there to be an additional 100,000 pages of documents in this production. Now, nearly two months later, you have yet to produce these documents and have ignored my repeated requests to identify a date on which we can expect to receive these additional documents. Your failure to provide these documents is subjecting Sprint to significant prejudice. Accordingly, I again request that you provide us with a date certain when we can expect to receive these additional documents. If we do not hear from you by January 26, 2007, I will be forced to address this with the Court.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2301716v1