# EXHIBIT F

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 05-2433-JWL |
| v. | )<br>) |
| THE GLOBE.COM, INC., ET AL | )<br>)<br>) |
| Defendants. | )<br>) |

## VONAGE HOLDINGS CORP.'S FIRST SET OF REQUESTS FOR ADMISSION TO SPRINT COMMUNICATIONS COMPANY L.P.

### DEFINITIONS AND INSTRUCTIONS

1. The terms "you", "your" and "Sprint" are defined as Plaintiff/Counterclaim Defendant Sprint Communications Company L.P. and any and all agents, officers, employees, representatives, consultants, contractors, affiliates, parent companies and subsidiaries thereof, and any and all other persons or entities acting on its behalf, whether former or current.

2. The term "Vonage" is defined as Defendants/Counterclaim Plaintiffs Vonage Holdings Corp. an/or Vonage America, Inc., and any and all agents, officers, employees, representatives, affiliates, parent companies and subsidiaries thereof, and any and all other persons or entities acting on its behalf, whether former or current.

3. The term "the '294 patent" is defined as U.S. Patent No. 6,665,294, and any and all related patents or patent applications, whether foreign or domestic, including

**REQUEST NO. 2:**

Joseph Michael Christie did not author, in whole or in part, or review any amendment and/or response filed in the U.S. Patent & Trademark Office during the prosecution of any Asserted Patent.

**REQUEST NO. 3:**

Joseph Michael Christie did not author, in whole or in part, or review any claim filed in the U.S. Patent & Trademark Office during the prosecution of any Asserted Patent.

**REQUEST NO. 4:**

Sprint has no assignment of rights from Joseph Michael Christie for the '561 patent.

**REQUEST NO. 5:**

Sprint has no assignment of rights from Joseph Michael Christie for the '052 patent.

**REQUEST NO. 6:**

Sprint has no assignment of rights from Joseph Michael Christie for the '932 patent.

**REQUEST NO. 7:**

Sprint has no assignment of rights from Joseph Michael Christie for the '572 patent.

**REQUEST NO. 8:**

The '294 patent is not entitled to the benefit of the filing date of U.S. Patent Application No. 08/238,605, filed on May 5, 1994.

**REQUEST NO. 9:**

The '429 patent is not entitled to the benefit of the filing date of U.S. Patent Application No. 08/238,605, filed on May 5, 1994.

**REQUEST NO. 10:**

The '064 patent is not entitled to the benefit of the filing date of U.S. Patent Application No. 08/238,605, filed on May 5, 1994.

**REQUEST NO. 11:**

On April 16, 1998, Sprint abandoned its claim that U.S. Patent No. 5,991,301 was entitled to the benefit of the filing date of U.S. Patent Application No. 08/238,605, filed on May 5, 1994.

## CERTIFICATE OF SERVICE

I hereby certify on this **16th** day of **January, 2007** that a copy of VONAGE HOLDINGS CORP.'S FIRST SET OF REQUESTS FOR ADMISSION was served by hand on:

Peter E. Strand
SHOOK, HARDY & BACON LLP
Hamilton Square
600 14th St NW., Suite 800
Washington, D.C. U.S.A.
20005-2004
**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

_____
Donald R. McPhail