**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | Case No. 05-2433-JWL |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF SERVICE**

I hereby certify that on the 14th day of February, 2007, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Vonage Holdings Corp. and Vonage America, Inc. as listed below:

**Sprint Communications Company L.P.'s Responses to Defendant Vonage America Inc.'s First Set of Interrogatories; and**

**Sprint Communications Company L.P.'s Resposnes to Defendant Vonage Holdings Corp's Third Set of Requests for Production of Documents and Things**

I also hereby certify that on the 15th day of February, 2007, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Vonage Holdings Corp. and Vonage America, Inc. as listed below:

**Sprint Communications Company L.P.'s Responses to Vonage Holding Corp's First Set of Requests for Admission**

2336182v1

Plaintiff certifies that the above were served via e-mail and U.S. Mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

February 16, 2007                              Respectfully Submitted,


                                        /s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2007, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz_____
Attorney for Sprint Communications Company L.P.