**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff,                    )<br>)<br>v.                                           )<br>                                              ) Case No. 05-2433-JWL<br>VONAGE HOLDINGS CORP.,       )<br>VONAGE AMERICA, INC.,           )<br>                                              )<br>Defendants.                ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR PRELIMINARY WITNESS AND EXHIBIT DISCLOSURES**

Plaintiff Sprint Communications Company L.P. ("Sprint") and Defendants Vonage America, Inc. and Vonage Holdings Corp. (collectively "Vonage"), by and through their respective counsel, jointly move the Court to extend the deadline for preliminary witness and exhibit disclosures. The deadline for these disclosures is currently set for February 28, 2007, but the parties both desire to extend this deadline to March 7, 2007.

There will be no prejudice to any party as a result of these extensions, and the extensions are not being sought for vexatious purposes or to delay. Most importantly, the Court's original trial date of August 7, 2007 is unchanged and remains in full force and effect.

WHEREFORE, for good cause shown, Sprint and Vonage respectfully request the Court grant this motion and extend the deadline for preliminary witness and exhibit disclosures to March 7, 2007. A proposed Order will be emailed to the Judge's chambers.

1

2340346v1

                                           Respectfully submitted,

Dated: February 21, 2007                /s/ Adam P. Seitz
                                        B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

/s/ Don R. Lolli
Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP. and
VONAGE AMERICA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2007, a true and accurate copy of the above and foregoing **JOINT MOTION TO EXTEND DEADLINE FOR PRELIMINARY WITNESS AND EXHIBIT DISCLOSURES** were e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.