IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> THEGLOBE.COM, INC., VOICEGLO HOLDINGS, INC., VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 27th day of February 2007, that a copy of Defendant Vonage Holdings Corp.'s Second Set of Interrogatories to Plaintiff Sprint Communications Company LP was served by email and regular mail to:

B. Trent Webb
Adam P. Seitz
Erick A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547

Peter E. Strand
SHOOK, HARDY & BACON, LLP
600 14th Street, NW, Suite 800
Washington, DC 20005-2004
**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT**

1

Respectfully submitted,

 /s/ Patrick J. Kaine
Don R. Lolli            KS # 22538
Patrick J. Kaine        KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick C. Muldoon
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com
pcmuldoon@duanemorris.com
*Attorneys for Defendants/Counterclaim Plaintiff Vonage America, Inc. and Vonage Holdings Corp.*