Sprint Communications Company LP v. Vonage Holdings Corp., et al Doc. 128 Att. 3


# EXHIBIT C

Dockets.Justia.com

Shook, Hardy & Bacon L.L.P.
www.shb.com

**Adam P. Seitz**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

November 29, 2006

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Don:

During yesterday's deposition it came to our attention that Vonage is in possession of proprietary Sprint information that was not produced or disclosed by Sprint. The dissemination and distribution of Sprint proprietary information without Sprint's express permission raises serious questions that need to be addressed. So that Sprint can make a determination as to whether there has been a breach of any contractual obligations surrounding this disclosure, we need you to identify the individual(s) that provided you with these documents. We also need a detailed description of the circumstances surrounding the identification and disclosure of the documents to Vonage. Given the implications of the dissemination of this information, we must have an answer to these questions no later than the close of business on Friday, December 1, 2006.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

2243286v1