# EXHIBIT E

### Devitt, Michael P. (SHB)

**Subject:** FW: Kamali Deposition
**Importance:** High

**From:** Seitz, Adam P. (SHB)
**Sent:** Monday, February 26, 2007 10:04 AM
**To:** Glidewell, Jeff O. (SHB)
**Subject:** FW: Kamali Deposition
**Importance:** High

---

**From:** Mark Pettinari [mailto:mlpettinari@mlplawoffices.com]
**Sent:** Friday, February 23, 2007 5:15 PM
**To:** Seitz, Adam P. (SHB)
**Cc:** Lily Korman; Buresh, Eric A. (SHB)
**Subject:** RE: Kamali Deposition
**Importance:** High

I don't think you understood my email. Mr. Kamali has advised me that he will not be able to attend the deposition on February 28, 2007. He has been advised by his doctors not to work and he must focus on the health of his family. Must I provide a note from his doctor?

I'm not sure I understand your statement that Mr. Kamali has injected himself in this matter. Mr. Kamali is not a party, has not attempted to intervene in the action, and it is my understanding that Sprint is fully aware of his contributions to this technology.

On another note, the privilege log and additional documents have been sent via USPS Priority Mail. You should have them by Monday.

Let me know what dates work for you in mid-March.

Mark

---

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Friday, February 23, 2007 3:03 PM
**To:** Mark Pettinari
**Cc:** Lily Korman; Buresh, Eric A. (SHB)
**Subject:** RE: Kamali Deposition

Mark,

As you may or may not know, discovery in our case ends on March 31, 2007. This impending deadline is why the subpoena originally scheduled the deposition for January 26, 2007. If we proceed with his deposition in mid-March we will not have time to conduct the necessary follow-up discovery, such as additional subpoenas to Mr. Kamali's employers and/or clients subsequent to his work with Sprint.

While I am sympathetic to his personal circumstances, he has injected himself into this matter and we simply cannot delay this deposition any further. Unless Mr. Kamali intends to withdraw his assertions against Sprint, we will proceed with the deposition as currently scheduled.

Thanks,

2/28/2007

Adam

---

**From:** Mark Pettinari [mailto:mlpettinari@mlplawoffices.com]
**Sent:** Friday, February 23, 2007 11:03 AM
**To:** Seitz, Adam P. (SHB)
**Cc:** Lily Korman
**Subject:** Kamali Deposition
**Importance:** High

Adam,

I've just heard from my client and he needs to reschedule his deposition to sometime in mid-March. As you know, his wife just gave birth and Masoud needs to be focused on his family until the baby is older than 2 months, until around mid-March. He asked me to request that you set over the deposition until after March 14, 2007. Masoud will simply not be able to appear on February 28, 2007, as we previously thought.

Regarding the privilege log, it is being edited today and we will send some additional documents and the log to you today for delivery on Monday.

Let me know about resetting the deposition so we can firm up a new date without delay.

Mark

Law Offices of Mark L. Pettinari
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-240-4200
Facsimile: 415-240-4202
Direct Dial: 415-240-4201
Email: mlpettinari@mlplawoffices.com


Mail Gate made the following annotations on Fri Feb 23 2007 17:03:30

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

2/28/2007