# EXHIBIT F

**Lily Korman**

**From:** David Heckadon [DHeckadon@gordonrees.com]
**Sent:** Friday, September 01, 2006 10:27 AM
**To:** masoud kamali; mwhughes@sandproof.org
**Subject:** RE: forwarding vonage email

Masoud - I don't know what to suggest. As I've said, I don't think we can help you against Sprint. As for Vonage, they seemed to be your best chance. But, it's true that if they (Vonage) go ahead and make a deal with Sprint, Vonage won't need your help.

---

**From:** masoud kamali [mailto:masoud@kemmgroup.com]
**Sent:** Thursday, August 31, 2006 11:58 AM
**To:** mwhughes@sandproof.org; David Heckadon
**Subject:** forwarding vonage email

Mike,

This is latested I got from Barry.
He's been very responsive with emails.
His last three emails say basically the same thing. That I should wait.
Which I don't mind doing.

My concern is that there's nothing in writing or any kind of agreement between us. What can I expect from a Sprint-Vonage deal or no-deal is not clear without a contract or am I mistaken.

Regards,

Masoud

Note: forwarded message attached.

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Houston * Phoenix * Dallas * New York

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

1/29/2007