# EXHIBIT H



**Shook,
Hardy &
Bacon** L.L.P.®

www.shb.com

February 27, 2007

Adam P. Seitz

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

**SENT VIA EMAIL**

Mr. Barry Golob
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp. et al.*
     Case No: 05-2433-JWL
     SHB File No: SPRI.116441

Dear Barry:

It has come to our attention that Vonage has received a significant number of documents and correspondence from Masoud Kamali, Mike Hughes, and/or David Heckadon. These documents and correspondence are responsive to a number of Sprint's discovery requests. Moreover, we specifically requested the production of all such items on November 29, 2006. Given that Vonage has failed to produce this information, we hereby reiterate our request for all documents sent to and/or received from Mr. Kamali, Mr. Heckadon, and/or Mr. Hughes. These documents would include, but not be limited to, all correspondence (including e-mails) sent to and/or received from these individuals. Given Vonage's previous delay in producing this information, we request that you produce it no later than **Thursday, March 1, 2007.**

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

2349450v1