# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Sprint, ) <br> ) <br> v. ) <br> ) <br> VONAGE HOLDINGS CORP., ) <br> VONAGE AMERICA, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-2433-JWL |

### DECLARATION OF ADAM P. SEITZ

I, Adam P. Seitz, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney licensed to practice in the States of Missouri and Kansas.

2. I represent Sprint Communications Company L.P. ("Sprint") in this action and am familiar with the record in this case. I submit this Declaration in support of Sprint's Motion to Compel Production of Documents From Vonage Relating To Massoud Kamali and/or Michael Hughes.

3. On March 2, 2007, I contacted Barry Golob, counsel for Vonage and left Mr. Golob a message requesting all documents and correspondence sent to and/or received from Mr. Kamali and Mr. Hughes. I informed Mr. Golob that Sprint would seek relief from the Court unless Vonage responded to my letter or voicemail by the close of business. Vonage did not respond.

Executed on March 2, 2007

_/s/ Adam P. Seitz_
Adam P. Seitz

2355450v1