# EXHIBIT J

### Lily Korman

**From:** masoud kamali [masoud@kemmgroup.com]
**Sent:** Friday, November 24, 2006 12:38 PM
**To:** mwhughes@sandproof.org
**Subject:** please review mail to Barry and let me know if you think it's okay to send it.

Mike: I left a message for Barry few minutes ago (in which I referred to your letter and asked for response). I would also like to send him an email as well. How does the following email sound to you? (it's juts a modified version of my previous email)?
regards,
Masoud


Barry,

It's been a while and I hope that this email finds you well.

Few minutes ago I left you a voice mail - when you get a chance please contact me and let me know when we can talk on the phone in RT. Also, Mike Hughes, former CEO of Anonymix and Kemm Consulting, Inc. (who's cc'd on this email) has sent you a letter that summarizes what happened from our perspective and also proposes an arrangement that could work for us.

I am writing to you with the first anniversary of the Sprint – Vonage lawsuit just passing by, and with this date we have started to re-assess our course of action to date. We initially approached you in June because I thought that there was a tremendous mutual advantage for us to work together. I've tried in the subsequent months to make myself, my expertise and my documentation as available to you as I could, in the hopes that such transparency would make communications between us and your own investigations flow more smoothly. I've tried to act like a true partner to you and Vonage.

If you are interested in following our mutual course of action, may I suggest a new approach, starting with a face-to-face meeting with myself and Mike Highes where we can be brought up to speed on where things stand. I would appreciate this being a frank and full dialogue, so that we can all assess whether our continued association still represents a win-win for both sides.

Again, let me say that my first choice is to continue working together since I see a great synergy between us, but that my priority is to see some forward progress, together or alone. I look forward to your speedy reply.

With kind regards,

Masoud


**"Golob, Barry"** <BGolob@duanemorris.com> wrote:

> Masoud:
> We are not ready to evaluate the situation because we do not have all of the documents and information from Sprint. This should take a couple more months. We will contact you when we are ready to talk.
> Thanks
> Barry

1/29/2007

Barry Golob
Duane Morris LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 776-5236
(202) 776-7801 (Fax)
bgolob@duanemorris.com

----- Original Message -----
From: masoud kamali <masoud@kemmgroup.com>
To: Golob, Barry
Sent: Wed Aug 30 14:46:26 2006
Subject: RE: touching base

Hi Barry,

I hope this finds you well.

I have left couple messages on your voice mail through your secretary earlier this months.

Do you have time for a telephone call so we can close this matter?

Regards,

Masoud
(415) 505-7745

Masoud M. Kamali
Corporate Director
Kemm Consulting, Inc.
www.kemmgroup.com

email: masoud@kemmgroup.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

1/29/2007