Sprint Communications Company LP v. Vonage Holdings Corp., et al
Case 2:05-cv-02433-JWL   Document 128-12   Filed 03/02/2007   Page 1 of 9
Doc. 128 Att. 11

# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| THE GLOBE.COM, INC., ET AL. | ) ) ) |
| Defendants. | ) ) |

## VONAGE HOLDINGS CORP.'S SUPPLEMENTATION OF RULE 26 DISCLOSURES

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure and the local rules of the District of Kansas, Defendant Vonage Holdings Corp. ("Vonage") provides to plaintiff Sprint Communications Co. L.P. ("Sprint") the following supplement to its intial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Vonage hereby expressly incorporates by reference its Rule 26 Initial Disclosures dated January 19, 2006.

    **A.**    **The name and, if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information**

The following individuals are employees of Vonage likely to have discoverable information that Vonage may use to support its claims or defenses in this matter. Each of these individuals is represented by counsel for Vonage and may not be contacted except through such counsel:

| Name and Address (if known) | Subject(s) of Information |
|---|---|
| Louis Mamakos<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's VoIP technology |
| Peter Miron<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's VoIP technology |
| Rohan Dworkha<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's VoIP technology |
| Daniel Smiers<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's VoIP technology |
| John Rego<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's sales, marketing and finances |
| Louis Holder<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's VoIP technology and sales, marketing and financial information |
| Fred Ortiz<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage VoIP technology |
| Glen Eisen<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage's sales, marketing and finances |

| Ed Mulligan<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Carrier operations |
| --- | --- |
| Jose Martinez<br>c/o Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage VoIP technology |
| Chakrapani Gorrepati<br>c/o Vonage America, Inc.<br>23 Main Street<br>Holmdel, NJ 07733 | Vonage VoIP technology |

The following individuals are experts retained by Vonage in connection with this action and likely to have discoverable information that Vonage may use to support its claims or defenses in this matter. Each of these individuals is represented by counsel for Vonage and may not be contacted except through such counsel:

| Name and Address (if known) | Subject(s) of Information |
| --- | --- |
| Scott O. Bradner<br>29 Oxford Street<br>Cambridge, MA 02138 | Vonage's VoIP technology |
| Frank Koperda<br>NextGen Datacom, Inc.<br>14 Mall of Georgia Blvd.<br>Buford, GA 35019 | Prior art |
| Joel M. Halpern<br>Reston, VA | Vonage's VoIP technology |

- 3 -

| | |
|---|---|
| Allyn D. Strickland<br>Huron Consulting Group<br>555 13th Street, NW<br>West Tower, 4th Floor<br>Washington, DC 20004-1109 | Vonage's sales, marketing and finances |

The following individuals are not employess of Vonage, but are likely to have discoverable information that Vonage may use to support its claims or defenses in this matter:

| Name and Address (if known) | Subject(s) of Information |
|---|---|
| Cisco Systems Inc.<br>170 West Tasman Drive<br>San Jose, CA 95134 | Component parts supplied to Vonage |
| UTStarcom<br>33 Wood Avenue South<br>Iselin, NJ 088230 | Component parts supplied to Vonage |
| Linksys<br>121 Theory Drive<br>Irvine, CA 92617 | Component parts supplied to Vonage |
| Motorola, Inc.<br>101 Tournament Drive<br>Horsham, PA 19044 | Component parts supplied to Vonage |
| Uniden America Corporation<br>4700 Amon Carter Blvd.<br>Fort Worth, TX 76155 | Component parts supplied to Vonage |
| VTech Communications Inc.<br>19891 Quail Pine Loop<br>Bend, OR 97702 | Component parts supplied to Vonage |

| | |
|---|---|
| PaeTec<br>One PAETEC Plaza<br>600 WillowBrook Office Park<br>Fairport, NY 14550 | Carrier service provider |
| Level 3 Comunications, Inc.<br>1025 Eldorado Boulevard<br>Broomfiled, CO 80021 | Carrier service provider |
| Choice One<br>100 Chesnut Street<br>Suite 600<br>Rochester, NY 14604 | Carrier service provider |
| Broadwing<br>1122 Capital of Texas Highway South<br>Austin, TX 78746-6426 | Carrier service provider |
| McLeod Headquarters<br>McLeodUSA Technology Park<br>PO Box 3177<br>Cedar Rapids, IA 52406-3177 | Carrier service provider |
| TelCove<br>121 Champion Way<br>Cononsburg, PA 15317 | Carrier service provider |
| XO<br>11111 Sunset Hills Road<br>Reston, VA 20190-5339 | Carrier service provider |
| Masoud Kamali<br>Kemm Consulting Inc.<br>1534 Plaza Lane<br>Burlingame, CA 94010 | Design and development of the alleged inventions claimed in the patents-in-suit |
| Bobby Bahl<br>teleSys Software, Inc.<br>1900 South Norfolk<br>San Mateo, CA 94403 | Design and development of the alleged inventions claimed in the patents-in-suit |

| | |
|---|---|
| Joseph S. Christie<br>Rd. #1, Box 430<br>Mt. Pleasant, PA 15666 | Ownership of the patents-in-suit |
| Michael J. Setter<br>Setter Roche LLP<br>470 Briggs Street<br>Erie, CO 80516 | Preparation and prosecution of the patents-in-suit |
| Harley R. Ball<br>Sprint<br>6450 Sprint Pkwy.<br>Overland, KS 66251 | Preparation and prosecution of the patents-in-suit |

B.  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment

| Description by cateogry | Location |
|---|---|
| Patents-in-suit and prosecution histories thereof | Duane Morris LLP<br>1667 K Street NW<br>Washington, DC 20006 |
| Prior art | Duane Morris LLP<br>1667 K Street NW<br>Washington, DC 20006 |
| Documents relating to Vonage's VoIP technology | Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 |
| Documents relating to Vonage's sales, marketing and finances | Vonage Holdings Corp.<br>23 Main Street<br>Holmdel, NJ 07733 |

| | |
|---|---|
| Documents received from Masoud Kamali relating to the design and development of the alleged inventions claimed in the patents-in-suit | Duane Morris LLP<br>1667 K Street NW<br>Washington, DC 20006 |

Documents subject to attorney-client privilege, attorney work-product doctrine and/or any other applicable privilege or immunity from disclosure are not disclosed here.

      **C.**    **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying, subject to Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

      **D.**    **For inspection and copying, pursuant to Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

                    Respectfully submitted,

Dated: February 20, 2007      By: /s/ Donald R. McPhail
                                        Donald R. McPhail
                                        Patrick D. McPherson
                                        Barry Golob
                                        Patrick C. Muldoon
                                        Duane Morris LLP
                                        1667 K Street N.W.
                                        Washington, DC 20006-1608
                                        202-776-7800
                                        pdmcpherson@duanemorris.com
                                        bgolob@duanemorris.com
                                        drmcphail@duanemorris.com
                                        pcmuldoon@duanemorris.com

                                        Don R. Lolli   KS Dist. #70236
                                        Patrick J. Kaine  KS #15594
                                        Dysart Taylor Lay Cotter & McMonigle P.C.
                                        4420 Madison Avenue
                                        Kansas City, Missour 64111
                                        816-931-2700
                                        pkaine@DysartTaylor.com
                                        dlolli@DysartTaylor.com
                                        *Attorneys for Defendants/Counterclaim Plaintiff Vonage America, Inc. and Vonage Holdings Corp.*