IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P.<br><br>Plaintiff,<br><br>vs.<br><br>VONAGE HOLDINGS, CORP.,<br>VONAGE AMERICA, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-2433-JWL<br>)<br>)<br>)<br>)<br>) |

### SPRINT COMMUNICATIONS COMPANY, L.P.'S MOTION TO COMPEL VONAGE HOLDINGS, CORP., AND VONAGE AMERICA, INC. TO PRODUCE DOCUMENTS RELATING TO MASSOUD KAMALI AND/OR MICHAEL HUGHES

Pursuant to Rule 37 of the Federal Rules of Civil Procedure ("Rules"), Plaintiff, Sprint Communications Company, L.P. respectfully request that this Court enter an Order compelling Defendant Vonage Holdings, Corp. and Vonage America, Inc. within five (5) days of such Order, produce documents relating to Massoud Kamali and/or Michael Hughes pursuant to Rule 34. The grounds for this motion are set forth in the supporting memorandum e-filed as Document 128.

SHOOK, HARDY & BACON L.L.P.

By: _____
Adam P. Seitz, #21059

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY, L.P.

2358434v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2007, a true and accurate copy of the above and foregoing Sprint Communications Company, L.P.'s Motion to Compel Vonage Holdings Corp., and Vonage America, Inc. to Produce Documents Relating to Massoud Kamali and/or Michael Hughes was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMongile, P.C.
4420 Madison Ave.
Kansas City, MO 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp., and
Vonage America, Inc.

/s/ Adam P. Seitz
_____
Attorney for Sprint Communications Company, L.P.

2358434v1