## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )
                                    )
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )   Case No. 05-2433-JWL
                                    )
                    Defendants.     )
                                    )
                                    )
                                    )

### NOTICE OF SERVICE

I hereby certify that on the 8th day of March, 2007, pursuant to the parties'

agreement, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate

copies of the following on Defendants Vonage Holdings Corp. and Vonage America, Inc. as

listed below:

> **1.**    **Sprint's Preliminary Exhibit List;**
>
> **2.**    **Sprint's Preliminary Witness List;**
>
> **3.**    **Sprint's Second Supplemental Initial Disclosures per FRCP 26(a)(1).**

Plaintiff certifies that the above were served via e-mail and U.S. Mail to the

following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon

2365946v1

Dockets.Justia.com

Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

March 8, 2007                              Respectfully Submitted,

                                          /s/ Adam P. Seitz_____
                                          B. Trent Webb, KS Bar No. 15965
                                          Eric A. Buresh, KS Bar No. 19895
                                          Adam P. Seitz, KS Bar No. 21059
                                          SHOOK, HARDY & BACON LLP
                                          2555 Grand Blvd.
                                          Kansas City, Missouri 64108-2613
                                          816-474-6550 Telephone
                                          816-421-5547 Facsimile

                                          ATTORNEYS FOR PLAINTIFF SPRINT
                                          COMMUNICATIONS COMPANY L.P.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of March, 2007, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz_____
Attorney for Sprint Communications Company L.P.

3