### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VONAGE HOLDINGS CORP., VONAGE AMERICA, INC., | ) ) ) Case No. 05-2433-JWL |
| Defendants. | ) ) ) ) ) |

### NOTICE OF SERVICE

I hereby certify that on the 13th day of March, 2007, pursuant to the parties' agreement, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of the following on Defendants Vonage Holdings Corp. and Vonage America, Inc. as listed below:

1. **Sprint Communications Company L.P.'s 1st Supplemental Responses to Vonage Holding Corp's First Set of Requests for Admission; and**

2. **Sprint Communications Company L.P.'s 1st Supplemental Responses to Vonage America Inc.'s First Set of Interrogatories.**

Plaintiff certifies that the above were served via e-mail and U.S. Mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue

2373518v1

Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

| | |
|---|---|
| March 13, 2007 | Respectfully Submitted, |
| | /s/ Adam P. Seitz_____<br>B. Trent Webb, KS Bar No. 15965<br>Eric A. Buresh, KS Bar No. 19895<br>Adam P. Seitz, KS Bar No. 21059<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108-2613<br>816-474-6550 Telephone<br>816-421-5547 Facsimile<br><br>ATTORNEYS FOR PLAINTIFF SPRINT<br>COMMUNICATIONS COMPANY L.P. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2007, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz_____
Attorney for Sprint Communications Company L.P.