IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 2:05-CV-02433 JWL-DJW |

**UNOPPOSED MOTION OF VONAGE AMERICA, INC. AND VONAGE HOLDINGS CORP. FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL**

COMES NOW Defendants Vonage America, Inc. and Vonage Holdings Corp. ("Vonage Defendants"), pursuant to Local Rules 6.1 and 7.1(b), and move for an extension of time to respond to Plaintiff Sprint's Motion to Compel Defendants Vonage America and Vonage Holdings to produce documents relating to Massoud Kamali and/or Michael Hughes ("Motion") (Document 129). In support, the Vonage Defendants state as follows:

1. Sprint filed its Motion on March 5, 2007.

2. The original date for responding to the Motion is today, March 19, 2007.

3. The Vonage Defendants need additional time to respond to the matters addressed in Sprint's Motion, and request an extension of time of four (4) days through March 23, 2007 to file their response.

4. Counsel for the Vonage Defendants have consulted with counsel for Sprint regarding this request for an extension of time. Sprint, through its attorneys, does not oppose this request for an extension of time.

1

5.   This request is not made to hinder or delay.

WHEREFORE, for the foregoing reasons, Vonage America, Inc. and Vonage Holdings Corp. respectfully request until Friday, March 23, 2007 to file their response to Sprint's Motion to Compel (Document 129).

Respectfully submitted,

 /s/ Patrick J. Kaine
Don R. Lolli                          KS # 22538
Patrick J. Kaine                    KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick C. Muldoon
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com
pcmuldoon@duanemorris.com
*Attorneys for Defendants/Counterclaim Plaintiff Vonage America, Inc. and Vonage Holdings Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of March, 2007 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court to:

B. Trent Webb
Adam P. Seitz
Erick A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT**

/s/ Patrick J. Kaine

Attorney for Defendants Vonage Holdings Corp. and Vonage America, Inc.