IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P. <br><br> Plaintiff, <br><br> vs. <br><br> VONAGE HOLDINGS, CORP., <br> VONAGE AMERICA, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-2433-JWL <br> ) <br> ) <br> ) <br> ) <br> ) |

**SPRINT COMMUNICATIONS COMPANY, L.P.'S MOTION TO COMPEL VONAGE HOLDINGS, CORP., AND VONAGE AMERICA, INC. TO PRODUCE A PRIVILEGE LOG**

Plaintiff, Sprint Communications Company, L.P., by their attorneys, hereby move this Court for an Order, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, compelling Defendant, Vonage America, Inc. and Vonage Holdings Corp. (collectively "Vonage") to produce a privilege log outlining documents and/or responses withheld on the basis of privilege and/or work product.

Sprint's reasons in support of this Motion are stated in the accompanying memorandum, which is incorporated herein by reference. As required by Local Rule 37.1, copies of the Interrogatories, Requests, and Responses in dispute also accompany this Motion.

2

Dated: March 22, 2007                               SHOOK, HARDY & BACON L.L.P.


By:   /s/ Adam P. Seitz
      Adam P. Seitz, #21059

2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547
Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY, L.P.

2

2368058v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2007, a true and accurate copy of the above and foregoing Sprint Communications Company, L.P.'s Motion to Compel Vonage Holdings Corp., and Vonage America, Inc. to produce a privilege log outlining responsive documents withheld was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMongile, P.C.
4420 Madison Ave.
Kansas City, MO  64111


Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC  20006-1608
Attorneys for Defendants
Vonage Holdings Corp., and
Vonage America, Inc.


/s/ Adam P. Seitz _____
Attorney for Sprint Communications Company, L.P.

2368058v1