# EXHIBIT A

Dockets.Justia.com

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

March 5, 2007

**VIA EMAIL**

Jason R. Mudd
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re:    *Sprint Communications Company L.P. v. Vonage Holdings Corp.*
        *and Vonage America, Inc.*, Case No. 05-2433-JWL
        Our Reference: Y2108-00079
        Your Reference: SPRI.116441

Dear Jason,

    This letter is in response to your letter dated February 28, 2007, regarding Vonage's privilege log. We confirm that we have withheld additional documents based on privilege and will provide a complete privilege log when Vonage's production of documents is substantially complete.

    If you have any questions, or would like to discuss this further, please do not hesitate to contact me.

                                Very truly yours,

                                Donald R. McPhail

DRM/ego