IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                Plaintiff, )
)
v. )
)
VONAGE HOLDINGS CORP., )  Case No. 05-2433-JWL
VONAGE AMERICA, INC., )
)
                Defendants. )
)
)
)
)

### NOTICE OF WITHDRAWAL OF SPRINT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM VONAGE RELATING TO MASSOUD KAMALI AND/OR MICHAEL HUGHES (DOC. NO. 128)

Plaintiff Sprint Communications Company L.P. ("Sprint") hereby withdraws its Motion to Compel Defendants Vonage America, Inc. and Vonage Holdings Corp. (collectively "Vonage") To Produce Documents Relating to Massoud Kamali and/or Michael Hughes (Doc. No. 128). Sprint is withdrawing its motion based on the following:

1.    Since the filing date of the motion to compel, Vonage has produced additional documents relating to Messrs. Kamali and Hughes.

2.    Vonage has represented to Sprint that it has produced all documents in its possession, custody or control relating to Massoud Kamali and Michael Hughes.

Based on Vonage's production and representations, Sprint's Motion to Compel (Doc. No. 128) is moot and a ruling on this issue is no longer necessary. Accordingly, Sprint respectfully withdraws its motion.

- 1 -

2388150v1

Respectfully submitted,

Dated: March 23, 2007

_/s/_ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2007, a true and accurate copy of the above and foregoing **Notice of Withdrawal of Motion to Compel Documents Relating to Masoud Kamali and/or Michael Hughes** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.