# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)   Case No. 05-2433-JWL<br>) |
| VONAGE HOLDINGS, CORP.,<br>VONAGE AMERICA, INC. | )<br>)<br>) |
| Defendants. | ) |

## SPRINT 'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS

Plaintiff Sprint Communications Company L.P. ("Sprint") hereby moves this Court pursuant to Federal Rule of Civil Procedure 37(a) for an Order compelling Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage") to produce certain financial documents responsive to Sprint's First Set of Requests For The Production of Documents and Things and identified by John Rego, the Chief Financial Officer of Vonage, at his deposition on damage issues as the designee of Vonage pursuant to Federal Rule of Civil Procedure 30(b)(6). Sprint makes this motion for the following reasons:

1. Sprint seeks relevant, admissible documents not subject to any privilege.

2. Vonage's Chief Financial Officer identified these documents and their location at Vonage.

   3. Vonage agreed to search for and produce the requested documents, but now claims the documents cannot be located, notwithstanding the sworn testimony of Vonage's CFO.

   4. Vonage has delayed for well over a year in producing the requested documents.

   WHEREFORE, for the foregoing reasons, as well as the reasons set forth in the attached memorandum in support, Sprint respectfully requests that the Court enter an Order compelling the production of the following documents within 10 (ten) days of such an Order:

   A. Bound Volumes of Reports Provided to Auditors;

   B. Semi-Annual Budgets/Models for 2002 through 2006 (10 Excel files);

   C. Deal Books for Each Round of Financing;

   D. Offering Memorandum for Series B Financing (approx. 80 pages); and

   E. Materials Provided to "Prominent Angel" Investors.

A Proposed Form of Order is attached for the Court's convenience.

                    Respectfully submitted,

Dated:  March 23, 2007              /s/ Adam P. Seitz\_\_\_
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone (816) 474-6550
Facsimile (816) 421-5547
Email aseitz@shb.com

and

Peter E. Strand, MO Bar No. 29958
*Admitted Pro Hac Vice*
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone (202) 783-8400
Facsimile (202) 783-4211
Email pstrand@shb.com

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

3

92663v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, a true and accurate copy of the above and foregoing **Sprint's Motion to Compel Production of Financial Documents** were e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

92663v1