# EXHIBIT H

**Shook,
Hardy &
Bacon** L.L.P.
www.shb.com

October 13, 2006

Peter E. Strand

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax

**VIA E-MAIL AND FEDERAL EXPRESS**

Donald. R. McPhail
1667 K Street N.W.
Suite 700
Washington, D.C. 20006-1608

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Donald:

Thank you for your response on October 12, 2006. We look forward to receiving additional documents. We note two matters that your letter did not cover. First, please let us know the date the documents will be produced. Considering the expert reports are due on November 2, 2006, we need these documents immediately to finish our expert reports and to conduct the corporate deposition of Vonage. Second, it is ambiguous as to which specific request you are producing responsive documents. If there are specific requests that you are not responding to, please let us know. We will address the other matters raised in your letter regarding Sprint's production shortly.

Please do not hesitate to call me if you have any questions or concerns.

Sincerely,

Peter Strand

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

134631v1