# EXHIBIT I

Dockets.Justia.com

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

October 16, 2006

**VIA EMAIL AND FEDERAL EXPRESS**

Peter E. Strand
Shook, Hardy & Bacon LLP
600 14 Street, N.W.
Suite 800
Washington, DC 20005-2004

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
Our Reference: Y2108-00079
Your Reference: SPRI.116441

Dear Peter,

Thank you for your letter of October 13, 2006. In response to the questions you posed, please be advised that: (i) we will begin producing the additional documents to you not later than the week of October 23; and (ii) we will be producing documents that may be responsive to each of the requests addressed in your letter of October 2, as well as documents that may be responsive to other requests.

With respect to Sprint's production, please advise by return mail when you expect to address the issues raised in our letters of September 20 and October 12, 2006. Given where we stand in discovery in this matter, time is now of the essence. You have been aware of these deficiencies since at least our telephone conference with Mr. Seitz on June 13, and we raised them again to you during our telephone conference on September 13. If we do not receive a firm and timely date for your reply, we will be forced to seek intervention by the court as Vonage is being materially prejudiced by Sprint's delay in remedying its production deficiencies.

Very truly yours,

Donald R. McPhail

DRM/ego
cc: Adam P. Seitz, Esq.
    Barry Golob, Esq.

DUANE MORRIS LLP
1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608          PHONE: 202.776.7800   FAX: 202.776.7801