# EXHIBIT K

Dockets.Justia.com

Documents Responsive to Sprint's First Set of Requests For The Production of Documents and Things, Identified in Deposition of John Rego on November 16, 2006

|   | # | Category of Documents | Deposition Testimony Identifying Documents | Related Requests for Production |
|---|---|---|---|---|
|   | 1 | 2002 Audited Financial Statements | 45:13-20 | 17, 24, 53 |
| A | 2 | Bound Volumes of Reports Provided to Auditors | 58:15-59:19 | 17, 24, 53 |
|   | 3 | Financial Files from Boxes in Storage | 60:3-11, 61:1-62:13 | 17, 24, 46, 47, 53 |
| B | 4 | Semi-Annual Budgets/Models for 2002 through 2006 (10 Excel files) | 67:16-68:15, 80:6-13 | 17, 24, 46, 47, 53 |
|   | 5 | Scripts for First Two Conference Calls with Analysts | 154:18-156:19 | 17, 24, 46, 47 |
|   | 6 | PowerPoint Slides for Series B Financing Roadshow | 178:2-179:18, 180:2-9 | 17, 24, 46, 47 |
| C | 7 | Deal Books for Each Round of Financing | 269:4-270:4, 274:3-7 | 17, 54 |
|   | 8 | Due Diligence Request Lists Provided to Vonage by Investors | 261:7-262:9, 264:15-265:2, 271:13-272:3 | 17, 46, 47, 54 |
|   | 9 | Due Diligence Documents Provided by Vonage to Investors | 262:16-21, 264:5-10, 272:4-10 | 17, 46, 47, 54 |
|   | 10 | Documents Relating to Negotiation of Each Round of Financing | 267:2-16 | 17, 54 |
| D | 11 | Offering Memorandum for Series B Financing (approx. 80 pages) | 178:2-179:7, 294:2-9 | 17, 54 |
| E | 12 | Materials Provided to "Prominent Angel" Investors | 173:18-174:16 | 17, 24, 46, 47, 54 |