# EXHIBIT M



**Shook, Hardy & Bacon** L.L.P.

www.shb.com

November 27, 2006

Peter E. Strand

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax
pstrand@shb.com

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006

Re:   Sprint Communications Company v. Vonage Holdings Corp., et al.

Dear Patrick:

By letter dated November 21, 2006, I requested that you promptly produce certain documents identified during the course of Mr. Rego's deposition. (A copy of my letter is enclosed for your reference.) On Wednesday, November 22, Vonage produced a substantial number of additional documents. The purpose of this letter is to ask whether each of the 11 documents identified in my letter of November 21, 2006 was produced as part of the November 22 production? If not, will Vonage produce those documents? By what date? We require the document not later then Friday, December 4, 2006.

Please respond to this letter not later then noon on Wednesday, November 29, 2006.

Should you have any questions regarding the foregoing, please feel free to contact me.

Sincerely,

Peter E. Strand
Partner

PES:jhc

Enclosure

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

135614v1

**Shook,
Hardy &
Bacon** L.L.P.

www.shb.com

Peter E. Strand

November 21, 2006

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax
pstrand@shb.com

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006

Re:  Sprint Communications Company v. Vonage Holdings Corp., et al.

Dear Patrick:

During the course of his deposition last week, Mr. Rego identified a number of documents which Vonage has yet to produce. The purpose of this letter is to provide you with a list of those documents and request their immediate production.

The following documents were identified during Mr. Rego's deposition (draft) at the page number indicated:

1. 2002 Vonage audited financial statements (Page 37)
2. Bound volumes of reports provided to auditors (Pages 49-50)
3. Vonage financial files from boxes in storage (Page 52)
4. Semi-annual budget/models for Vonage for the years 2002 through 2006 (Pages 57-58; Pages 206-207) (in digital form)
5. Scripts for the first two Vonage conference calls with analysts (Pages 140-141)
6. Powerpoint slides relating to the Series B financing (Page 170)
7. Deal books or closing documents, for each round of financing (Pages 246-247)
8. Due diligence request lists provided to Vonage by investors (Page 249)
9. List of documents provided to investors by Vonage in response to requests for due diligence
10. Documents relating to negotiations regarding each round of financing (Page 251)
11. The approximately offering memorandum from the Series B financing dated sometime prior to November 2003 (Page 270) (approximately 80 pages).

Each of these documents falls within the scope of the requests for production made last January. Therefore, we request their immediate production. We understand that you are about to produce additional documents on behalf of Vonage. To the extent the foregoing documents are not including in those which are produced, please take immediate steps to produce these documents.

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

135538v1



Patrick D. McPherson, Esquire
November 21, 2006
Page 2

Should you have any questions regarding the foregoing, please feel free to contact me.

Sincerely,

Peter E. Strand
Partner

PES:jhc

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

135538v1