# EXHIBIT N

**Shook,
Hardy&
Bacon** L.L.P.

www.shb.com

November 30, 2006

Peter E. Strand

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax
pstrand@shb.com

Re:   Sprint Communications Company v. Vonage Holdings Corp., et al.

Dear Patrick:

This letter is to follow up on my letter of November 27, 2006. As you will recall, in that letter, I asked you two questions. First, I asked whether each of the 11 documents identified in my letter to you of November 21, 2006 was produced as part of the November 22 production. Second, I asked if Vonage would voluntarily produce those documents if they were not included in the production. I also asked by what date we could expect that production to be made. I also asked you to respond to these two questions by noon on Wednesday, November 29, 2006. It is now past noon on November 30 and you have not me the courtesy of responding to what I thought were relatively straightforward and easy to respond to questions.

As you know, we believe the 11 documents listed in my November 21 letter were requested many months ago. Now, with expert deadlines fast upon us, we find that we would very much like to look at the listed documents as soon as possible. Our initial, quick review of your most recent production discloses that the documents we requested in the November 21 letter were not produced. In addition, given the late production and enormous size (25MB each) of the 10 semi-annual budget/model spreadsheets identified by Mr. Rego during his recent deposition, we believe it is only appropriate that those documents now be produced in machine readable format.

Please let me hear from you immediately. If you do not respond to this letter by noon tomorrow, Friday, December 1, we will assume that Vonage is refusing to produce these relevant, requested documents in a manageable format, and will promptly take the matter before the court.

Sincerely,

Peter E. Strand

PES:jhc

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

135689v1