# EXHIBIT Q

# Shook, Hardy & Bacon L.L.P.

www.shb.com

February 26, 2007

Peter E. Strand

Barry Golob, Esquire
Duane Morris LLP
1667 K Street, N.W.
Suite 700
Washington, D.C. 20006

Hamilton Square
600 14th Street, N.W., Suite 800
Washington
D.C. 20005-2004
202.783.8400
202.783.4211 Fax
pstrand@shb.com

Re: Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.

Dear Barry:

This letter is a follow-up to my letter to you of February 9, 2007. In that letter, I detailed the documents Vonage has not yet produced among the 11 categories of documents identified by John Rego during his deposition on November 16, 2006. I also noted that Vonage confirmed their agreement to produce these documents in Donald McPhail's letter to Adam Seitz on December 12, 2006. Finally, I asked that the documents be produced in 10 days.

Since sending my letter, I have not heard any response from you, nor have I received any further production. Ten of the eleven categories of documents remain outstanding. Please respond at your earliest opportunity. We would prefer to resolve this problem without involving the Court, particularly since you have already promised to produce the documents in question. But if we do not hear from you before noon on Wednesday, February 28, 2007, we will have no choice but to bring issue to the attention of the Court.

Thank you for your prompt attention to this matter.

Sincerely,

Peter E. Strand

Enclosure

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

92258v1