# EXHIBIT R

**From:** McPhail, Donald R. [mailto:DRMcPhail@duanemorris.com]
**Sent:** Friday, March 02, 2007 6:29 PM
**To:** Strand, Peter E. (SHB)
**Cc:** Golob, Barry; Lahey, Helesa K.
**Subject:** Re: Sprint v Vonage

Peter -

Further to my email below, we are still in the process of looking for and collecting documents responsive to the issues raised in your letters to Mr. Golob. We will be producing these documents to Sprint next week along with a detailed reply to the points raised in your letters.

Don

----- Original Message -----
From: McPhail, Donald R.
To: 'Strand, Peter E. (SHB)' <PSTRAND@shb.com>
Cc: Golob, Barry; Lahey, Helesa K.
Sent: Wed Feb 28 12:05:21 2007
Subject: Sprint v Vonage

Peter -

I am looking into the issues raised in your letters of February 9 and February 26 to Barry Golob and will respond by Friday.

Don


<http://www.duanemorris.com/>
   Donald R. McPhail
Partner
   Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
P: 202.776.7894
F: 202.776.7801
C: 571.228.7936
         BIO <http://duanemorris.com/attorneys/attorney7328.html>
E-MAIL <mailto:drmcphail@duanemorris.com>
WEB SITE <http://www.duanemorris.com/>




VCARD <http://www.duanemorris.com/attorneys/vcard/atty7328.vcf>


Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.