# EXHIBIT T

Dockets.Justia.com

## DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

March 7, 2007

VIA EMAIL

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
600 14th Street, NW
Suite 600
Washington, DC 20005

> Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp.*
> *and Vonage America, Inc.*, Case No. 05-2433-JWL
> Our Reference: Y2108-00079
> Your Reference: SPRI.116441

Dear Peter:

This letter is in response to your letter of March 5, 2007 regarding Vonage's production of certain documents.

With respect to item #5 (*viz.* scripts for the first two Vonage conference calls with analysts), we direct your attention to the document starting with Bates number VON_682437. While we continue to search for additional responsive documents, at present, this is the only responsive document that we have been able to locate following a reasonable search of documents in Vonage's possession, custody or control.

With respect to item #6 (*viz.* powerpoint slides relating to the Series B financing), we note that the document bearing Bates number VON_308704 – 308731 has an electronic file name "series b investor 8.14.03 2.0 ppt". This is a fairly clear indication that the document in questions is, in fact, a Series B financing document responsive to the request. As such, there appears to be no basis for your allegation that this document is "no different from the myriad of other presentation DECs produced by Vonage."

While we continue to search for additional documents that may be responsive to these requests and the others contained in your letter, we have never stated that any such documents actually exist. To date, we have produced, and continue to produce, all non-privileged,

DuaneMorris

Peter E. Strand, Esquire
March 7, 2007
Page 2

responsive documents in Vonage's possession, custody or control that could be located after a reasonable search.

We hope that this resolves the issues raised in your letters. Should you have any questions, or wish to discuss this further, please do not hesitate to contact me.

Very truly yours,

Donald R. McPhail

DRM:ego