IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VONAGE HOLDINGS CORP., )<br>AND VONAGE AMERICA, INC., )<br>Defendants. )<br>) | Case No. 05-2433-JWL |

## JOINT MOTION TO EXTEND TIME TO FILE PROPOSED PRETRIAL ORDER

Pursuant to Local Rule 6 of the District of Kansas, Plaintiff Sprint Communications Company L.P. ("Sprint") and Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by and through their respective counsel, jointly move the Court to extend the time to file the jointly proposed pretrial order. The current deadline for the proposed pretrial order is set for April 6, 2007. The parties seek to have this deadline extended to May 21, 2007.

On December 22, 2006, the parties filed a Joint Motion to Extend Certain Deadlines, *see* Doc 109, which the Court granted in part, *see* Doc. 113. Since this filing, the parties have continued forward with document productions and depositions. However, due to the extensive and ongoing nature of discovery in this case, the parties have agreed to the extension of time to file the jointly proposed pretrial order until May 21, 2007. This represents the parties' realistic assessment of additional time needed.

There should be no prejudice to any party as a result of this extension, and this extension is not being sought for vexatious purposes or to delay. Most importantly, the Court's trial date of September 4, 2007 is unchanged and remains in full force and effect.

WHEREFORE, for good cause shown, the parties respectfully request the Court grant this motion and extend the deadline for filing the jointly proposed pretrial order to May 21, 2007.

Dated: March 28, 2007					Respectfully submitted,

   /s/ Don R. Lolli

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick C. Muldoon
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608

Don R. Lolli    KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage Holdings Corp and Vonage America, Inc.*

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

*Attorneys for Plaintiff Sprint Communications Company L.P.*

- 3 -