IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 05-2433-JWL |
| v. | ) <br> ) |
| VONAGE HOLDINGS CORP. and <br> VONAGE AMERICA, INC., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF JOSEPH MICHAEL CHRISTIE

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 37(a) compelling Plaintiff Sprint Communications Company, L.P. ("Sprint") to produce documents of the purported inventor of the patents at issue, Joseph Michael Christie, sought by Vonage since the inception of discovery but only identified by Sprint at the recent deposition of its employee, Michael Gardner.

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference. As required by Local Rule 37.1, copies

- 1 -

of Vonage's Requests for Production of Documents, and Sprint's responses thereto, also accompany this Motion.

Pursuant to Local Civil Rule 37.2, Counsel for Vonage America, Inc. and Vonage Holdings Corp. certifies that they have conferred with counsel for Sprint Communications Co., L.P. in a good faith attempt to resolve the issue presented in this motion, as described in the accompanying memorandum.

|  | Respectfully submitted, |
|---|---|
| March 30, 2007 | /s/ Patrick J. Kaine |

Don R. Lolli   KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify on March 30, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion to Compel Production of Documents, and supporting papers, was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

                                           _/s/ Donald R. McPhail__