EXHIBIT "D"



**Shook, Hardy & Bacon** L.L.P.
www.shb.com

November 30, 2006

Adam P. Seitz

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Don:

This letter further addresses the issues raised in my letter of October 27, and your letter of November 6, 2006.

With respect to category (iv) Sprint has conducted a diligent search of its records and is currently unaware of any non-privileged documents relating to correspondence between Sprint or its attorneys and Joseph Christie or his estate.

With respect to category (v), Sprint has produced the prosecution histories for each of the asserted patents. Beyond these documents, Sprint is currently unaware of any additional non-privileged documents responsive to these requests.

With request to category (viii), your statement that Sprint has produced no contracts with or licenses to or from third parties is incorrect. I would refer you to the documents Bates labeled SPRp-002-01-00330 through SPRp-002-01-00331. In addition to this document, Sprint is continuing to conduct a diligent search for contracts and/or licenses to or from third parties such as Cisco. If any such documents are located as part of Sprint's search we will, of course, produce them to you.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Adam P. Seitz

APS/td

RECEIVED

DEC  4 2006

DM LLP

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

2244171v1