EXHIBIT "G"

FILED UNDER SEAL WITH
CLERK OF THE COURT

Dockets.Justia.com