IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) |
| Defendants. | ) ) |

**VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION SEEKING LEAVE TO AMEND THEIR RESPECTIVE ANSWERS, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS PURSUANT TO FED.R. CIV. P. 15**

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 15 granting leave to amend their respective answers, affirmative defenses and counterclaims in this matter to add affirmative defenses based on evidence only recently revealed by Sprint in discovery.

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference. As required by Local Rule 15.1, copies of the proposed pleading also accompany this Motion.

                                      Respectfully submitted,

March 30, 2007                 /s/ Patrick J. Kaine

                                      Don R. Lolli   KS Dist. #70236
                                      Patrick J. Kaine  KS #15594
                                      Dysart Taylor Lay Cotter & McMonigle P.C.
                                      4420 Madison Avenue
                                      Kansas City, Missouri 64111

816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

- 2 -

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify on March 30, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion for Leave to Amend their Respective Answers, Affirmative Defenses and Counterclaims Pursuant to Fed. R. Civ. P. 15, and supporting papers, was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*
>
>   /s/ Donald R. McPhail

- 1 -

Case 2:05-cv-02433-JWL    Document 148    Filed 03/30/2007    Page 4 of 4

- 1 -