# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) ) |
| Defendants. | ) ) |

## VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION TO COMPEL TESTIMONY IN RESPONSE TO THEIR SECOND NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 37(a) compelling Plaintiff Sprint Communications Company, L.P. ("Sprint") to produce testimony in response to Vonage's Second Notice of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6).

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference. As required by Local Rule 37.1, copies of the Notice of Deposition and pertinent transcript excerpts also accompany this Motion.

- 2 -

Pursuant to Local Civil Rule 37.2, Counsel for Vonage America, Inc. and Vonage Holdings Corp. certifies that they have conferred with counsel for Sprint Communications Co., L.P. in a good faith attempt to resolve the issue presented in this motion, as described in the accompanying memorandum.

|  |  |
|---|---|
|  | Respectfully submitted, |
| March 30, 2007 | /s/ Patrick J. Kaine |

Don R. Lolli   KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify on March 30, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion to Compel Testimony in Response to Their Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), and supporting papers, was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*
>
>  /s/ Donald R. McPhail