# EXHIBIT "C"

## Morscheck, Peter

| | |
|---|---|
| **From:** | Golob, Barry |
| **Sent:** | Thursday, March 15, 2007 4:10 PM |
| **To:** | 'Seitz, Adam P. (SHB)' |
| **Cc:** | McPherson, Patrick D.; Morscheck, Peter; McPhail, Donald R.; Baird, John M.; Muldoon, Patrick C. |
| **Subject:** | RE: Identification of 30(b)(6) witnesses and preliminary topics |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Adam:

I noticed that many of Vonage's Rule 30(b)(6) topics are not covered by the witnesses you identified. Can you please let me know the remaining witnesses and what topics they will cover or, alternatively, the topics you are not providing witnesses for, in order for us to access the need to move the court for assistance.

Also, I noticed that you served amended notices for Vonage witnesses. Are you requiring that we served amended notices or are we in agreement that the dates and times agreed upon between us act as an amended notice?

Further,



**Barry Golob**
Partner

Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
P: 202.776.5236
F: 202.776.7801

- BIO
- E-MAIL
- WEB SITE
- VCARD

---

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Tuesday, March 13, 2007 1:00 PM
**To:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.
**Cc:** Buresh, Eric A. (SHB); Webb, B. Trent (SHB); Strand, Peter E. (SHB)
**Subject:** Identification of 30(b)(6) witnesses and preliminary topics

Barry,

Below is a preliminary identification of Sprint's 30(b)(6) designees and their respective topics. Sprint

reserves the right to supplement and/or amend these identifications at any time. In addition, these witnesses only will be provided on these topics subject to Sprint's objections thereto, which will be forthcoming. That being said, the following witnesses will be designated to discuss the following topics:

Harley Ball - topics 9 and 10 from the 2d notice. Topics 17, 18, 19, 27, 28, 29, 30, 31, 32 and 46 from the 3d notice.
Mike Cordes - topics 12 and 47 from the 3d notice. Mr. Cordes is available for this deposition on March 26.
Jim Patterson - topics 20, 21 and 22 from the 3d notice. We will provide you with available dates for Mr. Patterson in the near future.

Mike Setter - topics 1, 2, 3, 6, 7, 8, 12, 15, 16, 17, 24, 25 and 26 from the 2d notice.
Al Duree - topics 18 and 19 from the 2d notice.

If you have any questions, please let me know.

Thanks,

　　Adam P. Seitz
　　SHOOK, HARDY & BACON, L.L.P.
　　2555 Grand Blvd.
　　Kansas City, MO 64108
　　o: 816.474.6550
　　f: 816.421.5547


Mail Gate made the following annotations on Tue Mar 13 2007 12:00:26

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

3/21/2007