IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS
COMPANY LP,

        Plaintiff,

v.       Case No. 05-2433-JWL-DJW

VONAGE HOLDINGS CORP., et al.,

        Defendants.

**O R D E R**

A status conference was held in this matter on April 2, 2007. Plaintiff appeared through counsel Trent Webb, Adam Seitz, and Eric Buresh. Defendant s appeared through counsel Donald McPhail, Barry Golob and Patrick Kaine. Pursuant to discussion at the conference, the Court hereby enters the following order:

1. The parties' Joint Motion for Extension of Time to File Proposed Pretrial Order (doc. 143) is granted to the extent that

    a. The April 13, 2007 pretrial conference is reset to **10:00 a.m. on Wednesday, May 9, 2007** and the jointly proposed pretrial order shall be submitted directly to chambers by e-mail no later than **5:00 p.m. on May 7, 2007**.

    b. The May 9, 2007 **pretrial conference will be held by telephone** unless the judge determines that the proposed Pretrial Order is not in the appropriate format or that there are other problems requiring counsel to appear in person. If that determination is made the final pretrial conference will be held in Room #223, Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas.

    c. The April 30, 2007 dispositive motion deadline is extended to **May 15, 2007**.

    d. All other deadlines set forth in the Scheduling Order, as amended, including but not limited to the **September 4, 2007** trial setting, shall remain in full force and effect.

2.  Vonage's Motion to Compel Sprint to Identify Search Terms (doc. 107) is

    a.  Denied to the extent that Sprint will not be required to identify the search terms it used to respond to Vonage's discovery requests; and

    b.  Granted to the extent that counsel are hereby ordered to meet and confer within the next seven (7) days to develop a mutually agreed-upon search protocol with regard to information and documents Vonage allege exists but cannot be found by Sprint.

3.  Sprint's Unopposed Motion for Leave to File Surreply (doc. 120) is granted pursuant to D. Kan. Rule 7.4.

4.  Sprint's Motion to Compel Responses to Interrogatories 4, 5 and 7 (doc. 110) is

    a.  Moot with regard to Interrogatories 5 and 7 based on an agreement by Vonage to supplement its interrogatory answers to incorporate by reference expert reports recently produced; and

    b.  Granted with respect to Interrogatory 4 to the extent that Vonage shall be required to supplement this interrogatory answer

    - to specifically identify where (in pleadings previously submitted) Vonage has provided factual information or documents supporting Vonage's contention that the alleged acts of infringement have not been willful;

    - supplement this factual information or provide supplemental documentation, if necessary; and

    - certify that no further non-privileged responsive information or documents exist.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 3rd day of April, 2007.

> s/ David J. Waxse
> David J. Waxse
> United States Magistrate Judge

cc:   All counsel and *pro se* parties