# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SPRINT COMMUNICATIONS COMPANY L.P.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-2433-JWL |
| ) | |
| **THEGLOBE.COM, INC.,** ) | |
| **VOICEGLO HOLDINGS, INC.,** ) | |
| **VONAGE HOLDINGS CORP.,** ) | |
| **VONAGE AMERICA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Joshua R. Brown be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. Additionally the proposed order, granting this motion, will be emailed to the Court.

Dated: April 4, 2007.

93528v1

Respectfully submitted,

/s/ Adam P. Seitz
Adam P. Seitz
Kansas Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

*Attorney for Sprint Communications Company L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2007, a true and accurate copy of the above and foregoing Motion for Leave was filed with the court with notification to all parties entitled to notice.

/s/ Adam P. Seitz
Adams P. Seitz

93528v1