IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   Case No. 05-2433-JWL
                                    )
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )
                                    )
         Defendants.                )
_____)

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:   Joshua Reuben Brown.

2. I practice under the following firm name or letterhead:

   Name:  Shook, Hardy & Bacon L.L.P.

   Address:  100 N. Tampa Street, Suite 2900, Tampa, FL  33602-5810

   Telephone Number:  813/202-7100

   Fax:  813/221-8837

   Email address:  jrbrown@shb.com

3. I am admitted to practice by the following courts:

93525v1

| Court | Date of Admission | Bar Number |
|---|---|---|
| Florida State Courts | October 5, 2004 | 826391 |
| USDC Middle District of Florida | November 12, 2004 | NA |
| USDC Northern District of Florida | April 29, 2005 | NA |
| USDC Southern District of Florida | August 2, 2006 | NA |
| USDC Eastern District of Wisconsin | December 4, 2006 | NA |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have associated with local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

93525v1

FURTHER AFFIANT SAYETH NAUGHT.

I solemnly swear under the penalty of perjury that the foregoing is true and correct.

Date: 4/2/07

Joshua R. Brown

SUBSCRIBED AND SWORN to before me this 2nd day of April, 2007.

Notary Public

My Commission Expires: 12/13/2010



ELIZABETH A. MEEK
MY COMMISSION # DD 584556
EXPIRES: December 13, 2010
Bonded Thru Notary Public Underwriters

93525v1