IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP. and<br>VONAGE AMERICA, INC. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
SPRINT COMMUNICATIONS COMPANY, L.P.'S MOTION TO COMPEL
PRODUCTION OF FINANCIAL DOCUMENTS**

COMES NOW Vonage America, Inc. and Vonage Holdings Corp. ("Vonage") and respectfully submit this unopposed motion for an extension of time to file a response to Sprint Communications Company, L.P.'s Motion to Compel Production of Financial Documents (Document 138). In support, Vonage states as follows:

1. Sprint Communications Company, L.P. ("Sprint") filed its Motion to Compel Production of Financial Documents on March 23, 2007.

2. The original date for responding to the Motion was Friday, April 6, 2007.

3. Counsel for Sprint has agreed to Vonage's request to extend the time for responding to the Motion until Wednesday, April 11, 2007.

4. This request for an extension of time is not sought for the purpose of hindrance or delay.

Dockets.Justia.com

WHEREFORE, for the foregoing reasons, Vonage respectfully requests that an extension of time until Wednesday, April 11, 2007, to file its response to Sprint's Motion to Compel Production of Financial Documents (Document 138).

                                            Respectfully submitted,

                                            /s/ Patrick J. Kaine
                                            Don R. Lolli          KS # 22538
                                            Patrick J. Kaine    KS #15594
                                            Dysart Taylor Lay Cotter & McMonigle P.C.
                                            4420 Madison Avenue
                                            Kansas City, Missouri 64111
                                            816-931-2700
                                            pkaine@DysartTaylor.com
                                            dlolli@DysartTaylor.com

                                            Patrick D. McPherson
                                            Barry Golob
                                            Donald R. McPhail
                                            Patrick C. Muldoon
                                            Duane Morris L.P.
                                            1667 K Street N.W.
                                            Washington, DC 20006-1608
                                            202-776-7800
                                            pdmcpherson@duanemorris.com
                                            bgolob@duanemorris.com
                                            drmcphail@duanemorris.com
                                            pcmuldoon@duanemorris.com
                                            *Attorneys for Defendants/Counterclaim*
                                            *Plaintiff Vonage America, Inc. and Vonage*
                                            *Holdings Corp.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of April, 2007 that a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent electronically by the Clerk of the Court to:

B. Trent Webb
Adam P. Seitz
Erick A. Buresh
SHOOK, HARDY & BACON L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT**


/s/ Patrick J. Kaine

Attorney for Defendants Vonage Holdings Corp. and Vonage America, Inc.