IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS CO, LP,

      Plaintiff,

v.                              Case No.: 05-2433-JWL-DJW

VONAGE HOLDINGS, CORP., et al.,

      Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Having considered the Motion For Leave To Appear Pro Hac Vice filed on April 4, 2007 (doc. 155), and for good cause shown, the Court finds that said motion should be sustained and that Joshua Brown should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

If pro hac vice counsel have not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 9th day of April, 2007.

                                                s/ David J. Waxse
                                                David J. Waxse
                                                United States Magistrate Judge

cc:     All counsel and *pro se* parties