### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,

                Plaintiff,

v.                                              Case No. 05-2433-JWL-DJW

VONAGE HOLDINGS CORP.,
and VONAGE AMERICA, INC.
                Defendants.

## ORDER

Pending before this Court is the Unopposed Motion for Extension of Time to Respond to Sprint Communications Company, L.P.'s Motion to Compel Production of Financial Documents (Doc. 159) filed by Defendants Vonage Holdings Corp. and Vonage America, Inc. More specifically, Vonage seeks extension of the deadline for filing its response from April 6, 2007 to April 11, 2007.

It is hereby ordered that the Unopposed Motion for Extension of Time to Respond to Sprint Communications Company, L.P.'s Motion to Compel Production of Financial Documents is granted. The response shall be filed no later than April 11, 2007.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 10th day of April, 2007.

                s/ David J. Waxse
                David J. Waxse
                United States Magistrate Judge

cc:    All counsel and *pro se* parties