# EXHIBIT A

**From:** Golob, Barry [mailto:BGolob@duanemorris.com]
**Sent:** Friday, April 06, 2007 7:38 PM
**To:** Buresh, Eric A. (SHB); Seitz, Adam P. (SHB)
**Cc:** McPherson, Patrick D.; McPhail, Donald R.
**Subject:** Re: Louis Mamakos Deposition

Eric

Sorry to inform you at this time but we just found out that we will need to move Mr. Mamakos' deposition as he is not going to be available on Tuesday. We expect him to be available later in the month and should be able to advise you by late next week of an alternative date.

Again I apologize but this cannot be helped.

Please confirm receipt of this email.
Barry
Barry Golob
Duane Morris LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 776-5236
(202) 776-7801 (Fax)
bgolob@duanemorris.com

----- Original Message -----
From: Buresh, Eric A. (SHB) <EBURESH@shb.com>
To: Golob, Barry; Seitz, Adam P. (SHB) <ASEITZ@shb.com>
Cc: McPherson, Patrick D.; McPhail, Donald R.
Sent: Fri Apr 06 12:53:31 2007
Subject: Louis Mamakos Deposition

Barry,

Please confirm whether Mr. Mamakos' deposition will be at your offices in DC and further confirm whether Mr. Mamakos will be Vonage's designee on topics 17, 20, and 21, and 23 of Sprint's first 30(b)(6) notice.

Thanks very much.

Eric

Mail Gate made the following annotations on Fri Apr 06 2007 11:54:03

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.


Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

4/9/2007