# EXHIBIT B

Dockets.Justia.com

**From:** Golob, Barry [mailto:BGolob@duanemorris.com]
**Sent:** Tuesday, April 10, 2007 9:51 AM
**To:** Strand, Peter E. (SHB); Buresh, Eric A. (SHB)
**Cc:** McPhail, Donald R.; McPherson, Patrick D.; Baird, John M.; Finucane, Ayline; Barnett, Sarah B.; Lahey, Helesa K.; Muldoon, Patrick C.
**Subject:** Tribolet Deposition

Gentlemen:

I have just learned that Mr. Tribolet became ill with the flu last evening and is still ill today.  We will thus need to reschedule his deposition.  We will let you know when he will be available, but will make every attempt to have it before the end of the month.

In addition, Mr. McPhail was planning to take Mr. Kaplan's deposition and has developed a sinus infection in KC.  We would like to reschedule his deposition as Mr. McPhail will not be able to travel today.  Please provide us with some alternative dates.

Thanks
Barry



Barry Golob
Partner

Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
P: 202.776.5236
F: 202.776.7801

● BIO
● E-MAIL
● WEB SITE
● VCARD

Mail Gate made the following annotations on Tue Apr 10 2007 11:25:10

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.