# EXHIBIT C

| | |
|---|---|
| **From:** | Buresh, Eric A. (SHB) |
| **Sent:** | Friday, April 06, 2007 11:50 AM |
| **To:** | 'Golob, Barry'; Seitz, Adam P. (SHB) |
| **Cc:** | 'McPherson, Patrick D.'; 'McPhail, Donald R.'; Webb, B. Trent (SHB); Strand, Peter E. (SHB) |
| **Subject:** | Depo Scheduling |

Barry,

This e-mail follows your discussion with Adam Seitz on Tuesday concerning limiting the remaining depositions to only those that each party feels it must go forward with. Pursuant to this discussion, Sprint is willing to withdraw its Notices of Deposition for the following individuals: Dennis McSweeny, Matthew Deatrick, Jim Maloney, Alan Kalb, Sharon O'Leary, Michael Snyder, John Butts, Bill Jordan and John Rego. I look forward to hearing from you as to the depositions Vonage is willing to withdraw.

In order to further limit the number of remaining depositions, Sprint is also considering withdrawing its notices for Vonage's experts from the Verizon v. Vonage litigation. Specifically, Sprint is considering withdrawing its Notices of Deposition for Benedict Occhiogrosso and John Jarosz. We will advise by next week as we finalize this decision.

In light of Sprint's willingness to limit its depositions, the only remaining fact witness for which Vonage has not yet provided a date is Louis Holder. Please immediately confirm whether Mr. Holder will be available for his deposition on April 11 or April 12. If Mr. Holder is unavailable on either of those dates, we would also be available to depose him during the week of April 16. I look forward to hearing from you on Mr. Holder's availability.

As for the subpoenas Sprint has issued, I want to clarify that Sprint will not proceed with depositions of the following individuals: Massoud Kamali, David Heckadon, Michael Hughes, Joshua Tanzer, Mark Holodnak and Principia Capital Group, LLC. As we previously agreed, Sprint reserves the right to depose Mr. Kamali if Vonage decides to proceed with his deposition or to call him at trial.

As for Sprint's experts, Peter previously informed you that Mr. Sims is available on April 24 or 25. I understand from your e-mail that April 25 is Vonage's preferred date. Please let me know if that understanding is incorrect. As for Dr. Wicker, he is available for his deposition on May 1. We will send you the locations for these depositions in the near future.

With regard to the outstanding notices from Vonage, we will provide the following witnesses on the following dates:

- Dean Howell is available on April 19
- Scott Schulte is available on April 19
- Robert Leeper is available on April 19
- Raymond Spitzer is available on April 20
- Thomas Moore is available on April 20

We currently have each of these witnesses scheduled for half-day slots although I suspect the depositions of these witnesses will not take a full half-day. Please (a) advise as soon as possible if any of these witnesses fall into the category of those you will withdraw or (b) confirm the above listed dates.

Additionally, Jim Patterson is available at 1:00 pm on April 17. Mr. Patterson is Sprint's designee for topic nos. 20, 21 and 22 of Vonage's 3d 30(b)(6) Notice.

As for Vonage's experts, please provide us with dates in the last week of April or the first week of May for Mr.

4/12/2007

Halpern, Mr. Strickland, Mr. Koperda, and Mr. Bradner.

Please let me know if you have any questions.

Thanks very much.

Eric Buresh
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550

4/12/2007