# EXHIBIT E

**From:** Seitz, Adam P. (SHB)
**Sent:** Wednesday, April 04, 2007 4:50 PM
**To:** 'McPhail, Donald R.'
**Cc:** 'Golob, Barry'; Webb, B. Trent (SHB); Buresh, Eric A. (SHB)
**Subject:** RE: Meet and confer

Don,

With the depositions next week, it appears that the best time to conduct the meet and confer would be Wednesday afternoon. To this end, I propose we talk at 3:00 pm CST on Wednesday, April 11. Please let me know if this time does not work for you.

Thanks,

Adam

---

**From:** McPhail, Donald R. [mailto:DRMcPhail@duanemorris.com]
**Sent:** Tuesday, April 03, 2007 3:33 PM
**To:** Seitz, Adam P. (SHB)
**Cc:** Golob, Barry; Webb, B. Trent (SHB)
**Subject:** Meet and confer

Adam -

I wanted to touch base and see if there was a convenient date and time in the next week for us to meet and confer regarding a mutually agreeable search protocol as required by the Court's order of today on our motion to compel search terms.

Don



**Donald R. McPhail**
Partner

Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
P: 202.776.7894
F: 202.776.7801
C: 571.228.7936

- BIO
- E-MAIL
- WEB SITE
- VCARD