# EXHIBIT F

Dockets.Justia.com

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

February 1, 2007

**CONFIDENTIAL**

Adam P. Seitz, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

    Re:    Sprint Communications Company L.P. v. theglobe.com et al.
              Case No: 05-2433-JWL
              Your Ref: SPRI.116441

Dear Mr. Seitz,

    Enclosed please find three disks containing documents bearing the bates ranges listed below, which we are producing responsive to Sprint's requests for production of documents.

    VON_551479 – VON_581313
    VON_581314 – VON_581364
    VON_581365 – VON_603502

    If you have any questions or concerns, please do not hesitate to contact me.

                              Sincerely,

                              Helesa Lahey
                              Associate

HKL/rd
Enclosures

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

February 13, 2007

**CONFIDENTIAL**

Adam P. Seitz, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
      Case No: 05-2433-JWL
      Your Ref: SPRI.116441

Dear Mr. Seitz,

Enclosed please find one disk marked "VON_603503 –VON_685088", containing documents starting with the bates numbers VON_603503 through VON_685088, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case. The documents on this disk bear the full bates number range VON_603503 through VON_685124.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Helesa Lahey
Associate

HKL/rd
Enclosure



RECEIVED FEB 2 6 2007 SHB

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608        PHONE: 202.776.7800   FAX: 202.776.78(

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

February 20, 2007

VIA FEDEX

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
      Our Reference: Y2108-00079
      Your Reference: SPRI.116441

Dear Adam,

Enclosed please find one disk containing the documents bearing the Bates Numbers listed below, which we are producing in the above-captioned case responsive to Sprint's request for production of documents.

VON_685125 – VON_687523

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Helesa Lahey

HKL/rd
Enclosure

DUANE MORRIS LLP
1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608        PHONE: 202.776.7800  FAX: 202.776.7801

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

February 26, 2007

**VIA FIRST CLASS MAIL**

Adam P. Seitz, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc..*
      Case No: 05-2433-JWL
      Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Mr. Seitz,

Enclosed please find 2 disks containing the documents bearing the following Bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_687617 – VON_688163
VON_687524 – VON_687616

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Helesa Lahey
Associate

HKL/rd
Enclosures

March 7, 2007

**VIA FED EX OVERNIGHT**

Adam P. Seitz, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

    Re:    *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc..*
            Case No: 05-2433-JWL
            Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Mr. Seitz,

    Enclosed please find 2 disks containing the documents bearing the following Bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

    VON_688164 – VON_692644
    VON_692645 – VON_695937

    If you have any questions or concerns, please do not hesitate to contact me.

                                                Sincerely,

                                               Helesa Lahey
                                               Associate

HKL/rd
Enclosures





**Duane Morris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

March 9, 2007

VIA HAND DELIVERY

Peter E. Strand
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

    Re:    *Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.* (Case No. 05-2433-JWL)
<u>SHB File: SPRI.116441; Our Ref: Y2108-00079</u>

Dear Peter,

    Enclosed here, related to the above-captioned matter, please find:

    1.    One disk containing documents bearing bates numbers as follows, which are being produced responsive to your document requests: KEM000001 – KEM000612.

    2.    One set of copies of the documents cited by the Expert Report of Dr. Allyn D. Strickland.

    If you have any questions or concerns with the documents provided, please contact me.

    Very truly yours,

    Helesa Lahey
    Associate

HKL/rd
Enclosures

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608    PHONE: 202.776.7800  FAX: 202.776.7801

**Duane Morris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

March 14, 2007

Adam P. Seitz, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
Case No: 05-2433-JWL
Your Ref: SPRI.116441; Our Ref: Y2108-0079

Dear Mr. Seitz,

Enclosed please find three disks containing documents bearing the Bates ranges listed below, which we are producing responsive to Sprint's requests for production of documents in the above-referenced matter.

VON_PRI_000530 – VON_PRI_001192
VON_695938 – VON_696057
VON_696058 – VON_696243

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Helesa Lahey

HKL/rd
Enclosures


RECEIVED
MAR 1 5 2007
SHB

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

March 23, 2007

VIA HAND DELIVERY

Adam P. Seitz, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc..*
      **Case No: 05-2433-JWL**
      **Your Ref: SPRI.116441; Our Ref: Y2108-00079**

Dear Counsel:

Attached please find hard copies of the documents bearing the following Bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_696244 – VON_696294

These documents constitute the remaining documents from Masoud Kamali and Michael Hughes that Vonage has in its possession, custody or control. With this production, Sprint's relating Motion to Compel is now moot and should be withdrawn immediately.

Very truly yours,

*[signature]*

Helesa Lahey

HKL/rd
Attachments

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608                    PHONE: 202.776.7800   FAX: 202.776.7801

**Duane**Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 3, 2007

VIA HAND DELIVERY

Peter E. Strand
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re: *Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
Case No: 05-2433-JWL
<u>Your Ref: SPRI.116441; Our Ref: Y2108-00079</u>

Dear Peter,

Enclosed please find 2 disks containing the documents bearing the following bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_696295 – VON_701738

VON_PRI_001193 – VON_PRI_007706

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Helesa Lahey

HKL/rd
Enclosures
cc: Adam P. Seitz, Esquire (without enclosures)

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608       PHONE: 202.776.7800   FAX: 202.776.7801

Sprint Communications Company L.P. v.
Vonage Holdings Corp. and Vonage America, Inc.

04-03-2007

VON_696295 - VON_701738

Sprint Communications Company L.P. v.
Vonage Holdings Corp. and Vonage America, Inc.

04-03-2007

VON_PRI_001193 - VON_PRI_007706

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 5, 2007

VIA HAND DELIVERY

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re: **_Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc._**
**Case No: 05-2433-JWL**
**Your Ref: SPRI.116441; Our Ref: Y2108-00079**

Dear Counsel:

Enclosed please find 1 disk containing documents bearing the following bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_701739 – VON_712432

If you have any question or concerns with this production, please feel free to contact me.

Very truly yours,

*Helesa Lahey* (signature)

Helesa Lahey

HKL/rd
Enclosure
cc:   Adam P. Seitz, Esquire (without enclosure)

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608      PHONE: 202.776.7800  FAX: 202.776.7801

