# EXHIBIT C

| | |
|---|---|
| From: | Seitz, Adam P. (SHB) |
| Sent: | Tuesday, March 13, 2007 12:00 PM |
| To: | 'Golob, Barry'; 'McPhail, Donald R.'; 'McPherson, Patrick D.' |
| Cc: | Buresh, Eric A. (SHB); Webb, B. Trent (SHB); Strand, Peter E. (SHB) |
| Subject: | Identification of 30(b)(6) witnesses and preliminary topics |

Barry,

Below is a preliminary identification of Sprint's 30(b)(6) designees and their respective topics. Sprint reserves the right to supplement and/or amend these identifications at any time. In addition, these witnesses only will be provided on these topics subject to Sprint's objections thereto, which will be forthcoming. That being said, the following witnesses will be designated to discuss the following topics:

Harley Ball - topics 9 and 10 from the 2d notice. Topics 17, 18, 19, 27, 28, 29, 30, 31, 32 and 46 from the 3d notice.
Mike Cordes - topics 12 and 47 from the 3d notice. Mr. Cordes is available for this deposition on March 26.
Jim Patterson - topics 20, 21 and 22 from the 3d notice. We will provide you with available dates for Mr. Patterson in the near future.
Mike Setter - topics 1, 2, 3, 6, 7, 8, 12, 15, 16, 17, 24, 25 and 26 from the 2d notice.
Al Duree - topics 18 and 19 from the 2d notice.

If you have any questions, please let me know.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f: 816.421.5547