# EXHIBIT E

**PURSUANT TO THE PROTECTIVE ORDER ENTERED IN THIS CASE, THIS EXHIBIT WAS FILED "UNDER SEAL"**