# EXHIBIT 3

**PURSUANT TO THE PROTECTIVE ORDER
ENTERED IN THIS CASE, THIS EXHIBIT
WAS FILED "UNDER SEAL"**