# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Sprint, <br><br> v. <br><br> VONAGE HOLDINGS CORP., <br> VONAGE AMERICA, INC., <br><br> Defendants. | Case No. 05-2433-JWL |

## DECLARATION OF ADAM P. SEITZ

I, Adam P. Seitz, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney licensed to practice in the States of Missouri and Kansas.

2. I represent Sprint Communications Company L.P. ("Sprint") in this action and am familiar with the record in this case. I submit this Declaration in support of Sprint's Memorandum in Opposition to Vonage's Motion Seeking Leave To Amend Their Respective Answers, Affirmative Defenses And Counterclaims Pursuant To Fed. R. Civ. P. 15.

3. The "Sprint/Cisco License Agreement" (SPRp-012-01-00237-00254, attached as Ex. 1 to Sprint's Opposition) granted Cisco a license to the following "Designated Sprint Applications": 1057d, 1148, 1172, and 1189.

4. Application No. 1057d refers to U.S. Patent No. 6,185,219.

5. Application No. 1148 refers to U.S. Patent No. 6,031,840.

1

2419399v1

6. Application No. 1173 refers to U.S. Patent Application No. 08/923,762.

7. Application No. 1189 refers to U.S. Patent No. 6,470,019.

8. Sprint has asserted the following patents against Vonage in this litigation (the "Asserted Patents"): 6,289,064; 6,304,572; 6,452,932; 6,463,052; 6,473,429; 6,633,561; and 6,665,294.

9. Comparing the Asserted Patents to the Designated Sprint Applications, it is clear that the Asserted Patents were not licensed to Cisco.

10. Additionally, the Designated Sprint Applications are not parent applications, continuations, or continuations-in-part of the Asserted Patents.

Executed on April 13, 2007

Adam P. Seitz