# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS
COMPANY LP,

      Plaintiff,

v.                         Case No. 05-2433-JWL-DJW

VONAGE HOLDINGS CORP., et al.,

      Defendants.

## O R D E R

A status conference was held in this matter on April 13, 2007. Plaintiff appeared through counsel Trent Webb, Adam Seitz, and Eric Buresh. Defendant s appeared through counsel Donald McPhail and Barry Golob. Upon consideration of the briefs filed by the parties in conjunction with Defendants' Motion to Amend Scheduling Order, and pursuant to discussion at the conference, the Court hereby enters the following order:

1. Defendants' Motion to Amend Scheduling Order (doc. 156) is **denied** on grounds that Defendants have failed to show sufficient good cause for the proposed amendments. Accordingly, and as specifically discussed during the conference, all outstanding discovery must be completed by **May 1, 2007**.

   As also discussed at the conference, if counsel are unable to reach agreement on dates for previously agreed upon depositions, the deposing party shall unilaterally issue notices for such depositions in order to complete them prior to the **May 1, 2007** deadline.

2. Any Reply brief in support of Plaintiff's Motion to Compel Privilege Log (doc. 134) shall be filed no later than **April 17, 2007.**

3. Any Reply brief in support of Plaintiff's Motion to Compel Financial Documents (doc. 137) shall be filed no later than **April 17, 2007**.

4. Any Reply brief in support of Defendants' Motion to Compel Christie Documents (doc. 146) shall be filed no later than **April 19, 2007.**

5. Any Reply brief in support of Defendants' Motion to Amend Answer and Counterclaims (doc. 148) shall be filed no later than **April 19, 2007.**

6. Any Reply brief in support of Defendants' Motion to Compel 30(b)(6) Testimony (doc. 150) shall be filed no later than **April 19, 2007.**

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 16th day of April, 2007.

/s David J. Waxse
David J. Waxse
United States Magistrate Judge

cc:   All counsel and *pro se* parties