# EXHIBIT A

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

BARRY GOLOB
DIRECT DIAL: 202.776.5236
E-MAIL: bgolob@duanemorris.com

www.duanemorris.com

August 9, 2006

VIA EMAIL

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re:   Re: Sprint Communications Company, L.P. v. theglobe.com, Inc., et al.
      Case No: 05-2433-JWL
      Your Ref: SPRI.116441

Dear Adam:

Pursuant to § 9 of the Stipulated Protective Order in the above referenced litigation, please return document bearing Bates Number VON_011337 within five days of receiving this letter. The document was unintentionally disclosed and is immune from discovery as work product.

We learned of the unintentional disclosure yesterday during a review of our documents. A privilege log is attached for this document.

Sincerely,

*Barry Golob by JB.*

Barry Golob

BPG/jb
Attachment

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608          PHONE: 202.776.7800   FAX: 202.776.7801
DM2\788202.1