# EXHIBIT B

Dockets.Justia.com

Sprint Communications Company L.P. v. theglobe.com et al.
Privilege Log

| Date | To | From | Type | Subject | Privilege | Bates # |
|------|-----|------|------|---------|-----------|---------|
| 1/31/06 | John Baird | Scott Jablonski | email | Sprint v. Vonage | Attorney Work Product | VON_011337 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1

DM2\788248.1