# EXHIBIT C

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

VIA EMAIL

Mr. Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re: *Sprint Communications Company L.P. v. theglobe.com et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Adam,

Upon review of your request dated January 25, 2007, for all e-mails relating and responding to the document bearing Bates Number VON_339197-339198, we have learned of the unintentional disclosure of this document. Pursuant to Section 9 of the Stipulated Protective Order in the above-referenced litigation, please return or destroy the document bearing Bates Number VON_339197-339198, along with all copies and derivations, within five (5) business days of your receipt of this written request.

The document bearing Bates Number VON_339197-339198 and the documents requested in your letter are immune from discovery as documents subject to protection by the attorney work product doctrine and attorney-client privilege. We must therefore refuse your document request based on these two bases and invoke protective procedures pursuant to the Stipulated Protective Order.

Attached here find a privilege log with entries pertaining to the unintentional disclosure and associated documents which have been withheld.

Sincerely,

Donald R. McPhail

DRM/fsw
Attachment