# EXHIBIT D

Sprint Communications Company L.P. v. theglobe.com et al.
Privilege Log

| Date | To | From | Type | File Name/Subject | Privilege | Bates # |
|---|---|---|---|---|---|---|
| 2/5/2007 | Rohan Dwarkha | John Mathew | Email | Fw: Questions re: call proc | Attorney Work Product; Attorney-Client Privilege | VON_339197 - VON_339198 |
| 2/5/2007 | Alan Kalb | Peter Miron | Email | Re: Questions of March 31, 2006 | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Peter Miron | Alan Kalb | Email | FW: Questions of March 31, 2006 | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Peter Miron | Alan Kalb | Email | RE: Questions of March 31, 2006 | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Peter Miron | Alan Kalb | Email | Re: Questions of March 31, 2006 | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Peter Miron; John Mathew; Jose Martinez | Chakrapani Gorrepati | Email | Re: Questions re: call proc | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Chakrapani Gorrepati; Peter Miron; John Mathew | Jose Martinez | Email | RE: Questions re: call proc | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Peter Miron; John Mathew; Chakrapani Gorrepati | Jose Martinez | Email | RE: Questions re: call proc | Attorney Work Product; Attorney-Client Privilege | 0 |
| 2/5/2007 | Rohan Dwarkha | John Mathew | Email | Fw: Questions re: call proc | Attorney Work Product; Attorney-Client Privilege | 0 |

1