# EXHIBIT E

## DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

February 20, 2007

VIA EMAIL

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
Our Reference: Y2108-00079; Your Reference: SPRI.116441

Dear Adam,

We have become aware of an unintentional disclosure of the documents bearing Bates Numbers VON_128748 and VON_556907. Pursuant to Section 9 of the Stipulated Protective Order in the above-referenced litigation, please return or destroy these documents, along with all copies and derivations, within five (5) business days of your receipt of this written request. Attached here find a privilege log with entries pertaining to the unintentional disclosures.

These emails (VON_128748 and VON_556907) contain attorney work product and an embedded attorney-client communication, *viz.* the question contained in the emails. The question contained therein was sent to Peter Miron of Vonage by Patrick Muldoon, Esq. of Duane Morris LLP, and Mr. Miron's email forwarded the question to others at Vonage. Because the question contained therein was sent to Mr. Miron by Mr. Muldoon, it constitutes an attorney-client communication. Because the question was formulated by Mr. Muldoon in connection with this litigation, it constitutes attorney work product. Accordingly, Vonage requests return or destruction of these documents pursuant to the Protective Order.

Very truly yours,

*[signature]*

Donald R. McPhail

DRM/fsw
Attachment

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608           PHONE: 202.776.7800   FAX: 202.776.7801