# EXHIBIT F

Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc., Case No. 05-2433-JWL
Privilege Log

| Date | To | From | Type | File Name / Subject | Privilege | Bates # |
|---|---|---|---|---|---|---|
| 4/9/2006 | Peter Miron | Jose Martinez | Email | remaining question for patent | Attorney Work Product; Attorney-Client Privilege | VON_556907 |
| 4/9/2006 | Jose Martinez | Peter Miron | Email | Re: remaining question for patent | Attorney Work Product; Attorney-Client Privilege | VON_128748 |

1