# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433-JWL |

### DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA INC.'S THIRD SUPPLEMENTAL PRIVILEGE LOG

| DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|
| 06/06/05 | Email from Stuart Barkley (Vonage employee) to Martin Hakim Din (Vonage in-house counsel) | Attorney-Client |
| 06/06/05 | Email from Stuart Barkley (Vonage employee) to Martin Hakim Din (Vonage in-house counsel | Attorney-Client |
| 06/05/05 | Email from Louis Mamakos to Jeffrey Citron containing comments of Alan Kalb (Vonage in-house counsel) | Work Product Attorney-Client |
| 07/31/02 | Draft Vonage Holdings Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |
| 07/31/02 | Draft Vonage Holdings Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |
| 03/27/06 | Draft Form S-1 containing attorney comments | Work Product Attorney-Client |
| 08/12/06 | Draft Vonage SOX 404 Project Plan Update containing attorney comments | Work Product Attorney-Client |
| 02/05 | Draft Vonage Confidential Private Placement Memorandum for Series E Convertible Preferred Stock containing attorney comments | Work Product Attorney-Client |
| 08/24/05 | Draft Management's Discussion and Analysis of Financial Condition and Results of Operation containing attorney comments | Work Product Attorney-Client |
| 02/06/06 | Email from Ed Mulligan to Chris Murray (Vonage in-house counsel) | Attorney-Client |
| 11/01/05 | Email from Ed Mulligan to Martin Hakim Din (Vonage in-house counsel) and William Wilhelm | Attorney-Client |
| 07/31/02 | Draft of Vonage Holdings Corp's Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |
| 07/31/02 | Draft of Vonage Holdings Corp's Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |

| DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|
| 07/31/02 | Draft of Vonage Holdings Corp's Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |
| 07/31/02 | Draft of Vonage Holdings Corp's Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |
| 07/31/02 | Draft of Vonage Holdings Corp's Shareholder Newsletter containing attorney comments | Work Product Attorney-Client |
| 02/05 | Draft of Vonage Series E Convertible Preferred Stock Preliminary Information Package containing attorney comments | Work Product Attorney-Client |
| 02/07/05 | Draft Engagement Letter from David Pearson and Prem Parameswaran (Deutsche Bank) to John Rego (Vonage) containing attorney comments | Work Product Attorney-Client |
| 07/08/05 | Draft Loan Sheet containing attorney comments | Work Product Attorney-Client |
| 03/29/06 | Draft Letter from John Rego (Vonage) to William Bennett (SEC) containing attorney comments | Work Product Attorney-Client |
| 07/22/05 | Draft Summary of Terms and Conditions for Deutsche Bank Agreement containing attorney comments | Work Product Attorney-Client |
| 06/21/04 | Memo re: Negotiations with Deutsche Bank containing attorney comments | Work Product Attorney-Client |
| 06/24/04 | Draft of Deutsche Bank's Summary of Vonage Transaction with attorney comments | Work Product Attorney-Client |
| 01/17/06 | Draft NexTone Service Level Agreement with attorney comments | Work Product Attorney-Client |
| 01/17/06 | Draft NexTone Software Level Agreement with attorney comments | Work Product Attorney-Client |
| 01/17/06 | Draft NexTone Support Services Agreement with attorney comments | Work Product Attorney-Client |
| 3/30/06 | Draft PCMS 8260 Sizing Questions/Concerns containing attorney comments | Work Product Attorney-Client |
| 04/09/06 | Email from Peter Miron to Alan Kalb (Vonage in-house counsel) re: Responses to 3-31 Questions from in-house counsel | Attorney-Client Work Product |
| 04/05/06 | Email from Jose Martinez to Chakrapani Gorrepati, Peter Miron and John Mathew re: Questions from P. Muldoon (Vonage litigation counsel) | Attorney-Client Work Product |
| 04/05/06 | Email from Jose Martinez to Peter Miron, John Mathew and Chakrapani Gorrepati re: Questions from P. Muldoon (Vonage litigation counsel) | Attorney-Client Work Product |
| 04/05/06 | Email from Chakrapani Gorrepati to Peter Miron, John Mathew and Jose Martinez re: Questions from P. Muldoon (Vonage litigation counsel) | Attorney-Client Work Product |
| 12/04/06 | Email from Brooke Schulz to Jeffrey Citron with attached memorandum from Ava-Marie Madeam (Vonage in-house counsel) to Brooke Schulz | Attorney-Client Work Product |
| 11/01/06 | Email from Christopher Murray (Vonage in-house counsel) to Jeffrey Citron | Attorney-Client Work Product |

| DATE | DESCRIPTION | PRIVILEGE |
|---|---|---|
| 11/01/06 | Email from Jeffrey Citron to Christopher Murray (Vonage in-house counsel) | Attorney-Client Work Product |
| 06/07/05 | Memorandum from John Gaffney, Erik Tavzel and Cristina Amodeo, Cravath, Swaine & Moore, to Vonage Holdings Corp. re: Due Diligence containing comments of Vonage in-house counsel | Attorney-Client Work Product |