# EXHIBIT A

Dockets.Justia.com

DuaneMorris°

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
*E-MAIL:* hklahey@duanemorris.com

*www.duanemorris.com*

April 5, 2007

VIA HAND DELIVERY

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

> Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc.*
> **Case No: 05-2433-JWL**
> **Your Ref:  SPRI.116441; Our Ref: Y2108-00079**

Dear Counsel:

Enclosed please find 1 disk containing documents bearing the following bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_701739 – VON_712432

If you have any question or concerns with this production, please feel free to contact me.

Very truly yours,

Helesa Lahey

HKL/rd
Enclosure
cc:    Adam P. Seitz, Esquire (without enclosure)



www.landmarkdocs.com
(202) 682-0800

*Landmark*
Document Services

Sprint Communications Company L.P. v. Vonage
Holdings Corp. and Vonage America, Inc.
Highly Confidential - Attorney's Eyes Only

VON_701739 - VON_712432

April 05, 2007