# EXHIBIT B

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 3, 2007

VIA HAND DELIVERY

Peter E. Strand
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

   Re: *Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
     Case No: 05-2433-JWL
     <u>Your Ref: SPRI.116441; Our Ref: Y2108-00079</u>

Dear Peter,

  Enclosed please find 2 disks containing the documents bearing the following bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

  VON_696295 – VON_701738

  VON_PRI_001193 – VON_PRI_007706

  If you have any questions or concerns, please do not hesitate to contact me.

                Very truly yours,

                *Helesa Lahey*
                Helesa Lahey

HKL/rd
Enclosures
cc: Adam P. Seitz, Esquire (without enclosures)

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700 WASHINGTON, D.C. 20006-1608  PHONE: 202.776.7800 FAX: 202.776.7801

Disc 1:
- Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.
- 04-03-2007
- VON_696295 - VON_701738

Disc 2:
- Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.
- 04-03-2007
- VON_PRI_001193 - VON_PRI_007706