# EXHIBIT C

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 10, 2007

VIA EMAIL

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc.* (Case No: 05-2433-JWL)
Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Counsel:

Attached please find Vonage's Private Placement Memorandum for Series B financing bearing the following bates number range, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_712433 – VON_712480

If you have any question or concerns with this production, please feel free to contact me.

Very truly yours,

s/ Helesa Lahey

HKL/rd
Attachment
cc:   Adam P. Seitz, Esquire

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608                    PHONE: 202.776.7800   FAX: 202.776.7801