# EXHIBIT D

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 6, 2007

VIA HAND DELIVERY

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc.*
Case No: 05-2433-JWL
Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Counsel:

Enclosed please find 1 disk containing Excel spreadsheets in native format, which were previously produced as .tiff images, and which Vonage is producing responsive to Sprint's requests for production of documents in the above-captioned case. Kindly note these native Excel files are not bates numbered but correspond to documents bearing bates numbers in the range VON_701739 – VON_712432, produced on April 5, 2007.

If you have any question or concerns with this production, please feel free to contact me.

Very truly yours,

Helesa Lahey

HKL/rd
Enclosure

