# Exhibit "1"



www.shb.com

December 29, 2006

Adam P. Seitz

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Don:

This letter responds to your December 27, 2006 letter. In your letter, you continue to make unfounded accusations regarding the destruction of documents by Sprint. Tellingly, your letter fails to identify the documents you so clearly believe have been destroyed. Regardless of your accusations, Sprint has conducted a reasonable search of its records based on our reasonable interpretation of your overly broad, vague and ambiguous discovery requests. We also are in the process of conducting another search based on the documents you identified during our meet and confer process. If you are willing to narrow your discovery requests to a more reasonable scope or, as we previously offered, provide us with a list of search terms, we will conduct additional searches. Until such time, making unfounded accusations regarding document destruction does nothing to resolve the parties' discovery disputes.

Finally, I would reiterate that the offer from our December 22, 2006 letter remains open. If you wish to proceed in this manner, please let me know.

Sincerely,

Adam P. Seitz

APS/td

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2273534v1