# EXHIBIT "1"

FILED UNDER SEAL WITH
CLERK OF THE COURT

Dockets.Justia.com