## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,   )
          )
         Plaintiff,   )
          )
         v.   )   Case No. 05-2433-JWL
          )
VONAGE HOLDINGS CORP.,   )
VONAGE AMERICA, INC.,   )
          )
         Defendants.   )
          )

### PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO VONAGE'S REPLY IN SUPPORT OF ITS MOTION SEEKING LEAVE TO AMEND

Plaintiff Sprint Communications Company L.P. ("Sprint") respectfully moves for leave to file a sur-reply to Defendants Vonage America, Inc. and Vonage Holdings Corp.'s Motion Seeking Leave to Amend Their Respective Answers, Affirmative Defenses and Counterclaims Pursuant to Fed. R. Civ. P. 15.  Sprint's proposed Sur-reply is attached hereto as Exhibit A.

Leave to file a sur-reply may be granted when a party "improperly raises new arguments in a reply."  *Pehr v. Rubbermaid, Inc.* 87 F.Supp. 2d 1222, 1236 (D. Kan. 2000).  Vonage's Reply raises new arguments that mischaracterizes certain evidence, including the scope and content of the 2001 and 2005 Alliance Agreements.  Sprint's Sur-reply is limited to correcting the record with respect to the inaccuracies and unsupported inferences advanced by Vonage in its Reply.

WHEREFORE, Sprint respectfully requests leave to present and file with this Court the accompanying Sur-reply addressing the foregoing issues.

- 1 -

2430923v1

Dockets.Justia.com

Respectfully submitted,

Dated:  April 23, 2007

__/s/ Adam P. Seitz_____

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY
L.P.

2430923v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23th day of April, 2007, a true and accurate copy of the above and foregoing **PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO VONAGE'S REPLY IN SUPPORT OF  VONAGE'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  _/s/   Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

- 3 -

2430923v1