# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S OPPOSITION TO SPRINT COMMUNICATIONS CO. L.P.'S MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively, "Vonage") respectfully moves to file a brief in surreply to Sprint's Motion to Compel Production of Financial Documents Sprint in its reply in support of its motion. Vonage's proposed submission is attached as Exhibit "1."

Leave to file a surreply may be granted when a reply in support of a motion "could be construed to raise new arguments." Zwygart v. Bd. of County Comm'rs, 412 F. Supp. 2d 1193, 1194 (D. Kan. 2006). Sprint's Reply raises new arguments that mischaracterizes certain evidence, and Vonage has learned of additional information that warrants this further submission. Vonage's surreply is limited to these purposes.

WHEREFORE, Vonage respectfully requests leave to present and file with this Court the accompanying surreply addressing the foregoing issues.

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 27, 2007 | /s/ Patrick J. Kaine |

Don R. Lolli   KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on April 27, 2007**,** that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Surreply in Opposition to Sprint's Motion to Compel Production of Financial Documents was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*
>
>  /s/ Donald R. McPhail

DM1\1106501.1