IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S OPPOSITION TO SPRINT COMMUNICATIONS CO. L.P.'S MOTION TO COMPEL PRODUCTION OF A PRIVILEGE LOG**

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively, "Vonage") respectfully moves to file a brief in surreply to Sprint's Motion to Compel Production of a Privilege Log to address certain misleading points of fact and law addressed by Sprint in its April 17, 2007 reply in support of its motion. Vonage's proposed submission is attached as Exhibit "1."

Leave to file a surreply may be granted when a reply in support of a motion "could be construed to raise new arguments." Zwygart v. Bd. of County Comm'rs, 412 F. Supp. 2d 1193, 1194 (D. Kan. 2006).

Sprint's Reply raises new arguments that mischaracterize certain evidence, including the scope and sufficiency of Vonage's privilege log and, by implication, Sprint's own. Vonage's surreply is limited to correcting the record with respect to the inaccuracies and unsupported inferences advanced by Sprint in its Reply.

- 1 -

WHEREFORE, Vonage respectfully requests leave to present and file with this Court the accompanying surreply addressing the foregoing issues.

                Respectfully submitted,

April 27, 2007              /s/ Patrick J. Kaine

                Don R. Lolli   KS Dist. #70236
                Patrick J. Kaine  KS #15594
                Dysart Taylor Lay Cotter & McMonigle P.C.
                4420 Madison Avenue
                Kansas City, Missouri 64111
                816-931-2700
                pkaine@DysartTaylor.com
                dlolli@DysartTaylor.com

                Patrick D. McPherson
                Barry Golob
                Donald R. McPhail
                Duane Morris LLP
                1667 K Street N.W.
                Washington, DC 20006-1608
                202-776-7800
                pdmcpherson@duanemorris.com
                bgolob@duanemorris.com
                drmcphail@duanemorris.com

                *Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on April 27, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Surreply in Opposition to Sprint's Motion to Compel Production of a Privilege Log was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*
>
>   /s/ Donald R. McPhail

DM1\1105365.1

- 1 -