## CLERK'S COURTROOM MINUTE SHEET

### Case No.  05-2433-JWL

**SPRINT COMMUNICATIONS COMPANY LP,**

        Plaintiff,

**v.**

**VONAGE HOLDINGS CORP. and VONAGE AMERICA,**

        Defendants.

**Location: Kansas City, Kansas**

| | | | |
|---|---|---|---|
| **JUDGE:** | Lungstrum | **DATE:** | May 14, 2007 |
| **DEPUTY CLERK:** | Sharon Scheurer | **TAPE/COURT REPORTER** | Becky Ryder |
| **COUNSEL FOR PLTF.(S):** | Adam P. Seitz<br>Basil Trent Webb<br>Erick A. Buresh | **COUNSEL FOR DEFT.(S):** | Barry Golob<br>David R. McPhail<br>Patrick Kaine<br>Patrick McPherson<br>Patrick Muldoon<br>Don R. Lolli |

## CLERK'S MINUTES

## MOTION HEARING (by telephone)

#188 - Defendant's motion seeking leave to file two separate summary judgment motions with arguments and authorities not to exceed 66 pages in total - **granted in part.** (**40 pages**)