IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 05-2433-JWL | |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. and ) | |
| VONAGE AMERICA, INC., ) | |
| Defendants. ) | |

**<u>VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS CONVENTIONALLY UNDER SEAL</u>**

COME NOW, Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, and hereby move for leave of Court to file their Memorandum in Support of Motion for Summary Judgment and Exhibits conventionally under seal. Defendants Motion for Summary Judgment will be filed electronically and Defendants' Memorandum in Support of their Summary Judgment Motion will be emailed to Plaintiff tonight. Plaintiff and Defendants have agreed that documents conventionally filed under seal by either party may be filed by May 16, 2007 and will be timely. Plaintiff and Defendants further agree to exchange their exhibits by May 16, 2007 and will be timely.

In support of their Motion, Defendants state that a Stipulated Protective Order was entered by United States Magistrate David J. Waxse on March 6, 2006, governing the disclosure of confidential information by the parties.

Defendants' Memorandum in Support of Summary Judgment and Exhibits contain confidential information which Defendants believe should be filed under seal pursuant to the

Protective Order. Accordingly, Defendants seek leave of Court to file their Memorandum in Support of their Motion for Summary Judgment and Exhibits conventionally under seal.

WHEREFORE, Defendants Vonage Holdings Corp. and Vonage America, Inc. request leave of Court to file their Memorandum in Support of Summary Judgment and Exhibits conventionally under seal and for such other and further relief as the Court deems proper. Vonage respectfully requests expedited consideration of this motion at the Court's earliest convenience.

Respectfully submitted,

May 15, 2007

/s/ Don R. Lolli

Don R. Lolli   KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on May 15, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion for Leave of Court to File Memorandum in Support of Motion for Summary Judgment and Exhibits Conventionally Under Seal was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

                         /s/ Don R. Lolli