# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                Plaintiff, )
)
v. )
)
VONAGE HOLDINGS CORP., )   Case No. 05-2433-JWL
VONAGE AMERICA, INC., )
)
                Defendants. )
)
)
)
)

## SPRINT'S MOTION TO EXCLUDE THE OPINIONS OF VONAGE'S EXPERT JOEL M. HALPERN

Pursuant to Federal Rule of Evidence 702 and the Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals, Inc*. and its progeny, Plaintiff Sprint Communications Company L.P. ("Sprint") respectfully moves to exclude the testimony, opinions, and reports of Defendants' designated non-infringement expert, Joel M. Halpern. For the reasons set forth in the Brief in Support, Mr. Halpern lacks the educational qualifications and work experience that every expert in this litigation—including Mr. Halpern himself—has opined are necessary to provide expert testimony on the issues in this case. The Court should exercise its authority as a gatekeeper to exclude Mr. Halpern's irrelevant and unqualified testimony, opinions, and reports.

2464141v1

                                      Respectfully submitted,

Dated: May 15, 2007                /s/ Adam P. Seitz
                                      B. Trent Webb, KS Bar No. 15965
                                      Eric A. Buresh, KS Bar No. 19895
                                      Adam P. Seitz, KS Bar No. 21059
                                      SHOOK, HARDY & BACON L.L.P.
                                      2555 Grand Boulevard
                                      Kansas City, Missouri 64108-2613
                                      (816) 474-6550 Telephone
                                      (816) 421-5547 Facsimile

                                      Attorneys for Plaintiff
                                      SPRINT COMMUNICATIONS COMPANY L.P.

2464141v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION TO EXCLUDE THE OPINIONS OF VONAGE'S EXPERT JOEL M. HALPERN** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

　/s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

2464141v1