# EXHIBIT 5

Dockets.Justia.com



**Shook,<br>Hardy &<br>Bacon.** L.L.P.<br>www.shb.com

May 9, 2005

John E. Gibson

2555 Grand Blvd.<br>Kansas City<br>Missouri 64108-2613<br>816.474.6550<br>816.559.2444 DD<br>816.421.5547 Fax<br>jgibson@shb.com

Mr. Jeffrey Citron<br>Chairman and Chief Executive Officer<br>Vonage Holdings Corp.<br>2147 Route 27<br>Edison, New Jersey 08817

Re:   Sprint Communications Company – VoP Patent Issues<br>       Our File No. SPRI.116441

Dear Mr. Citron:

Mr. Trent Webb of Shook, Hardy & Bacon sent letters to you on November 12, 2004 and on August 19, 2004 inquiring about your willingness to meet to discuss our concerns about the potential impact of Sprint's voice over packet ("VoP") patent portfolio on the combinations of equipment and network architectures used by Vonage. Prior to that, you were sent a letter dated July 13, 2004 from McDermott, Will & Emery, making a similar request. To date, we have received no response from you or anyone else on behalf of Vonage. We remain convinced that discussions regarding Sprint's VoP patent portfolio will be of mutual benefit to both Vonage and Sprint. Accordingly, please contact us at your earliest convenience regarding this matter. Do not hesitate to contact us should you have any questions.

Very truly yours,

John E. Gibson

JEG:bkl

Geneva<br>Houston<br>Kansas City<br>London<br>Miami<br>Orange County<br>Overland Park<br>San Francisco<br>Tampa<br>Washington, D.C.

1646630v1

SPCC.001160