Sprint Communications Company LP v. Vonage Holdings Corp., et al Doc. 199 Att. 6


# EXHIBIT 6

Dockets.Justia.com




www.shb.com

B. Trent Webb

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2320 DD
816.421.5547 Fax
bwebb@shb.com

July 15, 2005

**SENT VIA FEDERAL EXPRESS**

Mr. Jeffrey Citron
Chairman and Chief Executive Officer
Vonage Holdings Corp.
2147 Route 27
Edison, New Jersey 08817

Re: Sprint Communications Company - VoP Patent Issues
Our File No. SPRI.116441

Dear Mr. Citron:

As you know, my firm represents Sprint Communications Company in connection with its intellectual property matters. Over the past year, I have sent you several letters bringing to your attention a portfolio of patents owned by Sprint relating to voice-over-packet ("VOP") technology. I have requested that you evaluate this portfolio carefully and then contact me so that we can set up a meeting to discuss a mutually beneficial licensing arrangement between Sprint Communications Company and Vonage. Despite my numerous letters to you, I have received no response to our offer to negotiate a license under this portfolio.

Sprint remains open to discussing a license with Vonage under its VOP portfolio. This is a serious issue. I would ask that you give it your immediate attention and call me at your earliest convenience so that we can set up a meeting to discuss this further.

Sincerely,

B. Trent Webb

BTW:sjb

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1708054v1

Case 2:05-cv-02433-JWL Document 199-7 Filed 05/15/2007 Page 3 of 3





## FedEx Express Shipment Detail By Reference (Original)

**Picked up: Jul 15, 2005** **Payor: Shipper** **Reference: SPRI.116441/16535/CH**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 6

CAFE

| | |
|---|---|
| Tracking ID | 694865733684 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Envelope |
| Zone | 6 |
| Packages | 1 |
| Weight | N/A |
| Delivered | Jul 18, 2005 09:04 |
| Svc Area | A1 |
| Signed by | C.NOVINS |
| FedEx Use | 000000000/0000230/_ |

**Sender**
Ed Webb
Shook Hardy & Bacon
2555 Grand Blvd
KANSAS CITY MO 64108 US

**Recipient**
JEFFREY CITRON CHAIRMAN AND C
VONAGE HOLDINGS CORP
2147 ROUTE 27
EDISON NJ 08817 US

| | | |
|---|---|---|
| Transportation Charge | | 18.55 |
| Fuel Surcharge | | 1.05 |
| Discount | | -8.53 |
| **Total Charge** | USD $ | **11.07** |

**Shipment Detail Subtotal** ........ **USD $** **11.07**

SPCC.001170