# EXHIBIT 15

## (12) United States Patent
### Christie

(10) Patent No.:     US 6,633,561 B2
(45) Date of Patent:     *Oct. 14, 2003

(54) **METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL**

(75) Inventor: **Joseph Michael Christie**, San Bruno, CA (US)

(73) Assignee: **Sprint Communications Company, L.P.**, Overland Park, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/002,850**

(22) Filed: **Nov. 14, 2001**

(65)    **Prior Publication Data**

US 2002/0039372 A1  Apr. 4, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/082,040, filed on May 20, 1998, which is a continuation of application No. 08/568,551, filed on Dec. 7, 1995, now Pat. No. 5,825,780, which is a continuation of application No. 08/238,605, filed on May 5, 1994, now abandoned.

(51) Int. Cl.[7] .................................................. H04L 12/66
(52) U.S. Cl. ..................... **370/352**; 370/356; 370/410; 370/522; 379/230
(58) Field of Search .................................. 370/352–356, 370/401, 410, 389, 422, 426, 351, 360, 522; 379/221.08, 221.09, 221.12, 221.14, 228, 229, 230, 221.1, 219

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,201,889 A | 5/1980 | Lawrence et al. | |
| 4,310,727 A | 1/1982 | Lawser | |
| 4,348,554 A | 9/1982 | Asmuth | |
| 4,453,247 A | 6/1984 | Suzuki et al. | |
| 4,554,659 A | 11/1985 | Blood et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | B-23853/92 | 3/1993 |
| CH | 685033 A5 | 2/1995 |
| DE | 4225203 A1 | 12/1992 |
| DE | 4327777 C1 | 2/1995 |
| DE | 4332824 C1 | 3/1995 |

(List continued on next page.)

OTHER PUBLICATIONS

Helen A. Bauer, John J. Kulzer, Edward G. Sable, "Designing Service–Independent Capabilities for Intelligent Networks," IEEE, Dec. 1988, pp. 31–41.

ITU-T Q.1219, "Intelligent Network User's Guide For Capability Set 1," Apr. 1994.

Thorner, "Intelligent Networks, Capter 2," 1994, Artech House, pp. 11–107.

ITU-T, Recommendation Q.722, "Specifications of Signalling System No. 7, General Function of Telephone Messages and Signals," 1993.

ANSI-TI.111–1992, American National Standard for Telecommunications, "Signaling System No. 7 (SS7)—Message Transfer Part (MTP)," New York, NY.

(List continued on next page.)

*Primary Examiner*—Ajit Patel

(57)    **ABSTRACT**

The present invention includes a method, system, and apparatus for providing communication control. The invention includes a method in which signaling is processed externally to a switch before it is applied by the network elements. The processor is able to select network characteristics and signal the network elements based the selections. A network employing the processing method is also included, as well as a signaling system that employs the processing method.

**38 Claims, 8 Drawing Sheets**

