# EXHIBIT 21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THEGLOBE.COM, INC., )<br>VOICEGLO HOLDINGS, INC., )<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 05-2433-JWL |

**SPRINT COMMUNICATIONS COMPANY L.P.'S INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Plaintiff Sprint Communications Company L.P. ("Sprint"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby makes the following initial disclosures, based on the information reasonably available to Sprint, and relating to the information that it may use to support its claims or defenses (unless solely for impeachment).

**Introductory Statement**

The following disclosures are made based on the information reasonably available to Sprint as of this date, and Sprint hereby reserves the right to supplement this list after further investigation and discovery. By making these disclosures, Sprint does not represent that it is identifying every witness, document, or tangible thing possibly relevant to this lawsuit. Nor does Sprint waive its rights to object to the production of any document or tangible thing disclosed herein on the basis of the attorney-client privilege, the work-product doctrine, relevancy, undue burden, or any other valid objection. Rather, Sprint's disclosures represent a good faith effort to

identify information that it reasonably believes may support its claims or defenses as required by Rule 26(a)(1).

Sprint's disclosures are made, moreover, without waiving: (1) the right to object to the use of any such information on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other ground, for any purpose, in whole or in part, in this action or any other action; or (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

Finally, Sprint provides these disclosures subject to those objections and qualifications, and designates all information contained herein as "Outside Trial Counsel Only" as per the January 19, 2006 agreement among the parties.

A.   **Individuals Likely to Have Discoverable Information**

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Sprint identifies the following individuals likely to have discoverable information (NOTE – each individual identified below is represented by counsel and all inquiries must be directed to counsel of record):

1. Terry Yake, 8904 W 116th Terrace, Overland Park, Kansas 66210, (913) 451-8904 – Mr. Yake has discoverable information regarding the project underlying the inventions disclosed and claimed in Sprint's asserted patents.

2. Tracy Nelson, Sprint Communications Company L.P., 6500 Sprint Parkway, Overland Park, Kansas 66251 – Mr. Nelson has discoverable information regarding the project underlying the inventions disclosed and claimed in Sprint's asserted patents.

3. As of yet unknown employees of Defendants.

      4.     As of yet unknown representatives of third parties.

B. **<u>Potentially Relevant Documents and Things</u>**

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, Sprint hereby identifies the following categories of documents, data compilations, and tangible things that are in Sprint's possession, custody, or control and that it may use to support its claims or defenses.

      1.     U.S. Patent No. 6,304,572 ("the '572 Patent) and its prosecution history.

      2.     U.S. Patent No. 6,633,561 ("the '561 Patent") and its prosecution history.

      3.     U.S. Patent No. 6,463,052 ("the '052 Patent") and its prosecution history.

      4.     U.S. Patent No. 6,452,932 ("the '932 Patent") and its prosecution history.

      5.     U.S. Patent No. 6,473,429 ("the '429 Patent") and its prosecution history.

      6.     U.S. Patent No. 6,298,064 ("the '064 Patent") and its prosecution history.

      7.     U.S. Patent No. 6,665,294 ("the '294 Patent") and its prosecution history.

      8.     Documents and things relating to Sprint's Asserted Patents including, but not limited to, correspondence between the parties and/or their counsel.

      9.     Pleadings, motions, and other documents filed in the instant case.

Sprint states that the above listed categories of documents, data compilations and tangible things are located at the Kansas City office of Shook, Hardy & Bacon L.L.P. Pursuant to the Court's Scheduling Order, these documents will be produced to Defendants on February 10, 2006.

**C.     Computation of Any Category of Damages**

Sprint is unable to compute any specific amount of damages until Defendants produce documents and/or other relevant information relating to sales of the Defendants' infringing products and/or services. When Defendants provide such information, and pursuant to Fed.R.Civ.P. 26(a)(2), Sprint will provide a computation of the damages it has suffered.

**D.     Insurance Agreements**

Pursuant to Rule 26(a)(1)(D), Sprint states that no insurance agreements exist whereby Sprint will be indemnified or reimbursed to satisfy part or all of any judgment that may be entered against it in this lawsuit.

Dated: January 19, 2006

/s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone:  (816) 474-6550
Facsimile:   (816) 421-5547

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2006, a true and accurate copy of the above and foregoing PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S INITIAL DISCLOSURES were sent via e-mail and First Class mail, postage prepaid, to:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/ Adam P. Seitz_____
Adam P. Seitz

::ODMA\PCDOCS\MISSOURI\1831390\1
1831390v1

-5-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THEGLOBE.COM, INC., )<br>VOICEGLO HOLDINGS, INC., )<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 05-2433-JWL |

## NOTICE OF SERVICE

I hereby certify that on the 19th day of January, 2006, counsel for Plaintiff Sprint Communications Company L.P. served true and accurate copies of Sprint Communications Company L.P.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) on the Defendants listed below.

Plaintiffs certify that the above was served via e-mail and First Class Mail to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

1862603v1

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

                 Respectfully Submitted,

Dated: January 20, 2006      /s/ Adam P. Seitz
                 B. Trent Webb, KS Bar No. 15965
                 Eric A. Buresh, KS Bar No. 19895
                 Adam P. Seitz, KS Bar No. 21059
                 SHOOK, HARDY & BACON LLP
                 2555 Grand Blvd.
                 Kansas City, Missouri 64108-2613
                 816-474-6550 Telephone
                 816-421-5547 Facsimile

                 ATTORNEYS FOR PLAINTIFF SPRINT
                 COMMUNICATIONS COMPANY L.P.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th Day of January, 2006, a copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to the following:

James D. Oliver
Scott C. Nehrbass
Foulston Siefkin LLP
40 Corporate Woods Suite 1050
9401 Indian Creek Parkway
Overland Park, Kansas 66210

James W. Dabney
Henry C. Lebowitz
Malcolm J. Duncan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attorneys for Defendants
theglobe.com, Inc. and Voiceglo Holdings, Inc.

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

3

1862603v1

## Glidewell, Jeff O. (SHB)

**From:** KSD_CMECF@ksd.uscourts.gov
**Sent:** Friday, January 20, 2006 11:30 AM
**To:** KSD_CMECF_Security@ksd.uscourts.gov
**Subject:** SPRINT 51-ECF

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Kansas

Notice of Electronic Filing

The following transaction was received from Seitz, Adam entered on 1/20/2006 at 11:30 AM CST and filed on 1/20/2006
**Case Name:** Sprint Communications Company LP v. theglobe.com, Inc et al
**Case Number:** 2:05-cv-2433
**Filer:** Sprint Communications Company LP
**Document Number:** 51

**Docket Text:**
NOTICE OF SERVICE by Sprint Communications Company LP of Rule 26(a) Initial Disclosures (Seitz, Adam)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=1/20/2006] [FileNumber=832159-0]
[7d3477708b824870ffd5b79d0e859b89fb2672ce5bb2ff848c3fee546928cd867164
1253e7c712a4a09e10ab119a9f608d0d8491d253135b94f6d23912bd43ea]]

**2:05-cv-2433 Notice will be electronically mailed to:**

Eric A. Buresh    eburesh@shb.com,

James W. Dabney    dabnejam@ffhsj.com, nydocketclrk@ffhsj.com; bednaje@ffhsj.com

Malcolm J. Duncan    duncama@ffhsj.com

Barry Golob    bgolob@duanemorris.com

Patrick J. Kaine    pkaine@dysarttaylor.com, jdobson@dysarttaylor.com

Henry C. Lebowitz    lebowhe@ffhsj.com, nydocketclrk@ffhsj.com; bednaje@ffhsj.com

Don R. Lolli    dlolli@dysarttaylor.com, jdobson@dysarttaylor.com

1/20/2006

Patrick D. McPherson    pdmcpherson@duanemorris.com

Patrick C. Muldoon !    pcmuldoon@duanemorris.com

Scott C. Nehrbass    snehrbass@foulston.com,

James D. Oliver    joliver@foulston.com,

Adam P. Seitz    aseitz@shb.com, tdennis@shb.com; jglidewell@shb.com; jzerger@shb.com

Basil Trent Webb    bwebb@shb.com,

**2:05-cv-2433 Notice will be delivered by other means to:**

1/20/2006