# EXHIBIT 22

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Fri 2/10/2006 6:03 PM
**To:** James W. Dabney (E-mail); Golob, Barry
**Cc:** Buresh, Eric A. (SHB)
**Subject:** Sprint v. Voiceglo, et al.

Jim and Barry,

This e-mail confirms that, pursuant to the Court's Scheduling Order, each of you were sent documents identified in Sprint's Initial Disclosures. I expect you will receive them early next week.

Thanks,

    Adam P. Seitz
    SHOOK, HARDY & BACON, L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    o: 816.474.6550
    f: 816.421.5547


"MMS <shb.com>" made the following
annotations on 02/10/06, 17:03:31

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.