IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
Plaintiff, )
)
v. )
) Case No. 05-2433-JWL
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
Defendants. )
)
)
)
)
)

### DECLARATION OF ADAM P. SEITZ

I, Adam P. Seitz, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney licensed to practice in the States of Missouri and Kansas.

2. I represent Plaintiff Sprint Communications Company, L.P. ("Sprint") in this action and am familiar with the record in this case. I submit this Declaration in support of Sprint's Motion for Summary Judgment and Sprint's Brief in Support of its Motion for Summary Judgment.

3. A true and correct copy of the parties' Pretrial Order submitted to chambers on May 7, 2007 is attached hereto as Exhibit 1.

4. A true and correct copy of a letter from Sprint's counsel Raphael Lupo to Vonage's CEO Jeffrey Citron dated July 13, 2004, and its proof of service, is attached hereto as Exhibit 2.

1

2397156v3

5. A true and correct copy of a letter from Sprint's counsel B. Trent Webb to Vonage's CEO Jeffrey Citron dated August 19, 2004 is attached hereto as Exhibit 3.

6. A true and correct copy of a letter from Sprint's counsel B. Trent Webb to Vonage's CEO Jeffrey Citron dated November 12, 2004, and its proof of service, is attached hereto as Exhibit 4.

7. A true and correct copy of a letter from Sprint's counsel John E. Gibson to Vonage's CEO Jeffrey Citron dated May 9, 2005 is attached hereto as Exhibit 5.

8. A true and correct copy of a letter from Sprint's counsel B. Trent Webb to Vonage's CEO Jeffrey Citron dated July 15, 2005, and its proof of service, is attached hereto as Exhibit 6.

9. A true and correct copy of Defendants' First Supplemental Response to Plaintiff's Interrogatory No. 5 is attached hereto as Exhibit 7.

10. A true and correct copy of Vonage Holdings' Second Supplemental Responses to Plaintiff's First Set of Interrogatories is attached hereto as Exhibit 8.

11. A true and correct copy of Vonage America's Second Supplemental Responses to Plaintiff's First Set of Interrogatories is attached hereto as Exhibit 9.

12. A true and correct copy of the Expert Invalidity Report of Frank R. Koperda dated February 28, 2007 is attached hereto as Exhibit 10.

13. A true and correct copy of Vonage Holdings' Responses and Objections to Sprint's First Set of Interrogatories is attached hereto as Exhibit 11.

14. A true and correct copy of Vonage America's Responses and Objections to Sprint's First Set of Interrogatories is attached hereto as Exhibit 12.

15. A true and correct copy of a letter from Vonage's counsel Donald McPhail to the undersigned dated January 16, 2007 is attached hereto as Exhibit 13.

16. A true and correct copy of the cover sheet to United States Patent No. 6,304,572 is attached hereto as Exhibit 14.

17. A true and correct copy of the cover sheet to United States Patent No. 6,633,561 is attached hereto as Exhibit 15.

18. A true and correct copy of the cover sheet to United States Patent No. 6,463,052 is attached hereto as Exhibit 16.

19. A true and correct copy of the cover sheet to United States Patent No. 6,452,932 is attached hereto as Exhibit 17.

20. A true and correct copy of the cover sheet to United States Patent No. 6,473,429 is attached hereto as Exhibit 18.

21. A true and correct copy of the cover sheet to United States Patent No. 6,298,064 is attached hereto as Exhibit 19.

22. A true and correct copy of the cover sheet to United States Patent No. 6,665,294 is attached hereto as Exhibit 20.

23. A true and correct copy of Sprint's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) is attached hereto as Exhibit 21.

24. A true and correct copy of an email dated February 10, 2006 from the undersigned to Vonage's counsel James Dabney and Barry Golob is attached hereto as Exhibit 22.

Executed on May 15th, 2007

_____
Adam P. Seitz

2397156v3