IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 05-2433-JWL |
| v. | )<br>) ORAL ARGUMENT |
| VONAGE HOLDINGS CORP. AND<br>VONAGE AMERICA, INC. | ) REQUESTED<br>)<br>) |
| Defendants. | )<br>) |

### DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendants Vonage Holdings Corp. and Vonage America, Inc. (hereinafter collectively as "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court for an Order granting summary judgment in Defendants' favor on the grounds that no genuine issue of material fact exists to be tried in this case, and therefore, Defendants are entitled to judgment as a matter of law of non-infringement and/or invalidity of all asserted claims.

Defendants base this Motion on the following documents: Memorandum of Law in Support of Defendants' Motion for Summary Judgment and Exhibits thereto.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's claims in their entirety.

Respectfully submitted,

/s/ Don R. Lolli

Don R. Lolli   KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick C. Muldoon
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com
pcmuldoon@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage Holdings Corp and Vonage America, Inc.*

Dated: May 15, 2007

# CERTIFICATE OF SERVICE

I hereby certify on May 15, 2007, that a copy of DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of the Court to:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

*Attorneys for Plaintiff*
*Sprint Communications Company L.P.*

Respectfully submitted,

/s/ Don R. Lolli