## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) |
| Defendants. | ) ) |

### VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S CERTIFICATE OF SERVICE OF REVISED PRIVILEGE LOG

Per the Court's Order of May 8, 2007, Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby certify that on this 15th day of May, 2007, Vonage has served a consolidated amended privilege log on counsel of record below by electronic mail, and that all documents Vonage has withheld from production on grounds of privilege are described therein.

Vonage further certifies that a copy of this Certificate was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

|  |  |
|---|---|
|  | Respectfully submitted, |
| May 15, 2007 | /s/ Patrick J. Kaine |

Don R. Lolli   KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

- 2 -