# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                Plaintiff, )
)
v. )
) Case No. 05-2433-JWL
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
                Defendants. )
)
)
)
)

## SPRINT'S CERTIFICATE OF SERVICE OF SUPPLEMENTAL RESPONSES TO VONAGE'S DOCUMENT REQUESTS REGARDING JOE CHRISTIE DOCUMENTS

Sprint Communications Company L.P. ("Sprint"), by its attorneys, hereby certifies that on May 14, 2007, Sprint served its First Supplemental Responses to Vonage Holdings Corp.'s Third Set of Requests for Production to counsel of record below by electronic e-mail in compliance with the Court's May 9, 2007 Order (Doc. No. 186) regarding the "Joe Christie Documents."

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

1

2466816v1

2

        Respectfully submitted,

Dated: May 16, 2007

  /s/ Adam P. Seitz                
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2007, a true and accurate copy of the above and foregoing **SPRINT'S CERTIFICATE OF SERVICE OF SUPPLEMENTAL RESPONSES TO VONAGE'S DOCUMENT REQUESTS REGARDING JOE CHRISTIE DOCUMENTS** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 _/s/ _Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.