IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|   |   |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC. | ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT MOTION TO EXTEND DEADLINES FOR FILING
OPPOSITIONS AND REPLIES TO PENDING MOTIONS**

Plaintiff Sprint Communications Company L.P. ("Sprint") and Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by and through their respective attorneys, jointly move the Court to extend the deadlines for filing oppositions and replies to the parties' respective Motions for Summary Judgment (D.I. 198 and 200) and Sprint's Motion to Exclude the Opinions of Joel M. Halpern (D.I. 196). There will be no prejudice to either party as a result of these extensions, and the extensions are not being sought for vexatious purposes or to delay these proceedings. Moreover, the Court's scheduled trial date of September 4, 2007 remains unchanged.

Pursuant to District of Kansas Rule 6.1(a)(1), the undersigned state that the parties have conferred by counsel and that the parties have agreed that these extensions of time are required.

Pursuant to Rule 6.1(a)(2), the undersigned state that the current due dates and the requested extensions thereof are shown in the following table:

| Event | Current Due Date | Requested Due Date |
|---|---|---|
| Opposition to Motion for Summary Judgment | June 7, 2007 | June 11, 2007 |
| Reply to Opposition to Motion for Summary Judgment | July 2, 2007 | July 6, 2007 |
| Vonage's Opposition to Sprint's Motion to Exclude the Opinions of Joel M. Halpern | May 28, 2007 | June 11, 2007 |
| Sprint's Reply to Vonage's Opposition to Sprint's Motion to Exclude | June 7, 2007 | July 6, 2007 |

Pursuant to Rule 6.1(a)(3), the undersigned state that no extensions have been sought by the parties or granted by this Court for any of these dates.

Pursuant to Rule 6.1(a)(4), the undersigned state that the reasons for the requested extensions are as follows:

With respect to the Motions for Summary Judgment, the requested extensions are sought so that the due dates will fall after, rather than before, a weekend (June 9-10) and a federal holiday (July 4), respectively.

With respect to Sprint's Motion to Exclude the Opinions of Joel M. Halpern, the requested extensions are sought so that the due dates for Vonage's Opposition and

Sprint's Reply thereto will coincide with the due dates for the parties' respective oppositions to Motions for Summary Judgment and their respective replies.

Wherefore, for good cause shown, Sprint and Vonage respectfully request that the Court grant this motion and extend the relevant deadlines.

Respectfully submitted this 24th day of May, 2007.

    /s/ Patrick J. Kaine

Patrick J. Kaine    KS #15594
Don R. Lolli    KS Dist. #70236
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick C. Muldoon
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

    /s/ Adam P. Seitz

        B. Trent Webb
        Adam P. Seitz
        Eric A. Buresh
        SHOOK, HARDY & BACON LLP
        2555 Grand Boulevard
        Kansas City, MO 64108-2613
        Fax: (816) 421-5547

*Attorneys for Plaintiff/Counterclaim Defendant Sprint Communications Company L. P.*

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of May, 2007 that a true copy of the Joint Motion to Extend Deadlines for Filing Oppositions and Replies to Pending Motions was sent by electronic mail to:

        B. Trent Webb
        Adam P. Seitz
        Erick A. Buresh
        SHOOK, HARDY & BACON LLP
        2555 Grand Boulevard
        Kansas City, MO 64108-2613
        Fax: (816) 421-5547

*Attorneys for Plaintiff/Counterclaim Defendant Sprint Communications Company L. P.*

        /s/ Donald R. McPhail
        Donald R. McPhail