## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---

|                                                    |     |                          |
| -------------------------------------------------- | --- | ------------------------ |
|                                                    | )   |                          |
| SPRINT COMMUNICATIONS COMPANY L.P.,                | )   |                          |
|                                                    | )   |                          |
| Plaintiff,                                         | )   |                          |
|                                                    | )   | Case No. 05-2433-JWL     |
| v.                                                 | )   |                          |
|                                                    | )   |                          |
| VONAGE HOLDINGS CORP. and                          | )   |                          |
| VONAGE AMERICA, INC.,                              | )   |                          |
| Defendants.                                        | )   |                          |
|                                                    | )   |                          |

---

### VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S OBJECTIONS TO AND MOTION FOR REVIEW OF ORDERS OF MAY 14, 2007 AND MAY 16, 2007 PURSUANT TO FED. R. CIV. P. 72

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby object to, and move this Court to review and for an Order overruling the Court's Orders of May 14 and 16, 2007 (Doc. # 192 and 202, collectively, the "Orders"), pursuant to Federal Rule of Civil Procedure 72.

By way of the Orders, the Court denied Vonage's Motion for Leave to Amend its Answers and Affirmative Defenses based on agreements between Sprint and Cisco Systems, Inc. (the "License Documents") produced by Sprint at and following the close of discovery, and struck Vonage's references to, and barred Vonage from relying, on these latently-produced documents in support of their contentions in the Pretrial Order. Based on Sprint's latent, piecemeal and continuing production of the License Documents, Vonage's diligence in seeking these documents and making its motion to amend, the lack of any prejudice to Sprint from Vonage's proposed amendments, and because Federal law provides that the License Documents

- 1 -

Dockets.Justia.com

may prove even Vonage's originally-pled defenses, Vonage respectfully submits that both the Orders are clearly erroneous and contrary to law.

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference.

Respectfully submitted,

May 29, 2007                                      /s/ Patrick J. Kaine_____

Don R. Lolli    KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim
Plaintiffs Vonage America, Inc. and Vonage
Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on May 29, 2007**,** that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Objections to and Motion for Review of Orders of May 14, 2007 and May 16, 2007 Pursuant to Fed. R. Civ. P. 72, and supporting papers, was filed electronically on this date, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:


B. Trent Webb
Adam P. Seitz
Erick A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

*Attorneys for Plaintiff*
*Sprint Communications Company L.P.*

 /s/ Donald R. McPhail