# EXHIBIT A

## Filed under seal pursuant to Protective Order

Dockets.Justia.com