# EXHIBIT B

**Filed under seal pursuant to Protective Order**

Dockets.Justia.com