# EXHIBIT K

Dockets.Justia.com

| | |
|---|---|
| **From:** | Larigan, Beth A. (SHB) [BLARIGAN@shb.com] |
| **Sent:** | Friday, April 20, 2007 2:57 PM |
| **To:** | McPhail, Donald R.; Golob, Barry; McPherson, Patrick D. |
| **Cc:** | Seitz, Adam P. (SHB); Buresh, Eric A. (SHB) |
| **Subject:** | Sprint/Cisco Alliance Agreements |
| **Attachments:** | Ltr to McPhail enclosing Cisco Alliance Agreements.pdf; Cisco docs - 1229-1255.pdf; Cisco docs - 1256-1286.pdf |

Attached please find correspondence from Mr. Seitz, as well as the 2001 and 2005 Sprint/Cisco Alliance Agreements.

<<Ltr to McPhail enclosing Cisco Alliance Agreements.pdf>> <<Cisco docs - 1229-1255.pdf>> <<Cisco docs - 1256-1286.pdf>>

**Beth A. Larigan**
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2459 (direct dial)
(816) 421-5547 (facsimile)
blarigan@shb.com

Mail Gate made the following annotations on Fri Apr 20 2007 13:58:58

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

5/25/2007



www.shb.com

April 20, 2007

**Adam P. Seitz**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

**SENT VIA E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Don:

Enclosed please find the 2001 and 2005 Alliance Agreements between Sprint and Cisco Systems. As we have repeatedly told you, we do not believe these documents are relevant as they deal with Sprint products and services that are wholly unrelated to JCS2000 and the Asserted Patents. Nonetheless, pursuant to your requests, we are producing them to you.

If you have any questions, please do not hesitate to contact me.

Sincerely,


Adam P. Seitz

APS/bal

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2419443v1