# EXHIBIT O

# Filed under seal pursuant to Protective Order

Dockets.Justia.com