IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 05-2433-JWL | |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. and ) | |
| VONAGE AMERICA, INC., ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SERVICE**

COME NOW, Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, and hereby certify on this 11th day of June 2007 that Defendants' Objections to Plaintiff's First Notice of Deposition of Vonage Holdings Corp. and Vonage America, Inc. Pursuant to Rule 30(b)(6) was served by email, with notice of case activity to be generated and sent electronically by the Clerk of the Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

                                Respectfully submitted,

June 11, 2007                      /s/ Don R. Lolli

                                Don R. Lolli   KS Dist. #70236
                                Patrick J. Kaine  KS #15594
                                Dysart Taylor Lay Cotter & McMonigle P.C.
                                4420 Madison Avenue
                                Kansas City, Missouri 64111
                                816-931-2700
                                pkaine@DysartTaylor.com
                                dlolli@DysartTaylor.com


                                Patrick D. McPherson
                                Barry Golob
                                Donald R. McPhail
                                Duane Morris LLP
                                1667 K Street N.W.
                                Washington, DC 20006-1608
                                202-776-7800
                                pdmcpherson@duanemorris.com
                                bgolob@duanemorris.com
                                drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*