# EXHIBIT B-1

Dockets.Justia.com

APPEAL, CLOSED, JURY, PROTO

# U.S. District Court
## Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00682-CMH-BRP

Verizon Services Corp. et al v. Vonage Holdings Corp. et al    Date Filed: 06/12/2006
Assigned to: District Judge Claude M. Hilton                   Date Terminated: 03/13/2007
Referred to: Magistrate Judge Barry R. Poretz                  Jury Demand: Both
Case in other court: U.S. Court of Appeals for the Federal     Nature of Suit: 830 Patent
                     Circuit, 07-01240                         Jurisdiction: Federal Question
                     Federal Circuit, 07-01274
Cause: 35:271 Patent Infringement

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2007 | | USCA Case Number 2007-1274 Federal Circuit for [551] Notice of Appeal,,, filed by Vonage America, Inc., Vonage Holdings Corp.. (nmck, ) (Entered: 04/25/2007) |
| 04/18/2007 | | USCA Case Number 2007-1251 Federal Circuit Court of Appeals for [551] Notice of Appeal,,, filed by Vonage America, Inc., Vonage Holdings Corp., [541] Notice of Appeal,, filed by Vonage America, Inc., Vonage Holdings Corp.. (nmck, ) (Entered: 04/19/2007) |
| 04/17/2007 | 554 | TRANSCRIPT of Proceedings held on 4/12/07 before District Judge Hilton. Court Reporter: Norman B. Linnell. (nhall) (Entered: 04/20/2007) |
| 04/13/2007 | | SUPERSEDEAS BOND in the amount of $ 66,000,000.00 posted by Vonage Holdings Corp., Vonage America, Inc. (PLACED IN CASH BOX-CIVIL VAULT) (nhall) (Entered: 04/16/2007) |
| 04/12/2007 | 553 | ORDER granting [493] Motion for prejudgment interest by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. and prejudgment interest is awarded in the amount of $1,578.323.00. Signed by Judge Claude M. Hilton on 4/12/07. (tarm, ) (Entered: 04/18/2007) |
| 04/12/2007 | 552 | ORDER For the reasons stated from the bench, Defendants' [515] Motion for Judgment as a Matter of Law and Defendants' [518] Motion for New Trial or Alteration or Amendment of Judgment are DENIED. It is further ORDERED that Defendants' [513] Motion for Stay of Execution Pending Disposition of Post-Trial Motions is DENIED as MOOT. Signed by Judge Claude M. Hilton on 4/12/07. (tarm, ) Additional attachment(s) added on 4/18/2007 (tarm, ). (Entered: 04/18/2007) |
| 04/12/2007 | 551 | RENEWED AND SECOND AMENDED NOTICE OF APPEAL to the Fedearl Circuit Court of Appeals as to 549 Order on Motion for Permanent Injunction, dated 4/12/07 [381] order dated 2/9/07, [392] Order on Motion for Summary Judgment dated 2/15/07 [490] Clerk's |

| | | |
|---|---|---|
| | | Judgment dated 3/13/07, <u>371</u> Order on claim construction of the patents-in-suit dated 2/12/07, [404] Order dated 2/16/07, [88] Order dated 11/20/06, <u>550</u> Order dated 4/12/07, [283] Order dated 1/19/07. The court's rulings and order on March 7, 2007 overruling defts' objections to the jury instructions and verdict form, and denying defts' request to give their proposed jury instructions and verdict form. by Vonage Holdings Corp., Vonage America, Inc.. Filing fee $ 455, receipt number 100000261. Copy to USCA for the Federal Circuit. Copy sent to parties. (nmck, ) (Entered: 04/13/2007) |
| 04/12/2007 | <u>550</u> | ORDER This Court hereby enters judgment in favor of the Dfts, and against the Pltfs, following the trial by jury in which claims 1 and 2 of the '275 patent and claims 1 and 2 of the '869 patent were found not to be infringed, corresponding to Counterclaim Counts I and II of Dfts' Answer to the Amended Complaint and Counterclaims, and hereby declares that Vonage does not infringe the '275 and '869 patents literally or under the doctrine of equivalents. This Court DISMISSES with prejudice all remaining claims and counterclaims in this action. Signed by Judge Claude M. Hilton on 4/12/07. (tarm, ) (Entered: 04/12/2007) |
| 04/12/2007 | <u>549</u> | ORDER OF PERMANENT INJUNCTION (See Order for details) and this injunction order is STAYED pending appeal as to all present or existing customers of the Vonage Parties, provided the Vonage Parties escrow the 5.5% royalty quarterly with the Clerk of Court to be held in an interest bearing account (Signed by Judge Claude M. Hilton on 4/12/07) (tarm, ) (Entered: 04/12/2007) |
| 04/12/2007 | 548 | ORDER that the Clerk shall promptly open an interest-bearing account at an appropriate financial institution to receive the funds required to be paid by Vonage on a quarterly basis, to bear interest at an appropriate rate, and the Clerk shall maintain that account until further Order of this Court. The monies paid into the escrow account shall not be property of Vonage after payment into the escrow account, and instead shall be the property of the Court, and such monies shall only be disbursed by the Clerk, as escrowee, pursuant to further order of this Court. Signed by Judge Claude M. Hilton on 4/12/07. (tarm, ) (Entered: 04/12/2007) |
| 04/12/2007 | 547 | ORDER that Dfts' Motion for Stay of Execution is GRANTED and all proceedings on the part of Pltfs to execute or enforce the judgment entered on 3/13/07 shall be shall be and hereby are stayed under Federal Rule of Civil Procedure 62(d) pending and subject to Dfts' posting with the Clerk of this Court, by 5:00 p.m. April 13, 2007, a supersedeas bond in the form attached. Signed by Judge Claude M. Hilton on 4/12/07. (tarm, ) (Entered: 04/12/2007) |
| 04/12/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton: Motion Hearing held on 4/12/2007. Appearance of counsel. Pltfs motion that the dft post a supersedeas bond - Granted, bond to be posted by 5:00 p.m. 4/13/07. Order entered. Order re: escrow account entered. Dfts motion for Judgment as a Matter of Law - Denied. Permanent Injunction entered. Judgment to be entered for the pltfs awarding prejudgment interest in the amount of $1,578,323.00, as previously determined by the |

| | | |
|---|---|---|
| | | Court. (Court Reporter Linnell.) (tarm, ) (Entered: 04/12/2007) |
| 04/11/2007 | 546 | TRANSCRIPT of Proceedings held on 4/3/07 before District Judge Cacheris. Court Reporter: Renecia A. Smith-Wilson. (UNDER SEAL) (nhall) (Entered: 04/12/2007) |
| 04/11/2007 | | WRIT OF GARNISHMENT issued as to Garnishee Citibank, N.A.; Judgment Debtor Vonage America Corp. (nhall) (Entered: 04/11/2007) |
| 04/11/2007 | | WRIT OF GARNISHMENT issued as to Garnishee Citibank, N.A.; Judgment Debtor Vonage Holdings Corp. (nhall) (Entered: 04/11/2007) |
| 04/11/2007 | | WRIT of Execution issued as to Vonage Holdings Corp., Vonage America Inc. (nhall) (Entered: 04/11/2007) |
| 04/10/2007 | 545 | TRANSCRIPT of Proceedings held on 4/6/07 before District Judge Hilton. Court Reporter: Rudiger, Green & Kerns Reporting Service. (nhall) (Entered: 04/12/2007) |
| 04/06/2007 | 541 | RENEWED AND AMENDED NOTICE OF APPEAL to the Federal Circuit Court of Appeals as to [381] Order dated 2/9/07, [392] Order on Motion for Summary Judgment dated 2/15/07, [490] Clerk's Judgment dated 3/13/07, 371 Order dated 2/12/07, [404] Order dated 2/16/07, [88] Order dated 11/20/06, [283] Order dated 1/19/07 and the court's ruling on March 7, 2007 overruling defts objections to the jury instructions and verdict form, and denying defts request to give their proposed jury instructions and verdict form by Vonage Holdings Corp., Vonage America, Inc.. Filing fee $ 455, receipt number 100000116. Copy sent to Federal Circuit. Copy sent to parties. (nmck, ) (Entered: 04/10/2007) |
| 04/06/2007 | 540 | Objections To Verizon's [522]First Amended Bill Of Costs filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 04/10/2007) |
| 04/06/2007 | 539 | Reply To Vonage's Opposition To Verizon's Report Of Compliance With Judge Cacheris's Order Concerning Execution Of Judgment And Request For Further Court Order filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 04/09/2007) |
| 04/06/2007 | 538 | Correction And Clarification Of Verizon's Calculation Of Bond Amounts by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 04/09/2007) |
| 04/06/2007 | 537 | ORDER that the Sheriff of New York County shall release any levies previously served by Verizon on Barclays, J.P. Morgan Chase, Lehman Brothers and any other Sheriff's levies that were issued. Signed by Judge Claude M. Hilton on 4/6/07. (dper) (Entered: 04/06/2007) |
| 04/06/2007 | | Set Deadlines/Hearings: Status Conference re: motions heard on Friday, April 6, 20007, set for 4/12/2007 10:00 AM before District Judge Claude M. Hilton. (dper) (Entered: 04/06/2007) |
| 04/06/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Motion Hearing held on 4/6/2007 re [519] MOTION to Alter Judgment |

| | | |
|---|---|---|
| | | filed by Vonage America, Inc., Vonage Holdings Corp., [518] MOTION for New Trial filed by Vonage America, Inc., Vonage Holdings Corp., [496] MOTION for Permanent Injunction filed by Verizon Laboratories Inc., Verizon Communications, Inc., Verizon Services Corp., [515] MOTION for Judgment as a Matter of Law filed by Vonage America, Inc., Vonage Holdings Corp., [503] MOTION to Stay filed by Vonage America, Inc., Vonage Holdings Corp., [493] MOTION for prejudgment interest filed by Verizon Laboratories Inc., Verizon Communications, Inc., Verizon Services Corp., [512] MOTION to Stay filed by Vonage America, Inc., Vonage Holdings Corp. Appearances of counsel. Motions argued and the court reserved ruling until Thursday, April 12, 2007 @ 10:00 a.m. Order entered directing the Sheriff of New York County to release any levies previously served by Verizon on Barclays, J.P. Morgan Chase, Lehman Brothers and any other Sheriff's levies that were issued. (Court Reporter Daryl Garrett w/Rudiger & Green.) (dper) (Entered: 04/06/2007) |
| 04/06/2007 | 536 | Praecipe submitting a proposed form of Judgment with respect to deft's counterclaims for declaratory judgment by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 04/06/2007) |
| 04/06/2007 | 535 | Supplemental Memorandum in Support of [512] MOTION to Stay of execution of of judgment filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 04/06/2007) |
| 04/05/2007 | 534 | Combined reply brief in Support of [512] MOTION to Stay of execution pending disposition of post-trial motions, [503] MOTION to Stay of injunction pending appeal filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 04/05/2007) |
| 04/05/2007 | 533 | Opposition to [528] Report of compliance with Judge Cacheris' order filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 04/05/2007) |
| 04/05/2007 | 532 | Reply memorandum in further Support of [515] MOTION for Judgment as a Matter of Law filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 04/05/2007) |
| 04/05/2007 | 531 | Reply memorandum in Support of [518] MOTION for New Trial, [515] MOTION for Judgment as a Matter of Law filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 04/05/2007) |
| 04/04/2007 | | USCA Case Number 2007-1240 U.S. Court of Appeals for the Federal Circuit for [511] Notice of Appeal filed by Vonage America, Inc., Vonage Holdings Corp.. (nmck, ) (Entered: 04/05/2007) |
| 04/04/2007 | 530 | Opposition to [515] MOTION for Judgment as a Matter of Law filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (large pleading) (clar, ) (Entered: 04/05/2007) |
| 04/04/2007 | 529 | Opposition to [519] MOTION for alteration or amendment of the Judgment, [518] MOTION for New Trial filed by Verizon |

| | | |
|---|---|---|
| | | Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. tog. w/Exhibits filed in a black binder (clar, ) Modified on 4/5/2007 to add text (clar, ). (Entered: 04/05/2007) |
| 04/04/2007 | 528 | Report of compliance with Judge Cacheris' order and by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (large pleading) (clar, ) (Entered: 04/05/2007) |
| 04/04/2007 | 527 | Opposition to [503] MOTION to Stay of injunction pending appeal filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (Appendix A to Verizon's opposition to Vonage's motion for stay of injunction pending appeal - UNDER SEAL) (large pleading) (clar, ) (Entered: 04/05/2007) |
| 04/04/2007 | 526 | Opposition to [512] MOTION to Stay of execution pending disposition of post-trial motions filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 04/05/2007) |
| 04/03/2007 | 525 | ORDER filed UNDER SEAL pursuant to telephone conference. Signed by Judge James C. Cacheris on 4/3/07. (dper) (Entered: 04/04/2007) |
| 04/03/2007 | | Minute Entry for proceedings held before Judge James C. Cacheris : Telephone Conference w/counsel held UNDER SEAL on 4/3/2007. (Court Reporter R. Wilson.) (dper) (Entered: 04/04/2007) |
| 04/03/2007 | | Per CMH Chambers Reset Deadlines as to [523]Emergency Motion For An Order Directing Plaintiffs To Withdraw Restraining Notices Issued In New York State. Motion Hearing set for 4/3/2007 02:00 PM before District Judge James C. Cacheris. (nhall) (Entered: 04/03/2007) |
| 04/03/2007 | 524 | NOTICE of Hearing on Motion [523]Emergency Motion For An Order Directing Plaintiffs To Withdraw Restraining Notices Issued In New York State : Motion Hearing set for 4/3/2007 02:00 PM before District Judge Claude M. Hilton. (nhall) (Entered: 04/03/2007) |
| 04/03/2007 | 523 | Emergency Motion For An Order Directing Plaintiffs To Withdraw Restraining Notices Issued In New York State by Vonage Holdings Corp., Vonage America, Inc.(UNDER SEAL) (nhall) (Entered: 04/03/2007) |
| 03/29/2007 | 522 | First Amended Bill Of Costs by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (Large Pleading) (nhall) (Entered: 04/03/2007) |
| 03/28/2007 | | Set Hearings: Writ Of Garnishment Hearing set for 5/11/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (nhall) (Entered: 04/11/2007) |
| 03/28/2007 | 544 | Suggestion for Garnishment by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. Garnishee Citibank, N.A.; Judgment Debtor Vonage America, Inc. (nhall) (Entered: 04/11/2007) |
| 03/28/2007 | 543 | Suggestion for Garnishment by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. Garnishee Citibank, N.A.; Judgment Debtor Vonage Holdings Corp.(nhall) (Entered: 04/11/2007) |

| 03/28/2007 | 542 | Letter from Verizon Service Corp. Verizon Laboratories Inc. & Verizon Communications Inc. requesting a Writ Of Execution. (nhall) (Entered: 04/11/2007) |
| 03/27/2007 | 521 | NOTICE of Hearing on Motion [518] MOTION for New Trial, [519] MOTION for alteration or amendment of the Judgment: Motion Hearing set for 4/6/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 520 | Memorandum in Support of [519] MOTION for alteration or amendment of the Judgment, [518] MOTION for New Trial filed by Vonage Holdings Corp., Vonage America, Inc. filed tog. w/2 black binders of exhibits (UNDER SEAL) (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 519 | MOTION for alteration or amendment of the Judgment by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 518 | MOTION for New Trial by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 517 | NOTICE of Hearing on Motion [515] MOTION for Judgment as a Matter of Law : Motion Hearing set for 4/6/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 516 | Memorandum in Support of [515] MOTION for Judgment as a Matter of Law filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 515 | MOTION for Judgment as a Matter of Law by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 514 | NOTICE of Hearing on Motion [512] MOTION to Stay of execution pending disposition of post-trial motions : Motion Hearing set for 4/6/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 513 | Memorandum in Support of [512] MOTION to Stay of execution pending disposition of post-trial motions filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 512 | MOTION to Stay of execution pending disposition of post-trial motions by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/28/2007) |
| 03/27/2007 | 511 | NOTICE OF APPEAL as to [490] Clerk's Judgment dated 3/13/07 by Vonage Holdings Corp., Vonage America, Inc.. Filing fee $ 455, receipt number 100 194114. Copy sent to USCA for the Federal Circuit. Copy sent to parties (nmck, ) (Entered: 03/28/2007) |
| 03/27/2007 | 510 | TRANSCRIPT of Proceedings held on 3/23/07 before District Judge Hilton. Court Reporter: Norman B. Linnell. (nhall) (Entered: 03/27/2007) |
| 03/27/2007 | 509 | TRANSCRIPT of Proceedings held on 3/23/07 before District Judge Hilton. Court Reporter: Norman B. Linnell. (UNDER SEAL) (nhall) |

| | | (Entered: 03/27/2007) |
|---|---|---|
| 03/26/2007 | 508 | BILL OF COSTS by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/27/2007) |
| 03/23/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Appearance of counsel. Motion Hearing held on 3/23/2007 re [496] MOTION for Permanent Injunction filed by Verizon Laboratories Inc., Verizon Services Corp., Verizon Communications, Inc., Verizon Services Corp. Bench conference held. Pltf's motion for Permanent Injunction - Argued and Granted. Dfts motion to Stay Injunction Pending Appeal - Argued and Cont'd to 4/7/07 @ 10:00. Injunction will not be entered until Dfts motion to stay is ruled on. Pltfs motion for prejudgment interest to be heard on 4/7/07 @ 10:00 as well. Set/Reset Motion Hearing for 4/6/2007 @ 10:00 AM before District Judge Claude M. Hilton re: [503] MOTION to Stay, [493] MOTION for prejudgment interest. (Court Reporter Linnell.) (tarm, ) (Entered: 03/27/2007) |
| 03/22/2007 | 507 | Reply brief in Support of [496] MOTION for Permanent Injunction filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 03/22/2007) |
| 03/22/2007 | 506 | Reply brief in Support of [493] MOTION for prejudgment interest filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 505 | NOTICE of Hearing on Motion [503] MOTION to Stay of injunction pending appeal: Motion Hearing set for 3/30/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 504 | Memorandum in Support of [503] MOTION to Stay of injunction pending appeal filed by Vonage Holdings Corp., Vonage America, Inc. tog. w/Exhibits file in a black binder (UNDER SEAL) (clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 503 | MOTION to Stay of injunction pending appeal by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 502 | Opposition to [496] MOTION for Permanent Injunction filed by Vonage Holdings Corp., Vonage America, Inc. tog. w/Exhibits filed in a black binder (UNDER SEAL) (clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 501 | Declaration of John C. Jarosz regarding [493] MOTION for prejudgment interest (UNDER SEAL)(clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 500 | RESPONSE in Opposition to [493] MOTION for prejudgment interest filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 03/22/2007) |
| 03/21/2007 | 499 | ORDER granting [386]MOTION to Voluntarily Dismiss Counts 5 And 6 Of Amended Complaint, and Counts V, VI, XII, XIII, XVII and XVIII of Vonage's Amended Counterclaim, in so far as they concern U.S. Patent Nos. 6,128,304 and 6,298,062 (the "Patents"), are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. (See |

| | | Order For Details) Signed by Judge Claude M. Hilton on 3/21/07. (nhall) (Entered: 03/21/2007) |
|---|---|---|
| 03/16/2007 | 498 | NOTICE of Hearing on Motion [496] MOTION for Permanent Injunction: Motion Hearing set for 3/23/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 03/19/2007) |
| 03/16/2007 | 497 | Memorandum in Support of [496] MOTION for Permanent Injunction filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. tog. w/Exhibits filed in 1 black binder (UNDER SEAL) (clar, ) (Entered: 03/19/2007) |
| 03/16/2007 | 496 | MOTION for Permanent Injunction by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 03/19/2007) |
| 03/16/2007 | 495 | NOTICE of Hearing on Motion [493] MOTION for prejudgment interest : Motion Hearing set for 3/23/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 03/19/2007) |
| 03/16/2007 | 494 | Memorandum in Support of [493] MOTION for prejudgment interest filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 03/19/2007) |
| 03/16/2007 | 493 | MOTION for prejudgment interest by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 03/19/2007) |
| 03/14/2007 | 492 | TRANSCRIPT of Proceedings held on 3/8/07 before District Judge Hilton. Court Reporter: Norman B. Linnell. (nhall) (Entered: 03/15/2007) |
| 03/13/2007 | 491 | STIPULATION AND ORDER (UNDER SEAL). Signed by Judge Claude M. Hilton on 3/13/07. (nhall) (Entered: 03/14/2007) |
| 03/13/2007 | 490 | JUDGMENT by the Clerk in favor of the plaintiffs, Verizon Communications, Inc., Verizon Services Corp. and Verizon Laboratories Inc., against the defendants Vonage Holdings Corp., Vonage America, Inc. in the amount of $58,000,000.00 (tarm, ) (Entered: 03/13/2007) |
| 03/08/2007 | | Set/Reset Deadlines - Motion Hearing set for 3/23/2007 10:00 AM before District Judge Claude M. Hilton. (tarm, ) (Entered: 03/13/2007) |
| 03/08/2007 | 489 | TRIAL TRANSCRIPT of Proceedings held on 3/7/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 9 - P.M.) (tarm, ) (Entered: 03/08/2007) |
| 03/08/2007 | 488 | TRIAL TRANSCRIPT of Proceedings held on 3/7/07 before Judge Hilton. Court Reporter: Thomson. (VOLUME 9 - 2nd A.M.) (tarm, ) (Entered: 03/08/2007) |
| 03/08/2007 | 487 | TRIAL TRANSCRIPT of Proceedings held on 3/7/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 9 - 1st A.M.) (tarm, ) (Entered: 03/08/2007) |
| 03/08/2007 | 486 | JURY VERDICT in favor of the pltfs, Verizon Communications, Inc., |

| | | |
|---|---|---|
| | | Verizon Services Corp. and Verizon Laboratories Inc. in the amount of $58,000,000.00 (tarm, ) (Entered: 03/08/2007) |
| 03/08/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 3/8/2007. Appearances as previous. Jury question rec'd 3/7/07 addressed w/counsel. Jury reinstructed re: name translation and given the definition of 'method comprising'. The jury returned to the jury room to continue deliberations. The jury returned to the courtroom at 2:50 w/a verdict finding infringement of claim 27 of the '574 patent, claim 20 of the '711 patent and Claims 1, 6, 7, and 8 of the '880 patent and finding that the infringement was not willful. The jury did not find infringement of claims 1 & 2 of the '869 patent and Claims 1 & 2 of the '275 patent. The jury found none of the claims at issue in patents '574, '711, '869, '275, or '880 to be invalid. The jury awarded pltfs damages in the amount of $58,000,000.00 and found the reasonable royalty percentage to be 5.5%. Judgment to be entered in accordance with the verdict. Pltfs motion for Permanent Injunction to heard on 3/23/07 @ 10:00. (Court Reporter Linnell.) (tarm, ) (Entered: 03/08/2007) |
| 03/07/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 3/7/2007. Appearances as previous. Preliminary matters heard. Exhibits admitted. Jury instruction conference held w/counsel. Closing arguments heard. The Court charged the jury and the jury retired to deliberate (@2:50). The Court rec'd a question from the jury @ 5:50 re: definitions of 'name translation' and 'method comprising'. Question to be discussed w/counsel tomorrow morning. Jury excused to return 3/8/07 @ 10:00 for further deliberations. (Court Reporter Linnell/Thomson.) (tarm, ) (Entered: 03/08/2007) |
| 03/07/2007 | | Set/Reset Hearings: Jury Trial reset for 3/8/2007 @ 10:00 AM for further deliberations before District Judge Claude M. Hilton. (tarm, ) (Entered: 03/07/2007) |
| 03/07/2007 | 485 | TRIAL TRANSCRIPT of Proceedings held on 3/6/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 8 - P.M.) (tarm, ) (Entered: 03/07/2007) |
| 03/07/2007 | 484 | TRIAL TRANSCRIPT of Proceedings held on 3/6/07 before Judge Hilton. Court Reporter: Thomson. (VOLUME 8 - A.M.) (tarm, ) (Entered: 03/07/2007) |
| 03/06/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 3/6/07. Appearances as previous. Preliminary matters heard. Dft cont'd to adduce evidence and rests. Pltf adduced rebuttal evidence and rests. Jury excused for the day. Pltfs motion for Judgment as a Matter of Law - Argued and Denied. Counsel to confer re: exhibits and have them resolved by 3/7/07. Case cont'd to 3/7/07 @ 9:30 for Jury instruction conference with counsel; 10:00 for closing arguments. (Court Reporter Thomson/Linnell.) (tarm, ) (Entered: 03/08/2007) |
| 03/06/2007 | 483 | TRIAL TRANSCRIPT of Proceedings held on 3/5/07 before Judge Hilton. Court Reporter: Thomson. (VOLUME 7 - P.M.) (tarm, ) |

| | | (Entered: 03/07/2007) |
|---|---|---|
| 03/06/2007 | 482 | TRIAL TRANSCRIPT of Proceedings held on 3/5/07 before Judge Hilton. Court Reporter: Linntll. (VOLUME 7 - A.M.) (tarm, ) (Entered: 03/07/2007) |
| 03/06/2007 | 481 | Supplemental Proposed Jury Instructions by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 480 | Memorandum In Support Of[479] MOTION For Judgment As A Matter of Law filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 479 | MOTION for Judgment As A Matter of Law by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 478 | Memorandum In Support Of [477]MOTION For Judgment On Vonage's Claims Of Inequitable Conduct, Laches, And Terminal Disclaimer filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 477 | MOTION For Judgment On Vonage's Claims Of Inequitable Conduct, Laches, And Terminal Disclaimer by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 476 | NOTICE of Hearing on Motion [474] MOTION To Preclude Certain Evidence From Closing Arguments: Motion Hearing set for 3/6/2007 09:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 475 | Memorandum In Support Of [474]MOTION To Preclude Certain Evidence From Closing Arguments filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 03/06/2007) |
| 03/06/2007 | 474 | MOTION To Preclude Certain Evidence From Closing Arguments by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 03/06/2007) |
| 03/05/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 3/5/2007. Appearances as previous. Preliminary matters heard out of the presence of the jury. Dft cont'd to adduce evidence. Case cont'd to 3/6/2007 @ 10:00 AM for further trial by jury before District Judge Claude M. Hilton. (Court Reporter Linnell/Thomson.) (tarm, ) (Entered: 03/05/2007) |
| 03/05/2007 | 473 | TRIAL TRANSCRIPT of Proceedings held on 3/1/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 6) (tarm, ) (Entered: 03/05/2007) |
| 03/05/2007 | 472 | MOTION For Dismissal Against Plaintiffs For Refusal To Comply With Subpoena by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 03/05/2007) |

| 03/05/2007 | 471 | MOTION for Sanctions Against Plaintiffs For Refusal To Comply With Subpoena by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 03/05/2007) |
| 03/05/2007 | 470 | RESPONSE In Opposition To[463] MOTION To Limit Closing Arguments To Issues To Be Decided By The Jury filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 03/05/2007) |
| 03/05/2007 | 469 | Supplemental Amended Trial Exhibit List As Of 3/5/2007 by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/05/2007) |
| 03/05/2007 | 468 | Supplemental Amended Trial Exhibit List As Of 3/5/2007 by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/05/2007) |
| 03/02/2007 | 467 | Amended Proposed Jury Instructions by Vonage Holdings Corp., Vonage America, Inc.(nhall) (Entered: 03/05/2007) |
| 03/02/2007 | 466 | RESPONSE In Opposition To [456] MOTION To Sustain Verizon's Objections To The 2003 Jonas Patent Application And Related Exhibits, [457]MOTION to Strike Testimony, [458] MOTION To Exclude Evidence Relating To U.S. 2003 Jonas Patent Application filed by Vonage Holdings Corp., Vonage America, Inc. (Large Pleading) (nhall) (Entered: 03/05/2007) |
| 03/02/2007 | 465 | NOTICE of Hearing on Motion [463] MOTION To Limit Closing Arguments To Issues To Be Decided By The Jury: Motion Hearing set for 3/5/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 03/02/2007) |
| 03/02/2007 | 464 | Memorandum In Support Of[463] MOTION To Limit Closing Arguments To Issues To Be Decided By The Jury filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/02/2007) |
| 03/02/2007 | 463 | MOTION To Limit Closing Arguments To Issues To Be Decided By The Jury by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall, ) (Entered: 03/02/2007) |
| 03/01/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 3/1/2007. Appearances as previous. Pltfs motion to Sustain Pltf's Objection re: the 2003 Jonas Patent Application and Related Exhibits and to Strike Testimony and Exclude Evidence relating to the 2003 Jonas Patent Aplication - Argued and Denied at this time. Dft cont'd to adduce evidence. Case cont'd to 3/5/2007 @ 10:00 AM for further trial by jury before District Judge Claude M. Hilton. (Court Reporter Linnell.) (tarm, ) (Entered: 03/01/2007) |
| 03/01/2007 | 462 | TRIAL TRANSCRIPT of Proceedings held on 2/28/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 5 - P.M.) (tarm, ) (Entered: 03/01/2007) |
| 03/01/2007 | 461 | TRIAL TRANSCRIPT of Proceedings held on 2/28/07 before Judge |

| | | |
|---|---|---|
| | | Hilton. Court Reporter: Thomson. (VOLUME 5 - A.M.) (tarm, ) (Entered: 03/01/2007) |
| 03/01/2007 | 460 | NOTICE of Hearing on Motion [458] MOTION To Exclude Evidence Relating To U.S. 2003 Jonas Patent Application, [456] MOTION To Sustain Verizon's Objections To The 2003 Jonas Patent Application And Related Exhibits, [457] MOTION to Strike : Motion Hearing set for 3/1/2007 02:00 PM before District Judge Claude M. Hilton. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 459 | Memorandum In Support Of [457]MOTION to Strike, [456]MOTION To Sustain Verizon's Objections To The 2003 Jonas Patent Application And Related Exhibits, [458] MOTION To Exclude Evidence Relating To U.S. 2003 Jonas Patent Application filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 458 | MOTION To Exclude Evidence Relating To U.S. 2003 Jonas Patent Application by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 457 | MOTION to Strike Testimony by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 456 | MOTION To Sustain Verizon's Objections To The 2003 Jonas Patent Application And Related Exhibits by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 455 | NOTICE of Hearing on Motion [453] MOTION To Sustain Verizon's Objection To Evidence Relating To The Personal Handy Phone System : Motion Hearing set for 3/1/2007 02:00 PM before District Judge Claude M. Hilton. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 454 | Memorandum In Support Of[453] MOTION To Sustain Verizon's Objection To Evidence Relating To The Personal Handy Phone System filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/01/2007) |
| 03/01/2007 | 453 | MOTION To Sustain Verizon's Objection To Evidence Relating To The Personal Handy Phone System by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 03/01/2007) |
| 02/28/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial held on 2/28/2007. Appearances as previous. Pltfs motion to exclude portions of the testimony of Dfts witness Joel Halpern - Deferred and objections to be made if necessary. Dft cont'd to adduced evidence. Case cont'd to 3/1/2007 @ 02:00 PM for further trial by jury before District Judge Claude M. Hilton. (Court Reporter Thomson/Linnell.) (tarm, ) (Entered: 02/28/2007) |
| | | |

| 02/28/2007 | 452 | NOTICE of Hearing on Motion [451] Objections to plaintiffs' proposed jury instructions: Motion Hearing set for 3/2/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 02/28/2007) |
| 02/28/2007 | 451 | Objections to plaintiffs' proposed jury instructions by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/28/2007) |
| 02/28/2007 | 450 | Praecipe/Proposed Special Verdict Form by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/28/2007) |
| 02/28/2007 | 449 | Amended Proposed Jury Instructions (2/28/07) by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/28/2007) |
| 02/28/2007 | 448 | Objections To [391]Proposed Jury Instructions filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/28/2007) |
| 02/28/2007 | 447 | TRIAL TRANSCRIPT of Proceedings held on 2/27/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 4 - P.M.) (tarm, ) (Entered: 02/28/2007) |
| 02/28/2007 | 446 | TRIAL TRANSCRIPT of Proceedings held on 2/27/07 before Judge Hilton. Court Reporter: Thomson. (VOLUME 4 - A.M.) (tarm, ) (Entered: 02/28/2007) |
| 02/27/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 2/27/2007. Appearances as previous. Pltf cont'd to adduce evidence and rests. Dfts motion for partial Judgment as a Matter of Law - Argued and Denied. Dft adduced evidence. Case cont'd to 2/28/2007 @ 10:00 AM for further trial by jury before District Judge Claude M. Hilton. (Court Reporter Thomson/Linnell.) (tarm, ) (Entered: 02/27/2007) |
| 02/27/2007 | 445 | Supplemental Amended Trial Exhibit List as of 2/27/07 by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (tarm, ) (Entered: 02/27/2007) |
| 02/27/2007 | 444 | TRIAL TRANSCRIPT of Proceedings held on 2/26/07 before Judge Hilton. Court Reporter: Thomson. (VOLUME 3 - P.M.) (tarm, ) (Entered: 02/27/2007) |
| 02/27/2007 | 443 | TRIAL TRANSCRIPT of Proceedings held on 2/26/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 3 - AM) (tarm, ) (Entered: 02/27/2007) |
| 02/27/2007 | 442 | NOTICE of Hearing on Motion [440] MOTION To Preclude Louis Holder From Testifying On Topics Other Than Willfulness : Motion Hearing set for 2/27/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 02/27/2007) |
| 02/27/2007 | 441 | Memorandum In Support Of [440] MOTION To Preclude Louis Holder From Testifying On Topics Other Than Willfulness filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. |

| | | |
|---|---|---|
| | | (nhall) (Entered: 02/27/2007) |
| 02/27/2007 | 440 | MOTION To Preclude Louis Holder From Testifying On Topics Other Than Willfulness by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/27/2007) |
| 02/26/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton: Jury Trial cont'd on 2/26/2007. Appearances as previous. Pltf cont'd to adduce evidence. Case cont'd to 2/27/2007 @ 10:00 AM for futher trial by jury before District Judge Claude M. Hilton. (Court Reporter Linnell.) (tarm, ) (Entered: 02/26/2007) |
| 02/26/2007 | 439 | TRIAL TRANSCRIPT of Proceedings held on 2/22/07 before Judge Hilton. Court Reporter: Thomson. (VOLUME 2 - P.M.) (tarm, ) (Entered: 02/26/2007) |
| 02/26/2007 | 438 | TRIAL TRANSCRIPT of Proceedings held on 2/22/07 before Judge Hilton. Court Reporter: Linnell. (VOLUME 2 - A.M.) (tarm, ) (Entered: 02/26/2007) |
| 02/26/2007 | 435 | Bench Memorandum And Offer Of Proof Concerning Evidence Relating To Verizon's Next-Generation VOIP Services filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/26/2007) |
| 02/26/2007 | 434 | Objections To Defendants' [417] Exhibits Designated On February 20, 2007 filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/26/2007) |
| 02/23/2007 | 437 | ORDER This matter comes before the Court on Dfts' [401] Objections to the Magistrate Judge's Order of 2/12/07, denying Dfts' Motion to Quash Trial Subpoena to Jeffrey Citron. It appearing to the Court that the Magistrate Judge's Order of 2/12/07, is not clearly erroneous or contrary to law, it is hereby ORDERED that the Magistrate Judge's Order is AFFIRMED. Signed by Judge Claude M. Hilton on 2/23/07. (tarm, ) (Entered: 02/26/2007) |
| 02/23/2007 | 436 | ORDER for Pro hac vice of Scott David Watkins Filing fee $ 50, receipt number 100 193387.. Signed by Judge Claude M. Hilton on 2/23/07. (tarm, ) (Entered: 02/26/2007) |
| 02/22/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Jury Trial cont'd on 2/22/2007. Appearances as previous. The Pltf cont'd to adduce evidence. Dfts obj. to Magistrate Judge's Order re trial subpoena of Jeffrey Citron - Argued and Denied, Decision of Magistrate Judge is affirmed. Pltf cont'd to adduce evidence. Case cont'd to 2/26/2007 @ 10:00 AM for further trial by jury before District Judge Claude M. Hilton. (Court Reporter Linnell/Thomson.) (tarm, ) (Entered: 02/22/2007) |
| 02/22/2007 | 433 | TRIAL TRANSCRIPT of Proceedings held on 2/21/07 before Judge Hilton. (VOLUME 1 - P.M. SESSION) Court Reporter: Thomson. (tarm, ) (Entered: 02/22/2007) |
| 02/22/2007 | 432 | TRIAL TRANSCRIPT of Proceedings held on 2/21/07 before Judge |

CM/ECF - vaed - Docket Report

| | | Hilton. (Volume 1 - A.M. Session) Court Reporter: Linnell. (tarm, ) (Entered: 02/22/2007) |
|---|---|---|
| 02/22/2007 | 431 | Third Amended Trial Exhibit List by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/22/2007) |
| 02/22/2007 | | Per CMH chambers motions set for 2/23/07 on papers (clar, ) (Entered: 02/22/2007) |
| 02/21/2007 | 430 | Proposed Findings Of Fact And Conclusions Of Law by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/22/2007) |
| 02/21/2007 | 429 | ORDER denying [364] Motion to Compel production of documents listed on defts' privilege log; denying [335]Motion to Compel answers to post-amended complaint discovery requests; denying [345]Motion to Compel production of documents relating to Novega Venture, Partners, Inc. and related documents. (See Order For Details). Signed by Judge Barry R. Poretz on 2/21/07. (nhall) (Entered: 02/22/2007) |
| 02/21/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton: Jury Trial held on 2/21/2007. Appearance of counsel for Pltf Verizon as follows: Dan Webb, Charles Molster, Peter McCabe, Brian Riopelle and Peggy Balesteri. Appearance of counsel for Dft Vonage as follows: Robert Warin, Scott Doyle, William Bosch and Steven Barber. The jury appeared as summoned and were sworn on voir dire. 8 jurors were sworn to try the issue. Jury excused while motions heard. Motions in Limine heard. Motion re: opening statements - moot. Pltfs motion for reconsideration - Denied. Rule on witnesses. Opening statements made. Pltf adduced evidence. Jury Trial cont'd to 2/22/2007 @ 10:00 AM before District Judge Claude M. Hilton. (Court Reporter Linnell/Thomson.) (tarm, ) (Entered: 02/21/2007) |
| 02/21/2007 | 428 | Supplemental Reply In Support Of [364] MOTION to Compel production of documents listed on defts' privilege log filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 02/21/2007) |
| 02/21/2007 | 427 | RESPONSE in Opposition To [405] MOTION To Bar The Jury From Hearing Inadmissible Evidence Concerning Vonage's Affirmative Defense Of Laches filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/21/2007) |
| 02/21/2007 | 426 | RESPONSE In Opposition To[408]MOTION To Exclude Testimony Or Comment By Vonage Characterizing The Court's Claim Construction Order Or Referencing The Systems Of Other VOIP Providers filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL)(nhall) (Entered: 02/21/2007) |
| 02/21/2007 | 424 | Reply Brief In Support Of [411]MOTION To Exclude Testimony Of Vonage's Expert Witnesses Regarding Non-Infringement filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 02/21/2007) |

| | | |
|---|---|---|
| 02/21/2007 | 423 | Reply Brief In Support Of Verizon's [383] MOTION For Reconsideration Of Order Granting [381] Order on Motion In Limine To Exlude Arguments Or Evidence Of Alleged Harm To Cellco Partnership D/B/A Verizon Wireless filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/21/2007) |
| 02/21/2007 | 422 | Opposition To Vonage's [419]MOTION to Strike Supplemental Expert Reports of Stephen Kent and Henry Houh filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/21/2007) |
| 02/20/2007 | 425 | ORDERED that neither Steven Shavell, nor any other witness or attorney for either party, shall make any mention to the jury of Verizon's request for an injunction in this case. (See Order For Details). Signed by Judge Claude M. Hilton on 2/20/07. (nhall) (Entered: 02/21/2007) |
| 02/20/2007 | 421 | NOTICE of Hearing on [419] MOTION to Strike : Motion Hearing set for 2/21/2007 10:00 AM before District Judge Claude M. Hilton. (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 420 | Memorandum of Points and Authorities in Support of [419] MOTION to Strike Supplemental Expert Reports of Stephen Kent and Henry Houh filed by Vonage Holdings Corp., Vonage America, Inc. (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 419 | MOTION to Strike Supplemental Expert Reports of Stephen Kent and Henry Houh by Vonage Holdings Corp., Vonage America, Inc. (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 418 | RESPONSE in Opposition to Verizon's [411] MOTION To Exclude Testimony Of Vonage's Expert Witnesses Regarding Non-Infringement filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 417 | THIRD AMENDED Witness List and Amended Exhibit List by Vonage Holdings Corp., Vonage America, Inc. (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 416 | RESPONSE in Opposition to Pltfs' [383] MOTION for Reconsideration of [381] Order Granting Defts' Motion in Limine to Exclude Arguments or Evidence of Alleged Harm to Cello Partnership D/B/A Verizon Wireless filed by Vonage Holdings Corp., Vonage America, Inc. (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 415 | AMENDED OBJECTIONS to Pltfs' [226] Exhibits Designated on 01/12/07 and Pltfs' [367] Exhibits Designated on 02/12/07 filed by Vonage Holdings Corp., Vonage America, Inc. (LARGE PLEADING) (pmil) (Entered: 02/20/2007) |
| 02/20/2007 | 414 | Second Amended Trial Exhibit List by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.(nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 413 | NOTICE of Hearing on Motion [411] MOTION To Exclude Testimony Of Vonage's Expert Witnesses Regarding Non-Infringement : Motion |

| | | |
|---|---|---|
| | | Hearing set for 2/21/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 412 | Memorandum In Support Of [411]MOTION To Exclude Testimony Of Vonage's Expert Witnesses Regarding Non-Infringement filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 411 | MOTION To Exclude Testimony Of Vonage's Expert Witnesses Regarding Non-Infringement by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 410 | NOTICE of Hearing on Motion [408] MOTION To Exclude Testimony Or Comment By Vonage Characterizing The Court's Claim Construction Order Or Referencing The Systems Of Other VOIP Providers : Motion Hearing set for 2/21/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 409 | Memorandum In Support Of [408] MOTION To Exclude Testimony Or Comment By Vonage Characterizing The Court's Claim Construction Order Or Referencing The Systems Of Other VOIP Providers filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 408 | MOTION To Exclude Testimony Or Comment By Vonage Characterizing The Court's Claim Construction Order Or Referencing The Systems Of Other VOIP Providers by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 407 | NOTICE of Hearing on Motion [405] MOTION To Bar The Jury From Hearing Inadmissible Evidence Concerning Vonage's Affirmative Defense Of Laches : Motion Hearing set for 2/21/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 406 | Memorandum In Support Of [405]MOTION To Bar The Jury From Hearing Inadmissible Evidence Concerning Vonage's Affirmative Defense Of Laches filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | 405 | MOTION To Bar The Jury From Hearing Inadmissible Evidence Concerning Vonage's Affirmative Defense Of Laches by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | | Exhibits Of Trial Received-19 Original Boxed Sets & 2 Sets Of 19 Boxed Copies by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/20/2007) |
| 02/20/2007 | | Exhibits Of Trial Received-18 Original Boxed Sets & 2 Sets Of 18 Boxed Copies by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/20/2007) |
| 02/16/2007 | 404 | ORDER denying [311] Dfts' Objections to the Magistrate Judge's Order |

| | | |
|---|---|---|
| | | of 1/12/07 and the Magistrate Judge's Order is AFFIRMED. Signed by Judge Claude M. Hilton on 2/16/07. Copies sent. (tarm, ) (Entered: 02/20/2007) |
| 02/16/2007 | 403 | ORDER For the reasons stated from the bench, Pltfs' [360] motion to strike Louis Holder as a witness and [361] motion to quash the subpoena issued to David Young is DENIED. It is further ORDERED that Pltfs' motion to strike certain witnesses and quash subpoenas regarding the remainder of the individuals listed in Pltfs' motion is DENIED as MOOT. Signed by Judge Claude M. Hilton on 2/16/07. Copies sent. (tarm, ) (Entered: 02/20/2007) |
| 02/16/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Motion Hearing held on 2/16/2007 re [360] MOTION to Strike filed by Verizon Laboratories Inc., Verizon Communications, Inc., Verizon Services Corp., [361] MOTION to Quash filed by Verizon Laboratories Inc., Verizon Communications, Inc., Verizon Services Corp. Appearance of counsel. Pltfs motion to strike and motion to quash - Denied. (Court Reporter Linnell.) (tarm, ) (Entered: 02/20/2007) |
| 02/16/2007 | 402 | NOTICE of Hearing on Motion [401] Objections to Magistrate Judge's order denying defts' motion to quash trial subpoena to Jeffrey Citron : Motion Hearing set for 2/23/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 02/20/2007) |
| 02/16/2007 | 401 | Objections to Magistrate Judge's order denying defts' motion to quash trial subpoena to Jeffrey Citron by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/20/2007) |
| 02/16/2007 | 400 | NOTICE of Hearing on Motion [398]MOTION in Limine To Preclude References To Either Party's Claim Construction Positions, [397] MOTION in Limine To Hear Motion On Shortened Time: Motion Hearing set for 2/21/2007 09:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 02/20/2007) |
| 02/16/2007 | 399 | Memorandum In Support Of Defendants'[398] MOTION in Limine To Preclude References To Either Party's Claim Construction Positions, [397]MOTION in Limine To Hear Motion On Shortened Time filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/20/2007) |
| 02/16/2007 | 398 | MOTION in Limine To Hear Motion On Shortened Time by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/20/2007) |
| 02/16/2007 | 397 | MOTION in Limine To Preclude References To Either Party's Claim Construction Positions by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/20/2007) |
| 02/16/2007 | 396 | Amended Exhibit List by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/20/2007) |
| 02/16/2007 | 395 | Corrected Reply Brief In Support Of Verizon's [345] MOTION to Compel production of documents relating to Novega Venture, Partners, |

|            |     | Inc. and related documents filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 02/16/2007) |
|------------|-----|------|
| 02/16/2007 | 394 | Corrected Reply In Support Of [364]MOTION to Compel production of documents listed on defts' privilege log filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 02/16/2007) |
| 02/16/2007 | 393 | TRANSCRIPT of Proceedings held on 2/9/07 before Magistrate Judge Poretz. Court Reporter: Norman B. Linnell. (nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 392 | ORDER denying [291] Motion for Summary Judgment. Signed by Judge Claude M. Hilton on 2/15/07. (nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 391 | Proposed Jury Instructions by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 390 | Proposed Jury Questions by Vonage Holdings Corp., Vonage America, Inc.(nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 389 | Amended Witness List by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.(nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 388 | Objections To Defendants'[348] Exhibits Designated On February 5, 2007 filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 387 | Memorandum In Support Of [386]MOTION to Voluntarily Dismiss Counts 5 And 6 Of Amended Complaint filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 386 | MOTION to Voluntarily Dismiss Counts 5 And 6 Of Amended Complaint by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/16/2007) |
| 02/15/2007 | 385 | Reply brief in Support of [360] MOTION to Strike certain Vonage witnesses, [361] MOTION to Quash subpoenas filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 02/15/2007) |
| 02/15/2007 |     | Per BRP chambers motions set for 2/16/07 on papers (clar, ) (Entered: 02/15/2007) |
| 02/15/2007 | 384 | Memorandum In Support Of Verizon's [383]MOTION For Reconsideration Of Order Granting [381]Order on Motion In Limine To Exlude Arguments Or Evidence Of Alleged Harm To Cellco Partnership D/B/A Verizon Wireless filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 02/15/2007) |
| 02/15/2007 | 383 | MOTION For Reconsideration Of Order Granting [381] Order on Motion In Limine To Exlude Arguments Or Evidence Of Alleged Harm To |

| | | |
|---|---|---|
| | | Cellco Partnership D/B/A Verizon Wireless in by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 380 | Proposed Voir Dire by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.(nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 379 | Second Amended Witness List by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 378 | Proposed Voir Dire by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.(nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 377 | Proposed Jury Instructions by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (Large Pleading).(nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 376 | Memorandum In Support Of [375] MOTION Regarding Opening Statement filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 375 | MOTION Regarding Opening Statement by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/15/2007) |
| 02/14/2007 | 374 | RESPONSE in Opposition to [364] MOTION to Compel production of documents listed on defts' privilege log filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/15/2007) |
| 02/14/2007 | 373 | RESPONSE in Opposition to [345] MOTION to Compel production of documents relating to Novega Venture, Partners, Inc. and related documents filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/15/2007) |
| 02/14/2007 | 372 | RESPONSE in Opposition to [360] MOTION to Strike certain Vonage witnesses, [361] MOTION to Quash subpoenas filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/15/2007) |
| 02/13/2007 | | Jury DEMAND by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (agil) (Entered: 02/13/2007) |
| 02/13/2007 | 370 | REPLY to Dft's Amended Counterclaim by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.(agil) (Entered: 02/13/2007) |
| 02/12/2007 | 371 | Claim Construction Of The Patents-In Suit. Signed by Judge Claude M. Hilton on 2/12/07. (nhall) (Entered: 02/15/2007) |
| 02/12/2007 | 369 | ORDERED dft's [342] Motion to Quash trial subpoena to Jeffery Citron is DENIED. Signed by Judge Barry R. Poretz on 2/12/07. (bhav, ) (Entered: 02/13/2007) |
| 02/12/2007 | 367 | Trial Exhibit List by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.(nhall) (Entered: 02/12/2007) |
| | | |