# EXHIBIT B-2

Dockets.Justia.com

| 02/09/2007 | 382 | ORDER For the reasons stated from the bench granting [332]Pltfs Motion to Strike Dfts motion for Summary Judgment and Dfts are granted 3 days to amend their filing in accordance with the Federal and Local Rules. Signed by Judge Claude M. Hilton on 2/9/07. Copies sent. (tarm, ) (Entered: 02/15/2007) |
|---|---|---|
| 02/09/2007 | 381 | ORDER For the reasons stated from the bench, [248] MOTION to Bifurcate Inequitable Conduct by Verizon Services Corp., Verizon Laboratories Inc, [278] MOTION in Limine To Preclude Verizon From Using Late-Produced Documents by Vonage Holdings Corp., Vonage America, Inc., [255] MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References by Verizon Services Corp., Verizon Laboratories Inc, [273] MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. Patent No. 6,104,711 by Vonage Holdings Corp., Vonage America, Inc, [274] MOTION in Limine To Preclude Other Late-Added Claims by Vonage Holdings Corp., Vonage America, Inc, and [275] MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574 by Vonage Holdings Corp., Vonage America, Inc. are DENIED. It is further ORDERED that [258] MOTION in Limine To Exclude The Testimony Of Henry Houh by Vonage Holdings Corp., Vonage America, Inc, [262] MOTION in Limine To Exclude The Testimony Of Stephen Kent by Vonage Holdings Corp., Vonage America, Inc, [266] MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko by Vonage Holdings Corp., Vonage America, Inc, [236] MOTION in Limine To Preclude Expert Testimony Of Steven Shavell by Vonage Holdings Corp., Vonage America, Inc, [245] MOTION To Exclude Certain Expert Opinion Testimony by Verizon Services Corp., Verizon Laboratories Inc and [230] MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits by Vonage Holdings Corp., Vonage America, Inc. are DENIED w/out prejudice to being raised again at trial. It is further ORDERED that [252] MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit by Verizon Services Corp., Verizon Laboratories Inc, [270] MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings by Vonage Holdings Corp., Vonage America, Inc, [233] MOTION in Limine to Exclude Argument or Evidence of Alleged Harm to Cellco Partnership by Vonage Holdings, Vonage America, Inc. and [239] MOTION in Limine Regarding E-911 by Vonage Holdings Corp., Vonage America, Inc are GRANTED. Signed by Judge Claude M. Hilton on 2/9/07. Copies sent. (tarm, ) (Entered: 02/15/2007) |
| 02/09/2007 | 366 | NOTICE of Hearing on Motion [364] MOTION to Compel production of documents listed on defts' privilege log: Motion Hearing set for 2/16/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (UNDER SEAL)(clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | 365 | Memorandum in Support of [364] MOTION to Compel production of documents listed on defts' privilege log filed by Verizon |

| | | |
|---|---|---|
| | | Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | 364 | MOTION to Compel production of documents listed on defts' privilege log by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | 363 | NOTICE of Hearing on Motion [361] MOTION to Quash subpoenas, [360] MOTION to Strike certain Vonage witnesses: Motion Hearing set for 2/16/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | 362 | Memorandum in Support of [360] MOTION to Strike certain Vonage witnesses, [361] MOTION to Quash subpoenas filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | 361 | MOTION to Quash subpoenas by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | 360 | MOTION to Strike certain Vonage witnesses by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 02/12/2007) |
| 02/09/2007 | | MOTION Hearing held before Magistrate Judge Barry R. Poretz on 2/9/2007. Appearances: Counsel for Pltf. & Deft. This matter came on for Deft's. Motion to Quash Trial Subpoena for Jeffrey Citron - Matter argued and Taken under advisement. (FTR)(jsch) (Entered: 02/09/2007) |
| 02/08/2007 | | Reset Deadlines as to [335] MOTION to Compel answers to post-amended complaint discovery requests, [345] MOTION to Compel production of documents relating to Novega Venture, Partners, Inc. and related documents Motion Hearing set for 2/16/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 02/08/2007) |
| 02/08/2007 | | Reset Deadlines as to [342] MOTION to Quash trial subpoena to Jeffrey Citron Motion Hearing set for 2/9/2007 09:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 02/08/2007) |
| 02/08/2007 | 359 | Corrected Memorandum in Opposition re [291] MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304 filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. tog. w/Exhibits in a brown box (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/08/2007 | 358 | REPLY to Response to Motion re [291] MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304 filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/08/2007 | 357 | Reply memorandum in further Support of [342] MOTION to Quash trial |

| | | |
|---|---|---|
| | | subpoena to Jeffrey Citron filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/08/2007 | 356 | Reply memorandum in further Support of [339] MOTION in Limine to preclude sec-related testimony of Jeffrey Citron filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/08/2007 | 355 | Reply memorandum in further Support of [311] MOTION Objections to Magistrates Judge's order granting Verizon's motion for leave to amend its complaint filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/08/2007) |
| 02/07/2007 | 368 | TRANSCRIPT of Proceedings held on 2/2/07 before District Judge Hilton. Court Reporter: Norman B. Linnell. (nhall) (Entered: 02/12/2007) |
| 02/07/2007 | 354 | Opposition to [291] MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304 filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. tog. w/Exhibits filed in a brown box (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/07/2007 | 353 | Response to [311] Objections to Magistrates Judge's order granting Verizon's motion for leave to amend its complaint filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/07/2007 | 352 | Opposition to [339] MOTION in Limine to preclude sec-related testimony of Jeffrey Citron filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 02/08/2007) |
| 02/07/2007 | 351 | Opposition to [335] MOTION to Compel answers to post-amended complaint discovery requests filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/07/2007 | 350 | Opposition to [342] MOTION to Quash trial subpoena to Jeffrey Citron filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/08/2007) |
| 02/06/2007 | | Set Hearings: Settlement Conference set for 2/8/2007 01:30 PM before Magistrate Judge Liam O'Grady. (nbla, ) (Entered: 02/06/2007) |
| 02/05/2007 | 349 | Corrected brief in Support of [291] MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304 filed by Vonage Holdings Corp., Vonage America, Inc. tog. w/Exhibits filed in a brown box (UNDER SEAL) (clar, ) (Entered: 02/06/2007) |
| 02/05/2007 | 348 | Defendants' Amended Witness And Exhibit Lists by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 02/06/2007) |

| | | |
|---|---|---|
| 02/02/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Motion Hearing held on 2/2/2007. Appearance of counsel. [230] MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits by Vonage Holdings Corp., Vonage America, Inc. - Denied w/out prejudice; [236] MOTION in Limine To Preclude Expert Testimony Of Steven Shavell by Vonage Holdings Corp., Vonage America, Inc - Denied w/out prejudice; [239] MOTION in Limine Regarding E-911 by Vonage Holdings Corp., Vonage America, Inc - Granted; [245] MOTION To Exclude Certain Expert Opinion Testimony by Verizon Services Corp., Verizon Laboratories Inc - Denied w/out prejudice [248] MOTION to Bifurcate Inequitable Conduct by Verizon Services Corp., Verizon Laboratories Inc - Denied; [249] MOTION To Exclude Evidence Relating To Vonage's Inequitable Conduct Claims by Verizon Services Corp., Verizon Laboratories Inc Denied; [252] MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit by Verizon Services Corp., Verizon Laboratories Inc - Granted; [255] MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References by Verizon Services Corp., Verizon Laboratories Inc - Denied w/out prejudice; [258] MOTION in Limine To Exclude The Testimony Of Henry Houh by Vonage Holdings Corp., Vonage America, Inc - Denied w/out prejudice; [262] MOTION in Limine To Exclude The Testimony Of Stephen Kent by Vonage Holdings Corp., Vonage America, Inc - Denied w/out prejudice; [266] MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko by Vonage Holdings Corp., Vonage America, Inc - Denied w/out prejudice; [270] MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings by Vonage Holdings Corp., Vonage America, Inc - Granted; [273] MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. Patent No. 6,104,711 by Vonage Holdings Corp., Vonage America, Inc - Denied; [274] MOTION in Limine To Preclude Other Late-Added Claims by Vonage Holdings Corp., Vonage America, Inc - Denied; [275] MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574 by Vonage Holdings Corp., Vonage America, Inc. - Denied; [278] MOTION in Limine To Preclude Verizon From Using Late-Produced Documents by Vonage Holdings Corp., Vonage America, Inc. - Denied. (Court Reporter Linnell.) (tarm, ) (Entered: 02/12/2007) |
| 02/02/2007 | 347 | NOTICE of Hearing on Motion [345] MOTION to Compel production of documents relating to Novega Venture, Partners, Inc. and related documents: Motion Hearing set for 2/9/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 346 | Memorandum in Support of pltfs' [345] MOTION to Compel production of documents relating to Novega Venture, Partners, Inc. and related documents filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/05/2007) |

| | | |
|---|---|---|
| 02/02/2007 | 345 | MOTION to Compel production of documents relating to Novega Venture, Partners, Inc. and related documents by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 344 | NOTICE of Hearing on Motion [342] MOTION to Quash trial subpoena to Jeffrey Citron: Motion Hearing set for 2/9/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 343 | Memorandum in Support of [342] MOTION to Quash trial subpoena to Jeffrey Citron filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 342 | MOTION to Quash trial subpoena to Jeffrey Citron by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 341 | NOTICE of Hearing on Motion [339] MOTION in Limine to preclude sec-related testimony of Jeffrey Citron: Motion Hearing set for 2/9/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 340 | Memorandum in Support of [339] MOTION in Limine to preclude sec-related testimony of Jeffrey Citron filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 339 | MOTION in Limine to preclude sec-related testimony of Jeffrey Citron by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/05/2007) |
| 02/02/2007 | 338 | ORDER denying [288] Motion to Compel responsive testimony of John C. Jarosz and Frank Koperda. (See Order For Details). Signed by Judge Barry R. Poretz on 2/2/07. (nhall) (Entered: 02/02/2007) |
| 02/02/2007 | | MOTION Hearing held before Magistrate Judge Barry R. Poretz on 2/2/2007. Appearances: Counsel for Pltf. & Deft. This matter came on for Pltf's. Motion to Compel responsive testimony of John C. Jarosz and Frank Koperda - Matter argued and Taken Under Advisement. (FTR) (jsch) (Entered: 02/02/2007) |
| 02/01/2007 | 337 | NOTICE of Hearing on Motion [335] MOTION to Compel answers to post-amended complaint discovery requests: Motion Hearing set for 2/9/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 02/02/2007) |
| 02/01/2007 | 336 | Memorandum in Support of [335] MOTION to Compel answers to post-amended complaint discovery requests filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/02/2007) |
| 02/01/2007 | 335 | MOTION to Compel answers to post-amended complaint discovery requests by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/02/2007) |
| 02/01/2007 | | Reset Deadlines as to [288] MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda Motion Hearing set for 2/2/2007 09:00 |

| | | |
|---|---|---|
| | | AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 02/01/2007) |
| 02/01/2007 | 334 | Reply brief in Support of [288] MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 333 | Memorandum in Support Of [332]MOTION to Strike [291] MOTION for Summary Judgment filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 02/01/2007) |
| 01/31/2007 | 332 | MOTION to Strike Defendants' [291] MOTION for Summary Judgment by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (Attorney told to notice 1/31/07) (nhall) (Entered: 02/01/2007) |
| 01/31/2007 | 331 | Reply brief in Support of [245] MOTION To Exclude Certain Expert Opinion Testimony filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 330 | Reply brief in Support of [252] MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 329 | Reply brief in Support of [255] MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 328 | Reply brief in Support of [248] MOTION to Bifurcate Inequitable Conduct filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 327 | Reply memorandum in furthter Support of [233] MOTION in Limine To Exclude Argument Or Evidence Of Alleged Harm To Cellco Partnership d/b/a Verizon Wireless filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 326 | Reply memorandum in further Support of [239] MOTION in Limine Regarding E-911 filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 325 | Reply memorandum in further Support of [242] MOTION in Limine To Preclude Evidence Or Argument Concerning Verizon's Enterprise Business Or Wholesale VoIP Products And Services filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 324 | Reply memrorandum in further Support of [274] MOTION in Limine To Preclude Other Late-Added Claims, [273] MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. |

|  |  |  |
|---|---|---|
|  |  | Patent No. 6,104,711, [275] MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574 filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 323 | Reply memorandum in further Support of [262] MOTION in Limine To Exclude The Testimony Of Stephen Kent filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 322 | Reply memorandum in further Support of [258] MOTION in Limine To Exclude The Testimony Of Henry Houh filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 321 | Reply memorandum in further Support of [266] MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 320 | Reply memorandum in further Support of [230] MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 319 | Reply memorandum in futher Support of [270] MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 318 | Reply memorandum in further Support of [278] MOTION in Limine To Preclude Verizon From Using Late-Produced Documents filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 317 | RESPONSE in Opposition to [288] MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 02/01/2007) |
| 01/31/2007 | 316 | Supplemental Memorandum of law in Support of [175] Opening claim construction brief filed by Verizon Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 02/01/2007) |
| 01/30/2007 | 306 | TRANSCRIPT of Proceedings held on 1/26/07 before District Judge Hilton. Court Reporter: Norman B. Linnell. (nhall) (Entered: 01/30/2007) |
| 01/30/2007 | 305 | Objections To Defendants' Exhibits Designated On January 12, 2007 filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/30/2007) |
| 01/29/2007 | 315 | Objections to pltfs' [226] Amended Exhibit List designated on 1/12/07 filed by Vonage Holdings Corp., Vonage America, Inc. (large pleading) (clar, ) (Entered: 02/01/2007) |
| 01/29/2007 | 314 | ANSWER to Amended Complaint, COUNTERCLAIM against Verizon |

| | | |
|---|---|---|
| | | Communications, Inc., Verizon Services Corp., Verizon Laboratories Inc.by Vonage Holdings Corp., Vonage America, Inc.(clar, ) (Entered: 02/01/2007) |
| 01/29/2007 | 312 | NOTICE of Hearing on Motion [311] Objections to Magistrates Judge's order granting Verizon's motion for leave to amend its complaint :Motion Hearing set for 2/9/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 01/31/2007) |
| 01/29/2007 | 311 | Objections to Magistrates Judge's order granting Verizon's motion for leave to amend its complaint by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 01/31/2007) |
| 01/29/2007 | 310 | Opposition to [245] MOTION To Exclude Certain Expert Opinion Testimony filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 01/31/2007) |
| 01/29/2007 | 309 | Opposition to [252] MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 01/31/2007) |
| 01/29/2007 | 308 | Opposition to [255] MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 01/31/2007) |
| 01/29/2007 | 307 | Opposition to [248] MOTION to Bifurcate Inequitable Conduct, [249] MOTION To Exclude Evidence Relating To Vonage's Inequitable Conduct Claims filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 01/31/2007) |
| 01/29/2007 | 304 | Opposition to [270] MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 303 | Opposition to [262] MOTION in Limine To Exclude The Testimony Of Stephen Kent filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 302 | Opposition to [258] MOTION in Limine To Exclude The Testimony Of Henry Houh filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 301 | Opposition to [266] MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 300 | Opposition to [274] MOTION in Limine To Preclude Other Late-Added Claims, [273] MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. Patent No. 6,104,711, [275] MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574 filed by Verizon Services Corp., Verizon |

| | | |
|---|---|---|
| | | Laboratories Inc. (NDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 299 | Opposition to [236] MOTION in Limine To Preclude Expert Testimony Of Steven Shavell filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 298 | Opposition to [230] MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 297 | Opposition to [242] MOTION in Limine To Preclude Evidence Or Argument Concerning Verizon's Enterprise Business Or Wholesale VoIP Products And Services filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 296 | Opposition to [233] MOTION in Limine To Exclude Argument Or Evidence Of Alleged Harm To Cellco Partnership d/b/a Verizon Wireless filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 295 | Opposition to [239] MOTION in Limine Regarding E-911 filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/30/2007) |
| 01/29/2007 | 294 | Opposition to [278] MOTION in Limine To Preclude Verizon From Using Late-Produced Documents filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/30/2007) |
| 01/26/2007 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Markman Hearing held on 1/26/2007. Appearance of counsel. Issues argued and taken under advisement. Order to follow. (Court Reporter Linnell.) (tarm, ) (Entered: 01/31/2007) |
| 01/26/2007 | 293 | NOTICE of Hearing on Motion [291] MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304:Motion Hearing set for 2/9/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 01/30/2007) |
| 01/26/2007 | 292 | Brief in Support of [291] MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304 filed tog. w/1 brown box of exhibits filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 01/30/2007) |
| 01/26/2007 | 291 | MOTION for Summary Judgment of non-infringement of U.S. patent nos. 6,430,275; 6,137,869; 6,104,711; 6,282,574; 6,359,880; 6,298,062 & 6,128,304 by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 01/30/2007) |
| 01/26/2007 | | MOTIONS [288] MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda REFERRED to Judge Poretz. (clar, ) (Entered: 01/29/2007) |
| | | |

| | | |
|---|---|---|
| 01/26/2007 | 290 | NOTICE of Hearing on Motion [288] MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda: Motion Hearing set for 2/2/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 01/29/2007) |
| 01/26/2007 | 289 | Memorandum in Support of [288] MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/29/2007) |
| 01/26/2007 | 288 | MOTION to Compel responsive testimony of John C. Jarosz and Frank Koperda by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/29/2007) |
| 01/26/2007 | 287 | NOTICE of filing by Vonage Holdings Corp., Vonage America, Inc. re [285] Claim Construction Comparison Chart, [286] Claim Definition Charts (UNDER SEAL) (clar, ) (Entered: 01/26/2007) |
| 01/26/2007 | 286 | Claim Definition Charts by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 01/26/2007) |
| 01/26/2007 | 285 | Claim Construction Comparison Chart by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 01/26/2007) |
| 01/24/2007 | 284 | Praecipe-charts regarding the claim construction issues in this matter by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/24/2007) |
| 01/19/2007 | 283 | ORDER that the Magistrate Judge's Order of 12/20/2006 is AFFIRMED. (See Order For Details). Signed by Judge Claude M. Hilton on 1/19/07. (nhall) (Entered: 01/22/2007) |
| 01/18/2007 | 281 | Reply in further Support of [216] MOTION Objections to Magistrate Judge's order denying defendants information regarding Verizon's licensing negotiations with CISCO for the patents-in-suit filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 01/18/2007) |
| 01/18/2007 | | Per CMH chambers motions set for 1/19/07 on papers (clar, ) (Entered: 01/18/2007) |
| 01/17/2007 | 282 | TRANSCRIPT of Proceedings held on 1/12/07 before Magistrate Judge Poretz. Court Reporter: Norman B. Linnell. (nhall) (Entered: 01/19/2007) |
| 01/17/2007 | 280 | NOTICE of Hearing on Motion [278] MOTION in Limine Preclude Verizon From Using Late-Produced Documents: Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 279 | Memorandum in Support Of [278]MOTION in Limine Preclude Verizon From Using Late-Produced Documents filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 278 | MOTION in Limine To Preclude Verizon From Using Late-Produced Documents by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |

| 01/17/2007 | 277 | NOTICE of Hearing on Motion [275] MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574, [274] MOTION in Limine To Preclude Other Late-Added Claims [273] MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. Patent No. 6,104,711 Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| --- | --- | --- |
| 01/17/2007 | 276 | Memorandum in Support Of[274]MOTION in Limine To Preclude Other Late-Added Claims,[273]MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. Patent No. 6,104,711 [275]MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574 filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 275 | MOTION in Limine To Preclude The Introduction Into Evidence Of Certain Documents To Establish The Conception Dates For Patent Nos. 6,104,711 And 6,282,574 by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 274 | MOTION in Limine To Preclude Other Late-Added Claims by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 273 | MOTION in Limine To Preclude Evidence Regarding Alleged Infringement Of Claim 20 Of U.S. Patent No. 6,104,711 by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 272 | NOTICE of Hearing on Motion [270] MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings:Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 271 | Memorandum in Support Of[270] MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 270 | MOTION in Limine To Preclude Evidence Regarding Other Legal Proceedings by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 269 | NOTICE of Hearing on Motion [266] MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 268 | EXHIBITS To Memorandum in Support Of[266] MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL)(nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 267 | Memorandum in Support Of[266] MOTION in Limine To Exclude The |

| | | |
|---|---|---|
| | | Testimony Of Peiter "Mudge" Zatko filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 266 | MOTION in Limine To Exclude The Testimony Of Peiter "Mudge" Zatko by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 265 | NOTICE of Hearing on Motion [262] MOTION in Limine To Exclude The Testimony Of Stephen Kent : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 264 | EXHIBITS To Memorandum in Support Of[262]MOTION in Limine To Exclude The Testimony Of Stephen Kent by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL)(nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 263 | Memorandum in Support Of[262]MOTION in Limine To Exclude The Testimony Of Stephen Kent filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 262 | MOTION in Limine To Exclude The Testimony Of Stephen Kent by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 261 | NOTICE of Hearing on Motion [258] MOTION in Limine To Exclude The Testimony Of Henry Houh : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 260 | EXHIBITS To Memorandum in Support Of [258] MOTION in Limine To Exclude The Testimony Of Henry Houh by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 259 | Memorandum in Support Of [258] MOTION in Limine To Exclude The Testimony Of Henry Houh filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 258 | MOTION in Limine To Exclude The Testimony Of Henry Houh by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 257 | NOTICE of Hearing on Motion [255] MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 256 | Memorandum in Support Of [255]MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 255 | MOTION To Exclude Testimony And Evidence Relating To Vonage's Untimely Disclosed Prior Art References by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |

| 01/17/2007 | 254 | NOTICE of Hearing on Motion [252] MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
|---|---|---|
| 01/17/2007 | 253 | Memorandum in Support Of [252]MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 252 | MOTION To Exclude Any Evidence That Verizon Has Not Sued Other Potential Infringers Of The Patents-In-Suit by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 251 | NOTICE of Hearing on Motion [248] MOTION to Bifurcate Inequitable Conduct, [249]MOTION To Exclude Evidence Relating To Vonage's Inequitable Conduct Claims : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 250 | Memorandum in Support Of[248]MOTION to Bifurcate Inequitable Conduct, [249] MOTION To Exclude Evidence Relating To Vonage's Inequitable Conduct Claims filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 249 | MOTION To Exclude Evidence Relating To Vonage's Inequitable Conduct Claims by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 248 | MOTION to Bifurcate Inequitable Conduct by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 247 | NOTICE of Hearing on Motion [245] MOTION To Exclude Certain Expert Opinion Testimony : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 246 | Memorandum in Support Of [245] MOTION To Exclude Certain Expert Opinion Testimony filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 245 | MOTION To Exclude Certain Expert Opinion Testimony by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 244 | NOTICE of Hearing on Motion [242]MOTION in Limine To Preclude Evidence Or Argument Concerning Verizon's Enterprise Business Or Wholesale VoIP Products And Services : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 243 | Memorandum in Support Of [242]MOTION in Limine To Preclude Evidence Or Argument Concerning Verizon's Enterprise Business Or Wholesale VoIP Products And Services filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 242 | MOTION in Limine To Preclude Evidence Or Argument Concerning |

| | | |
|---|---|---|
| | | Verizon's Enterprise Business Or Wholesale VoIP Products And Services by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 241 | NOTICE of Hearing on Motion [239] MOTION in Limine Regarding E-911: Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 240 | Memorandum in Support Of [239]MOTION in Limine Regarding E-911 filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 239 | MOTION in Limine Regarding E-911 by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 238 | NOTICE of Hearing on Motion [236] MOTION in Limine To Preclude Expert Testimony Of Steven Shavell: Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 237 | Memorandum in Support Of [236]MOTION in Limine To Preclude Expert Testimony Of Steven Shavell filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 236 | MOTION in Limine To Preclude Expert Testimony Of Steven Shavell by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 235 | NOTICE of Hearing on Motion [233] MOTION in Limine To Exclude Argument Or Evidence Of Alleged Harm To Cellco Partnership d/b/a Verizon Wireless: Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 234 | Memorandum in Support Of [233]MOTION in Limine To Exclude Argument Or Evidence Of Alleged Harm To Cellco Partnership d/b/a Verizon Wireless filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 233 | MOTION in Limine To Exclude Argument Or Evidence Of Alleged Harm To Cellco Partnership d/b/a Verizon Wireless by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 232 | NOTICE of Hearing on Motion [230] MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits : Motion Hearing set for 2/2/2007 10:00 AM before District Judge Claude M. Hilton. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 231 | Memorandum in Support Of [230] MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |
| 01/17/2007 | 230 | MOTION in Limine To Preclude Evidence Or Argument Concerning Lost Profits by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/18/2007) |

| 01/17/2007 | 229 | REPLY to Response to Motion re [216] Objections to Magistrate Judge's order denying defendants information regarding Verizon's licensing negotiations with CISCO for the patents-in-suit filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/17/2007) |
|---|---|---|
| 01/16/2007 | 228 | Rule 26 (a)(3)Disclosures by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/17/2007) |
| 01/16/2007 | 227 | Amended Witness List by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/17/2007) |
| 01/12/2007 | 313 | AMENDED COMPLAINT For Injunctive And Other Relief against Vonage Holdings Corp., Vonage America, Inc., filed by Verizon Services Corp., Verizon Laboratories Inc.(nhall) (nhall, ). (Entered: 02/01/2007) |
| 01/12/2007 | 226 | Amended Exhibit List by Verizon Services Corp., Verizon Laboratories Inc.(Large Pleading) (nhall) (Entered: 01/16/2007) |
| 01/12/2007 | 225 | Opposition Memorandum Of Law In Response To [175]Opening claim construction brief by Vonage Holdings Corp., Vonage America, Inc. tog. w/Appendices to defts' opening claim construction brief filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (nhall) (Entered: 01/16/2007) |
| 01/12/2007 | 224 | Defendants' Amended Witness And Exhibit Lists by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 01/16/2007) |
| 01/12/2007 | 223 | Defendants' Responsive Claim Construction Brief filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (nhall) (Entered: 01/16/2007) |
| 01/12/2007 | 221 | ORDER granting [210] Motion to Amend/Correct. For the reasons stated from the bench, it is hereby ORDERED Plaintiff's Motion for leave to amend the Complaint to add Verizon Communications, Inc., as a Plaintiff (Dkt. no. 210) is GRANTED and the Amended Complaint SHALL BE DEEMED FILED ON THIS DATE - entered by Magistrate Judge Barry R. Poretz on 1/12/2007. (jsch) (Entered: 01/12/2007) |
| 01/12/2007 |  | MOTION Hearing held before Magistrate Judge Barry R. Poretz on 1/12/2007. Appearances: Counsel for Pltf. & Deft. This matter came on for Pltf's. Motion to amend the complaint - Matter argued and Granted. Order to issue. (FTR)(jsch) (Entered: 01/12/2007) |
| 01/11/2007 | 222 | ORDER denying [194] Motion to Compel an Electronic Production. Plaintiff, if they seek to so convert the documents, may do so at their own expense. (See Order For Details). Signed by Judge Barry R. Poretz on 1/11/07. (nhall) (Entered: 01/16/2007) |
| 01/11/2007 | 220 | Reply brief in Support of [210] MOTION for leave to Amend [1] Complaint to add Verizon Communications Inc. as a plaintiff filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/11/2007) |
| 01/10/2007 | 219 | Opposition to [210] MOTION to Amend [1] Complaint filed by Vonage |

| | | |
|---|---|---|
| | | Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 01/11/2007) |
| 01/10/2007 | 218 | Declaration of Dharmesh Shingala in support of [202] RESPONSE by Vonage Holdings Corp., Vonage America, Inc. in Opposition to [194] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel an Electronic Production (clar, ) (Entered: 01/11/2007) |
| 01/08/2007 | 217 | NOTICE of Hearing on Motion [216] Objections to Magistrate Judge's order denying defendants information regarding Verizon's licensing negotiations with CISCO for the patents-in-suit: Motion Hearing set for 1/19/2007 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 01/10/2007) |
| 01/08/2007 | 216 | Objections to Magistrate Judge's order denying defendants information regarding Verizon's licensing negotiations with CISCO for the patents-in-suit by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 01/10/2007) |
| 01/08/2007 | 214 | TRANSCRIPT of Proceedings held on 1/5/07 before Judge Poretz. Court Reporter: Norman B. Linnell. (nhall) (Entered: 01/08/2007) |
| 01/05/2007 | 215 | ORDER denying [188]MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [177] Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position as MOOT. Signed by Judge Claude M. Hilton on 1/5/07. (nhall) (Entered: 01/09/2007) |
| 01/05/2007 | 213 | Corrected Reply In Support Of Its [194]MOTION to Compel An Electronic Production filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 01/08/2007) |
| 01/05/2007 | | MOTIONS [210] MOTION for leave to Amend [1] Complaint to add Verizon Communications Inc. as a plaintiff REFERRED to Judge Poretz. (clar, ) (Entered: 01/08/2007) |
| 01/05/2007 | 212 | NOTICE of Hearing on Motion [210] MOTION for leave to Amend [1] Complaint to add Verizon Communications Inc. as a plaintiff: Motion Hearing set for 1/12/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 01/08/2007) |
| 01/05/2007 | 211 | Memorandum in Support of [210] MOTION for leave to Amend [1] Complaint to add Verizon Communications Inc. as a plaintiff filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/08/2007) |
| 01/05/2007 | 210 | MOTION for leave to Amend [1] Complaint to add Verizon Communications Inc. as a plaintiff by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 01/08/2007) |
| 01/05/2007 | 209 | ORDER granting in part pltf's [170] Motion to Strike Vonage's Witness List and Compel Compliance w/R.26(a)(3); also granting in part deft's [182 and 183] Motion to Strike Verizon's Exhibit List and Compel Compliance w/R.26(a)(3). Deft's [179] Motion to Permit Equal time for |

| | | |
|---|---|---|
| | | Expert Depositions is granted. Pltf's [191] Motion to Compel Responsive Deposition Testimony of Jeffrey Citron is granted. Mr. Citron's deposition shall reconvene for no longer than one hour and a half, and shall be conducted consistent w/the Court's guidance and direction as stated in open court. Pltf's [194] Motion to Compel an Electronic Production is taken under advisement. Deft must file an affidavit, consistent w/the Court's instruction, no loater than Wednesday, Jan. 10, 2007. Signed by Judge Barry R. Poretz on 1/05/07. (dper) (Entered: 01/05/2007) |
| 01/05/2007 | | Minute Entry for proceedings held before Judge Barry R. Poretz : Motion Hearing held on 1/5/2007 re [170] MOTION to Compel filed by Verizon Laboratories Inc., Verizon Services Corp., [191] MOTION to Compel filed by Verizon Laboratories Inc., Verizon Services Corp., [194] MOTION to Compel filed by Verizon Laboratories Inc., Verizon Services Corp., [182] MOTION to Strike [166] Exhibit List filed by Vonage America, Inc., Vonage Holdings Corp., [179] MOTION to Permit Equal Time for Expert Depositions filed by Vonage America, Inc., Vonage Holdings Corp., [183] MOTION to Compel filed by Vonage America, Inc., Vonage Holdings Corp. Appearances of counsel. Pltf's Motion to Strike Vonage's witness List and Compel Compliance w/R.26(a)(3) and deft's Motion to Strike Verizon's Exhibit List and Compel Compliance w/R.26(a)(3) are granted in part. Pltf's Motion to compel Responsive Deposition Testimony of Jeffrey Citron is granted w/certain conditions set by court w/one hour and a half time limit. Deft's Motion to Permit Equal time for Expert Depositions is granted and shall not exceed 10 hours. Pltf's Motion to compel Electronic Production is taken under advisement. Counsel for Vonage shall submit an affidavit from vendor by Wednesday, 01/10/07. (Court Reporter FTR.) (dper) (Entered: 01/05/2007) |
| 01/04/2007 | 208 | Reply Brief by Verizon Services Corp., Verizon Laboratories Inc. in Support of [191] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel Responsive Deposition Testimony of Jeffrey Citron. (Filed UNDER SEAL) (stas) (Entered: 01/04/2007) |
| 01/04/2007 | 207 | Reply by Verizon Services Corp., Verizon Laboratories Inc. in Support of Its [194] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel an Electronic Production. (stas) (Entered: 01/04/2007) |
| 01/04/2007 | 206 | Reply Brief by Verizon Services Corp., Verizon Laboratories Inc. in Support of [169] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Strike Vonage's witness list and [170] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel compliance with Rule 26(A)(3).(stas) (Entered: 01/04/2007) |
| 01/04/2007 | 205 | Reply Memorandum by Vonage Holdings Corp., Vonage America, Inc. in further Support of [182] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [166] Exhibit List by Verizon Services Corp., Verizon Laboratories Inc. and [183]MOTION by Vonage Holdings Corp., Vonage America, Inc. to Compel Compliance with Rule 26(a)(3). (stas) (Entered: 01/04/2007) |

| 01/04/2007 | 204 | Reply Memorandum by Vonage Holdings Corp., Vonage America, Inc. in further Support of [188] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [177] Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position. (stas) (Entered: 01/04/2007) |
| --- | --- | --- |
| 01/04/2007 | 203 | Reply Memorandum by Vonage Holdings Corp., Vonage America, Inc. in further Support of [179] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Permit Equal Time for Expert Depositions. (stas) (Entered: 01/04/2007) |
| 01/04/2007 | | Per CMH Chambers motion set for 01/05/07 is on papers. (stas) (Entered: 01/04/2007) |
| 01/03/2007 | 202 | RESPONSE by Vonage Holdings Corp., Vonage America, Inc. in Opposition to [194] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel an Electronic Production. (Filed UNDER SEAL) (stas) (Entered: 01/04/2007) |
| 01/03/2007 | 201 | RESPONSE by Vonage Holdings Corp., Vonage America, Inc. in Opposition to [191] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel Responsive Deposition Testimony of Jeffrey Citron. (Filed UNDER SEAL) (stas) (Entered: 01/04/2007) |
| 01/03/2007 | 200 | RESPONSE by Vonage Holdings Corp., Vonage America, Inc. to [169] MOTION to Strike Vonage's witness list by Verizon Services Corp., Verizon Laboratories Inc. and [170] MOTION to Compel compliance with Rule 26(A)(3) by Verizon Services Corp., Verizon Laboratories Inc. (stas) (Entered: 01/03/2007) |
| 01/03/2007 | 199 | RESPONSE by Verizon Services Corp., Verizon Laboratories Inc. in Opposition to [188] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [177] Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position. (stas) (Entered: 01/03/2007) |
| 01/03/2007 | 198 | RESPONSE by Verizon Services Corp., Verizon Laboratories Inc. in Opposition to [179] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Permit Equal Time for Expert Depositions. (stas) (Entered: 01/03/2007) |
| 01/03/2007 | 197 | RESPONSE by Verizon Services Corp., Verizon Laboratories Inc. in Opposition to [183] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Compel Compliance with Rule 26(a)(3) and [182] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [166] Exhibit List by Verizon Services Corp., Verizon Laboratories Inc. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | | [194] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel an Electronic Production REFERRED to Judge Barry R. Poretz. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 196 | NOTICE of Hearing on [194] MOTION by Verizon Services Corp., |

| | | |
|---|---|---|
| | | Verizon Laboratories Inc. to Compel an Electronic Production: Motion Hearing set for 1/5/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 195 | Memorandum by Verizon Services Corp., Verizon Laboratories Inc. in Support of [194] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel an Electronic Production. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 194 | MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel an Electronic Production. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 193 | NOTICE of Hearing on [191] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel Responsive Deposition Testimony of Jeffrey Citron: Motion Hearing set for 1/5/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | | [191] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel Responsive Deposition Testimony of Jeffrey Citron REFERRED to Judge Barry R. Poretz. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 192 | Memorandum by Verizon Services Corp., Verizon Laboratories Inc. in Support of[191] MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel Responsive Deposition Testimony of Jeffrey Citron. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 191 | MOTION by Verizon Services Corp., Verizon Laboratories Inc. to Compel Responsive Deposition Testimony of Jeffrey Citron. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 190 | NOTICE of Hearing on [188] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [177] Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position: Motion Hearing set for 1/5/2007 at 10:00 AM before District Judge Claude M. Hilton. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 189 | Memorandum by Vonage Holdings Corp., Vonage America, Inc. in Support of [188] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [177] Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 188 | MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [177] Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position. (stas) (Entered: 01/03/2007) |
| 12/29/2006 | 187 | Praecipe/proposed Order by Verizon Services Corp., Verizon Laboratories Inc. re[186]Corrected Memorandum of Law in Support [175]MOTION Opening claim construction brief.(nhall) (Entered: 01/03/2007) |
| 12/29/2006 | 186 | Corrected Memorandum of Law in Support of [175]Opening claim construction brief filed by Verizon Services Corp., Verizon Laboratories |