# EXHIBIT B-3

Dockets.Justia.com

| | | |
|---|---|---|
| | | Inc.(UNDER SEAL) (nhall) (Entered: 01/03/2007) |
| 12/29/2006 | 185 | NOTICE of Hearing on [183] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Compel Compliance with Rule 26(a)(3) and [182]MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [166] Exhibit List by Verizon Services Corp., Verizon Laboratories Inc.: Motion Hearing set for 1/5/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. (stas) (Entered: 12/29/2006) |
| 12/29/2006 | | [182] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [166] Exhibit List by Verizon Services Corp., Verizon Laboratories Inc. and [183] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Compel Compliance with Rule 26(a)(3) REFERRED to Judge Barry R. Poretz. (stas) (Entered: 12/29/2006) |
| 12/29/2006 | 184 | Memorandum by Vonage Holdings Corp., Vonage America, Inc. in Support of [182] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [166] Exhibit List by Verizon Services Corp., Verizon Laboratories Inc. and [183] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Compel Compliance with Rule 26(a)(3). (stas) (Entered: 12/29/2006) |
| 12/29/2006 | 183 | MOTION by Vonage Holdings Corp., Vonage America, Inc. to Compel Compliance with Rule 26(a)(3). (stas) (Entered: 12/29/2006) |
| 12/29/2006 | 182 | MOTION by Vonage Holdings Corp., Vonage America, Inc. to Strike [166] Exhibit List by Verizon Services Corp., Verizon Laboratories Inc. (stas) (Entered: 12/29/2006) |
| 12/29/2006 | 181 | NOTICE of Hearing on [179] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Permit Equal Time for Expert Depositions: Motion Hearing set for 1/5/2007 at 10:00 AM before Magistrate Judge Barry R. Poretz. (stas) (Entered: 12/29/2006) |
| 12/29/2006 | 180 | Memorandum by Vonage Holdings Corp., Vonage America, Inc. in Support of [179] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Permit Equal Time for Expert Depositions. (stas) (Entered: 12/29/2006) |
| 12/29/2006 | | [179] MOTION by Vonage Holdings Corp., Vonage America, Inc. to Permit Equal Time for Expert Depositions REFERRED to Judge Barry R. Poretz. (stas) (Entered: 12/29/2006) |
| 12/29/2006 | 179 | MOTION by Vonage Holdings Corp., Vonage America, Inc. to Permit Equal Time for Expert Depositions. (stas) (Entered: 12/29/2006) |
| 12/26/2006 | 176 | ORDER that pltf's [155] Motion to Compel Production of Patent Applications and related documents is DENIED. Signed by Judge Barry R. Poretz on 12/26/06. (agil) (Entered: 12/26/2006) |
| 12/22/2006 | 178 | NOTICE of Hearing on Motion [175] Opening claim construction brief, [174] MOTION to construe disputed claim terms of the patents in suit (Markman hearing): Motion Hearing set for 1/26/2007 10:00 AM before District Judge Claude M. Hilton. (UNDER SEAL)(clar, ) (Entered: |

| | | |
|---|---|---|
| | | 12/26/2006) |
| 12/22/2006 | 177 | Memorandum of law by Verizon Laboratories Inc., Verizon Services Corp. in Support of Its Claim Construction Position.(UNDER SEAL) (LARGE PLEADING) (clar) Modified on 1/3/2007 to correct filer (stas). (Entered: 12/26/2006) |
| 12/22/2006 | 175 | Opening claim construction brief by Vonage Holdings Corp., Vonage America, Inc. tog. w/Appendices to defts' opening claim construction brief filed in a box (UNDER SEAL) (clar, ) (Entered: 12/26/2006) |
| 12/22/2006 | 174 | MOTION to construe disputed claim terms of the patents in suit (Markman hearing) by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/26/2006) |
| 12/22/2006 | 173 | Reply brief in Support of [155] MOTION to Compel production of patent applications and related documents filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/26/2006) |
| 12/22/2006 | 172 | NOTICE of Hearing on Motion [169] MOTION to Strike Vonage's witness list, [170] MOTION to Compel compliance with Rule 26(A)(3): Motion Hearing set for 1/5/2007 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 12/26/2006) |
| 12/22/2006 | 171 | Memorandum in Support of [170] MOTION to Compel compliance with Rule 26(A)(3), [169] MOTION to Strike Vonage's witness list filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/26/2006) |
| 12/22/2006 | 170 | MOTION to Compel compliance with Rule 26(A)(3) by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/26/2006) |
| 12/22/2006 | 169 | MOTION to Strike Vonage's witness list by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/26/2006) |
| 12/21/2006 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Final Pretrial Conference held on 12/21/2006. Appearance of counsel. Jury Trial set for 2/21/2007 @ 10:00 AM before District Judge Claude M. Hilton. Request for document camera/court technology - will be permitted for diagrams only and the playing of video depositions which will be limited to 10 min. (tarm, ) (Entered: 12/22/2006) |
| 12/21/2006 | | Per BRP chambers motions set for 12/22/06 on papers (clar, ) (Entered: 12/21/2006) |
| 12/21/2006 | 168 | Corrected Rule 26(a)(3) Pretrial Disclosures by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 12/21/2006) |
| 12/21/2006 | 167 | Rule 26(a)(3) Pretrial Disclosures by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 12/21/2006) |
| 12/21/2006 | 166 | Exhibit List by Verizon Services Corp., Verizon Laboratories Inc.(nhall) (Entered: 12/21/2006) |
| 12/21/2006 | 165 | Rule 26 Disclosure by Verizon Services Corp., Verizon Laboratories Inc. |

|            |     | (bhav, ) (Entered: 12/21/2006)                                                                                                                                                                                                                                                                                                                   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 12/20/2006 | 164 | ORDER withdrawing [126] Motion to Compel; denying [129] Motion to Compel; denying [132] Motion for Extension of Time to File; denying [133] Motion ; denying [136] Motion to Compel; denying [139] Motion to Compel, therefore this matter is RESOLVED. (See Order For Details). Signed by Judge Barry R. Poretz on 12/20/06. (nhall) (Entered: 12/21/2006) |
| 12/20/2006 | 163 | Opposition to [155] MOTION to Compel production of patent applications and related documents filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/21/2006)                                                                                                                                                                  |
| 12/19/2006 |     | So Ordered, denying [158] MOTION to exceed page limits on opening claim construction brief filed by Vonage America, Inc., Vonage Holdings Corp. Signed by Judge Claude M. Hilton on 12/19/06. (nhall) (Entered: 12/21/2006)                                                                                                                       |
| 12/19/2006 | 162 | Response to [158] MOTION to exceed page limits on opening claim construction brief filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/19/2006)                                                                                                                                                                      |
| 12/18/2006 |     | Per CMH chambers motions set for 12/22/06 an order is to be issued (clar, ) (Entered: 12/19/2006)                                                                                                                                                                                                                                                |
| 12/18/2006 | 160 | NOTICE of Hearing on Motion [158] MOTION to exceed page limits on opening claim construction brief : Motion Hearing set for 12/22/2006 10:00 AM before District Judge Claude M. Hilton (clar, ) (Entered: 12/19/2006)                                                                                                                             |
| 12/18/2006 | 159 | Memorandum in Support of [158] MOTION to exceed page limits on opening claim construction brief filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/19/2006)                                                                                                                                                              |
| 12/18/2006 | 158 | MOTION to exceed page limits on opening claim construction brief by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/19/2006)                                                                                                                                                                                                   |
| 12/15/2006 |     | MOTIONS [155] MOTION to Compel production of patent applications and related documents REFERRED to Judge Poretz. (clar, ) (Entered: 12/18/2006)                                                                                                                                                                                                 |
| 12/15/2006 | 157 | NOTICE of Hearing on Motion [155] MOTION to Compel production of patent applications and related documents: Motion Hearing set for 12/22/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 12/18/2006)                                                                                                                   |
| 12/15/2006 | 156 | Memorandum in Support of [155] MOTION to Compel production of patent applications and related documents filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/18/2006)                                                                                                                                                |
| 12/15/2006 | 155 | MOTION to Compel production of patent applications and related documents by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/18/2006)                                                                                                                                                                                     |

| 12/15/2006 | | MOTION Hearing held before Magistrate Judge Barry R. Poretz on 12/15/2006. Appearances: Counsel for Pltf. & Deft. This matter came on for Deft's. Motion to compel production of documents as to Jeffrey Citron - Matter withdrawn. Deft's. Motion to compel production of documents withheld on the basis of Attorney-Client privilege - Matter argued and taken under advisement. Deft's. Motion to extend time for limited discovery - Matter argued and taken under advisement. Deft's. Motion to compel discovery regarding profits - Matter argued and taken under advisement. Deft's. Motion to compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems - Matter argued and taken under advisement. (FTR)(jsch) (Entered: 12/15/2006) |
| 12/14/2006 | 161 | ORDER resolved [69] Motion to Compel plaintiffs to provide a Rule 30 (b)(6) witness to testify regarding prior art issues; resolved [70] Motion to extend expert report deadlines; resolved [95] Motion for leave to take additional depositions; resolved [102]Motion for Protective Order; resolved [103] Motion to enforce August 10, 2006 order. (See Order For Details). Signed by Judge Barry R. Poretz on 12/14/06. (nhall) (Entered: 12/19/2006) |
| 12/14/2006 | 154 | Reply memorandum in Support of [129] MOTION to Compel production of documents withheld on the basis of attorney-client privilege filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/15/2006) |
| 12/14/2006 | 153 | Reply memorandum in Support of [139] MOTION to Compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/15/2006) |
| 12/14/2006 | 152 | Reply memorandum in Support of [132] MOTION to extend time for limited discovery, [133] MOTION for leave to take two additional non-party depositions filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/15/2006) |
| 12/14/2006 | 151 | Reply memorandum in Support of [136] MOTION to Compel discovery regarding profits filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/15/2006) |
| 12/14/2006 | 149 | Supplemental Opposition re [139] MOTION to Compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/14/2006) |
| 12/14/2006 | 148 | Reply brief in Support of [126] MOTION to Compel production of documents relating to Jeffrey Citron filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/14/2006) |
| 12/13/2006 | 147 | Opposition to [126] MOTION to Compel production of documents relating to Jeffrey Citron filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/14/2006) |

| 12/13/2006 | 146 | Opposition [139] MOTION to Compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/14/2006) |
|---|---|---|
| 12/13/2006 | 145 | RESPONSE in Opposition of [132] MOTION to extend time for limited discovery, [133] MOTION for leave to take two additional non-party depositions filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/14/2006) |
| 12/13/2006 | 144 | Opposition to [129] MOTION to Compel production of documents withheld on the basis of attorney-client privilege filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/14/2006) |
| 12/13/2006 | 143 | Opposition to [136] MOTION to Compel discovery regarding profits filed by Verizon Services Corp., Verizon Laboratories Inc. (large pleading) (clar, ) (Entered: 12/14/2006) |
| 12/11/2006 | 150 | STIPULATION AND ORDER. ORDERED that the deadline for serving rebuttal expert reports is extended to December 14, 2006; and it is further ORDERED that the deadline for parties opening Markman briefs is December 22, 2006 and rebuttal Markman briefs are due on January 12, 2007; and it is further ORDERED that the deadline for closing of expert depositions is extended to January 12, 2007; and it is further ORDERED that none of these extensions shall effect the date of the final pretrial conference or the trial date in this matter. Signed by Judge Barry R. Poretz on 12/11/06. (nhall) (Entered: 12/15/2006) |
| 12/08/2006 |  | MOTIONS [132] MOTION for Extension, [133] MOTION for leave to take two additional non-party depositions, [136] MOTION to Compel, [129] MOTION to Compel, [139] MOTION to Compel REFERRED to Judge Poretz. (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 141 | NOTICE of Hearing on Motion [139] MOTION to Compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems: Motion Hearing set for 12/15/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 140 | Memorandum in Support re [139] MOTION to Compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems filed by Vonage Holdings Corp., Vonage America, Inc. tog. w/Exhibits (UNDER SEAL (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 139 | MOTION to Compel responsive testimony under Rule 30(b)(6) and information regarding licensing negotiations with Cisco Systems by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 138 | NOTICE of Hearing on Motion [136] MOTION to Compel discovery regarding profits: Motion Hearing set for 12/15/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (UNDER SEAL)(clar, ) (Entered: |

| | | |
|---|---|---|
| | | 12/11/2006) |
| 12/08/2006 | 137 | Memorandum in Support of [136] MOTION to Compel discovery regarding profits filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 136 | MOTION to Compel discovery regarding profits by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 135 | NOTICE of Hearing on Motion [133] MOTION for leave to take two additional non-party depositions, [132] MOTION to extend time for limited discovery: Motion Hearing set for 12/15/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (UNDER SEAL)(clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 134 | Memorandum in Support of [132] MOTION to extend time for limited discovery, [133] MOTION for leave to take two additional non-party depositions filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 133 | MOTION for leave to take two additional non-party depositions by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 132 | MOTION to extend time for limited discovery by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 131 | NOTICE of Hearing on Motion [129] MOTION to Compel production of documents withheld on the basis of attorney-client privilege: Motion Hearing set for 12/15/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 130 | Memorandum in Support of [129] MOTION to Compel production of documents withheld on the basis of attorney-client privilege filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 129 | MOTION to Compel production of documents withheld on the basis of attorney-client privilege by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | | MOTIONS [126] MOTION to Compel production of documents relating to Jeffrey Citron REFERRED to Judge Poretz. (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 128 | NOTICE of Hearing on Motion [126] MOTION to Compel production of documents relating to Jeffrey Citron: Motion Hearing set for 12/15/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 12/11/2006) |
| 12/08/2006 | 127 | Memorandum in Support of [126] MOTION to Compel production of documents relating to Jeffrey Citron filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/11/2006) |

| | | |
|---|---|---|
| 12/08/2006 | 126 | MOTION to Compel production of documents relating to Jeffrey Citron by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/11/2006) |
| 12/07/2006 | 123 | Praecipe of Withdrawal of Motion for a protective orde by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/07/2006) |
| 12/05/2006 | 142 | ORDER denying Proposed Order of Vonage. Signed by Judge Barry R. Poretz on 12/5/06. (nhall) (Entered: 12/13/2006) |
| 12/05/2006 | 125 | ORDERED as follows: 1. Regarding the depositions of Mr. Rego and Mr. Eisen, who were previously deposed as Rule 30(b)(6) witnesses, those depositions shall be permitted to go forward, however, the questioning should not be cumulative, duplicative or burdensome. 2. Regarding the depositions of non-parties subpoenaed by Verizon, Verizon shall review the Vonage customer information that is to be provided to Verizon by Vonage no later than December 8, 2006. 3. Regarding the depositions that Verizon noticed of additional Vonage employees, the depositions of David Wu, Louis Mamakos, Jeffrey Citron and Jim Maloney are permitted to go forward without further involvement of the Court. As to the depositions of the other Vonage employees noticed by Verizon, the parties shall submit proposed Orders by 5:00 p.m. on December 4, 2006 as to which of those depositions should be permitted to go forward. 4. In view of the schedule identified above, the deadline for fact discovery is hereby extended from December 15 to December 22, 2006. (See Order For Details). Signed by Judge Barry R. Poretz on 12/5/06. (nhall) (Entered: 12/08/2006) |
| 12/05/2006 | 124 | ORDERED as follows: Regarding the depositions of the Vonage employees notice by Verizon the Court hereby accepts and enters this Order proposed by Verizon to the effect that Verizon has reduced its request for additional Vonage employees from four down to two, and after Verizon review the additional material to be produced by Vonage by December 8, 2006, Verizon will make a good faith determination whether any of such remaining depositions may no longer be necessary. (See Order For Details). Signed by Judge Barry R. Poretz on 12/5/06. (nhall) (Entered: 12/08/2006) |
| 12/04/2006 | 122 | ORDER Verizon's Motion to Compel Production of Financial and Related Information (Dkt. no. 89) is RESOLVED pursuant to an Agreed Order submitted by the parties and entered by the Court on this date; Verizon's Motion to Compel Production of Customer Information (Dkt. no. 92) is RESOLVED pursuant to an Agreed Order submitted by the parties and entered by the Court on this date; taking under advisement [95]Motion for leave to take additional depositions; Defendant's Motion to Compel Deposition Testimony and for an Extension of Time to File Expert Reports (Dkt. nos. 98-99) is RESOLVED pursuant to a Stipulation submitted by the parties and entered on this date; taking under advisement [102] Motion for Protective Order; taking under advisement [103]Motion to enforce August 10, 2006 order; granting [112]Joint Motion for Extension of expert discovery. (See Order For Details). Signed by Judge Barry R. Poretz on 12/4/06. (nhall) (Entered: |

| | | 12/05/2006) |
|---|---|---|
| 12/04/2006 | 121 | AGREED ORDER that this motion has been resolved; and it is FURTHER ORDERED that Vonage has produced or has agreed to produce all the information and documents requested in Verizon's motion. Vonage will identify the previously produced documents by bates range no later than December 4. Vonage will produce all additional documents no later than December 8. (See Order For Details). Signed by Judge Barry R. Poretz on 12/4/06. (nhall) (Entered: 12/05/2006) |
| 12/04/2006 | 120 | STIPULATION AND ORDER that: (1) the deadline for service of Defendants' opposition expert report related to damages is extended to December 8, 2006, and the deadline for service of Plaintiffs' rebuttal expert report related to damages is extended to December 15, 2006; (2) the deadline for service of opposition reports of technical experts is extended to December 4, 2006, and the deadline for service of rebuttal reports of technical experts is extended to December 11, 2006; and (3) the deadline for the completion of expert depositions is extended to January 8, 2007, with such depositions commencing after December 13, 2006. Signed by Judge Barry R. Poretz on 12/4/06. (nhall) (Entered: 12/05/2006) |
| 12/04/2006 | 119 | AGREED ORDER that this motion has been resolved, and it is FURTHER ORDERED that Vonage will produce paper copies of eLOA data covering the period 2002 to May, 2005 by December 8, and it is FURTHER ORDERED that Vonage will produce aggregate customer data derived from e911 data, which identifies the total number of lines and customers per state on a quarterly basis, for the period July, 2005 to the present by December 4, and it is FURTHER ORDERED that Vonage also will produce self-reported aggregate customer data for the period 2002-July 2005, to the extent it exists, by December 8, and it is FURTHER ORDERED that Verizon reserves the right to renew this motion should it become aware of additional aggregate customer information in Vonage's possession during the final phases of discovery. (See Order For Details). Signed by Judge Barry R. Poretz on 12/4/06. (nhall) (Entered: 12/05/2006) |
| 12/04/2006 | 118 | TRANSCRIPT of Proceedings held on 12/1/06 before Magistrate Judge Poretz. Court Reporter: Norman B. Linnell. (nhall) (Entered: 12/05/2006) |
| 12/01/2006 | | MOTIONS [115] MOTION for a Protective Order precluding deposition of Lawrence T. Babio, Jr. REFERRED to Judge Poretz. (clar, ) (Entered: 12/04/2006) |
| 12/01/2006 | 117 | NOTICE of Hearing on Motion [115] MOTION for a Protective Order precluding deposition of Lawrence T. Babio, Jr.: Motion Hearing set for 12/8/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 12/04/2006) |
| 12/01/2006 | 116 | Memorandum in Support of MOTION for a Protective Order precluding deposition of Lawrence T. Babio, Jr. filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/04/2006) |

| 12/01/2006 | 115 | MOTION for a Protective Order precluding deposition of Lawrence T. Babio, Jr. by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 12/04/2006) |
| --- | --- | --- |
| 12/01/2006 |  | MOTION Hearing held before Magistrate Judge Barry R. Poretz on 12/1/2006. Appearances: Counsel for Pltf. & Deft. This matter came on for Pltf's. Motion to Compel Production of financial and related information - Matter resolved by Agreement of Parties. Pltf's. Motion to compel production of Customer Information - Matter Resolved by Agreement of Parties. Pltf's. Motion for leave to take additional depositions - Matter argued and taken under advisement. Deft's. Motion to compel deposition testimony - Matter Resolved by Agreement of Parties. Deft's. Motion for an Extention of Time to File Expert Reports - Matter Resolved by Agreement of Parties. Deft's. Motion for a Protective Order -Matter argued and taken under advisement. Deft's. Motion to Enforce the 8/10/2006 Order - Matter argued and taken under advisement. Counsel are to submit a proposed Order. (FTR)(jsch) (Entered: 12/01/2006) |
| 11/30/2006 |  | MOTIONS [112] Joint MOTION for Extension of expert discovery REFERRED to Judge Poretz. (clar, ) (Entered: 12/01/2006) |
| 11/30/2006 | 114 | NOTICE of Hearing on Motion [112] Joint MOTION for Extension of expert discovery: Motion Hearing set for 12/8/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 12/01/2006) |
| 11/30/2006 | 113 | Memorandum in Support of [112] Joint MOTION for Extension of expert discovery filed by Verizon Services Corp., Verizon Laboratories Inc., Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/01/2006) |
| 11/30/2006 | 112 | Joint MOTION for Extension of expert discovery by Verizon Services Corp., Verizon Laboratories Inc., Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 12/01/2006) |
| 11/30/2006 | 111 | REPLY to Response to Motion re [102] MOTION for Protective Order, [103] MOTION to enforce August 10, 2006 order filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/30/2006) |
| 11/30/2006 | 110 | Reply brief in Support of [95] MOTION for leave to take additional depositions filed by Verizon Services Corp., Verizon Laboratories Inc. (large pleading) (clar, ) (Entered: 11/30/2006) |
| 11/29/2006 | 109 | Opposition to [95] MOTION for leave to take additional depositions filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/30/2006) |
| 11/29/2006 | 108 | Opposition to [102] MOTION for Protective Order, [103] MOTION to enforce August 10, 2006 order filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/29/2006) |
| 11/29/2006 | 107 | RESPONSE in Opposition re [98] MOTION to Compel deposition testimony, [99] MOTION for an Extension of time to file expert reports |

|  |  | filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/29/2006) |
|---|---|---|
| 11/24/2006 |  | MOTIONS [102] MOTION for Protective Order, [95] MOTION for leave to take additional depositions, [98] MOTION to Compel, [103] MOTION to enforce August 10, 2006 order, [99] MOTION for Extension REFERRED to Judge Poretz. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 105 | NOTICE of Hearing on Motion [103] MOTION to enforce August 10, 2006 order, [102] MOTION for Protective Order: Motion Hearing set for 12/1/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 104 | Memorandum in Support of [102] MOTION for Protective Order, [103] MOTION to enforce August 10, 2006 order filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 103 | MOTION to enforce August 10, 2006 order by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 102 | MOTION for Protective Order by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 101 | NOTICE of Hearing on Motion [98] MOTION to Compel deposition testimony, [99] MOTION for an Extension of time to file expert reports:Motion Hearing set for 12/1/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 100 | Memorandum in Support of [98] MOTION to Compel deposition testimony, [99] MOTION for an Extension of time to file expert reports filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 99 | MOTION for an Extension of time to file expert reports by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 98 | MOTION to Compel deposition testimony by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 97 | NOTICE of Hearing on Motion [95] MOTION for leave to take additional depositions: Motion Hearing set for 12/1/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 96 | Memorandum in Support of [95] MOTION for leave to take additional depositions filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/27/2006) |
| 11/24/2006 | 95 | MOTION for leave to take additional depositions by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/27/2006) |
| 11/22/2006 | 106 | Reply To Defendants' Amended Counterclaims filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 11/27/2006) |
| 11/22/2006 |  | MOTIONS [92] MOTION to Compel production of customer information REFERRED to Judge Poretz. (clar, ) (Entered: 11/24/2006) |

| 11/22/2006 | 94 | NOTICE of Hearing on Motion [92] MOTION to Compel production of customer information: Motion Hearing set for 12/1/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 11/24/2006) |
| 11/22/2006 | 93 | Memorandum in Support of [92] MOTION to Compel production of customer information filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/24/2006) |
| 11/22/2006 | 92 | MOTION to Compel production of customer information by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/24/2006) |
| 11/22/2006 | | MOTIONS [89] MOTION to Compel production of financial and related information REFERRED to Judge Poretz. (clar, ) (Entered: 11/24/2006) |
| 11/22/2006 | 91 | NOTICE of Hearing on Motion [89] MOTION to Compel production of financial and related information: Motion Hearing set for 12/1/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 11/24/2006) |
| 11/22/2006 | 90 | Memorandum in Support of [89] MOTION to Compel production of financial and related information filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/24/2006) |
| 11/22/2006 | 89 | MOTION to Compel production of financial and related information by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/24/2006) |
| 11/20/2006 | 88 | ORDER that Magistrate Judge's [52] Order on Motion to Compel pltf's to provide complete responses to Vonage's interrogatories is AFFIRMED.. Signed by Judge Claude M. Hilton on 11/20/06. (bhav, ) (Entered: 11/22/2006) |
| 11/16/2006 | | Per CMH chambers motions set for 11/17/06 on papers (clar, ) (Entered: 11/16/2006) |
| 11/13/2006 | 87 | STIPULATION AND ORDER that the deadlines for serving initial expert reports is extended to November 15, 2006, opposing expert reports are due on December 1, 2006 and rebuttal expert reports are due on December 8, 2006; and it is further ORDERED that counsel for Vonage will be permitted to ask questions relating to topic 9(b) of Vonage's Rule 30(b)(6) Notice of Deposition (prior art) for any witnesses produced by Verizon to address such topic; and it is further ORDERED that the parties will request the Court to schedule a Markman hearing on or about January 16, 2007, and the parties will exchange Opening Briefs for such hearing on December 18, 2006; Opposition Briefs on January 3, 2007; and will submit a Joint Claim Construction Chart to the Court on or about January 12, 2007. (See Order For Details). Signed by Judge Barry R. Poretz on 11/13/06. (nhall) (Entered: 11/14/2006) |
| 11/13/2006 | 86 | Rebuttal brief in futher support of [67] Objections Of Defendants Vonage Holdings Corp. And Vonage America, Inc. To The Honorable Magistrate Judge's [52] Order on Motion to Compel filed by Vonage Holdings Corp., Vonage America, Inc. (Under Seal) (clar, ) (Entered: 11/14/2006) |

| 11/08/2006 | 85 | TRANSCRIPT of Proceedings held on 10/11/06 before Magistate Judge Poretz. Court Reporter: Norman B. Linnell. (nhall) (Entered: 11/08/2006) |
| 11/07/2006 | 84 | Reply to [67] Objection Of Defendants Vonage Holdings Corp. And Vonage America, Inc. To The Honorable Magistrate Judge's [52] Order on Motion to Compel filed by Verizon Services Corp., Verizon Laboratories Inc. (large pleading) (clar, ) (Entered: 11/08/2006) |
| 11/07/2006 |  | Reset Deadlines as to Objections Of Defendants Vonage Holdings Corp. And Vonage America, Inc. To The Honorable Magistrate Judge's [52] Order on Motion to Compel Motion Hearing set for 11/17/2006 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 11/07/2006) |
| 11/03/2006 | 83 | ORDER granting appearance Pro hac vice of Susan Koegel Filing fee $ 50, receipt number 100 191307. Signed by Judge Claude M. Hilton on 11/3/06. (nhall) (Entered: 11/06/2006) |
| 11/03/2006 | 82 | ORDER granting appearance Pro hac vice of Susan Rebecca Gihring Filing fee $ 50, receipt number 100 191307. Signed by Judge Claude M. Hilton on 11/3/06. (nhall) (Entered: 11/06/2006) |
| 11/02/2006 | 81 | DEFENDANTS' AMENDED ANSWER AND COUNTERCLAIMS AND JURY DEMAND by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 11/06/2006) |
| 11/02/2006 | 80 | ORDER granting [62]MOTION for leave to amend their answer to pltf's complaint filed by Vonage Holdings Corp., Vonage America, Inc. Signed by Judge Barry R. Poretz on 11/2/06. (nhall) (Entered: 11/06/2006) |
| 11/02/2006 | 79 | NOTICE of Appearance by William Michael Bosch on behalf of Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 11/03/2006) |
| 11/02/2006 | 78 | Notice of Withdrawal of Motion to compel by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/02/2006) |
| 11/02/2006 |  | Per BRP chambers motions set for 11/3/06 have been resolved (clar, ) (Entered: 11/02/2006) |
| 11/01/2006 | 77 | Response to [62] MOTION for leave to amend their answer to pltf's complaint filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 11/01/2006) |
| 10/30/2006 | 76 | NOTICE of Hearing on Objections Of Defendants Vonage Holdings Corp. And Vonage America, Inc. To The Honorable Magistrate Judge's [52] Order on Motion to Compel Motion Hearing set for 11/9/2006 10:00 AM before District Judge Claude M. Hilton. (clar, ) (Entered: 11/01/2006) |
| 10/30/2006 |  | MOTIONS [69] MOTION to Compel, [70] MOTION for Extension REFERRED to Judge Poretz. (clar, ) (Entered: 11/01/2006) |
| 10/30/2006 | 72 | NOTICE of Hearing on Motion [69] MOTION to Compel plaintiffs to provide a Rule 30(b)(6) witness to testify regarding prior art issues, [70] |

| | | |
|---|---|---|
| | | MOTION to extend expert report deadlines: Motion Hearing set for 11/3/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (atty to re-notice filed untimely) (clar, ) (Entered: 11/01/2006) |
| 10/30/2006 | 70 | MOTION to extend expert report deadlines by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/01/2006) |
| 10/30/2006 | 69 | MOTION to Compel plaintiffs to provide a Rule 30(b)(6) witness to testify regarding prior art issues by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/01/2006) |
| 10/27/2006 | 75 | NOTICE of filing by Vonage Holdings Corp., Vonage America, Inc. re [73] MOTION to Seal defts' memorandum in support of deft's motion to compel pltfs to provide a Rule 30(b)(6) witness to testify regarding prior art issues and motion to extend expert report deadlines (clar, ) (Entered: 11/01/2006) |
| 10/27/2006 | 74 | Non-Confidential Memorandum in Support of [73] MOTION to Seal defts' memorandum in support of deft's motion to compel pltfs to provide a Rule 30(b)(6) witness to testify regarding prior art issues and motion to extend expert report deadlines filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/01/2006) |
| 10/27/2006 | 73 | MOTION to Seal defts' memorandum in support of deft's motion to compel pltfs to provide a Rule 30(b)(6) witness to testify regarding prior art issues and motion to extend expert report deadlines by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 11/01/2006) |
| 10/27/2006 | 71 | Memorandum in Support of [69] MOTION to Compel plaintiffs to provide a Rule 30(b)(6) witness to testify regarding prior art issues, [70] MOTION to extend expert report deadlines filed by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (clar, ) (Entered: 11/01/2006) |
| 10/27/2006 | 68 | AGREED ORDER. ORDERED that the [56] MOTION to Compel filed by Verizon Services Corp., Verizon Laboratories Inc.,[55]MOTION to prohibit improper speaking objections at deposition filed by Verizon Services Corp., Verizon Laboratories Inc., has been resolved, and it is FURTHER ORDERED that in lieu of speaking objections, the parties shall preserve for resolution by the Court at trial or on motion of a party all objections as to the form of a question by stating on the record "Objection to the Form," which objection shall encompass all form objections, including vague, ambiguous, lack of foundation, lack of personal knowledge, asked and answered, and any other objections that could be cured at the time of questioning; and it is FURTHER ORDERED that counsel for the parties shall work together in good faith to promptly produce knowledgeable and cooperative witnesses in accordance with their respective Rule 30(b)(6) deposition notices. (See Order For Details). Signed by Judge Barry R. Poretz on 10/27/06. (nhall) (Entered: 10/31/2006) |
| 10/27/2006 | 67 | Objections Of Defendants Vonage Holdings Corp. And Vonage America, Inc. To The Honorable Magistrate Judge's [52] Order on Motion to |

| | | |
|---|---|---|
| | | Compel filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 10/31/2006) |
| 10/27/2006 | 66 | NOTICE of Hearing on Motion [62] MOTION for leave to amend their answer to pltf's complaint: Motion Hearing set for 11/3/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 10/30/2006) |
| 10/27/2006 | 65 | NOTICE of filing by Vonage Holdings Corp., Vonage America, Inc. re [63] MOTION to Seal Document [62] MOTION for leave to amend their answer to pltf's complaint (clar, ) (Entered: 10/30/2006) |
| 10/27/2006 | 64 | Non-Confidential Memorandum in Support of [63] MOTION to Seal Document [62] MOTION for leave to amend their answer to pltf's complaint filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 10/30/2006) |
| 10/27/2006 | 63 | MOTION to Seal Document [62] MOTION for leave to amend their answer to pltf's complaint by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 10/30/2006) |
| 10/27/2006 | 62 | MOTION for leave to amend their answer to pltf's complaint by Vonage Holdings Corp., Vonage America, Inc. (UNDER SEAL) (Under seal is pending) (clar, ) (Entered: 10/30/2006) |
| 10/26/2006 | | Per BRP chambers motions set for 10/27/06 have been resolved (clar, ) (Entered: 10/26/2006) |
| 10/26/2006 | 61 | Reply brief in Support of [56] MOTION to Compel appropriate Rule 30 (B)(6) deposition testimony, [55] MOTION to prohibit improper speaking objections at deposition filed by Verizon Services Corp., Verizon Laboratories Inc. (UNDER SEAL) (clar, ) (Entered: 10/26/2006) |
| 10/25/2006 | 60 | Opposition to [56] MOTION to Compel appropriate Rule 30 (B)(6) deposition testimony filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 10/25/2006) |
| 10/20/2006 | 59 | AGREED ORDER. ORDERED that the parties agree that Defendants will substantially complete their document production by October 23, 2006, and will produce for deposition at mutually convenient dates and times the Vonage witnesses requested by Verizon in Verizon's Rule 30(b)(6) deposition notices; and it is further ORDERED that, regarding the issue of Verizon's request for Vonage's customer information, without prejudice to either party's position, the parties will work together in good faith to attempt to resolve Verizon's request as quickly as possible. (See Order For Details). Signed by Judge Barry R. Poretz on 10/20/06. (nhall) (Entered: 10/23/2006) |
| 10/20/2006 | | MOTIONS [56] MOTION to Compel appropriate Rule 30 (B)(6) deposition testimony, [55] MOTION to prohibit improper speaking objections at deposition REFERRED to Judge Poretz. (clar, ) (Entered: 10/23/2006) |
| 10/20/2006 | 58 | NOTICE of Hearing on Motion [55] MOTION to prohibit improper speaking objections at deposition, [56] MOTION to Compel appropriate |

|  |  |  |
|---|---|---|
|  |  | Rule 30 (B)(6) deposition testimony: Motion Hearing set for 10/27/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 10/23/2006) |
| 10/20/2006 | 57 | Memorandum in Support of [56] MOTION to Compel appropriate Rule 30 (B)(6) deposition testimony, [55] MOTION to prohibit improper speaking objections at deposition filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 10/23/2006) |
| 10/20/2006 | 56 | MOTION to Compel appropriate Rule 30 (B)(6) deposition testimony by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 10/23/2006) |
| 10/20/2006 | 55 | MOTION to prohibit improper speaking objections at deposition by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 10/23/2006) |
| 10/19/2006 |  | Per BRP chambers motions set for 10/20/06 have been resolved (clar, ) (Entered: 10/19/2006) |
| 10/19/2006 | 54 | Reply in Support of [49] MOTION to Compel production of documents and Rule 30(B)(6) depositions filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 10/19/2006) |
| 10/18/2006 | 53 | Opposition to [49] MOTION to Compel production of documents and Rule 30(B)(6) depositions filed by Vonage Holdings Corp., Vonage America, Inc. (clar, ) (Entered: 10/19/2006) |
| 10/17/2006 | 52 | ORDER denying [40] Motion to Compel Plaintiffs To Provide Complete Responses To Vonage's Interrogatories, without prejudice. Signed by Judge Barry R. Poretz on 10/17/06. (nhall) (Entered: 10/18/2006) |
| 10/13/2006 |  | MOTIONS [49] MOTION to Compel production of documents and Rule 30(B)(6) depositions REFERRED to Judge Poretz. (clar, ) (Entered: 10/16/2006) |
| 10/13/2006 | 51 | NOTICE of Hearing on Motion [49] MOTION to Compel production of documents and Rule 30(B)(6) depositions: Motion Hearing set for 10/20/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 10/16/2006) |
| 10/13/2006 | 50 | Memorandum in Support of [49] MOTION to Compel production of documents and Rule 30(B)(6) depositions filed by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 10/16/2006) |
| 10/13/2006 | 49 | MOTION to Compel production of documents and Rule 30(B)(6) depositions by Verizon Services Corp., Verizon Laboratories Inc. (clar, ) (Entered: 10/16/2006) |
| 10/11/2006 |  | Minute Entry for proceedings held before Judge Barry R. Poretz : Motion Hearing held on 10/11/2006 re [40] MOTION to Compel filed by Vonage Holdings Corp.,, Vonage America, Inc.,, Appearances: Counsel for Pltf. & Deft. Matter argued and taken under advisement by the Court. (Tape #FTR.) (agol, ) (Entered: 10/13/2006) |

| 10/10/2006 | 48 | Reply to [47] pltf's Opposition to Motion to compel filed by Vonage Holdings Corp., Vonage America, Inc.. (nmck, ) (Entered: 10/11/2006) |
| 10/06/2006 | 47 | Plaintiffs' Opposition To Defendants' [40] MOTION to Compel Plaintiffs To Provide Complete Responses To Vonage's Interrogatories filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 10/10/2006) |
| 10/05/2006 |  | Reset Deadlines as to [40] MOTION to Compel Plaintiffs To Provide Complete Responses To Vonage's Interrogatories Motion Hearing set for 10/11/2006 01:30 PM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 10/05/2006) |
| 10/04/2006 | 46 | SEALING ORDER granting [43] Motion to Seal. FURTHER ORDERED that the documents filed under seal shall remain under seal until further order of the Court. (See Order For Details) Signed by Judge Barry R. Poretz on 10/4/06. (nhall) (Entered: 10/06/2006) |
| 10/03/2006 | 45 | Exhibit B To Defendant Motion #40 by Vonage Holdings Corp., Vonage America, Inc. (Under Seal) (nhall) (Entered: 10/06/2006) |
| 10/03/2006 | 44 | Defendants' Non-Confidential Memorandum in Support Of [43] MOTION to Seal filed by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 10/06/2006) |
| 10/03/2006 | 43 | MOTION to Seal by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 10/06/2006) |
| 10/03/2006 | 42 | NOTICE Of Filing Of Defendants' Motion To Seal by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 10/06/2006) |
| 10/02/2006 |  | MOTIONS [40] MOTION to Compel Plaintiffs To Provide Complete Responses To Vonage's Interrogatories REFERRED to Judge Poretz. (clar, ) (Entered: 10/03/2006) |
| 10/02/2006 | 41 | NOTICE of Hearing on Motion [40] MOTION to Compel Plaintiffs To Provide Complete Responses To Vonage's Interrogatories: Motion Hearing set for 10/13/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 10/03/2006) |
| 09/29/2006 | 40 | Defendants' Motion To Compel Plaintiffs To Provide Complete Responses To Vonage's Interrogatories by Vonage Holdings Corp., Vonage America, Inc.. (nhall) (Entered: 10/03/2006) |
| 09/26/2006 | 39 | First Amended Joint Protective Order re: handling and labeling of confidential material Any pleading, paper, or other document filed in this Action that contains or discloses Confidential Information or Highly Confidential Information shall be field under seal and shall be maintained under seal according to the terms of this Protective Order or as otherwise determined by the Court. (See Order For Details). Signed by Judge Barry R. Poretz on 9/26/06. (nhall) (Entered: 09/27/2006) |
| 09/25/2006 | 38 | ORDER granting appearance Pro hac vice of Leonard Charles Suchyta Filing fee $ 50, receipt number 100 190486. Signed by Judge Claude M. |

| | | Hilton on 9/25/06. (nhall) (Entered: 09/27/2006) |
|---|---|---|
| 09/18/2006 | 37 | NOTICE of Appearance by Brian Charles Riopelle on behalf of Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 09/26/2006) |
| 09/12/2006 | 36 | ORDER granting appearance Pro hac vice of Robert Henry Griffen Filing fee $ 50, receipt number 100 190139. Signed by Judge Claude M. Hilton on 9/12/06. (nhall) (Entered: 09/14/2006) |
| 09/12/2006 | 35 | ORDER granting appearance Pro hac vice of John Thorne Filing fee $ 50, receipt number 100 190138. Signed by Judge Claude M. Hilton on 9/12/06. (nhall) (Entered: 09/14/2006) |
| 09/11/2006 | 34 | Order Rule 16(b) Scheduling Order - Pursuant to the Rule 16(b) Conference it is ordered that copies of all non-dispositive motions and all papers relating to such motions shall be delivered directly to the chambers of the undersigned magistrate judge when the originals are filed with the clerk. (See Order For Details). Signed by Judge Barry R. Poretz on 9/11/06. (nhall) (Entered: 09/12/2006) |
| 09/11/2006 | 33 | JOINT PROTECTIVE ORDER re: handling and labeling of confidential material Any pleading, paper, or other document filed in this Action that contains or discloses Confidential Information or Highly Confidential Information shall be field under seal and shall be maintained under seal according to the terms of this Protective Order or as otherwise determined by the Court. (See Order For Details). Signed by Judge Barry R. Poretz on 9/11/06. (nhall) (Entered: 09/12/2006) |
| 09/11/2006 | 32 | ORDER granting [26] Motion for Protective Order with sealing provisions. (See Order For Details). Signed by Judge Barry R. Poretz on 9/11/06. (nhall) (Entered: 09/12/2006) |
| 09/08/2006 | | MOTION Hearing held before Magistrate Judge Barry R. Poretz on 9/8/2006. Appearances: Counsel for Pltf. & Deft. This matter came on for Pltf's Motion for entry of a Protective Order - Matter argued and taken under advisement. (FTR)(jsch) (Entered: 09/08/2006) |
| 09/08/2006 | 31 | Reply Memorandum in Support of[26] MOTION for Protective Order filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 09/08/2006) |
| 09/07/2006 | | Reset Deadlines as to [26] MOTION for Entry of Protective Order Motion Hearing set for 9/8/2006 09:00 AM before Magistrate Judge Barry R. Poretz. (clar, ) (Entered: 09/07/2006) |
| 09/06/2006 | 30 | Proposed Joint Discovery Plan by Verizon Services Corp., Verizon Laboratories Inc., Vonage Holdings Corp., Vonage America, Inc.(agil) (Entered: 09/07/2006) |
| 09/06/2006 | 29 | Opposition to [26] MOTION for issuance of a Protective Order filed by Vonage Holdings Corp., Vonage America, Inc. (large pleading) (clar, ) (Entered: 09/07/2006) |
| 09/01/2006 | | MOTION [26] for Protective Order REFERRED to Judge Poretz. (agil) |

|  |  | (Entered: 09/05/2006) |
|---|---|---|
| 09/01/2006 | 28 | NOTICE of Hearing on Motion [26] for Protective Order: Motion Hearing set for 9/8/2006 10:00 AM before Magistrate Judge Barry R. Poretz. (agil) (Entered: 09/05/2006) |
| 09/01/2006 | 27 | Memorandum in Support of [26] MOTION for Entry of Protective Order filed by Verizon Services Corp., Verizon Laboratories Inc. (agil) (Entered: 09/05/2006) |
| 09/01/2006 | 26 | MOTION for Entry of Protective Order by Verizon Services Corp., Verizon Laboratories Inc. This request may include sealing provisions. (agil) (Entered: 09/05/2006) |
| 08/30/2006 |  | Minute Entry for proceedings held before Judge Barry R. Poretz : Initial Pretrial Conference held on 8/30/2006. Appearances of counsel. Counsel to contact chambers by 09/05/06 to advise of agreed upon dates. Will discuss ADR/Settlement. Order to issue. (ctat, ) (Entered: 08/31/2006) |
| 08/25/2006 | 25 | Proposed Discovery Plan by Verizon Services Corp., Verizon Laboratories Inc..(klau, ) (Entered: 08/25/2006) |
| 08/25/2006 | 24 | Proposed Discovery Plan by Vonage Holdings Corp., Vonage America, Inc..(klau, ) (Entered: 08/25/2006) |
| 08/11/2006 | 23 | NOTICE of Appearance by Daniel Laurence Girdwood on behalf of Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 08/16/2006) |
| 08/10/2006 | 22 | SCHEDULING ORDER: Initial Pretrial Conference set for 8/30/2006 10:00 AM before Magistrate Judge Barry R. Poretz. Final Pretrial Conference set for 12/21/2006 10:00 AM before District Judge Claude M. Hilton. Discovery due by 12/15/2006. Signed by Judge Claude M. Hilton on 8/10/06. (nhall) (Entered: 08/14/2006) |
| 08/08/2006 | 21 | Reply to [11] Answer to Complaint, Counterclaim filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 08/09/2006) |
| 08/08/2006 | 20 | Reply to [11] Answer to Complaint, Counterclaim filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 08/09/2006) |
| 08/04/2006 | 19 | ORDER granting appearance Pro hac vice of Dan Keith Webb Filing fee $ 50, receipt number 100 189492. Signed by Judge Claude M. Hilton on 8/4/06. (nhall) (Entered: 08/07/2006) |
| 08/04/2006 | 18 | ORDER granting appearance Pro hac vice of Peter Charles McCabe III Filing fee $ 50, receipt number 100 189492. Signed by Judge Claude M. Hilton on 8/4/06. (nhall) (Entered: 08/07/2006) |
| 08/04/2006 | 17 | ORDER granting appearance Pro hac vice of Peggy Marie Balesteri Filing fee $ 50, receipt number 100 189492. Signed by Judge Claude M. Hilton on 8/4/06. (nhall) (Entered: 08/07/2006) |
| 07/31/2006 | 16 | ORDER granting appearance Pro hac vice of Robert Wallace Fleishman Filing fee $ 50, receipt number 100 189354. Signed by Judge Claude M. |

|  |  | Hilton on 7/31/06. (nhall) (Entered: 08/03/2006) |
|---|---|---|
| 07/31/2006 | 15 | ORDER granting appearance Pro hac vice of Jose Ramon Gonzalez-Magaz Filing fee $ 50, receipt number 100 189353. Signed by Judge Claude M. Hilton on 7/31/06. (nhall) (Entered: 08/03/2006) |
| 07/31/2006 | 14 | ORDER granting appearance Pro hac vice of Steven John Barber Filing fee $ 50, receipt number 100 189352. Signed by Judge Claude M. Hilton on 7/31/06. (nhall) (Entered: 08/03/2006) |
| 07/31/2006 | 13 | ORDER granting appearance Pro hac vice of Roger Eugene Warin Filing fee $ 50, receipt number 100 189351. Signed by Judge Claude M. Hilton on 7/31/06. (nhall) (Entered: 08/03/2006) |
| 07/19/2006 | 12 | Financial Interest Disclosure Statement (Local Rule 7.1) by Vonage Holdings Corp., Vonage America, Inc. (nhall) (Entered: 07/26/2006) |
| 07/19/2006 | 11 | ANSWER And Counterclaims And Jury Demand, COUNTERCLAIM against Verizon Services Corp., Verizon Laboratories Inc. by Vonage Holdings Corp., Vonage America, Inc.(nhall) (Entered: 07/26/2006) |
| 07/19/2006 | 10 | NOTICE of Appearance by Seth Alain Watkins on behalf of Vonage Holdings Corp., Vonage America, Inc.(nhall) (Entered: 07/26/2006) |
| 07/19/2006 | 9 | NOTICE of Appearance by Scott William Doyle on behalf of Vonage Holdings Corp., Vonage America, Inc.(nhall) (Entered: 07/26/2006) |
| 07/11/2006 | 8 | ORDER granting [5] Motion for Extension of Time to Answer Vonage Holdings Corp. answer due 7/19/2006; Vonage America, Inc. answer due 7/19/2006. Signed by Judge Claude M. Hilton on 7/11/06. (nhall) (Entered: 07/12/2006) |
| 07/06/2006 | 7 | NOTICE of Appearance by Charles Bennett Molster, III on behalf of Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 07/07/2006) |
| 07/05/2006 | 6 | Memorandum in Support of [5] Unopposed MOTION for Extension of Time to File Answer re [1] Complaint filed by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 07/07/2006) |
| 07/05/2006 | 5 | Unopposed MOTION for Extension of Time to File Answer re [1] Complaint by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 07/07/2006) |
| 06/20/2006 | 4 | SUMMONS Returned Executed Vonage America, Inc. served on 6/14/2006, answer due 7/5/2006 (nhall) (Entered: 06/21/2006) |
| 06/20/2006 | 3 | SUMMONS Returned Executed Vonage Holdings Corp. served on 6/14/2006, answer due 7/5/2006 (nhall) (Entered: 06/21/2006) |
| 06/12/2006 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Verizon Services Corp., Verizon Laboratories Inc. (nhall) (Entered: 06/14/2006) |
| 06/12/2006 |  | Summons Issued by Richmond Division and given to atty for service as to Vonage Holdings Corp., Vonage America, Inc. (ctat, ) (Entered: |

| | | 06/14/2006) |
|---|---|---|
| 06/12/2006 | 1 | COMPLAINT against Vonage Holdings Corp., Vonage America, Inc. filed by Verizon Services Corp., Verizon Laboratories Inc. Filing fee $350, receipt number 300 83444.(ctat, ) (Entered: 06/14/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/08/2007 17:05:13 | | |
| **PACER Login:** | dm0095 | **Client Code:** | 99999-00092-04403 |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00682-CMH-BRP |
| **Billable Pages:** | 30 | **Cost:** | 2.40 |