# EXHIBIT C

Dockets.Justia.com

1001

```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   ALEXANDRIA DIVISION

VERIZON SERVICES CORP.,        .    Civil Action No. 1:06cv682
et al.,                        .
                               .
          Plaintiffs,          .
                               .
     vs.                       .    Alexandria, Virginia
                               .    February 28, 2007
VONAGE HOLDINGS CORP.,         .    10:00 a.m.
et al.,                        .
                               .
          Defendants.          .    MORNING SESSION
                               .
.  .  .  .  .  .  .  .  .  .

                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE CLAUDE M. HILTON
                UNITED STATES DISTRICT JUDGE

                      VOLUME 5 - A.M.
```

APPEARANCES:

FOR THE PLAINTIFFS:        DAN K. WEBB, ESQ.
                           CHARLES B. MOLSTER, III, ESQ.
                           PETER C. MC CABE, ESQ.
                           BRIAN C. RIOPELLE, ESQ.
                           PEGGY M. BALESTERI, ESQ.


FOR THE DEFENDANTS:        ROBERT E. WARIN, ESQ.
                           SCOTT W. DOYLE, ESQ.
                           WILLIAM M. BOSCH, ESQ.
                           STEVEN J. BARBER, ESQ.
                           DANIEL L. GIRDWOOD, ESQ.


OFFICIAL COURT REPORTER:   ANNELIESE J. THOMSON, RDR, CRR
                           U.S. District Court, Fifth Floor
                           401 Courthouse Square
                           Alexandria, VA 22314
                           (703)299-8595


                    (Pages 1001 - 1112)

         COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

1019

1  BY MR. DOYLE:
2  Q.    Good morning, Mr. Halpern.
3  A.    Good morning.
4  Q.    Could you please state your full name for the jury, please?
5  A.    Joel Michael Halpern.
6  Q.    Where do you live?
7  A.    I live at 309 Chaucer Place, Northeast, in Leesburg,
8  Virginia.
9  Q.    Mr. Halpern, are you an independent consultant?
10 A.    Yes, I am.
11 Q.    And what activities do you perform as a consultant?
12 A.    I consult to government and industry.  I have an engagement
13 with the government on a large Internet-related project.  I
14 consult on technology strategy to start-ups and large router
15 companies.  I also consult to lawyers on patent-related matters.
16        MR. RIOPELLE:  Your Honor, we're not challenging his
17 qualifications.  We'll stipulate.
18        THE COURT:  All right, we'll admit his curriculum vitae.
19 Just go right to the questioning.
20        MR. DOYLE:  Thank you, Your Honor.
21 Q.    Mr. Halpern, did you review U.S. Patent Nos. 6,104,711 and
22 6,282,574, two of the patents in suit?
23 A.    Yes, I did.
24 Q.    Is it okay if I refer to these patents as the '711 and '574
25 patents?