THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Case No. 05-2433-JWL |

**SPRINT'S MOTION TO STRIKE OR DISREGARD PORTIONS OF VONAGE'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Rule 56.1 of the Local Rules for the District of Kansas, and the inherent powers of this Court, Plaintiff Sprint Communications Company L.P. ("Sprint") hereby moves to strike certain portions of the "facts" contained in Vonage's Brief in Support of Its Motion for Summary Judgment for containing improper argument, unsubstantiated allegations, and inaccurate recitations to the record. Vonage's Brief in Support violates Local Rule 56.1 and established case precedent for the proper procedure to provide factual support for a party's motion for summary judgment. In addition, the degree to which Vonage's brief includes unsupported arguments, legal conclusions, and unsubstantiated allegations mandates that the Court should strike such arguments and allegations from the Summary Judgment Record, or disregard them in ruling upon Vonage's motion.

2500759v1

Respectfully submitted,

Dated: June 11, 2007                         /s/ Adam P. Seitz
                                             B. Trent Webb, KS Bar No. 15965
                                             Eric A. Buresh, KS Bar No. 19895
                                             Adam P. Seitz, KS Bar No. 21059
                                             SHOOK, HARDY & BACON L.L.P.
                                             2555 Grand Boulevard
                                             Kansas City, Missouri 64108-2613
                                             (816) 474-6550 Telephone
                                             (816) 421-5547 Facsimile

                                             Attorneys for Plaintiff
                                             SPRINT COMMUNICATIONS COMPANY L.P.

2500759v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION TO STRIKE OR DISREGARD PORTIONS OF VONAGE'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

2500759v1

2500759v1