# EXHIBIT D

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 24, 2007

VIA EMAIL

Adam P. Seitz, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc.* (Case No: 05-2433-JWL)
      Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Adam:

This letter regards certain deficiencies in Sprint's document production.

Relating to Requests Nos. 74 - 76, Sprint has not yet produced the "market profile documents" as referenced in the deposition of James Patterson (rough draft lines 55:5 – 56:7). Such documents are clearly responsive to these requests and should be produced immediately.

Relating to Requests Nos. 40, 55, and 105, Sprint has not yet produced the "Memorandum of Understanding" dated August 7, 2001 and the "Master System Integrator and Service Provider Agreement" dated December 14, 1998, both referenced in the "Alliance Agreement" between Sprint/United Management Company and Cisco System, Inc., on the page bates numbered SPRe-012-01-001230. These documents are clearly responsive and should be produced immediately, in addition to any other responsive agreements between Sprint and Cisco that have not yet been produced.

Relating to Requests Nos. 40, 55, and 105, Sprint has not yet produced any correspondence relating to the "Immunity Period" referenced in the "Amendment No. 2 to the Alliance Agreement" between Sprint/United Management Company and Cisco System, Inc., on the page bates numbered SPRe-012-01-00790. This includes without limitation any notice of intent to end immunity. We request that Sprint produce all such correspondence or any other related documents immediately.

Please produce all such documents no later than **Tuesday, May 1, 2007**.

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608         PHONE: 202.776.7800   FAX: 202.776.7801

DuaneMorris

Adam P. Seitz, Esquire
April 23, 2007
Page 2

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Helesa Lahey

HKL/rd
cc:   Eric A. Buresh, Esquire