# EXHIBIT E

Dockets.Justia.com

## Lahey, Helesa K.

| | |
|---|---|
| **From:** | Golob, Barry |
| **Sent:** | Wednesday, June 06, 2007 3:37 PM |
| **To:** | 'Seitz, Adam P. (SHB)'; Buresh, Eric A. (SHB) |
| **Cc:** | McPherson, Patrick D.; McPhail, Donald R.; Golob, Barry; Finucane, Ayline; DeBruicker, Lauren E. |
| **Subject:** | Sprint v. Vonage |

Adam:

As you know, Vonage has had outstanding document requests directed at Sprint's first awareness of Vonage and any competitive analysis of Vonage for some time now.  See, e.g., Vonage's 2nd Set of Document Requests, served Jan. 10, 2007.

Although no such documents have been produced, we learned for the first time at Vonage's Rule 30(b)(6) deposition of Sprint on April 17, 2007 (Mr. Patterson was the designee) that Sprint had such competitive analyses, but that they had not been produced to Vonage.

I have been consistently asking you for these documents since then and you have consistently been telling me that you are searching for them and/or they will be forthcoming.  As late as this past Monday I asked you again for the documents and you stated that you would look into it and get back to me.

If we do not have these documents by tomorrow at noon our time, we will be forced to file a motion to compel, as your tardiness in producing relevant documents is materially prejudging our case.

Barry



**Barry Golob**
Partner
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
P: 202.776.5236
F: 202.776.7801

- ❷ BIO
- ❷ E-MAIL
- ❷ WEB SITE
- ❷ VCARD