# EXHIBIT F

**Lahey, Helesa K.**

| | |
|---|---|
| **From:** | Seitz, Adam P. (SHB) [ASEITZ@shb.com] |
| **Sent:** | Thursday, June 07, 2007 11:03 AM |
| **To:** | Golob, Barry; Buresh, Eric A. (SHB) |
| **Cc:** | McPherson, Patrick D.; McPhail, Donald R.; Finucane, Ayline; DeBruicker, Lauren E. |
| **Subject:** | RE: Sprint v. Vonage |

Barry,

I informed you on Monday that I would look into the production of these documents, which I have done. Our search for these documents was hampered by the fact that your document request was significantly overbroad, ambiguous and irrelevant in many regards. Nonetheless, we have concluded our search and located documents that we believe are responsive to your request. We have not yet had these documents processed for production and will send them to our vendor immediately for processing and production. I expect our vendor will be able to produce these documents to you by next week. If you need these documents earlier, please let me know and we may be able to make arrangements to send them to you if we can come to an agreement on maintaining these documents as "Attorneys' Eyes Only" as they will not contain any confidentiality markings.

Please note that Sprint is producing these documents without any prejudice to its right to argue that discovery is now closed--a fact of which Vonage is well aware--and that the filing of any motion to compel is untimely and improper--another fact of which Vonage is well aware.

Thanks,

Adam

---

**From:** Golob, Barry [mailto:BGolob@duanemorris.com]
**Sent:** Wednesday, June 06, 2007 2:37 PM
**To:** Seitz, Adam P. (SHB); Buresh, Eric A. (SHB)
**Cc:** McPherson, Patrick D.; McPhail, Donald R.; Golob, Barry; Finucane, Ayline; DeBruicker, Lauren E.
**Subject:** Sprint v. Vonage

Adam:

As you know, Vonage has had outstanding document requests directed at Sprint's first awareness of Vonage and any competitive analysis of Vonage for some time now. See, e.g., Vonage's 2nd Set of Document Requests, served Jan. 10, 2007.

Although no such documents have been produced, we learned for the first time at Vonage's Rule 30(b)(6) deposition of Sprint on April 17, 2007 (Mr. Patterson was the designee) that Sprint had such competitive analyses, but that they had not been produced to Vonage.

I have been consistently asking you for these documents since then and you have consistently been telling me that you are searching for them and/or they will be forthcoming. As late as this past Monday I asked you again for the documents and you stated that you would look into it and get back to me.

If we do not have these documents by tomorrow at noon our time, we will be forced to file a motion to compel, as your tardiness in producing relevant documents is materially prejudging our case.

6/11/2007

Barry



Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Mail Gate made the following annotations on Thu Jun 07 2007 10:03:27

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

6/11/2007