# EXHIBIT I

(filed under seal pursuant to Stipulated Protective Order)

Dockets.Justia.com