# EXHIBIT J

**(filed under seal pursuant to
Stipulated Protective Order)**

Dockets.Justia.com