# EXHIBIT K

(filed under seal pursuant to
Stipulated Protective Order)

Dockets.Justia.com