# EXHIBIT N

# Sprint Deployment of End-to-End Cisco IP Next-Generation Network Enables "Triple Play" Service Offerings to Enterprise Customers Worldwide

*Sprint Is the First Global Provider to Receive Cisco IP VPN Multiservice QoS Certification*

Media Contact:
Stephanie Taliaferro, 913-794-3658
stephanie.c.taliaferro@mail.sprint.com

SAN JOSE, Calif., & OVERLAND PARK, Kan. — 07/20/2005

Cisco Systems(r) and Sprint today announced that Sprint has become the first global service provider to achieve the Cisco IP VPN Multiservice QoS Certified status. This certification indicates that Sprint has demonstrated through a third-party assessment that its Multiprotocol Label Switching (MPLS) virtual private network (VPN) service meets Cisco(r) best practices and standards for delivering quality of service (QoS). As the first global provider to also deploy an IP Next-Generation Network (IP NGN) built end-to-end with Cisco equipment, Sprint continues its culture of innovation with voice, video and data ("triple play") service offerings that are designed to provide enhanced performance, greater simplicity and better value for its customers.

IP NGN, a Cisco initiative to enable service provider migration to all-Internet Protocol (IP) networks, increases providers' abilities to deliver innovative new services, improves their operational and capital expenditure efficiencies and advances the network and service control that they and their customers need for long-term business success. The deployment of a Cisco IP NGN enables Sprint to deliver its current portfolio of services more efficiently and effectively, while the IP VPN Multiservice QoS Certification demonstrates that Sprint has the means to deliver tomorrow's real-time, application-intensive business and residential services. The IP NGN creates an intelligent infrastructure from which application-aware services are delivered by a service-aware network. This infrastructure opens new opportunities to offer business customers advanced, highly secure, value-added and personalized all-media services over wireline and wireless connections.

Cisco's certification comes as Sprint continues the deployment of its Data Simplification initiative, delivering corporate applications such as intranets, extranets, highly secure remote access and value-added services over its 100 percent Cisco-based global IP/MPLS network. Sprint customers benefit from the ability to reduce or better manage their costs through usage-based billing, prioritization for VoIP and other critical applications, and provide wireline and wireless access flexibility for stationary and mobile users to access their company data and applications. The initiative also improves the overall customer experience with a streamlined product portfolio and simplified pricing, contracts and billing.

Sprint and Cisco Renew Strategic Alliance
Cisco Systems and Sprint have signed a three-year extension of their strategic alliance, which was first established in December 2001. Through this alliance, the companies have led and influenced technology and product innovation as well as efficient and effective collaborative marketing and sales initiatives. Working together to develop new services and solutions permits Cisco and Sprint to be more efficient and nimble while offering the most advanced and scalable solutions to their customers and the marketplace.

"Sprint's robust portfolio of wireless and wireline solutions allows businesses to work with one provider to meet all their telecommunications needs, which is a desire we've heard businesses express time and time again," said Howard Janzen, president of Sprint Business Solutions. "Being the first global provider to deploy a Cisco IP NGN is consistent with our continued focus on IP-based solutions. Delivering services with better performance and value is vital to our business. We chose Cisco as our partner not only for their technology, as we share the same drive for innovation and excellence, but also for their approach to service creation and continued commitment to our success."

"Sprint's decision to deploy a Cisco IP NGN and its subsequent IP VPN Multiservice QoS certification represents a milestone achievement that underscores Sprint's commitment to its customers and investors, and to Cisco as well," said Carlos Dominguez, senior vice president of Worldwide Service Provider Operations at Cisco Systems. "In addition, the extended alliance between Cisco and Sprint renews the strong support of our respective business initiatives and reflects our mutual intent to expand the alliance model and relationship over the next three years."

About the IP VPN Multiservice QoS Certification and the Cisco Powered Network Program
The new Cisco QoS Certification requires the service provider to undergo an annual third-party, on-site assessment, to validate that the service provider follows best practices for delivering recommended levels of network performance (including latency, jitter and packet loss). The certification also specifies that the service-level agreement must span the network from customer edge to customer edge. The Cisco Powered Network Program identifies service providers that use Cisco equipment in their networks end to end and meet Cisco requirements for service and support. By building their networks using Cisco equipment, Cisco Powered Network Program members can offer services with high levels of network quality and interoperability. Additionally, these service providers bring businesses specialized expertise, enhanced efficiency and access to global network resources, allowing businesses confidence when outsourcing the management of their network to a Cisco Powered Network Program member. For additional information about the Cisco Powered Network Program visit www.cisco.com/cpn.


EXHIBIT
Ball 7
8-29-07

About Sprint Nextel
Sprint Nextel offers a comprehensive range of communications services bringing mobility to consumer, business and government customers. Sprint Nextel is widely recognized for developing, engineering and deploying innovative technologies, including two

robust wireless networks offering industry leading mobile data services; instant national and international walkie-talkie capabilities; and an award-winning and global Tier 1 Internet backbone. For more information, visit www.sprint.com.

**About Cisco Systems**
Cisco Systems, Inc. (NASDAQ: CSCO), the worldwide leader in networking for the Internet, celebrates 20 years of commitment to technology innovation, industry leadership, and corporate social responsibility. Information about Cisco can be found at http://www.cisco.com. For ongoing news, go to http://newsroom.cisco.com. Cisco equipment in Europe is supplied by Cisco Systems International BV, a wholly owned subsidiary of Cisco Systems, Inc.

Cisco, Cisco Systems, and the Cisco Systems logo are registered trademarks or trademarks of Cisco Systems, Inc. and/or its affiliates in the United States and certain other countries. All other trademarks mentioned in this document are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. This document is Cisco Public Information.
Copyright © 2007 Sprint Nextel. All Rights Reserved.