# EXHIBIT F

**(filed under seal pursuant to Stipulated Protective Order)**

Dockets.Justia.com