Sprint Communications Company LP v. Vonage Holdings Corp., et al Doc. 220 Att. 9

# EXHIBIT I

Dockets.Justia.com

370 / 522
08/568551
Class | Subclass | ISSUE CLASSIFICATION

5825780

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 08/568551 | OCT 20 1998 | 5825780 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/568,551 | 12/07/95 | 370 | 522 | ~~2603~~ ~~2732~~ 2738 | PATEL |

APPLICANTS

JOSEPH M. CHRISTIE, SAN BRUNO, CA.

**CONTINUING DATA*********************
VERIFIED THIS APPLN IS A CON OF 08/238,605 05/05/94 ABN Blum

**FOREIGN/PCT APPLICATIONS************
VERIFIED none

**NOTE-DISCLAIMER**
The term of this patent shall not extend beyond the expiration date of Pat. No. ____

FOREIGN FILING LICENSE GRANTED 02/21/96

| Foreign priority claimed ☐ yes ☒ no; 35 USC 119 conditions met ☐ yes ☒ no; Verified and Acknowledged — Examiner's Initials | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | CA | 8 | 54 | 11 | $2,122.00 | SPT-1057 |

ADDRESS

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO 64114

TITLE

METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

U.S. DEPT. of COMMERCE • Patent and Trademark Office–PCT-436L (rev. 7-94)

2-25-98

PARTS OF APPLICATION FILED SEPARATELY — Applications Examiner

NOTICE OF ALLOWANCE MAILED: 2-17-98

Assistant Examiner

CLAIMS ALLOWED: Total Claims 115; Print Claim 1

ISSUE FEE: Amount Due 1320.00; Date Paid 5/18/98

Om Pate
ASSISTANT PATENT EXAMINER
AU 2732
Primary Examiner

DRAWING: Sheets Drwg. 8; Figs. Drwg. 8; Print Fig. 1

ISSUE BATCH NUMBER A-56

PREPARED FOR ISSUE

FORM PTO-1267 (Rev. 11-92) U.S. Department of Commerce Patent and Trademark Office

DISCLAIMER LABEL

Application No. 08/568,551

A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.

DO NOT DESTROY

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/92)

(FACE)



#22
8.3 and
12/19/97

Sprint Docket 1037

CERTIFICATION UNDER 37 C.F.R. 1.8

I hereby certify that this Amendment is being deposited with the United States Postal Service as First Class Mail, postage prepaid, on Thursday, December 04, 1997, in an envelope addressed to: Assistant Commissioner of Patents, Washington, D C. 20231.

Jay B. Beatty-Intellectual Property Admin

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| **Applicant:** | Joseph Michael Christie |
| **Application No.:** | 08/568,551 |
| **Filed:** | December 7, 1995 |
| **Title:** | "METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL" |
| **Examiner:** | Patel, Ajit |
| **Art Unit:** | 2603 |

---

Hon. Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sirs:

**AMENDMENT**

In response to the Office Action dated September 5, 1997, please enter this amendment to the above-referenced application. Applicants respectfully request consideration and allowance of the amended application. An Information Disclosure Statement and a Transmittal with authorization for the proper fees is also attached.

**In the Claims:**

Please amend claims 121, 139, 142, 149, 175-177, 194, 195, 222, and 223. Please cancel claims 147, 148, and 153-170 without prejudice. These claims are not being canceled because of rejections or prior art and will be re-introduced in a continuation application.

11
121. (twice amended) A method for processing telecommunications signaling that comprises:

receiving a telecommunications signaling message from a telecommunications user into a signaling processor that is located externally to any network elements that are switches;

processing the telecommunications signaling message in the signaling processor to select at least one characteristic for a communications path for the telecommunications user;

generating a new telecommunications signaling message in the signaling processor that is based at least in part on the at least one selected characteristic; and

transmitting the new telecommunications signaling message to one of the [a] network elements on the communications path wherein the one network element [that] has not received and did not generate the telecommunications signaling message received into the signaling processor.

19
139. (twice amended) A method for processing telecommunications signaling that comprises:

receiving a telecommunications signaling message from a telecommunications user into a signaling processor that is not directly coupled to a switch matrix in any network elements;

processing the telecommunications signaling message in the signaling processor to select a connection for a communications path for the telecommunications user;

generating a new telecommunications signaling message in the signaling processor that is based at least in part on the selected connection; and

transmitting the new telecommunications signaling message to one of the [a] network elements on the communications path wherein the one network element [that] did not generate the telecommunications signaling message received into the signaling processor.

the Examiner in order to bring this case to a conclusion. Applicant respectfully requests that the Examiner telephone the undersigned with any comments or suggestions that would facilitate allowance of this case.

Respectfully submitted,

12/4/97
Date

By [signature]
Harley R. Ball, Patent Attorney
Reg. No. 31,733
Tel: (913) 624-6668
Fax: (913) 624-6388

SPRINT COMMUNICATIONS COMPANY L.P.
8140 Ward Parkway
Fifth Floor
MS: MOKCMP0506
Kansas City, Missouri 64114



UNITED STATI. /EPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTY DOCKET NO. |
|---|---|---|---|---|
| 08/568,551 | 12/07/95 | CHRISTIE | J | SPT-1057 |

EXAMINER: PATEL, A

26M1/0905
SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO 64114

| ART UNIT | PAPER NUMBER |
|---|---|
| 2603 | 21 |

DATE MAILED: 09/05/97

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on the amendment filed April 18, 1997.

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire 3 month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) 121-149, 153-258 is/are pending in the application.
Of the above, claim(s) ___ is/are withdrawn from consideration.
☒ Claim(s) 171-174, 234-258 is/are allowed.
☒ Claim(s) 121-149, 153-170, 175-233 is/are rejected.
☐ Claim(s) ___ is/are objected to.
☐ Claim(s) ___ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.
☐ The drawing(s) filed on ___ is/are objected to by the Examiner.
☒ The proposed drawing correction, filed on April 18, 1997 is ☒ approved ☐ disapproved.
☐ The specification is objected to by the Examiner.
☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.
☐ received in Application No. (Series Code/Serial Number) ___.
☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ___.

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of Reference Cited, PTO-892
☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___
☐ Interview Summary, PTO-413
☐ Notice of Draftperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152

PAGES

GP 2603

Sprint Docket 1057

CERTIFICATION UNDER 37 C.F.R. 1.8

I hereby certify that this Amendment is being deposited with the United States Postal Service as First Class Mail, postage prepaid, on April 16, 1997, in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231.

Jay B. Beaty-Intellectual Property Admin

MAIL ROOM APR 18 1997 PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Applicant:** Joseph Michael Christie

**Application No.:** 08/568,551

**Filed:** December 7, 1995

**Title:** "METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL"

**Examiner:** Blum, R.

**Art Unit:** 2603

C 5.20.97 N. Little

Hon. Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sirs:

**AMENDMENT**

RECEIVED MAY 2 1997 GROUP 2600

Please enter this amendment to the above-referenced application. Applicants respectfully request consideration and allowance of the amended application. A Petition for Extension of Time, a Correction of Drawings, Terminal Disclaimers, an Information Disclosure Statement, PTO Form 1449, and a Transmittal with authorization for the proper fees is also attached.

**In the Claims:**

Please amend claims 121, 139, 142, 147-149, and 153. Please cancel claims 150-152 without prejudice. Please add new claims 175-258.

Sub D1

C1

121. (amended) A method for processing telecommunications signaling that comprises:

receiving a telecommunications signaling message from a telecommunications user into a signaling processor that is located externally to any switch;

processing the telecommunications signaling message in the signaling processor to select at least one characteristic for a communications path for the [a] telecommunications user;

generating a new telecommunications signaling message in the signaling processor that is based at least in part on the at least one selected characteristic; and

transmitting the new telecommunications signaling message to a [switch that] network element on the communications path that has not received and did not generate the telecommunications signaling message received into the signaling processor.

Sub D2

C2

139. (amended) A method for processing telecommunications signaling that comprises:

receiving a telecommunications signaling message from a telecommunications user into a signaling processor that is not directly coupled to a switch matrix;

processing the telecommunications signaling message in the signaling processor to select a connection for a communications path for the [a] telecommunications user;

generating a new telecommunications signaling message in the signaling processor that is based at least in part on the selected connection; and

transmitting the new telecommunications signaling message to a [switch that] network element on the communications path that did not generate the telecommunications signaling message received into the signaling processor.

Applicant submits that it would not be obvious to include these networks and network elements in the context of the inventive combinations discussed above. Applicant also submits that changes not discussed above that were made to claims 121, 139, 142, and 147-149 were made to clarify these claims, and were not made in response to a prior art rejection. Applicant submits that claims 121-149 and 153-258 are patentable and requests allowance of these claims.

Applicant is prepared to cooperate with the Examiner in order to bring this case to a conclusion. Applicant respectfully requests that the Examiner telephone the undersigned with any comments or suggestions that would foster such cooperation.

Respectfully submitted,

4-16-97
Date

By [signature]

Michael J. Setter, Patent Attorney
Reg. No. 37,936
Tel: (913) 624-5194
Fax: (913) 624-6388

SPRINT COMMUNICATIONS COMPANY L.P.
8140 Ward Parkway
Fifth Floor
MS: MOKCMP0506
Kansas City, Missouri 64114

PCDOCS #: 19372

| **Interview Summary** | Application No. 08/568,551 | Applicant(s) Christie | |
|---|---|---|---|
| | Examiner Russell W Blum | Group Art Unit 2603 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Russell W Blum* (3) ________

(2) *Michael Setter (37,936)* (4) ________

Date of Interview *26 Feb 1997*

Type: ☐ Telephonic ☒ Personal (copy is given to ☐ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description:

Agreement ☐ was reached. ☒ was not reached.

Claim(s) discussed: *121, 139 and proposed new claims XXX and YYY*

Identification of prior art discussed:
*D'Amato, Gopal, Rago, Epley*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*discussed possible distinguishing limitations; e.g. new signalling sent to switch/element which did not generate or receive previous signalling, processor selcts a connection; to overcome the prior art rejections*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1. ☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

[signature]
RUSSELL W BLUM
PATENT EXAMINER
ART UNIT 2603



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/568,551 | 12/07/95 | CHRISTIE | |

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO 64114

| EXAMINER | |
|---|---|
| BLUM, R | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2603 | 14 |

DATE MAILED: 10/17/96

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

| **Office Action Summary** | Application No. 08/568,651 | Applicant(s) Christie |
|---|---|---|
| | Examiner Russell W Blum | Group Art Unit 2603 |

☒ Responsive to communication(s) filed on *7 Dec 1995*.

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire *3* month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *121-174* is/are pending in the application.

Of the above, claim(s) ______ is/are withdrawn from consideration.

☐ Claim(s) ______ is/are allowed.

☒ Claim(s) *121-168 and 171* is/are rejected.

☒ Claim(s) *169, 170, and 172-174* is/are objected to.

☐ Claims ______ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ______ is/are objected to by the Examiner.

☒ The proposed drawing correction, filed on *7 Dec 1995* is ☐ approved ☒ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *11,13*

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

10
B
9-10-96
[signature]

PATENT
SPT-1057

CERTIFICATION UNDER 37 C.F.R. 1.10

I hereby certify that this Preliminary Amendment is being deposited with the United States Postal Service on December 7, 1995, as "Express Mail, Post Office to Addressee", Mailing Label No: EF596040135US, postage prepaid, addressed to: Box FWC, Assistant Commissioner for Patents, Washington, D.C., 20231.

[signature]
Michael J Setter, Reg. No. 37,936

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Application of: | Joseph Michael Christie |
| Filed: | December 7, 1995 |
| For: | "METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL" |

---

Hon. Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sirs:

PRELIMINARY AMENDMENT

Please enter this amendment to the enclosed file wrapper continuation application. Applicants respectfully request consideration of the file wrapper continuation application. A Petition for Extension of Time, a Correction of Drawings, an Information Disclosure Statement, and a Transmittal with authorization for the proper fees is also attached.

Parent Application Information:

| | |
|---|---|
| Applicants: | Joseph Michael Christie |
| Serial No.: | 08/238,605 |
| Filed: | May 5, 1994 |
| Title: | "METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL" |
| Group No.: | 2603 |
| Examiner: | Blum, R. |

**In the Claims:**

Please cancel claims 64-120 without prejudice. Please add the following new claims 121-174.

121. A method for processing telecommunications signaling that comprises:

receiving a telecommunications signaling message into a signaling processor that is located externally to any switch;

processing the telecommunications signaling message in the signaling processor to select at least one characteristic for a communications path for a telecommunications user;

generating a new telecommunications signaling message in the signaling processor that is based at least in part on at least one selected characteristic; and

transmitting the new telecommunications signaling message to a switch that did not generate the telecommunications signaling message received into the signaling processor.

122. The method of claim 121 wherein receiving the telecommunications signaling message into the signaling processor comprises receiving a Signaling System #7 (SS7) Initial Address Message (IAM).

123. The method of claim 121 wherein receiving the telecommunications signaling message into the signaling processor comprises receiving a telecommunications signaling message in broadband format.

124. The method of claim 121 wherein processing the telecommunications signaling message comprises processing based at least in part on a point code in the telecommunications signaling message.

Applicant submits that claims 121-174 are patentable and requests allowance of these claims. Applicant is prepared to cooperate with the Examiner in order to bring this case to a conclusion. Applicant respectfully requests that the Examiner telephone the undersigned with any comments or suggestions that would foster such cooperation.

Respectfully submitted,

12-7-95
Date

By [signature]

Michael J. Setter, Patent Attorney
Reg. No. 37,936
Tel: (913) 624-5194
Fax: (913) 624-6388

SPRINT COMMUNICATIONS COMPANY L.P.
8140 Ward Parkway
Fifth Floor
MS: MOKCMP0506
Kansas City, Missouri 64114

#: 4212

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/238,605 | 05/05/94 | CHRISTIE | J SPT1057 |

EXAMINER: ~~BLUM, R~~

26M1/0707

HARLEY R. BALL
SPRINT LAW DEPARTMENT
8140 WARD PARKWAY
MAILSTOP: MOKCMP0506
KANSAS CITY, MO 64114

| ART UNIT | PAPER NUMBER |
|---|---|
| 2603 | ~~6~~ 7 |

DATE MAILED: 07/07/95

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☐ This application has been examined ☒ Responsive to communication filed on 5/15/95 ☒ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ——— days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ____________

**Part II SUMMARY OF ACTION**

1. ☒ Claims 64-120 are pending in the application.

   Of the above, claims ____________ are withdrawn from consideration.

2. ☒ Claims 1-63 have been cancelled.
3. ☐ Claims ____________ are allowed.
4. ☒ Claims 64-120 are rejected.
5. ☐ Claims ____________ are objected to.
6. ☐ Claims ____________ are subject to restriction or election requirement.
7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ____________. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ____________, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☒ The proposed drawing correction, filed 5/15/95, has been ☐ approved; ☒ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ____________ ; filed on ____________.
13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☒ Other document BK was not found with the other references submitted on the IDS

EXAMINER'S ACTION





SPT-1057

CERTIFICATION UNDER 37 C.F.R. 1.8

I hereby certify that this Amendment and Transmittal Letter is being deposited with the United States Postal Service as First Class Mail on or before May 9, 1995 in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Michael J. Setter, Reg. No. 30,936

5-31-95

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Applicant:** JOSEPH MICHAEL CHRISTIE

**Serial No.:** 08/238,605

**Filed:** 05/05/94

**Title:** METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

**Examiner:** Blum, R.

**Art Unit:** 2603

AMENDMENT

Please enter the following amendment and reconsider the above referenced application. A petition for extension of time and the appropriate fee are enclosed. A proposed correction to the drawings is enclosed in red-line format along with the appropriate fee and a separate paper directed to the draftsman. An information disclosure statement and appropriate fee will be filed in a few days and should be available when this amendment is considered.

SB27287 05/23/95 08238605 21-0765 270 102 152.00CH

**In the Specification:**

On page 11, lines 22-23, the text should read, "communications path to fourth element 134 to over sixth connection 146. CCP 120 would signal fourth element 134".

On page 11, line 33 should read, "transmitted and received over links, connections, or other"

On page 13, line 1, after "access", delete "a".

On page 14, line 13, after "or", add -- triggering and --

On page 32, line 4, after "or", delete "a".

**In the Claims:**

Please cancel claims 1-63 without prejudice. Please add the following new claims 64-120.

cited references do not suggest any method for interworking differently manufactured switches by controlling the signaling.

Claim 120 is dependent on 117 and recites in part that one switch is a broadband switch and another switch is a narrowband switch. The cited references do not suggest any method for interworking a broadband switch with a narrowband switch by controlling the signaling.

Applicant respectfully submits that claims 64-120 are in condition for allowance and are patentable over the cited references. Applicant requests allowance of claims 64-120.

Please charge any additional fees for the filing of this paper or otherwise in connection with the above identified application to Sprint Communications Communications Company Deposite Account No. 21-0765.

Respectfully submitted,

Date: 5-9-95

By: [signature]
Michael J. Setter, Attorney
Reg. No. 37,936
Tel: (913) 624-5194
Fax: (913) 624-6388

Sprint Communications Company L.P.
8140 Ward Parkway
5th Floor
Kansas City, Missouri 64114
MS: MOKCMP0506



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/238,605 | 05/05/94 | CHRISTIE J | SPI1057 |

EXAMINER: [illegible]

26M1/1104

HARLEY R. BALL
SPRINT LAW DEPARTMENT
8140 WARD PARKWAY
MAILSTOP: MOKCMP0506
KANSAS CITY, MO 64114

| ART UNIT | PAPER NUMBER |
|---|---|
| 2603 | 2 |

DATE MAILED: 11/07/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined ☐ Responsive to communication filed on ______ ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ______

**Part II SUMMARY OF ACTION**

1. ☒ Claims 1-63 are pending in the application.

   Of the above, claims ______ are withdrawn from consideration.

2. ☐ Claims ______ have been cancelled.
3. ☐ Claims ______ are allowed.
4. ☒ Claims 1-63 are rejected.
5. ☐ Claims ______ are objected to.
6. ☐ Claims ______ are subject to restriction or election requirement.
7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ______. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ______. has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed ______, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ______ ; filed on ______.
13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

**EXAMINER'S ACTION**