# EXHIBIT J-1

Dockets.Justia.com

| | | |
|---|---|---|
| jc542 U.S. PTO<br>09/082040<br>07/20/98 | SubClass<br>Class<br>ISSUE CLASSIFICATION | PATENT NUMBER<br>6643282<br>6643282 |

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED BW  Q.A. | NOV 0 4 2003 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 370 | 358.00 | | |

FILED WITH: ☐ DISK (CRF) ☐ FICH
attached in pocket on right inside flap.

### PREPARED AND APPROVED FOR ISSUE

#### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| 370 | 352 | 370 | 356 | 410 | 500 | 522 | |
| INTERNATIONAL CLASSIFICATION | | 370 | 230 | | | | |
| H 0 4 L | 12/66 | | | | | | |

☐ Continued on Issue Slip Inside File Jacket

9-25-03 Formal Drawings ( 8 shts) set  1  5-20-98

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 8 | 8 | 3 | 37 38 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | | | NOTICE OF ALLOWANCE MAILED |
|---|---|---|---|
| | (Assistant Examiner) | (Date) | 5/5/03 |
| ☑ b) The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____ | | | ISSUE FEE |
| | | | Amount Due | Date Paid |
| | | 5/4/03 | $1300.00 | 8-4-03 |
| | (Primary Examiner) | (Date) | | |
| ☐ c) The terminal _____ months of this patent have been disclaimed. | | 5/9/03 | ISSUE BATCH NUMBER |
| | (Legal Instruments Examiner) | (Date) | |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 10/97)

ISSUE FEE IN FILE

D. RICH                    (LABEL AREA)

(FACE)

## Remarks

Claims 149-292 were pending and rejected. Claims 149-292 have been replaced with new claims 293-329. The new claims 293-329 are fully supported by the specification and do not contain new matter. Applicant requests allowance of claims 293-329.

Claims 149-252 were rejected under 35 U.S.C. §103(a) over U.S. Patent 5,509,010 in view of U.S. Patent 5,473,679 (the La Porta references).

For a user communication, the claimed processing system selects "a network code that identifies a network element to provide egress from a packet communication system," and the processing system transfers a control message to the packet communication system indicating the network code. (See claims 293 and 316; and see the Application, page 18, lines 14-23). In one claim set (293-315), the processing system processes signaling from a narrowband communication system to select the network code. In the other claim set (316-329), the processing system selects the network code to provide egress from the packet communication system to a narrowband communication system.

In the La Porta references, the processing system selects an ATM connection and transfers a control message to an ATM switch indicating the ATM connection. To the ATM switch, the ATM connection identifies an output VPI/VCI for routing ATM cells out of the ATM switch. The ATM connection does not identify "a network element to provide egress from a packet communication system".

**Conclusion.** Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

_____
SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:            Michael J. Setter, Reg. No. 37,936

7



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/082,040 | 05/20/98 | CHRISTIE | J | 1057C |

028004   WM02/0814
SPRINT COMMUNICATIONS COMPANY L.P.
8140 WARD PARKWAY, MAIL STOP MOKCMP0506
KANSAS CITY MO 64114

| EXAMINER |
|---|
| PATEL, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2662 | 18 |

DATE MAILED: 08/14/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44502

1- File Copy

| Office Action Summary | Application No. 09/082,040 | Applicant(s) J. CHRISTIE |
|---|---|---|
| | Examiner AJIT PATEL | Art Unit 2662 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE __3__ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on __May 21, 2001__
2a) ☐ This action is FINAL.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) __293-329__ is/are pending in the applica
   4a) Of the above, claim(s) _____ is/are withdrawn from considera
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) __293-329__ is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claims _____ are subject to restriction and/or election requirem

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
11) ☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   a)☐ All b) ☐ Some* c) ☐ None of:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
   *See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☐ Notice of References Cited (PTO-892)
16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) __14__
18) ☐ Interview Summary (PTO-413) Paper No(s). _____
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other

DEC-10-2001 MON 04:29 PM  FAX NO. 4495426 P. 02

 TL

Practitioner's Docket No. 1057c PATENT

#20
TLR
12/14/01

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie
Application No.: 09/082,040  Group No.: 2662
Filed: 05/20/1998  Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

Assistant Commissioner for Patents
Washington, D. C. 20231

### RESPONSE

Dear A. Patel,

In response to the Office Action dated August 14, 2001, please enter this amendment and consider the following remarks. A one-month extension of time is requested and authorized in the transmittal.

### Remarks

Claims 293-329 are pending. Claims 293-329 stand rejected under the judicially created doctrine of obviousness-type double patenting over copending Application No. 09/082,049. Applicant has included a terminal disclaimer to overcome the double patenting rejection. Applicant requests allowance of claims 293-329.

Respectfully submitted,

ATTORNEY CONTACT:
Michael J. Setter, Reg. No. 37,936
Phone: (303) 546-1300
Fax: (303) 449-5426

CORRESPONDENCE ADDRESS: Customer No. 028004

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/082,040 | 05/20/1998 | JOSEPH M. CHRISTIE | 1057C | 2243 |

7EG04    7590    02/27/2002

SPRINT COMMUNICATIONS COMPANY L.P.
8140 WARD PARKWAY, MAIL STOP MOKCMP0506
KANSAS CITY, MO 64114

| EXAMINER |
|---|
| PATEL, AJIT |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2662 | 22 |

DATE MAILED: 02/27/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 09/082,040 | J. CHRISTIE |
| | Examiner | Art Unit |
| | AJIT PATEL | 2662 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE __3__ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on __Dec 10, 2001__
2a) ☐ This action is FINAL.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) __293-329__ is/are pending in the application
   4a) Of the above, claim(s) _____ is/are withdrawn from consideration
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) __293-329__ is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
11) ☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   a) ☐ All  b) ☐ Some*  c) ☐ None of:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
   *See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)
16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s). __19__
18) ☐ Interview Summary (PTO-413) Paper No(s). _____
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-00)   Office Action Summary   Part of Paper No. 22



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO |
|---|---|---|---|---|
| 09/082,040 | 05/20/1998 | JOSEPH M. CHRISTIE | 1057C | 2243 |

28004    7590    10/22/2002
SPRINT
6391 SPRINT PARKWAY
KSOPHT0101-Z2100
OVERLAND PARK, KS 66251-2100

| EXAMINER |
|---|
| PATEL, AJIT |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2654 | 25 |

DATE MAILED: 10/22/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

HG

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/082,040 | CHRISTIE, JOSEPH M. |
| | Examiner | Art Unit |
| | AJIT G. PATEL | 2664 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>02 August 2002</u>.
2a) ☐ This action is FINAL.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>293-329</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) <u>293-329</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.
    If approved, corrected drawings are required in reply to this Office action.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All  b) ☐ Some * c) ☐ None of:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    a) ☐ The translation of the foreign language provisional application has been received.
15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>24</u>.
4) ☐ Interview Summary (PTO-413) Paper No(s). _____.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)   Office Action Summary   Part of Paper No. 25

Practitioner's Docket No.   1057c                                    PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph M. Christie
Application No.: 09/082,040                         Group No.: 2664
Filed: 05/20/1998                                    Examiner: Ajit Patel
For: Method, System and Apparatus for Telecommunications Control

Assistant Commissioner for Patents
Washington, D. C. 20231

RECEIVED
APR 0 4 2003
Technology Center 2600

**Response to Office Action**

Introductory Comments

In response to the Office Action dated October 22, 2002, please enter this amendment and consider the following remarks. A two-month extension of time is requested and authorized in the transmittal. The revised amendment format is used.

1

Amendments to the Claims

1-292. (Previously cancelled)

293. (Currently amended) A <u>communication network</u> ~~processing system to control a packet communication system for a user communication, the processing system~~ comprising:

<u>a packet communication system configured to receive a user communication;</u>

a call processor configured to process a signaling message from a narrowband communication system to select a network code that identifies a network element to provide egress from the packet communication system for the user communication; ~~and~~

an interface configured to receive the signaling message for the user communication from the narrowband communication system and transfer a control message indicating the network code to the packet communication system<u>; and wherein</u>

<u>the packet communication system is configured to use the network code to route the user communication through the packet communication system to the network element wherein the network element transfers the user communication to provide egress from the packet communication system</u>.

294. (Currently amended) The <u>communication network</u> ~~processing system~~ of claim ~~293~~ wherein the signaling message comprises an Initial Address Message (IAM).

295. (Currently amended) The <u>communication network</u> ~~processing system~~ of claim ~~293~~ wherein the signaling message comprises a Signaling System #7 (SS7) message.

296. (Currently amended) The <u>communication network</u> ~~processing system~~ of claim ~~293~~ wherein the signaling message comprises a Q.931 message.

297. (Currently amended) The <u>communication network</u> ~~processing system~~ of claim ~~293~~ wherein the signaling message comprises in-band signaling.

2

Remarks

Claims 293-329 are pending and rejected. Claims 293-329 are amended by this amendment. Applicants respectfully request allowance of claims 293-329.

**Claims 293-329 stand rejected under 35 U.S.C. §103(a) over U.S. Patent 6,175,574 (Lewis) in view of U.S. Patent 5,509,010 (La Porta).** Independent claims 293 and 316 have been amended to clearly distinguish Lewis and La Porta.

Lewis clearly makes the distinction between communication networks and signaling networks. (See Lewis, column 1, lines 21-53). Lewis teaches a conventional technique for routing user communications. (See Lewis, column 6, line 65 to column 7, line 64). Lewis teaches a new technique for selecting a destination point code to route *an SS7 signaling message*. (See Lewis, column 8, lines 27-39). In contrast, the independent claims require the selection of a network code to route *a user communication*.

An SS7 signaling message is not a user communication, and the signaling network that routes the signaling message is separate from the communication network that routes the user communication. There is no suggestion in Lewis for the *communication network* to use the destination point code to route the *user communication*.

In La Porta, there is no suggestion for the ATM network to use an SS7 point code to route a user communication. Even if the Lewis signaling system were combined with the La Porta ATM communication network, the signaling system would use the destination point code to route the signaling message, *but the ATM communication network would not use the destination point code to route the user communication*. There is no teaching in either Lewis or La Porta to use the destination point code to route the user communication.

8

Applicants submit that there are numerous additional reasons in support of patentability, but that such reasons are moot in light of the above remarks and are omitted in the interests of brevity. Applicants respectfully request allowance of claims 293-329.

/SIGNATURE OF PRACTITIONER

Michael J. Setter, Reg. No. 37,936
Duft Setter Ollila & Bornsen LLC
Telephone: (303) 938-9999 ext. 13
Facsimile: (303) 938-9995

**Correspondence address:**     **CUSTOMER NO. 28004**

Attn: Harley R. Ball
6391 Sprint Parkway
Mailstop: KSOPHT0101-Z2100
Overland Park, KS 66251-2100