# EXHIBIT J-2

Dockets.Justia.com

Practitioner's Docket No. 1057c    *PATENT*

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie
Application No.: 09/082,040    Group No.: 2662
Filed: 05/20/1998    Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

**Assistant Commissioner for Patents**
**Washington, D. C. 20231**

## RESPONSE

Dear A. Patel,

In response to the Office Action dated January 17, 2001, please enter this amendment and consider the following remarks. A one-month extension of time is requested with fee authorization in the transmittal.

**In the Claims**

Please cancel claims 149-292 and add new claims 293-329 as follows.

1

UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/082,040 | 05/20/98 | CHRISTIE | J | 1057C |

021396                    WM02/0117
SPRINT COMMUNICATIONS COMPANY
HARLEY R BALL
8140 WARD PARKWAY 5W
KANSAS CITY MO 64114

| EXAMINER |
|---|
| PATEL, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2662 | 13 |

DATE MAILED:
01/17/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44802

1- File Copy

| Office Action Summary | Application No. 09/082,040 | Applicant(s) J. CHRISTIE |
|---|---|---|
| | Examiner AJIT PATEL | Group Art Unit 2662 |

☒ Responsive to communication(s) filed on _Oct 26, 2000_

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) _149-292_ is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _149-292_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)     Office Action Summary     Part of Paper No. __13__

Practitioner's Docket No. 1057c                                                        *PATENT*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph M. Christie
Application No.: 09/082,040                                 Group No.: 2738
Filed: 05/20/1998                                           Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D. C. 20231

### PRELIMINARY AMENDMENT

Dear Ajit Patel,

In response to the Office Action dated June 26, 2000, please enter this preliminary amendment in a CPA for the above referenced application. A one month extension of time is requested and authorized in the transmittal.

For the above referenced patent application, we may have submitted an information disclosure statement including a separate paper that listed U.S. patent applications. Applicant respectfully requests that these U.S. patent applications be considered but that the application numbers of these U.S. patent applications not be published in any patent. The information disclosure statement that lists the U.S. patent applications may have included an Examiner's initial column. Applicant respectfully requests that the Examiner disregard the initial column for the U.S. patent applications to avoid publication of the application numbers on any patents.

10/30/2000 SDUDHB  00000043 210765  09082040
02 FC:103      2232.00 CH

## In the Claims

Please cancel claims 1-148 and add new claims 149-292 as follows.

-- 149. A processing system comprising:

a call processor configured to process signaling information formatted for a narrowband system to select a characteristic for a user communication wherein the call processor is external to any communication switches; and

an interface configured to generate a message incorporating the characteristic and formatted for a broadband system.

150. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises an Initial Address Message (IAM).

151. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises a Signaling System #7 (SS7) signaling information.

152. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises Q.931 signaling information.

153. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises in-band signaling information.

154. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises Dual Tone Multi-Frequency (DTMF) signaling information.

155. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises C7 signaling information.

156. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises C6 signaling information.

157. The processing system of claim 149 wherein the signaling information formatted for the narrowband system comprises CCIS signaling information.

2

### Remarks

Claims 1-148 were pending and rejected. Based on the recent Examiner Interview, claims 1-148 have been replaced with new claims 149-292. The new claims 149-292 are fully supported by the specification and do not contain new matter. Applicants request allowance of claims 149-292.

Claims 1-148 were rejected over U.S. Patent 5,434,852 (La Porta '852) and U.S. Patent 5,509,010 (La Porta '010). La Porta '852 teaches a call processing architecture that operates using a <u>new</u> broadband signaling protocol. (See La Porta '852, column 3, lines 5-10). La Porta '852 relies on La Porta '010 regarding the processing of signaling from narrowband systems. (See Office Action, page 3). La Porta '010 is primarily directed to the new broadband signaling protocol, but La Porta '010 also discloses how to process narrowband signaling within the architecture of La Porta '852. (See column 8, line 56 to column 9, line 22, and FIG. 7). La Porta '010 clearly teaches that signaling from a narrowband system is processed by a switch control processor complex 709 that is <u>within switch 702</u>. (See column 8, line 56 to column 9, line 22). In the background of the Application, Applicant discusses the problem with this approach of placing a narrowband signaling processor within a broadband switch. (See Application, page 3, line 17 to page 4, line 11).

The new claims 149-292 require that: 1) the signaling information that is processed to select the characteristic be formatted for a narrowband system (i.e. SS7, Q.931), 2) the call processor/processing system is external to any communication switches, and 3) the message incorporating the characteristic is formatted for a broadband system (i.e. ATM).

The new claims 149-292 differ significantly from La Porta '852 and '010 and avoid the problem of processing narrowband signaling in a broadband switch -- La Porta '010 clearly teaches processing narrowband signaling within switch 702. Together, La Porta '852 and '010 do <u>not</u> teach or suggest any processor, other than a control processor within a switch, that processes signaling information formatted for a narrowband system to generate a message formatted for a broadband system. Thus, claims 149-292 are patentable over La Porta '852 and '010.

16

Applicant notes that the term "and transmit" with respect to the message formatted for the broadband system was dropped from claim proposed at the Examiner Interview. Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:  Michael J. Setter, Reg. No. 37,936
Phone: (303) 449-9497
Fax:   (303) 449-0814

CORRESPONDENCE ADDRESS:  Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

Customer No. 021396

17



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/082,040 | 05/20/98 | CHRISTIE | J 1057C |

LM02/0626

ATTN HARLEY R BALL
SPRINT LAW DEPARTMENT
8140 WARD PARKWAY
MAILSTOP MOKCMP0506
KANSAS CITY MI 64114

| EXAMINER |
|---|
| PATEL, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2738 | 7 |

DATE MAILED: 06/26/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                                               1- File Copy

| Office Action Summary | Application No. 09/082,040 | Applicant J. CHRISTIE | |
|---|---|---|---|
| | Examiner AJIT PATEL | Group Art Unit 2738 | |

☒ Responsive to communication(s) filed on _Apr 13, 2000_

☒ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U S C. § 133) Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) _1-148_ is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed

☒ Claim(s) _1-148_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U S.C. § 119(a)-(d).

   ☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been
      ☐ received.
      ☐ received in Application No. (Series Code/Serial Number) _____
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _4,5_

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)   Office Action Summary   Part of Paper No __7__

#6 Ext. of Time(2) /AmdtC
Srv/4-21-00

Practitioner's Docket No. 1057c                                          *PATENT*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph M. Christie
Application No.: 09/082,040                          Group No.: 2738
Filed: 05/20/1998                                    Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D. C. 20231

### RESPONSE

Dear Ajit Patel,

In response to the Office Action dated November 12, 1999, please enter this amendment and consider the following remarks. A two month extension of time is requested and authorized in the transmittal. An IDS is enclosed with the appropriate fee authorized in the transmittal.

04/17/2000 CV0111   00000001 09082040
02 FC:116        380.00 CH

### Remarks

Claims 1-148 are pending and stand rejected. All independent claims (1, 71, and 141) have been amended in response to the rejection. Applicants request allowance of claims 1-148.

Claims 1-148 stand rejected either under §102 over U.S. Patent 5,434,852 (La Porta '852) or under §103 over La Porta '852 in view of U.S. Patent 5,509,010 (La Porta '010). La Porta '852 teaches a call processing architecture that operates using a new broadband signaling protocol. (See La Porta '852, column 3, lines 5-10). La Porta '852 relies on La Porta '010 regarding the processing of signaling from narrowband systems. (See Office Action, page 3).

La Porta '010 is primarily directed to the new broadband signaling protocol that supports the architecture of La Porta '852, but La Porta '010 also discloses how to process narrowband signaling within the architecture of La Porta '852. (See column 8, line 56 to column 9, line 22, and FIG. 7). La Porta '010 clearly teaches that signaling from a narrowband system is processed within switch 702 by switch control processor complex 709. (See column 8, line 56 to column 9, line 22). In the background of the Application, Applicant discusses the problem with this approach of placing a narrowband signaling processor within a broadband switch. (See Application, page 3, line 17 to page 4, line 11).

Applicant has significantly amended independent claims 1, 71, and 141 in light of La Porta '852 and '010. The amended claims now require that the signaling information be formatted for a narrowband system (i.e. SS7, Q.931, etc.). The amended claims also require that either the processor is not a control processor within a switch, or that the processor is external to the switch. The amended claims now differ significantly from La Porta '852 and '010 and avoid the problem of processing narrowband signaling in a broadband switch -- La Porta '010 clearly teaches processing narrowband signaling within switch 702.

Together, La Porta '852 and '010 do not teach or suggest any processor, other than a control processor within a switch, that processes signaling information formatted for a narrowband system. Thus, claims 1-148 as amended are patentable over La Porta '852 and '010.

For the record, Applicant states that La Porta '852 may not be enabled by the improper reference to La Porta '010.

4

Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:

Michael J. Setter, Reg. No. 37,936
Phone: (303) 449-9497
Fax:    (303) 449-0814

CORRESPONDENCE ADDRESS:

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

Customer No. 021396

### Certificate of mailing 37 CFR 1.8

I hereby certify that this Response, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on 4-10, 2000 as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

4-10-00
Date

Laura S. Mellblom

5



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/082,040 | 05/20/98 | CHRISTIE | J | 1057C |

LM02/1112

ATTN HARLEY R BALL
SPRINT LAW DEPARTMENT
8140 WARD PARKWAY
MAILSTOP MOKCMP0506
KANSAS CITY MI 64114

| EXAMINER |
|---|
| PATEL, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2738 | 3 |

DATE MAILED: 11/12/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                    1- File Copy

|  | Application No. | Applicant |
|---|---|---|
| **Office Action Summary** | 09/082,040 | J. CHRISTIE |
|  | Examiner | Group Art Unit |
|  | AJIT PATEL | 2738 |

☒ Responsive to communication(s) filed on _May 20, 1998_

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) _1-148_ _____ is/are pending in the applicat

Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _1-148_ _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___3___

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---