# EXHIBIT K-2

Dockets.Justia.com

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 38 | 37 | US6690656 | System for managing telecommunications | 3/25/1999 | 1999-03-25\|1995-09-08 | Jung; Min | What is claimed is:<br>1. A method for transferring communications using a switch, the method comprising:<br>receiving information related to the communications into a processor that is external to the switch, wherein the switch does not process the information to recognize a trigger;<br>processing the information to select a connection and echo cancellation for the communications;<br>generating a first control message that identifies the selected connection;<br>generating a second control message that identifies the echo cancellation; |
| 39 | 38 | US6674759 | System for managing telecommunications | 3/25/1999 | 1999-03-25\|1995-09-08 | Rao; Seema S. | What is claimed is:<br>1. A communication network comprising:<br>a first switch configured to receive communications, receive a first message, and transfer the communications over a first connection in response to the first message;<br>a second switch configured to receive the communications transferred by the first switch, receive a second message, and transfer the communications over a second connection in response to the second message;<br>a first processor that is external to the first switch and the second switch and configured to receive information related to the |
| 40 | 39 | US6480493 | System for managing telecommunications | 3/25/1999 | 1999-03-25\|1995-09-08\|1994-05-05 | Rao; Seema S. | What is claimed is:<br>1. An Asynchronous Transfer Mode (ATM) communications system comprising:<br>an ATM multiplexer configured to receive user communications, convert the user communications into ATM communications, and transfer the ATM communications;<br>an ATM switch configured to receive a control message, receive the ATM communications, and transfer the ATM communications over a selected ATM connection in response to the control message; and |
| 41 | 40 | US7085362 | System for managing telecommunications | 3/25/1999 | 1999-03-25\|1995-09-08 | Tieu; Benny Quoc | 1. A method of operating a call processing system to handle a call placed to a called telephone number from a caller having a caller telephone number, the method comprising: <p>receiving call set-up signaling for the call;</p> <p>processing the called telephone number from the call set-up signaling to determine if the called telephone number is a toll-free number;</p> <p>if the called telephone number is not the toll-free number, then checking the caller telephone number in a |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 42 | 41 | US6473429 | Broadband telecommunications system | 7/15/1999 | 1999-07-15\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:☐<br>1. A communication method comprising:☐<br>receiving information associated with a user communication into a processing system;☐<br>processing the information in the processing system to select an identifier;☐<br>generating a message containing the identifier;☐<br>transmitting the message from the processing system;☐<br>receiving the message into an interworking unit;☐<br>receiving the user communication into the interworking unit from a DS0 connection;☐<br>in the interworking unit, converting the user communication into an |
| 43 | 42 | US6529514 | ATM gateway system | 9/9/1999 | 1999-09-09\|1998-07-27\|1996-02-02\|1995-12-07\|1994-05-05 | Patel; Ajit | We claim:☐<br>1. A method of handling a telecommunications call, the method comprising:☐<br>receiving an initial address message for the call in a call processor;☐<br>receiving asynchronous communications for the call in a gateway wherein the asynchronous communications for the call include a first virtual identifier for routing the asynchronous communications;☐<br>in the call processor, processing the initial address message to select a second virtual identifier for routing the asynchronous communications;☐ |
| 44 | 43 | US6304580 | Broadband telecommunications system interface | 10/6/1999 | 1999-10-06\|1996-11-22\|1996-11-22\|1995-12-07\|1994-05-05 | Patel; Ajit | We claim:☐<br>1. A communication method comprising:☐<br>receiving GR-303signaling associated with a GR-303communication into a processing system;☐<br>processing the GR-303signaling in the processing system to select an identifier for a non-GR-303communication;☐<br>generating first information including the identifier;☐<br>transmitting the first information from the processing system;☐<br>receiving the first information and the GR-303communication into a bearer interface;☐ |
| 45 | 44 | US6690674 | System and method for interfacing a local communication device | 10/20/1999 | 1999-10-20\|1996-11-22 | Yao; Kwang Bin | What is claimed is:☐<br>1. A system for providing an interface for a call between a broadband system and a GR-303 system, the call having user communications and call signaling, the system comprising:☐<br>a signaling processor adapted to process the call signaling to select a broadband connection for the call and to provide a control message that identifies the selected broadband connection;☐<br>a converter adapted to receive the call signaling from the GR-303 system in a GR-303 format and to provide the call signaling to the signaling processor in a format processable by the signaling processor;☐ |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 46 | 45 | US6788693 | System and method for interfacing a local communication device | 10/20/1999 | 1999-10-20\|1996-11-22 | Yao; Kwang Bin | What is claimed is:<br>1. A method of operating a communication system comprising:<br>receiving Integrated Services Digital Network (ISDN) signaling into a signaling processing system;<br>in the signaling processing system, processing the ISDN signaling to select an identifier for a header of a user communication, wherein the selected identifier is for routing the user communication in a packet format;<br>transferring a control message from the signaling processing system indicating the selected identifier;<br>receiving the control message into an interworking unit;<br>receiving the user communication in an ISDN format into the |
| 47 | 46 | US7106750 | System and method for interfacing a local communication device | 10/20/1999 | 1999-10-20\|1996-11-22 | Yao; Kwang Bin | 1. A call interface comprising: <p>an interworking unit configured to receive a setup message for a call, transfer the setup message to a signaling converter, receive communications for the call, and convert the communications for the call between a first communication format and a second communication format in response to a control message; </p> <p>the signaling converter configured to receive the setup message for the call and convert the setup message between a first |
| 48 | 47 | US6343084 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. A method of operating an interworking unit to handle a plurality of calls, the method comprising:<br>receiving messages into the interworking unit on a call-by-call basis where each one of the messages indicates one of a plurality of synchronous connections and a corresponding one of a plurality of identifiers;<br>receiving user communications for the calls from the synchronous connections indicated in the messages into the interworking unit; |
| 49 | 48 | US6452928 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. An Asynchronous Transfer Mode (ATM) communication method comprising:<br>receiving signaling associated with a user communication into a processing system;<br>processing the signaling in the processing system to generate and transmit instructions indicating a virtual identifier and echo cancellation requirements;<br>receiving the instructions and the user communication into an ATM interworking multiplexer; |

All Continuations of Christie Patents

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 50 | 49 | US6563828 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:☐<br>1. A communication method comprising:☐<br>receiving signaling associated with a call into a processing system;☐<br>processing the signaling in the processing system to generate a first message identifying a first connection and an identifier, a second message identifying a second connection, and additional signaling associated with the second connection;☐<br>transmitting the first message, the second message, and the additional signaling from the processing system and receiving the first message into a first interworking unit and receiving the second message into a second interworking unit;☐ |
| 51 | 50 | US6449280 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1995-12-07\|1994-05-05 | Patel; Ajit | I claim:☐<br>1. A communication method comprising:☐<br>receiving signaling including a called number associated with a user communication into a processing system;☐<br>processing the signaling in the processing system to generate and transmit a Service Control Point (SCP) query;☐<br>receiving the SCP query into an SCP;☐<br>processing the SCP query in the SCP to generate and transmit an SCP response;☐<br>receiving the SCP response into the processing system;☐<br>processing the SCP response in the processing system to translate the called number and select an asynchronous virtual identifier for the user communication;☐ |
| 52 | 51 | US6631133 | Broadband telecommunications system | 2/4/2000 | 2000-02-04\|1996-02-02\|1995-09-08\|1994-05-05 | Hsu; Alpus H. | We claim:☐<br>1. A communication method for a call comprising:☐<br>receiving set-up signaling associated with the call into a processing system, wherein receiving the set-up signaling comprises receiving a called number;☐<br>processing the set-up signaling in the processing system to select an identifier, wherein processing the set-up signaling to select the identifier comprises processing the called number to select the identifier;☐<br>generating a message containing the identifier;☐<br>transmitting the message from the processing system;☐<br>receiving the message and a user communication associated with the call into an interworking unit;☐<br>in the interworking unit, converting the user communication from a first |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 53 | 52 | US6501759 | Broadband telecommunications system | 2/4/2000 | 2000-02-04\|1996-11-22 | Rao; Seema S. | We claim:<br>1. A communication method for a call having a first message and call communications, the method comprising:<br>receiving and processing the first message in a processing system to select a first identifier and generating and transferring from the processing system a second message identifying the first identifier;<br>receiving the call communications and the second message into an asynchronous communication system, and in response to the second message, inserting the first identifier in the call communications and routing the call communications through the asynchronous communication system to a narrowband switch; |
| 54 | 53 | US6452932 | Method, system and apparatus for telecommunications control | 2/7/2000 | 2000-02-07\|1998-05-20\|1995-12-07\|1994-05-05 | Patel; Ajit | What is claimed is:<br>1. A method for handling a call having a first message and communications, the method comprising:<br>receiving and processing the first message in a processing system external to narrowband switches to select one of the narrowband switches;<br>generating a second message in the processing system based on the selected narrowband switch and transmitting the second message from |
| 55 | 54 | US6298064 | Broadband telecommunications system | 2/15/2000 | 2000-02-15\|1999-07-15\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. A communication method for a call comprising:<br>receiving set-up signaling associated with the call into a processing system;<br>processing the set-up signaling in the processing system to select a DS0 connection;<br>generating a message identifying the DS0 connection;<br>transmitting the message from the processing system;<br>receiving the message and an asynchronous communication associated with the call into an interworking unit; |
| 56 | 55 | US6687244 | ATM transport system | 4/7/2000 | 2000-04-07\|1997-09-18\|1995-11-22 | Jung; Min | What is claimed is:<br>1. A communications system comprising:<br>a processor configured to receive signaling information associated with a continuous signal, process the signaling information to determine when the continuous signal transfers user information and to determine an identifier for asynchronous communications, transfer and enabling instruction for the identifier if the continuous signal will start transferring the user information, and transfer a disabling instruction for the identifier if the continuous signal will stop transferring the user information; |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 57 | 56 | US6421344 | ATM direct access line system | 6/5/2000 | 2000-06-05\|1996-02-02\|1995-09-08\|1994-05-05 | Olms; Douglas | What is claimed is:☐<br>1. A telecommunications system for routing information in an asynchronous transfer mode (ATM) system with ATM cells that contain a virtual path identification/virtual channel identification (VPI/VCI), wherein the information is from a first DS0 in a first T1 Superframe/Extended Superframe (ESF/SF) system that uses robbed bit signaling and is routed by the ATM system to a second DS0 in a second T1 Superframe/Extended Superframe (ESF/SF) system that uses robbed bit signaling, wherein the system comprises;☐ |
| 58 | 57 | US7203199 | System and method for transporting a call | 10/31/2000 | 2000-10-31\|1997-05-13 | Sam; Phirin | 1. A communication system comprising: <p>a first signaling processor configured to receive and process call signaling to generate and transfer a first control message indicating an identifier;</p> <p>a first interworking unit configured to receive voice-band communications and the first control message, determine if initial voice-band processing is required, perform the initial voice-band processing if required, convert the voice-band communications into asynchronous communications |
| 59 | 58 | US6470009 | Broadband telecommunications system interface | 3/7/2001 | 2001-03-07\|1999-10-06\|1990-11-22 | Patel; Ajit | We claim:☐<br>1. A communication system comprising:☐<br>a digital channel cross-connect configured to cross-connect individual digital channels with one another based on channel control signals;☐<br>a remote terminal configured to exchange analog user communications and analog signaling with user communication devices, interwork the analog user communications with digital user communications, interwork the analog signaling with digital signaling, and exchange the digital user communications and the digital signaling with the digital channels;☐<br>a digital signal processor configured to exchange the digital user |
| 60 | 59 | US6577626 | Telecommunications apparatus, system, and method with an enhanced signal transfer point | 9/4/2001 | 2001-09-04\|1998-07-16\|1995-09-08\|1994-05-05 | Jung; Min | What is claimed is:☐<br>1. A method of operating a network routing system to handle a telecommunication signaling message, the method comprising:☐<br>receiving the telecommunication signaling message into the network routing system wherein the telecommunication signaling message includes information for setting-up telecommunications, wherein the telecommunication signaling message has a first origination code representing a first originating device that originated the telecommunication signaling message, and wherein the telecommunication signaling message has a first destination code |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 61 | 60 | US6633561 | Method, system and apparatus for telecommunications control | 11/14/2001 | 2001-11-14\|1998-05-20\|1995-12-07\|1994-05-05 | Patel; Ajit | What is claimed is:☐ 1. A method of operating a processing system to control a packet communication system for a user communication, the method comprising:☐ receiving a signaling message for the user communication from a narrowband communication system into the processing system;☐ processing the signaling message to select a network code that identifies a network element to provide egress from the packet communication system for the user communication;☐ generating a control message indicating the network code;☐ transferring the control message from the processing system to the |
| 62 | 61 | US6560241 | Broadband telecommunications system interface | 1/7/2002 | 2002-01-07\|1996-11-22\|1995-09-08\|1994-05-05 | Nguyen; Steven | We claim:☐ 1. A signaling processing system for telecommunications calls, the signaling processing system comprising:☐ a signaling processor configured to process Signaling System #7 (SS7) signaling, select a connection for a call, and provide a control message to an asynchronous multiplexer wherein the control message identifies the selected connection and causes the asynchronous multiplexer to interwork ISDN bearer communications into broadband bearer |
| 63 | 62 | US6961339 | Telecommunications system | 2/4/2002 | 2002-02-04\|1999-02-02\|1996-11-22\|1995-12-07\|1994-05-05 | Ton; Dang | 1. A processing system to control routing for a user communication, wherein the processing system is external to communication systems that transfer the user communication, and wherein the processing system is coupled to the communication systems over control links, the processing system comprising: <p>a signaling platform configured to receive telecommunication signaling information for the user communication; </p> <p>an application platform configured to process |
| 64 | 63 | US6639912 | Number portability in a communications system | 2/15/2002 | 2002-02-15\|1999-03-19\|1996-11-22 | Patel; Ajit | We claim:☐ 1. A method for operating a communications system, the method comprising:☐ receiving a call setup message including a called number into a signaling processor;☐ processing the called number in the signaling processor to transmit a query;☐ receiving a response message responsive to the query that includes number portability information for the called number;☐ processing the number portability information to select an identifier for routing;☐ |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 65 | 64 | US6683878 | ATM gateway system | 4/10/2002 | 2002-04-10\|1999-09-09\|1998-07-27\|1996-02-02\|1995-12-07\|1994-05-05 | Patel; Ajit | We claim:☐ 1. A method of handling a telecommunications call, the method comprising:☐ receiving an initial address message for the call in a call processor;☐ receiving asynchronous communications for the call in a gateway wherein the asynchronous communications for the call include a first virtual identifier for routing the asynchronous communications;☐ in the call processor, processing the initial address message to select a second virtual identifier for routing the asynchronous communications;☐ transferring an instruction indicating the second virtual identifier from |
| 66 | 65 | US6665294 | Broadband telecommunications system | 8/5/2002 | 2002-08-05\|1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:☐ 1. A telecommunication signal embodied in a tangible medium, the telecommunication signal comprising:☐ a first signal component including user information from a narrowband communication signal; and☐ a second signal component including an identifier for routing the user information, wherein the identifier is selected by processing a signaling message, wherein an interworking device receives the narrowband |
| 67 | 66 | US6667982 | Broadband telecommunications system interface | 9/9/2002 | 2002-09-09\|2001-03-07\|1999-10-06\|1996-11-22 | Patel; Ajit | We claim:☐ 1. A broadband system interface configured to communicate with a remote terminal and a broadband network, the broadband system interface comprising:☐ a signaling interface configured to receive first signaling having a first format from the remote terminal, process the first signaling to generate second signaling having a second format, and transmit the second signaling;☐ a signaling processor configured to receive the second signaling from the signaling interface, process the second signaling to select a |
| 68 | 67 | US2003007492 A1 | Broadband telecommunications system interface | 9/9/2002 | 2002-09-09\|2001-03-07\|1999-10-06\|1996-11-22 | | We claim:☐ <b>1</b>. A broadband system interface configured to communicate with a remote terminal and a broadband network, the broadband system interface comprising: <claim-text>a signaling interface configured to receive first signaling having a first format from the remote terminal, process the first signaling to generate second signaling having a second format, and transmit the second signaling;</claim-text> <claim-text>a signaling processor configured to receive |
| 69 | 68 | US6931008 | Broadband telecommunications system | 10/1/2002 | 2002-10-01\|2000-02-04\|1996-11-22 | Pham; Chi | 1. A communication system comprising: <p>a narrowband system configured to receive and process a first signaling message and a user communication to transfer a second signaling message and the user communication;</p> <p>an interworking system coupled to the narrowband system and configured to interwork between the user communication including a first header identifier and the user communication received by the narrowband system, and to interwork between the user communication transferred by the narrowband |

All Continuations of Christie Patents

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
| 70 | 69 | US2003026278 A1 | Telecommunications systems | 10/1/2002 | 2002-10-01\|2000-02-04\|1996-11-22 | | I claim:☐ <b>1</b>. A communication system comprising: <claim-text>a narrowband system configured to receive and process a first signaling message and a user communication to transfer a second signaling message and the user communication; </claim-text> <claim-text>an interworking system coupled to the narrowband system and configured to interwork between the user communication including a first header identifier and the user communication received by the narrowband system, and to interwork between the user communication transferred |
| 71 | 70 | US6697340 | System and method for providing enhanced services for a telecommunication call | 1/6/2003 | 2003-01-06\|1999-03-18\|1996-11-22 | Vincent; David | What is claimed is:☐ 1. A communication system comprising:☐ a signaling processor configured to receive and process Signaling System Seven (SS7) signaling for a call, and in response, to generate and transfer control messaging indicating identifiers that are used for routing; and☐ a service platform system configured to receive the control messaging, |
| 72 | 71 | US2003148783 A1 | System and method for providing enhanced services for a telecommunication call | 1/6/2003 | 2003-01-06\|1999-03-18\|1996-11-22 | | What is claimed is:☐ <b>1</b>. A communication system comprising: <claim-text>a signaling processor configured to receive and process Signaling System Seven (SS7) signaling for a call, and in response, to generate and transfer control messaging indicating identifiers that are used for routing; and </claim-text> <claim-text>a service platform system |
| 73 | 72 | US2003169767 A1 | Broadband telecommunications system interface | 3/14/2003 | 2003-03-14\|2002-01-07\|1996-11-22\|1995-09-08\|1994-05-05 | | We claim:☐ <b>1</b>. A communication system to transfer user communications for a user comprising: <claim-text>a communication interface configured to receive signaling in a first signaling format, convert the signaling from the first signaling format into a second signaling format, and transfer the signaling in the second signaling format; </claim-text> <claim-text>a signaling processing system configured to receive and process the signaling in the second signaling format to select an |
| 74 | 73 | US2003189941 A1 | Telecommunications apparatus, system, and method with an enhanced signal transfer point | 4/8/2003 | 2003-04-08\|2001-09-04\|1998-07-16\|1995-09-08\|1994-05-05 | | What is claimed is:☐ <b>1</b>. A signaling network, comprising: <claim-text>a signaling transfer point configured to receive a call-related signaling message having a first point code, convert the first point code to a second point code in the signaling message, transfer the signaling message having the second point code, generate a management message having the second point code, convert the second point code to the first point code |
| 75 | 74 | US2005147101 A1 | Broadband telecommunications system | 7/29/2003 | 2003-07-29\|2000-02-04\|1996-02-02\|1995-09-08\|1994-05-05 | | <b>1</b>. A method of operating a communication system, the method comprising: <p>receiving telecommunication signaling for calls into a signaling processor, and responsively on a call-by-call basis, selecting routing information based on the telecommunication signaling and transferring control messages indicating the routing information; and </p> <p>receiving the control messages and user communications for the calls into a communication unit, and responsively on the call-by-call |