# EXHIBIT M

Sprint Patents Having the Same Specification as the '301 Patent

| Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
|---|---|---|---|---|---|---|
| 1 | US6081525 | Broadband telecommunications system | 2/2/1996 | 1996-02-02\|1995-09-08 | Hsu; Alpus H. | We claim:<br>1. A method of operating a telecommunications system to provide a call with a virtual connection wherein a user places the call by transmitting user information to the telecommunications system over a particular connection for the call and by sending signaling for the call to the telecommunications system, wherein the system comprises an ATM interworking multiplexer and a signaling processor coupled to the ATM interworking multiplexer, the method comprising:□<br>receiving the signaling for the call into the signaling processor;□<br>processing the signaling for the call in the signaling processor to select the virtual connection;□<br>generating a control message in the signaling processor to identify the particular connection and the selected virtual connection;□<br>transmitting the control message to the ATM interworking multiplexer;□<br>receiving the user information for the call from the particular connection into the ATM interworking multiplexer;□<br>converting the user information from the particular connection into ATM cells that identify the selected virtual connection in the ATM interworking multiplexer in response to the control message; and□ |
| 2 | US6631133 | Broadband telecommunications system | 2/4/2000 | 2000-02-04\|1996-02-02\|1995-09-08\|1994-05-05 | Hsu; Alpus H. | We claim:<br>1. A communication method for a call comprising:□<br>receiving set-up signaling associated with the call into a processing system, wherein receiving the set-up signaling comprises receiving a called number;□<br>processing the set-up signaling in the processing system to select an identifier, wherein processing the set-up signaling to select the identifier comprises processing the called number to select the identifier;□<br>generating a message containing the identifier;□<br>transmitting the message from the processing system;□<br>receiving the message and a user communication associated with the call into an interworking unit;□<br>in the interworking unit, converting the user communication from a first communication format to a second communication format including the identifier in response to the message; and□<br>transferring the user communication in the second communication format including the identifier from the interworking unit.□ |
| 3 | US5991301 | Broadband telecommunications system | 9/8/1995 | 1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. A method of operating a telecommunications system to provide a call with a virtual connection wherein a user places the call by sending signaling for the call to the telecommunications system and by transmitting user information to the telecommunications system over a particular connection for the call, wherein the system comprises an ATM interworking multiplexer and a signaling processor linked to the ATM interworking multiplexer, the method comprising:□<br>receiving the signaling for the call into the signaling processor;□<br>processing the signaling for the call in the signaling processor to select the virtual connection;□<br>generating new signaling in the signaling processor to identify the particular connection and the selected virtual connection;□<br>transmitting the new signaling to the ATM interworking multiplexer;□<br>receiving the user information for the call from the particular connection into the ATM interworking multiplexer;□<br>converting the user information from the particular connection into ATM cells that identify the selected virtual connection in the ATM interworking multiplexer in response to the new signaling; and□ |
| 4 | US6473429 | Broadband telecommunications system | 7/15/1999 | 1999-07-15\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. A communication method comprising:□<br>receiving information associated with a user communication into a processing system;□<br>processing the information in the processing system to select an identifier;□<br>generating a message containing the identifier;□<br>transmitting the message from the processing system;□<br>receiving the message into an interworking unit;□<br>receiving the user communication into the interworking unit from a DS0 connection;□<br>in the interworking unit, converting the user communication into an asynchronous communication with the identifier in a header in response to the message; and□<br>transferring the asynchronous communication from the interworking unit.□ |

Sprint Patents Having the Same Specification as the '301 Patent

| Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
|---|---|---|---|---|---|---|
| 5 | US6343084 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:☐<br>1. A method of operating an interworking unit to handle a plurality of calls, the method comprising:☐<br>receiving messages into the interworking unit on a call-by-call basis where each one of the messages indicates one of a plurality of synchronous connections and a corresponding one of a plurality of identifiers;☐<br>receiving user communications for the calls from the synchronous connections indicated in the messages into the interworking unit;☐<br>in response to the messages, converting the user communications from the synchronous connections into asynchronous communications including the corresponding identifiers; and☐<br>transferring the asynchronous communications from the interworking unit for subsequent routing based on the identifiers.☐ |
| 6 | US6449280 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1995-12-07\|1994-05-05 | Patel; Ajit | I claim:<br>1. A communication method comprising:☐<br>receiving signaling including a called number associated with a user communication into a processing system;☐<br>processing the signaling in the processing system to generate and transmit a Service Control Point (SCP) query;☐<br>receiving the SCP query into an SCP;☐<br>processing the SCP query in the SCP to generate and transmit an SCP response;☐<br>receiving the SCP response into the processing system;☐<br>processing the SCP response in the processing system to translate the called number and select an asynchronous virtual identifier for the user communication;☐<br>generating and transmitting a control instruction including the asynchronous virtual identifier out of the processing system; and☐<br>receiving the control instruction and the user communication in an interworking unit and adding the asynchronous virtual identifier to tho user communication in the interworking unit for use in routing the user communication by a routing system.☐ |
| 7 | US6452928 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. An Asynchronous Transfer Mode (ATM) communication method comprising:☐<br>receiving signaling associated with a user communication into a processing system;☐<br>processing the signaling in the processing system to generate and transmit instructions indicating a virtual identifier and echo cancellation requirements;☐<br>receiving the instructions and the user communication into an ATM interworking multiplexer;☐<br>in the ATM interworking multiplexer, canceling echo from the user communication in response to the instructions and converting the user communication into ATM cells with the virtual identifier in response to the instructions; and☐<br>transferring the ATM cells from the ATM interworking multiplexer.☐ |
| 8 | US6563828 | Broadband telecommunications system | 11/12/1999 | 1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:☐<br>1. A communication method comprising:☐<br>receiving signaling associated with a call into a processing system;☐<br>processing the signaling in the processing system to generate a first message identifying a first connection and an identifier, a second message identifying a second connection, and additional signaling associated with the second connection;☐<br>transmitting the first message, the second message, and the additional signaling from the processing system and receiving the first message into a first interworking unit and receiving the second message into a second interworking unit;☐<br>receiving user communications associated with the call from the first connection into the first interworking unit;☐<br>in the first interworking unit, converting the user communications from the first connection into asynchronous communications with the identifier in response to the first message;☐<br>transferring the asynchronous communications from the first interworking unit and receiving the asynchronous communications into a routing system;☐ |

| Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
|---|---|---|---|---|---|---|
| 9 | US6298064 | Broadband telecommunications system | 2/15/2000 | 2000-02-15\|1999-07-15\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. A communication method for a call comprising:<br>receiving set-up signaling associated with the call into a processing system;<br>processing the set-up signaling in the processing system to select a DS0 connection;<br>generating a message identifying the DS0 connection;<br>transmitting the message from the processing system;<br>receiving the message and an asynchronous communication associated with the call into an interworking unit;<br>in the interworking unit, converting the asynchronous communication into a user communication; and<br>transferring the user communication from the interworking unit to the DS0 connection in response to the message. |
| 10 | US6665294 | Broadband telecommunications system | 8/5/2002 | 2002-08-05\|1999-11-12\|1995-09-08\|1994-05-05 | Patel; Ajit | I claim:<br>1. A telecommunication signal embodied in a tangible medium, the telecommunication signal comprising:<br>a first signal component including user information from a narrowband communication signal; and<br>a second signal component including an identifier for routing the user information, wherein the identifier is selected by processing a signaling message, wherein an interworking device receives the narrowband communication signal and a control signal indicating the narrowband communication signal and the identifier, and in response to the control signal, converts the narrowband communication signal into a packet format having the first signal component including the user information and the second signal component including the identifier to form the telecommunication signal. |
| 11 | US6931008 | Broadband telecommunications system | 10/1/2002 | 2002-10-01\|2000-02-04\|1996-11-22 | Pham; Chi | message and a user communication to transfer a second signaling message and the user communication: </p> <p>an interworking system coupled to the narrowband system and configured to interwork between the user communication including a first header identifier and the user communication received by the narrowband system, and to interwork between the user communication transferred by the narrowband system and the user communication including a second header identifier; </p> <p>a broadband system coupled to the interworking system and configured to route the user communication including the first header identifier to the interworking system based on the first header identifier, and to route the user communication including the second identifier from the interworking system based on the second header identifier; <p>a processing system configured to receive and process the second signaling message from the narrowband system to transfer a control message to the interworking system indicating the second header identifier; and |
| 12 | US6115380 | Broadband telecommunications system | 11/22/1996 | 11/22/1996 | Rao; Seema S. | We claim:<br>1. A telecommunications system for providing a service for a call, wherein the telecommunications system comprises;<br>a signaling processor that is operational to receive and process a first telecommunications signaling message for the call and to provide a first control message, a second control message, and a second telecommunications signaling message for the call;<br>a first ATM interworking multiplexer that is linked to the signaling processor and that is operational to receive narrowband traffic for the call over a first narrowband connection, to convert the narrowband traffic from the first narrowband connection into ATM cells that identify a first virtual connection based on the first control message, and to transmit the ATM cells over the first virtual connection;<br>an ATM cross-connect system that is connected to the first ATM interworking multiplexer and that is operational to receive the ATM cells from the first ATM interworking multiplexer over the first virtual connection and to route the ATM cells from the first virtual connection based on the first virtual connection identified in the ATM cells;<br>a second ATM interworking multiplexer that is connected to the ATM cross-connect system and linked to the signaling pro |

Sprint Patents Having the Same Specification as the '301 Patent

| Number | Publication Number | Title | Application Date | Priority Date | Examiner - Primary | First or Exemplary Claim |
|---|---|---|---|---|---|---|
| 13 | US6501759 | Broadband telecommunications system | 2/4/2000 | 2000-02-04\|1996-11-22 | Rao; Seema S. | We claim:<br>1. A communication method for a call having a first message and call communications, the method comprising: ☐ receiving and processing the first message in a processing system to select a first identifier and generating and transferring from the processing system a second message identifying the first identifier; ☐ receiving the call communications and the second message into an asynchronous communication system, and in response to the second message, inserting the first identifier in the call communications and routing the call communications through the asynchronous communication system to a narrowband switch; ☐ receiving the call communications in the narrowband switch and providing a service for the call wherein providing the service comprises selecting a route for the call, generating and transferring from the narrowband switch a third message identifying the route, and transferring the call communications from the narrowband switch; ☐ receiving and processing the third message in the processing system to select a second identifier based on the route and |
| 14 | US20051471 01A1 | Broadband telecommunications system | 7/29/2003 | 2003-07-29\|2000-02-04\|1996-02-02\|1995-09-08\|1994-05-05 | | <b>1</b>. A method of operating a communication system, the method comprising: <p>receiving telecommunication signaling for calls into a signaling processor, and responsively on a call-by-call basis, selecting routing information based on the telecommunication signaling and transferring control messages indicating the routing information; and </p> <p>receiving the control messages and user communications for the calls into a communication unit, and responsively on the call-by-call basis, converting the user communications from a first communication format into a second communication format having headers that include the routing information selected by the signaling processor and transferring the user communications in the second communication format. </p>☐ |
| 15 | US20040811 07A1 | Broadband telecommunications system | 10/16/2003 | 2003-10-16\|2002-08-05\|1999-11-12\|1995-09-08 | | 1. A telecommunications signaling processing system for a call from a caller number to a called number comprising: <claim-text>a signaling interface configured to receive a signaling message; </claim-text> <claim-text>a validation table to determine if the call should be allowed based on whether the caller number is delinquent on payment; </claim-text> <claim-text>echo control to enable an echo canceller if the call is a voice call and to disable the echo canceller if the call is a data call; </claim-text> <claim-text>a POTs process to translate the called number to a route instruction if the called number is a POTS number; </claim-text> <claim-text>an N00 process to translate the called number to the route instruction if the called number is an N00 number; </claim-text> <claim-text>a VPN process to translate the called number to the route instruction if the caller number or the called number is a VPN number; </claim-text> <claim-text>a control interface to transfer a control instruction indicating the route instruction, wherein the route instruction comprises an identifier; </claim-text> <claim-text>wherein an interworking unit receives the route instruction, and in response, adds |
| 16 | US20052544 96A1 | Broadband telecommunications system | 6/21/2005 | 2005-06-21\|2002-10-01\|2000-02-04\|1996-11-22 | | Equipment (CPE) to one of a plurality of circuit switches, the method comprising: receiving and processing a first message from the user CPE to select the one circuit switch from the plurality of circuit switches, and selecting an identifier and a DS0 to route user communications from the user CPE to the one circuit switch; </p> <p>transferring a second message indicating the identifier and the DS0 and transferring a Signaling System Seven (SS7) Initial Address Message (IAM) to the one circuit switch indicating the DS0; </p> <p>receiving the user communications from the user CPE in a packet format having the identifier in headers, and routing the user communications in the packet format based on the identifier in the headers; and </p> <p>receiving the second message and the user communications in the packet format, and in response, converting the user communications from the packet format into a DS0 format and transferring the user communications in the DS0 format over the DS0 to the one circuit switch. </p>☐ |