# EXHIBIT N

PATENT NUMBER
**6452932**

09/499874
02/07/00

## U.S. UTILITY Patent Application

O.I.P.E.
SCANNED BK© Q.A.

PATENT DATE
SEP 17 2002

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/499874 | YES | 370 | 410 | 2739 2662 | |

**APPLICANTS**
Joseph Christie

**TITLE**
Method, system and apparatus for telecommunications control

PTO-2040
12/99

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 370 | 410 | 379 | 230 | | | | | |

**INTERNATIONAL CLASSIFICATION**

| H | 0 | 4 | L | 12 | 28 |
|---|---|---|---|---|---|
| H | 0 | 4 | L | 12 | 56 |

☐ Continued on Issue Slip Inside File Jacket

☒ **TERMINAL DISCLAIMER**

**DRAWINGS**
Sheets Drwg. 4 / Figs. Drwg. 9 / Print Fig. 3

**CLAIMS ALLOWED**
Total Claims 84 / Print Claim for O.G. 1

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☒ The term of this patent shall not extend beyond the expiration date of U.S Patent No. 5,825,780

☐ The terminal ____ months of this patent have been disclaimed.

NOTICE OF ALLOWANCE MAILED
3/25/02

(Primary Examiner) 5/21/02
(Legal Instruments Examiner) 3/26/02

**ISSUE FEE**
Amount Due $1280.  Date Paid 7-1-02

**ISSUE BATCH NUMBER**

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 6/99)

FILED WITH: ☐ DISK (CRF)  ☐ FICHE  ☐ CD-ROM
(Attached in pocket on right inside flap)

Formal Drawings

# ISSUE FEE IN FILE

(FACE)



**PATENT APPLICATION**

09/499874
02/07/00

MAR 0 2 00 3 4
INITIALS _____

## CONTENTS

| | Date Received (Incl. C. of M.) or Date Mailed | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application papers | | 42. | |
| 2. Trans. Lt. | 2-7-00 | 43. | |
| 3. IDS | 2-27-01 | 44. | |
| 4. C.B./A. | 6-28-01 | 45. | |
| 5. Aft 3 mos | 7/31/01 | 46. | |
| 6. | 1/14/02 | 47. | |
| 7. (3) | 1/14/02 (cm) | 48. | |
| 8. Resp. | 1/14/02 | 49. | |
| 9. Terminal Disclaimer | 1-14-02 | 50. | |
| 10. Notice of Allowance | 3-25-02 | 51. | |
| 11. Suppl. Notice of Allowance | 4/2/02 | 52. | |
| 12. 65-B Add Charge | 7-9-02 | 53. | |
| 13. Formal Drawings (8 sheets) | 5-3-02 | 54. | |
| 14. | | 55. | |

(remaining rows 15–41 and 56–82 blank)

(LEFT OUTSIDE)

vr



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/499,874 | 02/07/00 | CHRISTIE | J | 1057J1 |

```
028004                    WM01/0731
SPRINT COMMUNICATIONS COMPANY L.P.
8140 WARD PARKWAY, MAIL STOP MOKCMP0506
KANSAS CITY MO 64114
```

| EXAMINER |
|---|
| PATEL, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2662 | 5 |

DATE MAILED:
07/31/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44602

1- File Copy

| Office Action Summary | Application No. 09/499,874 | Applicant(s) J. CHRISTIE |
|---|---|---|
| | Examiner AJIT PATEL | Art Unit 2662 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE __3__ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on _Feb 7, 2000_

2a) ☐ This action is FINAL.   2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) _1-34_ is/are pending in the applica

    4a) Of the above, claim(s) _____ is/are withdrawn from considera

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) _1-34_ is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claims _____ are subject to restriction and/or election requirem

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11) ☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
    a) ☐ All  b) ☐ Some*  c) ☐ None of:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    *See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

15) ☒ Notice of References Cited (PTO-892)            18) ☐ Interview Summary (PTO-413) Paper No(s). _____
16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)   19) ☐ Notice of Informal Patent Application (PTO-152)
17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _3_   20) ☐ Other:

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-00)     Office Action Summary     Part of Paper No. 5

Application/Control Number: 09/499,874 Page 2

Art Unit: 2662

1. The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

2. Claims 1,18 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 34 of U.S. Patent No. 5,825,780. Although the conflicting claims are not identical, they are not patentably distinct from each other because it would have been obvious to one skilled in the art to replace the network elements with narrowband and broadband (asynchronous) element to integate the narrow and broadband traffic.

3. **Any response to this action should be mailed to:**

       Commissioner of Patents and Trademarks

       Washington, D.C. 20231

   **or faxed to:**

Application/Control Number: 09/499,874                                                           Page 3

Art Unit: 2662

(703) 305-3988, (for formal communications intended for entry)

**Or:**

(703) 305-3988 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).

4.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to AJIT PATEL whose telephone number is (703) 308-5347. The examiner can normally be reached on Monday-Thursday from 6:30 to 5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, HASSAN KIZOU, can be reached on (703) 305-4744. The fax phone number for this Group is (703) 305-5403.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-4700 .

Application/Control Number: 09/499,874 | Page 4

Art Unit: 2662

**AJIT PATEL**

July 29, 2001

Ajit Patel
Primary Examiner

| | | Applicant/Patent<br>J. CHRISTIE | | Application/Control No.<br>09/499,874 | |
|---|---|---|---|---|---|
| **Notice of References Cited** | | Examiner<br>AJIT PATEL | | Art Unit<br>2662 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification | |
|---|---|---|---|---|---|
| A | 5,528,359 | 6/1996 | READ ET AL | 370 | 410 |
| B | 5,115,427 | 5/1992 | JOHNSON, JR. ET AL | 370 | 395 |
| C | 5,509,010 | 4/1996 | LA PORTA ET AL | 370 | 410 |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|
| N | | | | | |
| O | | | | | |
| P | | | | | |
| Q | | | | | |
| R | | | | | |
| S | | | | | |
| T | | | | | |

**NON-PATENT DOCUMENTS**

| | Include, as applicable: Author, Title, Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|
| U | |
| V | |
| W | |
| X | |

*A copy of this reference is not being furnished with this Office action. See MPEP § 707.05(a).    ¹Dates in MM-YYYY format are publication dates.    ²Classifications may be U.S. or foreign.

U. S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)            Notice of References Cited            Part of Paper No. 5