# EXHIBIT O



# U.S. UTILITY Patent Application

PTO U.S. 10/212503 08/05/02

PATENT NUMBER and IS 6665294

DEC 16 2003

| APPL NUM | FILING DATE | CLASS | SUBCLASS | GAU | EXAMINER |
|---|---|---|---|---|---|
| 10212503 | 08/05/2002 | 370 | | 2662 | |

**APPLICANTS:** Christie Joseph; 35 L

Certificate APR

**CONTINUING DATA VERIFIED:** Yes
THIS APPLICATION IS A CON OF 09/438,669 11/12/1999 PAT 6,452,928
WHICH IS A CON OF 08/525,897 09/08/1995 PAT 5,991,301
AND IS A CIP OF 08/568,551 12/07/1995 PAT 5,625,780
AND IS A CON OF 08/238,605 05/05/1994 ABN

** FOREIGN APPLICATIONS VERIFIED:

| PG-PUB | DO NOT PUBLISH ☐ | RESCIND ☐ | |
|---|---|---|---|
| Foreign priority claimed | ☐ yes ☒ no | ATTORNEY DOCKET NO | |
| 35 USC 119 conditions met | ☐ yes ☒ no | 1090i | |
| Verified and Acknowledged Examiners's initials | | | |

**TITLE:** Broadband telecommunications system

U.S.DEPT. OF COMM /PAT & TM-PTO-436L(Rev 12-94)

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 7/18/03 | Assistant Examiner | Total Claims: 30 | Print Claim for O.G: 1 |
| **ISSUE FEE** | | **DRAWING** | |
| Amount Due: $1300 | Date Paid: 10-20-03 | Sheets Drwg: 12 | Figs.Drwg: 12 | Print Fig: 2 |
| | Primary Examiner | M. Jones 8/14/03 | |
| ☐ TERMINAL DISCLAIMER | PREPARED FOR ISSUE | Application Examiner | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

FILED WITH: ☐ DISK (CRF)   ☐ CD-ROM
(Attached in pocket on right inside flap)


3052-NO-1
10212503


J1011 U.S. PTO
10/212503
08/05/02

INITIALS ___

## CONTENTS

| | | Date Received (incl. C. of M.) or Date Mailed | | | Date Received (incl. C. of M.) or Date Mailed |
|---|---|---|---|---|---|
| 1. | Application  12  papers. | | 31. | | |
| 2. | | [illegible] -02 | 32. | | |
| 3. | [illegible] | 11-01-02 | 33. | | |
| 3/10 | By 3 | 3/14/03 | 34. | | |
| 5. | [illegible] | 7-11-03 | 35. | | |
| 6. | [illegible] | 7-11-03 | 36. | | |
| 7. | Notice of Allowability | 7/18/03 | 37. | | |
| 8. | | | 38. | | |
| 9. | | | 39. | | |
| 10. | | | 40. | | |
| 11. | | | 41. | | |
| 12. | | | 42. | | |
| 13. | | | 43. | | |
| 14. | | | 44. | | |
| 15. | | | 45. | | |
| 16. | | | 46. | | |
| 17. | | | 47. | | |
| 18. | | | 48. | | |
| 19. | | | 49. | | |
| 20. | | | 50. | | |
| 21. | | | 51. | | |
| 22. | | | 52. | | |
| 23. | | | 53. | | |
| 24. | | | 54. | | |
| 25. | | | 55. | | |
| 26. | | | 56. | | |
| 27. | | | 57. | | |
| 28. | | | 58. | | |
| 29. | | | 59. | | |
| 30. | | | 60. | | |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/212,503 | 08/05/2002 | Joseph Michael Christie | 1090i | 2859 |

28004   7590   03/14/2003
SPRINT
6391 SPRINT PARKWAY
KSOPHT0101-Z2100
OVERLAND PARK, KS  66251-2100

| EXAMINER |
|---|
| PATEL, AJIT |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2664 | |

DATE MAILED: 03/14/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 10/212,503 | CHRISTIE, JOSEPH MICHAEL |
| | Examiner | Art Unit |
| | AJIT G. PATEL | 2664 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on <u>05 August 2002</u>.
2a) ☐ This action is **FINAL**.    2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-40</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) <u>1-40</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.
    If approved, corrected drawings are required in reply to this Office action.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All  b) ☐ Some * c) ☐ None of:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    a) ☐ The translation of the foreign language provisional application has been received.
15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2,3</u>.
4) ☐ Interview Summary (PTO-413) Paper No(s). _____.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

Application/Control Number: 10/212,503                                                              Page 2

Art Unit: 2664

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless -
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act of 1999 (AIPA) do not apply to the examination of this application as the application being examined was not (1) filed on or after November 29, 2000, or (2) voluntarily published under 35 U.S.C. 122(b). Therefore, this application is examined under 35 U.S.C. 102(e) prior to the amendment by the AIPA (pre-AIPA 35 U.S.C. 102(e)).

2.      Claims 1,2,5-9, 11,12,15-19,21,22,25-29,31,32,35-39 are rejected under 35 U.S.C. 102(e) as being anticipated by Doshi et al (5,483,527).

Regarding claims 1,11,21,31, Doshi et al disclose an asynchronous transfer mode (ATM) network comprises a first signal component including user information from a narrowband communication signal (211 of fig. 1); a second signal component including an identifier for routing the user information wherein an interworking device receives the narrowband communication signal and a control signal indicating the narrowband communication signal and the identifier, and in

Application/Control Number: 10/212,503                                      Page 3

Art Unit: 2664

response to the control signal, adds the identifier to the user information to from the telecommunication signal (154, 215 of fig. 1).

Regarding claims 2,12,22,32, Doshi et al disclose the user information comprises echo canceled communications (205 of fig. 1).

Regarding claims 5, 15,25,35, Doshi et al disclose the identifier comprises an asynchronous transfer mode virtual identifier (col. 5, line 58 through line 61, col. 6).

Regarding claims 6,16,26,36, Doshi et al disclose the identifier is selected by processing a signaling message (col. 5, line 58 through line 61, col. 6).

Regarding claims 7, 17,,27,27, Doshi et al disclose the identifier is selected by processing an Initial Address Message (IAM) (col. 4, line 23 through line 38, col. 5).

Regarding claims 9, 19, 29, 39, Doshi et al disclose a DS0 communication signal included in the narrowband signal (lines 22-30, col. 11).

3.  The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

4.  Claims 3,4,10,13,14,20,23,24,30,33,34,40 are rejected under 35 U.S.C. 103(a) as being unpatentable over Doshi et al.

Application/Control Number: 10/212,503                                                    Page 4

Art Unit: 2664

Regarding claims 3,14,23,33, Doshi et al fails to disclose the user information comprises encrypted communications. However, using encryption technique is well known in the art to use encryption technique in the communication system of Doshi et al in order to make the communication secure by ciphering of data by applying an algorithm to plain text in order to convert it to ciphertext.

Regarding claims 4, 14, 24, 34, Doshi et al fails to disclose the user information comprises compressed communications. Compressing the user communications is well known in the art. Therefore, it would have been obvious to one skilled in the art to compress the user communications in order to increase the throughput of the system.

Regarding claims 10, 30, Doshi et al fail to disclose the optical medium. To use optical medium is well known in the art. Therefore, it would have been obvious to one skilled in the art to use optical medium in the system of Doshi et al because advantages offered by the optical cable are low data loss, high-speed transmission, large bandwidth, small physical size, light weight, and free from electromagnetic interference.

Regarding claims 20, 40, Doshi et al fail to disclose IP message. Using the IP message is well known in the art. Therefore, to use IP message in the system of Doshi et al would be a design choice since IP and ATM both are packet switching system.

5.   **Any response to this action should be mailed to:**

Application/Control Number: 10/212,503 Page 5

Art Unit: 2664

Commissioner of Patents and Trademarks

Washington, D.C. 20231

**or faxed to:**

(703) 305-3988, (for formal communications intended for entry)

**Or:**

(703) 305-3988 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).

6. Any inquiry concerning this communication or earlier communications from the examiner should be directed to AJIT PATEL whose telephone number is (703) 308-5347. The examiner can normally be reached on Monday-Thursday from 6:30 to 5:00.

Application/Control Number: 10/212,503 Page 6

Art Unit: 2664

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, WELLINGTON CHIN can be reached on (703) 305-4366. The fax phone number for this Group is (703) 872-9314.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 306-0377 .

**AJIT PATEL**

March 7, 2003

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | **Notice of References Cited** | 10/212,503 | CHRISTIE, JOSEPH MICHAEL |
| | | Examiner | Art Unit | |
| | | AJIT G. PATEL | 2664 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-5,568,475 | 10-1996 | Doshi et al. | 370/399 |
| | B | US-5,509,010 | 04-1996 | La Porta et al. | 370/397 |
| | C | US-5,623,491 | 04-1997 | Skoog, Frederick H. | 370/397 |
| | D | US-5,483,527 | 01-1996 | Doshi et al. | 370/399 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)    Notice of References Cited    Part of Paper No. 4