# EXHIBIT R

| | | | | | |
|---|---|---|---|---|---|
| ISSUE CLASSIFICATION | | | | | 5991301 |
| Class | Subclass | | | | |

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 08/525897 | NOV 23 1999 | 5991301 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|

APPLICANTS

**BEST COPY**  Certificate
JAN 4 2005
of Correction

None

**NOTE-DISCLAIMER**
The term of this patent shall not extend
beyond the expiration date
of Pat. No. _____

| Foreign priority claimed ☐ yes ☒ no<br>35 USC 119 conditions met. ☐ yes ☒ no<br>Verified and Acknowledged _____<br>Examiner's initials | AS FILED ➔ | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|

ADDRESS

TITLE

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

3/30/99

Applications Examiner

| PARTS OF APPLICATION FILED SEPARATELY | | CLAIMS ALLOWED | |
|---|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | Total Claims | Print Claim |
| 3/30/99 | Assistant Examiner | 66  47 | 1 |
| ISSUE FEE | Ont Patel | DRAWING | |
| Amount Due  Date Paid | Ajit Patel | Sheets Drwg. Figs. Drwg. | Print Fig. |
| 1210  5-27-99 | Primary Examiner | 12  12 | |
| FORM PTO-1257 U.S. Department of Commerce<br>(Rev. 11-92) Patent and Trademark Office | | ISSUE BATCH NUMBER | R 26 |
| **DISCLAIMER LABEL** | Primary Examiner | | |
| Application No. | **PREPARED FOR ISSUE** | | |
| 08/525,897 | WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. | | |
| A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.<br>**DO NOT DESTROY** | | | |

Form PTO-436A
(Rev. 8/92)

(FACE)

08/525897

PATENT APPLICATION
08525897

APPROVED FOR LICENSE ☐
INITIAL

| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|
| | 1. Application _____ papers. | |
| | 2. Re: sign. | 10-27-95 |
| | 3. _____ | 11-17-95 |
| | 4. Disclosure Statement | Dec 14 1995 |
| 10-15 | 5. Ry (3 months) | 10-17-96 |
| | 6. _____ Summary | Feb 26 1997 |
| | 7. Ry Ltr/Serve (3) | April 21 1997 |
| | 8. _____ | April 21 1997 |
| | 9. Disclosure Statement | April 21 1997 |
| | 10. _____ | April 21 1997 |
| | 11. Disclosure Statement | May 29 1997 |
| | 12. Power to _____ | 5-18-97 |
| | 13. _____ | |
| | 14. _____ | |
| 7-20 | 15. Final Rej (3mos) | 7/22/98 |
| | 16. _____ | |
| | 17. _____ | |
| | 18. _____ | Nov 10 1998 |
| 3-297 | 19. Notice of Allowance | 3/31/99 |
| | 20. _____ | Mar 2 1999 |
| | 21. Prior Art Statement | _____ |
| | 22. Supl Notice of Allow | 5-7-99 |
| | 23. _____ Drawings (__shts)__ | |
| | 24. Prior Art Statement | July 19 1999 |
| | 25. Notice | 9-13-99 |
| | 26. I.D.S. | 8-5-99 |
| | 27. Letter | 10/25/99 |
| | 28. _____ | |
| | 29. IDS. | 12-14-99 |
| | 30. C of C | 11/27/00 |
| | 31. | |
| | 32. | |

(FRONT)

PATENT APPLICATION SERIAL NO. 08/525897

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
210 TL 21-0765 09/20/95 08525897
21175 101     2,110.00CH
```

PTO-1556
(5/87)

| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/525,897 | 09/08/95 | 455 | 2611 |

**APPLICANT**

JOSEPH M. CHRISITE, SAN BRUNO, CA.

```
**CONTINUING DATA********************
    VERIFIED    THIS APPLN IS A CIP OF   08/238,605 05/05/94 ABN



**FOREIGN/PCT APPLICATIONS************
    VERIFIED



FOREIGN FILING LICENSE GRANTED 03/14/96
```

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 12 | 62 | 9 | $2,240.00 | SPT-1090 |

**ADDRESS**

HARLEY R BALL
SPRINT LAW DEPARTMENT
8140 WARD PARKWAY
MAILSTOP MOKCMP0506
KANSAS CITY MO 64114

**TITLE**

BROADBAND TELECOMMUNICATIONS SYSTEM

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer

Claims

I claim:

1. A method of operating a telecommunications system to provide a call with a virtual connection wherein a user places the call by sending signaling for the call to the telecommunications system and by transmitting user information to the telecommunications system over a particular connection for the call, wherein the system comprises an ATM interworking multiplexer and a signaling processor linked to the ATM interworking multiplexer, the method comprising:

   receiving the signaling for the call into the signaling processor;

   processing the signaling for the call in the signaling processor to select the virtual connection;

   generating new signaling in the signaling processor to identify the particular connection and the selected virtual connection;

   transmitting the new signaling to the ATM interworking multiplexer;

   receiving the user information for the call from the particular connection into the ATM interworking multiplexer;

   converting the user information from the particular connection into ATM cells that identify the selected virtual connection in the ATM interworking multiplexer in response to the new signaling; and

   transmitting the ATM cells from the ATM interworking multiplexer over the selected virtual connection.

2. The method of claim 1 wherein receiving the signaling for the call comprises receiving a call set-up message.

3. The method of claim 1 wherein receiving the signaling for the call comprises receiving a Signaling System #7 (SS7) initial address message (IAM).

38

4. The method of claim 1 wherein receiving user information for the call from the particular connection comprises receiving user information from a DS0 connection.

5. The method of claim 1 wherein receiving user information for the call comprises receiving voice information.

6. The method of claim 1 wherein selecting the virtual connection comprises selecting the virtual connection based on the dialed number.

7. The method of claim 1 wherein selecting the virtual connection comprises selecting the virtual connection based on N00 call processing.

8. The method of claim 1 wherein selecting the virtual connection comprises selecting the virtual connection based on virtual private network (VPN) call processing.

9. The method of claim 1 wherein selecting the virtual connection comprises selecting the virtual connection based on personal/terminal mobility service call processing.

10. The method of claim 1 wherein transmitting the ATM cells comprises transmitting the ATM cells on a SONET connection.

11. The method of claim 1 wherein processing the signaling for the call in the signaling processor further comprises processing the signaling to determine digital signal processing (DSP) requirements for the call, wherein generating new signaling for the call further comprises generating new signaling that identifies the DSP requirements for the call, and wherein the method further comprises implementing the DSP requirements for the call in the ATM interworking multiplexer in response to the new signaling.

12. The method of claim 11 wherein implementing the DSP requirements comprises echo control for the call.

39

13. The method of claim 11 wherein implementing the DSP requirements comprises encrypting the call.

5   14. The method of claim 11 wherein implementing the DSP requirements comprises adjusting a decibel level for the call.

15. The method of claim 1 wherein the particular connection and the virtual connection are bi-directional and other user information is transmitted in ATM cells over the virtual
10   connection to the ATM interworking multiplexer for transmission to the user, the method further comprising:
   receiving ATM cells for the call from the virtual connection into the ATM interworking multiplexer;
   converting the other user information in the ATM cells from the virtual connection
15   into a format suitable for the particular connection; and
   transmitting the other user information from the ATM interworking multiplexer over the particular connection.

40

16. A method of operating a telecommunications system to provide a call with a narrowband connection wherein a user places the call by sending signaling for the call to the telecommunications system and the telecommunications system facilitates the call by transporting user information in ATM cells over a virtual connection, and wherein the system comprises an ATM interworking multiplexer and a signaling processor linked to the ATM interworking multiplexer, the method comprising:

    receiving the signaling for the call into the signaling processor;

    processing the signaling for the call in the signaling processor to select the narrowband connection;

    generating new signaling in the signaling processor to identify the virtual connection and the selected narrowband connection;

    transmitting the new signaling to the ATM interworking multiplexer;

    receiving the ATM cells for the call from the virtual connection into the ATM interworking multiplexer;

    converting the ATM cells from the virtual connection into user information in narrowband format in the ATM interworking multiplexer in response to the new signaling; and

    transmitting the user information from the ATM interworking multiplexer over the selected narrowband connection.

17. A method of operating a telecommunications system to provide a call with a virtual connection wherein a user places the call by sending signaling for the call to the telecommunications system and by transmitting user information to the telecommunications system over an access connection for the call, wherein the system comprises a plurality of
5   access connections, a plurality of ATM interworking multiplexers connected to the access connections, a signaling processing system linked to the ATM interworking multiplexers, and an ATM cross-connect system connected to the ATM interworking multiplexers and configured to provide a plurality of virtual connections between the ATM interworking multiplexers, the method comprising:
10  providing the user with a first access connection to a first ATM interworking multiplexer;
    receiving the signaling for the call into the signaling processing system;
    processing the signaling for the call in the signaling processing system to select a virtual connection from the first ATM interworking multiplexer through the ATM cross-connect
15  system to a second ATM interworking multiplexer and a second access connection to the second ATM interworking multiplexer;
    generating, in the signaling processing system, a first new signal for the call that identifies the first access connection and the selected virtual connection, and a second new signal for the call that identifies the selected virtual connection and the second access
20  connection;
    transmitting the first new signal to the first ATM interworking multiplexer and the second new signal to the second ATM interworking multiplexer;
    receiving the user information for the call from the first access connection into the first ATM interworking multiplexer;
25  converting the user information from the first access connection into ATM cells that identify the selected virtual connection in the first ATM interworking multiplexer in response to the first new signal;
    transmitting the ATM cells from the first ATM interworking multiplexer through the ATM cross-connect system over the selected virtual connection to the second ATM
30  interworking multiplexer;

converting the ATM cells that identify the selected virtual connection to user information for the second access connection in the second ATM interworking multiplexer in response to the second new signal;

transmitting the user information from the second ATM interworking multiplexer over the second access connection.

18. The method of claim 17 wherein receiving the signaling for the call comprises receiving a call set-up message.

19. The method of claim 17 wherein receiving the signaling for the call comprises receiving a Signaling System #7 (SS7) initial address message (IAM).

20. The method of claim 17 wherein receiving user information for the call from the first access connection comprises receiving user information from a DS0 connection.

21. The method of claim 17 wherein receiving user information for the call comprises receiving voice information.

22. The method of claim 17 wherein selecting the virtual connection comprises selecting the virtual connection based on the dialed number.

23. The method of claim 17 wherein selecting the virtual connection comprises selecting the virtual connection based on N00 call processing.

24. The method of claim 17 wherein selecting the virtual connection comprises selecting the virtual connection based on virtual private network (VPN) call processing.

25. The method of claim 17 wherein selecting the virtual connection comprises selecting the virtual connection based on personal/terminal mobility service call processing.

43

26. A method of operating a telecommunications system to provide a call with a virtual connection wherein a user places the call by sending signaling for the call to the telecommunications system and by transmitting user information to the telecommunications system over an access connection for the call, wherein the system comprises a plurality of access connections, a plurality of ATM interworking multiplexers connected to the access connections, a plurality of signaling processors linked to each other and the ATM interworking multiplexers, and an ATM cross-connect system connected to the ATM interworking multiplexers and configured to provide a plurality of virtual connections between the ATM interworking multiplexers, the method comprising:

    providing the user with a first access connection to a first ATM interworking multiplexer;

    receiving a first signal for the call into a first signaling processor;

    processing the first signal in the first signaling processor to select a virtual connection for the call from the first ATM interworking multiplexer through the ATM cross-connect system to a second ATM interworking multiplexer and to select a point for the call connected to the second ATM interworking multiplexer;

    generating a second signal in the first signaling processor that identifies the selected virtual connection and the point;

    transmitting the second signal to a second signaling processor;

    processing the second signal in the second signaling processor to select a second access connection for the call from the second ATM interworking multiplexer to the point;

    generating a third signal in the first signaling processor that identifies the first access connection and the selected virtual connection;

    transmitting the third signal to the first ATM interworking multiplexer;

    generating a fourth signal in the second signaling processor that identifies the selected virtual connection and the second access connection;

    transmitting the fourth signal to the second ATM interworking multiplexer;

    receiving the user information for the call from the first access connection into the first ATM interworking multiplexer;

44

converting the user information from the first access connection into ATM cells that identify the selected virtual connection in the first ATM interworking multiplexer in response to the third signal;

transmitting the ATM cells from the first ATM interworking multiplexer through the ATM cross-connect system over the selected virtual connection to the second ATM interworking multiplexer;

converting the ATM cells that identify the selected virtual connection into user information suitable for the second access connection in the second ATM interworking multiplexer in response to the fourth signal; and

transmitting the user information from the second ATM interworking multiplexer over the second access connection to the point.

27. The method of claim 26 wherein receiving the first signal for the call comprises receiving a call set-up message.

28. The method of claim 26 wherein receiving the first signal for the call comprises receiving an Signaling System #7 (SS7) initial address message (IAM).

29. The method of claim 26 wherein receiving user information for the call from the first access connection comprises receiving user information from a DS0 connection.

30. The method of claim 26 wherein receiving user information for the call comprises receiving voice information.

31. The method of claim 26 wherein selecting the virtual connection comprises selecting the virtual connection based on the dialed number.

32. The method of claim 26 wherein selecting the virtual connection comprises selecting the virtual connection based on N00 call processing.

33. The method of claim 26 wherein selecting the virtual connection comprises selecting the virtual connection based on virtual private network (VPN) call processing.

34. The method of claim 26 wherein selecting the virtual connection comprises selecting the virtual connection based on personal/terminal mobility service call processing.

35. A telecommunications system to provide a call received over a particular connection with a virtual connection in response to signaling for the call, the system comprising:

   a signaling processor operable to receive and process the signaling for the call to select the virtual connection for the call, and to generate and transmit new signaling that identifies the particular connection and the selected virtual connection;

   an ATM interworking multiplexer operable to receive user information from the particular connection, convert the user information into ATM cells that identify the selected virtual connection in response to the new signaling, and to transmit the ATM cells from the ATM interworking multiplexer over the selected virtual connection; and

   a link between the signaling processor and the ATM interworking multiplexer operable to transfer the new signaling from the signaling processor to the ATM interworking multiplexer.

36. The system of claim 35 further comprising an ATM cross-connect system connected to the ATM interworking multiplexer and configured to provide a plurality of virtual connections to the ATM interworking multiplexer.

37. An ATM interworking multiplexer for providing calls with virtual connections in response to signaling for each of the calls, the multiplexer comprising:

an access interface operable to receive user information for each call from a particular connection for that call;

5 a control interface operable to receive signaling for each call that identifies the particular connection and a virtual connection for that call;

an ATM adaption processor coupled to the access interface and the control interface and operable to convert user information from the particular connection for each call into ATM cells that identify the virtual connection for that call, the conversion occurring in
10 response to the signaling for that call;

an ATM interface coupled to the ATM adaption processor and operable to transmit the ATM cells for each call over the virtual connection for that call.

38. The multiplexer of claim 37 wherein the access interface includes a DS0 interface.
15

39. The multiplexer of claim 37 wherein the access interface includes a DS1 interface.

40. The multiplexer of claim 37 wherein the access interface includes a DS3 interface.

20 41. The multiplexer of claim 37 wherein the access interface includes an OC-3 interface.

42. The multiplexer of claim 37 wherein the access interface includes an OC-12 interface.

43. The multiplexer of claim 37 wherein the access interface includes an E1 interface.
25

44. The multiplexer of claim 37 wherein the access interface includes an E3 interface.

45. The multiplexer of claim 37 wherein the signaling for each call identifies a particular DS0 connection for that call.

47

46. The multiplexer of claim 37 wherein the ATM interface includes an OC-3 interface.

47. The multiplexer of claim 37 wherein the ATM interface includes an OC-12 interface.

48. The multiplexer of claim 37 wherein the particular connection and the virtual connection for each call are bi-directional and wherein:

the ATM interface is further operable to receive ATM cells containing user information from the virtual connection for each call;

the ATM adaption processor is further operable to convert the ATM cells from the virtual connection into user information suitable for the particular connection for each call; and

the access interface is operable to transmit the user information from the virtual connection for each call over the particular connection for that call.

49. An ATM interworking multiplexer for providing calls on virtual connections with particular connections in response to signaling for each of the calls, the multiplexer comprising:

an ATM interface operable to receive ATM cells for each call over the virtual connection for that call;

a control interface operable to receive signaling for each call that identifies the virtual connection and a particular connection for that call;

an ATM adaption processor coupled to the ATM interface and the control interface and operable to convert the ATM cells for each call into user information suitable for the particular connection for that call, the conversion occurring in response to the signaling for that call; and

an access interface coupled to the ATM adaption processor and operable to transmit user information for each call over the particular connection for that call.

50. An ATM interworking multiplexer for providing calls with virtual connections in response to signaling for each of the calls, the multiplexer comprising:

an access interface operable to receive user information for each call from a particular connection for that call;

5  a control interface operable to receive signaling for each call that identifies the particular connection, a virtual connection, and digital signal processing requirements for that call;

a digital signal processor coupled to the access interface and the control interface operable to apply digital signal processing to the user information for each call in response to

10  the signaling for that call;

an ATM adaption processor coupled to the digital signal processor and the control interface and operable to convert user information from the particular connection for each call into ATM cells that identify the virtual connection for that call, the conversion occurring in response to the signaling for that call; and

15  an ATM interface coupled to the ATM adaption processor and operable to transmit the ATM cells for each call over the virtual connection for that call.

51. The multiplexer of claim 50 wherein the digital signal processor is operable to apply echo control.

20

52. The multiplexer of claim 50 wherein the digital signal processor is operable to apply encryption.

53. The multiplexer of claim 50 wherein the digital signal processor is operable to apply digital
25  voice compression.

54. The multiplexer of claim 50 wherein the digital signal processor is operable to adjust the decibel level for calls.

49

37. A telecommunications system for transporting user information for a call over a virtual connection selected for the call in response to a first signal for the call, the system comprising:

a plurality of access connections operable to receive and transmit user information;

a plurality of ATM interworking multiplexers connected to the access connections and operable and to transmit and receive user information over the access connections and to transmit and receive ATM cells over a plurality of virtual connections;

an ATM cross-connect system connected to the ATM interworking multiplexers and configured to provide the plurality of virtual connections between the ATM interworking multiplexers;

a signaling processing means for receiving and processing the first signal for the call to identify a first access connection used for the call, to identify a first ATM interworking multiplexer connected to the first access connection, to select a virtual connection for the call from the first ATM interworking multiplexer to a second ATM interworking multiplexer, and to select a second access connection connected to the second ATM interworking multiplexer;

a signaling generation means coupled to the signaling processing means for generating a second signal for transmission to the first ATM interworking multiplexer that identifies the first access connection and the virtual connection, and for generating a third signal for transmission to the second ATM interworking multiplexer that identifies the virtual connection and the second access connection;

a signaling transfer means for transferring the second signal to the first ATM interworking multiplexer and for transferring the third signal to the second ATM interworking multiplexer;

a first adaption means in the first ATM interworking multiplexer for receiving the second signal, and in response, converting user information from the first access connection into ATM cells that identify the virtual connection and converting ATM cells from the virtual connection into user information suitable for the first access connection;

a second adaption means in the second ATM interworking multiplexer for receiving the third signal, and in response, converting the ATM cells from the virtual connection into

50

user information suitable for the second access connection and converting user information from the second access connection into ATM cells that identify the virtual connection.

5   56. [38] The system of claim 55 [37] wherein the first signal is a Signaling System #7 (SS7) initial address message (IAM).

57. [39] The system of claim 55 [37] wherein the first access connection is a DS0 connection.

58. [40] The system of claim 55 [37] wherein the user information is voice information.

10  59. [41] The system of claim 55 [37] wherein the virtual connection is selected based on the dialed number.

60. [42] The system of claim 55 [37] wherein the virtual connection is selected based on N00 call
15  processing.

61. [43] The system of claim 55 [37] wherein the virtual connection is selected based on virtual private network (VPN) call processing.

20  62. [44] The system of claim 55 [37] wherein the virtual connection is selected based on personal/terminal mobility service call processing.

add a 3

51

H 3



PATENT
SPT-1090

## DECLARATION AND POWERS OF ATTORNEY

As a below named inventor, I hereby declare that my residence, post office address and citizenship is as stated below next to my name. I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "BROADBAND TELECOMMUNICATIONS SYSTEM," the specification of which was filed on September 8, 1995 as Application Serial No. 08/525,897 and was amended herewith or, if not identified here by filing date and serial number, is attached hereto. I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 CFR 1.56(a). I hereby claim foreign priority benefits under 35 USC 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate by me or my representatives or assigns for this invention having a filing date before that of the application on which priority is claimed:

Application No. _____ in _____ on _____ priority claimed ( ) Yes ( ) No
Application No. _____ in _____ on _____ priority claimed ( ) Yes ( ) No
Application No. _____ in _____ on _____ priority claimed ( ) Yes ( ) No

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon. I hereby appoint, individually and collectively, the following as my/our attorney or agent with full power of substitution and revocation, to prosecute this application and to transact all business in the U.S. Patent and Trademark Office connected therewith:

Harley R. Ball   Registration No. 31,733; and
Michael J. Setter  Registration No. 37,936

PLEASE ADDRESS ALL
COMMUNICATIONS TO:   Attn: Harley R. Ball
                     Sprint Law Department
                     8140 Ward Parkway
                     Mailstop: MOKCMP0506
                     Kansas City, Missouri 64114

SOLE OR JOINT
Inventor (1)   Joseph Michael Christie           (Signature in Full)
               (Type or Print)

Citizenship    USA citizen                       Date: 11-9-95

Post Office Address:   San Bruno, California

Residence:   536 Green Avenue
             San Bruno, California