# EXHIBIT T

PATENT NUMBER

**6473429**

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED CK4 Q.A. | OCT 29 2002 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 370 | 395.3 | 2735 | |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE
(Attached in pocket on right inside flap)

Certificate
JAN 2 7 2004
of Correction

Certificate
FEB 1 5 2005
of Correction

### PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| 370 | 395.3 | 370 | 410 | 466 | | | |

| INTERNATIONAL CLASSIFICATION | |
|---|---|
| H04L | 12/56 |
| | 12/28 |

☐ Continued on Issue Slip Inside File Jacket

| ☒ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 12 | 12 | 2 | 44 | 1 |

☐ a) The term of this patent subsequent to _____ (date) has been disclaimed.

☒ b) The term of this patent shall not extend beyond the expiration date of U.S Patent No. 5,991,301

☐ c) The terminal ___ months of this patent have been disclaimed.

(Assistant Examiner) (Date)

Ajit P...
(Primary Examiner) 8/24/02 (Date)

(Legal Instruments Examiner) 9/3/02 (Date)

NOTICE OF ALLOWANCE MAILED

1.28.02

ISSUE FEE
| Amount Due | Date Paid |
|---|---|
| $1280 | |

ISSUE BATCH NUMBER

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/96)

(LABEL AREA)

(FACE)

**PATENT APPLICATION**

09353401

09/353401

INITIALS

JUL 2 9 994

## CONTENTS

| | Date received (Incl. C. of M.) or Date Mailed | | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application papers. | | 42. | |
| 2. CHANGE ADD | 7-27-00 | 43. | |
| 3. REJ B mal | 10-04-00 | 44. | |
| 4. C.O.A. | 12-27-00 | 45. | |
| 5. IDS + Refs. | 2-23-01 | 46. | |
| 6. Amdt A / Ext of Time 2 | 2-23-01 | 47. | |
| 7. I.D.S | 3.2.01 | 48. | |
| 8. C.O.A. | 6-28-01 | 49. | |
| 9. Terminal Disclaimer | Feb 23 2001 | 50. | |
| 10. IDS | 12-7-01 | 51. | |
| 11. Notice of Allowability | 4-28-02 | 52. | |
| 12. Formal Dwgs | 5-1-02 | 53. | |
| 13. Formal Drawings (12 shts) se L | 5/10/02 | 54. | |
| 14. Notice of Abandonment | MAY 30 2002 | 55. | |
| 15. Pet. to W/draw Aband. | 7/19/02 | 56. | |
| 16. Notice of Rescinded Abandonment | 9/12/02 | 57. | |
| 17. Reg Ed C 353 | 1/03/03 | 58. | |
| 18. | | 59. | |
| 19. | | 60. | |
| 20. | | 61. | |
| 21. | | 62. | |
| 22. | | 63. | |
| 23. | | 64. | |
| 24. | | 65. | |
| 25. | | 66. | |
| 26. | | 67. | |
| 27. | | 68. | |
| 28. | | 69. | |
| 29. | | 70. | |
| 30. | | 71. | |
| 31. | | 72. | |
| 32. | | 73. | |
| 33. | | 74. | |
| 34. | | 75. | |
| 35. | | 76. | |
| 36. | | 77. | |
| 37. | | 78. | |
| 38. | | 79. | |
| 39. | | 80. | |
| 40. | | 81. | |
| 41. | | 82. | |

(LEFT·OUTSIDE)

J·O



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 0?/353,401 | 07/15/99 | CHRISTIE | 1090C |

021396                                  LM02/1094

SPRINT COMMUNICATIONS COMPANY
HARLEY R BALL
8140 WARD PARKWAY 5W
KANSAS CITY MO 64114

| EXAMINER |
|---|
| PATEL, H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2738 | 3 |

DATE MAILED:   10/04/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

SK

PTO-90C (Rev 2/95)
U.S. G.P.O 2000: 466-168/25286

1- File Copy

| **Office Action Summary** | Application No. 09/353,401 | Applicant(s) J. CHRISTIE |
|---|---|---|
| | Examiner AJIT PATEL | Group Art Unit 2738 |

☒ Responsive to communication(s) filed on _Jul 15, 1999_

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) _1-46_ is/are pending in the applicat

  Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _1-46_ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____.

    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U S Patent and Trademark Office
PTO-326 (Rev. 9-95)                    Office Action Summary                    Part of Paper No. ___3___

Application/Control Number: 09/439,033 Page 2

Art Unit: 2738

1.  The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

2.  Claims 1 and 24 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1,4,15,35, 45-47 of U.S. Patent No.5,991,301. Although the conflicting claims are not identical, they are not patentably distinct from each other because it would have been obvious to one skilled in the art to delete the feature that the applicant does not consider to the critical to their invention.

3.  Claims 1 and 24 are provisionally rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1,7,9,15 of copending Application No. 09/439,033. Although the conflicting claims are not identical, they are not patentably distinct from each other because it would have been obvious to one skilled in the art to delete the feature that the applicant does not consider to the critical to their invention.

Application/Control Number: 09/439,033                                                                                    Page 3

Art Unit: 2738

This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

4.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title before the invention thereof by the applicant for patent.

5.     Claims 1-3,5-13,16,20,24-26,28-36,39,43 are rejected under 35 U.S.C. 102(e) as being anticipated by Doshi et al (5,483,527).

Doshi et al disclose an ATM network incorporating the steps of receiving a message indicating a connection and an identifier into an internetworking unit (215-1 of fig. 1); receiving a use communication from the connection into the interworking unit (215 of fig. 1); converting the user communication from the connection into asynchronous communications with the identifier in response to the message (210, 211 of fig. 1); transferring the synchronous communications from the interworking unit and receiving the asynchronous communications into a routing system (220 of fig. 1); transferring the asynchronous communications through the routing system based on the identifier (220, S2 of fig. 1).

Application/Control Number: 09/439,033                                      Page 4

Art Unit: 2738

       Regarding claims 20 and 43 Doshi et al disclose the limitation of receiving an echo cancellation instruction into the internetworking unit and canceling echo from the user communication in response to the echo cancellation instruction (lines 18-22, col. 2)

6.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

7.    Claims 4,14,15,17-19,21-23,27,37-38,40-42,44-46 are rejected under 35 U.S.C. 103(a) as being unpatentable over Doshi et al (5,483,527).

Doshi et al disclose all the claimed subject matter as described in previous paragraph except encryption technique, compression technique etc. Those techniques are well in the art. Therefore, it would have been obvious to one skilled in the art to use above mentioned techniques in the network of Doshi et al to make the system more efficient and reliable.

8.    **Any response to this action should be mailed to:**

        Commissioner of Patents and Trademarks

        Washington, D.C. 20231

Application/Control Number: 09/439,033                                                      Page 5

Art Unit: 2738

**or faxed to:**

(703) 305-3988, (for formal communications intended for entry)

**Or:**

(703) 305-3988 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

Hand-delivered responses should be brought to Crystal Park II, 2021 Crystal Drive, Arlington. VA., Sixth Floor (Receptionist).

9.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to AJIT PATEL whose telephone number is (703) 308-5347. The examiner can normally be reached on Monday-Thursday from 6:30 to 5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, HASSAN KIZOU, can be reached on (703) 305-4744. The fax phone number for this Group is (703) 305-5403.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900 .

Application/Control Number: 09/439,033　　　　　　　　　　　　　　Page 6

Art Unit: 2738

　　　　　　　　　　　　　　　　　　　　　　　　　　　Ajit Patel
　　　　　　　　　　　　　　　　　　　　　　　　　　　Primary Examiner

AJIT PATEL

October 2, 2000

| | | Application No. 09/353,401 | Applicant(s), J. CHRISTIE | | |
|---|---|---|---|---|---|
| **Notice of References Cited** | | Examiner AJIT PATEL | Group Art Unit 2738 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 5,483,527 | 01/1996 | DOSHI ET AL | 370 | 395 |
| B | 5,473,679 | 12/1995 | LA PORTA ET AL | 379 | 201 |
| C | 6,064,648 | 05/2000 | HELLMAN ET AL | 370 | 230 |
| D | 6,016,319 | 01/2000 | KSHIRSAGAR ET AL | 370 | 410 |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U S Patent and Trademark Office
PTO-892 (Rev. 9-95)    Notice of References Cited    Part of Paper No. 3