Sprint Communications Company LP v. Vonage Holdings Corp., et al

Doc. 221

#### IN THE UNITED STATES DISTRICT COURT
#### DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS COMPANY, L.P.,**

    **Plaintiff,**

**v.**                  **Case No: 05-2433-JWL**

**VONAGE HOLDINGS CORP.,**
**VONAGE AMERICA, INC.,**

    **Defendants.**

#### ORDER TO SHOW CAUSE

On May 29, 2007, the defendants filed Objections to and Motion for Review of Orders of May 14, 2007 and May 16, 2007 pursuant to Fed. R. Civ. P. 72 (doc. 210). Plaintiff has not filed a response to defendants' objection/motion for review within the time period provided in Fed. R. Civ. P. 72. Ordinarily, if a respondent fails to file a response within the time required by the rule, the motion will be considered and decided as an uncontested motion by the court.

Nonetheless, in an abundance of caution, the court hereby requires plaintiff to show good cause in writing to the court, **on or before Monday, June 18, 2007**, why it has failed to respond to defendants' objection/motion for review in a timely fashion. If plaintiff fails to show good cause **on or before June 18, 2007,** why it has failed to respond to defendants' objection/motion, defendants' objection/motion will be considered and decided as uncontested. Moreover, plaintiff must file, **on or before June 18, 2007**, any response to defendants' objection/motion for review that it wishes the court to consider if it finds good cause. If plaintiff fails to file a response to

defendants' objection/motion on or before **June 18, 2007**, defendants' objection/motion will be considered and decided as uncontested. If plaintiff files a response to defendants' objection/motion on or before **June 18, 2007**, the court will promptly schedule a telephone hearing on the motion.

Dated this 13th day of June, 2007, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge