# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
              Plaintiff,     )
)
v.                            )
)
THEGLOBE.COM, INC.,              ) Case No. 2:05-CV-02433-JWL-DJW
VOICEGLO HOLDINGS, INC.,        )
VONAGE HOLDINGS CORP., and  )
VONAGE AMERICA, INC.            )
)
              Defendants.  )
)
)

**Notice of Electronic Filing**

The following transaction was entered on 5/9/2007 at 10:32 AM CDT and filed on 5/9/2007
**Case Name:**        Sprint Communications Company LP v. Vonage Holdings Corp., et al
**Case Number:**    2:05-cv-2433
**Filer:**
**Document Number:** "187A" [No document attached]

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge David J. Waxse: Final Pretrial Conference held on 5/9/2007. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry) (mts)

**2:05-cv-2433 Notice has been electronically mailed to:**
James D. Oliver joliver@foulston.com, nmance@foulston.com
Don R. Lolli dlolli@dysarttaylor.com, kowens@dysarttaylor.com
Peter E. Strand pstrand@shb.com
Patrick J. Kaine pkaine@dysarttaylor.com, jdobson@dysarttaylor.com
Basil Trent Webb bwebb@shb.com
James W. Dabney dabnejam@ffhsj.com, bednaje@ffhsj.com, nydocketclrk@ffhsj.com
Scott C. Nehrbass snehrbass@foulston.com
Eric A. Buresh eburesh@shb.com
Adam P. Seitz aseitz@shb.com, jglidewell@shb.com, jzerger@shb.com, mdeaton@shb.com, tdennis@shb.com

Malcolm J. Duncan duncama@ffhsj.com
Henry C. Lebowitz lebowhe@ffhsj.com, bednaje@ffhsj.com, nydocketclrk@ffhsj.com
Patrick C. Muldoon pcmuldoon@duanemorris.com
Patrick D. McPherson pdmcpherson@duanemorris.com
Barry Golob bgolob@duanemorris.com
Donald R. McPhail drmcphail@duanemorris.com
Robert H. Reckers rreckers@shb.com, dfaulk@shb.com
Joshua Reuben Brown jrbrown@shb.com

**2:05-cv-2433 Notice has been delivered by other means to:**

Scott William Doyle
Steptoe & Johnson LLP - DC
1330 Connecticut Ave., N.W.
Washington, DC 20036