# EXHIBIT E

**From:** McPhail, Donald R.
**Sent:** Monday, June 11, 2007 4:10 PM
**To:** 'Seitz, Adam P. (SHB)'
**Cc:** Buresh, Eric A. (SHB); Golob, Barry; Webb, B. Trent (SHB)
**Subject:** RE: 30(b)(6) notice - topic 18

Adam -

We will proceed with Mr. Duree's deposition in June 14 as to topic 19 under the previously-agreed scope (i.e. he will testify about the structure and operation of prototypes, but not whether they fall within the scope of the asserted claims). I will address our on-going dispute over topic 18 in a separate email.

Don