# EXHIBIT F

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Thursday, May 31, 2007 12:12 PM
**To:** McPhail, Donald R.
**Cc:** Buresh, Eric A. (SHB)
**Subject:** RE: 30(b)(6) notice - topic 18

Don,

Mr. Duree is available for a deposition on June 14 to discuss topic 19 on the scope we previously discussed--the technical details surrounding the operation of the JCS2000 prototype. Please confirm as soon as possible whether this date works for you.

As for topic no. 18, we are not able to provide you with a witness to testify for at least the following reasons. Sprint does not have any information on the topic for which you are seeking a witness. Because Sprint does not have any information which would reflect any comparison regarding the "similarities/differences between inventions in asserted patents and inventions in [the identified] patents," Sprint has no available information to prepare and produce any witness to testify as a 30(b)(6) designee. Additionally, the patents you identified below are not asserted against Vonage in this case and, as such, are irrelevant. Even assuming we could prepare a witness to testify on this topic--which we cannot--such testimony would not relate to any claim or defense of Vonage's in this matter.

If you would like to discuss this matter further, please let me know.

Thanks,

Adam