# EXHIBIT H

Dockets.Justia.com

**From:** McPhail, Donald R. [mailto:DRMcPhail@duanemorris.com]
**Sent:** Monday, May 14, 2007 1:11 PM
**To:** Seitz, Adam P. (SHB)
**Subject:** 30(b)(6) notice - topic 18

Adam -

Further to our telephone conference of last week, the patents naming Christie and others that were to be addressed in connection with topic 18 included, but were not limited to, patents such as U.S. Patent No. 6,181,703; 6,115,380; 6,411,624; 6,172,977; 6,690,656; 6,421,344 and 6,577,626. As we discussed, one of the areas topic 18 was intended to cover was the similarities/differences between inventions in asserted patents and inventions in these patents.

I hope this helps you in identifying a suitable 30(b)(6) witness for topic 18 and look forward to hearing from you in that regard. As we discussed on the telephone, it is likely that Mr. Duree may be suitable for finishing topic 19 given the additional information that we have since received from other witnesses about which prototypes of JCS2000 were actually constructed and Sprint's representation that these were the only prototypes of the inventions claimed in the asserted patents.

Don

**Donald R. McPhail**
Partner

Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
P: 202.776.7894
F: 202.776.7801
C: 571.228.7936

| BIO
| E-MAIL
| WEB SITE
| VCARD