# EXHIBIT L

Dockets.Justia.com

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Wednesday, June 06, 2007 5:51 PM
**To:** McPhail, Donald R.
**Cc:** Buresh, Eric A. (SHB); Golob, Barry; Webb, B. Trent (SHB)
**Subject:** RE: 30(b)(6) notice - topic 18

Don,

I am not certain what else I can provide to you to help move this argument forward in a constructive manner. We originally provided you a witness based on our understanding and construction of a topic that was significantly overbroad, irrelevant, and confusing at best. You contended that witness was insufficient. Since that time, we have attempted to come to some agreement with you on the scope of topic 18. Our attempts were met with unfounded allegations that we were creating a "new topic," at which time you withdrew your offer to cooperate on reaching a mutually agreeable scope to topic 18. Moreover, our attempts to confer with you on an appropriate scope for topic 18 have been met with unfounded allegations that we are refusing to comply the Court's Order. Given your apparent unwillingness to address the issues with topic 18, I believe it would be to both of our benefits to seek guidance from the Court as to the proper scope of this topic.

Please let me know how you would like to proceed.

Thanks,

Adam