# EXHIBIT N

Dockets.Justia.com

## USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(joseph AND christie) AND AN/sprint): 69 patents.**
*Hits 1 through 50 out of 69*

[ Final 19 Hits ]

[ Jump To ]

[ Refine Search ]  in/(joseph and christie) and an/sprint

| PAT. NO. | Title |
|---|---|
| 1 | 7,203,199 **T** System and method for transporting a call |
| 2 | 7,106,750 **T** System and method for interfacing a local communication device |
| 3 | 7,085,362 **T** System for managing telecommunications |
| 4 | 6,999,463 **T** Number portability in a communications system |
| 5 | 6,961,339 **T** Telecommunications system |
| 6 | 6,931,008 **T** Broadband telecommunications system |
| 7 | 6,795,440 **T** Telecommunications tandem system for circuit-based traffic |
| 8 | 6,788,693 **T** System and method for interfacing a local communication device |
| 9 | 6,704,327 **T** System and method for connecting a call |
| 10 | 6,697,340 **T** System and method for providing enhanced services for a telecommunication call |
| 11 | 6,690,674 **T** System and method for interfacing a local communication device |
| 12 | 6,690,656 **T** System for managing telecommunications |
| 13 | 6,687,244 **T** ATM transport system |
| 14 | 6,683,878 **T** ATM gateway system |
| 15 | 6,674,759 **T** System for managing telecommunications |
| 16 | 6,667,982 **T** Broadband telecommunications system interface |
| 17 | 6,665,294 **T** Broadband telecommunications system |
| 18 | 6,643,282 **T** Method, system and apparatus for telecommunications control |
| 19 | 6,639,912 **T** Number portability in a communications system |
| 20 | 6,633,561 **T** Method, system and apparatus for telecommunications control |
| 21 | 6,631,133 **T** Broadband telecommunications system |

22 6,577,626 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

23 6,563,828 **T** Broadband telecommunications system

24 6,560,241 **T** Broadband telecommunications system interface

25 6,535,483 **T** System and method for providing enhanced services for a telecommunication call

26 6,529,514 **T** ATM gateway system

27 6,501,759 **T** Broadband telecommunications system

28 6,480,493 **T** System for managing telecommunications

29 6,473,429 **T** Broadband telecommunications system

30 6,470,009 **T** Broadband telecommunications system interface

31 6,463,052 **T** Method, system and apparatus for telecommunications control

32 6,452,932 **T** Method, system and apparatus for telecommunications control

33 6,452,928 **T** Broadband telecommunications system

34 6,449,280 **T** Broadband telecommunications system

35 6,430,195 **T** Broadband telecommunications system interface

36 6,424,652 **T** Method, system and apparatus for telecommunications control

37 6,421,344 **T** ATM direct access line system

38 6,411,624 **T** Telecommunications system

39 6,366,586 **T** Method, system and apparatus for telecommunications control

40 6,349,100 **T** System and method for providing enhanced services for a telecommunication call

41 6,343,084 **T** Broadband telecommunications system

42 6,330,224 **T** System and method for providing enhanced services for a telecommunication call

43 6,327,270 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

44 6,304,580 **T** Broadband telecommunications system interface

45 6,304,572 **T** Method, system and apparatus for telecommunications control

46 6,298,064 **T** Broadband telecommunications system

47 6,272,142 **T** Telecommunications tandem system for circuit-based traffic

48 6,249,529 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

49 6,212,193 **T** Method, system and apparatus for telecommunications control

50 6,208,660 **T** Method, system and apparatus for telecommunications control



# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Prev. List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(joseph AND christie) AND AN/sprint):** 69 patents.
*Hits 51 through 69 out of 69*

| Prev. 50 Hits |

| Jump To |

| Refine Search | in/(joseph and christie) and an/sprint

| PAT. NO. | Title |
|---|---|
| 51 6,201,812 **T** | Method system and apparatus for telecommunications control |
| 52 6,192,052 **T** | Method system and apparatus for telecommunications control |
| 53 6,185,219 **T** | Method, system and apparatus for telecommunications control |
| 54 6,181,703 **T** | System for managing telecommunications |
| 55 6,178,170 **T** | System and method for transporting a call |
| 56 6,172,977 **T** | ATM direct access line system |
| 57 6,115,380 **T** | Broadband telecommunications system |
| 58 6,108,341 **T** | Method, system and apparatus for telecommunications control |
| 59 6,104,718 **T** | Method, system and apparatus for telecommunications control |
| 60 6,081,529 **T** | ATM transport system |
| 61 6,081,525 **T** | Broadband telecommunications system |
| 62 6,031,840 **T** | Telecommunications system |
| 63 6,026,091 **T** | ATM gateway system |
| 64 6,014,378 **T** | Telecommunications tandem system for circuit-based traffic |
| 65 6,002,689 **T** | System and method for interfacing a local communication device |
| 66 5,991,301 **T** | Broadband telecommunications system |
| 67 5,926,482 **T** | Telecommunications apparatus, system, and method with an enhanced signal transfer point |
| 68 5,920,562 **T** | Systems and methods for providing enhanced services for telecommunication call |
| 69 5,825,780 **T** | Method, system and apparatus for telecommunications control |

# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**in/(joseph and christie) and an/sprint:** 18 applications.
*Hits 1 through 18 out of 18*

| Jump To |

| Refine Search |  in/(joseph and christie) and an/sprint

| | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20070076753 | METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL |
| 2 | 20060203984 | System for managing telecommunications |
| 3 | 20050254496 | Broadband telecommunications system |
| 4 | 20050207435 | Telecommunications system |
| 5 | 20050147101 | Broadband telecommunications system |
| 6 | 20040208198 | System and method for interfacing a local communication device |
| 7 | 20040125814 | System for managing telecommunications |
| 8 | 20040090973 | ATM gateway system |
| 9 | 20040085990 | System and method for providing enhanced services for a telecommunication call |
| 10 | 20040085975 | Broadband telecommunications system interface |
| 11 | 20040081107 | Broadband telecommunications system |
| 12 | 20040057427 | Number portability in a communications system |
| 13 | 20040037328 | Method system and apparatus for telecommunications control |
| 14 | 20030189941 | Telecommunications apparatus, system, and method with an enhanced signal transfer point |
| 15 | 20030169767 | Broadband telecommunications system interface |
| 16 | 20030148783 | System and method for providing enhanced services for a telecommunication call |
| 17 | 20030026278 | Telecommunications systems |
| 18 | 20030007492 | Broadband telecommunications system interface |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(((IN/(BOBBY OR MANU) AND IN/MANU) AND IN/BAHL) AND AN/SPRINT): 3 patents.**
*Hits 1 through 3 out of 3*

| Jump To |

| Refine Search |   IN/(BOBBY OR MANU) AND IN/MANU AND IN/BAHL



PAT. NO.      Title
1 7,085,362 **T** System for managing telecommunications
2 6,181,703 **T** System for managing telecommunications
3 6,081,525 **T** Broadband telecommunications system

| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# US PATENT & TRADEMARK OFFICE

## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/(BOBBY OR MANU) AND IN/MANU AND IN/BAHL AND AN/SPRINT**: 2 applications.
*Hits 1 through 2 out of 2*

[ Jump To ]

[ Refine Search ]  IN/(BOBBY OR MANU) AND IN/MANU AND IN/BAHL

PUB. APP. NO. Title
1 20060203984   System for managing telecommunications
2 20050147101   Broadband telecommunications system

---

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(ALBERT AND DUREE) AND AN/SPRINT): 48 patents.**
*Hits 1 through 48 out of 48*

| Jump To |

| Refine Search |  IN/(ALBERT AND DUREE) AND AN/SPRINT

| | PAT. NO. | Title |
|---|---|---|
| 1 | 7,203,199 | **T** System and method for transporting a call |
| 2 | 7,106,750 | **T** System and method for interfacing a local communication device |
| 3 | 7,085,362 | **T** System for managing telecommunications |
| 4 | 6,999,463 | **T** Number portability in a communications system |
| 5 | 6,931,008 | **T** Broadband telecommunications system |
| 6 | 6,904,060 | **T** System and method for transporting a call in a telecommunication network |
| 7 | 6,885,671 | **T** System and method for connecting a call |
| 8 | 6,795,440 | **T** Telecommunications tandem system for circuit-based traffic |
| 9 | 6,788,693 | **T** System and method for interfacing a local communication device |
| 10 | 6,704,327 | **T** System and method for connecting a call |
| 11 | 6,690,674 | **T** System and method for interfacing a local communication device |
| 12 | 6,690,656 | **T** System for managing telecommunications |
| 13 | 6,683,878 | **T** ATM gateway system |
| 14 | 6,674,759 | **T** System for managing telecommunications |
| 15 | 6,674,729 | **T** Communications system for providing ATM connections and echo cancellation |
| 16 | 6,667,982 | **T** Broadband telecommunications system interface |
| 17 | 6,639,912 | **T** Number portability in a communications system |
| 18 | 6,631,133 | **T** Broadband telecommunications system |
| 19 | 6,577,626 | **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point |
| 20 | 6,563,918 | **T** Telecommunications system architecture for connecting a call |
| 21 | 6,560,241 | **T** Broadband telecommunications system interface |
| 22 | 6,529,514 | **T** ATM gateway system |

23 6,501,759 **T** Broadband telecommunications system

24 6,480,493 **T** System for managing telecommunications

25 6,470,018 **T** System and method for connecting a call

26 6,470,009 **T** Broadband telecommunications system interface

27 6,430,195 **T** Broadband telecommunications system interface

28 6,421,344 **T** ATM direct access line system

29 6,351,521 **T** Communications test system

30 6,327,270 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

31 6,304,580 **T** Broadband telecommunications system interface

32 6,272,142 **T** Telecommunications tandem system for circuit-based traffic

33 6,262,992 **T** System and method for transporting a call in a telecommunication network

34 6,249,529 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

35 6,181,703 **T** System for managing telecommunications

36 6,178,170 **T** System and method for transporting a call

37 6,172,977 **T** ATM direct access line system

38 6,160,871 **T** Communications test system

39 6,147,994 **T** Telecommunications system with a connection processing system

40 6,137,800 **T** System and method for connecting a call

41 6,115,380 **T** Broadband telecommunications system

42 6,081,525 **T** Broadband telecommunications system

43 6,067,299 **T** Communications system for providing ATM connections and echo cancellation

44 6,026,091 **T** ATM gateway system

45 6,014,378 **T** Telecommunications tandem system for circuit-based traffic

46 6,002,689 **T** System and method for interfacing a local communication device

47 5,940,393 **T** Telecommunications system with a connection processing system

48 5,926,482 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

---



# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/(ALBERT AND DUREE) AND AN/SPRINT**: 14 applications.
*Hits 1 through 14 out of 14*

| Jump To |

| Refine Search |   IN/(ALBERT AND DUREE) AND AN/SPRINT

|   | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20060203984 | System for managing telecommunications |
| 2 | 20050254496 | Broadband telecommunications system |
| 3 | 20050174999 | System and method for connecting a call |
| 4 | 20050157739 | System and method for transporting a call in a telecommunication network |
| 5 | 20050147101 | Broadband telecommunications system |
| 6 | 20040208198 | System and method for interfacing a local communication device |
| 7 | 20040125814 | System for managing telecommunications |
| 8 | 20040090973 | ATM gateway system |
| 9 | 20040085975 | Broadband telecommunications system interface |
| 10 | 20040057427 | Number portability in a communications system |
| 11 | 20030189941 | Telecommunications apparatus, system, and method with an enhanced signal transfer point |
| 12 | 20030169767 | Broadband telecommunications system interface |
| 13 | 20030026278 | Telecommunications systems |
| 14 | 20030007492 | Broadband telecommunications system interface |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**((IN/(MICHAEL OR JOSEPH) AND IN/GARDNER) AND AN/SPRINT):** 48 patents.
*Hits 1 through 48 out of 48*

| Jump To |

| Refine Search |    IN/(MICHAEL OR JOSEPH) AND IN/GARDNER AND

PAT.
NO.       Title

1  7,106,750  **T** System and method for interfacing a local communication device
2  7,103,068  **T** System and method for configuring bandwidth transmission rates for call connections
3  7,085,362  **T** System for managing telecommunications
4  7,079,534  **T** System and method for allocating bandwidth for a call
5  6,999,463  **T** Number portability in a communications system
6  6,982,950  **T** System and method for connecting a call in a tandem architecture
7  6,931,008  **T** Broadband telecommunications system
8  6,922,409  **T** System and method for allocating bandwidth for a call
9  6,885,671  **T** System and method for connecting a call
10  6,795,440  **T** Telecommunications tandem system for circuit-based traffic
11  6,788,693  **T** System and method for interfacing a local communication device
12  6,785,282  **T** System and method for connecting a call with a gateway system
13  6,704,327  **T** System and method for connecting a call
14  6,690,674  **T** System and method for interfacing a local communication device
15  6,690,656  **T** System for managing telecommunications
16  6,683,878  **T** ATM gateway system
17  6,674,759  **T** System for managing telecommunications
18  6,667,982  **T** Broadband telecommunications system interface
19  6,639,912  **T** Number portability in a communications system
20  6,631,133  **T** Broadband telecommunications system
21  6,577,626  **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point
22  6,574,222  **T** System and method for allocating bandwidth for a call

23 6,563,918 **T** Telecommunications system architecture for connecting a call

24 6,560,241 **T** Broadband telecommunications system interface

25 6,529,514 **T** ATM gateway system

26 6,501,759 **T** Broadband telecommunications system

27 6,480,493 **T** System for managing telecommunications

28 6,470,018 **T** System and method for connecting a call

29 6,470,009 **T** Broadband telecommunications system interface

30 6,430,195 **T** Broadband telecommunications system interface

31 6,421,344 **T** ATM direct access line system

32 6,327,270 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

33 6,314,103 **T** System and method for allocating bandwidth for a call

34 6,304,580 **T** Broadband telecommunications system interface

35 6,272,142 **T** Telecommunications tandem system for circuit-based traffic

36 6,249,529 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

37 6,181,703 **T** System for managing telecommunications

38 6,172,977 **T** ATM direct access line system

39 6,147,994 **T** Telecommunications system with a connection processing system

40 6,137,800 **T** System and method for connecting a call

41 6,115,380 **T** Broadband telecommunications system

42 6,081,525 **T** Broadband telecommunications system

43 6,026,091 **T** ATM gateway system

44 6,023,474 **T** Broadband telecommunications system interface

45 6,014,378 **T** Telecommunications tandem system for circuit-based traffic

46 6,002,689 **T** System and method for interfacing a local communication device

47 5,926,482 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

48 5,535,200 **T** Signaling system for a telecommunications network

---



# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/(MICHAEL OR JOSEPH) AND IN/GARDNER AND AN/SPRINT**: 14 applications.
*Hits 1 through 14 out of 14*

[ Jump To ]

[ Refine Search ]    IN/(MICHAEL OR JOSEPH) AND IN/GARDNER AND

|   | PUB. APP. NO. | Title |
|---|---------------|-------|
| 1 | 20060274769 | System and method for configuring bandwidth transmission rates for call connections |
| 2 | 20060203984 | System for managing telecommunications |
| 3 | 20050254496 | Broadband telecommunications system |
| 4 | 20050174999 | System and method for connecting a call |
| 5 | 20050147101 | Broadband telecommunications system |
| 6 | 20040208198 | System and method for interfacing a local communication device |
| 7 | 20040125814 | System for managing telecommunications |
| 8 | 20040090973 | ATM gateway system |
| 9 | 20040085975 | Broadband telecommunications system interface |
| 10 | 20040057427 | Number portability in a communications system |
| 11 | 20030189941 | Telecommunications apparatus, system, and method with an enhanced signal transfer point |
| 12 | 20030169767 | Broadband telecommunications system interface |
| 13 | 20030026278 | Telecommunications systems |
| 14 | 20030007492 | Broadband telecommunications system interface |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(DANIEL AND SBISA) AND AN/SPRINT): 20 patents.**
*Hits 1 through 20 out of 20*

| Jump To |

| Refine Search |   IN/(DANIEL AND SBISA) AND AN/SPRINT

| | PAT. NO. | Title |
|---|---|---|
| 1 | 7,224,965 | **T** Telecommunications service control point with digit collection logic |
| 2 | 7,099,454 | **T** Caller identification in a communication system |
| 3 | 7,085,362 | **T** System for managing telecommunications |
| 4 | 7,062,030 | **T** Method and system for handling calls in a communication network |
| 5 | 6,920,214 | **T** Telecommunications system with centralized call redirection control logic and speed dial translation logic |
| 6 | 6,768,793 | **T** Telecommunications resource connection and operation using a service control point |
| 7 | 6,760,426 | **T** Method and system for handling operator calls in a communication network |
| 8 | 6,714,539 | **T** Telecommunications service control point interface |
| 9 | 6,690,656 | **T** System for managing telecommunications |
| 10 | 6,674,759 | **T** System for managing telecommunications |
| 11 | 6,631,133 | **T** Broadband telecommunications system |
| 12 | 6,567,659 | **T** Telecommunications service control point with digit collection logic |
| 13 | 6,529,504 | **T** Telecommunications service control point interface |
| 14 | 6,480,493 | **T** System for managing telecommunications |
| 15 | 6,470,081 | **T** Telecommunications resource connection and operation using a service control point |
| 16 | 6,181,703 | **T** System for managing telecommunications |
| 17 | 6,097,803 | **T** Pots number processing using a service control point |
| 18 | 6,081,525 | **T** Broadband telecommunications system |
| 19 | 5,933,486 | **T** Enhanced service control architecture of a telecommunications switching network |
| 20 | 5,793,853 | **T** System and method for recording billing information for a telecommunications service request |

Case 2:05-cv-02433-JWL    Document 223-13    Filed 06/13/2007    Page 15 of 28



# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/(DANIEL AND SBISA) AND AN/SPRINT**: 6 applications.
*Hits 1 through 6 out of 6*

| Jump To |

| Refine Search |    IN/(DANIEL AND SBISA) AND AN/SPRINT

| PUB. APP. NO. | Title |
|---|---|
| 1 20060251228 | Caller identification in a communication system |
| 2 20060203984 | System for managing telecommunications |
| 3 20060182256 | Method and system for handling calls in a communication network |
| 4 20050195959 | Telecommunications system with centralized call redirection control logic and speed dial translation logic |
| 5 20050147101 | Broadband telecommunications system |
| 6 20040125814 | System for managing telecommunications |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(WILLIAM AND WILEY) AND AN/SPRINT): 52 patents.**
*Hits 1 through 50 out of 52*

| Final 2 Hits |

| Jump To |

| Refine Search |   IN/(WILLIAM AND WILEY) AND AN/SPRINT

| PAT. NO. | | Title |
|---|---|---|
| 1 | 7,106,750 **T** | System and method for interfacing a local communication device |
| 2 | 7,103,068 **T** | System and method for configuring bandwidth transmission rates for call connections |
| 3 | 7,085,362 **T** | System for managing telecommunications |
| 4 | 6,999,463 **T** | Number portability in a communications system |
| 5 | 6,961,339 **T** | Telecommunications system |
| 6 | 6,931,008 **T** | Broadband telecommunications system |
| 7 | 6,904,060 **T** | System and method for transporting a call in a telecommunication network |
| 8 | 6,885,671 **T** | System and method for connecting a call |
| 9 | 6,836,542 **T** | System and method for processing ported calls |
| 10 | 6,816,497 **T** | System and method for processing a call |
| 11 | 6,795,440 **T** | Telecommunications tandem system for circuit-based traffic |
| 12 | 6,788,693 **T** | System and method for interfacing a local communication device |
| 13 | 6,747,975 **T** | System and method for connecting a call with an interworking system |
| 14 | 6,704,327 **T** | System and method for connecting a call |
| 15 | 6,690,674 **T** | System and method for interfacing a local communication device |
| 16 | 6,690,656 **T** | System for managing telecommunications |
| 17 | 6,683,878 **T** | ATM gateway system |
| 18 | 6,674,759 **T** | System for managing telecommunications |
| 19 | 6,667,982 **T** | Broadband telecommunications system interface |
| 20 | 6,639,912 **T** | Number portability in a communications system |
| 21 | 6,631,133 **T** | Broadband telecommunications system |

22 6,577,626 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

23 6,563,918 **T** Telecommunications system architecture for connecting a call

24 6,560,241 **T** Broadband telecommunications system interface

25 6,535,599 **T** System and method for processing ported calls

26 6,529,514 **T** ATM gateway system

27 6,501,759 **T** Broadband telecommunications system

28 6,483,837 **T** System and method for connecting a call with an interworking system

29 6,480,493 **T** System for managing telecommunications

30 6,470,018 **T** System and method for connecting a call

31 6,470,009 **T** Broadband telecommunications system interface

32 6,430,195 **T** Broadband telecommunications system interface

33 6,421,344 **T** ATM direct access line system

34 6,411,624 **T** Telecommunications system

35 6,351,521 **T** Communications test system

36 6,327,270 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

37 6,304,580 **T** Broadband telecommunications system interface

38 6,272,142 **T** Telecommunications tandem system for circuit-based traffic

39 6,262,992 **T** System and method for transporting a call in a telecommunication network

40 6,249,529 **T** Telecommunications apparatus, system, and method with an enhanced signal transfer point

41 6,181,703 **T** System for managing telecommunications

42 6,172,977 **T** ATM direct access line system

43 6,160,871 **T** Communications test system

44 6,137,800 **T** System and method for connecting a call

45 6,115,380 **T** Broadband telecommunications system

46 6,081,525 **T** Broadband telecommunications system

47 6,031,840 **T** Telecommunications system

48 6,026,091 **T** ATM gateway system

49 6,023,474 **T** Broadband telecommunications system interface

50 6,014,378 **T** Telecommunications tandem system for circuit-based traffic

---

| Next List | Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/(WILLIAM AND WILEY) AND AN/SPRINT**: 18 applications.
*Hits 1 through 18 out of 18*

| Jump To |

| Refine Search |   IN/(WILLIAM AND WILEY) AND AN/SPRINT

| | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20060274769 | System and method for configuring bandwidth transmission rates for call connections |
| 2 | 20060209788 | System and method for processing a call |
| 3 | 20060203984 | System for managing telecommunications |
| 4 | 20050254496 | Broadband telecommunications system |
| 5 | 20050207435 | Telecommunications system |
| 6 | 20050174999 | System and method for connecting a call |
| 7 | 20050157739 | System and method for transporting a call in a telecommunication network |
| 8 | 20050147101 | Broadband telecommunications system |
| 9 | 20040208198 | System and method for interfacing a local communication device |
| 10 | 20040125814 | System for managing telecommunications |
| 11 | 20040090973 | ATM gateway system |
| 12 | 20040085975 | Broadband telecommunications system interface |
| 13 | 20040057427 | Number portability in a communications system |
| 14 | 20030189941 | Telecommunications apparatus, system, and method with an enhanced signal transfer point |
| 15 | 20030169767 | Broadband telecommunications system interface |
| 16 | 20030133561 | System and method for processing ported calls |
| 17 | 20030026278 | Telecommunications systems |
| 18 | 20030007492 | Broadband telecommunications system interface |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |
|------|-------|----------|---------|------|

| Bottom | View Cart |
|--------|-----------|

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**((IN/(TRACEY OR TRACY) AND IN/NELSON) AND AN/SPRINT)**: 34 patents.
*Hits 1 through 34 out of 34*

| Jump To |
|---------|

| Refine Search | IN/(TRACEY OR TRACY) AND IN/NELSON AND AN/

PAT. NO.     Title
1  7,106,750  **T** System and method for interfacing a local communication device
2  7,089,280  **T** Autonomous eclone
3  6,999,463  **T** Number portability in a communications system
4  6,904,060  **T** System and method for transporting a call in a telecommunication network
5  6,895,088  **T** System and method for controlling a call processing system
6  6,885,671  **T** System and method for connecting a call
7  6,795,440  **T** Telecommunications tandem system for circuit-based traffic
8  6,788,693  **T** System and method for interfacing a local communication device
9  6,704,327  **T** System and method for connecting a call
10 6,697,340  **T** System and method for providing enhanced services for a telecommunication call
11 6,690,674  **T** System and method for interfacing a local communication device
12 6,683,878  **T** ATM gateway system
13 6,667,982  **T** Broadband telecommunications system interface
14 6,639,912  **T** Number portability in a communications system
15 6,563,918  **T** Telecommunications system architecture for connecting a call
16 6,560,241  **T** Broadband telecommunications system interface
17 6,535,483  **T** System and method for providing enhanced services for a telecommunication call
18 6,529,514  **T** ATM gateway system
19 6,470,018  **T** System and method for connecting a call
20 6,470,009  **T** Broadband telecommunications system interface
21 6,430,195  **T** Broadband telecommunications system interface
22 6,349,100  **T** System and method for providing enhanced services for a telecommunication call
23 6,330,224  **T** System and method for providing enhanced services for a telecommunication call

24 6,304,580 **T** Broadband telecommunications system interface
25 6,272,142 **T** Telecommunications tandem system for circuit-based traffic
26 6,262,992 **T** System and method for transporting a call in a telecommunication network
27 6,147,994 **T** Telecommunications system with a connection processing system
28 6,137,800 **T** System and method for connecting a call
29 6,026,091 **T** ATM gateway system
30 6,023,474 **T** Broadband telecommunications system interface
31 6,014,378 **T** Telecommunications tandem system for circuit-based traffic
32 6,002,689 **T** System and method for interfacing a local communication device
33 5,940,393 **T** Telecommunications system with a connection processing system
34 5,920,562 **T** Systems and methods for providing enhanced services for telecommunication call



# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**IN/(TRACEY OR TRACY) AND IN/NELSON AND AN/SPRINT**: 11 applications.
*Hits 1 through 11 out of 11*

| Jump To |

| Refine Search |  IN/(TRACEY OR TRACY) AND IN/NELSON AND AN/

PUB. APP. NO. Title

| | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20050174999 | System and method for connecting a call |
| 2 | 20050157739 | System and method for transporting a call in a telecommunication network |
| 3 | 20050152509 | System and method for controlling a call processing system |
| 4 | 20040208198 | System and method for interfacing a local communication device |
| 5 | 20040090973 | ATM gateway system |
| 6 | 20040085990 | System and method for providing enhanced services for a telecommunication call |
| 7 | 20040085975 | Broadband telecommunications system interface |
| 8 | 20040057427 | Number portability in a communications system |
| 9 | 20030169767 | Broadband telecommunications system interface |
| 10 | 20030148783 | System and method for providing enhanced services for a telecommunication call |
| 11 | 20030007492 | Broadband telecommunications system interface |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(JAMES AND SETTER) AND AN/SPRINT): 3 patents.**
*Hits 1 through 3 out of 3*

| Jump To |

| Refine Search |  IN/(JAMES AND SETTER) AND AN/SPRINT

| PAT. NO. | | Title |
|---|---|---|



1 6,768,793 **T** Telecommunications resource connection and operation using a service control point

2 6,470,081 **T** Telecommunications resource connection and operation using a service control point

3 5,675,635 **T** System and method for conducting poll at a processor associated with the originating switch

---

| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | Order Copy | PTDLs |
|------|------|---------|--------|--------|------------|-------|

*Searching ...*

**Results of Search in db for:**
**(IN/(JAMES AND SETTER) AND AN/SPRINT):** 0 applications.

No application publications have matched your query

[ Refine Search ]   IN/(JAMES AND SETTER) AND AN/SPRINT

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Help | Home | Quick | Advanced | Pat Num | Order Copy | PTDLs |
|------|------|-------|----------|---------|-----------|-------|

*Searching US Patents Text Collection...*

**Results of Search in US Patents Text Collection db for:**
**(IN/(PAMELA AND SATTERFIELD) AND AN/SPRINT):** 0 patents.

No patents have matched your query

| Refine Search |   IN/(PAMELA AND SATTERFIELD) AND AN/SPRINT

# US Patent & Trademark Office

## Patent Application Full Text and Image Database

| Help | Home | Boolean | Manual | Number | Order Copy | PTDLs |

*Searching ...*

**Results of Search in db for:**
**(IN/(PAMELA AND SATTERFIELD) AND AN/SPRINT):** 0 applications.

No application publications have matched your query

[ Refine Search ]    IN/(PAMELA AND SATTERFIELD) AND AN/SPRINT

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/(MARK AND SUCHARCZUK) AND AN/SPRINT): 5 patents.**
*Hits 1 through 5 out of 5*

| Jump To |

| Refine Search |  IN/(MARK AND SUCHARCZUK) AND AN/SPRINT

PAT. NO.     Title
1 7,203,199  **T** System and method for transporting a call
2 6,421,344  **T** ATM direct access line system
3 6,178,170  **T** System and method for transporting a call
4 6,172,977  **T** ATM direct access line system
5 6,018,525  **T** ATM transport of voice band signals with channel associated signaling

| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

| Help | Home | Boolean | Manual | Number | Order Copy | PTDLs |
|---|---|---|---|---|---|---|

*Searching ...*

**Results of Search in db for:**
**(IN/(MARK AND SUCHARCZUK) AND AN/SPRINT):** 0 applications.

No application publications have matched your query

| Refine Search | IN/(MARK AND SUCHARCZUK) AND AN/SPRINT