# EXHIBIT 1

**Subject:** FW: Sprint v. Vonage - Cisco Production
**Attachments:** CIS0177.pdf; CIS0200.pdf; CIS0218.pdf; CIS0239.pdf; CIS0254.pdf; CIS0264.pdf; CIS0295.pdf; CIS0332.pdf; Cisco ltr to Kaine 4-25-07.pdf

**From:** Lahey, Helesa K. [mailto:HKLahey@duanemorris.com]
**Sent:** Monday, May 07, 2007 4:34 PM
**To:** Mudd, Jason R. (SHB); Seitz, Adam P. (SHB); Buresh, Eric A. (SHB); Strand, Peter E. (SHB); Webb, B. Trent (SHB)
**Cc:** Golob, Barry; DeBruicker, Lauren E.; McPhail, Donald R.; McPherson, Patrick D.
**Subject:** Sprint v. Vonage - Cisco Production

Counsel:

Attached please find the remaining documents Cisco produced to Vonage pursuant to subpoena in the above-captioned matter.

Very truly yours,

Helesa Lahey
Associate
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
hklahey@duanemorris.com
(202) 776-7895

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

5/11/2007

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Jennifer Fearnow**
(415) 442-1250
jfearnow@morganlewis.com

April 25, 2007

**VIA FEDERAL EXPRESS**

Patrick Kaine
Dysart Taylor Lay Cotter & McMonigle
4420 Madison Avenue
Kansas City, MO 64111

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
<u>United States District Court, Northern District of California: Case No.: 05-2433, JWL</u>

Dear Mr. Kaine:

Enclosed please find Cisco Systems, Inc.'s ("Cisco") Supplemental Responses to the Deposition Subpoena for Production of Business Records served by Defendant in the above referenced matter.

Thank you for the courtesies extended to Cisco with respect to the response to this subpoena.

Sincerely,

Jennifer Fearnow

1-SF/7540769.1

| | |
|---|---|
| **From:** | Lahey, Helesa K. [HKLahey@duanemorris.com] |
| **Sent:** | Monday, May 07, 2007 2:37 PM |
| **To:** | Mudd, Jason R. (SHB); Seitz, Adam P. (SHB); Buresh, Eric A. (SHB); Strand, Peter E. (SHB); Webb, B. Trent (SHB) |
| **Cc:** | Golob, Barry; DeBruicker, Lauren E.; McPhail, Donald R.; McPherson, Patrick D. |
| **Subject:** | Sprint v. Vonage - Cisco Production |
| **Attachments:** | Vonage Response_Set 1.pdf |

Counsel:

Attached please find the documents Cisco produced to Vonage pursuant to subpoena in the above-captioned matter.

Very truly yours,

Helesa Lahey
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
hklahey@duanemorris.com
(202) 776-7895

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Jennifer Fearnow**
(415) 442-1250
jfearnow@morganlewis.com

April 20, 2007

**VIA EMAIL & FEDERAL EXPRESS**

Patrick Kaine
Dysart Taylor Lay Cotter & McMonigle
4420 Madison Avenue
Kansas City, MO 64111

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
      United States District Court, Northern District of California; Case No.: 05-2433, JWL

Dear Mr. Kaine:

Enclosed please find Cisco Systems, Inc.'s ("Cisco") Responses to the Deposition Subpoena for Production of Business Records served by Defendant in the above referenced matter. Pursuant to your prior discussions with Courtney Cruz, we are in the process of locating additional documents you have requested and waiting on responses from Sprint.

Thank you for the courtesies extended to Cisco with respect to the response to this subpoena.

Sincerely,

Jennifer Fearnow

1-SF/7534493.1