# EXHIBIT 2

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 3, 2007

VIA HAND DELIVERY

Peter E. Strand
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re:  *Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*
Case No: 05-2433-JWL
Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Peter,

Enclosed please find 2 disks containing the documents bearing the following bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_696295 – VON_701738

VON_PRI_001193 – VON_PRI_007706

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*Helesa Lahey*
Helesa Lahey

HKL/rd
Enclosures
cc:   Adam P. Seitz, Esquire (without enclosures)

DUANE MORRIS LLP
1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608          PHONE: 202.776.7800   FAX: 202.776.7801

Disc 1: Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc. — 04-03-2007 — VON_696295 - VON_701738

Disc 2: Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc. — 04-03-2007 — VON_PRL_001193 - VON_PRL_007706

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 5, 2007

VIA HAND DELIVERY

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc.*
Case No: 05-2433-JWL
Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Counsel:

Enclosed please find 1 disk containing documents bearing the following bates number ranges, which we are producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_701739 – VON_712432

If you have any question or concerns with this production, please feel free to contact me.

Very truly yours,

Helesa Lahey

HKL/rd
Enclosure
cc: Adam P. Seitz, Esquire (without enclosure)

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608          PHONE: 202.776.7800  FAX: 202.776.7801



DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202-778-7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

April 30, 2007

**VIA HAND DELIVERY**
Peter E. Strand, Esq.
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re:   *Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.* **(Case No. 05--2433-JWL)**
      **Your Reference: SPRI.116441;Our Ref: Y2108-00079**

Dear Counsel:

Enclosed please find 1 disk containing expert reports pertaining to the matter Verizon v. Vonage as requested in Sprint's Fourth Request for Production and 4 disks containing documents bearing the following bates number ranges, which Vonage is producing responsive to Sprint's requests for production of documents in the above-captioned case:

VON_712433 - VON_848469
VON_848470 - VON_848521
VON_848522 - VON_849949
VON_849950 - VON_852115

If you have any questions or concerns with this production, please feel free to contact me.

Sincerely,

Helesa Lahey
Associate

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
VIETNAM

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

May 9, 2007

VIA HAND DELIVERY

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp and Vonage America, Inc.* (Case No: 05-2433-JWL)
Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Counsel:

One final Vonage budget/model from 2002 and one Vonage final budget/model from 2003 have been located after numerous time-consuming and extensive searches by Vonage personnel. Accordingly, these documents are now being produced on the enclosed disk responsive to Sprint's requests for production of documents in the above-captioned case, bearing the following bates number ranges:

VON_852116 – VON_852474.

If you have any questions or concerns with this production, please feel free to contact me.

Very truly yours,

Helesa Lahey

HKL/rd

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202-778-7895
E-MAIL: hlahey@duanemorris.com

www.duanemorris.com

May 29, 2007

VIA HAND DELIVERY
Peter E. Strand, Esq.
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
14th Street, NW
Washington, DC 20005-2004

Re: *Sprint Communications Co. L.P. v. Vonage Holdings Corp. and Vonage America, Inc.* (Case No. 05--2433-JWL)
**Your Reference: SPRI.116441; Our Ref: Y2108-00079**

Dear Counsel:

Enclosed please find 1 disk containing documents bearing the following bates number ranges, which Vonage is producing related to its submission of a revised privileged log on May 15, 2007, and responsive to Sprint's requests for production of documents in the above-captioned case:

VON_852475 - VON_853132.

If you have any questions or concerns with this production, please feel free to contact me.

Very truly yours,

Helesa Lahey