IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,

Plaintiff,

v.

THEGLOBE.COM, INC.
VOICEGLO HOLDINGS, INC., and
VONAGE HOLDINGS CORP.

Defendants.

Case No. 05-2433 JWL

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: **Lauren E. DeBruicker**

2. I practice under the following firm name or letterhead:

   Name: **Duane Morris, LLP.**
   Address: **30 South 17th Street**
   **Philadelphia, PA 19103**
   Telephone #: **(215) 979-1198**
   Fax: **(215) 979-1020**
   Email address: **LEDeBruicker@duanemorris.com**

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Commonwealth of Pennsylvania | 1998 | 82421 |
| U.S. District Court for the Eastern District of Pennsylvania | 1999 | |
| U.S. Court of Appeals for the Third Circuit | 2004 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Lauren E. DeBruicker

Subscribed and sworn to before me
this 3rd day of July, 2007.

_____
Notary Public

My Commission Expires:

NOTARIAL SEAL
MARVA K KIDD
Notary Public
CITY PHILADELPHIA, CNTY PHILADELPHIA
My Commission Expires Apr 14, 2008