## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP. and <br> VONAGE AMERICA, INC. <br><br><br> Defendants. | Case No. 05-2433 JWL |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice filed on July 5, 2007 (Doc. 233), and for good cause shown, the Court finds that said motion should be sustained and that Lauren E. DeBruicker should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

Dated in Kansas City, Kansas on this 6th day of July, 2007.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge

cc: All counsel and pro se parties

2