# EXHIBIT 23

Dockets.Justia.com



February 15, 2007

**SENT VIA FEDERAL EXPRESS**

Mr. Adam Seitz
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

Re:    *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
       Case No: 05-2433-JWL
       SHB File No: SPRI.116441

Dear Adam:

Enclosed please find a copy of the production CD that was sent to Duane Morris on 2/15/2007.

Please feel free to contact me if you have any questions.

Sincerely,

Kara Lynn Hayduk

Enclosure



Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.
Case No: 05-2433-JWL
CD 1 of 1
Highly Confidential
2/15/2007

|  | Class | Subclass |
|---|---|---|
| ISSUE CLASSIFICATION | | |

**5991301**

| UTILITY SERIAL NUMBER | 08/525897 | PATENT DATE NOV 23 1999 | PATENT NUMBER | 5991301 |
|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|

APPLICANTS

Certificate

JAN 4 X 2005

Of Correction

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. _____

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met. ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged    Examiner's initials | | | | | | | |

ADDRESS

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev. 12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | ω 3/30/99 |
|---|---|---|
| | | Applications Examiner |
| **NOTICE OF ALLOWANCE MAILED** | | **CLAIMS ALLOWED** |

3/30/99

Assistant Examiner

| | Total Claims | Print Claim |
|---|---|---|
| | 66  47 | 1 |

| **ISSUE FEE** | | | **DRAWING** | |
|---|---|---|---|---|

| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
|---|---|---|---|---|---|
| 1210 | 5-27-99 | | 12 | 12 | 1 |

FORM PTO-1257 U.S. Department of Commerce
(Rev. 11-92)    Patent and Trademark Office

**DISCLAIMER LABEL**

Ajit Patel
Primary Examiner

Primary Examiner

| **ISSUE BATCH NUMBER** | R 26 |
|---|---|

Application No.
08/525,897

A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.
**DO NOT DESTROY**

**PREPARED FOR ISSUE**

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

(FACE)

5825780

5825780

| UTILITY SERIAL NUMBER | 08/568551 | PATENT DATE | OCT 2 0 1998 | PATENT NUMBER | | |
|---|---|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/568,551 | 12/07/95 | 370 | | 2603 2732 | PATEL |

2738

JOSEPH M. CHRISTIE, SAN BRUNO, CA.

**CONTINUING DATA******************
VERIFIED      THIS APPLN IS A CON OF   08/238,605 05/05/94 ABN   Blum

**FOREIGN/PCT APPLICATIONS*************
VERIFIED      none

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No.

FOREIGN FILING LICENSE GRANTED 02/21/96

| Foreign priority claimed ☐ yes ☒ no 35 USC 119 conditions met ☐ yes ☒ no Verified and Acknowledged Examiner's Initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | CA | 8 | 54 | 11 | $2,122.00 | SPT-1057 |

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO   64114

METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

U.S. DEPT. of COMMERCE • Patent and Trademark Office–PCT-436L (rev. 7-94)

2-25-98

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED |

| 2-17-98 | Assistant Examiner | Total Claims 115 | Print Claim 1 |
|---|---|---|---|

| ISSUE FEE AD | | DRAWING |
|---|---|---|

| Amount Due 1320 AD | Date Paid 5 18 98 | | Sheets Drwg. 8 | Figs. Drwg. 8 | Print Fig. 1 |
|---|---|---|---|---|---|

FORM PTO-1267 U.S. Department of Commerce
(Rev. 11-92)         Patent and Trademark Office

One Patel
AJIT PATEL
PATENT EXAMINER
AU 2712
Primary Examiner

| ISSUE BATCH NUMBER | A-56 |
|---|---|

DISCLAIMER LABEL

PREPARED FOR ISSUE

Application No.
08/568,551

A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.
DO NOT DESTROY

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

(FACE)

SPRe-022-01-00239

PATENT NUMBER
6452928

6452928

7c617 U.S. PTO
09/438669
11/12/99

Subclass 395.3

Class 370

ISSUE CLASSIFICATION

# U.S. UTILITY PATENT APPLICATION

| KW O.I.P.E. | | PATENT DATE |
|---|---|---|
| SCANNED Dud' Q.A. | | SEP 17 2002 |

2662-2664

| SECTOR | CLASS | SUBCLASS | ART UNIT 2772 | EXAMINER A. Patel |
|---|---|---|---|---|
| | 370 | 377 395.3 / 2663 | | HSU |

2738   FILED WITH: ☐ DISK (CRF)  ☐ FICHE
(Attached in pocket on right inside flap)

Certificate
JAN 27 2004
of Correction

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| 370 | 395.3 | 370 | 390.71 | 410 | 466 | | |

INTERNATIONAL CLASSIFICATION

| H | 0 | 4 | L | 12 / 56 |
|---|---|---|---|---|
| H | 0 | 4 | L | 12 / 28 |

☐ Continued on Issue Slip Inside File Jacket

☒ TERMINAL DISCLAIMER

| DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| 12 | 12 | 1 | 40 | 1 |

☐ a) The term of this patent subsequent to _____ (date) has been disclaimed.

(Assistant Examiner)   (Date)

NOTICE OF ALLOWANCE MAILED

☒ b) The term of this patent shall not extend beyond the expiration date of U.S Patent No. 5,991,301.

Ajit Patel
Primary Examiner

(Primary Examiner)   5/6/02 (Date)

5.602

ISSUE FEE

Amount Due   Date Paid
1300   8/6/02

☐ c) The terminal _____ months of this patent have been disclaimed.

M. Gordon   5/7/02
(Legal Instruments Examiner)   (Date)

ISSUE BATCH NUMBER

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 10/97)

Issue Fee

Formal Drawing / shtel set _____

(LABEL AREA)

(FACE)

SPRe-022-01-00604

JC525 U.S. PTO
09/081891
05/20/98

410
Class 370
ISSUE CLASSIFICATIO

PATENT NUMBER
6104718
6104718

# U.S. UTILITY PATENT APPLICATION

| CC | O.I.P.E. | PATENT DATE AUG 15 2000 |
|---|---|---|
| SCANNED CB | Q.A. DW | |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | 5/10 | 370-000 | 2437 | Pate, |

FILED WITH: ☐ DISK (CRF)  ☐ FICHE

CERTIFICATE

SEP 25 2001

OF CORRECTION

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 370 | 410 | 370 | 395 | | | | | | |
| INTERNATIONAL CLASSIFICATION | | | | | | | | | |
| H 0 4 L | 12/24 | | | | | | | | |
| H 0 4 L | 12/56 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | ☐ Continued on Issue Slip Inside File Jacket | | | | |

7/5/00    Formal Drawings ( 8 shts)    5/20/98 MC

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 4 | 4 | 1 | 10 | 1 |
| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | — (Assistant Examiner) | — (Date) | | NOTICE OF ALLOWANCE MAILED | |
| | | | | 1/31/00 | |
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____ | A-r Pate Ajit Patel Primary Examiner | | | ISSUE FEE | |
| | | | | Amount Due | Date Paid |
| | (Primary Examiner) | 1/28/00 (Date) | | 1210 | 3-27-00 |
| ☐ c) The terminal _____ months of this patent have been disclaimed. | (Legal Instruments Examiner) | 2/3/00 (Date) | | ISSUE BATCH NUMBER | |
| | | | | H51 | |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 10/97)

Formal Drawings (_____ shts) set _____

(LABEL AREA)

ISSUE FEE IN FILE

(FACE)

SPRe-022-01-00784