# EXHIBIT 27

## PURSUANT TO THE PROTECTIVE ORDER ENTERED IN THIS CASE, THIS EXHIBIT WAS FILED "UNDER SEAL"