# EXHIBIT 31 a

Dockets.Justia.com

5825780

| UTILITY SERIAL NUMBER: 08/568551 | PATENT DATE OCT 20 1998 | PATENT NUMBER |
|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/568,551 | 12/07/95 | 370 | | 2603 2732 2738 | PATEL Pillum |

JOSEPH M. CHRISTIE, SAN BRUNO, CA.

**CONTINUING DATA*********************
VERIFIED     THIS APPLN IS A CON OF   08/238,605 05/05/94 ABN   Plum

**FOREIGN/PCT APPLICATIONS************
VERIFIED                none

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. _____

FOREIGN FILING LICENSE GRANTED 02/21/96

| Foreign priority claimed ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no | | CA | 8 | 54 | 11 | $2,122.00 | SPT-1057 |
| Verified and Acknowledged   Examiner's Initials | | | | | | | |

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO  64114

METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

U.S. DEPT. of COMMERCE • Patent and Trademark Office–PCT-436L (rev. 7-94)

2-25-98

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED |
| 2-17-98 AD | Assistant Examiner | Total Claims 115 | Print Claim |
| ISSUE FEE | | DRAWING |
| Amount Due | Date Paid | One later ARTHUR PATENT EXAMINER AU 2712 Primary Examiner | Sheets Drwg. 8 | Figs. Drwg. 8 | Print Fig. 1 |
| 1320 AD | 5/18/98 | | ISSUE BATCH NUMBER A-56 |
| DISCLAIMER LABEL | PREPARED FOR ISSUE | |

FORM PTO-1267
(Rev. 11-92)  U.S. Department of Commerce
Patent and Trademark Office

Application No. 08/568,551
A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.
DO NOT DESTROY

Form PTO-436A
(Rev. 8/92)

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

(FACE)

1/568551

## PATENT APPLICATION

08568551

APPROVED FOR LICENSE

INITIALS

Date Entered or Counted

# CONTENTS

Date Received or Mailed

1. Application _____ papers.

| | | | |
|---|---|---|---|
| | 12. | Pre Amd' + B | Dec 7, 1995 |
| | 13. | Disclosure Statement | Dec 7, 1995 |
| | 14. | Ltr to Draftsman | Dec 7, 1995 |
| | 15. | IDS w/ refs | Mar 25, 1996 |
| 10-11 | 16. | Rejection (3 pgs) | 10.17.96 |
| | 15. | Interview Summary | Feb 26, 1997 |
| | 16. | Reg Ext of Time (3) | April 18 1997 by mail |
| | 17. | Amd 4 C | April 18 1997 by mail |
| | 18. | Disclosure Statement | Apr 18 1990 |
| | 19. | Ltr to Draftsman | April 18 1997 |
| | | (Terminal Disclaimer (2) | May 29, 18/97 |
| 1, 2 | 21. | Rej (3 nos) | 9/5/97 N' N' |
| | 22. | Amendment D | 12/9/97 clm 12/4/97 |
| | 23. | Prior Art w/o | 12/9/97 clm 12/4/97 |
| 2-11 | 24. | Notice of Allowance | 2-17-98 |
| | 25. | Supplemental | 3-16-98 |
| 7/22/98 | 26. | (2 mos. ext of time) | 7/6/98 |
| | 27. | PTO Grant OCT 2 0 1998 | |
| 10/26/98 | 28. | Formal Drawings | 9/30/98 |
| | 29. | C.O.A. | 12.87.0 |
| 6/08/0 | 30. | C.O.A. | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

SPRe-022-01-00240

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 540 | 2/20/96 |
| TYPIST | | 263 | 2/21 |
| VERIFIER | | | |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Final | Original | | | | Date | | |
|---|---|---|---|---|---|---|---|
| | 1 | | | 101 | | 251 | |
| 2 | | | | 102 | | 252 | |
| 3 | | | | 103 | | 253 | |
| 4 | | | | 104 | | 254 | |
| 5 | | | | 105 | | 255 | |
| 6 | | | | 106 | | 256 | |
| 7 | | | | 107 | | 257 | |
| 8 | | | | 108 | | 258 | |
| 9 | | | | 109 | | | |
| 10 | | | | 110 | | | |
| 11 | | | | 111 | | | |
| 12 | | | | 112 | | | |
| 13 | | | | 113 | | | |
| 14 | | | | 114 | | | |
| 15 | | | | 115 | | | |
| 16 | | | | 116 | | | |
| 17 | | | | 117 | | | |
| 18 | | | | 118 | | | |
| 19 | | | | 119 | | | |
| 20 | | | | 120 | | | |
| 21 | | | | 121 | | | |
| 22 | | | | 122 | | | |
| 23 | | | | 123 | | | |
| 24 | | | | 124 | | | |
| 25 | | | | 125 | | | |
| 26 | | | | 126 | | | |
| 27 | | | | 127 | | | |
| 28 | | | | 128 | | | |
| 29 | | | | 129 | | | |
| 30 | | | | 130 | | | |
| 31 | | | | 131 | | | |
| 32 | | | | 132 | | | |
| 33 | | | | 133 | | | |
| 34 | | | | 134 | | | |
| 35 | | | | 135 | | | |
| 36 | | | | 136 | | | |
| 37 | | | | 137 | | | |
| 38 | | | | 138 | | | |
| 39 | | | | 139 | | | |
| 40 | | | | 140 | | | |
| 41 | | | | 141 | | | |
| 42 | | | | 142 | | | |
| 43 | | | | 143 | | | |
| 44 | | | | 144 | | | |
| 45 | | | | 145 | | | |
| 46 | | | | 146 | | | |
| 47 | | | | 147 | | | |
| 48 | | | | 148 | | | |
| 49 | | | | 149 | | | |
| 50 | | | | 150 | | | |

| Final | Original | | | | Date | | |
|---|---|---|---|---|---|---|---|
| 51 | | | | 151 | | 251 | |
| 52 | | | | 152 | | 252 | |
| 53 | | | | 153 | | 253 | |
| 54 | | | | 154 | | 254 | |
| 55 | | | | 155 | | 255 | |
| 56 | | | | 156 | | 256 | |
| 57 | | | | 157 | | 257 | |
| 58 | | | | 158 | | 258 | |
| 59 | | | | 159 | | 259 | |
| 60 | | | | 160 | | 260 | |
| 61 | | | | 161 | | 261 | |
| 62 | | | | 162 | | 262 | |
| 63 | | | | 163 | | 263 | |
| 64 | | | | 164 | | 264 | |
| 65 | | | | 165 | | 265 | |
| 66 | | | | 166 | | 266 | |
| 67 | | | | 167 | | 267 | |
| 68 | | | | 168 | | 268 | |
| 69 | | | | 169 | | 269 | |
| 70 | | | | 170 | | 270 | |
| 71 | | | | 171 | | 271 | |
| 72 | | | | 172 | | 272 | |
| 73 | | | | 173 | | 273 | |
| 74 | | | | 174 | | 274 | |
| 75 | | | | 175 | | 275 | |
| 76 | | | | 176 | | 276 | |
| 77 | | | | 177 | | 277 | |
| 78 | | | | 178 | | 278 | |
| 79 | | | | 179 | | 279 | |
| 80 | | | | 180 | | 280 | |
| 81 | | | | 181 | | 281 | |
| 82 | | | | 182 | | 282 | |
| 83 | | | | 183 | | 283 | |
| 84 | | | | 184 | | 284 | |
| 85 | | | | 185 | | 285 | |
| 86 | | | | 186 | | 286 | |
| 87 | | | | 187 | | 287 | |
| 88 | | | | 188 | | 288 | |
| 89 | | | | 189 | | 289 | |
| 90 | | | | 190 | | 290 | |
| 91 | | | | 191 | | 291 | |
| 92 | | | | 192 | | 292 | |
| 93 | | | | 193 | | 293 | |
| 94 | | | | 194 | | 294 | |
| 95 | | | | 195 | | 295 | |
| 96 | | | | 196 | | 296 | |
| 97 | | | | 197 | | 297 | |
| 98 | | | | 198 | | 298 | |
| 99 | | | | 199 | | 299 | |
| 100 | | | | 200 | | 300 | |

SYMBOLS
√ .......... Rejected
= .......... Allowed
— (Through numbers) Canceled
N .......... Restricted
+ .......... Non-elected
I .......... Interference
A .......... Appeal
O .......... Objected

(LEFT INSIDE)

| FILE MAINT. | | | | |
|---|---|---|---|---|
| DRAFTING | | | | |

## INDEX OF CLAIMS



SYMBOLS
✓ ............ Rejected
= ............ Allowed
(Through symbols) ... Canceled
N ............ Non-elected
I ............ Interference
A ............ Appeal
O ............ Objected

(LEFT INSIDE)

SPRe-022-01-00242



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 370 | 58.2, 68.1 110.1, 60 60.1, 94.1 94.2 | 10/8/96 | 2-6 |
| 379 | 220, 229 230 | | |
| | redated | 1/cm2 | |
| 370 | 384 410 | 2/10/98 | pn |
| | 524 | | |
| | 522 | | |
| | 264 | | |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| SPO Search | 10/8/96 | 2-6 |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 370 | 384, 410 524, 582 264 | 2/10/98 | pn |
| 379 | 220, 229 230 | | |

(RIGHT OUTSIDE)

SPRe-022-01-00243

1

# METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

## BACKGROUND

5    ### 1.    Field of the Invention

The invention relates to telecommunications and more specifically to communications control processing in telecommunications signaling.

### 2.    Description of the Prior Art

10    Telecommunications systems establish a communications path between two or more points to allow the transfer of information between the points. The communications path typically comprises a series of connections between network elements. The network elements are typically switches.

15    Switches provide the primary means where different connections are associated to form the communications path.

Communication control is the process of setting up a communications path between the points. Communication control comprises the selection of network elements such as

20    switches or other devices which will form part of the communications path. Communication control also comprises the selection of the connections between the network elements. Together, the network elements and connections which are selected make up the communications path.

25    Typically, a plurality of different network element and connection selections may be possible for any one communications path between points.

Switches control these selections. Switches select the connections that comprise the communications path.

30    Switches also select the network elements which form an actual part of that communications path. By selecting these network elements, a switch is often selecting the next switch that will make further selections. Switches accomplish communication control.

35    The correspondence between communication control and a communications path is well known in the art. A common

2

method used in communication control is signaling among switches.  One method by which a first point requests a communications path to a second point is by signaling a first switch with an off-hook signal followed by dual tone
5    multifrequency (DTMF) signals.  The first switch will typically process those signals and will select other network elements such as a second switch.  The first switch signals the second switch and establishes a connection between the switches.  The second switch then selects the
10   next network element, signals that network element, and establishes a connection to that network element.  This process is well known in the art.  The connections and signaling thus proceed from switch to switch through the network until a communications path is established between
15   the first and second points.

Some networks transmit signaling information from the switches to other signaling devices.  In these cases, the switches typically must be modified through the use of Signaling Point (SP) hardware and software in order to
20   convert the language of the switch into the language used by these other signaling devices.  One signaling device is a Service Control Point (SCP).  An SCP processes signaling queries from a switch.  An SCP only answers a switch query after the switch has become a part of the communications
25   path.  SCPs support the communication control which is directed by the switch.

Additionally, signaling may pass through other signaling devices, such as Signal Transfer Points (STPs), which route the signaling.  An STP is typically a high-
30   speed packet data switch which reads portions of the signaling information and either discards or routes the information to a network element.  The signal routing operation of the STP is based on the signaling information that is specified by the switch.  STPs route signaling
35   information, but STPs do not modify or otherwise process

3

3

the signaling information.  An example of the above described system is Signaling System #7 (SS7) technology. Thus, signaling devices only are used to support switches in communication control.

5      Broadband systems, such as Asynchronous Transfer Mode (ATM) may use extensions of existing SS7 signaling to allow ATM switches to direct communication control.  However, broadband systems may also utilize different communication control methods.  ATM switches may transfer ATM cells which

10     contain signaling to other ATM switches.  As with the other switch types however, ATM switches also perform the dual task of communication control and forming a part of the communications path.

       Some switches use API switching which employs remote

15     central processing units (CPUs).  These switches only receive switch information from the remote CPUs and not signaling.  The protocols used for information transfer between the switch and the remote CPU are proprietary among vendors and are incompatible between the switches of

20     different vendors.

       Some digital cross-connect (DCS) equipment employ centralized control systems.  These systems, however, only provide relatively static switching fabrics and do not respond to signaling.  Instead of establishing connections

25     in response to signaling, DCS cross-connections are established in response to network configuration needs. Network elements and connections are pre-programmed into the network and are not selected in response to signaling from a point outside of the network.

30     At present, while communication control and the communications path are distinct from one another, both are dependent on the switch.  The performance of both of these tasks by switches places limitations on a telecommunications network.  One such limitation can be

35     illustrated by one difficulty encountered in combining

4

4

narrowband networks and broadband networks. Broadband
networks are advantageous for data transmission because
virtual permanent connections can be mapped through a
network and bandwidth allocated on demand. Narrowband
5    switches are advantageous for voice, in part, due to the
many features which have been developed in conjunction with
these switches. These features benefit both the user and
the network through added efficiency and quality. Examples
are "800" platforms, billing systems, and routing systems.
10    However for broadband networks, the development of these
features is incomplete and does not provide the
functionality of current narrowband features.
Unfortunately, narrowband switches do not have the
capacity, speed, and multimedia capabilities of broadband
15    switches. The resulting combination is separate overlay
networks. Typically, narrowband traffic remains within the
narrowband network, and broadband traffic remains within
the broadband network.

Any intelligent interface between the two networks
20    would require that signaling information be transmitted
between narrowband switches and broadband switches. At
present, the ability of these switches to signal each other
is limited. These switch limitations create a major
obstacle in any attempt to interface the two networks. It
25    would be advantageous if narrowband and broadband networks
could interwork through an intelligent interface to
establish a communications path between points. At
present, the interface between narrowband and broadband
networks remains a rigid access pipe between overlay
30    systems.

The reliance on switches to both perform communication
control and to form the a part of the communications path
results in impediments to developing improved networks.
Each time a new network element, such as a broadband
35    switch, is introduced, a telecommunications network may be

5

forced to delay integrating the network element into its
network until standardization of signaling and interface
protocols are developed for the switches.    At present,
there is a need for a portion of the communication control
5    processing to be independent of the switches that form a
part of the communications path.

SUMMARY

An embodiment of the present invention solves this
10    need by providing a method, system, and apparatus for
communication control processing that is located externally
to the switches that make the connections.    The method
includes receiving a first signal into a processor which is
located externally to the switches in a network comprised
15    of network elements.    The processor selects a network
characteristic in response to the first signal.    The
processor then generates a second signal reflecting the
network characteristic and transmits the second signal to
at least one network element.    This transmission occurs
20    before that network element has applied the first signal.
Examples of network characteristics are network elements
and connections, but there are others.    Examples of
signaling are Signaling System #7 or broadband signaling.
The processor may also employ information received from the
25    network elements or operational control when making
selections.    In one embodiment, the method includes
receiving the first signal into a network from a point and
routing the first signal to the processor.

The present invention also includes a
30    telecommunications processing system which comprises an
interface that is external to the switches and is
operational to receive and transmit signaling.    The
processing system also includes a translator that is
coupled to the interface and is operational to identify
35    particular information in the received signaling and to

6

generate new signaling based on new information.  The
processor also includes a processor that is coupled to the
translator and is operational to process the identified
information from the translator in order to select at least
5    one network characteristic.  The processor provides new
information to the translator reflecting the selection.
The identified information is used in the processor before
it is used in the particular network elements that receive
the new signaling.

10        The    present    invention    also    includes    a
telecommunications network comprised of a plurality of
network elements wherein at least one network element is a
switch, and a plurality of connections between the network
elements.  The network also includes a processor located
15   externally to the switches which is operable to receive a
first signal, to select at least one network characteristic
in response to the first signal, and to generate a second
signal reflecting the selection.  The network also includes
a plurality of links between the processor and the network
20   elements which are operable to transmit the second signal
to at least one network element before that network element
has applied the first signal.

         The   present   invention   also   includes   a
telecommunications signaling system for use in conjunction
25   with a plurality of telecommunication switches.  This
system comprises a plurality of signaling points and a
signaling processor.  The signaling processor is linked to
the  signaling  points  and  resides  externally  to  the
switches.   The  signaling  processor  is  operational  to
30   process signaling and to generate new signaling information
based on the processing.  The new signaling is transmitted
over the links to multiple signaling points.   In one
embodiment, the new signaling information is comprised of
different signaling messages and the different signaling
35   messages are transmitted to different signaling points.

7

In another embodiment, a plurality of the signaling points each reside in a different switch and are directly coupled to a processor in the switch that directs a switching matrix in the switch in response to signaling processed by the signaling point. The signaling processor is operational to direct the switching matrixes of multiple switches by signaling multiple signaling points. The signaling processor is also operational to signal multiple points in response to signaling from a single source, and to signal a point in response to signaling from multiple sources.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects, and advantages of the present invention will become better understood with regard to the following description, claims, and drawings where:

Figure 1 is a block diagram of a version of the invention.
Figure 2 is a block diagram of a version of the invention.
Figure 3 is a block diagram of a version of the invention.
Figure 4 is a logic diagram of a version of the invention.
Figure 5 is a flow diagram of a version of the invention.
Figure 6 is a flow diagram of a version of the invention.
Figure 7 is a flow diagram of a version of the invention.
Figure 8 is a flow diagram of a version of the invention.

DESCRIPTION

Telecommunications systems establish communications paths between points which allow the points to transfer information, such as voice and data, over the communication paths. Typically, telecommunications systems are comprised of network elements and connections. A network element is a telecommunications device such as a switch, server, service control point, service data point, enhanced platform, intelligent peripheral, service node, adjunct

8

processor, network element of a different network, enhanced system or other network related device, server, center or system.

A connection is the media between two network elements that allows the transfer of information. A few examples of connections are: digital T1 lines, OC-3 optical fibers, packet connections, dedicated access lines, microwave transmission, and cellular radio. As those skilled in the art are aware, connections can be described in a range from general to specific. All of the media between two switches is a general description and might correspond to a virtual path in an ATM system or a trunk groups in a T1 system. An individual circuit between two elements is more specific and might correspond to a virtual channel in an ATM system or a DS0 circuit in a T1 system. Connections can also be described as being logical or physical. Physical connections are electrical-mechanical media. Logical connections are paths which follow physical connections, but are differentiated from one another based on format and protocol. The term "connection" includes this entire range and the meaning varies according to the context in which the term is used. The present invention could make selections encompassing the entire range of connections.

A communications path is the combination of connections and network elements that physically transfers the information between points. A communication path may be point to point, point to multi-point, or multi-point to multi-point. These points, in turn, define the ends of the communications path. Thus, a connection may also be made between a network element and a point outside the network.

Signaling is the transfer of information among points and network elements and is used to establish communications paths. An example is Signaling System # 7 (SS7). Signaling is typically transmitted over links, such as 56 kilobit lines. On the block diagrams, signaling is

9

represented by dashed lines and connections are represented
by solid lines.

In Figure 1, Telecommunications System 110 comprises
a communication control processor (CCP) 120 and first,
second, third, fourth, fifth and sixth network elements,
131, 132, 133, 134, 135 and 136 respectively.  First and
second network elements, 131 and 132 respectively, are
connected by first connection 141.  First and third network
elements, 131 and 133 are connected by both second and
third connections,  142 and 143 respectively.  First and
fifth network elements, 131 and 135 respectively, are
connected by fourth connection 144.   Second and fourth
network elements, 132 and 134 are connected by fifth
connection 145.  The third network element 133 is connected
to fourth and sixth network elements, 134 and 136 by sixth
and seventh connections, 146 and 147 respectively.  Fourth
and fifth network elements, 134 and 135 are connected by
connection 148.   A first point 170, which is located
outside of the system 110, is connected to first element
131 by first point connection 171, and a second point 172
which is also located outside the system 110 is connected
to fourth element 134 by second point connection 173.
First and second points, 170 and 172 respectively and
first, second, third, fourth, fifth and sixth elements 131,
132, 133, 134, 135, and 136 respectively each are linked to
CCP 120 by first, second, third, fourth, fifth, sixth,
seventh, and eighth links, 191, 192, 193, 194, 195, 196,
197 and 198 respectively.

As those skilled in the art are aware, a system is
typically comprised of many more network elements, links,
connections and points, but the number is restricted for
clarity.   Points outside of the network can take many
forms,  such  as  customer  premises  equipment  (CPE),
telephones, computers, or switches of a separate network
system.   In addition the system 110, may take many forms

10

10

such as international gateways, satellite networks, wireless networks, local exchange carriers (LECs), inter-exchange carriers (IXCs), transit networks, national networks, personal communicator systems (PCS), virtual private networks, or connection oriented networks such as local area networks (LANs), metropolitan area networks (MANs), wide area networks (WANs) to name some examples.

In operation Telecommunications System 110 is able to accept information from first point 170 and second point 172 and transmit the information over the various network elements and connections which form the communications path.  System 110 is also capable of exchanging signaling with first point 170 and second point 172 over the first link 191 and second link 192.

On a standard call that establishes a communications path from first point 170 to second point 172, first point 170 will signal Telecommunications System 110 that it requests the communications path.  This signaling is directed to CCP 120 over first link 191.  CCP 120 processes the signaling and selects at least one network characteristic in response to the signaling.  Network characteristics might be network elements, connections, network codes, applications, or control instructions to name a few examples.  The selected network characteristic typically comprises one of a plurality of network elements and/or connections. The CCP 120 generates signaling which is preferably new signaling reflecting the selection.  CCP 120 then transmits the signal to at least one of a plurality of network elements before that network element has applied the signal.

In one embodiment, CCP 120 selects the network elements and the connections that comprise the communications path.  However, first point 170 will typically seize first point connection 171 contemporaneously with signaling.  This initial connection

SPRe-022-01-00253

11

could also be selected by CCP 120 from the available
possibilities after the signaling by first point 170.
Assuming first point 170 has seized first point connection
171 to first element 131, CCP 120 selects one, a plurality,
5    or all of the remaining network elements and connections to
further establish a communications path to second point
172.

CCP 120 determines which element should be connected
to first element 131. CCP 120 could select either second
10    element 132 or third element 133. If third element 133 is
selected, CCP 120 may also select the connection to third
element 133 from among second and third connections, 142
and 143 respectively. If third connection 143 is selected,
CCP 120 will signal first element 131 over third link 193
15    to further the communications path to third element 133
over third connection 143.

CCP 120 may then make further selections to complete
the communications path. As the possibilities have been
limited for clarity, CCP 120 would make the selections and
20    signal the elements as follows. CCP 120 would signal third
element   133   over   fifth   link   195   to   further   the
communications path to fourth element 134 over sixth
connection 146. CCP 120 would signal fourth element 134
over sixth link 196 to further the communications path to
25    second point 172 over second point connection 173. CCP 120
would also signal second point 172 over second link 192 of
the communications path available through second point
connection 173. In this way, the communications path
requested by first point 170 is selected by CCP 120 and
30    signaled to the elements. Throughout this process, CCP 120
may receive status messages and signaling from the elements
to support its processing. This status messaging may be
transmitted and received over links, connections, or other
communication means.

35    In another embodiment, CCP 120 may select only the

12

network elements and not the connections. The elements would select the connections to use based on the network element selected by CCP 120. For this embodiment, the main difference from the above example is that CCP 120 would
5   instruct first element 131 to further the communications path to third element 133, but first element 131 would select the actual connection used from among second and third connections, 142 and 143, respectively. First element 131 may signal CCP 120 over third link 193 of its
10   selection so that CCP 120 may signal third element 133 of the connection over fifth link 195. In this embodiment, CCP 120 would specify the network elements to the elements, which in turn, would select the connections between those network elements.

15   There are situations in which the selection of a network element and the selection of a connection signify the same thing. On Figure 1 for example, instructing first element 131 to use first connection 141 is synonymous with an instruction to connect to second element 132. This is
20   because the connection inevitably connects to the element. The selection of a connection may effectively select a network element, and the selection of a network element may effectively select a connection (or a group of specific connections) to that network element.

25   One skilled in the art will recognize that the selection process can be distributed among the CCP and the elements. The CCP might select all the network elements, a portion of the network elements, or none of the network elements leaving the switches to select the remainder. The
30   CCP might select all of the connections, a portion of the connections, or none of the connections, again leaving the elements to select the remainder. The CCP may select combinations of the above options, but the CCP will always select at least one network characteristic.

35   In another embodiment, first point 170 may want to

13

access of other network elements such as servers, platforms
or operator centers.  For example, such elements could be
located at either fifth or sixth network elements 135, and
136 respectively.  CCP 120 will receive signaling from
5  first point 170 over first link 191 indicating this
request, and first point 170 will typically seize first
point connection 171 to first element 131.  Again CCP 120
will select network elements.  If sixth element 136 is
selected, CCP 120 could select a communications path from
10  first element 131 through either second element 132 to
fourth element 134 and then to third element 133, or
through a direct connection from first element 131 to third
element 133.  If CCP 120 selects the latter, it would
signal first element 131 to further the communications path
15  to third element 133, and it would signal third element 133
to further the communications path to sixth element 136.
As discussed in the above embodiments, CCP 120 may also
select the connections, or the elements may be left with
that task.

20  As is known in the art, in-band signaling is typically
used in many user to network connections, such as the local
loop.  This is because only one connection or link is
typically provided to the user premises and thus, the
signaling must be placed on the actual communications path.
25  The initial network switch typically removes the signaling
from the communications path and transfers it to an out-of-
band signaling system.  The current invention is fully
operational in this context.  Although the switch may
receive the signaling initially, it will only route the
30  signaling to the CCP for processing.  Even if in-band
signaling is used within the network, the switches could
remove signaling from the communications path and route it
to the CCP for processing in accord with the present
invention.

35  Thus, preferably the CCP processes signaling before it

14

is applied or processed by the switch such as to select connections or generate queries. Preferably, no or minimal changes are made to the signaling prior to the signaling being received by the CCP so that the CCP receives the signaling in the same format as a switch would receive the signaling. The CCP may also process the signaling in that format. The switches make their selections based on the CCP selections, thus the switch selections clearly occur after the CCP has processed the signaling. As such, the switch may route signaling to the CCP, but the switch does not apply the signaling. Some examples of a switch applying the signaling would be selecting network elements or generating queries for remote devices.

In one of the above embodiments, the switches did not select the network elements and connections, initiate the signaling, or otherwise control the communication. The switches only followed the instructions of the CCP and actually made the connections that furthered the communications path. In one embodiment, the switches were allowed to select the actual connections used, but even these selections were based on CCP selections.

As illustrated above, the CCP allows a telecommunications network to separate communication control from the communications path. In prior systems, the switches would select the network elements and the connections, as well as, actually providing a part of the actual connection. As a result, prior systems are restricted to the communication control capabilities provided by the switches. Prior systems have used remote devices, such as an SCP, to support switch control, but the remote device only answered queries in response to the switches processing of the signal. These remote devices do not process the signaling before the switch had already applied the signaling. By using the CCP, telecommunications systems can control communications

15

independently of the capability of the switches to accomplish both tasks.

Figure 2 shows a block diagram of another embodiment of the present invention. CCP 250 and network 210 are shown. CCP 250 is a communications control processor. CCP 250 could be integrated into network 210, but need not be and is shown separately for clarity. Network 210 could be any type of telecommunications network that operates using network elements, signaling, and connections. Examples would be LECs, IXCs, LANs, MANs, WANs, and Cellular Networks, but there are others. Additionally, network 210 could be narrowband, broadband, packet-based, or a hybrid. Network 210 is capable of providing communications paths between points both inside and outside of network 210. CCP 250 and network 210 are linked by link 214 and are able to signal each other in order to establish these paths.

Additionally, user 220 and user 230 are shown and are also capable of signaling. Examples of users 220 and 230 might be telephones, computers, or even switches in another telecommunications network. Users 220 and 230 are connected to network 210 by connections 222 and 232 respectively. Users 220 and 230 are linked to CCP 250 by links 224 and 234 respectively. Signaling may be transmitted over links 224 and 234. If in-band signaling is employed on connections 222 and 232, network 210 would separate at least a portion of the signaling out-of-band and transmit it to CCP 250 over link 214.

Also shown are various network elements. As with CCP 250, these elements could also be integrated into network 210, but are shown separately for clarity. These network elements are: networks 260, operator centers 262, enhanced platforms 264, video servers 266, voice servers 268, and adjunct processors 270. This is not an exclusive list. Those skilled in the art will recognize these network elements and their functions, as well as the many other

16

16

types of telecommunications devices, such as billing servers, that are applicable in this situation.

Each network element is connected to network 210 by connection 212. Connection 212 represents several actual

5   connections between the network elements (260-270) and different elements in network 210. One bus-type connection is shown for purposes of clarity, but those skilled in the art are familiar with many actual types of connections to use. Additionally link 256 is shown from CCP 250 to the

10  network elements (260-270). Link 256 is similarly represented as a bus-type link for clarity, and multiple links are actually used, although some network elements may not even require links. Link 214 has been simplified for clarity in the same fashion.

15  In one embodiment, user 220 may desire to establish a communications path to user 230. CCP 250 would make the appropriate selections and signal the network elements in network 210 as discussed with regard to the embodiments of Figure 1. As a result, a communications path would be

20  established from user 220 to user 230 through network 210 and connections 222 and 232.

In another embodiment, user 220 may desire to access one of the various network elements (260-270). User 220 will typically seize connection 222 to network 210 and

25  generate signaling. Both in-band signaling on connection 222 and out-of-band signaling on link 224 would be directed to CCP 250. By processing the signaling, CCP 250 can select any of the network elements (260-270) and control the communications through network 210 and connection 212

30  to the network elements (260-270).

For example, should user 220 desire to connect to a video server and another network, user 220 would signal the request. The signaling would be directed to CCP 250 over link 224, or over connection 222 and link 214 as discussed

35  above. CCP 250 would process the signaling and make the

17

appropriate selections.  CCP 250 would signal network 210 and video servers 266 of its selections.  As a result, a communications path would be set-up from user 220 to video servers 266.

5      Additionally, CCP 250 would control communications to the other network which is represented by networks 260. Networks 260 could be any other form of telecommunications network -- either public or private.  CCP 250 would make the appropriate selections to further the communications

10     path over connection 212 and network 210 to networks 260. Upon signaling from CCP 250, the connections comprising the communications path would be made.  Networks 260 would also be signalled by CCP 250 over link 256.  As such a communication path is set up from user 230 to video servers

15     266 and on to networks 260.

There may also be several devices represented by particular network element shown on Figure 2.  CCP 250 could also select the particular device to access.  For example, take the situation in which voice servers 268

20     represents 20 individual voice server devices split among three different locations.  On each call, CCP 250 could select the actual voice server device which should be used on that call and control the communications through network 210 and connection 212 to the selected device.

25     Alternatively, CCP 250 may only be required to select group of devices, for instance at a particular location, instead of the actual device.

As is known, large telecommunication networks are comprised of numerous network elements, connections, and

30     links.  The present invention is suitable for use in this context.  Figure 3 shows a version of the present invention in the context of a large network.  Typically, this network would be comprised of several broadband switches, narrowband switches, muxes, signal transfer points (STPs),

35     Service Control Points (SCPs), operator centers, video

18

servers, voice servers, adjunct processors, enhanced services platforms, connections, and links. For purposes of clarity, only a few of these possibilities are shown on Figure 3. For the same reason, connections and links are

5      not numbered.

Figure 3 shows Telecommunications Network 310 which is comprised of STP 340, STP 345, CCP 350, SCP 355, broadband switches 360, 362, 364, and 366, interworking units 361 and 365, narrowband switches 370 and 375, and muxes 380, 382,

10     384, and 386. Aside from CCP 350, these elements of a large network are familiar to one skilled in the art and examples of the of these network elements are as follows: STP -- DSC Communications Megahub; SCP -- Tandem CLX; broadband switch -- Fore Systems ASX-100; narrowband switch

15     -- Northern Telecom DMS-250; and mux -- Digital Link PremisWay with CBR module.

In at least one embodiment, the broadband switches are equipped with signaling interworking units. These units translate SS7 messages into B-ISDN messages. In that

20     event, the CCP could transmit SS7 to the broadband switches which could convert the signals properly. Interworking is discussed in ITU-TS Recommendation Q.2660, "B-ISDN, B-ISUP to N-ISUP Interworking".

When user information passes from a broadband network

25     to a narrowband network, it typically must pass through a mux. Muxes can convert transmitted information back and forth between narrowband and broadband formats. In at least one embodiment, each broadband connection on one side of a mux corresponds to a narrowband connection on the

30     other side of the mux. In this way, the CCP can track connections through the mux. If the communication path is on a given narrowband connection entering the mux, it will exit the mux on its corresponding broadband connection. This correspondence allows the CCP to identify connections

35     on each side of the mux based on the entry connection.

19

Muxes are typically placed at any interface between narrowband and broadband connections.

As long as the connections correspond through the mux, the CCP can track the communication path properly.
5    Alternatively, the connections may not correspond. In that case, signaling links between the muxes and the CCP would be required for the devices to communicate and allow the CCP to track the communication path.

Additionally, Telecommunications Network 310 includes
10    the connections and links which are not numbered. These connections and links are familiar to those skilled in the art. Some examples of possible connections are switched digital lines, satellite links, microwave links, cellular links, and dedicated digital lines, but there are others.
15    The signaling links are typically data links, such as 56 kilobit lines. The signaling may employ SS7, Broadband, C6, C7, CCIS, Q.933, Q.931, T1.607, Q.2931, B-ISUP or other forms of signaling technology. The present invention is fully operational with the many variations which are well
20    known in the art. Additionally, it is also known that a direct link between two devices can be used instead of an STP for signal routing.

Outside of Telecommunications Network 310 are first point 320, second point 330, LEC switch 325, LEC switch
25    335, LEC STP 328, and LEC STP 338. These devices are shown along with their links and connections. First point 320 is connected to LEC switch 325. LEC switch 325 is linked to LEC STP 328 which routes signaling from LEC switch 325. LEC switch 325 is also connected to mux 380 of
30    Telecommunications Network 310. LEC STP 228 is linked to STP 340 of Telecommunications Network 310.

STP 340 is linked to STP 345. The other links are as follows. STPs 340 and 345 are linked to CCP 350. CCP 350 is linked to interworking units 361 and 365 of broadband
35    switches 360 and 364 respectively. CCP 350 is linked to

20

broadband switches 362 and 366, and narrowband switch 375. STP 345 is linked to narrowband switch 370 and SCP 355. STP 345 is also linked to LEC STP 338 which is linked to LEC switch 335.

5      Mux 380 is connected to broadband switch 360. Broadband switch 360 is connected to broadband switches 362 and 364.   Broadband switch 362 is connected to mux 384 which is connected to narrowband switch 375.   Broadband switch 364 is connected to mux 382 which is connected to

10    narrowband switch 370.  Broadband switches 362 and 364 are both connected to broadband switch 366.   Broadband switch 366 is connected to mux 386 which is connected to LEC switch 335.  LEC switch 335 is connected to second point 330.

15     When a call is placed from first point 320 that requires the use of Telecommunications Network 310, LEC switch 325 will typically seize a connection to Telecommunications Network 310 and generate a signal containing call information.  At present, this signal is in

20    SS7 format and the seized connection is a DS0 port.  The signal is transmitted to LEC STP 328 which transfers it on to STP 340.  LEC switch 325 also extends the communication path over the seized connection.  These LEC components and the process of establishing communication paths between a

25    point, a LEC, and an IXC are familiar to those skilled in the art.

        Telecommunications  Network  310  accepts  the communication path on the narrowband side of mux 380.  The present invention can also accept broadband calls that do

30    not require a mux, but typically, calls from a LEC will be narrowband.  Mux 380 converts the call to broadband and places it on the broadband connection that corresponds to the seized connection.  The communication path extends to broadband switch 360 through mux 380.

35     STP 340 transfers the signal from LEC STP 328 to STP

21

21

345 which, in turn, routes the signal to CCP 350. Also, CCP 350 accepts status messages from the broadband and narrowband switches over standard communications lines, and may query SCP 355 for information. Any suitable database

5    or processor could be used to support CCP 350 queries. CCP 350 uses this information and its own programmed instructions to make communication control selections. For calls that require narrowband switch treatment, CCP 350 will select the narrowband switch.

10    Preferably, CCP 350 can select any narrowband switch in Telecommunications Network 310. For example, it may extend the communication path through the broadband network to a narrowband switch across the network for processing, or it may extend the communication path to a narrowband

15    switch connected to the broadband switch that originally accepts the communication path. Additionally, no narrowband switch may be required at all. For clarity, all of the switches representing these possibilities are not shown on Figure 3.

20    CCP 350 will select at least one network characteristic in response to the signaling. Typically, this will be the network elements or connections that will make the communication path. As discussed with regard to the above embodiments, CCP 350 may select only the network

25    elements and allow the switches to select the connections, or the selections can be distributed among the two. For example, CCP 350 may only select some of the network elements and connections and allow the switches to select some of the network elements and connections. CCP 350

30    might only select the narrowband switches and allow the broadband switches to select the broadband switches that will make the communication path. CCP 350 can also select other network characteristics, such as applications and control instructions.

35    In one embodiment, CCP 350 will select the narrowband

22

22

switches to process particular calls and the DS0 ports on
those switches which will accept these calls.    The
broadband switches will select the broadband switches and
the broadband connections to the DS0 port.  Restricted to
5    the possibilities depicted on Figure 3, CCP 350 may select
either narrowband switch 370 or narrowband switch 375 to
process the call.   Assuming CCP 350 selects narrowband
switch 370, it would also select a DS0 port on narrowband
switch 370 to accept the connection.   CCP 350 would then
10    signal broadband switch 360 through interworking unit 361
to further the communications path to the selected DS0 port
on narrowband switch 370.

     Of the possible routes, broadband switch 360 would be
left to select the other broadband switches and connections
15    to use.  Assuming the route directly to broadband switch
364 is selected, broadband switch 360 would further the
communications path to that switch.  Broadband switch 360
would also signal broadband switch 364 of the communication
path.  Broadband switch 364 would further the communication
20    path to through mux 382 to access the specified DS0 port on
narrowband   switch   370.      This   is   accomplished   by
corresponding the connections through the mux as discussed
above.    CCP 350 will signal narrowband switch 370 of the
incoming communication path.  This signal is routed by STP
25    345.   Narrowband switch 370 will process the call on the
specified DS0 port.  Typically, this would include billing
and routing the call.  Narrowband switch 370 may also query
SCP 355 to aid in application of services to the call.  For
example,  narrowband  switch  370  may  retrieve  an  "800"
30    translation from SCP 355.  As a result of the processing,
narrowband switch 370 will switch the call and generate a
new signal which may include routing information.    The
signal  is  sent  to  CCP  350  through  STP  345.     The
communication path is furthered on a new connection back to
35    broadband switch 364 through mux 382.  CCP 350 may use the

23

information in the signal, SCP information, network element information, operational instructions, and/or its own routing logic to make new selections for the call. The network element information and operational instructions
5  could be signalled to CCP 350 or delivered over standard data lines.

In one embodiment, the selection of a network characteristic will include the selection of a network code. Network codes are the logical addresses of network
10 elements. One such code is a destination code that facilitates egress from Telecommunications System 310. The destination code typically represents a network element that is connected to a LEC switch. Once a destination is selected, CCP 350 will signal broadband switch 364 of its
15 selections and the communication path will be furthered through the broadband network accordingly. In the current example this could be through broadband switch 366 and mux 386. The communication path would be furthered to the specified port on LEC switch 335. Typically, this involves
20 the seizure of a connection on the LEC switch by the IXC.

In one embodiment, whenever broadband switch 366 extends a communication path to mux 386, it is programmed to signal CCP 350 of the broadband connection it has selected. This allows CCP 350 to track the specific DS0
25 port on the LEC switch that has been seized. CCP 350 would signal LEC switch 335 through STP 345 and LEC STP 338 of the incoming call on the seized DS0 connection. As a result, LEC switch 335 would further the communication path to second point 330.
30 It can be seen from the above disclosure that the present invention allows a telecommunications network to employ a broadband network to make call connections. By using muxes to convert calls and a CCP to analyze signaling, this broadband network remains transparent to
35 the networks of other companies. An example of such a

24

24

transparent interface is between an interexchange carrier (IXC) network and a local exchange carrier (LEC) network. Similarly the network will be transparent if deployed in only a portion of a single company's network infrastructure.

5

In the above embodiment, the LEC seizes an IXC DS0 port and signals to an IXC STP. The mux and the CCP convert the call and analyze the signal appropriately. No changes in other existing carrier systems, such as LEC systems, are required.

10

Additionally the narrowband switch receives the call and signal in its own format and switches the call. Although the switch may "think" the call is routed over a trunk to another narrowband switch, the call actually goes right back to the mux and broadband switch that sent the call. The narrowband switch is used to apply features to the call, i.e. billing, routing, etc. The broadband network is used to make the substantial portion of the call connection. The CCP may use narrowband switch call processing information to make selections.

15

20

The CCP performs many functions. In one embodiment, it accepts signaling from a first point or LEC and provides appropriate signals in accord with the communication control selections it has made. These selections are network characteristics. The CCP may select network elements such as switches, servers, or network codes. The CCP may select connections, such as DS0 circuits and ports. The CCP may select particular telecommunications applications to be applied to the communications path. The CCP may select particular control instructions for particular devices. The CCP may also receive information from entities such as SCPs, operational control, or switches to aid in its selections.

25

30

The CCP is a processing system, and as such, those skilled in the art are aware that such systems can be

35

25

housed in a single device or distributed among several devices. Additionally, multiple devices with overlapping capabilities might be desired for purposes of redundancy. The present invention encompasses these variations. One such operational system would be multiple pairs of CCPs located regionally within a telecommunications system. Each machine would be equally capable of communication control. One example of a CCP device would be a Tandem CLX machine configured in accord with this disclosure of the present invention.

A signaling point handles the signaling for a switch. Switches which are used to route calls typically have a signaling point which is directly coupled to a processor in the switch. This processor controls a switching matrix in the switch in response to the signaling processed by the signaling point. Thus, there is typically a one to one correspondence of a signaling point for each switch and matrix.

The CCP is not directly coupled to one switch, one switch processor (CPU), or one switching matrix. In contrast, the CCP has the capability of directing a plurality of switches. Thus, the CCP can direct multiple switch matrixes by signaling multiple signaling points.

It is possible to house the CCP within other telecommunication devices, even switches. Although the CCP can be primarily distinguished from a switch CPU based on physical location, this does not have to be the case. A switch CPU receives information from a signaling point and controls the matrix of a single switch. Some switches distribute the matrix among different physical locations, but the CPU controls each matrix based on information received from a single signaling point. This information is not signaling.

In contrast, the CCP receives signaling and has the ability to signal other network elements. It can

26

communicate with multiple signaling points. These
signaling points provide information to the switch CPUs
which control the switch matrixes. By signaling multiple
signaling points, the CCP is able to direct the matrixes of
5    multiple switches based on the signaling and other
information the CCP obtains. A CCP is not associated with
a single switch matrix. A CCP does not require
communication path connections in order to operate.

The main capabilities of one version of a CCP are
10   shown on Figure 4. CCP 450 comprises interface 460,
translator 470 operably connected to interface 460,
processor 480 operably connected to translator 470, and
memory 490 operably connected to processor 480.

CCP 450 functions to physically connect incoming links
15   from other devices such as STPs, switches, SCPs, and
operational control systems. Interface 460 is functional
to accept the signals off of these links and transfer the
signals to translator 470. Interface 460 is also able
to transfer signaling from translator 470 to the links for
20   transmission.

Translator 470 accepts the signaling from interface
460 and identifies the information in the signaling.
Often, this will be done by identifying a known field
within a given signaling message. For example, translator
25   470 might identify the Origination Point Code (OPC),
Destination Point Code (DPC), and Circuit Identification
Code (CIC) in an SS7 message. Additionally, translator 470
must be able to formulate outgoing signaling and transmit
it to interface 460 for transmission. For example,
30   translator 470 might replace the OPC, DPC, and CIC in a
given SS7 message and transfer the modified SS7 message to
interface 460 for transmission. Translator 510 must be
equipped to manage the signaling formats it will encounter.
Examples are SS7 and C7.

35   Processor 480 accepts the signaling information from

27

translator 470 and makes the selections that accomplish communication control. This includes the selection of the network elements and/or connections that make the communications path. Typically, selections are made 5 through table look-ups and SCP queries. Tables are entered and queries are generated based in part on the information identified by translator 470. The table look-ups and SCP information retrieval yield new signaling information. The new information is transferred to translator 470 for 10 formulation into appropriate signals for transmission. Algorithm solution could also be used to make selections. Processor 480 also handles various status messages and alarms from the switches and other network elements. Operational control can also be accepted. This information 15 can be used to modify the look-up tables or selection algorithms. Memory 490 is used by processor 480 to store programming, information, and tables.

Figure 5 shows a flow diagram for the CCP for a version of the present invention. The sequence begins with 20 the CCP receiving different types of information. Box 500 depicts the CCP accepting a signal from a first point. This signal could be in any format, such as SS7 or broadband signaling. The signal may have passed through STPs from a LEC over a signaling link, or it may also be a 25 signal directly provided by an individual user of a network. The signal contains information about the requested communication path. An example of such information is the message type which indicates the purpose of the message. Another example of such information is 30 set-up information such as transit network service value, bearer capability, nature of address, calling party category, address presentation restriction status, carrier selection value, charge number, and originating line information, and service code value. Other information 35 might be a network indicator or a service indicator. Those

29.

28

skilled in the art are familiar with these types of information.

Other types of information might also be accessed by the CCP. The network elements, such as switches, may
5    provide the CCP with information as shown in box 505. This information allows the CCP to select network elements and connections based on network conditions. Examples of possible types of such information could be management messages, loading, error conditions, alarms, or idle
10   circuits. The CCP might also provide the network elements with information.

Box 510 shows that operational control might be provided. Operational control allows system personnel to program the CCP. An example of such control might be to
15   implement a management decision to retire a particular network element. Operational control would allow the removal that element from the selection process.

The CCP processes the information is has received in box 515. Processing also entails the use of programmed
20   instructions in the CCP, and might even include the use of information retrieved from a remote database, such as an SCP. The selections are then made as shown in box 520. These selections specify network characteristics, such as network elements and/or connections. As stated above, The
25   CCP may only select a portion of the network characteristics and allow the points or the switches to select the remainder. It should be pointed out that the information used in processing is not limited to that which is listed, and those skilled in the art will recognize
30   other useful information which may be sent to the CCP.

Once network characteristics are selected, the CCP will signal the points and the applicable network elements of the selections. In box 525, signals are formulated instructing the network elements of the network
35   characteristics selected. The signals are transmitted to

29

SPRe-022-01-00271