# EXHIBIT 31 c

Dockets.Justia.com



FIGURE 1



FIGURE 2

SPRe-022-01-00301





FIGURE 3

SPRe-022-01-00302

568,551



FIGURE 4

SPRe-022-01-00303



FIGURE 5



FIGURE 6



FIGURE 7



FIGURE 8

PRINT OF DRAWINGS
AS ORIGINALLY FILED

370/582

Blum

568,551



FIGURE 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED

568,551



FIGURE 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED





FIGURE 3

PRINT OF DRAWINGS
AS ORIGINALLY FILED





FIGURE 4

PRINT OF DRAWINGS
AS ORIGINALLY FILED

568,551



FIGURE 5

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIGURE 6

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIGURE 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIGURE 8

Docket SPT-1057

CERTIFICATION UNDER 37 C.F.R. 1.10        08 238605

I hereby certify that this Patent Application transmittal and the documents referred to as enclosed therein is being deposited with the United States Postal Service on this date (May 5, 1994) in an envelope known as "Express Mail," Mailing Label Number GB533201086US, addressed to: Box Patent Application, Commissioner of Patents and Trademarks, Washington, D.C. 20231.



*Michal J Sott*
Harley R. Ball, Reg. No. 31,733
Michael J. Setter, Reg. No. 37,936

## PATENT APPLICATION TRANSMITTAL

Hon. Commissioner of Patents and Trademarks
Washington, D.C.   20231

    Transmitted herewith for filing is the following patent application:

Applicant:  JOSEPH MICHAEL CHRISTIE

For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

Enclosed is:

| | |
|---|---|
| _____8_____ | sheets of drawing |
| _____41_____ | pages of specification |
| _____13_____ | pages of claims |
| _____1_____ | page of abstract |
| _____1_____ | Assignment |
| _____1_____ | Declaration |

    __X__  Please charge the required fees (calculated as follows) or any additional fees required for the filing of this application to Deposit Account No. 21-0765, US Sprint Communications Company. Three copies of this letter is enclosed for this purpose.

| | | | |
|---|---|---|---|
| Basic Filing Fee | | | $ 710.00 |
| Total number of claims, (less 20) | 43 | x $22.00 = | 946.00 |
| Number of independent claims, (less 3) | 6 | x $74.00 = | 444.00 |
| Total Filing Fee | | | $ 2,100.00 |
| Fee for Recording Assignment | | | $ 40.00 |
| | | Total: | $ 2,140.00 |

Respectfully submitted,

*Michal J Sott*

Harley R. Ball
Registration No. 31,733
Ph. (913) 624-6668

Michael J. Setter
Registration No. 37,936
Ph. (913) 624-5194

SPRe-022-01-00316

V.S.
7-29-94

08 **238605**

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

MM20171  05/20/94  08238605      21-0765  020  101    2,100.00CH  SPT-1057

PTO-1556
(5/87)

SPRe-022-01-00317



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

08/568,551    12/07/95    CHRISTIE          J    SPT-1057

| EXAMINER |
|---|

LM61/0217

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO 64114

| ART UNIT | PAPER NUMBER |
|---|---|

PATEL A

2732                                    24

DATE MAILED:
                                        02/17/98

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☑ This communication is responsive to _the amendment filed 12/9/97_

☑ The allowed claim(s) is/are _121-146, 149, 171-208 renumbered 1-115 respectively_

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____

    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☑ Applicant MUST submit NEW FORMAL DRAWINGS

  ☐ because the originally filed drawings were declared by applicant to be informal.

  ☑ including changes required by the Notice of Draftperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _9_.

  ☑ including changes required by the proposed drawing correction filed on _4/8/99_, which has been approved by the examiner.

  ☐ including changes required by the attached Examiner's Amendment/Comment.

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

  ☐ Notice of References Cited, PTO-892

  ☑ Information Disclosure Statement(s), PTO-1449, Paper No(s). _23_

  ☐ Notice of Draftperson's Patent Drawing Review, PTO-948

  ☐ Notice of Informal Patent Application, PTO-152

  ☐ Interview Summary, PTO-413

  ☐ Examiner's Amendment/Comment

  ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

  ☐ Examiner's Statement of Reasons for Allowance

SPRe-022-01-00516



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

LM61/0217

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO 64114

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/568,551 | 12/07/95 | 115 | PATEL, A | 2732 | 02/17/9 |

| First Named Applicant | CHRISTIE, | | JOSEPH M. | | |

| TITLE OF INVENTION | METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL |

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2  SPT-1057 | 370-522.000 | A56 | UTILITY | NO | $1320.00 | 05/18/9 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0851-0033)        PATENT AND TRADEMARK OFFICE COPY

☆U.S. GOVERNMENT PRINTING OFFICE 1997-433-221/82719



**UNITED STATE  )EPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

08/568,551    12/07/95    CHRISTIE        J    SPT-1057

| | EXAMINER |
|---|---|

LM61/0316

SPRINT COMMUNICATIONS COMPANY
8140 WARD PARKWAY FIFTH FLOOR
MS MOKCMP0506
KANSAS CITY MO 64114

| PATEL  A |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| 2732 | 25 |

DATE MAILED:    ~~Patel~~ 98
PATENT EXAMINER

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## *Supplemental* NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☐ This communication is responsive to _____

☒ The allowed claim(s) is/are *121-146, 149, 171-255 renumbered 1-115 respectively*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

    ☐ received.

    ☐ received in Application No. (Series Code/Serial Number) _____

    ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

  ☐ because the originally filed drawings were declared by applicant to be informal.

  ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. *2*.

  ☒ including changes required by the proposed drawing correction filed on *4/18/97*, which has been approved by the examiner.

  ☐ including changes required by the attached Examiner's Amendment/Comment.

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

  ☐ Notice of References Cited, PTO-892

  ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

  ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

  ☐ Notice of Informal Patent Application, PTO-152

  ☐ Interview Summary, PTO-413

  ☐ Examiner's Amendment/Comment

  ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

  ☐ Examiner's Statement of Reasons for Allowance

PTOL-37 (Rev. 10/95)                                    ✻ U.S. GPO: 1996-404-496/40507

SPRe-022-01-00518