# EXHIBIT 32

| UTILITY SERIAL NUMBER | 08/525,897 | PATENT DATE NOV 23 1999 | PATENT NUMBER | 5991301 |
|---|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|

APPLICANTS

Certificate
JAN 9 X 2005
of Correction

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No._____

| Foreign priority claimed ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged Examiner's Initials | | | | | | | |

ADDRESS

TITLE

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

3/30/99
Applications Examiner

PARTS OF APPLICATION FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED
3/30/99
Assistant Examiner

ISSUE FEE
Amount Due 1210    Date Paid 5-27-99

FORM PTO-1257 (Rev. 11-92) U.S. Department of Commerce Patent and Trademark Office

DISCLAIMER LABEL
Application No.
08/525,897
A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.
DO NOT DESTROY

Form PTO-436A (Rev. 8/82)

Ajit Patel
Primary Examiner

CLAIMS ALLOWED
| Total Claims | Print Claim |
| 66  47 | 1 |

DRAWING
| Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 12 | 12 | 1 |

ISSUE BATCH NUMBER  R 26

Primary Examiner
PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

(FACE)



PATENT
SPT-1090

## DECLARATION AND POWERS OF ATTORNEY

As a below named inventor, I hereby declare that my residence, post office address and citizenship is as stated below next to my name. I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "BROADBAND TELECOMMUNICATIONS SYSTEM," the specification of which was filed on September 8, 1995 as Application Serial No. 08/525,897 and was amended herewith or, if not identified here by filing date and serial number, is attached hereto. I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 CFR 1.56(a). I hereby claim foreign priority benefits under 35 USC 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate by me or my representatives or assigns for this invention having a filing date before that of the application on which priority is claimed:

Application No. _____ in _____ on _____ priority claimed ( ) Yes ( ) No
Application No. _____ in _____ on _____ priority claimed ( ) Yes ( ) No
Application No. _____ in _____ on _____ priority claimed ( ) Yes ( ) No

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon. I hereby appoint, individually and collectively, the following as my/our attorney or agent with full power of substitution and revocation, to prosecute this application and to transact all business in the U.S. Patent and Trademark Office connected therewith:

Harley R. Ball    Registration No. 31,733; and
Michael J. Setter Registration No. 37,936

PLEASE ADDRESS ALL
COMMUNICATIONS TO:    Attn: Harley R. Ball
                      Sprint Law Department
                      8140 Ward Parkway
                      Mailstop: MOKCMP0506
                      Kansas City, Missouri 64114

| SOLE OR JOINT | | |
|---|---|---|
| Inventor (1) | Joseph Michael Christie | (Signature in Full) |
| | (Type or Print) | |
| Citizenship | USA citizen | Date: 11-9-95 |
| Post Office Address: | San Bruno, California | |
| Residence: | 536 Green Avenue San Bruno, California | |

SPRe-022-01-00084