# EXHIBIT 34

Dockets.Justia.com

| | |
|---|---|
| **From:** | Dennis, Teresa R. (SHB)  **On Behalf Of** Seitz, Adam P. (SHB) |
| **Sent:** | Wednesday, March 07, 2007 5:57 PM |
| **To:** | 'McPhail, Donald R.'; 'Golob, Barry'; 'McPherson, Patrick D.' |
| **Cc:** | Buresh, Eric A. (SHB); Webb, B. Trent (SHB); Reckers, Robert H. (SHB) |
| **Subject:** | Sprint v. Vonage |

Counsel,

Attached please find correspondence relating to this case.

Thanks,

Adam P. Seitz
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
o: 816.474.6550
f:  816.421.5547


Ltr to McPhail.pdf
    (31 KB)

1



**Shook,
Hardy&
Bacon** L.L.P.®

www.shb.com

March 7, 2007

Adam P. Seitz

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2256 DD
816.421.5547 Fax
aseitz@shb.com

**SENT VIA FEDERAL EXPRESS AND E-MAIL**

Mr. Donald R. McPhail
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
Case No: 05-2433-JWL
SHB File No: SPRI.116441

Dear Don:

As Sprint has informed you throughout this litigation, it continues to diligently search its records for potentially responsive documents. As part of this ongoing and manual search, we discovered late last week a number of hard-copy documents that we wanted to produce to you on an expedited basis. To this end, I have enclosed documents bearing the Bates range SPRp-01-029-00001 through SPRp-01-29-00104. Please note, a number of these documents included handwritten notes that have been redacted as they constitute attorney-client privilege and/or work product. A privilege log reflecting this redaction will be produced shortly.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Adam P. Seitz

APS/td

Enclosures

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2363878v1