# EXHIBIT 35

Dockets.Justia.com



June 14, 2007

**SENT VIA FEDERAL EXPRESS**

Mr. Adam Seitz
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

Re:   *Sprint Communications Company L.P. v. Vonage Holdings Corp, et al.*
      Case No: 05-2433-JWL
      SHB File No: SPRI.116441

Dear Adam:

Enclosed please find a copy of the production CD that was sent to Duane Morris on 6/14/2007.

Please feel free to contact me if you have any questions.

Sincerely,

*[signature]*

Kara Lynn Hayduk

Enclosure





# MARKET PROFILE

**Version 2005.1**

June 2005

UNITED STATES
TELECOMMUNICATIONS MARKETS
2002-2011

**Corporate Strategic Planning**

Sprint Proprietary Information -- Restricted

Highly Confidential - Attorneys' Eyes Only

SPRe-033-00001