## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|                                          |   |                        |
|------------------------------------------|---|------------------------|
| SPRINT COMMUNICATIONS COMPANY L.P.,      | ) |                        |
|                                          | ) |                        |
|                                          | ) |                        |
|                        Plaintiff,        | ) |                        |
|                                          | ) | Case No.  05-2433-JWL  |
|                   v.                     | ) |                        |
|                                          | ) |                        |
| VONAGE HOLDINGS CORP. and                | ) |                        |
| VONAGE AMERICA, INC.,                    | ) |                        |
|                        Defendants.       | ) |                        |
|                                          | ) |                        |

### INDEX OF EXHIBITS TO

### VONGAGE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DOCUMENT |
|---------|----------|
|         |          |
| T       | U.S. Patent No. 5,600,649 |
| U       | Prosecution History of U.S. Patent No. 6,463,052, Office Action Response (Sept. 6, 2001). |
| V       | Prosecution History of U.S. Patent No. 6,366,586, Office Action Response (May 30, 2001). |
| W       | Prosecution History of U.S. Patent No. 6,643,282, Office Action Response (May 17, 2001).  April 13, 2000 and October 26, 2000 |
| X       | Deposition of Stephen Wicker, Ph.D. (May 4, 2007). |
| Y       | Deposition of Stephen Wicker, Ph.D. (May 3, 2007). |
| Z       | Deposition of William L. Wiley (April 9, 2007). |
| AA      | Prosecution History of U.S. Patent No. 5,825,780, Office Action Response (April 16, 1997) |
| BB      | Prosecution History of U.S. Patent No. 6,633,561, Office Action Response (July 26, 2002). |

| CC | Deposition of Michael Joseph Gardner (March 21, 2007). |
|----|--------------------------------------------------------|
| DD | Deposition of Rohan Dwarkha (April 12, 2007). |
| EE | Deposition of Chakrapani Gorrepati (April 5, 2007). |
| FF | Deposition of Louis Mamakos (April 24, 2007). |
| GG | Deposition of Peter Miron (November 8, 2007). |
| HH | Deposition of Joel M. Halpern (May 10, 2007). |
| II | Deposition of Jose Martinez Deposition (April 5, 2007). |
| JJ | Exhibit 11 to Deposition of Stephen Wicker, Ph.D. (May 4, 2007), ("Declaration of Dr. Stephen Wicker in Support of Foundry Networks, Inc.'s Motion for Partial Summary Judgment of Non-Infringment of the '605 Patent"). |
| KK | Application for U.S. Patent No. 5,825,780, as Originally Filed (May 5, 1994). |
| LL | Application for U.S. Patent No. 5,991,301, as Originally Filed (September 8, 1995). |
| MM | Sprint's Third Supplemental Response to Vonage Holdings Corp.'s Interrogatory No. 6 |

Respectfully submitted,

July 9, 2007

/s/ Don R. Lolli

Don R. Lolli    KS Dist. #70236
Patrick J. Kaine  KS #15594
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111
816-931-2700
pkaine@DysartTaylor.com
dlolli@DysartTaylor.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim
Plaintiffs Vonage America, Inc. and Vonage
Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on July 9, 2007 that a copy of the foregoing was filed electronically, with

a notice of case activity to be generated and sent electronically by the Clerk of Court to:

B. Trent Webb
Adam P. Seitz
Erick A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

*Attorneys for Plaintiff
Sprint Communications Company L.P.*

/s/ Don R. Lolli

- 3 -