# EXHIBIT T
## (Part 2)

Dockets.Justia.com



FIG. 9C



FIG. 10A

## FIG. 10B



FIG. 10C



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



**FIG. 16**



**FIG. 17**



FIG. 21

START

TELEPHONE — 115

155

1. SPEAKER PHONE
2. HANDSET
3. HEADSET
4. SPEAKER VOLUME LEVEL
5. MICROPHONE VOLUME LVL
7. REDIAL
8. RECORD
9. FLASH
10. MUTE
11. HOLD
12. SPEEDIAL NUMBERS
13. SPEEDIAL NAMES
14. HELP

FIG. 20

START

ANSWER MODE SETUP — 151

153

1. PCS DOES NOT ANSWER
2. VOICE MAIL
3. FAX
4. MULTI-MEDIA MAIL
5. SHOW AND TELL
6. TERMINAL
7. AUTOMATIC
8. NUMBER OF RINGS

FIG. 18

TIMER
131

CONTROL
129

STATUS
133

SETUP — 113
TELEPHONE — 115
VOICE MAIL — 117
FAX MANAGER — 119
MULTI-MEDIA MAIL — 121
SHOW & TELL — 123
TERMINAL — 125
ADDRESS BOOK — 127



**FIG. 19**



**FIG. 24**

START

MULTI-MEDIA MAIL ⌐121

161

1. MULTI-MEDIA MAIL SETUP
2. MESSAGE COMPOSER
3. HELP

M-M MESSAGES TO BE SENT
4. ADD TO QUEUE
5. PREVIEW
6. DELETE FROM QUEUE
7. CHANGE ATTRIBUTES

M-M MESSAGES RECEIVED
8. VIEW
9. STORE
10. DELETE
11. FORWARD
12. REFRESH



**FIG. 23**

START

FAX MANAGER ⌐119

159

1. FAX SETUP
2. PRINT SETUP
3. CLOSE
4. HELP

FAXES TO BE SENT
5. PREVIEW
6. PRINT
7. DELETE FROM QUEUE
8. REFRESH SEND QUEUE
9. FORWARD

FAXES RECEIVED
10. VIEW
11. PRINT
12. DELETE
13. REFRESH RECEIVE QUEUE
14. FORWARD
15. STORE



**FIG. 22**

START

VOICE MAIL ⌐117

157

1. VOICE MAIL SETUP
2. VOICE EDITOR
3. HELP

VOICE MESSAGES TO BE SENT
4. ADD TO QUEUE
5. LISTEN
6. DELETE FROM QUEUE
7. REFRESH SEND QUEUE

VOICE MESSAGES RECEIVED
8. LISTEN
9. STORE
10. DELETE
11. FORWARD
12. REFRESH RECORD QUEUE



FIG. 25

FIG. 33

FIG. 26



**FIG. 27**



**FIG. 28**



**FIG. 29**



**FIG. 30**



FIG. 32

FIG. 31



**FIG. 34**