# EXHIBIT U

Dockets.Justia.com

Practitioner's Docket No. 10571                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Joseph Michael Christle
Application No.:  09/082,182                    Group No.:  A. Patel
Filed:  May 20, 1998                            Examiner:  2738
For:  METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS
CONTROL

**ASSISTANT COMMISSIONER FOR PATENTS**
**WASHINGTON, D. C. 20231**

### RESPONSE

Dear Ajit Patel,

    In response to the Office Action dated April 10, 2001, please enter this
amendment and consider the following remarks.  A two-month extension of time is
requested and authorized in the transmittal.

#### In the Claims

Please replace claims 1-63 with the following new claims 64-87.

1

**Remarks**

Claims 1-63 are pending and stand rejected. Claims 1-63 have been replaced by new claims 64-87. Applicants request allowance of claims 64-87.

**Claims 1-63 were rejected under §102(e) and §103(a) over U.S. Patent 5,434,852 (La Porta '852) and U.S. Patent 5,509,010 (La Porta '010).**

In new claim 64, a processing system receives and processes narrowband signaling to select a network code that identifies a network element to provide egress from a packet communication system for a user communication. (See the Application, page 18, lines 14-23). In La Porta, the processing system selects an ATM connection and transfers a control message to an ATM switch indicating the ATM connection. To the ATM switch, the ATM connection identifies an output VPI/VCI for routing ATM cells out of the ATM switch. The ATM connection does not identify "a network element to provide egress from a packet communication system."

In new claim 75, a device receives a packet including information and a user communication and transfers the information to a processing system. The processing system processes the information to select a communication path and transfers an instruction indicating the communication path to the device. The processing system also transfers narrowband signaling indicating the communication path for the user communication. In response to the instruction, the device transfers the user communication to the communication path. In La Porta '852, switch 510 processes ATM cells from CPE 501, but does <u>not</u> transfer information from these ATM cells to the servers. Instead, CPE 501 communicates directly with call server 502 using a new broadband signaling protocol.

6

**Conclusion.** Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

**SIGNATURE OF PRACTITIONER**

ATTORNEY CONTACT:              Michael J. Setter, Reg. No. 37,936
                              Phone: (303) 546-1300
                              Fax:   (303) 449-5426

CORRESPONDENCE ADDRESS:       **Customer No. 028004**

                              Attn: Harley R. Ball
                              Sprint Law Department
                              8140 Ward Parkway
                              Mailstop: MOKCMP0506
                              Kansas City, Missouri 64114

<u>**Certificate of mailing 37 CFR 1.8**</u>

I hereby certify that this Response, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on ___9-6-___, 2001 as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

___9-6-01___
Date                              Laura S. Mellblom

7