# EXHIBIT V

Practitioner's Docket No. 1057f            *PATENT*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie
Application No.: 09/082,049     Group No.: 2662
Filed: May 20, 1998     Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS

Assistant Commissioner for Patents
Washington, D. C. 20231

**AMENDMENT**

RECEIVED
JUN 0 7 2001
Technology Center 2600

Dear A. Patel:

    In response to the Office Action dated January 30, 2001, please consider the following remarks. A one-month extension of time is requested.

### In the Claims

Please cancel claims 152-296 and add new claims 297-342 as follows.

1

**Remarks**

Claims 152-296 were pending and rejected. Claims 152-296 have been replaced with new claims 297-342. The new claims 297-342 are fully supported by the specification and do not contain new matter. Applicant requests allowance of claims 297-342.

Claims 152-296 were rejected under 35 U.S.C. §103(a) over U.S. Patent 5,509,010 in view of U.S. Patent 5,473,679 (the La Porta references). For a user communication, the claimed service processing system selects "a network code that identifies a network element to provide egress from a packet communication system," and the signaling processing system transfers a control message to the packet communication system indicating the network code. (See claims 297 and 320; and see the Application, page 18, lines 14-23). In the La Porta references, the processing system selects an ATM connection and transfers a control message to an ATM switch indicating the ATM connection. To the ATM switch, the ATM connection identifies an output VPI/VCI for routing ATM cells out of the ATM switch. The ATM connection does not identify "a network element to provide egress from a packet communication system".

**Conclusion.** Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

_____
SIGNATURE OF PRACTITIONER

Michael J. Setter, Reg. No. 37,936
Phone: (303) 546-1300
Fax:   (303) 449-5426

CORRESPONDENCE ADDRESS:   Customer No. 021396

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri  64114



Certificate of mailing 37 CFR 1.8

I hereby certify that this Amendment, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on __5-30__, 2001, as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

__5-30-01__  
Date

Laura S. Mellblom

RECEIVED

JUN 0 7 2001

Technology Center 2600

9