# EXHIBIT AA

Dockets.Justia.com

Sprint Docket 1057

CERTIFICATION UNDER 37 C.F.R. 1.8

I hereby certify that this Amendment is being deposited with the United States Postal Service as First Class Mail, postage prepaid, on April 16, 1997, in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231.

Jay B. Beatty-Intellectual Property Admin

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Joseph Michael Christie |
| Application No.: | 08/568,551 |
| Filed: | December 7, 1995 |
| Title: | "METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL" |
| Examiner: | Blum, R. |
| Art Unit: | 2603 |

Hon. Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sirs:

## AMENDMENT

Please enter this amendment to the above-referenced application. Applicants respectfully request consideration and allowance of the amended application. A Petition for Extension of Time, a Correction of Drawings, Terminal Disclaimers, an Information Disclosure Statement, PTO Form 1449, and a Transmittal with authorization for the proper fees is also attached.

1

In D'Amato, switch 130 corresponds to the "network element on the communications path", and the Initial Address Message (IAM) corresponds to the "telecommunications signaling message." In D'Amato, the IAM is sent to <u>both</u> Switch 130 and Signaling Director 151. (See Figure 2 and column 5 lines 15-29.) By receiving the IAM, switch 130 can process the call if no special services are required on the call. (See column 5, lines 31-55). This is in direct contrast with the invention. In the invention, the network element on the communications path does not receive the telecommunications signaling message received into the signaling processor. This advantageous, since the network element can now be much less sophisticated if so desired. Applicant submits that claims 121-122, 142, 147, and 149 are patentable under section 102(e) over D'Amato.

Claim 139 recite that the signaling processor processes the telecommunications signaling to select a "connection" for the communications path. In D'Amato, signaling director 151 does not select a connection, but selects an action for switch 130; either to: (a) proceed, (b) wait, or (c) deny. (See column 5, lines 30-55.) None of these responses is a connection. If response (a) is given, switch 130 must process the IAM to select the connection. Because it selects connections, the signaling processor of claim 139 is different than signaling director 151 of D'Amato. The signaling processor of claim 139 is advantageous in that it can avoid the need for this level of processing complexity in the switch. Applicant submits that claim 139 is patentable under section 102(e) over D'Amato.

Claims 150-152 were canceled without prejudice.

Claim 153 recites a network comprised of a signaling processor and various network elements. The signaling processor receives and processes signaling from outside of the network. The network elements do not receive this signaling. The signaling processor transmits new signaling to the network elements. This limitation has been discussed above. Claims 154, 155, and 166 are dependent on claim 153. Applicant submits that claim 153 is patentable under section 102(e) over D'Amato.

### The rejections over Gopal, Epley, and Rago

Claims 148-168 stand rejected under section 102 or section 103 over either Gopal Epley, or Rago as the primary reference. All three references teach a processor that is accessed by a

Applicant submits that it would not be obvious to include these networks and network elements in the context of the inventive combinations discussed above. Applicant also submits that changes not discussed above that were made to claims 121, 139, 142, and 147-149 were made to clarify these claims, and were not made in response to a prior art rejection. Applicant submits that claims 121-149 and 153-258 are patentable and requests allowance of these claims. Applicant is prepared to cooperate with the Examiner in order to bring this case to a conclusion. Applicant respectfully requests that the Examiner telephone the undersigned with any comments or suggestions that would foster such cooperation.

Respectfully submitted,

4-16-97
Date

By _____
Michael J. Setter, Patent Attorney
Reg. No. 37,936
Tel: (913) 624-5194
Fax: (913) 624-6388

SPRINT COMMUNICATIONS COMPANY L.P.
8140 Ward Parkway
Fifth Floor
MS: MOKCMP0506
Kansas City, Missouri 64114

PCDOCS #: 19372