# EXHIBIT KK



1

# METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

## BACKGROUND

### 1. Field of the Invention

5    The invention relates to telecommunications and more specifically to communications control processing in telecommunications signaling.

### 2. Description of the Prior Art

10    Telecommunications systems establish a communications path between two or more points to allow the transfer of information between the points.  The communications path typically comprises a series of connections between network elements.  The network elements are typically switches.
15    Switches provide the primary means where different connections are associated to form the communications path.
     Communication control is the process of setting up a communications path between the points.  Communication control comprises the selection of network elements such as
20    switches or other devices which will form part of the communications path.  Communication control also comprises the selection of the connections between the network elements.  Together, the network elements and connections which are selected make up the communications path.
25    Typically, a plurality of different network element and connection selections may be possible for any one communications path between points.
     Switches control these selections.  Switches select the connections that comprise the communications path.
30    Switches also select the network elements which form an actual part of that communications path.  By selecting these network elements, a switch is often selecting the next switch that will make further selections.  Switches accomplish communication control.
35    The correspondence between communication control and a communications path is well known in the art.  A common

42

**CLAIMS:**

What is claimed is:

1. A method for processing telecommunications signaling for a telecommunications network comprising a plurality of network elements wherein at least one network element is a switch, the method comprising:

   receiving a first signal into a processor which is located externally to the switches;

   selecting, in the processor, at least one network characteristic in response to the first signal;

   generating a second signal reflecting the network characteristic;

   transmitting the second signal to at least one network element before that network element has applied the first signal.

2. The method of claim 1 wherein selecting the network characteristic comprises selecting a network element.

3. The method of claim 2 wherein selecting the network element comprises selecting a switch.

4. The method of claim 2 wherein selecting the network element comprises selecting a server.

5. The method of claim 2 wherein selecting the network element comprises selecting an enhanced platform.

6. The method of claim 2 wherein selecting the network element comprises selecting a service control point.

7. The method of claim 2 wherein selecting the network element comprises selecting a service data point.

43

8. The method of claim 2 wherein selecting the network element comprises selecting a intelligent peripheral.

9. The method of claim 2 wherein selecting the network element comprises selecting an adjunct processor.

10. The method of claim 2 wherein selecting the network element comprises selecting a service node.

11. The method of claim 1 wherein selecting the network characteristic comprises selecting a connection.

12. The method of claim 11 wherein selecting the connection comprises selecting a physical connection.

13. The method of claim 11 wherein selecting the connection comprises selecting a logical connection.

14. The method of claim 1 wherein selecting the network characteristic comprises selecting a network code.

15. The method of claim 1 wherein receiving the first signal comprises receiving a first signal in Signaling System #7 format.

16. The method of claim 15 further including selecting, in the processor, at least one network characteristic based at least in part on at least one point code in the first signal.

17. The method of claim 15 further including selecting, in the processor, at least one network characteristic based at least in part on the circuit identification code in the first signal.

**DECLARATION AND POWERS OF ATTORNEY**

As a below named inventor, I hereby declare that my residence, post office address and citizenship is as stated below next to my name. I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled "METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL," the specification of which was filed on ___, as Application Serial No. ___ and was amended herewith or, if not identified here by filing date and serial number, is attached hereto. I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 CFR 1.56(a). I hereby claim foreign priority benefits under 35 USC 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate by me or my representatives or assigns for this invention having a filing date before that of the application on which priority is claimed:

Application No. _____ in _____ on _____ priority claimed ( ) Yes  ( ) No
Application No. _____ in _____ on _____ priority claimed ( ) Yes  ( ) No
Application No. _____ in _____ on _____ priority claimed ( ) Yes  ( ) No

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon. I hereby appoint, individually and collectively, the following as my/our attorney or agent with full power of substitution and revocation, to prosecute this application and to transact all business in the U.S. Patent and Trademark Office connected therewith:

2-

Harley R. Ball    Registration No. 31,733; and
Michael J. Setter Registration No. 37,936

PLEASE ADDRESS ALL
COMMUNICATIONS TO:    Attn: Harley R. Ball
                      Sprint Law Department
                      8140 Ward Parkway
                      Mailstop: MOKCHP0506
                      Kansas City, Missouri  64114

```
SOLE OR JOINT  1-50
Inventor (1) Joseph Michael Christie       (Joseph Michael Christie)
             (Type or Print)                (Signature in Full)

Citizenship USA citizen              Date MAY 4, 1994

Post Office Address  San Bruno, California  CA
Residence   536 Green Avenue
            San Bruno, California  94066
```