IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 05-2433-JWL |
| v. | )<br>) |
| VONAGE HOLDINGS CORP. and<br>VONAGE AMERICA, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S MOTION FOR LEAVE OF COURT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS CONVENTIONALLY UNDER SEAL AND TO WITHDRAW DOCUMENT NO. 237 AND MEMORANDUM IN SUPPORT**

COME NOW, Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, and hereby move for leave of Court to file their Reply in Support of Motion for Summary Judgment and Exhibits conventionally under seal and to withdraw Doc. 237.

In support of their Motion, Vonage states that a Stipulated Protective Order was entered by United States Magistrate David J. Waxse on March 6, 2006, governing the disclosure of confidential information by the parties.

As did Vonage's brief in support of its Motion for Summary Judgment (Doc. 206), and Sprint's brief in opposition thereto (Doc. 217), each of which were filed under seal, Vonage's Reply in Support of Summary Judgment and Exhibits (Doc. 237) contain confidential information which must be filed under seal pursuant to the Protective Order. Vonage

inadvertently filed its reply (Doc. 237) in the public docket via the Court's ECF system, and makes this motion to amend this serious oversight.

Vonage makes this Motion as soon as practicable after it realized that Doc. 237 may contain confidential information. Vonage requests leave to correct the record and to comply with the spirit of the Protective Order, for the benefit of all parties, and consistent with the parties' practices to date, particularly with respect to Vonage's Motion for summary judgment and papers relating thereto.

Accordingly, Vonage seeks leave of Court to file their Reply in Support of their Motion for Summary Judgment and Exhibits conventionally under seal and to withdraw the previously filed Doc. 237.

WHEREFORE, Defendants Vonage Holdings Corp. and Vonage America, Inc. request leave of Court to file their Reply in Support of Summary Judgment and Exhibits conventionally under seal and to withdraw Doc. 237, and for such other and further relief as the Court deems proper. Vonage respectfully requests expedited consideration of this motion at the Court's earliest convenience.

                                                Respectfully submitted,

July 10, 2007                         /s/ Don R. Lolli
                                        Don R. Lolli   KS Dist. #70236
                                        Patrick J. Kaine  KS #15594
                                        Dysart Taylor Lay Cotter & McMonigle P.C.
                                        4420 Madison Avenue
                                        Kansas City, Missouri 64111
                                        816-931-2700
                                        pkaine@DysartTaylor.com
                                        dlolli@DysartTaylor.com

        Patrick D. McPherson
        Barry Golob
        Donald R. McPhail
        Duane Morris LLP
        1667 K Street N.W.
        Washington, DC 20006-1608
        202-776-7800
        pdmcpherson@duanemorris.com
        bgolob@duanemorris.com
        drmcphail@duanemorris.com

        *Attorneys for Defendants/Counterclaim*
        *Plaintiffs Vonage America, Inc. and Vonage*
        *Holdings Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify on July 10, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion for Leave of Court to File Reply in Support of Motion for Summary Judgment and Exhibits Conventionally Under Seal and to Withdraw Document No. 237 was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

        B. Trent Webb
        Adam P. Seitz
        Erick A. Buresh
        Shook, Hardy & Bacon LLP
        2555 Grand Boulevard
        Kansas City, MO 64108-2613
        bwebb@shb.com
        aseitz@shb.com
        eburesh@shb.com

        *Attorneys for Plaintiff*
        *Sprint Communications Company L.P.*

                          /s/ Don R. Lolli