# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

_____
SPRINT COMMUNICATIONS COMPANY L.P., )
)
                Plaintiff, )
)
            v. ) Case No.  05-2433-JWL
)
VONAGE HOLDINGS CORP. and )
VONAGE AMERICA, INC. )
)
                Defendants. )
_____ )

## ORDER

Upon review of Defendants' Motion for Leave to File Reply in Support of Motion for Summary Judgment and Exhibits Conventionally Under Seal and to Withdraw Doc. 237, this Court hereby GRANTS and APPROVES said motion.  Accordingly,

1. Defendants' Motion to Withdraw Doc. 237 is hereby granted.  The clerk shall forthwith remove Doc. 237 from the public docket.

2. Defendants' Motion for Leave to file Reply in Support of Motion for Summary Judgment and Exhibits Conventionally Under Seal is hereby granted.

IT IS SO ORDERED this 10th day of July, 2007, at Kansas City, Kansas.

                                        s/ John W. Lungstrum
                                        John W. Lungstrum
                                        United States District Judge