THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,  )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
VONAGE HOLDINGS CORP.,               )     Case No. 05-2433-JWL
VONAGE AMERICA, INC.,                )
                                     )
            Defendants.              )
                                     )
                                     )
                                     )
                                     )

### SPRINT'S MOTION TO STRIKE ARGUMENTS RAISED BY VONAGE FOR THE FIRST TIME IN ITS SUMMARY JUDGMENT REPLY BRIEF OR, IN THE ALTERNATIVE, FOR LEAVE TO SURREPLY

Pursuant to the inherent powers of this Court, Plaintiff Sprint Communications Company L.P. ("Sprint") hereby moves to strike three new arguments from Vonage's summary judgment reply brief (Doc. No. 237), which were improperly raised for the first time in Vonage's reply. Responding to Vonage's new arguments would require Sprint to introduce substantial additional facts and argument, but the briefing is now closed. For the reasons set forth in the accompanying memorandum, the Court should strike the new arguments from Vonage's Reply brief.

2545633v1

Respectfully submitted,

Dated: July 12, 2007

  /s/  Adam P. Seitz             

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

2545633v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION TO STRIKE NEW ARGUMENTS FROM VONAGE'S REPLY BRIEF** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

2545633v1