# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

Terrence J. Campbell hereby enters his appearance as counsel for defendants.

BARBER EMERSON, L.C.

By    s/ Terrence J. Campbell
Terrence J. Campbell - 18377
tcampbell@barberemerson.com
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS  66044
(785) 843-6600
(785) 843-8405 Facsimile

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on the  18th   day of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to:

B. Trent Webb
Adam P. Seitz
Erick A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

Attorneys for Plaintiff
Sprint Communications Company L.P.

                                         s/ Terrence J. Campbell
                                      Terrence J. Campbell