## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 05-2433-JWL ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) |
| Defendants. | ) ) |

### ENTRY OF APPEARANCE

Catherine C. Theisen hereby enters her appearance as counsel for defendants.

                    BARBER EMERSON, L.C.


                    By   s/ Catherine C. Theisen
                          Catherine C. Theisen - 22360
                          ctheisen@barberemerson.com
                          1211 Massachusetts Street
                          P.O. Box 667
                          Lawrence, KS  66044
                          (785) 843-6600
                          (785) 843-8405 Facsimile

                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on the __18th__ day of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to:

B. Trent Webb
Adam P. Seitz
Erick A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

Attorneys for Plaintiff
Sprint Communications Company L.P.

                     ___s/ Catherine C. Theisen___
                     Catherine C. Theisen