# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VONAGE HOLDINGS CORP. and ) <br> VONAGE AMERICA, INC., ) <br> Defendants. ) <br> ) | Case No. 05-2433-JWL |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007 a true and correct copy of Vonage Holdings Corp. and Vonage America, Inc.'s Defendants' Notice of Prior Art Under 35 U.S.C. § 282 was served by electronic mail on: B. Trent Webb, Adam P. Seitz, Eric A. Buresh, Shook, Hardy & Bacon LLP, 2555 Grand Boulevard, Kansas City, MO 64108-2613, bwebb@shb.com, aseitz@shb.com, eburesh@shb.com, attorneys for Plaintiff Sprint Communications Company L.P.

BARBER EMERSON, L.C.

By   s/ Catherine C. Theisen
    Terrence J. Campbell - 18377
        tcampbell@barberemerson.com
    Catherine C. Theisen - 22360
        ctheisen@barberemerson.com
    1211 Massachusetts Street
    P.O. Box 667
    Lawrence, KS  66044
    (785) 843-6600
    (785) 843-8405 Facsimile

dockets.Justia.com

DUANE MORRIS LLP

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick Muldoon
1667 K Street, NW
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com
pcmuldoon@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the  6th  day of August, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

Attorneys for Plaintiff
Sprint Communications Company L.P.

  s/ Catherine C. Theisen
Catherine C. Theisen