## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                    Plaintiff,         )
)
      v.                   )
)
VONAGE HOLDINGS CORP.,     )   Case No. 05-2433-JWL
VONAGE AMERICA, INC.,      )
)
             Defendants.    )
)
)
)
)

### SPRINT'S MOTION TO EXCLUDE THE OPINIONS OF VONAGE'S EXPERT JOEL M. HALPERN REGARDING THE DISCLOSURE-DEDICATION RULE AND THE ALL-LIMITATIONS RULE

Pursuant to Federal Rule of Evidence 702 and the Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals, Inc.* and its progeny, Plaintiff Sprint Communications Company L.P. ("Sprint") respectfully moves to exclude the opinions of Defendants' designated non-infringement expert, Joel M. Halpern, regarding the legal doctrines known as the disclosure-dedication rule and the all-limitations rule. For the reasons set forth in the accompanying Brief in Support, Mr. Halpern impermissibly attempts to invade the province of the Court by offering pure legal conclusions under the guise of expert testimony. The Court should exercise its authority as a gatekeeper to exclude such improper testimony, opinions, and reports.[1]

---

[1] The present motion is made in the alternative to Sprint's pending motion to exclude the testimony of Mr. Halpern in its entirety due to Mr. Halpern's failure to qualify as one of ordinary skill in the art. *See* Doc. No. 196. In the event Mr. Halpern is permitted to testify at all, his testimony should be limited as detailed herein.

2574861v1

Dockets.Justia.com

Respectfully submitted,

Dated: August 7, 2007                        /s/   Adam P. Seitz
                                        B. Trent Webb, KS Bar No. 15965
                                        Eric A. Buresh, KS Bar No. 19895
                                        Adam P. Seitz, KS Bar No. 21059
                                        SHOOK, HARDY & BACON L.L.P.
                                        2555 Grand Boulevard
                                        Kansas City, Missouri 64108-2613
                                        (816) 474-6550 Telephone
                                        (816) 421-5547 Facsimile

                                        Attorneys for Plaintiff
                                        SPRINT    COMMUNICATIONS    COMPANY
                                        L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION TO EXCLUDE THE OPINIONS OF VONAGE'S EXPERT JOEL M. HALPERN** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.