THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,  )
                                     )
            Plaintiff,               )
                                     )
    v.                               )
                                     )
VONAGE HOLDINGS CORP.,               )    Case No. 05-2433-JWL
VONAGE AMERICA, INC.,                )
                                     )
            Defendants.              )
                                     )
                                     )
                                     )
                                     )

## SPRINT'S MOTION TO EXCLUDE THE OPINIONS OF VONAGE'S EXPERT FRANK R. KOPERDA REGARDING OBVIOUSNESS AND ENABLEMENT

Pursuant to Federal Rule of Evidence 702 and the Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals, Inc*. and its progeny, Plaintiff Sprint Communications Company L.P. ("Sprint") respectfully moves to exclude the testimony, opinions, and reports of Defendants' designated invalidity expert, Frank R. Koperda, regarding obviousness and enablement. For the reasons set forth in the accompanying Brief in Support, the Court should exercise its authority as a gatekeeper to exclude Mr. Koperda's irrelevant and unreliable testimony, opinions, and reports.

2574873v1

                                      Respectfully submitted,

Dated: August 7, 2007            /s/ Adam P. Seitz
                                     B. Trent Webb, KS Bar No. 15965
                                     Eric A. Buresh, KS Bar No. 19895
                                     Adam P. Seitz, KS Bar No. 21059
                                     SHOOK, HARDY & BACON L.L.P.
                                     2555 Grand Boulevard
                                     Kansas City, Missouri 64108-2613
                                     (816) 474-6550 Telephone
                                     (816) 421-5547 Facsimile

                                     Attorneys for Plaintiff
                                     SPRINT COMMUNICATIONS COMPANY L.P.

2574873v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION TO EXCLUDE THE OPINIONS OF VONAGE'S EXPERT FRANK KOPERDA** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

2574873v1