IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THEGLOBE.COM, INC., | ) Case No. 2:05-CV-02433-JWL-DJW |
| VOICEGLO HOLDINGS, INC., | ) |
| VONAGE HOLDINGS CORP., and | ) |
| VONAGE AMERICA, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER**

Upon review of Plaintiff's Motion for Leave to file "Under Seal" its Brief in Support of its Motion to Exclude the Opinions of Vonage's Expert Joel M. Halpern Regarding the Disclosure-Dedication Rule and the All-Limitations Rule and Exhibits thereto, this Court hereby GRANTS and APPROVES said Motion.

Accordingly, and pursuant to Section II.J. of the *ECF Administrative Procedures Guide*, Plaintiff may file its Brief in Support and Exhibits thereto "Under Seal."

IT IS SO ORDERED this 7th day of August, 2007, at Kansas City, Kansas.

          __s/ Johnn W. Lungstrum_____
          John W. Lungstrum
          United States District Judge

2575144v1