# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS COMPANY, L.P.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:05-2433-JWL**

**VONAGE HOLDINGS CORP.**
**VONAGE AMERICA, INC.,**

    **Defendants.**

## ORDER

This case is set for jury trial beginning on **Tuesday, September 4, 2007 at 9:30 a.m.** before the Honorable John W. Lungstrum, District Judge. The court sets the following deadlines in regard to the upcoming trial which will supersede any prior deadlines set forth in the final pretrial order:

a.　The parties' final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be filed no later than **August 17, 2007.** The parties shall file any objections under Fed. R. Civ. P. 26(a)(3) no later than **August 22, 2007.**

b.　Consistent with Fed. R. Civ. P. 26(a)(3)(B), any deposition testimony sought to be offered by a party other than to impeach a testifying witness shall be designated by page and line in a pleading no later than **August 15, 2007.** Any counter-designations in accordance with Fed. R. Civ. P. 32(a)(4), together with any objections to designations made by the offering party, shall be filed no later than

        **August 17, 2007**. Any objections to the counter-designations shall be filed no later than **August 21, 2007.**. The court will not entertain any objections to deposition testimony unless and until the parties have attempted in good faith to resolve the dispute among themselves either in person or via telephone conference. Where the court must resolve disputes concerning presentation of deposition testimony at trial, the objecting party shall deliver a copy of the deposition to the trial judge no later than **9:00 a.m. on August 24, 2007.** On this copy, those portions of deposition that are intended to be presented at trial shall be marked by brackets in the margins with different colored highlighting. Red highlighting shall be used by plaintiff, blue highlighting shall be used by defendant. The plaintiffs shall write their objections and responses to defendant's objection in the margins of the transcript in black ink, the defendant shall write its objections and responses to plaintiff's objections in the margins in blue ink.

c.     Motions in limine shall be filed by **August 17, 2007** and responses thereto shall be filed on or before **August 24, 2007.** A limine conference is scheduled for **Wednesday, August 29, 2007 at 1:00 p.m.**

d.     The parties shall submit proposed jury instructions no later than **August 31, 2007.**

IT IS SO ORDERED.

Dated this 8th day of August, 2007, at Kansas City, Kansas.

                                                      s/ John W. Lungstrum
                                                    John W. Lungstrum
                                                    United States District Judge