# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| _____ | ) | |
| SPRINT COMMUNICATIONS COMPANY L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-2433-JWL |
| v. | ) | |
| | ) | |
| VONAGE HOLDINGS CORP. AND | ) | |
| VONAGE AMERICA, INC., | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

### VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO FILE EXPERT MOTIONS REGARDING GERALD J. MOSSINGHOFF, AND SUBJECT THERETO, MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFF'S PROFFERED EXPERT GERALD J. MOSSINGHOFF

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby move this Court to extend the deadline for filing expert motions relating to Plaintiffs' proffered expert Gerald J. Mossinghoff, and the corresponding dates for filing the opposition and reply thereto, by three days, rendering such motions timely if filed on or before August 10, 2007. Plaintiffs agree to this requested extension.

Subject to the above requested relief, Vonage further moves this Court for an Order precluding Plaintiff Sprint Communications Company L.P. ("Sprint) from introducing the opinions and testimony of its proffered expert Gerald J. Mossinghoff into evidence at trial.

In support of its motions, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference.

Respectfully submitted,

BARBER EMERSON, L.C.

August 10, 2007          By: /s/ Catherine C. Theisen
Terrence J. Campbell - 18377
  tcampbell@barberemerson.com
Catherine C. Theisen - 22360
  ctheisen@barberemerson.com
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Vonage America, Inc. and Vonage Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on August 10, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Agreed Motion for Extension of Time to File Expert Motions Regarding Gerald J. Mossinghoff and, Subject Thereto, Motion to Preclude the Testimony of Plaintiff's Proffered Expert Gerald J. Mossinghoff, and supporting papers, was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

  /s/ Lauren DeBruicker