IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
 )
 Plaintiff, )
 ) Case No. 05-2433-JWL
 v. )
 )
VONAGE HOLDINGS CORP. AND )
VONAGE AMERICA, INC. )
 Defendants. )

**EXHIBIT INDEX TO MEMORANDUM IN SUPPORT OF VONAGE'S MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFF'S PROFFERED EXPERT GERALD J. MOSSINGHOFF**

| Exhibit | Description |
|---|---|
| EXHIBIT "A" | EXPERT REPORT OF THE HONORABLE GERALD MOSSINGHOFF DATED JANUARY 10, 2007 |
| EXHIBIT "B" | SUPPLEMENTAL REPORT OF THE HONORABLE GERALD MOSSINGHOFF DATED AUGUST 6, 2007 |
| EXHIBIT "C" | EXCERPT DEPOSITION TESTIMONY OF GERALD MOSSINGHOFF DATED AUGUST 7, 2007 |
| EXHIBIT "D" | E-MAIL CORRESPONDENCE BETWEEN COUNSEL |