# EXHIBIT D

Dockets.Justia.com

**Catherine C. Theisen**

| | |
|---|---|
| **From:** | DeBruicker, Lauren E. [LEDeBruicker@duanemorris.com] |
| **Sent:** | Friday, August 10, 2007 4:36 PM |
| **To:** | Terrence J Campbell; Catherine C. Theisen |
| **Subject:** | FW: Sprint v. Vonage: Mossinghoff Deposition |
| **Attachments:** | Mossinghoff NOD.PDF |

**Lauren DeBruicker**
ledebruicker@duanemorris.com

---

**From:** DeBruicker, Lauren E.
**Sent:** Monday, July 30, 2007 9:24 AM
**To:** 'Seitz, Adam P. (SHB)'
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.; Buresh, Eric A. (SHB); Webb, B. Trent (SHB)
**Subject:** RE: Sprint v. Vonage: Mossinghoff Deposition

This will confirm that we agree to depose Mr. Mossinghoff on August 7, with the Daubert deadline as it relates to Mr. Mossinghoff to be August 10, and Sprint's opposition to any such motion to be extended by a similar time frame - 3 business days. Attached please find a notice for Mr. Mossinghoff's deposition.

**Lauren DeBruicker**
ledebruicker@duanemorris.com

---

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Friday, July 27, 2007 1:18 PM
**To:** DeBruicker, Lauren E.
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.; Buresh, Eric A. (SHB); Webb, B. Trent (SHB)
**Subject:** RE: Sprint v. Vonage: Mossinghoff Deposition

Lauren,

We can agree to move the Daubert deadline as it relates to Mr. Mossinghoff to August 10 on the condition you provide us the same extension for our opposition to any such motion.

Please let me know if this arrangement is acceptable to you.

Thanks,

Adam

---

**From:** DeBruicker, Lauren E. [mailto:LEDeBruicker@duanemorris.com]
**Sent:** Thursday, July 26, 2007 7:36 AM

8/10/2007

**To:** Seitz, Adam P. (SHB)
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.; Buresh, Eric A. (SHB); Webb, B. Trent (SHB)
**Subject:** RE: Sprint v. Vonage: Mossinghoff Deposition

Dear Adam,

As noted, August 7 is the Court's deadline for certain expert motions. If Mr. Mossinghoff can be available no sooner than August 7, we can depose him then, on condition that Sprint agree to extend the August 7 deadline, as it may relate to Mr. Mossinghoff, to August 13.

Please let us know how you'd like to proceed.


**Lauren DeBruicker**
ledebruicker@duanemorris.com

---

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Monday, July 23, 2007 5:35 PM
**To:** DeBruicker, Lauren E.
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.; Buresh, Eric A. (SHB); Webb, B. Trent (SHB)
**Subject:** RE: Sprint v. Vonage: Mossinghoff Deposition

Lauren,

Finding available dates for the deposition is difficult given the ongoing pretrial preparations and the difficulties with both our schedule and Mr. Mossinghoff's schedule. This was why we provided you with multiple dates for his deposition in May, all of which you chose not to accept. Nonetheless, we have attempted to rearrange the schedules of everyone involved and the only other date on which we can produce Mr. Mossinghoff is August 7. Please confirm this date works for you.

Thanks,

Adam

---

**From:** DeBruicker, Lauren E. [mailto:LEDeBruicker@duanemorris.com]
**Sent:** Friday, July 20, 2007 3:44 PM
**To:** Seitz, Adam P. (SHB)
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.; Buresh, Eric A. (SHB); Webb, B. Trent (SHB)
**Subject:** RE: Sprint v. Vonage: Mossinghoff Deposition

August 24 is beyond the Court's deadlines for exhibits, designations and other motions that may be affected by Mr. Mossinghoff's testimony. Please provide a date Mr. Mossinghoff can be available that is prior to the Court's August 7 deadline for expert-related motions.

**Lauren DeBruicker**
ledebruicker@duanemorris.com

8/10/2007

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Friday, July 20, 2007 3:33 PM
**To:** DeBruicker, Lauren E.
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.; Buresh, Eric A. (SHB); Webb, B. Trent (SHB)
**Subject:** RE: Sprint v. Vonage: Mossinghoff Deposition

Lauren,

Mr. Mossinghoff is available for his deposition on August 24 in Kansas City. Please confirm that this date works for you.

Thanks,

Adam

---

**From:** DeBruicker, Lauren E. [mailto:LEDeBruicker@duanemorris.com]
**Sent:** Tuesday, July 17, 2007 1:06 PM
**To:** Seitz, Adam P. (SHB)
**Cc:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.
**Subject:** Sprint v. Vonage: Mossinghoff Deposition

Dear Adam,

We would like to schedule the deposition of Gerald Mossinghoff. Please provide us with dates on which he can be available.

Many thanks,

Lauren DeBruicker



**Lauren DeBruicker**

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
P: 215.979.1198
F: 215.979.1020

● BIO
● E-MAIL
● WEB SITE
● VCARD

Mail Gate made the following annotations on Fri Jul 20 2007 14:33:36

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Mon Jul 23 2007 16:35:58

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Mail Gate made the following annotations on Fri Jul 27 2007 12:18:14

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.