IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Helesa K. Lahey** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Respectfully submitted,

/s/ Patrick J. Kaine
Don R. Lolli          KS Dist. #70236
Patrick J. Kane       KS Dist. #15594
**DYSART TAYLOR LAY
COTTER & McMONIGLE, P.C.**
4420 Madison Avenue
Kansas City, Missouri  64111
Phone: (816) 931-2700
Fax:   (816) 931-7377
**ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP.
and VONAGE AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify on August 13, 2007 that a copy of the foregoing was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

                                  /s/ Patrick J. Kaine