IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |
|---|---|

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: **Helesa K. Lahey**

2. I practice under the following firm name or letterhead:

   Name:      **Duane Morris, LLP.**
   Address:   **1667 K Street, NW, Suite 700**
              **Washington, DC 20006**
   Telephone: **(202) 776-7895**
   Fax:       **(202)776-7801**
   Email:     **hklahey@duanemorris.com**

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

   | Court | Date of Admission | Bar Number |
   |---|---|---|
   | New York State | April 19, 2007 | 4491460 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all

pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Helesa K. Lahey

Subscribed and sworn to before me
this 10th day of July, 2007
_____
Notary Public

My Commission Expires:   CAROLYN V. LEWIS
Notary Public District of Columbia
My Commission Expires April 30, 2008