# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

_____
                                           )
SPRINT COMMUNICATIONS COMPANY, L.P.,       )
                                           )
                         Plaintiff,        )
                                           )  Case No. 05-2433-JWL
              v.                           )
                                           )
VONAGE HOLDINGS CORP. AND                  )
VONAGE AMERICA, INC.,                      )
                         Defendants.       )
_____)

### VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S
### MOTION TO COMPEL PRODUCTION OF A COMPLETE PRIVILEGE LOG AND
### THE DOCUMENTS DESCRIBED THEREIN

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by their attorneys, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 37 compelling Plaintiff Sprint Communications Company, L.P. ("Sprint") to produce those documents on its privilege log which plainly fall outside the scope of any recognizable protection, and a complete privilege log in compliance with the law of the case. Specifically, Vonage seeks production of documents with annotated privilege log numbers (as defined in Vonage's accompanying brief) as follows: Entry Nos. 2, 3, 8, 23-26, and 40-59.

Vonage makes this motion at this late hour based on Sprint's last minute amendments to its privilege log. The issues addressed therein directly affect (1) the expert opinions that each party has offered, and are expected to offer, at trial, (2) the scope and propriety of certain designated witnesses' testimony that may be allowed at trial, and (3) the damages available to Sprint if it succeeds in establishing Vonage's liability in this case.

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference.  As required by Local Rule 37.1, copies of Sprint's privilege logs, annotated by Vonage with numbers by which to identify each entry for ease of reference, also accompany this Motion.

Pursuant to Local Rule 37.2, Counsel for Vonage certify that they have conferred with counsel for Sprint in a good faith attempt to resolve the issue presented in this motion, as described in the accompanying memorandum.

Respectfully submitted,

_s/ Terrence J. Campbell_____
Terrence J. Campbell - 18377
Catherine C. Theisen - 22360
BARBER EMERSON, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile
tcampbell@barberemerson.com
ctheisen@barberemerson.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage Holdings Corp. and Vonage America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on August 14, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion to Compel Production of a Complete Privilege Log and the Documents Described Therein, and supporting papers, was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Eric A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

_s/ Terrence J. Campbell__