## EXHIBIT LIST

A.   06-26-07 Letter from H. Lahey to A. Seitz

B.   07-05-07 Letter from J. Mudd to H. Lahey

C.   07-11-07 Letter from H. Lahey to J. Mudd

D.   07-20-07 Sprint's Fourth Supplemental Privilege Log

E.   07-27-07 Sprint's Fifth Supplemental Privilege Log

F.   07-31-07 Letter from L. DeBruicker to A. Seitz

G.   08-03-07 Letter from J. Mudd to L. DeBruicker

H.   08-06-07 Letter from J. Mudd to L. DeBruicker

I.   08-06-07 Sprint's Sixth Supplemental Privilege Log

J.   11-26-06 Vonage's Third Rule 30(b)(6) Deposition Notice to Sprint

K.   03-11-07 Email from A. Seitz to B. Golob

L.   03-29-07 Excerpts of Deposition of Harley Ball

M.   08-07-07 Letter from H. Lahey to J. Mudd

N.   08-07-07 Letter from J. Mudd to H. Lahey

O.   07-31-07 Sprint's First Supplemental Preliminary Witness List

P.   03-08-07 Sprint's Second Supplemental Initial Rule 26(a)(1) Disclosures