# EXHIBIT A

**Duane Morris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

www.duanemorris.com

June 26, 2007

VIA EMAIL

Adam P. Seitz, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Peter E. Strand, Esquire
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, NW
Washington, DC 20005-2004

Re:   *Sprint Communications Company LP v. Vonage Holdings Corp. and Vonage America, Inc.* (Case No. 05-2433-JWL)
      Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Counsel:

By its Memorandum and Order dated May 8, 2007 (the "Order"), the Court expressly delineated the information a party must disclose when seeking to withhold responsive documents or information from discovery on grounds of attorney-client privilege or work product protection, and articulated the standards by which the sufficiency of the parties' privilege logs will be judged. Sprint's privilege logs do not meet the Court's standards.

Sprint's entries in its original and supplemental privilege logs fail to describe the nature of the documents Sprint seeks to withhold in a manner that enables Vonage to assess the applicability of privilege or protection, thereby failing to comply with the requirements of Fed. R. Civ. P. 26(b)(5). Sprint's entries fail to convey the bare minimum information for sufficiency that the Court outlined on pages 10 and 11 of its Order, such as the identity of the person(s) who prepared each document, the identity of the person(s) to whom the document and copies of the document were directed, and the purpose of the document.

Accordingly, Vonage requests that Sprint produce an amended privilege log in compliance with the Court's Order, within the time the Court provided for Vonage to do the same. See Order at p. 10.

**Duane Morris**

Adam P. Seitz, Esquire
Peter E. Strand, Esquire
June 26, 2007
Page 2

     We are available to discuss this request at your convenience. Please know that if Sprint does not provide a privilege log amended to conform with the requirements for sufficiency outlined in the Court's Order, or otherwise resolve these issues with Vonage, by the close of business on July 6, 2007, Vonage may enlist the Court's assistance in compelling Sprint's production of the same.

                                              Very truly yours,

                                              /s/ Helesa Lahey