# EXHIBIT B

Dockets.Justia.com



www.shb.com

July 5, 2007

**Jason R. Mudd**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2071 DD
816.421.5547 Fax
jmudd@shb.com

**SENT VIA E-MAIL**

Ms. Helesa K. Lahey
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608

Re:    *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
       Case No: 05-2433-JWL
       SHB File No: SPRI.116441

Dear Helesa:

This letter responds to your June 28, 2007 letter regarding Sprint's privilege log.

As an initial matter, I would note that the Court's May 8, 2007 Order regarding Vonage's privilege log did not address the sufficiency of Sprint's privilege log, which, in any event, is more than sufficient under the Court's Order. Because Sprint has endeavored to specifically detail authors, recipients, subjects and purposes for each of its entries, we are confused as to which entries you believe are insufficient. To this end, I would ask that you please identify those entries Vonage contends are insufficient and the reasons therefore so we may make a determination of whether additional detail is required.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jason R. Mudd

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.