# EXHIBIT C

Dockets.Justia.com

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

HELESA LAHEY
DIRECT DIAL: 202.776.7895
E-MAIL: hklahey@duanemorris.com

*www.duanemorris.com*
July 11, 2007

VIA EMAIL
Jason R. Mudd, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Re:    *Sprint Communications Company LP v. Vonage Holdings Corp. and Vonage America, Inc.* (Case No. 05-2433-JWL)
Your Ref: SPRI.116441; Our Ref: Y2108-00079

Dear Counsel:

This letter responds to your July 5, 2007 letter requesting further identification of those Sprint privilege log entries that are deficient.

As previously noted, the Court outlined the information required for each privilege log entry in order to be sufficient on pages 10 and 11 of its Memorandum and Order dated May 8, 2007 ("Order"). These requirements, as stated, are:

1.    A description of the document (e.g., correspondence, memorandum, attachment), including the number of pages and the date prepared;

2.    Identity of the person(s) who prepared the document, identity of the person(s) for whom the document was prepared and to whom the document and copies of the document were directed;

3.    Purpose of the preparing document, including
    a.    A showing that the documents were prepared in the course of adversarial litigation or in anticipation of a threat of "real and imminent" litigation;
    b.    A showing that communications within the documents relate to seeking or giving legal advice (as opposed to business or non-legal advice); and
    c.    A showing that the documents do not contain or incorporate non-privileged underlying facts.

4.    Basis for withholding discovery of the document (i.e., the specific privilege or protection being asserted); and

5.    Any other information necessary to establish the elements of each asserted privilege.

The deficient Sprint privilege log entries are noted on the attached copy of "Plaintiff Sprint Communications Company L.P.'s Third Supplemental Privilege Log." The manner in

DuaneMorris

Jason R. Mudd, Esquire
July 11, 2007
Page 2

which each entry is deficient is noted in the column entitled "Deficiencies," referencing by
number the required information outlined by the Court in its Order and replicated above.

If we do not receive Sprint's privilege log amended to conform with the requirements for
sufficiency outlined in the Court's Order by the close of business on July 16, 2007, Vonage may
enlist the Court's assistance in compelling Sprint's production of the same.

If you have further questions or concerns, please feel free to contact us.

Very truly yours,

Helesa Lahey

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,)

|  |  |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 05-2433-JWL |
| | ) |
| VONAGE HOLDINGS CORP., | ) |
| VONAGE AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S
## THIRD SUPPLEMENTAL PRIVILEGE LOG

| Bates Nos. | Date/Description of Document | Privilege Asserted | Deficiencies |
|---|---|---|---|
| SPRe-002-01-00115-116 | Action plan for contract termination containing attorney comments. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06844 | 2/3/2000 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch regarding non-compete agreement. | Attorney-Client Privilege | 1, 3 |
| SPRe-002-01-06865 | 12/16/1999 E-mail from Joe Gardner to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding vendor team status meeting. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06866-76 | Powerpoint presentation attachment to 12/16/1999 e-mail from Joe Gardner to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding vendor team status meeting. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06877 | 12/10/1999 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding contract termination. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06884 | 12/7/1999 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding JCS2000 shutdown contract issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06925-26 | 12/6/1999 E-mail from Dean Howell to Sprint in-house counsel Charles Wunsch and Harley Ball and other Sprint employees regarding JCS2000 shutdown contract issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06927 | 12/5/1999 E-mail from Charles Wunsch to Harley Ball and other Sprint employees | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |

2443065v1

| | regarding JCS2000 contract termination issues. | | Deficiencies |
|---|---|---|---|
| SPRe-002-01-06928-30 | Chart attached to 12/5/1999 E-mail from Charles Wunsch to Harley Ball and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06931 | 12/5/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint in-house counsel Harley Ball and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06939-40 | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes (Sprint engineer) and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06941 | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore (Sprint engineer) and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-06945 | 12/2/1999 E-mail from Dean Howell (Sprint engineer) to Michael Cordes (Sprint engineer) forwarding 12/2/1999 e-mail from Sprint in-house counsel Charles Wunsch to Dean Howell regarding JCS2000 contract termination issues, which contains 12/2/1999 e-mail from Dean Howell to Charles Wunsch regarding software legal issues. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRe-002-01-06950-51 | 11/30/1999 E-mail from Thomas Moore (Sprint engineer) to Michael Cordes (Sprint engineer) forwarding 11/30/1999 e-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore regarding JCS2000 IP issues. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRe-002-01-06954 | 11/29/1999 E-mail from Thomas Moore to Michael Cordes forwarding 11/29/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore regarding JCS2000 non-compete agreements. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRe-002-01-06961 | 11/18/1999 E-mail from Thomas Moore to Sprint in-house counsel Charles Wunsch regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRe-002-01-07275 | 8/2/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes and Connie Main (Sprint employees) regarding JCS2000 contract termination. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRe-002-01-07276-78 | 8/2/1999 Spreadsheet received by Sprint in-house counsel Charlie Wunsch from Tricia Vaughn (Sprint employee) regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRe-002-01-09210-13 | Powerpoint presentation created by Connie Main (Sprint employee) sent to Sprint in-house counsel Charles Wunsch and other Sprint engineers regarding JCS2000 | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |

2443065v1

| | | | Deficiencies |
|---|---|---|---|
| | termination legal issues. | | |
| SPRp-002-01-01404-01409 | 11/4/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint VP Marty Kaplan and Sprint in-house counsel Harley Ball and Thomas Gerke regarding JCS2000 termination legal issues. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-004-01-05964-66 | 2/17/2000 E-mail from Sprint engineer Tracy Nelson to Sprint in-house counsel Harley Ball regarding JCS2000 termination legal issues. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00001-2 | 10/29/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees regarding duty of disclosure. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-012-01-00021-38 | 6/5/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees regarding duty of disclosure. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-012-01-00045-59 | Draft form letter prepared by Sprint's outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff and sent to Sprint at direction of Sprint in-house counsel Harley Ball. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-012-01-00064-65 | Patent claim chart prepared by Sprint in-house counsel. | Attorney Work Product | 1, 2, 3 |
| SPRp-012-01-00101-104 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding draft form letter. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00105 | Draft declaration with handwritten attorney comments. | Attorney Work Product | 1, 2, 3 |
| SPRp-012-01-00106-110 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding draft form letter. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00111-114 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding legal memorandum. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00115-119 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding legal memorandum. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00137-139 | 8/9/1996 Letter from Gary Kaplan at Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie probate proceeding. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00140-141 | 7/26/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00142-155 | 7/26/1996 Legal memorandum from Gary Kaplan, Patricia Thayer, and Jose Esteves of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie estate. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00156- | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to | Attorney-Client Privilege / Attorney Work Product | 1, 3 |

2443065v1

| 157 | Jay B. Beatty at Sprint regarding Joseph Christie estate. | | Deficiencies |
|---|---|---|---|
| SPRp-012-01-00158-160 | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie estate. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00161-168 | 6/29/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding attorney retention. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00169-171 | 6/28/1996 Fax from Jay Beatty (Sprint in-house IP counsel) to Gary Kaplan (outside counsel to Sprint) regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00172-174 | 6/27/1996 Facsimile letter from Gary Kaplan to Jay Beatty regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00175-178 | 6/25/1996 Letter from Jay Beatty to Gary Kaplan regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00179-196 | 6/20/1996 Fax from Gary Kaplan to Jay Beatty regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-012-01-00218 | 5/1/1996 Inter-office Memo from Bonnie Chambers (Sprint) to Harley Ball (Sprint in-house counsel) and Michael Setter (Sprint in-house counsel) regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRe-012-01-00873-896 | Sprint/Cisco License Agreement document, dated 12/18/1998, containing handwritten notes of Attorney in Sprint's Legal Department. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00001-00007 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00010 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00012 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00034-00039 (redacted) | Handwritten attorney notes of Harley Ball. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00042 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00045 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00048 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00056 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00059 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00061 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-01-029-00024-00033 | Handwritten attorney notes and drawings of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |

| | | | Deficiencies |
|---|---|---|---|
| SPRp-01-029-00067-69 | 1/31/94 Letter regarding novelty search to Pat Pro from Bonnie K. Chambers at Sprint cc'ing Michael Setter with handwritten drawings of Michael Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-01-029-00070-72 | 2/14/94 Letter from Gene Wan at Pat Pro to Bonnie K. Chambers at Sprint regarding novelty search, which was conducted at direction of Mr. Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-01-029-00073 | 4/5/95 Letter from Mrs. W. van der Voorde of Polyresearch Service B.V. to Mollie Drew at Sprint Legal Department regarding international search conducted at the direction of Mr. Setter. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-01-029-00074 | Transmittal cover page from Joe Christie to Harley Ball regarding BB/IN PA. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-028-01-00001-00003 | 9/28/98 Comments and suggestions from Terry Yake (Sprint employee) to Art Chaykin (Sprint in-house counsel) regarding letter to Cisco relating to patents. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-028-01-00004-00005 | Art Chaykin (Sprint in-house counsel) handwritten comments on value to Cisco for field of use license chart prepared for negotiations. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-028-01-00006-00007 | Art Chaykin's (Sprint in-house counsel) draft of letter to Cisco relating to patents. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-028-01-00008-00009 | 9/10/98 IP Valuation Cisco document prepared by Gene Agee regarding Art Chaykin's (Sprint in-house counsel) current proposal | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-028-01-00010-00012 | 9/24/98 Fax of IP valuation draft info to Marty Kaplan (Sprint VP) and Art Chaykin (Sprint in-house counsel) from Mary Lewis (Sprint employee). | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00013-00020 | 9/24/98 Fax of IP valuation draft info to Art Chaykin (Sprint in-house counsel) from Colt McClelland (Sprint law department) regarding valuation of JCS2000 intellectual property. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00021-00027 | 9/23/98 Memo to Art Chaykin (Sprint in-house counsel) regarding valuation of JCS2000 intellectual property. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00028-00033 | July 23,1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00034-00035 | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of license negotiations. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00036-00037 | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |

2443065v1

| | | | Deficiencies |
|---|---|---|---|
| | Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of license negotiations. | | |
| SPRp-028-01-00038-00040 | 9/22/98 E-mail from Angela Rizzo to Harley Ball (Sprint in-house counsel), Marty Kaplan (Sprint VP), Don Lewis (Sprint employee), and Terry Yake (Sprint employee) regarding Cisco IP/Development issues. | Attorney-Client Privilege / Attorney Work Product | 1, 3 |
| SPRp-028-01-00041-00054 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and draft agreement. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00055-00068 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and handwritten comments. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-028-01-00069-00073 | Draft of Memorandum of Current Understandings Between Cisco and Sprint and chart of negotiation issues. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-012-01-00255-00277 | Copy of 12/17/98 Sprint Communications Company L.P. and Cisco Technology, Inc. License Agreement with handwritten attorney notes of Sprint in-house counsel, Harley Ball. | Attorney-Client Privilege / Attorney Work Product | 1, 2, 3 |
| SPRp-007-01-03001 | 11/4/99 E-mail from Charles Wunsch (Sprint in-house counsel) to Marty Kaplan (Sprint employee), and copied to Sprint employees Harley Ball and Thomas Gerke, regarding legal advice pertaining to JCS2000 contract termination. | Attorney-Client Privilege | 1, 3 |

Dated: April 30, 2007

Respectfully Submitted,


 /s/ Adam P. Seitz

B. Trent Webb, KS Bar No. 15465
Eric A. Buresh, KS Bar. No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

2443065v1