# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
            Plaintiff, )
)
v. ) Case No. 05-2433-JWL
)
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
           Defendants. )
)

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S FOURTH SUPPLEMENTAL PRIVILEGE LOG

|   | Bates Nos. | Date/Description of Document | Privilege Asserted |
|---|---|---|---|
| 1. | SPRe-002-01-00115-116 | Action plan for contract termination containing attorney comments. | Attorney-Client Privilege / Attorney Work Product |
| 2. | SPRe-002-01-06844 | 2/3/2000 E-mail from Thomas Moore (Sprint) to Sprint in-house counsel Harley Ball and Charles Wunsch regarding legal advice relating to non-compete agreement. | Attorney-Client Privilege |
| 3. | SPRe-002-01-06865 | 12/16/1999 E-mail from Joe Gardner (Sprint) to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees (Randall Hemauer, Thomas Moore, Michael Grantman, Joe Gardner, Ginger Chase, Dean Howell, and Mike Cordes) regarding vendor team status meeting and forwarding powerpoint file relating to provision of legal advice. | Attorney-Client Privilege |
| 4. | SPRe-002-01-06866-76 | Powerpoint presentation relating to provision of legal advice, attached to 12/16/1999 e-mail from Joe Gardner to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees (Randall Hemauer, Thomas Moore, Michael Grantman, Joe Gardner, Ginger Chase, Dean Howell, and Mike Cordes) regarding vendor team status meeting. | Attorney-Client Privilege |
| 5. | SPRe-002-01-06877 | 12/10/1999 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees (Ginger Chase, Michael Grantman, and Mike Cordes) relating to provision of legal advice regarding contract termination. | Attorney-Client Privilege |

2553349v1

| | | | |
|---|---|---|---|
| 6. | SPRe-002-01-06884 | 12/7/1999 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees (Michael Cordes, Kris Boschert, Randall Hemauer, and Kami Myrick) relating to provision of legal advice regarding JCS2000 shutdown contract issues. | Attorney-Client Privilege |
| 7. | SPRe-002-01-06925-26 | 12/6/1999 E-mail from Dean Howell to Sprint in-house counsel Charles Wunsch and Harley Ball and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner) relating to provision of legal advice regarding JCS2000 shutdown contract issues. | Attorney-Client Privilege |
| 8. | SPRe-002-01-06927 | 12/5/1999 E-mail from Charles Wunsch to Harley Ball and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 9. | SPRe-002-01-06928-30 | Chart attached to 12/5/1999 E-mail from Charles Wunsch to Harley Ball and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 10. | SPRe-002-01-06931 | 12/5/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint in-house counsel Harley Ball and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 11. | SPRe-002-01-06939-40 | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes (Sprint engineer) and other Sprint employees (Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, and Thomas Moore) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 12. | SPRe-002-01-06941 | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore (Sprint engineer) and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, and Dean Howell) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 13. | SPRe-002-01-06945 | 12/2/1999 E-mail from Dean Howell (Sprint engineer) to Michael Cordes (Sprint engineer) | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| 13. | | forwarding 12/2/1999 e-mail from Sprint in-house counsel Charles Wunsch to Dean Howell relating to provision of legal advice regarding JCS2000 contract termination issues, which contains 12/2/1999 e-mail from Dean Howell to Charles Wunsch relating to provision of legal advice regarding software legal issues. | |
| 14. | SPRe-002-01-06950-51 | 11/30/1999 E-mail from Thomas Moore (Sprint engineer) to Michael Cordes (Sprint engineer) forwarding 11/30/1999 e-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore relating to provision of legal advice regarding JCS2000 IP issues. | Attorney-Client Privilege |
| 15. | SPRe-002-01-06954 | 11/29/1999 E-mail from Thomas Moore to Michael Cordes forwarding 11/29/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore relating to provision of legal advice regarding JCS2000 non-compete agreements. | Attorney-Client Privilege |
| 16. | SPRe-002-01-06961 | 11/18/1999 E-mail from Thomas Moore to Sprint in-house counsel Charles Wunsch relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 17. | SPRe-002-01-07275 | 8/2/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes and Connie Main (Sprint employees) relating to provision of legal advice regarding JCS2000 contract termination. | Attorney-Client Privilege |
| 18. | SPRe-002-01-07276-78 | 8/2/1999 Spreadsheet received by Sprint in-house counsel Charlie Wunsch from Tricia Vaughn (Sprint employee) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 19. | SPRe-002-01-09210-13 | Powerpoint presentation created by Connie Main (Sprint employee) sent to Sprint in-house counsel Charles Wunsch and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner) relating to provision of legal advice regarding JCS2000 termination issues. | Attorney-Client Privilege |
| 20. | SPRp-002-01-01404-01409 | 11/4/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint VP Marty Kaplan and Sprint in-house counsel Harley Ball and Thomas Gerke relating to provision of legal advice regarding JCS2000 termination issues. | Attorney-Client Privilege |
| 21. | SPRp-004-01-05964-66 | 2/17/2000 E-mail from Sprint engineer Tracy Nelson to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding JCS2000 termination issues. | Attorney-Client Privilege |
| 22. | SPRp-012-01-00001-2 | 10/29/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees (Al Duree, Joe Gardner, Bill Wiley, Dan Sbisa, | Attorney-Client Privilege |

2553349v1

| | | | |
|---|---|---|---|
| 22. | | Mark Sucharczuk, Tracy Nelson, Dean Howell, Khalid Medhat, Dean Boldt, Steve Flack, Chuck Jennings, Jason Torrey, and Greg Johnson) relating to provision of legal advice regarding duty of disclosure. | |
| 23. | SPRp-012-01-00021-38 | 6/5/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees (Al Duree, Joe Gardner, Bill Wiley, Dan Sbisa, Mark Sucharczuk, Tracy Nelson, Dean Howell, Khalid Medhat, Dean Boldt, and Steve Flack) relating to provision of legal advice regarding duty of disclosure. | Attorney-Client Privilege |
| 24. | SPRp-012-01-00045-59 | Draft form letter prepared by Sprint's outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff and sent to Sprint in-house counsel Harley Ball on 11/15/1996 relating to provision of legal advice. | Attorney-Client Privilege |
| 25. | SPRp-012-01-00064-65 | Patent claim chart prepared by Sprint in-house counsel Michael Setter and sent to Sprint in-house counsel Harley Ball for purpose of providing legal advice. | Attorney-Client Privilege |
| 26. | SPRp-012-01-00101-104 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding draft form letter. | Attorney-Client Privilege |
| 27. | SPRp-012-01-00105 | Draft declaration with handwritten attorney comments sent from Harley Ball to Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff relating to provision of legal advice. | Attorney-Client Privilege |
| 28. | SPRp-012-01-00106-110 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding draft form letter. | Attorney-Client Privilege |
| 29. | SPRp-012-01-00111-114 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice. | Attorney-Client Privilege |
| 30. | SPRp-012-01-00115-119 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice. | Attorney-Client Privilege |
| 31. | SPRp-012-01-00137-139 | 8/9/1996 Letter from Gary Kaplan at Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie probate proceeding. | Attorney-Client Privilege |
| 32. | SPRp-012-01-00140-141 | 7/26/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph | Attorney-Client Privilege |

|  |  |  |  |
|---|---|---|---|
|  |  | Christie estate. |  |
| 33. | SPRp-012-01-00142-155 | 7/26/1996 Legal memorandum from Gary Kaplan, Patricia Thayer, and Jose Esteves of Howard Rice Nemerovski Canady Falk & Rabkin sent to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 34. | SPRp-012-01-00156-157 | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 35. | SPRp-012-01-00158-160 | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 36. | SPRp-012-01-00161-168 | 6/29/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding attorney retention. | Attorney-Client Privilege |
| 37. | SPRp-012-01-00169-171 | 6/28/1996 Fax from Jay Beatty (Sprint in-house IP counsel) to Gary Kaplan (outside counsel to Sprint) relating to provision of legal advice regarding Joseph Christie. | Attorney-Client Privilege |
| 38. | SPRp-012-01-00172-174 | 6/27/1996 Facsimile letter from Gary Kaplan to Jay Beatty relating to provision of legal advice regarding Joseph Christie. | Attorney-Client Privilege |
| 39. | SPRp-012-01-00175-178 | 6/25/1996 Letter from Jay Beatty to Gary Kaplan relating to provision of legal advice regarding Joseph Christie. | Attorney-Client Privilege |
| 40. | SPRp-012-01-00179-196 | 6/20/1996 Fax from Gary Kaplan to Jay Beatty relating to provision of legal advice regarding Joseph Christie. | Attorney-Client Privilege |
| 41. | SPRp-012-01-00218 | 5/1/1996 Inter-office Memo from Bonnie Chambers (Sprint) to Harley Ball (Sprint in-house counsel) and Michael Setter (Sprint in-house counsel) relating to provision legal advice regarding Joseph Christie. | Attorney-Client Privilege |
| 42. | SPRe-012-01-00873-896 | Sprint/Cisco License Agreement document, dated 12/18/1998, containing handwritten notes of Attorney in Sprint's Legal Department. | Attorney-Client Privilege |
| 43. | SPRp-01-029-00001-00007 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 44. | SPRp-01-029-00010 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 45. | SPRp-01-029-00012 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 46. | SPRp-01-029-00034- | Handwritten attorney notes of Harley Ball | Attorney-Client Privilege |

2553349v1

| | | | |
|---|---|---|---|
| 46. | 00039 (redacted) | memorializing communications with Joseph Christie pertaining to the provision of legal advice. | |
| 47. | SPRp-01-029-00042 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 48. | SPRp-01-029-00045 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 49. | SPRp-01-029-00048 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 50. | SPRp-01-029-00056 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 51. | SPRp-01-029-00059 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 52. | SPRp-01-029-00061 (redacted) | Handwritten attorney notes of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 53. | SPRp-01-029-00024-00033 | Handwritten attorney notes and drawings of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice and sent to Harley Ball in connection with the provision of legal advice. | Attorney-Client Privilege / Attorney Work Product |
| 54. | SPRp-01-029-00067-69 | 1/31/94 Letter relating to provision of legal advice regarding novelty search to Pat Pro from Bonnie K. Chambers at Sprint cc'ing Michael Setter with handwritten drawings of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| 55. | SPRp-01-029-00070-72 | 2/14/94 Letter from Gene Wan at Pat Pro to Bonnie K. Chambers at Sprint relating to provision of legal advice regarding novelty search, which was conducted at direction of Mr. Setter. | Attorney-Client Privilege / Attorney Work Product |
| 56. | SPRp-01-029-00073 | 4/5/95 Letter from Mrs. W. van der Voorde of Polyresearch Service B.V. to Mollie Drew at Sprint Legal Department relating to provision of legal advice regarding international search conducted at the direction of Mr. Setter. | Attorney-Client Privilege |
| 57. | SPRp-01-029-00074 | Transmittal cover page from Joe Christie to Harley Ball relating to provision of legal advice regarding BB/IN PA. | Attorney-Client Privilege |
| 58. | SPRp-028-01-00001-00003 | 9/28/98 Comments and suggestions from Terry Yake (Sprint employee) sent to Art Chaykin (Sprint in-house counsel) for purpose of receiving legal advice regarding letter to | Attorney-Client Privilege |

2553349v1

|     |                              |                                                                                                                                                                                                                                                                                 |                            |
| --- | ---------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------- |
|     |                              | Cisco relating to patents.                                                                                                                                                                                                                                                      |                            |
| 55. | SPRp-028-01-00004-00005      | 9/98 handwritten comments by Art Chaykin (Sprint in-house counsel) on value to Cisco for field of use license chart prepared for negotiations and sent to Gene Agee (Sprint) for purpose of providing legal advice.                                                             | Attorney-Client Privilege  |
| 56. | SPRp-028-01-00006-00007      | 9/28/98 draft of letter to Cisco relating to patents prepared by Art Chaykin (Sprint in-house counsel) sent to Terry Yake (Sprint) for purpose of providing legal advice.                                                                                                       | Attorney-Client Privilege  |
| 57. | SPRp-028-01-00008-00009      | 9/10/98 IP Valuation Cisco document prepared by Gene Agee (Sprint employee) and sent to Art Chaykin for purpose of obtaining legal advice regarding Art Chaykin's (Sprint in-house counsel) current proposal.                                                                   | Attorney-Client Privilege  |
| 58. | SPRp-028-01-00010-00012      | 9/24/98 Fax of IP valuation draft info sent to Marty Kaplan (Sprint VP) and Art Chaykin (Sprint in-house counsel) from Mary Lewis (Sprint employee) for purpose of obtaining legal advice.                                                                                      | Attorney-Client Privilege  |
| 59. | SPRp-028-01-00013-00020      | 9/24/98 Fax of IP valuation draft info to Art Chaykin (Sprint in-house counsel) from Colt McClelland (Sprint law department) relating to provision of legal advice regarding valuation of JCS2000 intellectual property.                                                        | Attorney-Client Privilege  |
| 60. | SPRp-028-01-00021-00027      | 9/23/98 Memo to Art Chaykin (Sprint in-house counsel) from Gene Agee (Sprint employee) relating to provision of legal advice regarding valuation of JCS2000 intellectual property.                                                                                              | Attorney-Client Privilege  |
| 61. | SPRp-028-01-00028-00033      | July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint.                                                                                                                                                                                           | Attorney-Client Privilege  |
| 62. | SPRp-028-01-00034-00035      | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of obtaining legal advice regarding license negotiations. | Attorney-Client Privilege  |
| 63. | SPRp-028-01-00036-00037      | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of obtaining legal advice regarding license negotiations. | Attorney-Client Privilege  |
| 64. | SPRp-028-01-00038-00040      | 9/22/98 E-mail from Angela Rizzo to Harley Ball (Sprint in-house counsel), Marty Kaplan (Sprint VP), Don Lewis (Sprint employee), and Terry Yake (Sprint employee) relating to                                                                                                  | Attorney-Client Privilege  |

| | | | |
|---|---|---|---|
| | | provision of legal advice regarding Cisco IP/Development issues. | |
| 65. | SPRp-028-01-00041-00054 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and draft agreement. | Attorney-Client Privilege / Attorney Work Product |
| 66. | SPRp-028-01-00055-00068 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and handwritten comments. | Attorney-Client Privilege / Attorney Work Product |
| 67. | SPRp-028-01-00069-00073 | Draft of Memorandum of Current Understandings Between Cisco and Sprint and chart of negotiation issues. | Attorney-Client Privilege / Attorney Work Product |
| 68. | SPRp-012-01-00255-00277 | Copy of 12/17/98 Sprint Communications Company L.P. and Cisco Technology, Inc. License Agreement with handwritten attorney notes of Sprint in-house counsel, Harley Ball. | Attorney-Client Privilege / Attorney Work Product |
| 69. | SPRp-007-01-03001 | 11/4/99 E-mail from Charles Wunsch (Sprint in-house counsel) to Marty Kaplan (Sprint employee), and copied to Sprint employees Harley Ball and Thomas Gerke relating to provision of legal advice pertaining to JCS2000 contract termination. | Attorney-Client Privilege |

Dated: July 20, 2007

Respectfully Submitted,

/s/ Adam P. Seitz

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar. No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

2553349v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007, a copy of PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S FOURTH SUPPLEMENTAL PRIVILEGE LOG was sent via e-mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

2553349v1