# EXHIBIT G



August 3, 2007

**SENT VIA E-MAIL**

Ms. Lauren DeBruicker
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Jason R. Mudd

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2071 DD
816.421.5547 Fax
jmudd@shb.com

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
     Case No: 05-2433-JWL
     SHB File No: SPRI.116441

Dear Ms. DeBruicker:

This letter is in response to your July 31 letter to Mr. Seitz regarding Sprint's privilege log. We appreciate Vonage identifying with particularity the deficiencies it has alleged with respect to Sprint's log. We also appreciate your August 2 e-mail, which clarified your contentions with respect to some of Sprint's entries. We are still in the process of evaluating your contentions with respect to some of the entries, but will be producing an updated privilege log, as well as selected documents that Sprint has decided to produce on Monday, August 6, 2007. We also will respond to your letter in more detail at that time.

With respect to Mr. Setter's notes that were redacted from Mr. Christie's presentation, we will be producing the unredacted version of this document because we agree that the technical disclosure from Mr. Christie to Mr. Setter is not privileged. However, we will only do so if Vonage agrees that this will not constitute a general waiver of privilege in any form. Please let me know if you agree so we may promptly produce the unredacted version.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

/s/ Jason R. Mudd

Jason R. Mudd

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2572208v1