# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
                Plaintiff, )
)
v. ) Case No. 05-2433-JWL
)
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
                Defendants. )
)

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S
## SIXTH SUPPLEMENTAL PRIVILEGE LOG

|  | Bates Nos. | Date/Description of Document | Privilege Asserted |
|---|---|---|---|
| 1. | SPRe-002-01-06844 (redacted) | 2/3/2000 E-mail from Thomas Moore (Sprint) to Sprint in-house counsel Harley Ball and Charles Wunsch, cc'ing Mike Cordes, regarding legal advice relating to non-compete agreement. | Attorney-Client Privilege |
| 2. | SPRe-002-01-06865 | 12/16/1999 E-mail from Joe Gardner (Sprint) to Michael Cordes and cc'ing Harley Ball, Charles Wunsch, Randall Hemauer, Thomas Moore, Michael Grantman, Joe Gardner, Ginger Chase, and Dean Howell, regarding vendor team status meeting and forwarding powerpoint file to request legal advice regarding JCS2000 intellectual property. | Attorney-Client Privilege |
| 3. | SPRe-002-01-06866-76 | Powerpoint presentation regarding intellectual property relating to JCS2000 project, attached to 12/16/1999 e-mail from Joe Gardner to Michael Cordes and cc'ing Harley Ball, Charles Wunsch, Randall Hemauer, Thomas Moore, Michael Grantman, Joe Gardner, Ginger Chase, and Dean Howell, to request legal advice regarding JCS2000 intellectual property. | Attorney-Client Privilege |
| 4. | SPRe-002-01-06877 | 12/10/1999 E-mail from Thomas Moore to Harley Ball, Charles Wunsch, Ginger Chase, Michael Grantman, and Mike Cordes (no cc's) relating to provision of legal advice regarding Bull contract termination. | Attorney-Client Privilege |
| 5. | SPRe-002-01-06884 | 12/7/1999 E-mail from Thomas Moore to Harley Ball, Charles Wunsch, Michael | Attorney-Client Privilege |

|    |                          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |                            |
|----|--------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------|
| 5. |                          | Cordes, Kris Boschert, and Randall Hemauer, cc'ing Kami Myrick, relating to provision of legal advice regarding JCS2000 shutdown contract issues.                                                                                                                                                                                                                                                                                                                                                                                                  |                            |
| 6. | SPRe-002-01-06925-26     | 12/6/1999 E-mail from Dean Howell to Charles Wunsch, Harley Ball, Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner relating to provision of legal advice regarding JCS2000 shutdown contract issues and replying to 12/5/1999 E-mail from Charles Wunsch to Harley Ball, Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner (no cc's) providing legal advice regarding JCS2000 contract with Lucent. | Attorney-Client Privilege |
| 7. | SPRe-002-01-06927        | 12/5/1999 E-mail from Charles Wunsch to Harley Ball, Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner (no cc's) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 8. | SPRe-002-01-06928-30     | Chart attached to 12/5/1999 E-mail from Charles Wunsch to Harley Ball, Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner (no cc's) providing legal advice regarding interpretation of JCS2000 contracts. | Attorney-Client Privilege |
| 9. | SPRe-002-01-06931        | 12/5/1999 E-mail from Sprint in-house counsel Charles Wunsch to Harley Ball, Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner (no cc's) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 10.| SPRe-002-01-06939-40     | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, and Thomas Moore (no cc's) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 11.| SPRe-002-01-06941        | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore, Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, and Dean Howell (no cc's) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 12.| SPRe-002-01-06945        | 12/2/1999 E-mail from Dean Howell to Michael Cordes, forwarding (with no other content) 12/2/1999 e-mail communication | Attorney-Client Privilege |

|     |                           |                                                                                                                                                                                                                                                                                                                                                  |                            |
| --- | ------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------- |
| 12. |                           | from Sprint in-house counsel Charles Wunsch to Dean Howell, cc'ing Harley Ball and Thomas Moore, providing legal advice regarding JCS2000 contract termination issues, which contains 12/2/1999 e-mail from Dean Howell to Charles Wunsch, cc'ing Harley Ball and Thomas Moore, requesting provision of legal advice regarding software legal issues. |                            |
| 13. | SPRe-002-01-06950-51      | 11/30/1999 E-mail from Thomas Moore (Sprint engineer) to Michael Cordes (Sprint engineer) forwarding (with no other content) 11/30/1999 e-mail from Thomas Moore to Charles Wunsch regarding legal advice relating to JCS2000 IP issues replying to 11/30/1999 e-mail from Charles Wunsch to Thomas Moore providing legal advice regarding JCS2000 IP issues. | Attorney-Client Privilege |
| 14. | SPRe-002-01-06954         | 11/29/1999 E-mail from Thomas Moore to Michael Cordes forwarding (with no other content) 11/29/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore providing legal advice in response to 11/29/1999 E-mail from Thomas Moore to Charles Wunsch requesting legal advice regarding JCS2000 non-compete agreements. | Attorney-Client Privilege |
| 15. | SPRe-002-01-06961         | 11/18/1999 E-mail from Thomas Moore to Sprint in-house counsel Charles Wunsch relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 16. | SPRe-002-01-07275         | 8/2/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes and Connie Main (Sprint employees) relating to provision of legal advice regarding JCS2000 contract termination. | Attorney-Client Privilege |
| 17. | SPRe-002-01-07276-78      | 8/2/1999 Spreadsheet received by Sprint in-house counsel Charlie Wunsch from Tricia Vaughn (Sprint employee) relating to provision of legal advice regarding JCS2000 contract termination issues. | Attorney-Client Privilege |
| 18. | SPRe-002-01-09210-13      | 12/5/99 Powerpoint presentation created by Connie Main (Sprint employee) sent to Sprint in-house counsel Charles Wunsch and other Sprint employees (Michael Cordes, Ginger Chase, Michael Grantman, Randall Hemauer, Dean Howell, Thomas Moore, and Joe Gardner) relating to provision of legal advice regarding JCS2000 termination issues. | Attorney-Client Privilege |
| 19. | SPRp-002-01-01404-01409   | 11/4/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint VP Marty Kaplan and Sprint in-house counsel Harley Ball and Thomas Gerke relating to provision of legal advice regarding JCS2000 termination issues. | Attorney-Client Privilege |
| 20. | SPRp-004-01-05964-        | 2/17/2000 E-mail from Sprint engineer Tracy                                                                                                                                                                                                                                                                                                       | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| 20. | 66 | Nelson to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding JCS2000 termination issues. | |
| 21. | SPRp-012-01-00001-2 | 10/29/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees (Al Duree, Joe Gardner, Bill Wiley, Dan Sbisa, Mark Sucharczuk, Tracy Nelson, Dean Howell, Khalid Medhat, Dean Boldt, Steve Flack, Chuck Jennings, Jason Torrey, and Greg Johnson) relating to provision of legal advice regarding duty of disclosure. | Attorney-Client Privilege |
| 22. | SPRp-012-01-00021-38 | 6/5/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees (Al Duree, Joe Gardner, Bill Wiley, Dan Sbisa, Mark Sucharczuk, Tracy Nelson, Dean Howell, Khalid Medhat, Dean Boldt, and Steve Flack) relating to provision of legal advice regarding duty of disclosure. | Attorney-Client Privilege |
| 23. | SPRp-012-01-00045-59 | Draft form letter prepared by Sprint's outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff and sent to Sprint in-house counsel Harley Ball on 11/15/1996 to provide legal advice regarding deceased inventors. | Attorney-Client Privilege |
| 24. | SPRp-012-01-00064-65 | Undated patent claim chart regarding Sprint voice-over-packet portfolio prepared by Sprint in-house counsel Michael Setter and sent to Sprint in-house counsel Harley Ball for purpose of providing legal advice. | Attorney-Client Privilege |
| 25. | SPRp-012-01-00101-104 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding draft form letter for deceased inventors. | Attorney-Client Privilege |
| 26. | SPRp-012-01-00105 | Undated draft declaration with handwritten attorney comments sent from Harley Ball to Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff relating to provision of legal advice regarding content of express refusal to sign. | Attorney-Client Privilege |
| 27. | SPRp-012-01-00106-110 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding draft form letter for deceased inventors. | Attorney-Client Privilege |
| 28. | SPRp-012-01-00111-114 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball relating to provision of legal advice regarding deceased inventors. | Attorney-Client Privilege |
| 29. | SPRp-012-01-00115-119 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel | Attorney-Client Privilege |

| # | Bates | Description | Privilege |
|---|---|---|---|
| 29. | | Harley Ball relating to provision of legal advice regarding deceased inventors. | |
| 30. | SPRp-012-01-00137-139 | 8/9/1996 Letter from Gary Kaplan at Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie probate proceeding. | Attorney-Client Privilege |
| 31. | SPRp-012-01-00140-141 | 7/26/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 32. | SPRp-012-01-00142-155 | 7/26/1996 Legal memorandum from Gary Kaplan, Patricia Thayer, and Jose Esteves of Howard Rice Nemerovski Canady Falk & Rabkin sent to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 33. | SPRp-012-01-00156-157 | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 34. | SPRp-012-01-00158-160 | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding Joseph Christie estate. | Attorney-Client Privilege |
| 35. | SPRp-012-01-00161-168 | 6/29/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint relating to provision of legal advice regarding attorney retention. | Attorney-Client Privilege |
| 36. | SPRp-012-01-00169-171 | 6/28/1996 Fax from Jay Beatty (Sprint in-house IP counsel) to Gary Kaplan (outside counsel to Sprint) relating to provision of legal advice regarding Joseph Christie employment agreement. | Attorney-Client Privilege |
| 37. | SPRp-012-01-00172-174 | 6/27/1996 Facsimile letter from Gary Kaplan to Jay Beatty relating to provision of legal advice regarding Joseph Christie employment agreement. | Attorney-Client Privilege |
| 38. | SPRp-012-01-00175-178 | 6/25/1996 Letter from Jay Beatty to Gary Kaplan relating to provision of legal advice regarding Joseph Christie employment agreement. | Attorney-Client Privilege |
| 39. | SPRp-012-01-00179-196 | 6/20/1996 Fax from Gary Kaplan to Jay Beatty relating to provision of legal advice regarding Joseph Christie employment agreement and patent applications and relating to selection of counsel. | Attorney-Client Privilege |
| 40. | SPRp-012-01-00218 | 5/1/1996 Inter-office Memo from Bonnie Chambers (Sprint) to Harley Ball (Sprint in-house counsel) and Michael Setter (Sprint in-house counsel) relating to provision legal advice regarding Joseph Christie estate and recordation of assignments for deceased | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| 40. | | inventors. | |
| 41. | SPRe-012-01-00873-896 | Sprint/Cisco License Agreement document, dated 12/18/1998, containing handwritten notes of attorneys in Sprint's Legal Department that were communicated to Harley Ball for purposes of rendering legal advice. | Attorney-Client Privilege |
| 42. | SPRp-01-029-00034-00039 (redacted) | Undated handwritten attorney notes of Harley Ball memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 43. | SPRp-01-029-00042 (redacted) | Undated handwritten attorney notes of Harley Ball memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 44. | SPRp-01-029-00045 (redacted) | Undated handwritten attorney notes of Harley Ball memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 45. | SPRp-01-029-00048 (redacted) | Undated handwritten attorney notes of Harley Ball memorializing communications with Joseph Christie pertaining to the provision of legal advice. | Attorney-Client Privilege |
| 46. | SPRp-01-029-00024-00033 | Undated handwritten attorney notes and drawings of Michael Setter memorializing communications with Joseph Christie pertaining to the provision of legal advice and sent to Harley Ball in connection with the provision of legal advice regarding patent applications. | Attorney-Client Privilege |
| 47. | SPRp-028-01-00001-00003 | 9/28/98 Comments and suggestions from Terry Yake (Sprint employee) sent to Art Chaykin (Sprint in-house counsel) for purpose of receiving legal advice regarding draft of potential letter to Cisco relating to JCS2000 intellectual property. | Attorney-Client Privilege |
| 48. | SPRp-028-01-00004-00005 | 9/98 handwritten comments by Art Chaykin (Sprint in-house counsel) on value to Cisco for field of use license chart prepared for negotiations and sent to Gene Agee (Sprint) for purpose of providing legal advice (and maintained confidential). | Attorney-Client Privilege |
| 49. | SPRp-028-01-00006-00007 | 9/28/98 draft of potential letter to Cisco relating to JCS2000 intellectual property prepared by Art Chaykin (Sprint in-house counsel) and sent to Terry Yake (Sprint) for purpose of providing legal advice (and maintained confidential). | Attorney-Client Privilege |
| 50. | SPRp-028-01-00008-00009 | 9/10/98 IP Valuation Cisco document prepared by Gene Agee (Sprint employee) and sent to Art Chaykin for purpose of obtaining legal advice regarding Art Chaykin's (Sprint in-house counsel) current proposal regarding Sprint intellectual property and memorializing legal advice provided by Harley Ball with | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| 50. | | respect to JCS intellectual property (and maintained confidential). | |
| 51. | SPRp-028-01-00010-00012 | 9/24/98 Fax of IP valuation draft information prepared by Gene Agee and sent to Marty Kaplan (Sprint VP) and Art Chaykin (Sprint in-house counsel) from Mary Lewis (Sprint employee) for purpose of obtaining legal advice and memorializing legal advice provided by Harley Ball with respect to JCS intellectual property (and maintained confidential). | Attorney-Client Privilege |
| 52. | SPRp-028-01-00013-00018 | 9/24/98 Fax of IP valuation draft information to Art Chaykin (Sprint in-house counsel) from Colt McClelland (Sprint law department) relating to provision of legal advice regarding valuation of JCS2000 intellectual property (and maintained confidential). | Attorney-Client Privilege |
| 53. | SPRp-028-01-00021-00026 | 9/23/98 Memo to Art Chaykin (Sprint in-house counsel) from Gene Agee (Sprint employee) relating to provision of legal advice regarding valuation of JCS2000 intellectual property (and maintained confidential). | Attorney-Client Privilege |
| 54. | SPRp-028-01-00034-00035 | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of obtaining legal advice regarding value of JCS2000 IP portfolio (and maintained confidential). | Attorney-Client Privilege |
| 55. | SPRp-028-01-00036-00037 | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of obtaining legal advice regarding value of JCS2000 IP portfolio (and maintained confidential). | Attorney-Client Privilege |
| 56. | SPRp-028-01-00038 | 9/22/98 E-mail from Angela Rizzo to Angela Rizzo, cc'ing Harley Ball, Marty Kaplan, Don Lewis, and Terry Yake, containing fax sent to Don Hallacy, Phyllis Robertson, and Arthur Charykin regarding legal advice relating to 9/21/98 letter sent to Marty Kaplan from Kevin Kennedy (Cisco) regarding JCS2000 project intellectual property rights (and maintained confidential). | Attorney-Client Privilege |
| 57. | SPRp-028-01-00041-00054 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and draft agreement prepared by Art Chaykin and communicated to Harley Ball (Sprint in- | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| 57. | | house counsel) and Marty Kaplan (Sprint VP) for the purpose of rendering legal advice (and maintained confidential). | |
| 58. | SPRp-028-01-00055-00068 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and handwritten comments prepared by Art Chaykin and communicated to Harley Ball (Sprint in-house counsel) and Marty Kaplan (Sprint VP) for the purpose of rendering legal advice (and maintained confidential). | Attorney-Client Privilege |
| 59. | SPRp-012-01-00255-00277 | Copy of 12/17/98 Sprint Communications Company L.P. and Cisco Technology, Inc. License Agreement with handwritten attorney notes of Sprint in-house counsel, Harley Ball communicated to attorneys in Sprint legal department, including Art Chaykin, for the purpose of rendering legal advice (notes maintained confidential). | Attorney-Client Privilege |
| 60. | SPRp-007-01-03001 | 11/4/99 E-mail from Charles Wunsch (Sprint in-house counsel) to Marty Kaplan (Sprint employee), and copied to Sprint employees Harley Ball and Thomas Gerke relating to provision of legal advice pertaining to JCS2000 contract termination. | Attorney-Client Privilege |

Dated: August 6, 2007

                                                                     Respectfully Submitted,

                                                                     /s/ Adam P. Seitz

                                                                     B. Trent Webb, KS Bar No. 15965
                                                                     Eric A. Buresh, KS Bar. No. 19895
                                                                     Adam P. Seitz, KS Bar No. 21059
                                                                     SHOOK HARDY & BACON L.L.P.
                                                                     2555 Grand Blvd.
                                                                     Kansas City, Missouri 64108-2613
                                                                     816-474-6550 Telephone
                                                                     816-421-5547 Facsimile

                                                                     ATTORNEYS FOR PLAINTIFF SPRINT
                                                                     COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2007, a copy of PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S SIXTH SUPPLEMENTAL PRIVILEGE LOG was sent via e-mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.