# EXHIBIT K

---

**From:** Seitz, Adam P. (SHB) [mailto:ASEITZ@shb.com]
**Sent:** Tuesday, March 13, 2007 1:00 PM
**To:** Golob, Barry; McPhail, Donald R.; McPherson, Patrick D.
**Cc:** Buresh, Eric A. (SHB); Webb, B. Trent (SHB); Strand, Peter E. (SHB)
**Subject:** Identification of 30(b)(6) witnesses and preliminary topics

Barry,

Below is a preliminary identification of Sprint's 30(b)(6) designees and their respective topics. Sprint reserves the right to supplement and/or amend these identifications at any time. In addition, these witnesses only will be provided on these topics subject to Sprint's objections thereto, which will be forthcoming. That being said, the following witnesses will be designated to discuss the following topics:

Harley Ball - topics 9 and 10 from the 2d notice. Topics 17, 18, 19, 27, 28, 29, 30, 31, 32 and 46 from the 3d notice.
Mike Cordes - topics 12 and 47 from the 3d notice. Mr. Cordes is available for this deposition on March 26.
Jim Patterson - topics 20, 21 and 22 from the 3d notice. We will provide you with available dates for Mr. Patterson in the near future.

Mike Setter - topics 1, 2, 3, 6, 7, 8, 12, 15, 16, 17, 24, 25 and 26 from the 2d notice.
Al Duree - topics 18 and 19 from the 2d notice.

If you have any questions, please let me know.

Thanks,

> Adam P. Seitz
> SHOOK, HARDY & BACON, L.L.P.
> 2555 Grand Blvd.
> Kansas City, MO 64108
> o: 816.474.6550
> f: 816.421.5547

Mail Gate made the following annotations on Tue Mar 13 2007 12:00:26

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.