# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff,                ) <br> ) <br> v.                      ) <br> ) <br> VONAGE HOLDINGS CORP.,        ) <br> VONAGE AMERICA, INC.          ) <br> ) <br> ) <br> Defendants.             ) <br> _____) | Case No. 05-2433-JWL-DJW |

**SPRINT COMMUNICATIONS COMPANY L.P.'S
FIRST SUPPLEMENTAL PRELIMINARY WITNESS LIST**

Plaintiff Sprint Communications Company L.P. ("Sprint"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby submits its First Supplemental Preliminary Witness List of individuals whom Sprint expects to present at trial, either live or through deposition testimony, and those whom Sprint may call at trial if the need arises. In submitting this witness list, Sprint specifically reserves the right to: 1) withdraw at any time any witness identified on this list; 2) supplement and/or amend this list in the event that additional relevant materials are produced in this action or are discovered subsequent to the date of service of this list; 3) supplement and/or amend this list to use additional witnesses at trial as required for rebuttal or impeachment; 4) supplement and/or amend this list to add witnesses whose depositions have not yet been taken or with regard to whom a deposition transcript is not yet available; 5) supplement and/or amend this list in response to the Court's ruling on pretrial motions; 6) supplement and/or amend this list as otherwise permitted by this Court; 7) call to testify any witness listed by

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively, "Vonage"), and 8) designate deposition testimony as appropriate. Sprint will identify witnesses that it intends to present through deposition testimony at the time designated by the Court's scheduling order.

### Individuals Sprint Expects to Present at Trial

1. Raymond Sims
2. Harley Ball
3. Mike Setter
4. Joe Gardner
5. Mike Cordes
6. John Garcia
7. Stephen Wicker
8. Gerald Mossinghoff
9. Jeff Citron
10. John Rego
11. Ben Vos
12. Louis Holder
13. Any witness listed by Vonage
14. Witnesses necessary for authentication or foundation.

### Individuals Sprint May Call at Trial

1. Al Duree
2. Tracy Nelson
3. Terry Yake

4. Jim Patterson

5. Don Lewis

6. Art Chaykin

7. Sarah Shepard

8. Terry Kero

9. Manu Bahl

10. John Jarosz

11. Frank Koperda

12. Benedict Occhiogrosso

13. Scott Bradner

14. Joel Halpern

15. Steven Bellovin

16. Allyn Strickland

17. Rebuttal witnesses

18. Any witness identified by Vonage's Witness List or amendments thereto.

Dated: July 31, 2007

    /s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2007, a true and accurate copy of the above and foregoing PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S FIRST SUPPLEMENTAL PRELIMINARY WITNESS LIST was sent via e-mail to:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and Vonage America, Inc.

  /s/ Adam P. Seitz
Adam P. Seitz
Attorneys for Sprint Communications Company L.P.