IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP. and<br>VONAGE AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-2433-JWL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEPOSITION DESIGNATIONS OF DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.**

AND NOW, pursuant to Fed. R. Civ. P. 26(a)(3)(B) and the Court's August 8, 2007 Order (Doc. 266), come Defendants, Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), by and through their attorneys, and respectfully submit the following designations of deposition testimony that may be offered by Vonage other than to impeach a testifying witness. Vonage has not submitted designations for Sprint officers, agents, or employees located within the trial subpoena jurisdiction of this court, pursuant to Fed. R. Civ. P. 45(b)(2) and the Pre-Trial Order in this case. Should the witness not comply and/or not attend the trial, Vonage reserves the right to submit designations.

Vonage may also supplement their designations, including the following depositions of John Garcia, Ben Vos, and any remaining deposition(s) of Sprint under Rule 30(b)(6).

**I.     Deposition Testimony of Michael Gardner taken on March 21, 2007**

    A.    Page 6, line 10, through page 7, line 11

  B. Page 8, line 6, through line 8

  C. Page 8, line 12, through page 10, line 22

  D. Page 11, line 5, through line 18

  E. Page 16, line 3, through page 17, line 9

  F. Page 21, line 4, through page 22, line 2

  G. Page 46, line 6, through line 21

  H. Page 48, line 1, through page 49, line 5

  I. Page 49, line 14, through page 50, line 8

  J. Page 50, line 16, through page 52, line 22

  K. Page 56, line 5, through line 16

  L. Page 62, line 2, through page 64, line 8

  M. Page 84, line 2, through line 6

  N. Page 85, line 1, through line 13

  O. Page 86, line 3, through page 87, line 1

  P. Page 92, line 16, through page 94, line 6

  Q. Page 94, line 18, through page 95, line 10

  R. Page 96, line 3, through line 8

  S. Page 104, line 22, through page 106, line 10

  T. Page 113, line 15, through page 115, line 10

**II. <u>Deposition Testimony of Michael Setter taken on April 28, 2006</u>**

  A. Page 5, line 3, through line 12

  B. Page 65, line 3, through line 16

  C. Page 68, line 1, through line 13

  D. Page 91, line 22, through line 25

  E. Page 92, line 23, through page 93, line 11

F. Page 93, line 16, through line 24

G. Page 109, line 9, through 25

H. Page 120, line 10, through page 121, line 10

I. Page 132, line 7, through page 133, line 7

J. Page 143, line 20, through page 144, line 17

K. Page 150, line 7, through page 151, line 11

L. Page 166, line 3, through line 5

III. **Deposition Testimony of Michael Setter taken on March 27, 2007**

A. Page 15, line 20, through page 16, line 3

B. Page 17, line 9, through page 23, line 15

C. Page 24, line 19, through page 33, line 17

D. Page 33, line 22, through page 39, line 7

E. Page 46, line 12, through page 48, line 17

F. Page 50, line 8, through page 51, line 8

G. Page 51, line 13, through page 52, line 22

H. Page 53, line 11, through page 54, line 20

I. Page 57, line 14, through page 64, line 21

J. Page 77, line 11, through page 78, line 20

K. Page 79, line 17, through line 22

L. Page 81, line 3, through page 87, line 5

M. Page 88, line 3, through page 89, line 6

N. Page 102, line 22, through page 103, line 13

O. Page 130, line 10, through line 22

P. Page 131, line 18, through page 132, line 5

Q. Page 157, line 3, through line 12

R.   Page 159, line 13, through line 19

S.   Page 160, line 5, through 161, line 1

T.   Page 161, line 6, through 162, line 17

U.   Page 164, line 22, through page 165, line 13

V.   Page 167, line 18, through page 168, line 7

W.   Page 169, line 2, through line 13

X.   Page 188, line 4, through page 190, line 7.

Y.   Page 194, line 22, through page 196, line 4

Z.   Page 202, line 12, through page 206, line 14

AA.   Page 207, line 8, through line 18

BB.   Page 212, line 2, through page 214, line 1

CC.   Page 214, line 11, through page 215, line 4

DD.   Page 218, line 13, through line 16

EE.   Page 218, line 22, through page 219, line 4

FF.   Page 220, line 1, through page 221, line 7

GG.   Page 221, line 17, through page 225, line 20

HH.   Page 228, line 4, through 229, line 22

II.   Page 231, line 20, through page 232, line 19

JJ.   Page 234, line 22, through page 237, line 22

KK.   Page 238, line 15, through page 239, line 10

LL.   Page 240, line 11, through line 13

MM.   Page 240, line 17, through line 18

NN.   Page 240, line 21

OO.   Page 246, line 15, through page 247, line 3

PP.   Page 247, line 7, through page 248, line 18

- 4 -

DM1\1172652.1

    QQ.    Page 249, line 2, through page 250, line 3

IV. **Deposition Testimony of Albert Duree taken on March 21, 2007**

    A.    Page 6, line 6, through line 20

    B.    Page 7, line 15, through line 20

    C.    Page 8, line 7, through page 9, line 11

    D.    Page 12, line 13, through page 13, line 21

    E.    Page 24, line 13, through line 18

    F.    Page 33, line 7, through line 10

    G.    Page 35, line 1, through page 36, line 13

    H.    Page 37, line 6, through line 13

    I.    Page 41, line 6, through line 14

    J.    Page 43, line 19, through page 44, line 14

    K.    Page 45, line 5, through line 16

    L.    Page 45, line 22, through page 46, line 3

    M.    Page 50, line 19, through page 53, line 10

    N.    Page 78, line 2, through line 12

V. **Deposition Testimony of Albert Duree taken on March 22, 2007**

    A.    Page 89, line 19, through line 22

    B.    Page 101, line 19, through page 102, line 4

    C.    Page 102, line 16, through line 20

    D.    Page 103, line 3, through line 15

    E.    Page 105, line 3, through line 13

    F.    Page 106, line 1, through line 7

    G.    Page 107, line 9, through line 18

    H.    Page 109, line 3, through line 21

    I.    Page 112, line 7, through line 13

    J.    Page 119, line 14, through page 120, line 2

VI. **Deposition Testimony of William I. Wiley taken on April 9, 2007**

    A.    Page 12, line 11, through line 15

    B.    Page 16, line 12, through page 17, line 4

    C.    Page 18, line 2, through line 18

    D.    Page 22, line 8, through page 23, line 12

    E.    Page 36, line 5, through line 18

    F.    Page 39, line 10, through line 19

    G.    Page 48, line 19, through line 21

    H.    Page 49, line 6, through line 14

    I.    Page 55, line 12, through line 15

VII. **Deposition Testimony of Raymond Spitzer taken on April 19, 2007**

    A.    Page 6, line 10, through line 21

    B.    Page 11, line 20, through line 22

    C.    Page 15, line 6, through line 20

    D.    Page 18, line 9, through line 15

    E.    Page 19, line 16, through page 20, line 7

    F.    Page 20, line 19, through page 21, line 6

    G.    Page 22, line 12, through page 23, line 17

    H.    Page 24, line 1, through line 4

    I.    Page 25, line 17, through page 26, line 13

    J.    Page 28, line 8, through line 16

    K.    Page 30, line 14, through line 22

    L.     Page 33, line 13, through page 34, line 9

    M.    Page 79, line 14, through line 17

    N.     Page 80, line 2, through page 81, line 1

    O.     Page 82, line 5, through 83, line 2

    P.     Page 92, line 7, through page 94, line 3

    Q.    Page 102, line 8, through line 18

**VIII. Deposition Testimony of Tracy Nelson taken on March 23, 2007**

    A.     Page 5, line 15, through line 21

    B.     Page 8, line 10, through line 18

    C.     Page 10, line 5, through line 12

    D.     Page 11, line 10, through page 13, line 13

    E.     Page 14, line 15, through page 15, line 10

    F.     Page 66, line 17, through page 67, line 21

    G.     Page 70, line 12, through line 22

    H.     Page 108, line 6, through line 17

    I.     Page 114, line 21, through page 115, line 2

August 15, 2007

    Respectfully submitted,

    BARBER EMERSON, L.C.
    By: /s/ Terrence J. Campbell
    Terrence J. Campbell - 18377
    tcampbell@barberemerson.com
    Catherine C. Theisen - 22360
    ctheisen@barberemerson.com
    1211 Massachusetts Street
    P.O. Box 667
    Lawrence, KS 66044
    (785) 843-6600

(785) 843-8405 Facsimile

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp*

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify on August 15, 2007, that a copy of the foregoing Deposition Designations of Defendants, Vonage Holdings Corp. and Vonage America, Inc., was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

                                            /s/ Terrence J. Campbell