**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2433-JWL |
| ) | |
| VONAGE HOLDINGS CORP., ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S DESIGNATION OF DEPOSITION TESTIMONY

Pursuant to the Court's Pretrial Order (Doc. 207), Plaintiff Sprint

Communications Company L.P. ("Sprint") respectfully submits the following designations of

deposition testimony that may be offered by Plaintiffs other than to impeach a testifying witness.

(1)     Jeffrey Citron (March 22, 2007)

        10:7 – 13:20
        14:1 – 14:4
        17:5 – 17:16
        18:2 – 18:23
        19:11 – 20:22
        21:11 – 21:19
        25:20 – 26:14
        29:5 – 29:7
        29:21 – 30:1
        30:10 – 30:13
        30:22 – 31:14
        31:21 – 32:18
        33:4 – 33:9
        33:13
        35:7 – 35:15
        35:25 – 36:3
        36:8 – 36:15

1

36:25 – 37:2
37:15 – 37:22
38:7 – 38:19
40:2 – 40:7
41:11 – 42:1
44:16 – 45:2
46:13 – 46:24
47:24 – 48:13
49:19 – 51:4
51:9 – 51:22
52:8 – 52:22
57:19 – 58:6
59:2 – 59:15
66:17 – 67:4
69:11 – 69:16
70:15 – 71:7
73:17 – 73:25
75:16 – 76:19
77:3 – 77:21
78:13 – 78:22
79:16 – 80:23
81:4 – 81:7
81:18 – 82:6
82:24 – 83:16
83:19 – 83:20
83:24 – 84:1
84:5 – 84:6
84:16 – 84:19
85:11 – 85:20
86:5 – 86:15
87:1
89:9 – 89:23
92:6 – 93:6
93:11 – 93:15
98:6 – 98:9
99:23 – 101:13
101:16 – 104:4
104:14 – 104:16
107:7
108:22 – 109:25
111:17 – 111:24
113:3 – 113:18
114:9 – 116:7
117:23 – 118:10
120:4 – 120:18
121:15 – 121:23

2

122:2 – 122:13
123:5 – 123:18
124:15 – 125:2
127:5 – 127:20
129:10 – 129:14
129:19 – 130:2
131:2 – 131:12
131:21 – 132:21
136:9 – 136:16
137:1 – 137:8
139:17 – 139:20
141:3 – 141:8
157:2 – 157:19
158:20 – 159:1
159:9 – 159:25
160:10 – 161:4
161:20 – 162:11
163:3 – 163:13
163:18 – 165:3
165:14 – 166:13
166:23 – 167:15
167:20 – 167:24
170:21 – 170:23
171:3 – 171:8
171:12 – 172:13
177:12 – 178:7
180:14 – 181:3
181:24 – 181:25
182:4 – 184:16
185:8 – 185:23
187:2 – 187:7
189:19 – 190:6
190:10 – 190:24

(2)    Rohan Dwarkha (April 12, 2007)

6:14 – 6:15
7:18 – 8:9
12:16 – 13:9
13:18 – 14:6
14:10 – 14:15
18:10 – 18:12
19:6 – 19:10
19:15 – 20:1
21:17 – 22:1
22:5 – 22:10

3

23:3 – 23:5
25:7 – 25:20
26:8 – 26:17
27:15 – 28:6
28:15 – 28:17
29:2 – 29:11
30:15 – 30:21
32:10 – 32:18
33:8 – 33:10
33:14 – 34:10
36:11 – 36:19
37:4 – 38:1
38:18 – 38:20
39:5 – 39:9
39:14 – 39:20
41:6 – 41:14
41:22 – 42:5
42:17 – 42:21
43:5 – 43:14
43:19
44:2 – 44:5
44:14 – 44:19
44:22 – 45:2
45:5 – 45:7
45:22 – 46:16
47:19 – 48:10
48:13 – 48:21
50:4 – 50:13
51:2 – 51:6
51:11 – 51:15
52:17 – 53:13
53:16 – 53:22
54:19 – 55:1
55:5 – 55:14
56:1 – 56:11
57:9 – 57:11
58:21 – 60:9
60:17 – 60:21
61:10 – 61:12
61:16 – 61:19
62:22 – 63:6
63:10 – 63:20
65:8 – 65:11
66:9 – 66:16
67:1 – 68:5
68:10 – 68:13

2577073v1

69:3 – 69:14
70:2 – 70:12
71:4 – 71:13
72:4 – 72:8
72:16 – 72:10
72:15 – 72:22
74:6 – 74:9
76:18 – 77:16
77:20 – 78:1
78:10 – 78:14
78:18 – 78:21
79:5 – 79:6
79:9 – 80:17
81:21 – 82:7
83:11 – 84:4
84:16 – 84:19
85:8 – 86:3
86:13 – 87:6
87:15 – 88:1
88:6 – 88:13
89:3 – 89:14
89:21 – 90:2
81:7 – 91:13
92:21 – 93:1
93:7 – 93:18
93:20 – 94:5
94:14 – 95:3
95:12 – 96:2
96:17 – 97:9
98:2 – 98:4
98:14 – 99:2
99:10 – 99:21
101:1 – 101:7
101:10 – 101:15
102:4 – 102:12
103:16 – 103:21
104:7 – 104:17
105:22 – 106:11
106:16 – 106:20
109:3 – 109:22
110:11 – 110:20
113:13 – 114:7
116:5 – 116:16
117:15 – 117:18
118:2
118:7 – 118:12

5

118:21 – 119:2
119:9 – 119:14
120:1 – 120:11
120:16 – 120:19
121:3 – 121:5
121:21 – 122:6
122:11 – 122:12
123:18 – 123:20
124:1 – 124:6
124:12
124:20 – 125:2
125:17 – 126:1
126:19 – 127:7
133:19 – 134:1
134:8
135:13 – 136:7
136:19 – 137:16
138:8 – 138:21
143:16 – 144:11
147:12 – 147:13
147:21 – 147:22
148:2 – 148:21
149:13 – 150:5
151:7 – 152:10
152:20 – 153:1
153:7 – 153:10
153:19 – 154:3
154:7 – 154:14
157:17 – 157:21

(3)     Glenn S. Eisen (April 11, 2007)

6:14 – 6:16
7:4 – 7:7
16:19 – 16:21
18:1 – 18:3
18:6 – 18:10
20:16 – 20:19
20:21 – 20:22
28:18 – 29:9
29:14 – 29:15
29:17 – 29:18
30:9 – 30:12
30:15 – 31:6
33:8 – 33:10
34:20 – 34:21

6

35:2 – 36:4
36:19 – 37:2
37:4 – 38:2
38:6 – 38:9
38:11 – 38:12
40:1 – 40:3
40:6 – 40:9
41:6 – 41:10
41:15 – 42:12
42:14 – 43:15
43:18 – 43:21
44:3 – 44:21
46:7 – 4:11
46:13 – 48:2
53:20 – 54:7
54:12 – 54:15
54:19 – 54:20
55:1 – 55:2
58:6 – 59:6
59:8 – 59:11
59:13 – 59:15
59:19 – 60:17
60:19 – 61:16
61:21 – 62:14
63:13 – 64:1
64:9 – 64:13
65:8 – 65:22
66:4 – 66:11
66:13 – 66:22
68:3 – 70:1
72:22 – 73:10
73:17 – 75:20
76:3 – 76:7
78:7 – 78:14
78:21 – 79:7
79:20 – 79:22
81:5 – 81:12
83:21 – 84:12
84:15 – 85:12
85:15 – 85:18
91:1 – 91:10
93:10 – 94:1
95:7 – 95:14
95:16 – 96:3
96:8 – 96:16
97:2 – 97:20

98:13 – 98:15
98:17 – 98:22
106:21 – 107:22
110:6 – 110:17
110:19 – 112:2
112:6 – 114:5
114:22 – 115:6
115:9 – 116:4
116:8 – 116:16
119:18 – 120:16
120:21 – 121:11
123:6 – 124:2
124:4 – 124:17
125:12 – 126:4
128:1 – 128:2
128:4 – 128:18
130:3 – 132:3
132:5 – 133:1
133:14 – 134:6
134:21
135:3 – 135:14
144:9
144:16 – 145:16
146:3 – 146:14
147:17 – 147:19
147:21 – 148:1
148:13 – 149:4
149:7 – 149:16

    (4)    Chakrapani Gorrepati (April 5, 2007)

7:10 – 7:12
8:22 – 9:13
10:16 – 10:22
11:3 – 11:5
11:11 – 11:14
12:1 – 12:11
12:13 – 12:16
13:8 – 13:10
14:13 – 14:16
16:9 – 16:10
16:16 – 16:17
20:5 – 22:9
23:20 – 24:2
26:20 – 27:4
27:10 – 27:13

27:20 – 28:12
31:19 – 31:22
32:4 – 32:7
32:19 – 33:13
34:1 – 34:9
35:4 – 35:11
36:13 – 36:17
37:11 – 37:20
38:7 – 38:11
39:1 – 39:19
42:7 – 42:9
43:21 – 44:3
45:11 – 45:15
47:8 – 47:18
49:1 – 49:11
49:17 – 50:7
50:11 – 50:15
50:22 – 51:10
51:15 – 52:7
53:17 – 53:19
56:12 – 57:9
58:17 – 59:5
64:17 – 64:20
65:2 – 65:11
65:20 – 66:6
67:3 – 67:10
70:11 – 70:14
71:19 – 72:2
73:12 – 73:17
74:11 – 74:12
74:22 – 75:3
75:5 – 75:8
75:10 – 75:14
75:18 – 75:20
77:7 – 78:4
78:7 – 789
78:13 – 79:3
79:18 – 80:10
88:2 – 88:9

(5)     Louis Holder (June 12, 2007)

7:15
9:22 – 10:9
10:15 – 11:23
13:10 – 14:18

9

14:25 – 15:2
15:8 – 15:11
20:6 – 20:8
20:14 – 20:16
20:20 – 20:24
21:2 – 21:6
22:13 – 23:6
23:15 – 23:18
24:10 – 24:12
24:22 – 24:25
25:6 – 25:22
26:4 – 26:25
27:4 – 27:11
28:22 – 28:24
30:24 – 31:2
31:8 – 33:3
33:8 – 35:19
36:23 – 37:14
37:21 – 37:24
38:5 – 38:16
38:19 – 39:11
40:11 – 40:20
41:1 – 41:8
41:13 – 42:8
42:13 – 45:12
45:18 – 45:21
46:1 – 46:3
46:7
46:15 – 46:17
46:20
46:23 – 46:25
47:2
47:14 – 51:22
52:7 – 53:9
53:15 – 53:25
54:6 – 54:14
54:18 – 54:22
55:4– 55:21
56:2 – 56:7
56:14 – 56:22
56:25 – 57:3
60:2 – 60:5
66:23 – 67:1
67:4
67:22 – 67:25
69:22 – 70:7

2577073v1

70:22 – 71:7
71:10 – 71:20
72:12 – 72:19
73:3 – 73:6
73:8
74:15 – 75:12
75:16 – 75:17
76:5 – 76:9
76:12 – 76:15
77:14 – 78:2
78:9 – 78:13
78:23 – 79:7
79:19 – 79:23
80:6 – 80:12
80:23 – 81:4
82:8 – 82:11
82:20 – 82:24
83:6
83:18 – 83:21
84:3 – 84:6
84:8 – 84:11
84:13 – 84:24
85:22 – 85:24
86:1 – 86:17
91:21 – 92:16
93:6 – 93:9
93:14 – 94:8
94:15 – 94:17
97:16 – 97:21
98:7 – 98:9
98:20 – 99:2
99:9 – 99:12
99:14 – 99:22
100:11 – 100:12
100:14
100:16 – 100:17
100:23 – 100:25
101:2 – 101:18
101:25
102:16 – 102:17
103:3 – 103:7
104:3 – 104:21
105:4 – 105:5
105:8 – 105:13
107:17 – 107:21
108:2 – 109:16

11

109:22 – 109:23
115:1 – 115:17
116:4 – 116:6
116:8
116:17 – 116:20

(6)     Louis A. Mamakos (April 24, 2007)

10:6 – 10:21
13:13 – 13:17
14:1 – 14:9
18:20 – 19:8
19:20 – 19:21
20:10 – 20:16
25:18 – 25:22
26:7 – 26:11
26:14 – 26:17
27:3 – 27:7
27:16 – 28:15
30:8 – 30:11
30:16 – 31:12
32:14 – 32:21
33:12 – 33:13
35:8 – 36:3
36:17 – 37:6
39:2 – 39:5
39:17 – 39:22
40:7 – 40:10
41:6 – 41:13
43:16 – 44:4
44:18 – 44:21
45:19 – 45:22
46:5 – 46:16
53:7 – 54:2
4:7 – 54:10
55:5 – 55:17
55:22 – 56:13
56:16 – 56:17
59:20 – 60:7
61:4 – 61:8
61:17 – 62:1
63:10 – 63:12
63:15 – 63:20
64:1 – 65:3
66:21 – 67:6
69:19 – 70:4

2577073v1

70:11 – 71:1
78:2 – 78:5
78:8 – 78:14
78:17 – 79:1
80:1 – 80:18
81:11 – 82:7
82:13 – 82:22
83:3 – 83:11
84:10 – 84:20
85:2 – 85:13
90:7 – 90:10
91:1 – 91:12
92:14 – 93:9
93:14 – 94:2
96:2 – 96:6
96:9 – 96:10
96:17 – 97:1
97:4 – 97:6
100:2 – 100:12
103:5 – 103:11
106:5 – 106:7
108:4 – 108:16
108:21 – 109:2
114:1 – 114:11
117:14 – 117:17
117:22 – 118:2
118:5
118:11 – 118:13
118:20 – 119:1
119:3 – 119:11
120:5 – 120:19
120:22 – 121:12
121:15 – 121:19
123:16 – 123:19
123:22 – 124:2
124:20 – 125:5
125:10 – 125:18
125:21 – 125:22
128:5 – 128:9
128:12 – 129:2
129:19 – 129:20
130:1 – 130:13
11:21 – 132:6
132:14 – 132:19
146:5 – 146:20
157:5 – 157:13

13

158:18 – 159:11
159:20 – 160:7
165:22 – 166:8
166:18 – 166:20
167:1 – 167:6
167:9 – 167:15
167:19 – 168:7
168:18 – 169:4
169:7 – 170:3
179:15 – 179:17
180:1 – 180:5
182:8 – 182:10
182:19 – 183:4
186:20 – 187:10
198:6 – 200:8
200:11 – 201:10
201:15 – 204:12
204:22 – 206:8
206:11 – 207:7

(7)     Jose Martinez (April 5, 2007)

6:17 – 7:1
9:1 – 9:6
9:16 – 10:1
11:13 – 11:14
11:17 – 11:19
12:11 – 13:15
13:18 – 14:4
14:7 – 14:21
25:12 – 26:1
26:4 – 26:15
27:12 – 27:13
27:16 – 27:19
27:22 – 28:5
30:9 – 30:15
34:8 – 34:13
34:16 – 34:17
35:2 – 35:3
35:6 – 35:10
35:13 – 35:18
35:21 – 36:4
37:3 – 37:5
37:8 – 37:10
38:10 – 38:12
38:15 – 39:3

14

39:6 – 39:10
39:13 – 39:17
39:20 – 39:22
40:3 – 40:6
40:10 – 40:15
40:21 – 40:22
41:3 – 41:5
41:13 – 41:19
41:22 – 42:4
42:7 – 42:9
43:1
43:5 – 43:11
43:21
44:2 – 44:8
44:18 – 44:19
45:3 – 45:9
45:14 – 45:16
45:19 – 45:20
46:21 – 47:1
47:4 – 47:9
47:12
48:11 – 48:13
48:16
50:2 – 50:4
50:7 – 50:10
52:1 – 52:3
52:6
53:9 – 53:11
53:14
54:1 – 54:2
54:5 – 54:9
54:12 – 54:15
54:18 – 54:22
55:3 – 55:9
55:12 – 55:14
55:17 – 56:3
56:6
58:20 – 59:1
59:8 – 59:12
59:15 – 59:16
62:9 – 62:17
62:20 – 62:21
63:12 – 63:13
63:16 – 63:17
64:7 – 64:11
64:14 – 64:18

2577073v1

65:5 – 65:10
66:7 – 66:10
66:13 – 66:15
68:1 – 68:2
68:5 – 68:9
68:13 – 68:20
76:7 – 76:8
76:12 – 76:13
77:6 – 77:7
77:21 – 78:1
78:5 – 78:8
79:3 – 79:5
79:8
80:12 – 80:15
80:18 – 80:20
82:18 – 82:21
83:2 – 83:11
83:13 – 83:14
85:14 – 85:17
85:20
97:1 – 97:4
97:7 – 97:13
97:22 – 98:2
98:5 – 98:7
99:16 – 99:18
100:3 – 100:4
100:8
100:11
103:2 – 103:3
103:15 – 103:19
103:22
104:8 – 104:16
104:19 – 105:8
105:20 – 105:21
106:2 – 106:5
106:8
108:8 – 108:10
108:13
111:20 – 112:4
112:7 – 112:11
112:14
115:16 – 115:17
116:3 – 116:4
118:17 – 118:22
119:13 – 120:5
120:21 – 121:1

16

123:20 – 123:22
124:6 – 124:7
124:22 – 125:1
125:4 – 125:5
125:11 – 125:16
125:20 – 125:22
126:5 – 126:6
126:9
127:16 – 127:17
127:20 – 128:4
128:8 – 128:12
128:15 – 128:18
133:3 – 133:5
133:9
133:20 – 133:22
134:3 – 134:7
134:10 – 134:13
134:16 – 134:21
135:22 – 136:2
136:5 – 136:10
136:13 – 136:16
136:19 – 136:21
137:11 – 137:12
137:15 – 137:19
140:4 – 140:6
140:9 – 140:14
140:17 – 140:21
142:10 – 142:11
143:12 – 143:14
143:17 – 143:20
144:1 – 144:8
144:11 – 144:15
150:11 – 150:13
150:16 – 150:21
152:4 – 152:9
152:12
152:21 – 153:1
153:4 – 153:12
153:15
154:3 – 154:7
154:10 – 154:14
154:17 – 154:21
155:18 – 155:19
155:22
156:11 – 156:12
156:15

17

157:1 – 157:3
157:6 – 157:11
157:14 – 157:18
157:21 – 157:22
158:18 – 158:19
159:3
160:19 – 160:21
161:2 – 161:5
162:11 – 162:14
162:17 – 163:2
163:6 – 163:11
163:14 – 163:19
164:9 – 164:11
164:14 – 164:20
165:5 – 165:9
165:12 – 165:14
167:7 – 167:8
167:11 – 167:15
167:18 – 167:19
176:8 – 176:10
176:13 – 177:2
177:5 – 177:10
177:18
182:3 – 182:6
182:14 – 182:15
182:18 – 183:4
185:7 – 185:9
185:12 – 185:16
185:19 – 186:6
186:9 – 186:14
186:17 – 186:21
187:2 – 187:7
187:10 – 187:15
187:18
188:6 – 188:9
188:16 -188:18
189:4 – 189:9
189:12 – 189:17
189:20
190:7 – 190:8
190:11
191:5 – 191:7
191:10 – 191:15
191:18 – 191:21
192:2
199:2 – 199:3

199:6 – 199:9
199:12 – 199:16
199:19 – 199:22
200:3
219:13 – 219:14
219:17 – 220:5
220:8 – 220:10
221:16 – 221:17
222:4 – 222:8
222:11 – 222:14
222:17 – 222:22
223:3 – 223:12
223:15 – 224:9
224:12 – 224:21
225:2

(8)     Peter Miron (November 8, 2006)

8:19 – 8:22
9:9 – 9:20
10:1 – 10:6
10:18 – 11:4
11:11 – 11:16
14:3 – 14:21
18:5 – 18:14
20:17 – 20:20
21:8 – 21:12
22:5 – 22:15
22:19 – 23:2
25:17 – 25:22
26:1 – 26:6
27:19 – 28:1
30:3 – 30:10
42:4 – 42:8
43:8 – 43:19
45:5 – 45:10
60:16 – 60:17
61:2 – 61:9
62:14 – 62:17
62:20 – 62:22
79:6 – 79:7
79:10- 79:15
86:6 – 86:18
101:9 – 101:10
101:13 – 101:15
101:21

19

102:2 – 102:9
102:15 – 102:17
103:3 – 103:12
104:10 – 104:13
106:9 – 106:15
108:3 – 108:18
109:5 – 109:18
114:1 – 114:6
115:18 – 116:7
116:11 – 116:13
117:20 – 118:13
119:3 – 119:12
119:19 – 120:10

(9)    Edward Mulligan (April 11, 2007)

10:8 – 10:10
10:22 – 11:4
30:18 – 30:22
38:2 – 38:6
38:9 – 38:16
41:17 – 42:5
57:12 – 58:8
58:13 – 59:3
59:13 – 59:21
60:22 – 61:16
62:3 – 62:12
63:15 – 64:10
64:12 – 64:18
74:20 – 74:22
74:2 – 74:4
77:13 – 79:14
79:18 – 79:19
80:8 – 80:11
80:20 – 82:16
83:1 – 84:20
85:3 – 85:16
86:6 – 86:8
88:18 – 89:12
90:1 – 91:4
93:8 – 93:14
94:10 – 94:22
95:8 – 95:11
95:20 – 96:15
97:12 – 99:11
101:3 – 101:5

20

101:9 – 102:16
105:16 – 105:21
112:13 – 113:4
114:4 – 114:13
114:15 – 116:2
116:22 – 117:19
118:7 – 119:14
123:16 – 123:22
126:5 – 127:3
137:22 – 138:6
175:5 – 175:17
176:2 – 176:16
177:1 – 177:6
178:10 – 178:17
179:12 – 179:13
180:8 – 181:18
183:10 – 183:15
183:22 – 184:16
184:19 – 185:6
185:8 – 186:10
186:14 – 187:22
188:19 – 188:20
188:22 – 189:9
189:11 – 190:4
190:6 – 190:11
190:18 – 190:21
191:1 – 191:6
191:13 – 191:15
191:17 – 191:18

(10)    John Rego (November 16, 2006)

10:2 – 10:5
10:9 – 10:14
10:19 – 11:1
15:5 – 15:11
16:5 – 16:9
16:14 – 16:17
17:10 – 17:14
18:11 – 19:17
36:21 – 37:19
40:5 – 40:14
40:20 – 41:12
41:17 – 42:15
44:2 – 44:6
66:16 – 68:9

21

68:17 – 69:17
77:19 – 78:8
78:17 – 79:11
79:16 – 80:13
81:2 – 82:6
100:16 – 102:11
103:2 – 107:6
107:14- 107:17
108:3 – 108:8
108:17 – 109:13
110:17 – 112:3
112:21 – 113:5
113:11
115:3 – 116:13
118:8 – 118:17
118:21 – 119:12
119:20 – 120:2
120:7 – 120:14
121:13 – 121:21
144:3 – 144:8
144:11 – 144:15
148:7 – 149:16
152:5 – 152:8
160:16 – 163:16
166:12 – 170:18
173:7 – 173:17
179:12 – 180:6
201:9 – 201:10
202:6 – 202:13
205:18 – 207:21
208:4 – 209:7
209:11 – 210:1
210:6 – 211:4
242:3 – 242:20
254:3 – 254:20
255:4 – 255:11
255:17 – 256:8
257:9 – 257:16
291:10 – 292:7

(11)    Daniel Smires (April 5, 2007)

7:18 – 7:20
8:19 – 9:1
14:9 – 14:14
14:19 – 4:22

22

15:11 – 15:14
17:17 – 18:6
18:22 – 19:1
19:5 – 19:12
19:16
20:1 – 20:7
20:22 – 21:4
23:3 – 23:8
23:12 – 23:14
23:18
24:4 – 24:5
24:7
27:5 – 27:13
29:5 – 29:7
30:1 – 30:2
30:4
30:16 – 30:18
47:13 – 47:15
47:18 – 47:19
49:10 – 49:15

(12)    Michael Tribolet (May 22, 2007)

7:18 – 8:5
9:22 – 10:18
25:2 – 25:6
27:19 – 30:1
32:5 – 32:15
33:15 – 34:1
35:16 – 35:20
42:18 – 42:20
78:13 – 78:18
79:5 – 79:7
79:9 – 79:10
88:3 – 89:2
103:15 – 104:7
104:12 – 104:13
105:21 – 106:14
106:16 – 107:3
107:17 – 107:19
108:4 – 109:1
110:1 – 110:17
112:15 – 113:11
113:16 – 113:20
114:3 – 114:5

23

118:2 – 118:14
119:8 – 119:9
119:11 – 120:1
121:12 – 121:18
122:9 – 122:20
125:1 – 125:7
126:13 – 127:2
129:6 – 129:9
131:11 – 131:12
132:19 – 133:9
133:13 – 133:20
142:8 – 142:17
181:6 – 181:8
182:2 – 182:9
187:9 – 187:13
188:18 – 192:2

(13)    David Wu (March 20, 2007)

8:10 – 8:12
8:24 – 9:5
13:10 – 13:13
13:20 – 13:22
37:21 – 38:3
40:4 – 40:16
41:10 – 41:16
51:18 – 52:4
52:7
52:25 – 53:11
53:14 – 53:24
54:5 – 54:10
68:18 – 68:23
69:7 – 69:16
71:17 – 71:25
72:5 – 72:6
75:16 – 75:20
77:7 – 77:18
78:3 – 78:24
79:2 – 79:5
80:8 – 80:13
80:18 – 82:15
83:18 – 84:6
85:3 – 85:17
97:15 – 97:16
98:4 – 98:15
102:4 – 102:6

24

104:5 – 104:13
104:24 – 104:25
105:3 – 105:17
105:23 – 106:24
122:17 – 122:19
123:7 – 123:9
123:14 – 123:16
125:4 – 125:8
130:25 – 131:1
131:12 – 131:17
133:1 – 133:16
147:4 – 147:6
147:25 – 148:3
149:13 – 150:6
165:6 – 165:9
169:19 – 170:24
171:19 – 172:13

(14)    Scott Bradner (Verizon v. Vonage, January 13, 2007, Rough Draft)

62:15 – 62:21
211:14 – 211:15
239:20 – 239:21
263:6 – 266:6
334:18 – 337:4
369:4 – 369:18

(15)    Jeffrey Citron (Verizon v. Vonage, December 22, 2006, Rough Draft)

25:13 – 25:22
26:1 – 29:22
33:9 – 34:9
35:9 – 36:16
39:6 – 36:21
44:19 – 46:10
46:16 – 50:13
56:16 – 57:21
58:12 – 60:4
64:4 – 64:7
80:16 – 81:7
84:21 – 85:18
87:17 – 89:1
89:19 – 92:22
93:6 – 94:6
96:16 – 99:16
103:10 – 105:2

106:17 – 107:1
114:7 – 114:18
117:1 – 117:6
119:3 – 120:13
121:4 – 122:12
124:13 – 128:1
129:17 – 130:5
131:8 – 131:15
166:18 – 167:3
168:4 – 171:2
171:12 – 171:18
174:9 – 175:1
176:1 – 177:11
177:22 – 178:14
179:12 – 180:5
180:11 – 181:1
181:13 – 184:13
185:7 – 185:11
186:13 – 189:4
190:16 – 194:8
198:3 – 201:6
201:15 – 203:18
204:1 – 204:21
208:20 – 210:11
213:4 – 213:10
215:1 – 215:10
216:1 – 216:14
217:19 – 219:22
220:2 – 220:7
220:16 – 225:6
226:2 – 226:15
228:7 – 230:1
232:7 – 233:17
234:9 – 234:20
235:8 – 237:9
237:21 – 238:5
239:3 – 240:21
241:22 – 243:1
243:10 – 243:20
244:4 – 244:10
244:22 – 245:16
246:12 – 248:9

(16)  Glenn Eisen (Verizon v. Vonage, October 27, 2006, Rough Draft)
20:6 – 21:6
24:3 – 25:15

26

29:5 – 30:8
30:13 – 32:15
34:13 – 36:11
53:17 – 53:22
55:5 – 56:22
79:17 – 80:5
84:11 – 86:20
118:18 – 119:5
119:10 – 121:6
122:5 – 123:22
133:6 – 135:8
137:15 – 138:4
139:16 – 140:10
156:1 – 158:7
160:11 – 161:15
163:18 – 164:14

(17)    John C. Jarosz (Verizon v. Vonage Trial Transcript, March 5, 2007, Rough Draft)

1387:11 – 1387:13
1387:19 – 1387:21
1388:6 – 1388:24
1390:23 – 1391:11
1393:4 – 1393:9
1394:14 – 1394:19
1403:12 – 1403:17
1405:13 – 1405:20
1409:12 – 1409:21
1416:6 – 1416:15
1416:20 – 1417:22
1423:13 – 1424:11
1469:24 – 1470:8

(18)    Louis Mamakos (Verizon v. Vonage, December 13, 2006, Rough Draft)
20:14 – 21:4
25:9 – 25:17
26:4 – 29:22
35:12 – 37:20
38:10 – 38:17
39:13 – 39:19
65:12 – 72:17
79:21 – 81:7
81:13 – 82:16
82:20 – 83:19
277:11 – 279:10

27

(19)    Jose Martinez (Verizon v. Vonage, November 6, 2006, Rough Draft)
195:17 – 196:19

(20)    Peter Miron (Verizon v. Vonage, October 20, 2006, Rough Draft)
51:4 – 53:3
200:21 – 202:8
205:6 – 205:10

(21)    Edward Mulligan (Verizon v. Vonage, November 7, 2006, Rough Draft)
15:2 – 16:15
30:20 – 32:16
33:17 – 34:18
36:13 – 38:14
39:2 – 40:1
41:9 – 41:10
42:16 – 43:19
45:16 – 46:14
98:15 – 100:14
109:1 – 111:2
114:17 – 114:22
159:14 – 161:5
162:15 – 166:1

(22)    Benedict J. Occhiogrosso (Verizon v. Vonage, January 17, 2007, Rough Draft)

138:7 – 139:20

(23)    John Rego  (Verizon v. Vonage, Vol 1, November 2, 2006, Rough Draft)

25:1 – 38:12
40:13 – 41:11
44:7 – 45:21
50:21 – 53:8
124:13 – 125:2
194:11 – 195:2
236:9 – 238:13
271:16 – 272:19
289:1 – 289:21
298:9 – 299:1
301:16 – 301:21
307:12 – 310:22
314:19 – 318:11

(24)    John Rego  (Verizon v. Vonage, Vol 2, December 13, 2006, Rough Draft)

28

45:14 – 46:2
83:13 – 84:2
103:17 – 107:16
114:9 – 114:12
114:18 – 116:2
117:5 – 119:15
149:12 – 149:22
157:17 – 158:16
159:16 – 159:21
165:1 – 167:4
168:14 – 173:17
205:4 – 205:14
206:4 – 206:21
212:18 – 212:19
213:14 – 214:7

(25)   David Wu (Verizon v. Vonage, December 14, 2006, Rough Draft)
171:6 – 171:17
172:6 – 172:22
173:3 – 173:7


Dated:  August 15, 2007

Respectfully Submitted,


 /s/ Adam P. Seitz

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar. No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of August, 2007, a copy of  PLAINTIFF SPRINT

COMMUNICATIONS COMPANY L.P.'S DESIGNATION OF DEPOSITION TESTIMONY

was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.