IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____
SPRINT COMMUNICATIONS COMPANY L.P.,   )
                                      )
        Plaintiff,                    )
                                      )   Case No.  05-2433-JWL
        v.                            )
                                      )
VONAGE HOLDINGS CORP. and             )
VONAGE AMERICA, INC.,                 )
                                      )
        Defendants.                   )
_____)


**VONAGE AMERICA, INC. AND VONAGE HOLDINGS CORP.'S MOTION *IN LIMINE*
TO PRECLUDE SPRINT'S PRE-LITIGATION LETTERS FROM EVIDENCE**

Defendants Vonage Holdings Corporation and Vonage America, Inc. (collectively, "Vonage"), move the Court *in limine* to preclude Plaintiff Sprint Communications Company L.P. ("Sprint") from referencing at trial, or offering into evidence letters Sprint sent to Vonage and other providers of Voice-over-Internet Protocol telephony systems, prior to filing this suit, or any testimony or reference thereto, under Federal Rules of Evidence 401-403.

In support of this Motion, Vonage relies on the points and authorities in the accompanying Memorandum of Law.

Respectfully submitted,

August 17, 2007

BARBER EMERSON, L.C.
By:  s/ Terrence J. Campbell
Terrence J. Campbell - 18377
  tcampbell@barberemerson.com
Catherine C. Theisen - 22360
  ctheisen@barberemerson.com
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600

2

(785) 843-8405 Facsimile

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants Vonage America, Inc.
and Vonage Holdings Corp.*

2

**CERTIFICATE OF SERVICE**

I hereby certify on August 17, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion *in Limine* and supporting papers was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

　　　　　　　　　　　　　　　　　　　　　_/s/ Lauren DeBruicker__

**Error! Unknown document property name.**