# Exhibit 1

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

July 13, 2004

VIA CERTIFIED MAIL

Jeffrey A. Citron
Chairman and CEO
Vonage
2147 Route 27
Edison, New Jersey 08817

Dear Mr. Citron:

McDermott Will & Emery LLP represents Sprint Communications Company ("Sprint") in the licensing and enforcement of a significant portfolio of patents relevant to Voice Over Packet ("VoP") systems and related technology. Claims in these patents read on various configurations of voice over internet protocol systems and associated softswitch configurations. Because Vonage has created network architectures by using combinations of equipment from different suppliers, we believes that some of these patents may be of particular interest to Vonage.

Enclosed is a CD containing .pdf files of forty-three representative Sprint U.S. patents in this field. These patents to fundamental and pioneering VoP technology were filed with the U.S. Patent and Trademark Office as early as 1994. The complete portfolio includes issued and pending patents in approximately twenty countries, including additional pending applications in the United States. Sprint is willing to grant a non-exclusive license under these and other patents in its portfolio under mutually acceptable terms, and to meet and discuss an arrangement that would be appropriate for Vonage.

So that we may initiate these discussions, we would appreciate the opportunity to further introduce these patents to you at a meeting at your facilities on August 18, 2004. If that date is

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

<hr/>

Jeffrey A. Chtson
July 13, 2004
Page 2

not convenient for you, please provide alternative dates. So that we may make arrangements, please confirm your availability by July 30, 2004.

Sincerely,

Raphael V. Lupo /BEt

RVL/am
Enclosure

WDC99 917715-1.045456.0034