# Exhibit 3

**Shook, Hardy & Bacon** L.L.P.
www.shb.com

November 12, 2004

B. Trent Webb

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2320 DD
816.421.5547 Fax
bwebb@shb.com

<u>**SENT VIA FEDERAL EXPRESS**</u>

Mr. Jeffrey Citron
Chairman and Chief Executive Officer
Vonage Holdings Corp.
2147 Route 27
Edison, New Jersey 08817

Re: Sprint Communications Company - VoP Patent Issues
    Our File No. SPRI.116441

Dear Mr. Citron:

I sent a letter to you on August 19, 2004 inquiring about your willingness to participate in a meeting to discuss our concerns about the potential impact of Sprint's Voice Over Packet ("VoP") patent portfolio on the combinations of equipment and network architectures used by Vonage. I received no response to this letter. Previously, on July 13, 2004, you were sent a letter from McDermott Will & Emory also requesting a meeting on behalf of Sprint. Vonage also did not reply to this letter. My client, Sprint, was hopeful that Sprint and Vonage could engage in meaningful discussions about these issues but your lack of response to repeated inquiries on Sprint's behalf has made this impossible.

Therefore, please let this correspondence serve as our formal request for a detailed explanation as to why you believe the combinations of equipment and network architectures used by Vonage do not fall within the scope of the claims of Sprint's VoP patents.

Please provide this information to me no later than the close of business on November 19, 2004.

Please let me know if you have any questions.

Sincerely,

*[signature]*
B. Trent Webb

BTW:td

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1501177v1