# Exhibit 4

Dockets.Justia.com



May 9, 2005

John E. Gibson

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2444 DD
816.421.5547 Fax
jgibson@shb.com

Mr. Jeffrey Citron
Chairman and Chief Executive Officer
Vonage Holdings Corp.
2147 Route 27
Edison, New Jersey 08817

Re:  Sprint Communications Company – VoP Patent Issues
     Our File No. SPRI.116441

Dear Mr. Citron:

Mr. Trent Webb of Shook, Hardy & Bacon sent letters to you on November 12, 2004 and on August 19, 2004 inquiring about your willingness to meet to discuss our concerns about the potential impact of Sprint's voice over packet ("VoP") patent portfolio on the combinations of equipment and network architectures used by Vonage. Prior to that, you were sent a letter dated July 13, 2004 from McDermott, Will & Emery, making a similar request. To date, we have received no response from you or anyone else on behalf of Vonage. We remain convinced that discussions regarding Sprint's VoP patent portfolio will be of mutual benefit to both Vonage and Sprint. Accordingly, please contact us at your earliest convenience regarding this matter. Do not hesitate to contact us should you have any questions.

Very truly yours,

John E. Gibson

John E. Gibson

JEG:bkl

Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1646630v1

SPCC.001160