# EXHIBIT 5



**Shook, Hardy & Bacon** L.L.P.
www.shb.com

July 15, 2005

B. Trent Webb

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2320 DD
816.421.5547 Fax
bwebb@shb.com

**SENT VIA FEDERAL EXPRESS**

Mr. Jeffrey Citron
Chairman and Chief Executive Officer
Vonage Holdings Corp.
2147 Route 27
Edison, New Jersey 08817

Re:  Sprint Communications Company - VoP Patent Issues
     Our File No. SPRL116441

Dear Mr. Citron:

As you know, my firm represents Sprint Communications Company in connection with its intellectual property matters. Over the past year, I have sent you several letters bringing to your attention a portfolio of patents owned by Sprint relating to voice-over-packet ("VOP") technology. I have requested that you evaluate this portfolio carefully and then contact me so that we can set up a meeting to discuss a mutually beneficial licensing arrangement between Sprint Communications Company and Vonage. Despite my numerous letters to you, I have received no response to our offer to negotiate a license under this portfolio.

Sprint remains open to discussing a license with Vonage under its VOP portfolio. This is a serious issue. I would ask that you give it your immediate attention and call me at your earliest convenience so that we can set up a meeting to discuss this further.

Sincerely,

B. Trent Webb

BTW:sjb

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1708054v1

SPCC.001169