# EXHIBIT 6

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

July 13, 2004

VIA CERTIFIED MAIL

Edward Cespedes, President
Voiceglo
110 E. Broward Blvd., 11th Floor
Fort Lauderdale, Florida 33301

Dear Mr. Cespedes:

McDermott Will & Emery LLP represents Sprint Communications Company ("Sprint") in the licensing and enforcement of a significant portfolio of patents relevant to Voice Over Packet ("VoP") systems and related technology. Claims in these patents read on various configurations of voice over internet protocol systems and associated softswitch configurations. Because Voiceglo has created network architectures by using combinations of equipment from different suppliers, we believes that some of these patents may be of particular interest to Voiceglo.

Enclosed is a CD containing .pdf files of forty-three representative Sprint U.S. patents in this field. These patents to fundamental and pioneering VoP technology were filed with the U.S. Patent and Trademark Office as early as 1994. The complete portfolio includes issued and pending patents in approximately twenty countries, including additional pending applications in the United States. Sprint is willing to grant a non-exclusive license under these and other patents in its portfolio under mutually acceptable terms, and to meet and discuss an arrangement that would be appropriate for Voiceglo.

So that we may initiate these discussions, we would appreciate the opportunity to further introduce these patents to you at a meeting at your facilities on August 24, 2004. If that date is

U.S. practice conducted through McDermott Will & Emery LLP.
600 Thirteenth Street, N.W. Washington, D.C. 20005-3096 Telephone: 202.756.8000 Facsimile: 202.756.8087 www.mwe.com

SPCC.001149

Edward Cespedes, President
July 13, 2004
Page 2

not convenient for you, please provide alternative dates. So that we may make arrangements, please confirm your availability by July 30, 2004.

Sincerely,

*[signature: R.V. Supo /BEF]*

Raphael V. Lupo

RVL/am
Enclosure
WDC99 945404-1.045456.0037

SPCC.001150

**Shook, Hardy & Bacon** L.L.P.
www.shb.com

August 19, 2004

B. Trent Webb

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2320 DD
816.421.5547 Fax
bwebb@shb.com

BY FEDERAL EXPRESS

Edward Cespedes
President
Voiceglo
110 E. Broward Blvd., 11th Floor
Fort Lauderdale, Florida 33301

Re: Sprint Communications Company - VoP Patent Issues

Dear Mr. Cespedes:

You were advised by letter dated July 13, 2004 of a portfolio of Sprint patents relating to Voice Over Packet ("VoP") systems and associated technology. You were provided a CD with that letter containing .pdf files of forty-three representative Sprint patents. You were asked to confirm by July 30, 2004 your availability for a meeting to discuss a possible licensing arrangement under these patents and additional pending patent applications relating to this technology. Sprint has not received a response to its letter. Accordingly, we find it necessary to again bring Sprint's patents to your attention and emphasize the seriousness of this matter.

We remain concerned that these patents may be applicable to Voiceglo because of the breadth and depth of the portfolio. We believe it is necessary for us to enter into discussions to address the relevance of many patent claims to the combinations of equipment and other aspects of network architectures we believe may be used by Voiceglo. The purpose of Sprint's July 13 letter and this correspondence is to initiate a discourse through which our concerns might be addressed. If Voiceglo believes these patents are not applicable, Voiceglo will have the opportunity to explain the basis for its belief by providing us information regarding Voiceglo's network architectures. To facilitate discussions, Sprint would be willing to enter into a confidentiality agreement to protect the proprietary information of both Voiceglo and Sprint. Sprint's concerns will remain unresolved unless and until you agree to enter into these discussions.

We are hopeful that you will agree to meet to discuss the relevance of Sprint's VoP patent portfolio to your current and future business operations and to explore the possibility of entering into a licensing agreement under this portfolio. Please let us know if Voiceglo is interested in such discussions. We would like to begin these discussions as soon as possible. We would appreciate the courtesy of a reply on or before September 1, 2004.

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1488653v1

SPCC.001154

**Shook, Hardy & Bacon L.L.P.**
www.shb.com

Edward Cespedes
August 19, 2004
Page 2

In the interim, I encourage you to contact us if you have any questions or comments about the Sprint portfolio or this matter in general. Thank you for your prompt attention to this important matter. We look forward to hearing from you soon.

Very truly yours,

B. Trent Webb

BTW:sjb

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1488653v1

SPCC.001155