# EXHIBIT 7

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

July 13, 2004

VIA CERTIFIED MAIL

Mr. Shimmy Zimels
President and CEO
Deltathree, Inc.
75 Broad Street
New York, New York 10004

Dear Mr. Zimels:

McDermott Will & Emery LLP represents Sprint Communications Company ("Sprint") in the licensing and enforcement of a significant portfolio of patents relevant to Voice Over Packet ("VoP") systems and related technology. Claims in these patents read on various configurations of voice over internet protocol systems and associated softswitch configurations. Because Deltathree, Inc. (through its "iConnectHere" division) has created network architectures by using combinations of equipment from different suppliers, we believes that some of these patents may be of particular interest to Deltathree, Inc.

Enclosed is a CD containing .pdf files of forty-three representative Sprint U.S. patents in this field. These patents to fundamental and pioneering VoP technology were filed with the U.S. Patent and Trademark Office as early as 1994. The complete portfolio includes issued and pending patents in approximately twenty countries, including additional pending applications in the United States. Sprint is willing to grant a non-exclusive license under these and other patents in its portfolio under mutually acceptable terms, and to meet and discuss an arrangement that would be appropriate for Deltathree, Inc.

So that we may initiate these discussions, we would appreciate the opportunity to further introduce these patents to you at a meeting at your facilities on August 27, 2004. If that date is

U.S. practice conducted through McDermott Will & Emery LLP.
600 Thirteenth Street, N.W. Washington, D.C. 20005-3096  Telephone: 202.756.8000  Facsimile: 202.756.8087  www.mwe.com

CONFIDENTIAL

SHB-009-01-00221

Mr. Shimmy Zimels
July 13, 2004
Page 2

not convenient for you, please provide alternative dates. So that we may make arrangements, please confirm your availability by July 30, 2004.

Sincerely,

*[signature: R.V. Super /REF]*

Raphael V. Lupo

RVL/am
Enclosure
WDC99 945583-1.045456.0035

CONFIDENTIAL

SHB-009-01-00222

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

July 13, 2004

VIA CERTIFIED MAIL

Broadvox Corp.
1228 Euclid Avenue
Suite 390
Cleveland, Ohio 44113

Dear Sir/Madam:

McDermott Will & Emery LLP represents Sprint Communications Company ("Sprint") in the licensing and enforcement of a significant portfolio of patents relevant to Voice Over Packet ("VoP") systems and related technology. Claims in these patents read on various configurations of voice over internet protocol systems and associated softswitch configurations. Because Broadvox Corp. has created network architectures by using combinations of equipment from different suppliers, we believes that some of these patents may be of particular interest to Broadvox Corp.

Enclosed is a CD containing .pdf files of forty-three representative Sprint U.S. patents in this field. These patents to fundamental and pioneering VoP technology were filed with the U.S. Patent and Trademark Office as early as 1994. The complete portfolio includes issued and pending patents in approximately twenty countries, including additional pending applications in the United States. Sprint is willing to grant a non-exclusive license under these and other patents in its portfolio under mutually acceptable terms, and to meet and discuss an arrangement that would be appropriate for Broadvox Corp.

So that we may initiate these discussions, we would appreciate the opportunity to further introduce these patents to you at a meeting at your facilities on September 3, 2004. If that date is

U.S. practice conducted through McDermott Will & Emery LLP.
600 Thirteenth Street, N.W. Washington, D.C. 20005-3096 Telephone: 202.756.8000 Facsimile: 202.756.8087 www.mwe.com

CONFIDENTIAL

Broadvox Corp.
July 13, 2004
Page 2

not convenient for you, please provide alternative dates. So that we may make arrangements, please confirm your availability by July 30, 2004.

Sincerely,

R.V. Lupo /BEF
Raphael V. Lupo

RVL/am
Enclosure

WDC99 945404-1.045456.0032

CONFIDENTIAL

SHB-009-01-00216

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

July 13, 2004

VIA CERTIFIED MAIL

Craig Walker
Chief Executive Officer
Dialpad Communications, Inc.
430 N. McCarthy Boulevard
Milpitas, California 95035

Dear Mr. Walker:

McDermott Will & Emery LLP represents Sprint Communications Company ("Sprint") in the licensing and enforcement of a significant portfolio of patents relevant to Voice Over Packet ("VoP") systems and related technology. Claims in these patents read on various configurations of voice over internet protocol systems and associated softswitch configurations. Because Dialpad Communications, Inc. has created network architectures by using combinations of equipment from different suppliers, we believes that some of these patents may be of particular interest to Dialpad.

Enclosed is a CD containing .pdf files of forty-three representative Sprint U.S. patents in this field. These patents to fundamental and pioneering VoP technology were filed with the U.S. Patent and Trademark Office as early as 1994. The complete portfolio includes issued and pending patents in approximately twenty countries, including additional pending applications in the United States. Sprint is willing to grant a non-exclusive license under these and other patents in its portfolio under mutually acceptable terms, and to meet and discuss an arrangement that would be appropriate for Dialpad.

So that we may initiate these discussions, we would appreciate the opportunity to further introduce these patents to you at a meeting at your facilities on August 31, 2004. If that date is

U.S. practice conducted through McDermott Will & Emery LLP.
600 Thirteenth Street, N.W. Washington, D.C. 20005-3096 Telephone: 202.756.8000 Facsimile: 202.756.8087 www.mwe.com

CONFIDENTIAL                                                                 SHB-009-01-00217

Craig Walker
July 13, 2004
Page 2

not convenient for you, please provide alternative dates. So that we may make arrangements, please confirm your availability by July 30, 2004.

Sincerely,

*[signature: R.V. Lupo / BEF]*

Raphael V. Lupo

RVL/arn
Enclosure
WDC99 945589-1.045456.0033

CONFIDENTIAL

SHB-009-01-00218