# EXHIBIT 8

Shook,
Hardy &
Bacon L.L.P.

www.shb.com

October 13, 2004

B. Trent Webb

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2320 DD
816.421.5547 Fax
bwebb@shb.com

SENT VIA FACSIMILE - (202) 639-7008

Timothy D. Casey, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505

Re: Sprint Voice-Over-Packet Patent Portfolio
    Our File No. SPRI.116444

Dear Mr. Casey:

This responds to your letter to me dated September 15, 2004. You are correct in your assumption that my firm represents Sprint in connection with this matter. Future correspondence and communications should be directed to me.

In your letter you express concern about the number of Sprint patents provided to you and the necessary effort required by you to review the patents with sufficient care to advise your client. You have declined to provide us with any explanation as to whether you believe the patents are applicable to your client or its business. You have rejected my client's offer to enter into a confidentiality agreement to protect any legitimate proprietary information revealed to us by your client. Finally, you have refused to engage in any license negotiations with my client.

As you know, Sprint has many patents directed to telecommunications equipment, systems and processes. You were provided only a small subset of Sprint's portfolio that relate to voice over packet technology including, without limitation, the utilization of voice over packet technology adapted to interface with the public switched telephone network. You have asked that for the convenience of you and your client, we further limit the number of patents for you to consider. Exemplary patents associated with this technology include, without limitation or prejudice, U.S. Patent Nos. 5,825,780, 6,185,219, 6,343,084, 6,452,932, 6,463,052, 6,473,429, and 6,643,282. The patents provided to your client were carefully selected as being highly relevant to Voiceglo, which we understand operates and/or utilizes voice over packet technology that interfaces with the public switched telephone network. Be advised that Sprint has numerous pending applications relating to this technology and new patents continue to issue that also may be applicable to your client's operations. The number of patents relevant to your client is now in excess of forty-three.

We continue to believe it is in your client's best interest to meet with us to discuss a meaningful and mutually beneficial licensing relationship. We urge you to reconsider

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1519211v1

SPCC.001161



Timothy D. Casey, Esq.
October 13, 2004
Page 2

    We continue to believe it is in your client's best interest to meet with us to discuss a meaningful and mutually beneficial licensing relationship. We urge you to reconsider your position and agree to meet with us to discuss these matters in person. We would ask that you and your client provide to us a firm date for such a meeting so that we may move toward a resolution of these issues.

    Please call me if you have any questions.

Sincerely,

B. Trent Webb

BTW:sjb

Geneva
Houston
Kansas City
London
Miami
New Orleans
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

1519211v1

SPCC.001162