# EXHIBIT 9

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

PATRICK D. MCPHERSON
DIRECT DIAL: 202.776.5214
E-MAIL: pdmcpherson@duanemorris.com

www.duanemorris.com

FAXED
9-30-05

September 30, 2005

VIA FACSIMILE
VIA REGULAR MAIL

B. Trent Webb, Esquire
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Re:   Sprint Communications Company- VoP Patent Issues
      Your File No. SPRI.116441
      Our File No. Y2108-00003

Dear Mr. Webb:

I am one of Mr. Schechter's partners practicing in the area of intellectual property. We are currently reviewing the files you provided to Mr. Schechter with your letter dated July 20, 2005. In order to facilitate our review, we would ask that you identify any of the forty three patents that you would consider as being particularly relevant to our client's business.

We look forward to hearing from you.

Very truly yours,

Patrick D. McPherson

PDM/sd

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608   PHONE: 202.776.7800   FAX: 202.776.7801
WSH\145387.1