# EXHIBIT B

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

February 13, 2007

**VIA EMAIL**

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
Our Reference: Y2108-00079
Your Reference: SPRI.116441

Dear Adam,

We are writing is in response to your letter dated February 9, 2007, regarding my letter of February 8 concerning Vonage's willfulness contentions. In response to your request, Vonage states the following:

1) Vonage is not asserting a written opinion of counsel as a defense to Sprint's allegations of willful infringement.

2) Vonage is not asserting any defense to Sprint's allegations of willful infringement that would involve a waiver of the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity.

We hope that this letter finally resolves this issue. If you have any questions, or would like to discuss this further, please do not hesitate to contact me.

Very truly yours,

Donald R. McPhail

DRM/ego

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608          PHONE: 202.776.7800   FAX: 202.776.7801