# EXHIBIT C

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

DONALD R. MCPHAIL
DIRECT DIAL: 202.776.7894
E-MAIL: drmcphail@duanemorris.com

www.duanemorris.com

February 8, 2007

**VIA EMAIL**

Adam P. Seitz
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

Re: *Sprint Communications Company L.P. v. Vonage Holdings Corp. and Vonage America, Inc.*, Case No. 05-2433-JWL
Our Reference: Y2108-00079
Your Reference: SPRI.116441

Dear Adam,

We are writing is in response to your letter dated February 7, 2007, regarding my letter of the same date concerning Vonage's willfulness contentions.

In your letter, you contend that Vonage has asserted an "advice of counsel defense" but is unwilling to state that it has waived privilege in association with this defense. Your contention, however, only continues to perpetuate an on-going error on Sprint's part – at no time has Vonage ever asserted an advice of counsel defense to Sprint's allegations of willful infringement, either in my January 17 letter or in any other communication.

Rather, Vonage has consistently asserted that there cannot possible be an issue of willful infringement in this case because Vonage does not infringe any Sprint patent, either literally or under the doctrine of equivalents. Vonage has not asserted any "advice of counsel defense" in this action, and so your repeated demands that Vonage affirmatively waive any claim of privilege associated therewith is simply irrelevant.

We hope that this letter finally resolves this issue. If you have any questions, or would like to discuss this further, please do not hesitate to contact me.

Very truly yours,

*/s/*

Donald R. McPhail

DRM/ego

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700   WASHINGTON, D.C. 20006-1608       PHONE: 202.776.7800   FAX: 202.776.7801