IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____
                                                      )
SPRINT COMMUNICATIONS COMPANY, L.P., )
                                                      )
                       Plaintiff,  )
                                                      ) Case No. 05-2433-JWL
         v.                                   )
                                                      )
VONAGE HOLDINGS CORP. AND )
VONAGE AMERICA, INC.,  )
                    Defendants.  )
_____)

**DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S WITNESS LIST**

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage") respectfully submit the following list of witnesses pursuant to the Court's Pretrial Order (Doc. 207).

(1)    Albert Duree

Mr. DuRee will be called at trial. Mr. DuRee is expected to testify on projects underlying the inventions disclosed and/or claimed in the asserted patents.

(2)    Allyn Strickland, Ph.D.

Dr. Strickland will be called as an expert witness at trial. He will be expected to testify as to the damages issues arising from the patent infringement claims of plaintiff Sprint Communications Company L.P. ("Sprint") against Vonage.

(3)    Frank Koperda

Mr. Koperda will be called as an expert witness at trial. He is expected to testify about matters including, but not limited to, the invalidity issues arising from Sprint's asserted patents and the asserted claims thereof.

(4)     Joel Halpern

Mr. Halpern will be called as an expert witness at trial. He is expected to testify about matters including, but not limited to, the Vonage VoIP telephony systems and the non-infringement, literally and under the doctrine of equivalents, of Sprint's asserted patents and the asserted claims thereof.

(5)     John Rego

Mr. Rego will be called as a witness at trial. He is expected to testify about matters including, but not limited to, the sales, marketing and financial activities relating to the Vonage VoIP telephony systems. Mr. Rego is also expected to testify regarding issues relating to willfulness, including Vonages policies with respect to Vonage's receipt of letters regarding intellectual property as well as customer acquisition and retention.

(6)     Louis Holder

Mr. Holder will be called as a witness at trial. He is expected to testify about matters including, but not limited to, the design, development, operation and launching of the Vonage VoIP telephony systems and prototypes. Mr. Holder is also expected to testify about sales, marketing and financial activities relating to Vonage and its VoIP telephony systems. Mr. Holder is also expected to testify regarding issues relating to willfulness, including Vonage's policies with respect to Vonage's receipt of letters regarding intellectual property as well as customer acquisition and retention.

(7)     Peter Miron

Mr. Miron will be called as a witness at trial. He is expected to testify about matters including, but not limited to, the design and operation of the Vonage VoIP telephony systems.

(8)     Raymond Spitzer

Mr. Spitzer will be called as a witness at trial. He is expected to testify about matters including, but not limited to, projects underlying the inventions disclosed and/or claimed in the asserted patents.

(9)     Rohan Dwarkha

Mr. Dwarkha will be called as a witness at trial. He is expected to testify about matters including, but not limited to, the design and operation of the Vonage VoIP telephony systems.

(10)    William Wiley

Mr. Wiley will be called as a witness at trial. He is expected to testify about matters including, but not limited to, projects underlying the inventions disclosed and/or claimed in the asserted patents.

(11)    Chakrapani Gorrepati

Mr. Gorrepati may be called as a witness at trial.  He is expected to testify about matters including but not limited to, the design and operation of the Vonage VoIP telephony systems.

(12)    Daniel Smires

Mr. Smires may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, the operation of the Vonage VoIP telephony systems.

(13)    David Wu

Mr. Wu may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, Vonage sales, marketing and product development.

(14)    Edward Mulligan

Mr. Mulligan may be called as a witness at trial.  He is expected to testify about financial issues relating to the projects underlying the inventions disclosed and/or claimed in the asserted patents matters including but not limited to, Vonage sales marketing activities and carrier operations.

(15)    Glen Eisen

Mr. Eisen may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, Vonage sales and marketing activities.

(16)    Harley Ball

Mr. Ball may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, the development, licensing, and patent prosecution of Sprint's asserted patents; prototypes made by or on behalf of Plaintiff's efforts to develop products under Sprint's asserted patents; license and agreements relating thereto; products made and sold by third parties under Sprint's asserted patents.

(17)    Jim Patterson

Mr. Patterson may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, Sprint's business operations, financial issues and competition issues.

(18)    John Garcia

Mr. Garcia may be called as a witness at trial.  He is expected to testify about Sprint's business operations.

(19)     Jose Martinez

Mr. Martinez may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, the design and operation of the Vonage VoIP telephony systems.

(20)     Louis Mamakos

Mr. Mamakos may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, the design and operation of the Vonage VoIP telephony systems.

(21)     Manu Bahl

Mr. Bahl may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, the projects underlying the inventions disclosed and/or claimed in the asserted patents and prototypes made by or on behalf of Plaintiff's efforts to develop products under Sprint's asserted patents.

(22)     Martin Kaplan

Mr. Kaplan may be called as a witness at trial.  He is expected to testify about projects underlying the inventions disclosed and/or claimed in asserted patents.

(23)     Masoud Kamali

Mr. Kamali may be called as a witness at trial.  He is expected to testify about projects underlying the inventions disclosed and/or claimed in asserted patents.

(24)     Michael Cordes

Mr. Cordes may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, Sprint's business operations, financial issues and competitive issues.

(25)     Michael Gardner

Mr. Gardner may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, issues relating to the projects underlying the inventions disclosed and/or claimed in the asserted patents.

(26)     Michael Setter

Mr. Setter may be called as a witness at trial.  He is expected to testify about matters including, but not limited to, the development, licensing, and patent prosecution of Sprint's asserted patents, prototypes made by or on behalf of Plaintiff's efforts to develop products under Sprint's asserted patents, licenses, contracts and agreements relating thereto; and products made and sold by third parties under Sprint's asserted patents.

Vonage reserves the right to call any witness identified on Sprint's witness list, and any individuals that Vonage may call as rebuttal witnesses at trial. Vonage may call any witness necessary to establish authenticity or foundation for any document or testimony used, or sought to be used, at trial. Vonage also reserves the right to designate additional witnesses.

August 17, 2007                    Respectfully submitted,

                                          _s/ Terrence J. Campbell_
Terrence J. Campbell - 18377
Catherine C. Theisen - 22360
BARBER EMERSON, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile
tcampbell@barberemerson.com
ctheisen@barberemerson.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

ATTORNEYS FOR DEFENDANTS/COUNTERCLAIM PLAINTIFFS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify on August 17, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Witness List was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

 s/ Terrence J. Campbell
Attorney for Defendants