# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-2433-JWL |
| VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC., | ) |
| Defendants. | ) |

## DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S EXHIBIT LIST

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), respectfully submit the following list of exhibits that may be offered at trial during Vonage's case in chief. The following list does not include all demonstrative exhibits or exhibits to be offered by Vonage for purposes of impeachment, rebuttal, or cross-examination.

Vonage will provide notebooks of exhibits that Vonage expects it will offer at trial in accordance with the Court's Pretrial Order. See Doc. 207. Vonage reserves the right to supplement this list, including in the event Plaintiff produces additional documents or things before trial and following additional depositions, if any, of Plaintiff's designated trial witnesses and witnesses designated pursuant to Federal Rule of Civil Procedure 30(b)(6).

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1001. | DuRee Deposition Ex. 2 - Patent Application for Architecture #2  KAM01482 |  |  |  |  |
| 1002. | Duree Deposition Ex. 3- Excerpts of BB-IN Strategic Plan |  |  |  |  |

- 1 -

Dockets.Justia.com

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1003. | Duree Deposition Ex. 4 - 5-15-92  Sprint SCP/DINA Platform Design Statement KAM00120 | | | | |
| 1004. | Duree Deposition Ex. 5 - 10-15-93 "Intelligent Hybrid Network Architecture" SPRp-01-029-0001- | | | | |
| 1005. | Duree Deposition Ex. 6 - 6-27-94  Sprint Broadband -  Intelligent Network Prototype Project Authorization  K4963000  (SPRp-01-029-00075 through SPRp-01-00104) | | | | |
| 1006. | Duree Deposition Ex. 7 - 9-29-95 CCM Phase I Architecture III Requirements  (SPRp-007-01-00466) | | | | |
| 1007. | Duree Deposition Ex. 8 - 11-08-97  JCS2000 CP/CPCS-AVM Extended LAB Trial  SPRe-008-01-06853 | | | | |
| 1008. | Duree Deposition Ex. 9 - 11-18-96   JCS2000 Software Service Architecture  SPRe-004-01-06269 | | | | |
| 1009. | Duree Deposition Ex. 10 - 1-22-98   JCS2000 Bonanza Project Release 1.2 High Level Architecture  SPRe-001-01-146051 | | | | |
| 1010. | Duree Deposition Ex. 11 - 1998 The Evolution of JCS2000  SPRe-002-01-07840 | | | | |
| 1011. | Ball Deposition Ex. 2 - 11-22-06 Vonage's Third Notice of 30(b)(6) Deposition | | | | |
| 1012. | Ball Deposition Ex. 3 - 6-2-98 Sprint and Cisco Memo of Understanding SPRp-012-01-00280 - SPRp-012-01-00296 | | | | |
| 1013. | Ball Deposition Ex. 4 - 6-2-98 MOU (SPRp-012-01-00280-SPRp-012-01-00296 | | | | |
| 1014. | Ball Deposition Ex. 5 - 12-14-98 Sprint and Cisco Master Purchase Agreement SPRe-012-01-00897 | | | | |
| 1015. | Ball Deposition Ex. 6 - 12-17-98 Sprint and Cisco Alliance Agreement SPRe-012-01-00792 through SPRe-012-01-00848 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1016. | Ball Deposition Ex. 7 - 7-20-05 Article: "Sprint Deployment of End-to End Cisco IP Next-Generation Network Enables 'Triple Play' Service Offerings to Enterprise Customers Worldwide | | | | |
| 1017. | Ball Deposition Ex. 8 - 7-11-05 Article: "Cisco, Sprint Extend Alliance" | | | | |
| 1018. | Ball Deposition Ex. 9 - 12-17-98 Sprint/Cisco License Agreement (SPRp-012-01-00237 - SPRp-012-01-00254) | | | | |
| 1019. | Ball Deposition Ex. 10 - 12-17-98 Sprint/Cisco JCS2000 Statement of Work  (SPRe-012-01-01026) | | | | |
| 1020. | Ball Deposition Ex. 11 - 4-20-00 Sprint/Cisco Agreement  (SPRe-012-01-00787 - SPRe-01-00791) | | | | |
| 1021. | Ball Deposition Ex. 12 - 5-14-99 Sprint Presentation: "Non-ION Voice Services Platform Alternative Analysis" (SPRe-006-01-04611) | | | | |
| 1022. | Ball Deposition Ex. 13 - 9-24-99 Sprint Presentation "Circuit Switching Analysis Update" SPRe-006-01-04727 | | | | |
| 1023. | Ball Deposition Ex. 14 - 3-11-02 Article: "Cisco Introduces New SIP-enabled Voice over IP Solutions | | | | |
| 1024. | Patterson Deposition Ex. 2 - 7-02 LookSmart Article:  VoIP ain't easy  Reality Check panelists say - For Starters - Voice over IP | | | | |
| 1025. | Patterson Deposition Ex. 3 - 10-17-05 Sprint - D1848 Integrated IP Trunking Architecture Blueprint Version 1.2  (SPRe-001-01-100899-900) | | | | |
| 1026. | McGrory Deposition Ex.1 - Undated List of Contracts (SPRe-002-01-00188-889) | | | | |
| 1027. | McGrory Deposition Ex. 2 - 1-14-00 JCS2000 Financial Status (SPRe-002-01-06544) | | | | |
| 1028. | McGrory Deposition Ex. 3 - 11-28-94 Anonymix Agreement (SPRp-002-01-00759-775) | | | | |
| 1029. | McGrory Deposition Ex. 4 - 2-16-97 Amendment to KEMM Contract | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1030. | McGrory Deposition Ex. 5 - 2-16-97 Services Agreement Between Sprint Communications Company L.P. and KEMM Consulting, Inc. | | | | |
| 1031. | McGrory Deposition Ex. 6 - JCS2000 Design Document for the 0.2 Development Phase March 31, 1997 | | | | |
| 1032. | McGrory Deposition Ex. 7 - 4-27-95 CCM Detailed Design Revision 0.1 | | | | |
| 1033. | McGrory Deposition Ex. 8 - 9-19-95 BBIN-KEMM-IPDN-10D Masoud Karnali | | | | |
| 1034. | McGrory Deposition Ex. 9 - Network Architecture Alternatives for CCM Masoud Kamali & Mohsen Emami | | | | |
| 1035. | McGrory Deposition Ex. 10 - 4-17-95 Multiprocessor  Multiboard System for CCM | | | | |
| 1036. | Kaplan Deposition Ex. 3 - Bonanza Program Bi-Weekly Status Report for the two weeks ending: June 19, 1997  SPRp-017-01-00117-144) | | | | |
| 1037. | Kaplan Deposition Ex. 5 - ION Alliance Definitive Agreements Executive Status Report As of September, 1998  (SPRp-012-01-01173) | | | | |
| 1038. | Cordes Deposition Ex. 16 - 3-25-05 Vonage:  The Broadband Phone Company PowerPoint (VON_019045-80) | | | | |
| 1039. | Cordes Deposition Ex. 2 - 3-31-99 Email from Cordes to BBOSD (SPRe-002-01-05569-70) | | | | |
| 1040. | Cordes Deposition Ex.  3 - 4-26-99 Sprint/Cisco Executive Conference Call Meeting Minutes | | | | |
| 1041. | Cordes Deposition Ex. 4 - 1-14-99 JCS2000 Shut Down Plans (SPRe-004-01-00012-19) | | | | |
| 1042. | Cordes Deposition Ex. 5 - 1-11-99 Operational Concept Description for JCS2000 SPRe-008-01-07682 | | | | |
| 1043. | Cordes Ex. 6 - Detailed Requirements Statement Overview BBOSD-REQ-0042-04 (SPRe-008-01-02707-754) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 1044. | Cordes Deposition Ex 7 - 7-29-99 Email from Ginger Chase to Cordes (SPRe-002-01-02408-12) | | | | |
| 1045. | Cordes Deposition Ex. 8 - 7-15-99 Cisco Systems Proposal for JCS2000 Direct Access Lines (SPRp-004-01-00445-88) | | | | |
| 1046. | Cordes Deposition Ex. 9 - 9-24-99  Circuit Switching Analysis Update (SPRp-002-01-00718-40) | | | | |
| 1047. | Gardner Deposition Ex. 3 - 9-22-99 Sprint/Cisco Management Status Conference Call Notice (SPRe-002-01-00474) | | | | |
| 1048. | Gardner Deposition Ex. 4 - 9-29-95 CCM Phase I Architecture III Requirements (SPRp-007-01-00466-67) | | | | |
| 1049. | Setter Deposition Ex. 6 - Updated Sprint Presentation – How Does Connection Control Work (SPRp-01-029-00056-66) | | | | |
| 1050. | Setter Deposition Ex. 11 - 6-4-97 Bonanza Project Detailed Requirements Statement Overview (SPRe-001-01-106771-812) | | | | |
| 1051. | Setter Deposition Ex. 8 - 1999 Presentation: Bonanza Security  SPRe-002-01-02530-562) | | | | |
| 1052. | Setter Deposition Ex. 9 - 7-15-98  JCS2000 Systems Engineering Notebook for Project Bonanza SPRp-007-01-00294-465) | | | | |
| 1053. | Setter Deposition Ex. 10 - 6-96 Sprint ATM Voice-Band Multiplexer Technical Specification (SPRe-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-93) | | | | |
| 1054. | Setter Deposition Ex. 12 - 11-8-97 Sprint JCS2000 CP/CPCS- AVM Extended LAB Trial (SPRe-008-01-06853-876) | | | | |
| 1055. | Setter Deposition Ex. 13 - 10-9-98 Sprint JCS2000 Glossary of Telecommunications Terms (SPRe-008-01-06956-7142) | | | | |
| 1056. | Sims Deposition Ex. 5 - 4-23-07  Answer.com Printout – Advanced Fibre Communications, Inc. | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 1057. | Sims Deposition Ex. 9 - 4-28-97 Kansas City Business Journal Article | | | | |
| 1058. | Sims Deposition Ex. 3-13-06 Wholesale Master Services Agreement (SPRe-025-01-00009-SPRe-025-01-00074) | | | | |
| 1059. | Wicker Deposition Ex. 11 - 3-25-04 Wicker Declaration in Foundry Networks v. Nortel Networks Case | | | | |
| 1060. | Nelson Deposition Ex. 1 - 1-19-99 Sprint/Cisco JCS Statement of Team Roster SPRe-012-01-01023-66) | | | | |
| 1061. | Nelson Deposition Ex. 2 -1998 The Evolution of JCS 2000 SPRe-002-01-07840-54) | | | | |
| 1062. | Spitzer Deposition Ex. 1 - Undated  Spitzer hand drawn sketch of CAF | | | | |
| 1063. | Spitzer Deposition Ex. 2 - 7-12-00 Research and Experimentation 1999 Tax Credit Study – INS (SPRp-026-01-00584-606) | | | | |
| 1064. | Spitzer Deposition Ex. 3 - 6-12-00 Research and Experimentation 1999 Tax Credit Study – Primatek (SPRp-026-01-00726-46) | | | | |
| 1065. | Spritzer Deposition Ex. 4 - 9-29-95 Appendix G to CCM Requirements MUX Specifications SPRp-007-01-00726-51) | | | | |
| 1066. | Spritzer Deposition Ex. 5 - 08-95 Technical Specification for ATM Voice-Band Multiplexer (AVM) SPRe-027-01-00005-47) | | | | |
| 1067. | Dwarkha Deposition Ex. 6 3-29-05 Vonage – Diagram: How to Get Dial Tone  VON_096685-6 | | | | |
| 1068. | 2-28-07 Halpern Report Ex. C - Call Trace Inbound Call (VON_695938-695945)) | | | | |
| 1069. | 2-28-07 Halpern Report Ex. D - Call Trace Outbound at Media Gateway (VON_695946-695982) | | | | |
| 1070. | 2-28-07 Halpern Report Ex. E - Call Trace Outbound at Outbound Proxy (VON_29521-29527) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1071. | U.S. Patent application No. 08/238,605 and File History | | | | |
| 1072. | U.S. Patent Application No. 08/562,206 | | | | |
| 1073. | 4-24-97 Cisco Master Purchase Agreement CIS0332-525 | | | | |
| 1074. | 12-01 Sprint Alliance Agreement SPRe-012-01-01229 | | | | |
| 1075. | 7-29-05 Sprint/Cisco Amended and Restated Alliance Agreement SPRe-012-01-01256 | | | | |
| 1076. | RTP Relay Capacity VON_688164 | | | | |
| 1077. | Equipment Inventory Document VON_685735 | | | | |
| 1078. | 3-31-07 Vonage 2007 10-Q | | | | |
| 1079. | net2phone Timeline, web.net2phone.com/about/company/timeline.asp | | | | |
| 1080. | *Vonage® Provides SIP-based VoIP Services to pulver.com*, Vonage Press Release, July 23, 2001 | | | | |
| 1081. | *Vonage Announces the Next Generation of Broadband Phone Service With the Most Popular Features and Unlimited Calling for One Flat Rate of $39.99*, Vonage Press Release, March 20, 2002 | | | | |
| 1082. | *Cisco Introduces New SIP-enabled Voice over IP Solutions*, Cisco News Release, March 11, 2002 | | | | |
| 1083. | *Vonage Completes $12 MM in Initial Financing*, Vonage Press Release, May 2, 2001 | | | | |
| 1084. | *Vonage Holdings Corp. Reports Second Quarter and Full Year 2006 Results*, Vonage Press Release, August 1, 2006 | | | | |
| 1085. | *Vonage Announces Pricing Of Its Initial Public Offering of Common Stock*, Vonage Press Release, May 23, 2006 | | | | |
| 1086. | "Cisco Systems Named Overall Leader in Packet Voice, VoIP," Cisco News Release, December 11, 2001 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1087. | "In-Stat Reports 7.9% of U.S. Households Now Use a VoIP Telephone Service, Up From 6.5% at the End of Q2," In-Stat Press Release, December 20, 2006 | | | | |
| 1088. | "Time Warner Cable reaches VoIP deals," cnetnews.com, December 15, 2003 | | | | |
| 1089. | "VoIP providers face price war," cnetnews.com, November 4, 2003 | | | | |
| 1090. | "Internet Telephone Quality Still Lags, Survey Says," PCWorld, July 12, 2005 | | | | |
| 1091. | "More Home Users Call on VoIP Phones," PCWorld, July 24, 2006 | | | | |
| 1092. | "Sprint scraps high-tech plan: Company lost edge on phone switches, officials say," The Kansas City Star, November 25, 1999 | | | | |
| 1093. | "Sprint Drops ION, Suspends MMDS Fixed Wireless Deployments," Converge! Network Digest, October 18, 2001 | | | | |
| 1094. | "A blow to convergence," Telephonyonline, June 18, 2001 | | | | |
| 1095. | "Is VoIP ready for prime time?," cnetnews.com, August 5, 2003 | | | | |
| 1096. | "Guide to Cisco Systems' VoIP Infrastructure Solution for SIP," Version 1.0, 2000 | | | | |
| 1097. | "Angels steer clear of last year's disappointing tech investments," San Francisco Business Times, September 28, 2001 | | | | |
| 1098. | Infringement Assertion Letters  SHB-009-01-00204-219 | | | | |
| 1099. | Standard & Poor's Industry Survey: Telecommunications - Wireline, February 8, 2007 | | | | |
| 1100. | Standard & Poor's Industry Survey: Telecommunications – Wireline, March 22, 2007 | | | | |
| 1101. | 2002-2007 Vonage Awards, www.vonage.com/corporate/press_awards.php | | | | |
| 1102. | CNET Editors' Choice February 2006 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 1103. | "Battle of the Bundles: Packaging of Services to Accentuate Two-wire Dominance" Legg Mason June 2002 | | | | |
| 1104. | 3-13-01 Bernstein Research Call Report on Domestic Telecom SPRp-023-01-00045 | | | | |
| 1105. | Vonage "Digitalvoice" Report Principia Capital Group VON_532373 | | | | |
| 1106. | "Sending the Right Signals: Promoting Competition Through Telecommunications Reform" A Report to the US Chamber of Commerce, September 22, 2004 | | | | |
| 1107. | "Telecommunications Sector, Bruised and Battered, Looks to a Brighter Future" FDIC: Bank Trends, June 2002 | | | | |
| 1108. | Sprint 2001 Annual Report and 10-K | | | | |
| 1109. | Holder Deposition Ex. 16 - 12-31-00 Selected Financial Data VON_572709 | | | | |
| 1110. | Citron Deposition Ex. 3 - 11-14-06 Vonage's Form S-1 | | | | |
| 1111. | Citron Deposition Ex. 6 - Undated Vonage Financials and Business Overview VON_571965 | | | | |
| 1112. | Wu Deposition Ex. 5 - 23-06 Vonage Prospectus | | | | |
| 1113. | 4-23-02 Vonage Corporate Presentation VON_280790-831 | | | | |
| 1114. | US Patent No. 4748658 | | | | |
| 1115. | US Patent No. 4991172 | | | | |
| 1116. | US Patent No. 5003584 | | | | |
| 1117. | US Patent No. 5115426 | | | | |
| 1118. | US Patent No. 5115427 | | | | |
| 1119. | US Patent No. 5204857 | | | | |
| 1120. | US Patent No. 5212789 | | | | |
| 1121. | US Patent No. 5327421 | | | | |
| 1122. | US Patent No. 5339318 | | | | |
| 1123. | US Patent No. 5345445 | | | | |
| 1124. | US Patent No. 5345446 | | | | |
| 1125. | US Patent No. 5363433 | | | | |
| 1126. | US Patent No. 5365524 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1127. | US Patent No. 5297147 | | | | |
| 1128. | US Patent No. 5373504 | | | | |
| 1129. | US Patent No. 5384771 | | | | |
| 1130. | US Patent No. 5392402 | | | | |
| 1131. | US Patent No. 5422882 | | | | |
| 1132. | US Patent No. 5425021 | | | | |
| 1133. | US Patent No. 5426636 | | | | |
| 1134. | US Patent No. 5428607 | | | | |
| 1135. | US Patent No. 5434852 | | | | |
| 1136. | US Patent No. 5440563 | | | | |
| 1137. | US Patent No. 5452296 | | | | |
| 1138. | US Patent No. 5452297 | | | | |
| 1139. | US Patent No. 5473677 | | | | |
| 1140. | US Patent No. 5473679 | | | | |
| 1141. | US Patent No. 5483522 | | | | |
| 1142. | US Patent No. 5483527 | | | | |
| 1143. | US Patent No. 5506844 | | | | |
| 1144. | US Patent No. 5509010 | | | | |
| 1145. | US Patent No. 5513178 | | | | |
| 1146. | US Patent No. 5539884 | | | | |
| 1147. | US Patent No. 5544163 | | | | |
| 1148. | US Patent No. 5563939 | | | | |
| 1149. | US Patent No. 5568475 | | | | |
| 1150. | US Patent No. 5600643 | | | | |
| 1151. | US Patent No. 5606553 | | | | |
| 1152. | US Patent No. 5673262 | | | | |
| 1153. | US Patent No. 5680390 | | | | |
| 1154. | US Patent No. 5825780 VON_865215-865648 | | | | |
| 1155. | US Patent No. 5926482 | | | | |
| 1156. | US Patent No. 5940393 | | | | |
| 1157. | US Patent No. 5991301 VON_866932-871657 | | | | |
| 1158. | US Patent No. 6067299 | | | | |
| 1159. | US Patent No. 6104718 VON_865649-866931 | | | | |
| 1160. | US Patent No. 6115380 VON_862764-864419 | | | | |
| 1161. | US Patent No. 6181703 VON_853676-862763 | | | | |
| 1162. | US Patent No. 6324179 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1163. | US Patent No. 6343084 VON_875143-877177 | | | | |
| 1164. | US Patent No. 6366586 VON_864420-865214 | | | | |
| 1165. | US Patent No. 6452928 VON_871658-875142 | | | | |
| 1166. | US Patent No. 6643282 VON_877178-878607 | | | | |
| 1167. | Japanese Patent No. 4100452A2 | | | | |
| 1168. | Japanese Patent No. 7170324A2 | | | | |
| 1169. | Japanese Patent No. 8242288A2 | | | | |
| 1170. | Japanese Patent No. 9172683A2 | | | | |
| 1171. | 11-4-00 Declaration of Gregory Milsteed for AU Patent No. 693883 | | | | |
| 1172. | 8-31-99 Declaration of Evelyn Swenson for AU Patent NO. 693883 | | | | |
| 1173. | 10-11-99 Declaration of Richard Vizard for AU Patent No. 693883 | | | | |
| 1174. | 1-2-02 Declaration of Michael Rumsewicz for AU Patent No. 693883 | | | | |
| 1175. | International Publication No. WO 94/28660 | | | | |
| 1176. | Sprint Market Profile Version 2007.1 April 2007 (SPRE-033-00270) | | | | |
| 1177. | Sprint Market Profile Version 2006.2 July 2006 (SPRE-033-00903) | | | | |
| 1178. | Sprint Market Profile Version 2006.3 December 2006 (SPRE-033-00247) | | | | |
| 1179. | Sprint Market Profile Version 2005.1 June 2005 (SPRE-033-00001) | | | | |
| 1180. | Sprint Market Profile Version 2005.2 December 2005 (SPRE-033-00646) | | | | |
| 1181. | Sprint Market Profile Version 2004.1 June 2004 (SPRE-033-00442) | | | | |
| 1182. | Sprint Market Profile Version 2004.2 December 2004 (SPRP-033-01720) | | | | |
| 1183. | Sprint Market Profile Version 2003.1 June 2003 (SPRP-033-01164) | | | | |
| 1184. | Sprint Market Profile Version 2003.2 December 2003 (SPRP-033-01340) | | | | |
| 1185. | Sprint Market Profile Version 2002.1 May 2002 (SPRP-033-03355) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1186. | Sprint Market Profile Version 2002.2 October 2002 (SPRP-033-00959) | | | | |
| 1187. | Sprint Market Profile Version 2001.1 March 2001 (SPRP-033-00529) | | | | |
| 1188. | Sprint Market Profile Version 2001.3 December 2001 (SPRP-033-00752) | | | | |
| 1189. | Sprint Market Profile Version 2000.1 May 2000 (SPRP-033-03131) | | | | |
| 1190. | Sprint Market Profile Version 2000.2 November 2000 (SPRP-033-00315) | | | | |
| 1191. | Sprint Market Profile Version 99.1 March 1999 (SPRP-033-00211) | | | | |
| 1192. | Sprint Market Profile Version 99.4 December 1999 (SPRP-033-02920) | | | | |
| 1193. | Sprint Market Profile Version 98.3 September 1998 (SPRP-033-00001) | | | | |
| 1194. | Sprint Market Profile Version 98.4 December 1998 (SPRP-033-00103) | | | | |
| 1195. | Sprint Market Profile Version 95.4 December 1995 (SPRP-033-02838) | | | | |
| 1196. | 02-07-06 Vonage's Response and Objections to Sprint's First Set of Interrogatories | | | | |
| 1197. | 12-29-06 Vonage's First Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1198. | 4-10-07 Vonage's Second Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1199. | 5-17-07 Vonage's Third Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1200. | 6-11-07 Vonage's Fourth Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1201. | 2-7-06 Vonage's Response and Objections to Sprint's Second Set of Interrogatories | | | | |
| 1202. | 8-7-06 Vonage's Response and Objections to Sprint's Third Set of Interrogatories | | | | |
| 1203. | 2-12-07 Vonage's Response to Sprint's Fourth Set of Interrogatories | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1204. | 2-7-06 Vonage' Response and Objections to Sprint's First Request for the Production of Documents and Things | | | | |
| 1205. | 9-6-06 Vonage's Response to Sprint's Second Request for Production of Documents and Things | | | | |
| 1206. | 2-12-07 Vonage's Response to Sprint's Third Request for Production of Documents and Things | | | | |
| 1207. | 4-11-07 Vonage's Response to Sprint's Fourth Request for Production of Documents and Things | | | | |
| 1208. | 3-20-06 Sprint's Response to Vonage's First Set of Interrogatories | | | | |
| 1209. | 2-5-07 Sprint's First Supplemental Response to Vonage's First Set of Interrogatories | | | | |
| 1210. | 4-3-07 Sprint's Second Supplemental Response to Vonage's First Set of Interrogatories | | | | |
| 1211. | 5-17-07 Sprint's Third Supplemental Response to Vonage's First Set of Interrogatories | | | | |
| 1212. | 3-29-07 Sprint's Response to Vonage's Second Set of Interrogatories | | | | |
| 1213. | 3-20-06 Sprint's Response to Vonage's First Request for Production of Documents and Things | | | | |
| 1214. | 2-12-07 Sprint's Response to Vonage's Second Request for Production of Documents and Things | | | | |
| 1215. | 2-14-07 Sprint's Response to Vonage's Third Request for Production of Documents and Things | | | | |
| 1216. | 5-14-07 Sprint's First Supplemental Response to Vonage's Third Request for Production of Documents and Things | | | | |
| 1217. | 7-02 Simulation Data Version 2.22 VON_210204 | | | | |
| 1218. | Simulation Data 2002-2007 VON_852292 | | | | |
| 1219. | Simulation Data 2003-2008 Version 3.02 VON_852116 | | | | |
| 1220. | 11-26-97 Sprint Presentation : Welcome to Bonanza SPRp-007-01-01020 | | | | |
| 1221. | 1-4-99 JCS2000 Expenditures SPRp-004-01-01495 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1222. | Cisco's Sprint support Proposal SPRp-004-01-01362 | | | | |
| 1223. | 5-15-07 Koperda Declaration to Vonage's Summary Judgment Motion | | | | |
| 1224. | 5-15-07 Halpern Declaration to Vonage's Summary Judgment Motion | | | | |
| 1225. | 10-30-06 Vonage's First Rule 30(b)(6) Notice of Deposition to Sprint | | | | |
| 1226. | 10-30-06 Sprint's Second Rule 30(b)(6) Notice of Deposition to Vonage | | | | |
| 1227. | 10-30-06 Sprint's Third Notice of Rule 30(b)(6) Deposition to Sprint | | | | |
| 1228. | 4-17-07 Vonage 10k | | | | |
| 1229. | 11-17-06 Declaration of Adam Seitz to Sprint's Memorandum in Opposition to Motion to Extend Deadlines | | | | |
| 1230. | 6-11-07 Wicker Declaration, Ex. A to Sprint's Motion for Summary Judgment | | | | |
| 1231. | One Minute Audio (VON-878608-885684) | | | | |
| 1232. | Sonus Inbound Call Flow (VON_885685-715) | | | | |
| 1233. | 06-23-98 Draft MOU between Cisco and Sprint (SPRP-028-01-00028) | | | | |
| 1234. | Undated Draft MOU between Cisco and Sprint (SPRP-028-01-00069) | | | | |
| 1235. | Patent Board Assessment (SPRe-034-00033-192) | | | | |
| 1236. | Setter's Notes and Drawings (SPRP-01-029-00024-33) | | | | |
| 1237. | 10-15-93 Intelligent Hybrid Network Architecture w/ Ball's Notes SPRp-01-029-00034-55) | | | | |
| 1238. | 7-23-01 Press Release: Vonage Provides SIP Based VoIP Services to pulver.com | | | | |
| 1239. | Strickland Deposition Ex. 1 - Undated Chart: Vonage Financing Chronology | | | | |
| 1240. | 5-02-01 Press Release: Vonage Completes 12MM Initial Financing | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1241. | Strickland Deposition Ex. 16 - 5-06-99 JC2000 Detailed Requirements Statement Overview SPRe-008-01-02707 | | | | |
| 1242. | Strickland Deposition Ex. 17 - 11-99 JCS2000 Presentation on Shutdown SPRp-016-01-00001-17 | | | | |
| 1243. | Strickland Deposition Ex. 18 - 3-13-06 Sprint/Antietam Cable TV Wholesale Master Services Agreement SPRe-025-01-00009 | | | | |
| 1244. | Strickland Deposition Ex. 19 - 1-10-07 Mark Lemley and Carl Shapiro, "Patent Hold-up and Royalty Stacking" (Draft) | | | | |
| 1245. | Strickland Deposition Ex. 20 - 4-18-07 WSJ Article: "Vonage Says Patent Lawsuits Can Lead to Bankruptcy" | | | | |
| 1246. | Israel Cidon *et al.*, *PARIS: An Approach to High - Speed Integrated Private Networks*, International Journal of Digital and Analog Cabled Systems vol. 1(2), pp.77-86 (1988). | | | | |
| 1247. | B. Awerbuch, I. Cidon, I. Gopal, M. Kaplan and S. Kutten, *Distributed Control for PARIS*, (Extended Abstract) Association for Computing Machinery, pp. 145-159(1990) | | | | |
| 1248. | I. Cidon and I. Gopal, *control Mechanisms for High-Speed Networks, in Conf. Record, IEEE Int. Conf. Comm.,1990 (ICC '90), pp. 259-263* | | | | |
| 1249. | I. Cidon, I Gopal, M. Kaplan and S. Kutten, D. Strickland, *Control Architecture for High-Speed Networks,* IEEE Transactions on Communication, vol. 43(5), pp. 1950-60 (1995) | | | | |
| 1250. | I. Cidon, I. Gopal and H. Heleis, *PARIS: an Approach to Integrated High-Speed Networks,* in Proc. IEEE Int. conf. Comm. (ICC '87) pp. 764-768 (1987) | | | | |
| 1251. | Halpern Deposition Ex. 10 - 1992 Stallings, William "ISDN and Broadband ISDN" | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1252. | Halpern Deposition Ex. 11 - 7-93 Heinanen, Juha "Multiprotocol Encapsulation over ATM Adaptation Layer 5 | | | | |
| 1253. | 6-4-99 Non-Ion Voice Services Platform Alternative Analysis (SprpP-002-01-00876-883) | | | | |
| 1254. | 6-4-99 Non-ION Voice Services Platform Alternative Analysis (SPRP-002-01-00876-83) | | | | |
| 1255. | Summary of Cisco Patent License (SPRp-012-01-00278-79) | | | | |
| 1256. | ION Lessons Learned (SPRp-012-01-01003-174) | | | | |
| 1257. | IBM Corp., High Speed Networking Technology An Introductory Survey 88 (1st ed. March 1992) (VON_PRI_012767-13120) | | | | |
| 1258. | Uyless D. Black, Voice Over IP 21-22 (2000) | | | | |
| 1259. | Roger L. Freeman, Reference Manual for Telecommunications Engineering (2d ed. 1994). | | | | |
| 1260. | Roger L. Freeman, Reference Manual for Telecommunications Engineering: Update (2d ed. 1995). | | | | |
| 1261. | Henry Sinnreich & Alan B. Johnston, Internet Communications Using SIP: Delivering VoIP and Multimedia Services with Session Initiation Protocol (2001) | | | | |
| 1262. | J.H. Saltzer, et al. End-to-End Arguments in System Design ACM TOCS, Vol. 2, No. 4, ACM, 277-288 (1984) | | | | |
| 1263. | Brian Carpenter and the Internet Architecture Board (IAB). RFC 1958: Architectural Principles of the Internet June 1996 | | | | |
| 1264. | Raif O. Onvural, Asynchronous Transfer Mode Networks: Performance Issues (2d ed. 1995) | | | | |
| 1265. | Henry Sinnreich & Alan B. Johnston, Internet Communications Using SIP: Delivering VoIP and Multimedia Services with Session Initiation Protocol (2d ed. 2006) | | | | |
| 1266. | JCS2000 and Fastbreak Architecture and Issues (SPRe-011-01-00336-41) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1267. | IBM International Technical Support Organization (ITSO), *Networking BroadBand Services (NBBS) Architecture Tutorial* (June 1995). | | | | |
| 1268. | IBM Redbooks, *International Technical Support Organization, Networking BroadBand Services (NBBS) Architectural Tutorial* (June 30, 1995) | | | | |
| 1269. | ATM Forum Trip Report (SPRe-011-01-00001-2) | | | | |
| 1270. | 8-5-99 Email from Myrick to Cordes (Spre-002-01-02288 | | | | |
| 1271. | 6-3-98 FastBreak & Bonanza Technology Approach (SPRe-011-01-00294-317) | | | | |
| 1272. | Citron Deposition Ex. 3 - 11-14-06 Vonage's Form S-1 | | | | |
| 1273. | Holder Deposition Ex. 1 - 9-08-06  Sprint's First 30(b)(6) Notice | | | | |
| 1274. | 10-4-05 Sprint's Complaint in Sprint v. Vonage Case No. 05-2433 | | | | |
| 1275. | 10-12-05 Sprint's Amended Complaint in Sprint v. Vonage Case No. 05-2433 | | | | |
| 1276. | 11-3-05 Vonage's Answer and Counterclaim to Amended Complaint in Sprint v. Vonage Case No. 05-2433 | | | | |
| 1277. | Holder Deposition Ex. 11 - 1-31-02 Cisco/Vonage Beta Test Agreement  (CIS0013) | | | | |
| 1278. | Holder Deposition Ex. 12 - 10-17-03 Cisco/Vonage Master Beta Test Agreement (CIS0006) | | | | |
| 1279. | Holder Deposition Ex. 16 - 12-31-00  Selected Financial Data  (VON_572709) | | | | |
| 1280. | 11-08-06  Sprint's Fourth 30(b)(6) Notice | | | | |
| 1281. | Rego Deposition Ex. 4 - 08-21-06  Vonage Holdings' Form S-1 | | | | |
| 1282. | Rego Deposition Ex. 12 - Undated   Summary Financial Information  (VON_019388) | | | | |
| 1283. | Spitzer Deposition Ex. 1 - Undated   Spitzer hand drawn sketch of CAF | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 1284. | Spitzer Deposition Ex. 2 - 7-12-00 Research and Experimentation 1999 Tax Credit Study – INS (SPRp-026-01-00584) | | | | |
| 1285. | Spitzer Deposition Ex. 3 - 6-12-00 Research and Experimentation 1999 Tax Credit Study – Primatek (SPRp-026-01-00726) | | | | |
| 1286. | Spitzer Deposition Ex. 4 - 9-29-95 Appendix G to CCM Requirements MUX Specifications | | | | |
| 1287. | Spitzer Deposition Ex. 5 - 08-95      Technical Specification for ATM Voice-Band Multiplexer (AVM) | | | | |
| 1288. | Miron Deposition Ex. 4 - 10-03-05  Vonage Call Processing – SIP 101  (VON_012447-501) | | | | |
| 1289. | Miron Deposition Ex. 5 - 10-03-05  Vonage Call Processing – SIP 101 (VON_012447a-501a) | | | | |
| 1290. | Citron Deposition Ex. 4 Vonage Timeline | | | | |
| 1291. | Citron Deposition Ex. 5 Vonage Provides SIP-based VoIP Services to pulver.com, Vonage Press Release July 23, 2001 | | | | |
| 1292. | Citron Deposition Ex. 6 - Undated Vonage Document Containing Financials and Business Overview (VON_571965-2006) | | | | |
| 1293. | Citron Ex. 7 - Selected Financial Data July 2002 to December 2002 (VON_572709-14) | | | | |
| 1294. | Citron Deposition Ex. 8 - 5-18-05 Board of Director's Meeting VON_018837 | | | | |
| 1295. | Citron Ex. 10 - Computer List of Patents | | | | |
| 1296. | Citron Deposition Ex. 11 - 8-19-04 Letter to Citron from Trent Webb | | | | |
| 1297. | Citron Deposition Ex. 12 - 11-12-04 Letter to Citron from Trent Webb SPCC.001159 | | | | |
| 1298. | Citron Deposition Ex.13 - 5-9-05 Letter to Citron form John Gibson (SPCC.001160) | | | | |
| 1299. | Demonstrative Vonage TA Telephone Adapter | | | | |
| 1300. | Demonstrative Vonage TA and Router Combined | | | | |
| 1301. | Demonstrative Vonage Telephone Router and TA in one | | | | |
| 1302. | Demonstrative Vonage SIP Gateway 5300 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1303. | Demonstrative Vonage RTP Media Relay | | | | |
| 1304. | Reserved For Demonstratives | | | | |
| 1305. | Reserved For Demonstratives | | | | |
| 1306. | Reserved For Demonstratives | | | | |
| 1307. | Reserved For Demonstratives | | | | |
| 1308. | Reserved For Demonstratives | | | | |
| 1309. | Reserved For Demonstratives | | | | |
| 1310. | Reserved For Demonstratives | | | | |
| 1311. | Reserved For Demonstratives | | | | |
| 1312. | Reserved For Demonstratives | | | | |
| 1313. | Reserved For Demonstratives | | | | |
| 1314. | Reserved For Demonstratives | | | | |
| 1315. | Reserved For Demonstratives | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 1316. | Reserved For Demonstratives | | | | |
| 1317. | Reserved For Demonstratives | | | | |
| 1318. | Reserved For Demonstratives | | | | |
| 1319. | Reserved For Demonstratives | | | | |
| 1320. | Reserved For Demonstratives | | | | |
| 1321. | Reserved For Demonstratives | | | | |
| 1322. | Reserved For Demonstratives | | | | |
| 1323. | Reserved For Demonstratives | | | | |
| 1324. | Reserved For Demonstratives | | | | |
| 1325. | Reserved For Demonstratives | | | | |
| 1326. | Reserved For Demonstratives | | | | |
| 1327. | Reserved For Demonstratives | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 1328. | Reserved For Demonstratives | | | | |
| 1329. | Reserved For Demonstratives | | | | |
| 1330. | Reserved For Demonstratives | | | | |
| 1331. | Reserved For Demonstratives | | | | |
| 1332. | Reserved For Demonstratives | | | | |
| 1333. | Reserved For Demonstratives | | | | |
| 1334. | Reserved For Demonstratives | | | | |
| 1335. | Reserved For Demonstratives | | | | |
| 1336. | Reserved For Demonstratives | | | | |
| 1337. | Reserved For Demonstratives | | | | |
| 1338. | Reserved For Demonstratives | | | | |
| 1339. | Reserved For Demonstratives | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1340. | Reserved For Demonstratives | | | | |
| 1341. | Reserved For Demonstratives | | | | |
| 1342. | Reserved For Demonstratives | | | | |
| 1343. | Reserved For Demonstratives | | | | |
| 1344. | Reserved For Demonstratives | | | | |
| 1345. | Reserved For Demonstratives | | | | |
| 1346. | Reserved For Demonstratives | | | | |
| 1347. | Reserved For Demonstratives | | | | |
| 1348. | Reserved For Demonstratives | | | | |
| 1349. | Reserved For Demonstratives | | | | |
| 1350. | Reserved For Demonstratives | | | | |
| 1351. | Reserved For Demonstratives | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1352. | Reserved For Demonstratives | | | | |
| 1353. | Reserved For Demonstratives | | | | |
| 1354. | 11-12-04 Letter Webb to Temnorod (Broadvox) follow up to 8-19 letter re patent portfolio SHB-009-01-00206 | | | | |
| 1355. | 11-12-04 Letter Webb to Walker (Dialpad) responding to letter of 8-25-04 letter SHB-009-01-00207 | | | | |
| 1356. | 11-12-04 Letter Webb to Gittes responding to letter of 10-18-04 regarding Sprint portfolio SHB-009-01-00208 – 00209 | | | | |
| 1357. | 11-12-04 Letter Webb to Walker (Dialpad) SHB-009-01-00207 | | | | |
| 1358. | 5-9-05 Letter Gibson to Walker (Dialpad) responding to 12-3-04 letter regarding portfolio SHB-009-01-00210 | | | | |
| 1359. | 5-9-05 Letter Gibson to Miller Sheehan responding to 12-9-04 letter regarding portfolio SHB-009-01-00211 (SPCC.001156) | | | | |
| 1360. | 5-9-05 Letter Gibson to Gittes SHB-009-01-00212 – 00213 responding to 12-21-04 letter regarding patent portfolio with respect to Deltathree | | | | |
| 1361. | 5-9-05 Letter Gibson to Chudakoff responding to 11-23-04 letter regarding portfolio with respect to Broadvox SHB-009-01-00214 | | | | |
| 1362. | 7-13-04 Letter Lupo to Broadvox describing patent claims SHB-009-01-00215 - 00216 | | | | |
| 1363. | 7-13-04 Letter Lupo to Walker (Dialpad) describing patent claims SHB-009-01-00217 - 00218 | | | | |
| 1364. | 7-13-04 Letter Lupo to Cespedes (Voiceglo) describing patent claims SHB-009-01-00219 – 00220 (SPCC.001149 – 1150) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 1365. | 7-13-04 Letter Lupo to Zimels (Deltathree) describing patent claims SHB-009-01-00221 - 00222 | | | | |
| 1366. | 8-19-04 Letter Webb to Cespedes (Voiceglo) following up 7-13-04 letter SHB-009-01-00223 – 00224 (SPCC.001154 – 1155) (SPCC.001163 – 1164) | | | | |
| 1367. | 8-25-04 Letter Walker to Webb responding to 8-19-04 and 7-13-04 letters SHB-009-01-00225 | | | | |
| 1368. | 9-15-04 Letter Casey to Webb responding to 8-19-04 and 7-13-04 letters SHB-009-01-00226 – 00227 (SPCC.001152 – 1153 | | | | |
| 1369. | 12-22-04 Letter Webb to Miller Shehan regarding 12-9-04 letter re patent claims (SPCC.001151) | | | | |
| 1370. | 10-13-04 Letter Webb to Casey regarding Sprint Patents SPCC.001161 – 1162 | | | | |
| 1371. | Newton's Telecom Dictionary (16th Ed. 2000) | | | | |
| 1372. | The Essential Guide to Telecommunications (4th Ed. 2005) | | | | |
| 1373. | William Stallings, Data and Computer Communications (4th Ed. 1994) | | | | |
| 1374. | Tehrani's IP Telephony Dictionary (2004) | | | | |
| 1375. | IBM International Technical Support Centers High-Sped Networking Technology: An Introductory Survey (June 1993). | | | | |
| 1376. | Eisen Deposition Ex. 5 Vonage Brand and Advertising Tracking (AW_00118-58) | | | | |
| 1377. | Eisen Deposition Ex. 5 New Customer Tracking Research – Analysis of February 2006 Subscribers (VON_640462-495) | | | | |
| 1378. | "AT&T Begins Selling Net Phone Service", CNet News.com, March 12, 2004 | | | | |
| 1379. | Verizon News Release, Verizon Rings in Next Generation of Vonage Service with VoiceWing Broadband Phone Service," July 22, 2004 | | | | |
| 1380. | 11-11-06 "85 VoIP Service Providers Shutdown in 15 Months", www.myvioprovider.com | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or  Witness |
|------|-------------|------|------|------|------------------------|
| 1381. | NASDAQ Composite Index price data, http://finance.yahoo.com | | | | |
| 1382. | *Broadband Technology*, 65 Broadband Technology 12 (1991) | | | | |
| 1383. | Alan E. Baratz *et al.*, *SNA Networks of Small Systems*, 3 IEEE Journal On Selected Areas in Communications 416 (1985). | | | | |
| 1384. | Daniel Brier, *Sprint Plans "Sweeping" Network Revisions*, 10 Network World 1 (1993) | | | | |
| 1385. | Israel Cidon *et al.*, *Distributed Control for PARIS*, Association for Computing Machinery,  (1990) | | | | |
| 1386. | Israel Cidon *et al.*, *PARIS: An Approach to Integrated Private Networks*, International Journal of Digital and Analog Cabled Systems (1988). | | | | |
| 1387. | Israel Cidon and Inder S. Gopal, *PARIS: An Approach to Integrated High-Speed Private Networks* | | | | |
| 1388. | Harry Newton, NEWTON'S TELECOM DICTIONARY (CMP Books 1992) | | | | |
| 1389. | Jan Thorner, Intelligent Networks (Artech House Publishers 1994) | | | | |
| 1390. | *Guide to Cisco Systems' VoIP Infrastructure Solution for SIP*, Version 1.0, Cisco Systems (2000) | | | | |
| 1391. | Cisco Signaling Link Terminal Data Sheet, Cisco Systems, (1992-2006) | | | | |
| 1392. | *Evolution of Alcatel Exchanges*, 65 Electrical Communication 19, at 20 (1991). | | | | |
| 1393. | IEEE Proceedings, *T1 Networking-Past, Present, Future Perspective*, by Jack T. Woods. (1989). | | | | |
| 1394. | IEEE Proceedings, *The Evolving Intelligent Interexchange Network-An SS7 Perspective*, by Manu Bahl *et al.* (1992). | | | | |
| 1395. | IEEE Paper CH2$29-0/900/00000-0259 Control Mechanism for High Speed Networks, Israel | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1396. | McGraw-Hill Computer Handbook, *"Voice Recognition"* (1983) | | | | |
| 1397. | Reference Manual for Telecommunications Engineering, *Fiber Optics Transmission* (2004) | | | | |
| 1398. | *Vonage Expands Area Code Selection in Virginia,* Vonage Press Release, August 17, 2006 | | | | |
| 1399. | *Sprint Nextel Completes Merger*, Sprint Nextel New Release, August 12, 2005 | | | | |
| 1400. | *Sprint 'Powers Up' Largest Mobile Broadband Network With More Upgraded Markets, Faster Speeds, New Device and Integrated GPS Capabilities,* Sprint Nextel News Release, January 30, 2007 | | | | |
| 1401. | *Sprint Nextel Reports Third Quarter 2006 Results,* Sprint Nextel News Release, October 26, 2006 | | | | |
| 1402. | "USA – VoIP Market – Analysis & Statistics," October 5, 2006 | | | | |
| 1403. | "SIP: The Promise Becomes Reality," Cisco Systems White Paper, 2002 | | | | |
| 1404. | "Has Vonage Bottomed Out?," Seeking Alpha Article, January 23, 2007 | | | | |
| 1405. | "The VoIP Players: Who's Who in Internet Calling," February 23, 2005 | | | | |
| 1406. | "Vonage Posts Narrower Loss But Adds Fewer Customers," The Wall Street Journal, February 16, 2007 | | | | |
| 1407. | "VoIP: A Threat to PSTN?," Ibrahim Ayad, Tzu-En Huang, Haijing Zheng, 2002 | | | | |
| 1408. | Vonage Company Fact Sheet, Third Quarter 2006 | | | | |
| 1409. | "The Mad Scramble over VoIP Patents" BusinessWeek.com, March 19, 2007 | | | | |
| 1410. | 12-12-01 "Cablevision, Vonage Site Visit" VON_572440 | | | | |
| 1411. | Examples of Obstacles Overcome by "SIP-thru-NAT" VON_571971 | | | | |
| 1412. | 6-02 Analyst Report  SPRp-023-01-00061 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1413. | Vonage Testing  VON_532377 | | | | |
| 1414. | John G. van Bosse, Signaling in Telecommunication Networks, Wiley Interscience, 1998 | | | | |
| 1415. | CCITT Study Group XI, "Specifications of Signaling System No. 7, CCITT Yellow Book | | | | |
| 1416. | CCITT Study Group XI, "Specifications of Signaling System No. 7, CCITT Red Book | | | | |
| 1417. | CCITT Study Group XI, "Specifications of Signaling System No. 7, CCITT Blue Book | | | | |
| 1418. | A. Modaressi and R. Skoog, "Signaling System No. 7: A Tutorial", IEEE Communications Magazine, July 1990 | | | | |
| 1419. | RFC 3700 Internet Official Protocol Standards, July 2004 | | | | |
| 1420. | RFC 2543 SIP: Session Initiation Protocol, March 1999 | | | | |
| 1421. | RFC 2543 SIP: Session Initiation Protocol, June 2002 | | | | |
| 1422. | RFC 3264 An Offer/Answer Model with the Session Description Protocol, June 2002 | | | | |
| 1423. | RFC 0791 Internet Protocol, Version 4, September 1981 | | | | |
| 1424. | RFC 0793 Transmission Control Protocol, Version 4, September 1981 | | | | |
| 1425. | RFC 0768 User Datagram Protocol, Version 4, September 1980 | | | | |
| 1426. | RFC 2327 Session Description Protocol | | | | |
| 1427. | RFC 1577 Classical IP and ARP over ATM, January 1994 | | | | |
| 1428. | http://www.vonage.com/corporate/ | | | | |
| 1429. | http://www.sprint.com | | | | |
| 1430. | Landmarks in Sprint History http://web.archive.org/web/20001010074939/ | | | | |
| 1431. | www3.sprint.com/sprint/overview/milestones.html | | | | |
| 1432. | Development Stage Enterprise, Barron's Accounting Dictionary www.answers.com/topic/development-stage-entrprise?print=true | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 1433. | 12-23-06 "VoIP Expected to Increase Marketshare", http://www.voip-news.co.uk/2006/12/23/voip-expected-to-increase-marketshare/ | | | | |
| 1434. | Microeconomics, 5th edition, Robert S. Pindyck and Daniel L. Rubinfeld, 2001 | | | | |
| 1435. | Intellectual Property Damages, Mark A. Glick, Lara A. Reymann and Richard Hoffman, 2003 | | | | |
| 1436. | Intellectual Property: Licensing and Joint Venture Profit Strategies, 2nd edition, Gordon V. Smith and Russell L. Parr | | | | |
| 1437. | Undated JCS2000 Field Trial Test Plan SPRe-002-01-00994 | | | | |
| 1438. | 6-11-99 Sprint Presentation: Bonanza Deployment Process Model SPRe-001-01-106733 | | | | |
| 1439. | 7-21-99 Email from Gardner re: JCS2000 General Overview SPRe-002-01-02528 | | | | |
| 1440. | 6-12-97 JCS2000 CPCS CA/TRS for Prototype 0.2 – Accounting SPRe-008-01-00161 | | | | |
| 1441. | 8-13-99 Email from Schopper re: CAF, BCC Replacement for KC SPRe-002-01-01022 | | | | |
| 1442. | 8-10-99 JCS2000 Field Trial Test Plan SPRe-002-01-01093 | | | | |
| 1443. | 4-13-07 Affidavit of Adam Seitz | | | | |
| 1444. | Vonage's Notice Under 35 U.S.C. § 282 | | | | |
| 1445. | Memorandum and Order on Motions for Summary Judgment | | | | |
| 1446. | Vonage Television Commercial | | | | |
| 1447. | Broadband ISDN Interworking, July 1992 | | | | |
| 1448. | A Technical Report on Speech Packetization | | | | |
| 1449. | B-IDSN ATM Adaptation Layer (AAL) Specification, Type 1 & 2, July 21, 1995 | | | | |
| 1450. | Requirements for ATM Trunking, Oct. 2-6, 1995 | | | | |
| 1451. | Virtual Private Network Call Processing in the Intelligent Network, 1992 | | | | |
| 1452. | ATM Trunking: Network Delay and Echo Control Issues, Oct. 2-6, 1995 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1453. | VTOA--ATM Trunking For Narrowband Services, Oct. 2-6, 1995 | | | | |
| 1454. | Integrated Services Digital Network (ISDN) General Structure and Service Capabilities, Broadband Aspects of ISDN, 1991 | | | | |
| 1455. | Voice And Telephony Over ATM Meeting Report Toronto, Canada Aug. 7-11, 1995, Oct. 2-6, 1995 | | | | |
| 1456. | Networking BroadBand Services (NBBS), June 1995 | | | | |
| 1457. | Integrated Services Digital Network (ISDN)-Principles of Intelligent Network Architecture Overall Network Aspects and Functions, ISDN User-Network Interfaces-Principles of Intelligent Network Architecture, October 1992 | | | | |
| 1458. | Advanced Signaling Protocol for Broadband ISDN Services, 1995 | | | | |
| 1459. | ATM Layer VPI/VCI Level Addressing, 1994 | | | | |
| 1460. | ATM Theory and Application, ATM Layer VPI/VCI Level Addressing, Apr. 23, 1994 | | | | |
| 1461. | ATM for Narrowband Services, Apr. 13, 1994 | | | | |
| 1462. | ATM for Narrowband Services, Apr. 1994 | | | | |
| 1463. | B-IDSN ATM Adaptation Layer (AAL) Specification, Types 1 & 2, Jul. 21, 1995 | | | | |
| 1464. | An Experimental ATM Network Featuring De-Coupled Modular Control, Nov. 1992 | | | | |
| 1465. | An Experimental ATM Network for B-ISDN Research, Nov. 1992 | | | | |
| 1466. | ATM for Narrowband Services, 1994 Apr | | | | |
| 1467. | ISDN--Principles Of Intelligent Network Architecture, Oct. 1992 | | | | |
| 1468. | An Experimental ATM Network for B-ISDN, 1992 | | | | |
| 1469. | Broadband ISDN Interworking, July 1992 | | | | |
| 1470. | Voice and Telephony Over ATM to the Desktop Specification, Feb., 1999 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 1471. | 01-31-94 Letter to PatPro from Bonnie K. Chambers of Sprint Re: Novelty Search Request, cc: Michael Setter, attaching 2 drawings of Michael Setter (SPRP-01-029-00067) | | | | |
| 1472. | 02-14-94 Letter from PatPro to Bonnie K. Chambers of Sprint Re: Novelty Search Performed at Direction of Michael Setter (SPRP-01-029-00070) | | | | |
| 1473. | 04-05-95 Letter from Polyresearch Service to Mollie Drew of Sprint Re: international Invalidity Search – Telecommunications Network performed at direction of Michael Setter, transmitting search report (SPRP-01-029-00073) | | | | |
| 1474. | Transmittal cover page from Joe Christie to Harley Ball relating to provision of legal advice regarding BB-IN PA (SPRP-01-029-00074) | | | | |
| 1475. | 09-23-98 Email Re: Cisco Conference Call Notification (SPRP-028-01-00020) | | | | |
| 1476. | Article "Cisco embraces 'Internet economy'" USA Today (SPRP-028-01-00027) | | | | |
| 1477. | 06-23-98 Draft MOU between Cisco and Sprint (SPRP-028-01-00028) | | | | |
| 1478. | 09-21-98 Letter from Cisco to Marty Kaplan of Sprint Re: Terms of Agreement for JCS2000 project (SPRP-028-01-00039) | | | | |
| 1479. | Undated Draft MOU between Cisco and Sprint and Chart of Negotiation Issues prepared by Art Chaykin and communicated to Harley Ball and Marty Kaplan of Sprint (SPRP-028-01-00069) | | | | |
| 1480. | Undated JCS2000 Action Plan for Contract Termination (SPRE-002-01-00115) | | | | |
| 1481. | 02-03-00 Email Re: JCS2000/Bonanza/ION employee seeking to work for Nortel, from Thomas Moore to Harley Ball & Charles Wunsch, cc: Michael Cordes SPRE-002-01-06844 | | | | |

August 17, 2007

Respectfully submitted,

/s/ Catherine C. Theisen
Terrence J. Campbell - 18377
Catherine C. Theisen - 22360
BARBER EMERSON, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile
tcampbell@barberemerson.com
ctheisen@barberemerson.com

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim
Plaintiffs Vonage Holdings Corp. and
Vonage America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on August 17, 2007, that a copy of Defendants Vonage Holdings Corp. and Vonage America, Inc.'s Exhibit List was filed and served via the Court's electronic filing system:

/s/ Catherine C. Theisen
Attorney for Defendants