# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|   |   |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) |
| Plaintiff, | ) ) Case No. 05-2433-JWL |
| v. | ) ) |
| VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC., | ) ) ) |
| Defendants. | ) ) ) |

**VONAGE AMERICA, INC. AND VONAGE HOLDINGS CORP.'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF INFRINGEMENT OF THE '052 PATENT AND THE '561 PATENT UNDER THE DOCTRINE OF EQUIVALENTS**

Defendants Vonage Holdings Corporation and Vonage America, Inc. (collectively, "Vonage") move the Court *in limine* to preclude Plaintiff Sprint Communications Company L.P. from referencing at trial, or offering into evidence any document or testimony regarding infringement of the '605 Family Patents under the doctrine of equivalents by Vonage's accused Voice-over-Internet Protocol telephony systems, pursuant to Federal Rules of Evidence 401 and 402.

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BARBER EMERSON, L.C. |
| August 17, 2007 | By: s/ Terrence J. Campbell |
|  | Terrence J. Campbell - 18377 |
|  | tcampbell@barberemerson.com |
|  | Catherine C. Theisen - 22360 |
|  | ctheisen@barberemerson.com |
|  | 1211 Massachusetts Street |
|  | P.O. Box 667 |
|  | Lawrence, KS 66044 |
|  | (785) 843-6600 |
|  | (785) 843-8405 Facsimile |

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp*