# EXHIBIT A

Dockets.Justia.com

*16/MAE AMJIU*
*1 A.Vins,*
*2/2/01*

**Practitioner's Docket No. 10571**                    *PATENT*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Joseph Michael Christie
Application No.: 09/082,182                    Group No.: A. Patel
Filed:  May 20, 1998                          Examiner: 2738
For:  METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS
CONTROL

**ASSISTANT COMMISSIONER FOR PATENTS**
**WASHINGTON, D. C. 20231**

RECEIVED

FEB 0 1 2001

Technology Center 2600

### RESPONSE

Dear Ajit Patel,

In response to the Office Action dated August 29, 2000, please enter this
amendment and consider the following remarks.  An RCE is enclosed.  A two-month
extension of time is requested and authorized in the transmittal.

1

**In the Claims**

Please replace claims 1 and 21 with the following:

1. (twice amended) A method for controlling communications, the method comprising:

   receiving information from a communications path into a device;

   receiving signaling formatted for a narrowband system into a processing system that is external to any communication switches;

   selecting a code in the processing system based on the signaling;

   transferring the code to the device; and

   transmitting a packet of the information from the device using the code.

21. (twice amended) A method for controlling communications, the method comprising:

   receiving voice information from a communications path into a device;

   receiving signaling formatted for a narrowband system into a processing system that is external to any communication switches;

   selecting a logical address in the processing system based on the signaling;

   transferring the logical address to the device; and

   transmitting a packet of the voice information from the device using the logical address.

2

Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:            Michael J. Setter, Reg. No. 37,936
                             Phone: (303) 379-1123
                             Fax:   (303) 379-1155

CORRESPONDENCE ADDRESS:      **Customer No. 021396**

                             Attn: Harley R. Ball
                             Sprint Law Department
                             8140 Ward Parkway
                             Mailstop: MOKCMP0506
                             Kansas City, Missouri 64114

6

