IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  05-2433-JWL |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. and ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION *IN LIMINE*
TO PRECLUDE ARGUMENTS UNDER THE '932 PATENT THAT THE CLAIMED
STEP OF "SELECTING A NARROWBAND SWITCH" CAN BE READ ON VONAGE'S
SYSTEM SELECTING A DS0 CONNECTION**

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively, "Vonage") hereby move for an order precluding Plaintiff Sprint Communications Company L.P. ("Sprint") from offering into evidence any arguments that Vonage infringes the '932 patent on the basis that the claimed step of "selecting a narrowband switch" can be read on the Vonage VoIP telephony system that selects a DS0 connection. In support of this Motion, Vonage relies on the points and authorities in the accompanying Memorandum of Law.

Respectfully submitted,

August 17, 2007

BARBER EMERSON, L.C.
By:  s/ Terrence J. Campbell
Terrence J. Campbell - 18377
  tcampbell@barberemerson.com
Catherine C. Theisen - 22360
  ctheisen@barberemerson.com
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants Vonage America, Inc. and Vonage Holdings Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify on August 17, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Motion *in Limine* to Preclude Arguments Under the '932 Patent that the Claimed Step of "Selecting A Narrowband Switch" Can Be Read on Vonage's System Selecting A DS0 Connection, and supporting papers was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

　　　　　　　　　　　　　　　　　　　　　　　 s/ Terrence J. Campbell