# EXHIBIT B

Practitioner's Docket No. 10571            *PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie
Application No.: 09/082,182            Group No.: A. Patel
Filed: May 20, 1998            Examiner: 2738
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

**ASSISTANT COMMISSIONER FOR PATENTS**
**WASHINGTON, D. C. 20231**

### RESPONSE

Dear Ajit Patel,

In response to the Office Action dated April 10, 2001, please enter this amendment and consider the following remarks. A two-month extension of time is requested and authorized in the transmittal.

#### In the Claims

Please replace claims 1-63 with the following new claims 64-87.

1



64. (new) A method of transferring a user communication to a packet communication system, the method comprising:

receiving the user communication into a device;

receiving signaling formatted for a narrowband system into a processing system;

in the processing system, processing the signaling to select a network code that identifies a network element to provide egress for the user communication from the packet communication system;

transferring an instruction indicating the network code from the processing system to the device; and

transferring a packet including the network code and the user communication from the device to the packet communication system in response to the instruction.

65. (new) The method of claim 64 wherein the user communication comprises a voice communication.

66. (new) The method of claim 64 wherein receiving the user communication comprises receiving the user communication from a DS0 connection.

67. (new) The method of claim 64 wherein receiving the user communication comprises receiving the user communication from a communication path and wherein the processing system is not on the communication path.

68. (new) The method of claim 64 wherein processing the signaling comprises processing SS7 signaling.

69. (new) The method of claim 64 wherein processing the signaling comprises processing C7 signaling.

70. (new) The method of claim 64 wherein processing the signaling comprises processing in-band signaling.

2

### Remarks

Claims 1-63 are pending and stand rejected. Claims 1-63 have been replaced by new claims 64-87. Applicants request allowance of claims 64-87.

### Claims 1-63 were rejected under §102(e) and §103(a) over U.S. Patent 5,434,852 (La Porta '852) and U.S. Patent 5,509,010 (La Porta '010).

In new claim 64, a processing system receives and processes narrowband signaling to select a network code that identifies a network element to provide egress from a packet communication system for a user communication. (See the Application, page 18, lines 14-23). In La Porta, the processing system selects an ATM connection and transfers a control message to an ATM switch indicating the ATM connection. To the ATM switch, the ATM connection identifies an output VPI/VCI for routing ATM cells out of the ATM switch. The ATM connection does not identify "a network element to provide egress from a packet communication system."

In new claim 75, a device receives a packet including information and a user communication and transfers the information to a processing system. The processing system processes the information to select a communication path and transfers an instruction indicating the communication path to the device. The processing system also transfers narrowband signaling indicating the communication path for the user communication. In response to the instruction, the device transfers the user communication to the communication path. In La Porta '852, switch 510 processes ATM cells from CPE 501, but does not transfer information from these ATM cells to the servers. Instead, CPE 501 communicates directly with call server 502 using a new broadband signaling protocol.

6



**Conclusion.** Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

_____
**SIGNATURE OF PRACTITIONER**


RECEIVED SEP 19 2001 Technology Center 2600

ATTORNEY CONTACT:  Michael J. Setter, Reg. No. 37,936
Phone: (303) 546-1300
Fax:   (303) 449-5426

CORRESPONDENCE ADDRESS:  **Customer No. 028004**

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

### Certificate of mailing 37 CFR 1.8

I hereby certify that this Response, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on ___9-6-___, 2001 as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

___9-6-01___
Date

_____
Laura S. Mellblom

7