IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 05-2433-JWL |
| v. | ) <br> ) |
| VONAGE HOLDINGS CORP. and <br> VONAGE AMERICA, INC., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**<u>VONAGE AMERICA, INC. AND VONAGE HOLDINGS CORP.'S
MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF INFRINGEMENT OF THE '301
FAMILY PATENTS UNDER THE DOCTRINE OF EQUIVALENTS</u>**

Defendants Vonage Holdings Corporation and Vonage America, Inc. (collectively, "Vonage") move the Court *in limine* to preclude Plaintiff Sprint Communications Company L.P. from referencing at trial, or offering into evidence any document or testimony regarding infringement of the '301 Family Patents under the doctrine of equivalents by Vonage's accused Voice-over-Internet Protocol telephony system, pursuant to Federal Rules of Evidence 401 and 402.

In support of its motion, Vonage relies on the points of fact and law in the accompanying memorandum, which it incorporates herein by reference.

|  | Respectfully submitted, |
|---|---|
| August 17, 2007 | BARBER EMERSON, L.C. <br> By: /s/ Catherine C. Theisen <br> Terrence J. Campbell - 18377 <br> tcampbell@barberemerson.com <br> Catherine C. Theisen - 22360 <br> ctheisen@barberemerson.com |

- 1 -

1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile

Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs Vonage America, Inc. and Vonage Holdings Corp*

## CERTIFICATE OF SERVICE

I hereby certify on August 17, 2007, that a copy of Vonage Holdings Corp. and Vonage America, Inc.'s Witness List was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

      /s/ Catherine C. Theisen
    Attorney for Defendants