# EXHIBIT F

Dockets.Justia.com

Practitioner's Docket No. 1057f                                           PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie
Application No.: 09/082,049          Group No.: 2662
Filed: May 20, 1998                  Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS

Assistant Commissioner for Patents
Washington, D. C. 20231

**AMENDMENT**

Dear A. Patel:

    In response to the Office Action dated January 30, 2001, please consider the following remarks. A one-month extension of time is requested.

**In the Claims**

Please cancel claims 152-296 and add new claims 297-342 as follows.

1

VON_864813

--297. (new) A method of operating a processing system to control a packet communication system for a user communication, the method comprising:

    receiving a signaling message for the user communication from a narrowband communication system into a signaling processing system;

    processing the signaling message in the signaling processing system to generate a query message;

    transferring the query message from the signaling processing system to a service processing system;

    processing the query message in the service processing system to select a network code that identifies a network element to provide egress from the packet communication system for the user communication and to generate a response message indicating the network code;

    transferring the response message indicating the network code from the service processing system to the signaling processing system;

    processing the response message in the signaling processing system to generate a control message indicating the network code; and

    transferring the control message indicating the network code from the signaling processing system to the packet communication system.

298. The method of claim 297 wherein the service processing system comprises a Service Control Point (SCP).

299. (new) The method of claim 297 wherein processing the signaling message comprises processing an Initial Address Message (IAM).

300. (new) The method of claim 297 wherein processing the signaling message comprises processing a Signaling System #7 (SS7) message.

301. (new) The method of claim 297 wherein processing the signaling message comprises processing a Q.931 message.

302. (new) The method of claim 297 wherein processing the signaling message comprises processing in-band signaling.

VON_864814

303. (new) The method of claim 297 wherein processing the query message to select the network code comprises processing caller number information in the query message.

304. (new) The method of claim 297 wherein processing the query message to select the network code comprises processing called number information in the query message.

305. (new) The method of claim 297 wherein processing the signaling message to generate and transfer the query message comprises processing caller number information in the signaling message.

306. (new) The method of claim 297 wherein processing the signaling message to generate and transfer the query message comprises processing called number information in the signaling message.

307. (new) The method of claim 297 further comprising, in the service processing system, processing geographic information to select the network code.

308. (new) The method of claim 297 further comprising, in the service processing system, processing load balancing information to select the network code.

309. (new) The method of claim 297 further comprising, in the service processing system, processing time of day information to select the network code.

310. (new) The method of claim 297 further comprising, in the service processing system, processing a network alarm to select the network code.

311. (new) The method of claim 297 wherein the network code comprises a logical address of the network element.

312. (new) The method of claim 297 further comprising, in the signaling processing system, processing the response message to select a DS0 connection to provide the egress from the packet communication system.

3

VON_864815

~~313~~ 12. (new) The method of claim ~~297~~ 1 further comprising, in the signaling processing system, processing the response message to select a wireless connection to provide the egress from the packet communication system.

~~314~~ 18. (new) The method of claim ~~297~~ 1 wherein the network element comprises a switch.

~~315~~ 19. (new) The method of claim ~~297~~ 1 wherein the network element comprises a multiplexer.

~~316~~ 20. (new) The method of claim ~~297~~ 1 wherein the network element comprises a server.

~~317~~ 21. (new) The method of claim ~~297~~ 1 wherein the network element comprises a service platform.

~~318~~ 22. (new) The method of claim ~~297~~ 1 wherein the user communication comprises voice.

~~319~~ 23. (new) The method of claim ~~297~~ 1 wherein the signaling processing system and the service processing system are external to any communication switches.

[handwritten margin note: "C'l cont."]

4

VON_864816

*[handwritten margin: Cl cont.]*

[handwritten: 24]
320. (new) A processing system to control a packet communication system for a user communication, the processing system comprising:

a service processing system configured to receive and process a query message to select a network code that identifies a network element to provide egress from the packet communication system for the user communication, and to generate and transfer a response message indicating the network code; and

a signaling processing system configured to receive and process a signaling message from a narrowband communication system to generate and transfer the query message and to receive and process the response message to generate and transfer a control message indicating the network code to the packet communication system.

[handwritten: 25]
321. The processing system of claim [handwritten: 24] 320 wherein the service processing system comprises a Service Control Point (SCP).

[handwritten: 26]
322. (new) The processing system of claim [handwritten: 24] 320 wherein the signaling message comprises an Initial Address Message (IAM).

[handwritten: 27]
323. (new) The processing system of claim [handwritten: 24] 320 wherein the signaling message comprises a Signaling System #7 (SS7) message.

[handwritten: 28]
324. (new) The processing system of claim [handwritten: 24] 320 wherein the signaling message comprises a Q.931 message.

[handwritten: 29]
325. (new) The processing system of claim [handwritten: 24] 320 wherein the signaling message comprises in-band signaling.

[handwritten: 30]
326. (new) The processing system of claim [handwritten: 24] 320 wherein the service processing system is configured to process caller number information in the query message to select the network code.

[handwritten: 31]
327. (new) The processing system of claim [handwritten: 24] 320 wherein the service processing system is configured to process called number information in the query message to select the network code.

5

VON_864817

328. (new) The processing system of claim 320 wherein the signaling processing system is configured to process caller number information in the signaling message to generate and transfer the query message.

329. (new) The processing system of claim 320 wherein the service processing system is configured to process called number information in the signaling message to generate and transfer the query message.

330. (new) The processing system of claim 320 wherein the service processing system is configured to process geographic information to select the network code.

331. (new) The processing system of claim 320 wherein the service processing system is configured to process load balancing information to select the network code.

332. (new) The processing system of claim 320 wherein the service processing system is configured to process time of day information to select the network code.

333. (new) The processing system of claim 320 wherein the service processing system is configured to process a network alarm to select the network code.

334. (new) The processing system of claim 320 wherein the network code comprises a logical address of the network element.

335. (new) The processing system of claim 320 wherein the signaling processing system is configured to process the response message to select a DS0 connection to provide the egress from the packet communication system.

336. (new) The processing system of claim 320 wherein the signaling processing system is configured to process the response message to select a wireless connection to provide the egress from the packet communication system.

337. (new) The processing system of claim 320 wherein the network element comprises a switch.

VON_864818

338. (new) The processing system of claim 320 wherein the network element comprises a multiplexer. [handwritten: 42, 24]

339. (new) The processing system of claim 320 wherein the network element comprises a server. [handwritten: 43, 24]

340. (new) The processing system of claim 320 wherein the network element comprises a service platform. [handwritten: 44, 24]

341. (new) The processing system of claim 320 wherein the user communication comprises voice. [handwritten: 45, 24]

342. (new) The processing system of claim 320 wherein the signaling processing system and the service processing system are external to any communication switches. -- [handwritten: 46, 24]

[handwritten margin note: U Cont]

7

VON_864819

**Remarks**

Claims 152-296 were pending and rejected. Claims 152-296 have been replaced with new claims 297-342. The new claims 297-342 are fully supported by the specification and do not contain new matter. Applicant requests allowance of claims 297-342.

**Claims 152-296 were rejected under 35 U.S.C. §103(a) over U.S. Patent 5,509,010 in view of U.S. Patent 5,473,679 (the La Porta references).** For a user communication, the claimed service processing system selects "a network code that identifies a network element to provide egress from a packet communication system," and the signaling processing system transfers a control message to the packet communication system indicating the network code. (See claims 297 and 320; and see the Application, page 18, lines 14-23). In the La Porta references, the processing system selects an ATM connection and transfers a control message to an ATM switch indicating the ATM connection. To the ATM switch, the ATM connection identifies an output VPI/VCI for routing ATM cells out of the ATM switch. The ATM connection does not identify "a network element to provide egress from a packet communication system".

**Conclusion.** Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

*[signature]*

SIGNATURE OF PRACTITIONER

Michael J. Setter, Reg. No. 37,936
Phone: (303) 546-1300
Fax:    (303) 449-5426

**CORRESPONDENCE ADDRESS:**   Customer No. 021396

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

VON_864820



<u>Certificate of mailing 37 CFR 1.8</u>

I hereby certify that this Amendment, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on 5-30, 2001, as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

_5-30-01_
Date

Laura S. Mellblom

**RECEIVED**

JUN 0 7 2001

Technology Center 2600

9

VON_864821