# EXHIBIT G

Dockets.Justia.com

**Practitioner's Docket No. 1057c**                                    *PATENT*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE** RECEIVED

In re application of:  Joseph Michael Christie                              MAY 2 5 2001
Application No.:  09/082,040                 Group No.:  2662
Filed:  05/20/1998                           Examiner:  A. Patel        Technology Center 2600
For:    METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS
        CONTROL

**Assistant Commissioner for Patents**
**Washington, D. C.   20231**

**RESPONSE**

Dear A. Patel,

In response to the Office Action dated January 17, 2001, please enter this
amendment and consider the following remarks.  A one-month extension of time is
requested with fee authorization in the transmittal.

**In the Claims**

Please cancel claims 149-292 and add new claims 293-329 as follows.

1

VON_877667

SubD!

293. (new) A processing system to control a packet communication system for a user communication, the processing system comprising:

a call processor configured to process a signaling message from a narrowband communication system to select a network code that identifies a network element to provide egress from the packet communication system for the user communication; and

an interface configured to receive the signaling message for the user communication from the narrowband communication system and transfer a control message indicating the network code to the packet communication system.

294. (new) The processing system of claim 293 wherein the signaling message comprises an Initial Address Message (IAM).

295. (new) The processing system of claim 293 wherein the signaling message comprises a Signaling System #7 (SS7) message.

296. (new) The processing system of claim 293 wherein the signaling message comprises a Q.931 message.

297. (new) The processing system of claim 293 wherein the signaling message comprises in-band signaling.

298. (new) The processing system of claim 293 wherein the call processor is configured to process caller number information in the signaling message to select the network code.

299. (new) The processing system of claim 293 wherein the call processor is configured to process called number information in the signaling message to select the network code.

300. (new) The processing system of claim 293 wherein the call processor is configured to process a point code in the signaling message to select the network code.

VON_877668

301. (new) The processing system of claim 293 wherein the call processor is configured to process a circuit identification code in the signaling message to select the network code.

302. (new) The processing system of claim 293 wherein the call processor is configured to process the signaling message to generate and transfer a query to a service control point and receive and process a response from the service control point to select the network code.

303. (new) The processing system of claim 293 wherein the call processor is configured to process geographic information to select the network code.

304. (new) The processing system of claim 293 wherein the call processor is configured to process load balancing information to select the network code.

305. (new) The processing system of claim 293 wherein the call processor is configured to process time of day information to select the network code.

306. (new) The processing system of claim 293 wherein the call processor is configured to process a network alarm to select the network code.

307. (new) The processing system of claim 293 wherein the network code comprises a logical address of the network element.

308. (new) The processing system of claim 293 wherein the call processor is configured to process the signaling message to select a DS0 connection to provide the egress from the packet communication system.

309. (new) The processing system of claim 293 wherein the call processor is configured to process the signaling message to select a wireless connection to provide the egress from the packet communication system.

3

**VON_877669**

310. (new) The processing system of claim 293 wherein the network element comprises a switch.

311. (new) The processing system of claim 293 wherein the network element comprises a multiplexer.

312. (new) The processing system of claim 293 wherein the network element comprises a server.

313. (new) The processing system of claim 293 wherein the network element comprises a service platform.

314. (new) The processing system of claim 293 wherein the user communication comprises voice.

315. (new) The processing system of claim 293 wherein the processing system is external to any communication switches.

316. (new) A processing system to control a packet communication system for a user communication, the processing system comprising:

a call processor configured to select a network code that identifies a network element to provide egress from the packet communication system to a narrowband communication system for the user communication; and

an interface configured to transfer a control message indicating the network code from the processing system to the packet communication system and transfer a signaling message for the user communication from the processing system to the narrowband communication system.

317. (new) The processing system of claim 316 wherein the signaling message comprises an Initial Address Message (IAM).

4

VON_877670



318. (new) The processing system of claim 316 wherein the signaling message comprises a Signaling System #7 (SS7) message.

319. (new) The processing system of claim 316 wherein the signaling message comprises a Q.931 message.

320. (new) The processing system of claim 316 wherein the signaling message comprises in-band signaling.

321. (new) The processing system of claim 316 wherein the network code comprises a logical address of the network element.

322. (new) The processing system of claim 316 wherein the call processor is configured to select a DS0 connection to provide the egress from the packet communication system, and the signaling message identifies the DS0 connection.

323. (new) The processing system of claim 316 wherein the call processor is configured to select a wireless connection to provide the egress from the packet communication system, and the signaling message identifies the wireless connection.

324. (new) The processing system of claim 316 wherein the network element comprises a switch.

325. (new) The processing system of claim 316 wherein the network element comprises a multiplexer.

326. (new) The processing system of claim 316 wherein the network element comprises a server.

5

VON_877671

327. (new) The processing system of claim 316 wherein the network element comprises a
service platform.

328. (new) The processing system of claim 316 wherein the user communication
comprises voice.

329. (new) The processing system of claim 316 wherein the processing system is external
to any communication switches. --

6

VON_877672

**Remarks**

Claims 149-292 were pending and rejected. Claims 149-292 have been replaced with new claims 293-329. The new claims 293-329 are fully supported by the specification and do not contain new matter. Applicant requests allowance of claims 293-329.

**Claims 149-252 were rejected under 35 U.S.C. §103(a) over U.S. Patent 5,509,010 in view of U.S. Patent 5,473,679 (the La Porta references).**

For a user communication, the claimed processing system selects "a network code that identifies a network element to provide egress from a packet communication system," and the processing system transfers a control message to the packet communication system indicating the network code. (See claims 293 and 316; and see the Application, page 18, lines 14-23). In one claim set (293-315), the processing system processes signaling from a narrowband communication system to select the network code. In the other claim set (316-329), the processing system selects the network code to provide egress from the packet communication system to a narrowband communication system.

In the La Porta references, the processing system selects an ATM connection and transfers a control message to an ATM switch indicating the ATM connection. To the ATM switch, the ATM connection identifies an output VPI/VCI for routing ATM cells out of the ATM switch. The ATM connection does not identify "a network element to provide egress from a packet communication system".

**Conclusion.** Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

_____
SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:                    Michael J. Setter, Reg. No. 37,936

7

VON_877673



Phone: (303) 546-1300
Fax:    (303) 449-5426

CORRESPONDENCE ADDRESS: **Customer No. 021396**

RECEIVED
MAY 2 5 2001

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

<u>Certificate of Mailing 37 CFR 1.8</u>

I hereby certify that this Response, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on 5-17-, 2001, as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

5-17-01
Date

Laura S. Mellblom

8

VON_877674