## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                 )
        Plaintiff,    )
                 )
      v.        )   Case No. 05-2433-JWL
                 )
VONAGE HOLDINGS CORP.,    )
VONAGE AMERICA, INC.,     )
                 )
       Defendants.   )
                 )

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S
## FIRST SUPPLEMENTAL EXHIBIT LIST

    Plaintiff Sprint Communications Company L.P. ("Sprint") respectfully submits the following list of exhibits that may be offered at trial during Sprint's case in chief. The following list does not include demonstratives or exhibits to be offered by Sprint for purposes of impeachment, rebuttal, or cross-examination.

    Sprint will provide notebooks of exhibits that Sprint expect to offer at trial in accordance with the Court's Pretrial Order. See Doc. 207 at 14. Sprint reserves the right to further supplement this list in the event Defendant produces additional documents or things before trial.

| No. | Bates | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------|-------------|------|------|------|-----------------------|
| 1. | SPCC 001173 to 1203 | U.S. Patent #6,298,064 (Christie), Certified Copy | | | | |
| 2. | SPCC 001556 to 1583 | U.S. Patent #6,304,572 (Christie), Certified Copy | | | | |

Dockets.Justia.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | SPCC 002814 to 2836 | U.S. Patent #6,452,932 (Christie), Certified Copy | | | | |
| 4. | SPCC 003424 to 3451 | U.S. Patent #6,463,052 (Christie), Certified Copy | | | | |
| 5. | SPCC 003482 to 3511 | U.S. Patent #6,473,429 (Christie), Certified Copy | | | | |
| 6. | SPCC 003073 to 3098 | U.S. Patent #6,633,561 (Christie), Certified Copy | | | | |
| 7. | SPCC 003452 to 3481 | U.S. Patent #6,665,294 (Christie), Certified Copy | | | | |
| 8. | SPCC 001204 to 1555 | File History – U.S. Patent #6,298,064 (Christie), Certified Copy | | | | |
| 9. | SPCC 001584 to 2813 | File History – U.S. Patent #6,304,572 (Christie), Certified Copy | | | | |
| 10. | SPCC 002837 to 3072 | File History – U.S. Patent #6,452,932 (Christie), Certified Copy | | | | |
| 11. | SPCC 008718 to 11241 | File History – U.S. Patent #6,463,052 (Christie), Certified Copy | | | | |
| 12. | SPCC 11242 to 12904 | File History – U.S. Patent #6,473,429 (Christie), Certified Copy | | | | |
| 13. | SPCC 003099 to 3423 | File History – U.S. Patent #6,633,561 (Christie), Certified Copy | | | | |
| 14. | SPCC 12905 to 14146 | File History – U.S. Patent #6,665,294 (Christie), Certified Copy | | | | |
| 15. | SPCC 003512 to 3545 | U.S. Patent #5,991,301 (Christie), Certified Copy | | | | |
| 16. | SPCC 003546 to 8265 | File History – U.S. Patent # 5,991,301 (Christie), Certified Copy | | | | |
| 17. | SPCC 014158 to 14184 | U.S. Patent #5,825,780 (Christie), Certified Copy | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 18. | SPCC 008266 to 8696 | File History – U.S. Patent #5,825,780 (Christie), Certified Copy | | | | |
| 19. | SPCC 014155 to 14157 | Assignment of Patent Application No 08/235,605, Certified Copy | | | | |
| 20. | SPCC 014151 to 14154 | Assignment of Patent Application No. 08/525,897, Certified Copy | | | | |
| 21. | SPRp-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 to 5 | Newsletter regarding Joe Christie | | | | |
| 22. | SPRp-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 to 7 | Photos of Joe Christie | | | | |
| 23. | VON 66177 | "The Definition of Easy" – poster depicting how customers can "cut" their standard Verizon phone line and add a Vonage line | | | | |
| 24. | VON 66909 | E-mail from Timothy Smith to Jeffrey Citron and Louis Mamakos re:  Stopping the bleeding (2/23/06) | | | | |
| 25. | VON 79914 | E-mails between Louis Mamakos and Sylvain Abitbol re:  Our patent may solve your 911 situation (12/5/05) | | | | |
| 26. | VON 79969 to 79970 | E-mails between  Jeff Citron, Michael Morris and Louis Mamakos re: Please call me – Michael Morris (5/16/06 and 6/3/06) | | | | |
| 27. | VON 80434 to 80435 | E-mails between Louis Mamakos and Greg Lightner re: UltraDNS Introduction (12/2/05) | | | | |
| 28. | VON 80550 to 80551 | E-mails between Louis Mamakos, Brian Dworkin, and Ed Mulligan re:  XO Communications (5/5/06) | | | | |
| 29. | VON 360073 to 360076 | E-mails between John Paolillo, Rohan Dwarkha, Chris Stummer and Joseph Malcolm re:  Pine Bluff Circuit E911 (1/11/06) | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 30. | VON 360077 to 360080 | E-mails between John Paolillo, Rohan Dwarkha, Chris Stummer and Joseph Malcolm re: Pine Bluff Circuit E911 (1/11/06) | | | | |
| 31. | VON 360542 to 360546 | E-mails between Rohan Dwarkha, Chris Stummer Joseph Malcolm, Nicholas DeLuca and Marek Niemiec re: plz help (1/9/06 and 1/10/06) | | | | |
| 32. | VON 563419 to 563421 | E-mail forwarding Wall Street Journal article titled "Vonage Faces User Complaints as IPO Looms" (5/18/06) | | | | |
| 33. | VON 019080, 019521 to 019556 | Vonage Presentation | | | | |
| 34. | VON 019557, 019892 to 019912 | Vonage Presentation | | | | |
| 35. | VON 019925, 020081 to 020096 | Vonage Presentation | | | | |
| 36. | VON 020673 to 020675 | Trendsetter Report, "Voice over Broadband: Vonage" (5/2/05) | | | | |
| 37. | VON 181508 to 181525 | Vonage Presentation (4/21/04) | | | | |
| 38. | VON 181745 to 181759 | Vonage Presentation, Voice Over IP Regulation for the 21st Century (2/12/04) | | | | |
| 39. | VON 229327 to 229360 | Vonage Presentation (7/14/05) | | | | |
| 40. | VON 78389 to 78395 | Vonage Facilities | | | | |
| 41. | VON 695938 to 695982 | Vonage Inbound ISDN to SIP call | | | | |
| 42. | VON 853125 to 853130 | Email from Louis Mamakos to Chakrapani Gorrepati, Jose Martinez and Joseph Malcolm (6/3/06) | | | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 43. | VON 433019 to 433091 | Screenshots of Vonage SIP 101 | | | | |
| 44. | VON 292234 to 292311 | Vonage Presentation (2/15/2005) | | | | |
| 45. | VON 233848 to 233850 | Executive Summary | | | | |
| 46. | VON 687593 to 687607 | UBS Investment Research:  The Vonage Story (11/24/03) | | | | |
| 47. | VON 216985 to 216988 | Email regarding Article, "Talk is Cheaper" by Aleksandra Todorova (12/10/03) | | | | |
| 48. | VON 576170 to 576247 | Vonage, Series D convertible Preferred Stock (July 2004) | | | | |
| 49. | VON 195833 to 195840 | Email from Tim Horan to John Rego (4/11/06) | | | | |
| 50. | VON 183427 | Email from Google Alerts to John Rego (4/12/06) | | | | |
| 51. | VON 562882 to 562883 | Email from Niraj Shah to Jeffrey Citron, Mike Snyder, John Rego, Jonathan Turnbull, Gerrit Parker and Bret Varsov (5/17/06) | | | | |
| 52. | VON 217184 to 217186 | Email from John Rego to Brooke Schultz (2/14/06) | | | | |
| 53. | SPRp-010-0001 to 568 | Sprint Records & Information Management Policy (effective 8/1/2005) | | | | |
| 54. | SPRp-010-01-00572 to 716 | Sprint Protection of Proprietary Information; Policies and Standards (effective 12/22/99) | | | | |
| 55. | SPRe-027-01-00001 to 4 | Voice ATM Platform Demonstration | | | | |
| 56. | SPRp-001-029-00067 to 69 | Letter from Sprint to Pat Pro regarding novelty searches (January 31, 1994) | | | | |
| 57. | SPRp-001-029-0023 | ATM/Broadband Call Model and Intelligent Network (10/15/93) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 58. | SPRp-001-029-0024 to 33 | Handwritten notes regarding Signaling and Network Connections | | | | |
| 59. | SPRp-001-029-00034 to 55 | PAL: An Intelligent Hybrid Network Architecture (10/15/93) | | | | |
| 60. | SPRp-001-029-00056 to 00065 | How Does Connection Control Work? | | | | |
| 61. | SPRe-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 to 4702 | "Welcome to Bonanza" Outline | | | | |
| 62. | SPRp-021-01-01239 to 1352 | Welcome to the Bonanza Project (11/26/97) | | | | |
| 63. | SPRp-026-01-00680 to 722 | Sprint JCS2000, Prototype 0.2 – Engineering Call Processor (6/4/97) | | | | |
| 64. | SPRe-001-01-106771 to 106812 | Bonanza Project Detailed Requirements Statement (6/4/97) | | | | |
| 65. | SPRp-002-01-00718 to 740 | Circuit Switching Analysis Update (9/24/99) | | | | |
| 66. | SPRe-004-01-06269 to 6296 | JCS 2000 Software Service Architecture (1/2/97) | | | | |
| 67. | SPRe-006-01-00461 to 471 | JCS2000 Summary – Background | | | | |
| 68. | SPRp-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 to 791 | CCM Phase I Architecture III Requirements, Version 3.0 09/29/95 | | | | |
| 69. | SPRp-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 to 13 | JCS2000 Reasons for Discontinuance | | | | |
| 70. | SPRp-021-01-00019 to 37 | Circuit Switching Platform – Alternative Analysis (3/25/99) | | | | |
| 71. | SPRp-017-01-00049 to 183 | JCS 2000/Bonanza | | | | |
| 72. | SPRp-007-01-00939 to 980 | BB/IN Update (7/25/96) | | | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| 73. | SPCC 001172 | Screenshot | | | | |
| 74. | SPCC 001157 to 001158, 1171 | McDermott Will & Emery letter to Vonage re: VoIP patents (July 13, 2004) | | | | |
| 75. | SPCC 001165 to 1167 | Letter to Jeffrey Citron from B. Trent Webb regarding Sprint Communications Company – VoP Patent Issues (8/19/04) | | | | |
| 76. | SPCC 001159, 001168 | Letter to Jeffrey Citron from B. Trent Webb regarding Sprint Communications Company – VoP Patent Issues (11/12/04) | | | | |
| 77. | SPCC 001160 | Letter to Jeffrey Citron from John Gibson regarding Sprint Communications Company – VoP Patent Issues (5/9/05) | | | | |
| 78. | SPCC 001169 to 1170 | Letter to Jeffrey Citron from B. Trent Webb regarding Sprint Communications Company – VoP Patent Issues (7/15/05) | | | | |
| 79. | SPCC 14147 to 14150 | http://www.sprint.com/companyinfo/history/, "Milestone Events making Sprint History:  1899 – 1989" | | | | |
| 80. | CIS0001 to 5 | Multiple Beta Test Agreement between Cisco Systems, Inc. and Vonage (3/18/03) | | | | |
| 81. | CIS 0006 to 12 | Master Beta Test Agreement between Cisco Systems, Inc. and Vonage (10/17/03) | | | | |
| 82. | CIS0013 to 20 | Beta Test Agreement between Cisco Systems and Vonage Holdings Corp. (1/31/02) | | | | |
| 83. | CIS 0021 to 54 | Service Provider Agreement between Cisco-Linksys and Vonage (5/5/05) | | | | |
| 84. | KAM 4152 to 4153 | E-mail from Mike Hughes to Barry Golob, Masoud Kamali, David Heckadon (11/08/06) | | | | |
| 85. | KAM 4160 | E-mail from David Heckadon to Masoud Kamali & Mike Hughes (09/01/06) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86. | KAM 4161 to 4162 | E-mails from Masoud Kamali to Mike Hughes (11/24/06) and Barry Golob (08/30/06) | | | | |
| 87. | | *Cisco Signaling Link Terminal Data Sheet*, Cisco Systems (1992 – 2006) | | | | |
| 88. | | RFC 0791: Internet Protocol, Version 4, September 1981 | | | | |
| 89. | | RFC 0793: Transmission Control Protocol, September 1981 | | | | |
| 90. | | RFC 0768: User Datagram Protocol, September 1980 | | | | |
| 91. | | RFC 2327: Session Description Protocol | | | | |
| 92. | | Vonage Holdings Responses to Sprint's 1st Interrogatories (02/07/06) | | | | |
| 93. | | Vonage Holdings 1st Supplemental Responses to Sprint's 1st Interrogatories (12/29/06) | | | | |
| 94. | | Vonage Holdings Responses to Sprint's 2nd Interrogatories (03/13/06) | | | | |
| 95. | | Vonage America's Responses to Sprint's 1st Interrogatories (02/07/06) | | | | |
| 96. | | Vonage America's 1st Supplemental Responses to Sprint's 1st Interrogatories (12/29/06) | | | | |
| 97. | | Vonage America's Responses to Sprint's 2nd Interrogatories (03/13/06) | | | | |
| 98. | | Vonage America & Vonage Holdings responses to Sprint's 3rd Interrogatories (09/06/06) | | | | |
| 99. | | Defendants' First Supplemental Response to Plaintiff's Interrogatory No. 5 (2/1/07) | | | | |
| 100. | | Vonage America & Vonage Holdings responses to Sprint's 4th Interrogatories (02/12/07) | | | | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 101. | | Vonage Holding Corp.'s 2nd Supplemental Response to Plaintiff's First Set of Interrogatories (4/10/07) | | | | |
| 102. | | Vonage America's 2nd Supplemental Response to Plaintiff's First Set of Interrogatories (4/10/07) | | | | |
| 103. | | Vonage America's 2nd Supplemental Response to Plaintiff's First Set of Interrogatories (5/15/07) | | | | |
| 104. | | Vonage Holding Corp's Third Supplemental Response to Plaintiff's First Set of Interrogatories (5/15/07) | | | | |
| 105. | | Defendants' Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories (6/11/07) | | | | |
| 106. | | Citron Deposition Exhibit #3 | | | | |
| 107. | | Citron Deposition Exhibit #4 | | | | |
| 108. | | Citron Deposition Exhibit #5 | | | | |
| 109. | VON 571965 to 572006 | Citron Deposition Exhibit #6 | | | | |
| 110. | VON 572709 to 572714 | Citron Deposition Exhibit #7 | | | | |
| 111. | VON 018837 to 018905 | Citron Deposition Exhibit #8 | | | | |
| 112. | | Citron Deposition Exhibit #10 | | | | |
| 113. | | Citron Deposition Exhibit #11 | | | | |
| 114. | | Citron Deposition Exhibit #14 | | | | |
| 115. | VON 019011 to 019026 | Citron Deposition Exhibit #15 | | | | |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| 116. | VON 019045 to 019080 | Citron Deposition Exhibit #16 | | | | |
| 117. | | Citron Deposition Exhibit #17 | | | | |
| 118. | | Citron Deposition Exhibit #20 | | | | |
| 119. | | Citron Deposition Exhibit #21 | | | | |
| 120. | VON 687519 | Citron Deposition Exhibit #22 | | | | |
| 121. | SPRe-008-01-02707 to 02754 | Cordes Deposition Exhibit #6 | | | | |
| 122. | SPRe-002-01-06544 to 06559 | Cordes Deposition Exhibit #11 | | | | |
| 123. | SPRp-001-029-0056 to 0066 | Duree Deposition Exhibit #3 | | | | |
| 124. | SPRe-001-01-146051 to 146106 | Duree Deposition Exhibit #10 | | | | |
| 125. | VON 473429 to 473458 | Dwarkha Deposition Exhibit #1 | | | | |
| 126. | VON 348204 | Dwarkha Deposition Exhibit #2 | | | | |
| 127. | VONA 00423476 to 00423504 | Dwarkha Deposition Exhibit #4 | | | | |
| 128. | VON 127557 to 127627 | Dwarkha Deposition Exhibit #5 | | | | |
| 129. | VON 096685 to 096686 | Dwarkha Deposition Exhibit #6 | | | | |
| 130. | VON 649250 to 649267 | Eisen Deposition Exhibit #1 | | | | |
| 131. | VON 566923 to 566925 | Eisen Deposition Exhibit #2 | | | | |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| 132. | VON 401323 to 401343 | Eisen Deposition Exhibit #3 | | | | |
| 133. | VON 579244 to 579276 | Eisen Deposition Exhibit #4 | | | | |
| 134. | AW 00118 to 00158 | Eisen Deposition Exhibit #5 | | | | |
| 135. | VON 640462 to 640495 | Eisen Deposition Exhibit #6 | | | | |
| 136. | AW 00587 to 00603 | Eisen Deposition Exhibit #7 | | | | |
| 137. | VON 640509 to 640524 | Eisen Deposition Exhibit #8 | | | | |
| 138. | VON 444639 to 444643 | Gorrepati Deposition Exhibit #2 | | | | |
| 139. | | Holder Deposition Exhibit #7 | | | | |
| 140. | VON 567242 to 567359 | Holder Deposition Exhibit #9 | | | | |
| 141. | VON 229447 | Holder Deposition Exhibit #10 | | | | |
| 142. | VON 004197 to 004383 | Holder Deposition Exhibit #13 | | | | |
| 143. | | Holder Deposition Exhibit #14 | | | | |
| 144. | | Holder Deposition Exhibit #15 | | | | |
| 145. | VONA 01626923 to 01626938 | Holder Deposition Exhibit #17 | | | | |
| 146. | VON 534089 | Mamakos Deposition Exhibit #1 | | | | |
| 147. | VON 079042 to 079053 | Mamakos Deposition Exhibit #2 | | | | |
| 148. | VON 082282 to 082285 | Mamakos Deposition Exhibit #3 | | | | |

11

| | | | | | |
|---|---|---|---|---|---|
| 149. | | Mamakos Deposition Exhibit #4 | | | |
| 150. | VON 079028 | Mamakos Deposition Exhibit #5 | | | |
| 151. | VON 125522 to 125525 | Mamakos Deposition Exhibit #8 | | | |
| 152. | VONA 00087493 to 00087494 | Mamakos Deposition Exhibit #11 | | | |
| 153. | VONA 00740822 to 00740823 | Mamakos Deposition Exhibit #12 | | | |
| 154. | VONA 01628061 to 01628062 | Mamakos Deposition Exhibit #13 | | | |
| 155. | VONA 01628065 | Mamakos Deposition Exhibit #14 | | | |
| 156. | VONA 0162106 to 01628109 | Mamakos Deposition Exhibit #15 | | | |
| 157. | VONA 01628197 to 01628226 | Mamakos Deposition Exhibit #16 | | | |
| 158. | VONA 01628202 to 01628226 | Mamakos Deposition Exhibit #17 | | | |
| 159. | VONA 01628139 | Mamakos Deposition Exhibit #18 | | | |
| 160. | VONA 01628158 | Mamakos Deposition Exhibit #19 | | | |
| 161. | | Mamakos Deposition Exhibit #21 | | | |
| 162. | | Mamakos Deposition Exhibit #22 | | | |
| 163. | VON 12447a to 12501a | Martinez Deposition Exhibit #1 | | | |
| 164. | VON 000013 to 16 | Martinez Deposition Exhibit #2 | | | |
| 165. | VON 356201 to 2 | Martinez Deposition Exhibit #3 | | | |

2587561v1

| | | | | | | |
|---|---|---|---|---|---|---|
| 166. | VON 414349 to 414369 | Martinez Deposition Exhibit #8 | | | | |
| 167. | VON 544086 to 544098 | Martinez Deposition Exhibit #9 | | | | |
| 168. | VON 315585 to 315598 | Martinez Deposition Exhibit #10 | | | | |
| 169. | VONA 00742011 | Martinez Deposition Exhibit #11 | | | | |
| 170. | VONA 00762157 to 59 | Martinez Deposition Exhibit #12 | | | | |
| 171. | VON 000039 | Miron Deposition Exhibit #2 | | | | |
| 172. | VON 012502 to 012572 | Miron Deposition Exhibit #3 | | | | |
| 173. | VON 012447 to 012501 | Miron Deposition Exhibit #4 | | | | |
| 174. | VON 630815 | Mulligan Deposition Exhibit #2 | | | | |
| 175. | VON 631236 | Mulligan Deposition Exhibit #3 | | | | |
| 176. | VON 692719 to 692729 | Mulligan Deposition Exhibit #4 | | | | |
| 177. | VON 690082 | Mulligan Deposition Exhibit #5 | | | | |
| 178. | VON 147388 to 147389 | Mulligan Deposition Exhibit #6 | | | | |
| 179. | VON 527700 to 527705 | Mulligan Deposition Exhibit #7 | | | | |
| 180. | VONA 00118481 to 00118488 | Mulligan Deposition Exhibit #8 | | | | |
| 181. | VON 686211 to 686360 | Mulligan Deposition Exhibit #9 | | | | |

2587561v1

| | | | | | | |
|---|---|---|---|---|---|---|
| 182. | VON 686361 to 686660 | Mulligan Deposition Exhibit #10 | | | | |
| 183. | | Mulligan Deposition Exhibit #11 | | | | |
| 184. | | Mulligan Deposition Exhibit #12 | | | | |
| 185. | VON 170222 to 170255 | Mulligan Deposition Exhibit #13 | | | | |
| 186. | VON 529907 to 529909 | Mulligan Deposition Exhibit #14 | | | | |
| 187. | VON 530378 to 530379 | Mulligan Deposition Exhibit #15 | | | | |
| 188. | VON 530357 | Mulligan Deposition Exhibit #16 | | | | |
| 189. | VON 530491 to 530492 | Mulligan Deposition Exhibit #17 | | | | |
| 190. | SPRe-001-01-100899 to 100931 | Patterson Deposition Exhibit #3 | | | | |
| 191. | | Rego Deposition Exhibit #4 | | | | |
| 192. | | Rego Deposition Exhibit #5 | | | | |
| 193. | | Rego Deposition Exhibit #6 | | | | |
| 194. | | Rego Deposition Exhibit #7 | | | | |
| 195. | VON 019718 to 019767 | Rego Deposition Exhibit #8 | | | | |
| 196. | VON 019308 to 019329 | Rego Deposition Exhibit #9 | | | | |
| 197. | VON 019208 to 019307 | Rego Deposition Exhibit #10 | | | | |
| 198. | VON 019081 to 019102 | Rego Deposition Exhibit #11 | | | | |

14

| | | | | | | |
|---|---|---|---|---|---|---|
| 199. | VON 019388 to 019400 | Rego Deposition Exhibit #12 | | | | |
| 200. | VON 019330 to 019387 | Rego Deposition Exhibit #13 | | | | |
| 201. | VON 019693 to 019717 | Rego Deposition Exhibit #14 | | | | |
| 202. | VON 019663 to 019678 | Rego Deposition Exhibit #15 | | | | |
| 203. | VON 019627 to 019641 | Rego Deposition Exhibit #16 | | | | |
| 204. | VON 019577 to 019607 | Rego Deposition Exhibit #17 | | | | |
| 205. | VON 019474 to 019502 | Rego Deposition Exhibit #18 | | | | |
| 206. | VON 019838 to 019891 | Rego Deposition Exhibit #19 | | | | |
| 207. | VON 019799 to 019818 | Rego Deposition Exhibit #20 | | | | |
| 208. | VON 019768 to 019787 | Rego Deposition Exhibit #21 | | | | |
| 209. | VON 020081 to 020130 | Rego Deposition Exhibit #24 | | | | |
| 210. | VON 020259 to 02078 | Rego Deposition Exhibit #26 | | | | |
| 211. | VON 020297 to 020324 | Rego Deposition Exhibit #28 | | | | |
| 212. | VON 020034 to 020080 | Rego Deposition Exhibit #29 | | | | |
| 213. | VON 020353 to 020405 | Rego Deposition Exhibit #29A | | | | |

2587561v1

| | | | | | | |
|---|---|---|---|---|---|---|
| 214. | VON 018617 to 18704 | Rego Deposition Exhibit #30 | | | | |
| 215. | VON 020153 to 020239 | Rego Deposition Exhibit #31 | | | | |
| 216. | SPRe-002-01-02530 to 02562 | Setter Deposition (3/27/07) Exhibit #8 | | | | |
| 217. | SPRe-008-01-06956 to 7142 | Setter Deposition (3/27/07) Exhibit #13 | | | | |
| 218. | VON 698826 to 699025 | Tribolet Deposition Exhibit #1 | | | | |
| 219. | VON 563018 to 563056 | Tribolet Deposition Exhibit #2 | | | | |
| 220. | VON 410074 | Tribolet Deposition Exhibit #3 | | | | |
| 221. | VON 000519 to 000532 | Tribolet Deposition Exhibit #4 | | | | |
| 222. | | Tribolet Deposition Exhibit #5 | | | | |
| 223. | VON 445851 to 445858 | Tribolet Deposition Exhibit #6 | | | | |
| 224. | VON 569684 to 569769 | Tribolet Deposition Exhibit #7 | | | | |
| 225. | VON 649236 to 649240 | Tribolet Deposition Exhibit #8 | | | | |
| 226. | VON 130485 to 130539 | Tribolet Deposition Exhibit #9 | | | | |
| 227. | VON 664868 to 664869 | Tribolet Deposition Exhibit #10 | | | | |
| 228. | | Wu Deposition Exhibit #1 | | | | |
| 229. | | Wu Deposition Exhibit #2 | | | | |

16

| | | | | | | |
|---|---|---|---|---|---|---|
| 230. | VON 113756 to 113763 | Wu Deposition Exhibit #3 | | | | |
| 231. | VON 233851 to 233853 | Wu Deposition Exhibit #5 | | | | |
| 232. | VON 233846 to 233847 | Wu Deposition Exhibit #6 | | | | |
| 233. | VONA 00164117 to 00231510 | Wu Deposition Exhibit #7 | | | | |
| 234. | VON 065667 | Wu Deposition Exhibit #8 | | | | |
| 235. | VONA 00141715 to 00141754 | Wu Deposition Exhibit #9 | | | | |
| 236. | VON 065840 | Wu Deposition Exhibit #10 | | | | |
| 237. | VON 195411 | Wu Deposition Exhibit #11 | | | | |
| 238. | VON 570483 to 570484 | Wu Deposition Exhibit #13 | | | | |
| 239. | VON 579211 to 579243 | Wu Deposition Exhibit #14 | | | | |
| 240. | | Halpern Deposition Exhibit #1 | | | | |
| 241. | | Halpern Deposition Exhibit #2 | | | | |
| 242. | | Halpern Deposition Exhibit #3 | | | | |
| 243. | | Halpern Deposition Exhibit #4 | | | | |
| 244. | | Halpern Deposition Exhibit #5 | | | | |
| 245. | | Halpern Deposition Exhibit #6 | | | | |
| 246. | | Halpern Deposition Exhibit #7 | | | | |
| 247. | | Halpern Deposition Exhibit #8 | | | | |
| 248. | | Halpern Deposition Exhibit #9 | | | | |

17

| 249. | | Halpern Deposition Exhibit #10 | | | | |
|---|---|---|---|---|---|---|
| 250. | | Halpern Deposition Exhibit #11 | | | | |
| 251. | | Halpern Deposition Exhibit #12 | | | | |
| 252. | | Halpern Deposition Exhibit #13 | | | | |
| 253. | SPRp-001-029-00001 to 17 | Kaplan Deposition Exhibit #1 | | | | |
| 254. | SPRp-001-029-00075 to 104 | Kaplan Deposition Exhibit #2 | | | | |
| 255. | SPRp-017-01-117 to 144 | Kaplan Deposition Exhibit #3 | | | | |
| 256. | SPRp-012-01-01173 | Kaplan Deposition Exhibit #5 | | | | |
| 257. | SPRe-012-01-00787 to 791 | Kaplan Deposition Exhibit #6 | | | | |
| 258. | | Koperda Deposition Exhibit #1 | | | | |
| 259. | | Koperda Deposition Exhibit #2 | | | | |
| 260. | | Koperda Deposition Exhibit #3 | | | | |
| 261. | | Koperda Deposition Exhibit #4 | | | | |
| 262. | | Koperda Deposition Exhibit #5 | | | | |
| 263. | | Koperda Deposition Exhibit #6 | | | | |
| 264. | | Koperda Deposition Exhibit #7 | | | | |
| 265. | | Koperda Deposition Exhibit #8 | | | | |
| 266. | | Koperda Deposition Exhibit #9 | | | | |
| 267. | | Koperda Deposition Exhibit #10 | | | | |
| 268. | | Koperda Deposition Exhibit #11 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 269. | | Koperda Deposition Exhibit #12 | | | | |
| 270. | | Koperda Deposition Exhibit #13 | | | | |
| 271. | | Koperda Deposition Exhibit #14 | | | | |
| 272. | | Koperda Deposition Exhibit #15 | | | | |
| 273. | | Koperda Deposition Exhibit #16 | | | | |
| 274. | | Strickland Deposition Exhibit #1 | | | | |
| 275. | | Strickland Deposition Exhibit #2 | | | | |
| 276. | | Strickland Deposition Exhibit #3 | | | | |
| 277. | | Strickland Deposition Exhibit #4 | | | | |
| 278. | | Strickland Deposition Exhibit #5 | | | | |
| 279. | | Strickland Deposition Exhibit #6 | | | | |
| 280. | | Strickland Deposition Exhibit #7 | | | | |
| 281. | | Strickland Deposition Exhibit #8 | | | | |
| 282. | | Strickland Deposition Exhibit #10 | | | | |
| 283. | | Strickland Deposition Exhibit #11 | | | | |
| 284. | VONS 00001 to 16 | Strickland Deposition Exhibit #13 | | | | |
| 285. | | Strickland Deposition Exhibit #15 | | | | |
| 286. | SPRp-016-01-00001 to 00013 | Strickland Deposition Exhibit #17 | | | | |
| 287. | SPRe-025-01-00009 to 00074 | Strickland Deposition Exhibit #18 | | | | |
| 288. | | Strickland Deposition Exhibit #19 | | | | |
| 289. | | Strickland Deposition Exhibit #20 | | | | |

19

| | | | | | | |
|---|---|---|---|---|---|---|
| 290. | | Strickland Deposition Exhibit #21 | | | | |
| 291. | VON 004652 to 004673 | Article - Economic Analysis of Integrated Voice and Data Networks: A Case Study | | | | |
| 292. | VON 210204 to 210298 | Vonage monthly Projections 2002 – 2007 (July 9, 2002) | | | | |
| 293. | VON 280340 to 280488 | Vonage monthly Projections 2002 - 2007 | | | | |
| 294. | VON 291303 to 291323 | Vonage Holdings Corp. financial statements for the years ended December 31, 2002 and December 31, 2003 | | | | |
| 295. | VON 852769 to 852771 | Vonage 2008 Valuation Materials Presentation for Deutsche Bank (June 2005) | | | | |
| 296. | VON 451691 to 95 | Email from Citron re: Retention Reports | | | | |
| 297. | VON 410649 to 652 | Email from Eisen re: Churn Topline | | | | |
| 298. | VON 33934 | Customer Email re: Poor Service | | | | |
| 299. | VON 34018 to 19 | Customer Email re: Poor Service | | | | |
| 300. | VON 65557 to 58 | Customer Email re: Poor Service | | | | |
| 301. | VONS 000001 to 000002 | 3i Valuation of Vonage | | | | |
| 302. | NEA 000001 to 000008 | NEA's projections of Vonage's profitability | | | | |
| 303. | BAIN 001 to 004 | Bain Capital's projections of Vonage's profitability | | | | |
| 304. | SPRe-025-01-00009 to 00076 | Sprint - Antietum Cable Television Wholesale Master Services Agreement (March 13, 2006) | | | | |
| 305. | SPRp-012-01-00237 to 00254 | Sprint - Cisco License Agreement (December 18, 1998) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 306. | SPRp-012-01-00280 to 00296 | Sprint - Cisco Memorandum of Understanding / Strategic Alliance (June 2, 1998) | | | | |
| 307. | SPRe-012-01-00849 to 00872 | Sprint - Cisco License Agreement (December 1998) | | | | |
| 308. | SPRe-012-01-00792 to 848 | Sprint/Cisco Alliance Agreement (12/18/98) | | | | |
| 309. | SPRp-023-01-00001 to 00036 | Standard & Poor's Industry Surveys: Telecommunications: Wireline (August 24, 2006) | | | | |
| 310. | SPRp-023-01-00037 to 00044 | 2005 U.S. VoIP Report | | | | |
| 311. | SPRp-023-01-00045 to 00060 | "Initiating Coverage of the Domestic Telecom Services Industry: Growth Stable in '01 Falling Beyond," Bernstein Research Call: Domestic Telecommunications (March 13, 2001) | | | | |
| 312. | SPRp-023-01-00061 to 00082 | "Battle of the Bundles: Packaging of Services to Accentuate Two-Wire Dominance," Legg Mason Equity Research: Industry Update (June 2002) | | | | |
| 313. | SPRe-006-01-04611 to 04627 | Non-ION Voice Services Platform Alternative Analysis (May 14, 1999) | | | | |
| 314. | SPRp-002-01-00706 to 00717 | Sprint Financial Analysis - Growth Only | | | | |
| 315. | SPRp-016-01-00001 to 00013 | JCS 2000 Reasons for Discontinuance (October 25, 1999) | | | | |
| 316. | SPRp-002-01-00788 to 794 | Sprint Financial Analysis – Growth Only | | | | |
| 317. | SPRp-002-01-00810 to 812 | Sprint Financial Analysis – Growth Only | | | | |

| 318. | SPRp-021-01-00719 to 725 | JCS 2000 Program Status (July 29, 1999) | | | | |
|------|------|------|--|--|--|--|
| 319. | SPRp-002-01-00876 to 883 | Non-ION Voice Services Platform, Alternative Analysis (June 4, 1999) | | | | |
| 320. | SPRp-002-01-02289 to 2298 | JCS2000 v. Succession | | | | |
| 321. | SPRp-028-01-00028 to 33 | Memorandum of Current Understandings between Cisco and Sprint (Draft, July 23, 1998) | | | | |
| 322. | SPRp-028-01-00069 to 73 | Memorandum of Current Understandings between Cisco and Sprint, based on discussions at meeting of June 16, 1998 | | | | |
| 323. | | 3.02 Final.xls - Vonage financial projections testified by Vonage Management as "Final" | | | | |
| 324. | | Declaration of David J. Axel - 3PV Porting Records (2/26/07) | | | | |
| 325. | | Exhibit A to the Declaration of David J. Axel - 3PV Porting Records (2/26/07) | | | | |
| 326. | | Sprint Corporation 10-K for the year ended December 31, 2004 | | | | |
| 327. | | Sprint Nextel Corporation 10-K for the year ended December 31, 2005 | | | | |
| 328. | | Sprint Nextel Corporation 10-K for the year ended December 31, 2006 | | | | |
| 329. | | Sprint Nextel Corporation 10-Q for the period ended March 31, 2007 | | | | |
| 330. | | Sprint Nextel Corporation 10-Q for the period ended June 30, 2007 | | | | |
| 331. | | Sprint Nextel Corporation 8-K for the period ended April 28, 2006 | | | | |
| 332. | | Sprint Nextel Corporation 10-Q filed August 9, 2007 | | | | |
| 333. | | Sprint Nextel Corporation 10-K filed March 1, 2007 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 334. | VON 696826 to 699025 | Vonage Holdings Corp. Prospectus filed May 23, 2006 | | | | |
| 335. | | Vonage Holdings Corp. S-1 filed August 21, 2006 | | | | |
| 336. | | Vonage Holdings Corp. Amendment No. 4 to Form S-1 filed April 28, 2006 | | | | |
| 337. | | Vonage Holdings Corp. 10-Q for the quarter ended June 30, 2006 | | | | |
| 338. | | Vonage Holdings Corp. 10-Q for the quarter ended September 30, 2006 | | | | |
| 339. | | Vonage Holdings Corp. 10-K for the year ended December 31, 2006 | | | | |
| 340. | | Vonage Holdings Corp. 10-Q for the quarter ended March 31, 2007 | | | | |
| 341. | | Vonage Holding Corp. 10-Q for the quarter ended June 30, 2007 | | | | |
| 342. | | Ebay Inc. 10-K for the year ended December 31, 2005 | | | | |
| 343. | | Standard & Poor's Industry Surveys: Telecommunications: Wireless | | | | |
| 344. | | Telecommunications Industry Association's "TIA 2006 Telecommunications Market Review & Forecast" (website) | | | | |
| 345. | | Vonage Press Release: Vonage Completes $12MM in Initial Financing (May 2, 2001) | | | | |
| 346. | | Vonage Press Release: Vonage provides SIP-based VoIP Services to pulver.com (July 23, 2001) | | | | |
| 347. | | Vonage Press Release: Vonage Raises $35 Million Financing Round Led by NEA (November 24, 2003) | | | | |
| 348. | | Vonage Press Release: Vonage Raises $40 Million Financing Round Led by 3i and Co-Led by Meritech Capital Partners (February 6, 2004) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 349. | | Vonage Press Release: Vonage Completes $105 Million Series D Financing Round Led By NEA, 3i And Meritech (August 25, 2004) | | | | |
| 350. | | Vonage Press Release: Vonage Completes $200 Million Financing Round (May 9, 2005) | | | | |
| 351. | | Vonage Press Release: Vonage Rases $250 Million in Convertible Debt (December 19, 2005) | | | | |
| 352. | | Vonage Press Release: "Vonage announces Pricing of its initial public offering of common stock" (May 23, 2006) | | | | |
| 353. | SPCC 008697 to 8704 | Vonage Press Release, "Vonage Holdings Corp. Reports Second Quarter 2007 Results" (8/9/07) http://pr.vonage.com/releasedetail.cfm?ReleaseID=259062 | | | | |
| 354. | SPCC 008705 to 8717 | Vonage Press Release, "Vonage Holding Corp. Reports Second Quarter 2007 Results" (8/9/07) | | | | |
| 355. | | http://www.answers.com/topic/advanced-fibre-communications-inc?cat=biz-fin&/print=true | | | | |
| 356. | | http://www.vonage.com/corporate/about_timeline.php | | | | |
| 357. | | http://www.vonage.com/products.php - screenshot of Vonage products | | | | |
| 358. | | http://cedmagazine.com/index.asp?layout=articlePrint&articleID=CA6335969 - "Sprint's Embarq starts new indepedent life" (May 18, 2006 | | | | |
| 359. | | http://www.3i.com/us/ourportfolio/vonage_holdings.html - "Vonage Holdings Corp. Overview" | | | | |
| 360. | | http://news.com.com/2100-7353-5116936.html - "Time Warner Cable reaches VoIP deals" (December 8, 2003) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 361. | | http://www.intertangent.com/023346/Articles_and_News/1413.html - "History of VoIP" | | | |
| 362. | | http://www.webconsult.com/1800.html - "Telecom History: The 1800s (Early History and Great Fervor)" | | | |
| 363. | | http://about.skype.com/2005/09/ebay_to_acquire_skype.html - "eBay to Acquire Skype" (September 12, 2005) | | | |
| 364. | | UBS Global Communications and Technology Conference Presentation (November 15, 2006) | | | |
| 365. | | Bloomberg Financial Services Weighted Average Cost of Capital for Vonage Holdings Corp. | | | |
| 366. | | Bloomberg Financial Services Historical Stock Price for Vonage (May 23, 2006) | | | |
| 367. | | Ocean Express Lines Schedule 14A (revised definitive proxy soliciting materials) dated January 21, 2002 | | | |
| 368. | | Tamarack Ventures Form 8-K dated March 16, 2005 | | | |
| 369. | | Artisoft Inc. Amendment 1 to Form S-3, Exhibit 99.5 dated December 20, 2002 | | | |
| 370. | | Comdial Corp. Form 10-QA, dated April 2, 2000 | | | |
| 371. | | Advanced Fibre Communications Amendment 2 to Form S-1, Exhibit 10.31, dated February 10, 1997 | | | |
| 372. | | Advanced Fibre Communications Schedule 14A, dated April 4, 1997 | | | |
| 373. | | Elastic Networks Inc. Amendment 3 to Form S-1, dated September 26, 2000 | | | |
| 374. | | Vianet Technologies, Inc. Form 8-K/A, dated August 17, 1999 | | | |

25

| | | | | | | |
|---|---|---|---|---|---|---|
| 375. | | Broadband Technologies, Inc. Form 8-K, dated June 8, 1998 | | | | |
| 376. | | Integrated Telecom Express Inc. Prospectus, dated August 18, 2000 | | | | |
| 377. | | Mphase Technologies, Inc. Form 10-KSB for the year ended June 30, 2000 | | | | |
| 378. | | Connectsoft Communication Corp. Form SB-2, dated September 4, 1997 | | | | |
| 379. | | "Broadband Cable: Next Steps," Address of William E. Kennard, Chairman of the FCC (December 16, 1999) | | | | |
| 380. | | "Use of the 25 Per Cent Rule in Valuing IP," John Jarosz, R. Goldsheider, and C. Mulhern, les Nouvelles (December 2002) | | | | |
| 381. | | Mark A. Glick, Lara A. Reymann, & Richard Hoffman, *Intellectual Property Damages: Guidelines and Analysis* (2003). | | | | |
| 382. | | Smith, Gordon V. and Russell L. Parr, Valuation of Intellectual Property and Intangible Assets, Second Edition, 1994 | | | | |
| 383. | | Fundamentals of Intellectual Property Valuation: A Primer for Identifying and Determining Value, American Bar Association, 2005 | | | | |
| 384. | | "Ramping Up to VoIP," Telephony, dated March 11, 2002 | | | | |
| 385. | | "iBasis President and CEO to Highlight Continuing Growth of International Voice-over-IP Industry at Fall 2001 VON Conference," Business Wire, dated October 10, 2001 | | | | |
| 386. | | "ADSL to spur VoIP use," VNU Business Publications, dated March 4, 2002 | | | | |

26

| | | | | | | |
|---|---|---|---|---|---|---|
| 387. | | Bear Stearns Equity Research, "Wireline Services: New Opportunitites, New Challenges," dated March 2002 | | | | |
| 388. | | Georgia-Pacific Corp. v. United States Plywood Corp., 318 F. Supp. 1116, 1120, 166 USPQ 235, 238 (S.D.N.Y. 1970), modified and aff'd, 446 F.2d 295 (2d Cir. 1971), cert. denied, 404 U.S. 870, 92 S.Ct. 1-5 (1971) | | | | |
| 389. | | Sprint Press Release, "Sprint Nextel Reports Second Quarter 2007 Results" (August 8, 2007) | | | | |
| 390. | | Email from Ronald Prague, Synchronoss to Robert Reckers, SHB STI Porting Data dated February 26, 2007 | | | | |
| 391. | | STI - Vonage Port-Ins from Sprint | | | | |
| 392. | | STI – weekly reports for 10/14/2006 to 12/22/2006 | | | | |
| 393. | | 2004 2nd half.xls | | | | |
| 394. | | 2004 First half.xls | | | | |
| 395. | | US 2005 1st half.xls | | | | |
| 396. | | US 2005 2nd half.xls | | | | |
| 397. | | US 2006 1st half.xls | | | | |
| 398. | | US 2006 2nd half.xls | | | | |
| 399. | | The Sprint Nextel Review, 1Q, 2007 | | | | |
| 400. | | Photos of Telecommunications Equipment and Laboratories | | | | |
| 401. | | Letter from B. Trent Webb to Loren Schechter with attachments (July 20, 2005) | | | | |
| 402. | | Copy of CD enclosed with July 20, 2005 letter. | | | | |

Dated: August 19, 2007

Respectfully Submitted,


_/s/ Adam P. Seitz_____

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar. No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

2587561v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2007, a copy of PLAINTIFF SPRINT

COMMUNICATIONS COMPANY L.P.'S FIRST SUPPLEMENTAL EXHIBIT LIST was sent

via e-mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.