IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> v. <br><br> VONAGE HOLDINGS CORP., and VONAGE AMERICA, INC. <br><br> Defendants. | Case No. 05-2433 JWL |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, a copy of Defendants Vonage's Fifth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories in the above-captioned case was served via electronic mail upon counsel of record below.

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Fax: (816) 421-5547
**ATTORNEYS FOR PLAINTIFF**

                                                Respectfully submitted,

                                                /s/ Patrick J. Kaine
                                                Don R. Lolli         KS Dist. #70236
                                                Patrick J. Kaine     KS #15594
                                                Dysart Taylor Lay Cotter & McMonigle P.C.
                                                4420 Madison Avenue
                                                Kansas City, Missouri 64111
                                                816-931-2700
                                                pkaine@DysartTaylor.com
                                                dlolli@DysartTaylor.com

        /s/ Helesa K. Lahey
Patrick D. McPherson
Barry Golob
Patrick C. Muldoon
Helesa K. Lahey
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
pcmuldoon@duanemorris.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Vonage Holdings Corp. and Vonage America, Inc.*