# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

_____
                                            )
SPRINT COMMUNICATIONS COMPANY L.P.,   )
                                            )
                    Plaintiff,              )
                                            )  Case No. 05-2433-JWL
          v.                                )
                                            )
VONAGE HOLDINGS CORP. AND                   )
VONAGE AMERICA, INC.,                       )
                    Defendants.             )
                                            )
_____)

## **ORDER**

Upon review of Defendants' Motion for Leave to File Motion *in Limine* and Brief in Support, As Well As Related Exhibits, Under Seal, which motion and exhibits contain items designated as "confidential" or "highly confidential" by the parties pursuant to the Court's March 6, 2006 protective order (Doc. 79), this Court finds that the motion is well taken and the motion shall be granted..  The court finds that in light of the fact that the documents sought to be filed under seal were attached to defendants' motion for leave to file under seal and opposing counsel were on notice of that filing, the motion in limine shall be deemed timely filed.

IT IS ORDERED BY THE COURT that Defendants' Motion for Leave to File Motion in Limine and Brief in Support, As Well As Related Exhibits, Under Seal (doc. 298)  is hereby GRANTED.  The defendants shall file the motion in limine under seal by the close of business today.  The clerk shall grant access to sealed document(s) to counsel of record. Attorneys admitted pro hac vice must obtain sealed document(s) from local counsel.

IT IS SO ORDERED this 20th day of August, 2007.

                                        s/ John W. Lungstrum
                                        John W. Lungstrum
                                        United States District Court Judge