IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>) | Case No. 05-2433-JWL |

## SPRINT COMMUNICATION COMPANY L.P.,'S EMERGENCY MOTION TO STRIKE VONAGE'S MOTIONS IN LIMINE

Pursuant to the inherent powers of this Court, Plaintiff Sprint Communications Company L.P. ("Sprint") hereby moves to strike Vonage's "motions in limine" that request disposition of certain of Sprint's claims as a matter of law. (Doc. Nos. 292, 294 and 296). These motions, along with their memorandum in support, Doc. Nos. 293, 295 and 297, should be stricken. Vonage's "motions in limine" are a thinly veiled effort by Vonage to file dispositive motions beyond the eleventh hour. The Court's Rules and Orders specifically govern the timing and page limits for dispositive motions, and Vonage cannot avoid these rules by simply repackaging its rejected summary judgment arguments into motions in limine.

For the reasons set forth in the accompanying memorandum, the Court should strike Vonage's dispositive "motions in limine."

1

252924v1

                                        Respectfully submitted,

Dated: August 20, 2007            /s/Adam P. Seitz
                                        B. Trent Webb, KS Bar No. 15965
                                        Eric A. Buresh, KS Bar No. 19895
                                        Adam P. Seitz, KS Bar No. 21059
                                        SHOOK, HARDY & BACON L.L.P.
                                        2555 Grand Boulevard
                                        Kansas City, Missouri 64108-2613
                                        (816) 474-6550 Telephone
                                        (816) 421-5547 Facsimile

                                        Attorneys for Plaintiff
                                        SPRINT COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2007, a copy of SPRINT COMMUNICATIONS COMPANY L.P.'S EMERGENCY MOTION TO STRIKE VONAGE'S MOTIONS IN LIMINE was e-filed with the Court, which sent notice to the following:


Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


   /s/Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

3

252924v1