IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS**
**COMPANY L.P.,**

    **Plaintiff,**

v.                   **Case No: 05-2433-JWL**

**VONAGE HOLDINGS CORP.,**
**VONAGE AMERICA, INC.,**

    **Defendants.**

## ORDER

  The Federal Judicial Center, the educational arm of the United States Courts, in 2002 produced and published an approximately 17 minute long video designed to be shown to jurors in patent jury trials. It contains background information intended to help jurors understand what patents are, why they are needed, how inventors get them, the role of the PTO, and why disputes over patents arise. It was developed with the assistance of an advisory committee of district judges and patent attorneys and the FJC represents that special care was taken to be even handed. The undersigned has reviewed the video and believes that it might be helpful to the jury in this case to play it for them either in connection with jury selection or after jury selection and before opening statement.

  A copy of the video will be made available to the parties on Wednesday, August 22, 2007. The video can be picked up by counsel, or a representative thereof, anytime after 10:00 a.m. on August 22, 2007, in Room 517, Robert J. Dole United States Courthouse, 500 State Avenue,

Kansas City, Kansas.  Any objections to the court playing the video at trial shall be filed with the court no later than noon on Friday, August 24, 2007.

Dated this 21st   day of August, 2007, at Kansas City, Kansas.

                                            s/   John W. Lungstrum
                                            John W. Lungstrum
                                            United States District Judge