# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
_____
                                      )
SPRINT COMMUNICATIONS COMPANY L.P.,   )
                                      )
                       Plaintiff,     )
                                      )   Case No. 05-2433-JWL
            v.                        )
                                      )
VONAGE HOLDINGS CORP. AND             )
VONAGE AMERICA, INC.,                 )
                       Defendants.    )
                                      )
_____)
```

## ORDER

Upon review of Defendants' Motion for Leave to File Exhibit A to Vonage America, Inc. and Vonage Holdings Corp.'s Memorandum in Opposition to Sprint Communications Co., L.P.'s Motion to Exclude the Opinions of Vonage's Expert Joel M. Halpern, which exhibit contains items designated as "confidential" or "highly confidential" by the parties pursuant to the Court's March 6, 2006 protective order (Doc. 79), this Court finds that the motion is well taken and should be granted.

Accordingly, Defendants' Motion for Leave to File Under Seal Exhibit A to their response brief concerning Sprint's Motion to Exclude Expert Joel M. Halpern (doc. 311) is hereby GRANTED. The clerk shall grant access to sealed document(s) to counsel of record. Attorneys admitted pro hac vice must obtain sealed document(s) from local counsel.

IT IS SO ORDERED this 22nd day of August, 2007.

s/ John W. Lungstrum
John W. Lungstrum
United States District Court Judge
