# EXHIBIT C

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                          )
               Plaintiff,    )
                                          )
v.                                      ) Case No. 05-2433-JWL
                                          )
VONAGE HOLDINGS CORP.,   )
VONAGE AMERICA, INC.,          )
                                           )
               Defendants.    )
                                          )

## PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| Bates Nos. | Date/Description of Document | Privilege Asserted |
|---|---|---|
| SPRe-002-01-00115-116 | Action plan for contract termination containing attorney comments. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06844 | 2/3/2000 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch regarding non-compete agreement. | Attorney-Client Privilege |
| SPRe-002-01-06865 | 12/16/1999 E-mail from Joe Gardner to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding vendor team status meeting. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06866-76 | Powerpoint presentation attachment to 12/16/1999 e-mail from Joe Gardner to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding vendor team status meeting. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06877 | 12/10/1999 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding contract termination. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06884 | 12/7/1999 E-mail from Thomas Moore to Sprint in-house counsel Harley Ball and Charles Wunsch and other Sprint employees regarding JCS2000 shutdown contract issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06925-26 | 12/6/1999 E-mail from Dean Howell to Sprint in-house counsel Charles Wunsch and Harley Ball and other Sprint employees regarding JCS2000 shutdown contract issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06927 | 12/5/1999 E-mail from Charles Wunsch to Harley Ball and other Sprint employees | Attorney-Client Privilege / Attorney Work Product |

| | regarding JCS2000 contract termination issues. | |
|---|---|---|
| SPRe-002-01-06928-30 | Chart attached to 12/5/1999 E-mail from Charles Wunsch to Harley Ball and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06931 | 12/5/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint in-house counsel Harley Ball and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06939-40 | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes (Sprint engineer) and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06941 | 12/3/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore (Sprint engineer) and other Sprint employees regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06945 | 12/2/1999 E-mail from Dean Howell (Sprint engineer) to Michael Cordes (Sprint engineer) forwarding 12/2/1999 e-mail from Sprint in-house counsel Charles Wunsch to Dean Howell regarding JCS2000 contract termination issues, which contains 12/2/1999 e-mail from Dean Howell to Charles Wunsch regarding software legal issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06950-51 | 11/30/1999 E-mail from Thomas Moore (Sprint engineer) to Michael Cordes (Sprint engineer) forwarding 11/30/1999 e-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore regarding JCS2000 IP issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06954 | 11/29/1999 E-mail from Thomas Moore to Michael Cordes forwarding 11/29/1999 E-mail from Sprint in-house counsel Charles Wunsch to Thomas Moore regarding JCS2000 non-compete agreements. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-06961 | 11/18/1999 E-mail from Thomas Moore to Sprint in-house counsel Charles Wunsch regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-07275 | 8/2/1999 E-mail from Sprint in-house counsel Charles Wunsch to Michael Cordes and Connie Main (Sprint employees) regarding JCS2000 contract termination. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-07276-78 | 8/2/1999 Spreadsheet received by Sprint in-house counsel Charlie Wunsch from Tricia Vaughn (Sprint employee) regarding JCS2000 contract termination issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-002-01-09210-13 | Powerpoint presentation created by Connie Main (Sprint employee) sent to Sprint in-house counsel Charles Wunsch and other Sprint engineers regarding JCS2000 | Attorney-Client Privilege / Attorney Work Product |

2406674v1

| | termination legal issues. | |
|---|---|---|
| SPRp-002-01-01404-01409 | 11/4/1999 E-mail from Sprint in-house counsel Charles Wunsch to Sprint VP Marty Kaplan and Sprint in-house counsel Harley Ball and Thomas Gerke regarding JCS2000 termination legal issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-004-01-05964-66 | 2/17/2000 E-mail from Sprint engineer Tracy Nelson to Sprint in-house counsel Harley Ball regarding JCS2000 termination legal issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00001-2 | 10/29/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees regarding duty of disclosure. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00021-38 | 6/5/1998 Memo from Sprint in-house counsel Harley Ball to Sprint employees regarding duty of disclosure. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00045-59 | Draft form letter prepared by Sprint's outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff and sent to Sprint at direction of Sprint in-house counsel Harley Ball. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00064-65 | Patent claim chart prepared by Sprint in-house counsel. | Attorney Work Product |
| SPRp-012-01-00101-104 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding draft form letter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00105 | Draft declaration with handwritten attorney comments. | Attorney Work Product |
| SPRp-012-01-00106-110 | 11/15/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding draft form letter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00111-114 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding legal memorandum. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00115-119 | 11/12/1996 Letter from outside counsel Lawrence Aaronson at McDonnell Boehnen Hulbert & Berghoff to Sprint in-house counsel Harley Ball regarding legal memorandum. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00137-139 | 8/9/1996 Letter from Gary Kaplan at Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie probate proceeding. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00140-141 | 7/26/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00142-155 | 7/26/1996 Legal memorandum from Gary Kaplan, Patricia Thayer, and Jose Esteves of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie estate. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00156- | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to | Attorney-Client Privilege / Attorney Work Product |

| | | |
|---|---|---|
| 157 | Jay B. Beatty at Sprint regarding Joseph Christie estate. | |
| SPRp-012-01-00158-160 | 7/3/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding Joseph Christie estate. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00161-168 | 6/29/1996 Letter from Gary Kaplan of Howard Rice Nemerovski Canady Falk & Rabkin to Jay B. Beatty at Sprint regarding attorney retention. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00169-171 | 6/28/1996 Fax from Jay Beatty (Sprint in-house IP counsel) to Gary Kaplan (outside counsel to Sprint) regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00172-174 | 6/27/1996 Facsimile letter from Gary Kaplan to Jay Beatty regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00175-178 | 6/25/1996 Letter from Jay Beatty to Gary Kaplan regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00179-196 | 6/20/1996 Fax from Gary Kaplan to Jay Beatty regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00218 | 5/1/1996 Inter-office Memo from Bonnie Chambers (Sprint) to Harley Ball (Sprint in-house counsel) and Michael Setter (Sprint in-house counsel) regarding Joseph Christie. | Attorney-Client Privilege / Attorney Work Product |
| SPRe-012-01-00873-896 | Sprint/Cisco License Agreement document, dated 12/18/1998, containing handwritten notes of Attorney in Sprint's Legal Department. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00001-00007 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00010 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00012 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00034-00039 (redacted) | Handwritten attorney notes of Harley Ball. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00042 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00045 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00048 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00056 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00059 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00061 (redacted) | Handwritten attorney notes of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00024-00033 | Handwritten attorney notes and drawings of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |

2406674v1

| | | |
|---|---|---|
| SPRp-01-029-00067-69 | 1/31/94 Letter regarding novelty search to Pat Pro from Bonnie K. Chambers at Sprint cc'ing Michael Setter with handwritten drawings of Michael Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00070-72 | 2/14/94 Letter from Gene Wan at Pat Pro to Bonnie K. Chambers at Sprint regarding novelty search, which was conducted at direction of Mr. Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00073 | 4/5/95 Letter from Mrs. W. van der Voorde of Polyresearch Service B.V. to Mollie Drew at Sprint Legal Department regarding international search conducted at the direction of Mr. Setter. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-01-029-00074 | Transmittal cover page from Joe Christie to Harley Ball regarding BB/IN PA. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00001-00003 | 9/28/98 Comments and suggestions from Terry Yake (Sprint employee) to Art Chaykin (Sprint in-house counsel) regarding letter to Cisco relating to patents. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00004-00005 | Art Chaykin (Sprint in-house counsel) handwritten comments on value to Cisco for field of use license chart prepared for negotiations. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00006-00007 | Art Chaykin's (Sprint in-house counsel) draft of letter to Cisco relating to patents. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00008-00009 | 9/10/98 IP Valuation Cisco document prepared by Gene Agee regarding Art Chaykin's (Sprint in-house counsel) current proposal | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00010-00012 | 9/24/98 Fax of IP valuation draft info to Marty Kaplan (Sprint VP) and Art Chaykin (Sprint in-house counsel) from Mary Lewis (Sprint employee). | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00013-00020 | 9/24/98 Fax of IP valuation draft info to Art Chaykin (Sprint in-house counsel) from Colt McClelland (Sprint law department) regarding valuation of JCS2000 intellectual property. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00021-00027 | 9/23/98 Memo to Art Chaykin (Sprint in-house counsel) regarding valuation of JCS2000 intellectual property. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00028-00033 | July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00034-00035 | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of license negotiations. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00036-00037 | Charts detailing Sprint's value of license to individual JCS2000 patents within a field of use with handwritten comments, affixed to July 23, 1998 Draft of Memorandum of | Attorney-Client Privilege / Attorney Work Product |

2406674v1

| | | |
|---|---|---|
| | Current Understandings Between Cisco and Sprint, sent to Art Chaykin (Sprint in-house counsel) by Gene Agee (Sprint employee) for purposes of license negotiations. | |
| SPRp-028-01-00038-00040 | 9/22/98 E-mail from Angela Rizzo to Harley Ball (Sprint in-house counsel), Marty Kaplan (Sprint VP), Don Lewis (Sprint employee), and Terry Yake (Sprint employee) regarding Cisco IP/Development issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00041-00054 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and draft agreement. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00055-00068 | Draft of Art Chaykin's analysis and recommendation relating to Cisco IP issues and handwritten comments. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-028-01-00069-00073 | Draft of Memorandum of Current Understandings Between Cisco and Sprint and chart of negotiation issues. | Attorney-Client Privilege / Attorney Work Product |
| SPRp-012-01-00255-00277 | Draft of 12/17/98 Sprint Communications Company L.P. and Cisco Technology, Inc. License Agreement with handwritten attorney notes of Sprint in-house counsel, Harley Ball. | Attorney-Client Privilege / Attorney Work Product |

Dated: April 5, 2007

Respectfully Submitted,

/s/ Adam P. Seitz

B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar. No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2007, a copy of PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S SECOND SUPPLEMENTAL PRIVILEGE LOG was sent via e-mail to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


/s/ Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

2406674v1