# EXHIBIT D



www.shb.com

August 16, 2007

Jason R. Mudd

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2071 DD
816.421.5547 Fax
jmudd@shb.com

**SENT VIA E-MAIL**

Ms. Lauren DeBruicker
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Re:  *Sprint Communications Company L.P. v. Vonage Holdings Corp., et al.*
     Case No: 05-2433-JWL
     SHB File No: SPRI.116441

Dear Ms. DeBruicker:

We have decided to produce an unredacted version of Mr. Christie's presentation containing Harley Ball's notes, as well as Mr. Setter's handwritten notes and drawings based on Mr. Christie's technical descriptions. We are doing so because, upon further review, we agree that the underlying technical disclosure from Mr. Christie is not privileged. Thus, in producing these documents, this does not constitute any kind of general waiver of privilege in any form. Accordingly, accompanying this e-mail are two (2) electronic PDF files containing these documents.

Notwithstanding, we continue to maintain our position with respect to all other documents sought in your recently-filed motion to compel.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

/s/ Jason R. Mudd

Jason R. Mudd

Attachments

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2586027v1