## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| _____ ) | |
| SPRINT COMMUNICATIONS COMPANY, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-2433-JWL |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. AND ) | |
| VONAGE AMERICA, INC., ) | |
| Defendants. ) | |
| _____ ) | |

### VONAGE'S OBJECTIONS TO
### SPRINT'S WITNESS AND EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 26 and 32 and the Final Pretrial Order (Doc. 207) entered in this matter, Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"), respectfully submit the following objections to Plaintiff Sprint Communications Company L.P.'s ("Sprint") designations of trial witnesses and exhibits. Vonage expressly reserves all objections under Fed. R. Civ. P. 402 and 403 pursuant to Fed. R. Civ. P. 26(a)(3).

Reserving its objections under Fed. R. Evid. (FRE) 402-403, as permitted by Fed. R. Civ. P. 26(a)(3), Vonage makes the following objections:

### GENERAL OBJECTION

Vonage generally objects to each and every exhibit listed by Sprint to the extent addressed by a Motion in Limine filed by Vonage. Vonage also objects to each and every exhibit listed by Sprint that was not produced pursuant to discovery requests.

Dockets.Justia.com

## EXHIBITS

Vonage's objections to the exhibits identified by Sprint are set forth in Exhibit A. Vonage reserves the right to object to any exhibits identified by Sprint at a later date.

## TRIAL WITNESSES

Vonage objects to any individual's testimony from the Verizon v. Vonage matter for the reasons set forth in Vonage's pending Motions in Limine.  Vonage also objects to the inclusion of Don Lewis and Terry Yake on Sprint's Witness list, as Sprint refused to provide these individuals for deposition, asserting health issues and assuring Vonage that these individuals would not be called at trial.

Vonage has no objection to the identification of Sprint's other witnesses, subject to Vonage's objections to the proferred deposition testimony of the individuals cited in Sprint's Witness List.  Vonage reserves the right to object to specific portions of testimony from individuals cited in Sprint's Witness List.

August 22, 2007

Respectfully submitted,

 /s/ Terrence J. Campbell
Terrence J. Campbell - 18377
Catherine C. Theisen - 22360
BARBER EMERSON, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile

 /s/ Helesa Lahey
Patrick D. McPherson
Barry Golob
Donald R. McPhail
Patrick C. Muldoon
Helesa K. Lahey
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800

*Attorneys for Defendants/Counterclaim
Plaintiffs Vonage Holdings Corp. and
Vonage America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on August 22, 2007, that a copy of VONAGE'S OBJECTIONS TO

SPRINT'S WITNESS AND EXHIBIT LIST was e-filed and served via the Court's electronic

filing system:

B. Trent Webb
Adam P. Seitz
Eric A. Buresh
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
aseitz@shb.com
eburesh@shb.com

*Attorneys for Plaintiff*
*Sprint Communications Company L.P.*


  /s/ Helesa Lahey
Attorney for Defendants

# EXHIBIT A

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 21. | Newsletter Memorializing Joe Christie | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 22. | Photos of Christie | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-402 |
| 23. | "The Definition of Easy" | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 24. | Email from Timothy Smith to Jeffrey Citron and Louis Mamakos re: stopping the bleeding (2/23/06) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 25. | Emails between Louis Mamakos and Sylvain Abitol re: Our patents may solve your 911 situation (12/5/05) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 406 |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 26. | Emails between Jeff Citron, Michael Morris and Louis Mamokos re: please call me-- Michael Morris (5/16/06 AND 6/3/06) | Hearsay, FRE 801-802. Foundation,<br><br>Authentication FRE 901.<br><br>FRE 401-403 |
| 27. | Emails between Louis Mamakos and Greg Lightnerre: UltraDNS Introduction (12/2/05) | Hearsay, FRE 801-802. Foundation,<br><br>Authentication FRE 901.<br><br>FRE 401-403<br><br>FRE 406 |
| 28. | Emails between Louis Mamakos, Brian Dworkin, and Ed Mulligan re: XO Communications (5/5/06) | Hearsay, FRE 801-802. Foundation,<br><br>Authentication FRE 901.<br><br>FRE 401-403 |
| 29. | Emails between John Paolillo, Rohan Dwarka, Chris Stummer and Joseph Malcom re: Pine Bluff Circuit E911 (1/11/06) | Hearsay, FRE 801-802. Foundation,<br><br>Authentication FRE 901.<br><br>FRE 401-403<br><br>FRE 406 |
| 30. | Emails between John Paolillo, Rohan Dwarka, Chris Stummer and Joseph Malcom re: Pine Bluff Circuit E911 (1/11/06) | Hearsay, FRE 801-802. Foundation,<br><br>Authentication FRE 901.<br><br>FRE 401-403<br><br>FRE 406 |
| 31. | Emails between John Paolillo, Rohan Dwarka, Chris Stummer and Joseph Malcom, Nicholas DeLuca and Marek Niemiec re: plz help | Hearsay, FRE 801-802. Foundation,<br><br>Authentication FRE 901.<br><br>FRE 401-403<br><br>FRE 406 |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 32. | Email forwarding Wall Street Journal article titled "Vonage Faces User Complaints as IPO Looms" (5/18/06) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 33. | Vonage Presentations | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 34. | Vonage Presentations | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 35. | Vonage Presentations | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 40. | Vonage Facilities Powerpoint | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 45. | Draft Executive Summary (5/7/2005) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 51. | Email from Niraj Shah to Jeffrey Citron, Mike Snyder, John Rego, Johathan Turnbull, Gerrit Parker and Bret Varsov (5/17/06) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 52. | Email from John Rego to Brooke Schultz (2/14/06) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 63. | Bonanza Project Detailed Requirements Statement (6/4/97) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403, FRE 106 |
| 79. | http://www.sprint.com/companyinfo/history/, "Milestone Events making Sprint History: 1899-1989" | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 83- 86 | Emails between Mike Hughes, Barry Golob, Masoud Kamali, and David Heckadon (11/08/06), (09/01/06), and (08/30/06) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 118 and 119 | Citron Deposition Exhibits #20 and 21 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 125. | Dwarkha Deposition Exhibit #1 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |
| 126. | Dwarkha Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |
| 127. | Dwarkha Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |
| 128. | Dwarkha Deposition Exhibit #4 | Hearsay, FRE 801-802. |
| 130. | Eisen Deposition Exhibit #1 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 131. | Eisen Deposition Exhibit #2 | Hearsay, FRE 801-802. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | Foundation, Authentication FRE 901. FRE 401-403 |
| 132. | Eisen Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 133. | Eisen Deposition Exhibit #4 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 134. | Eisen Deposition Exhibit #5 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 135. | Eisen Deposition Exhibit #6 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 136. | Eisen Deposition Exhibit #7 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 137. | Eisen Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 138. | Gorrepati Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901.FRE 401-403 FRE 602 |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 141. | Holder Deposition Exhibit #10 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 142. | Holder Deposition Exhibit #13 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 143. | Holder Deposition Exhibit #14 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 144. | Holder Deposition Exhibit #15 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 145. | Holder Deposition Exhibit #17 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 106 |
| 146. | Mamakos Deposition Exhibit #1 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901.FRE 401-403 |
| 147. | Mamakos Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901.FRE 401-403 FRE 106. FRE 602 |
| 148. | Mamakos Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | FRE 401-403 |
| 149. | Mamakos Deposition Exhibit #4 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 Subject to Motion in Limine |
| 150. | Mamakos Deposition Exhibit #5 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 151. | Mamakos Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901.FRE 401-403 FRE 106 |
| 152. | Mamakos Deposition Exhibit #11 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 153. | Mamakos Deposition Exhibit #12 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 154. | Mamakos Deposition Exhibit #13 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901.FRE 401-403 FRE 602 |
| 155. | Mamakos Deposition Exhibit #14 | Hearsay, FRE 801-802. Foundation, Authentication FRE |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | 901.FRE 401-403 <br><br> FRE 602 |
| 156. | Mamakos Deposition Exhibit #15 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901.FRE 401-403 <br><br> FRE 602 |
| 157. | Mamakos Deposition Exhibit #16 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901.FRE 401-403 <br><br> FRE 602 |
| 158. | Mamakos Deposition Exhibit #17 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901.FRE 401-403 <br><br> FRE 602 |
| 159. | Mamakos Deposition Exhibit #18 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901.FRE 401-403 |
| 160. | Mamakos Deposition Exhibit #19 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901.FRE 401-403 |
| 161. | Mamakos Deposition Exhibit #20 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901.FRE 401-403 <br><br> FRE 602 |
| 164. | Martinez Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, <br><br> Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | FRE 401-403 |
| | | FRE 106 |
| 165. | Martinez Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, |
| | | Authentication FRE 901.FRE 401-403 |
| | | FRE 602 |
| 166. | Martinez Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, |
| | | Authentication FRE 901.FRE 401-403 |
| | | FRE 602 |
| 167. | Martinez Deposition Exhibit #9 | Hearsay, FRE 801-802. Foundation, |
| | | Authentication FRE 901.FRE 401-403 |
| 168. | Martinez Deposition Exhibit #10 | Hearsay, FRE 801-802. Foundation, |
| | | Authentication FRE 901. FRE 401-403 |
| 169. | Martinez Deposition Exhibit #11 | Hearsay, FRE 801-802. Foundation, |
| | | Authentication FRE 901.FRE 401-403 |
| | | Subject to Motion in Limine. Attorney Client Privileged |
| 170. | Martinez Deposition Exhibit #12 | Hearsay, FRE 801-802. Foundation, |
| | | Authentication FRE 901.FRE 401-403 |
| | | Subject to Motion in Limine. Attorney Client Privileged |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 171. | Miron Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 172. | Martinez Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 174. | Mulligan Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 175. | Mulligan Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 176. | Mulligan Deposition Exhibit #4 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 177. | Mulligan Deposition Exhibit #5 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 178. | Mulligan Deposition Exhibit #6 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 179. | Mulligan Deposition Exhibit #7 | Hearsay, FRE 801-802. Foundation, |

| Exhibit No. | Description | Objection No. |
|---|---|---|
|  |  | Authentication FRE 901. FRE 401-403. |
| 180. | Mulligan Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 181. | Mulligan Deposition Exhibit #9 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 182. | Mulligan Deposition Exhibit #10 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 183. | Mulligan Deposition Exhibit #11 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 184. | Mulligan Deposition Exhibit #12 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 185. | Mulligan Deposition Exhibit #13 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 186. | Mulligan Deposition Exhibit #14 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 187. | Mulligan Deposition Exhibit #15 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 188. | Mulligan Deposition Exhibit #16 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 189. | Mulligan Deposition Exhibit #17 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 192. | Rego Deposition Exhibit #5 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. Also, Subject to Motion Limine |
| 193. | Rego Deposition Exhibit #6 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 195. | Rego Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 196. | Rego Deposition Exhibit #9 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 197. | Rego Deposition Exhibit #10 | Hearsay, FRE 801-802. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | Foundation, Authentication FRE 901. FRE 401-403.. |
| 198. | Rego Deposition Exhibit #11 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 200. | Rego Deposition Exhibit #13 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 201. | Rego Deposition Exhibit #14 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 202. | Rego Deposition Exhibit #15 | Withdrawn. Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 203. | Rego Deposition Exhibit #16 | Withdrawn. Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 204. | Rego Deposition Exhibit #17 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 205. | Rego Deposition Exhibit #18 | Withdrawn. Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
|  |  | FRE 401-403.. |
| 206. | Rego Deposition Exhibit #19 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 207. | Rego Deposition Exhibit #20 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 208. | Rego Deposition Exhibit #21 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 209. | Rego Deposition Exhibit #24 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 210. | Rego Deposition Exhibit #26 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 211. | Rego Deposition Exhibit #28 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 212. | Rego Deposition Exhibit #29 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 213. | Rego Deposition Exhibit #29A | Hearsay, FRE 801-802. Foundation, |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | Authentication FRE 901. FRE 401-403. |
| 214. | Rego Deposition Exhibit #30 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. Also, subject to Motion in Limine. |
| 215. | Rego Deposition Exhibit #31 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 216. | Setter Deposition (3/27/07) Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 228. | Wu Deposition Exhibit #1 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 229. | Wu Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 230. | Wu Deposition Exhibit #3 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 232. | Wu Deposition Exhibit #6 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | FRE 401-403. |
| 233. | Wu Deposition Exhibit #7 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 234. | Wu Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 235. | Wu Deposition Exhibit #9 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 236. | Wu Deposition Exhibit #10 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 237. | Wu Deposition Exhibit #11 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 238. | Wu Deposition Exhibit #13 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 239. | Wu Deposition Exhibit #14 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. |
| 247. | Halpern Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | Authentication FRE 901. FRE 401-403 |
| 248. | Halpern Deposition Exhibit #9 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 251. | Halpern Deposition Exhibit #12 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901.FRE 401-403 Subject to Motion in Limine. |
| 252. | Halpern Deposition Exhibit #13 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 Subject to Motion in Limine. |
| 253. | Kaplan Deposition Exhibit #1 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 254. | Kaplan Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 258. | Koperda Deposition Exhibit #1 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 259. | Koperda Deposition Exhibit #2 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | FRE 401-403 |
| 275. | Strickland Deposition Exhibit #2 | Hearsay, FRE 801-802. FRE 401-403. FRE 106. |
| 281. | Strickland Deposition Exhibit #8 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403. FRE 602 FRE 106. |
| 283. | Strickland Deposition Exhibit #11 | Hearsay, FRE 801-803. Foundation, Authentication FRE 901. FRE 401-403. Also, subject to Motion in Limine. |
| 284. | Strickland Deposition Exhibit #13 | Hearsay, FRE 801-803. Foundation, Authentication FRE 901. FRE 401-403. FRE 602. |
| 290. | Strickland Deposition Exhibit #21 | Hearsay, FRE 801-803. Foundation, Authentication FRE 901. FRE 401-403. FRE 602 |
| 295. | Vonage 2008 Valuation Materials Presented by Deutsche Bank (June 2005) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 406 |
| 296. | Email from Citron re: Retention Reports | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | FRE 401-403<br>FRE 406 |
| 297. | Email from Eisen re: Churn Topline | Hearsay, FRE 801-802. Foundation,<br>Authentication FRE 901.<br>FRE 401-403<br>FRE 406 |
| 298-300 | Customer Emails re: Poor Service | Hearsay, FRE 801-802. Foundation,<br>Authentication FRE 901.<br>FRE 401-403<br>FRE 406 |
| 301-303 | 3i Valuation of Vonage; NEA's projections of Vonage's profitability; Bain Capital's projections of Vonage's profitability | Hearsay, FRE 801-802. Foundation,<br>Authentication FRE 901.<br>FRE 401-403<br>FRE 406 |
| 342. | Ebay Inc. 10-K for the year ended December 31, 2005 | Hearsay, FRE 801-802. Foundation,<br>Authentication FRE 901.<br>FRE 401-403 |
| 344. | Telecommunications Industry Association's "TIA 2006 Telecommunications Market Review & Forecast" (website) | Hearsay, FRE 801-802. Foundation,<br>Authentication FRE 901. |
| 347-353 | Various Vonage Press Releases | Hearsay, FRE 801-802. Foundation,<br>Authentication FRE 901. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| 358. | http://cedmagazine.com/index.asp?layout=articlePrint&articleID=CA6335969 - Sprint's Embarq starts new independent life" (May 18, 2006) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 361. | http://www.intertangent.com/023346/Articles_and_News/1413.html - "History of VoIP" | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 362. | http://www.webconsult.com/1800.html - "Telecom History: The 1800s (Early History and the Great Fervor"), a website's history of telecom | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 363. | http://about.skype.com/2005/09/ebay_to_acquire_skype.html - "eBay to Acquire Skype" (September 12, 2005) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 364. | UBS Global Communications and Technology Conference Presentation (November 15, 2006) | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 FRE 406 FRE 106 |
| 367-368 | Securities Filings of Third-Parties | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 379. | "Broadband Cable: Next Steps," Address of William E. Kennard, | Hearsay, FRE 801-802. |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | Chairman of the FCC (December 16, 1999) | Foundation, Authentication FRE 901. FRE 401-403 FRE 602 |
| 384. | "Ramping Up to VoIP," TelephonyOnline, a Penton Media, Inc., abusiness to business media company, dated March 11, 2002 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 386. | "ADSL to spur VoIP use," VNU Business Publications, dated march 4, 2002 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 390. | Email from Ronald Prague, Synchronoss to Robert Reckers, SHB STI Porting Data dated February 26, 2007 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 391. | STI-Vonage Port-Ins from Sprint | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 392. | STI-weekly reports for 10/14/2006 to 12/22/2006 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 399. | The Sprint Nextel Review, 1Q, 2007 | Objection because exhibit has not been provided, despite request; Vonage reserves the right to object after reviewing the |

| Exhibit No. | Description | Objection No. |
|---|---|---|
| | | document. |
| 401. | Letter from B. Trent Webb to Loren Schecter on July 20, 2005 | Hearsay, FRE 801-802. Foundation, Authentication FRE 901. FRE 401-403 |
| 402. | Copy of CD enclosed with July 20, 2005 Letter | Foundation, Authentication FRE 901. |