## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
                  Plaintiff,        )
                                    )
      v.                             )
                                    )
THEGLOBE.COM, INC.,             ) Case No. 2:05-CV-02433-JWL-DJW
VOICEGLO HOLDINGS, INC.,       )
VONAGE HOLDINGS CORP., and    )
VONAGE AMERICA, INC.          )
                                    )
                 Defendants.    )
                                    )
                                    )

### SPRINT'S RESPONSE TO VONAGE'S MOTION TO PRECLUDE THE TESTIMONY OF THE HONORABLE GERALD J. MOSSINGHOFF

By its August 21, 2007 Order (Doc. No. 308), the Court signaled its intent to play, at trial, an instructional video prepared by the Federal Judicial Center. The video is designed to help jurors understand what patents are, why they are needed, how inventors get them, the role of the PTO, and why disputes over patents arise. Having reviewed the video and having no objections to it, Sprint no longer believes that the testimony of Mr. Mossinghoff is necessary in this action.

If defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage") do not object to the Court's decision to play the Federal Judicial Center video, Sprint will withdraw Mr. Mossinghoff from its witness list and will not call Mr. Mossinghoff at trial. Pursuant to this representation, Sprint respectfully requests that the Court find moot Vonage's motion to preclude the testimony of Mr. Mossinghoff. Should Vonage raise and the Court

2596457v1

sustain an objection to the playing of the patent video, Sprint promptly will respond to the

substance of Vonage's motion to preclude.

Respectfully Submitted,


_/s/ Adam P. Seitz_____

August 24, 2007                    B. Trent Webb, KS Bar No. 15965
                                   Eric A. Buresh, KS Bar. No. 19895
                                   Adam P. Seitz, KS Bar No. 21059
                                   SHOOK HARDY & BACON L.L.P.
                                   2555 Grand Blvd.
                                   Kansas City, Missouri 64108-2613
                                   816-474-6550 Telephone
                                   816-421-5547 Facsimile

                                   ATTORNEYS FOR PLAINTIFF SPRINT
                                   COMMUNICATIONS COMPANY L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2007, a copy of SPRINT'S RESPONSE TO VONAGE'S MOTION TO PRECLUDE THE TESTIMONY OF THE HONORABLE GERALD J. MOSSINGHOFF was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608
Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

2596457v1