### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-2433-JWL |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. AND ) | |
| VONAGE AMERICA, INC., ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME

It appears that defendants response to plaintiffs' motions in limine will not be filed timely. Accordingly, defendants request one extra hour to file their response. Such relief is in order because plaintiffs will not suffer any prejudice from the extention. Due to the impending due time of the motion, defendants do not have an opportunity to confer with plaintiff concerning the plaintiff's position.

WHEREFORE, Vonage respectfully requests that the Court enter an order granting it leave to file its Response to Sprint's Motions in Limine out of time and grant such other and further relief to which it may justly be entitled.

Respectfully submitted,

BARBER EMERSON, L.C.

August 24, 2007                By:  s/ Terrence J. Campbell
Terrence J. Campbell - 18377
  tcampbell@barberemerson.com
Catherine C. Theisen - 22360
  ctheisen@barberemerson.com
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
(785) 843-6600
(785) 843-8405 Facsimile


Patrick D. McPherson
Barry Golob
Donald R. McPhail
Duane Morris LLP
1667 K Street N.W.
Washington, DC 20006-1608
202-776-7800
pdmcpherson@duanemorris.com
bgolob@duanemorris.com
drmcphail@duanemorris.com

*Attorneys for Defendants Vonage America, Inc. and Vonage Holdings Corp.*

## CERTIFICATE OF SERVICE

I hereby certify on August 24, 2007, that a copy of the foregoing Motion for Leave to File Response out of time was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

Further, such counsel have been provided a copy of the Exhibits to this Motion, which defendants propose to file under seal, via email.

    s/ Terrence J. Campbell