# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SPRINT COMMUNICATIONS**
**COMPANY L.P.,**

    **Plaintiff,**

    **v.**                                  Case No. 05-2433-JWL

**VONAGE HOLDINGS CORP. and**
**VONAGE AMERICA, INC.,**

    **Defendants.**

_____

## ORDER

By this court's order dated August 8, 2007 (doc. #266), the parties are to submit their proposed jury instructions to the court no later than **August 31, 2007**. IT IS HEREBY ORDERED that those proposed instructions shall include any proposed claim constructions upon which the parties wish the jury to be instructed. Additionally, on or before **September 4, 2007**, the parties shall file trial briefs in support of their proposed claim constructions. The parties may file responsive trial briefs on or before **September 7, 2007**.

    **IT IS SO ORDERED** this 27th day of August, 2007.

                                          /s/ John W. Lungstrum
                                          John W. Lungstrum
                                          United States District Judge