# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
_____
                                       )
SPRINT COMMUNICATIONS COMPANY L.P.,    )
                                       )
                     Plaintiff,        )
                                       )  Case No. 05-2433-JWL
            v.                         )
                                       )
VONAGE HOLDINGS CORP. AND              )
VONAGE AMERICA, INC.,                  )
                     Defendants.       )
                                       )
_____)
```

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice filed on August 27, 2007 (Doc. 341), and for good cause shown, the Court finds that said motion should be sustained and that **Louis Norwood Jameson** should be and hereby is admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

If pro hac vice counsel have not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at

http://www.ksd.uscourts.gov/forms/index.php.

Upon the request of defendants' counsel, the Court directs the clerk to place Exhibit A to the motion concerning Mr. Jameson under seal, and access to said exhibit to counsel of record.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 28th day of August, 2007.

s/ John W. Lungstrum

John W. Lungstrum
UNITED STATES DISTRICT JUDGE