## CLERK'S COURTROOM MINUTE SHEET

### Case No. 05-2433-JWL

**SPRINT COMMUNICATIONS COMPANY LP,**

        Plaintiff,

v.

**VONAGE HOLDINGS CORP. and VONAGE AMERICA,**

        Defendants.

**Location: Kansas City, Kansas**

| | | | |
|---|---|---|---|
| **JUDGE:** | Lungstrum | **DATE:** | August 29, 2007 |
| **DEPUTY CLERK:** | Sharon Scheurer | **TAPE/COURT REPORTER** | Becky Ryder |
| **COUNSEL FOR PLTF.(S):** | Adam Seitz, Basil Trent Webb, Eric A. Buresh, and Peter Strand | **COUNSEL FOR DEFT.(S):** | Barry Golob<br>Patrick McPherson<br>Terrence Campbell<br>Don Lolli<br>Lauren DeBruicker<br>Louis N. Jameson |

### CLERK'S MINUTES

### LIMINE CONFERENCE

#258- Plaintiff's motion to exclude the opinions of Vonage's expert Joel Halpern regarding the disclosure-dedication rule and the all limitations rule- **TAKEN UNDER ADVISEMENT**

#262- Plaintiff's motion to exclude the opinions of Vonages' expert Frank Koperda regarding obviousness and enablement: **TAKEN UNDER ADVISEMENT**

#269- Defendant's motion to exclude expert Gerald J. Mossinghoff: **WITHDRAWN**

#274- Defendant's motion to compel production of a complete privilege log and the documents described therein: **DENIED**

#283- Defendant's motion in limine to preclude Sprint's pre-litigation letters: **DENIED**

#287 - Plaintiff's motions in limine: **GRANTED IN PART, DENIED IN PART, AND TAKEN UNDER ADVISEMENT IN PART**

#304 - Defendant's sealed motion in limine: **GRANTED IN PART, DENIED IN PART, AND WITHDRAWN IN PART**

#312- Defendant's motion to clarify summary judgment ruling as to 35 U.S.C. § 112 Par. 2: **WITHDRAWN**

#327 - Defendant's emergency motion for leave to file motion for summary judgment in light of days-old intervening change in controlling law: **DENIED**

#331 - Defendants' motion for leave to file reply brief in support of motion in limine to exclude Sprint's pre-litigation letters: **DENIED**