**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC.,, )<br>)<br>Defendants. )<br>) | Case No. 05-2433-JWL |

**JOINT PROPOSED JURY INSTRUCTIONS**

Pursuant to the Pretrial Order entered in this matter (Doc. No. 207), and the Court's August 8, 2007 Order (Doc. No. 266), and D. Kan. Rule 51.1, Sprint and Vonage attach their proposed jury instructions as exhibits A and B, respectively. Though the parties attempted to submit a single set of jury instructions, they were unable to given the volume of instructions and the number of disagreements. The parties are, however, continuing in their efforts to meet and confer on the proposed instructions and are diligently working towards a joint submission in the Court's preferred format. The parties will provide the Court with this joint submission no later than Monday, September 3, 2007.

Respectfully Submitted,

2615461v1

1

Dated: August 31, 2007     /s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

Dated: August 31, 2007     /s/ Barry Golob
Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP. AND
VONAGE AMERICA, INC.

2615461v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2007, a copy of foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.


__/s/   Adam P. Seitz _____ _____
Attorneys for Sprint Communications Company L.P.

2615461v1