IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC.,, )<br>)<br>Defendants. )<br>) | Case No. 05-2433-JWL |

## AMENDED JOINT SUBMISSION OF PROPOSED JURY INSTRUCTIONS

Pursuant to the Pretrial Order entered in this matter (Doc. No. 207), and the Court's August 8, 2007 Order (Doc. No. 266), and D. Kan. Rule 51.1, Sprint and Vonage jointly propose the following amended jury instructions, which are attached hereto as Exhibit A.

The parties have met and conferred in an effort to resolve any differences and narrow the issues relating to proposed final jury instructions. The parties have underlined the language for which they are unable to reach agreement, including an indication of which party proposes inclusion of the language, and have provided statements regarding the disputed language. In some instances, the parties have submitted competing instructions in their entirety, accompanied by statements regarding the respective instructions.

1

2615680v1

Dockets.Justia.com

Respectfully Submitted,

Dated: September 3, 2007     /s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

Dated: September 3, 2007     /s/ Barry Golob
Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP. AND
VONAGE AMERICA, INC.

2615680v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2007, a copy of foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.


\_\_/s/   Adam P. Seitz _____
Attorneys for Sprint Communications Company L.P.

2615680v1