Frank R. Koperda    February 28, 2007

the two users, and the setting of these switches is determined electronically when the caller dials the number based upon pulses or tones made by the caller's telephone. Once the connection is made, the caller's voice is transformed to an electrical signal using a small microphone in the telephone's receiver. This electrical signal is then sent through various switches in the network to the user at the other end where it transformed back into sound waves by a speaker for that person to hear. This electrical connection works both ways, allowing the users to converse.

The 1990's saw the widespread adoption of systems based upon optic fibers. The benefit of communicating with optic fibers is that they offer a drastic increase in data capacity.

**(b)    Signaling**

In the PSTN, "in-band" signaling is the exchange of signaling information (*i.e.* information necessary to control a telephone call) within the same channel that the telephone call itself is using. An example is DTMF (dual-tone multi-frequency) signaling.

"Out-of-band" signaling is telecommunication signaling that is done on a channel that is dedicated for the purpose and separate from the channels used for the telephone call. Out-of-band signaling is used in Signaling System #7 ("SS7"), the standard for the signaling that has controlled the world's phone calls for the past twenty years or so.

**(c)    Circuits**

Although the PSTN was originally created using analog voice connections through manual switchboards, automated telephone exchanges replaced most switchboards, and later digital switch technologies were used. Most switches now use digital circuits between exchanges, with analog two-wire circuits still used to connect to most telephones.

The basic digital circuit in the PSTN is a 64 kilobits-per-second channel, originally designed by Bell Labs, called Digital Signal 0 ("DS0"). To carry a typical phone call from a