Sprint Communications Company LP v. Vonage Holdings Corp., et al    Doc. 352 Att. 6
Case 2:05-cv-02433-JWL   Document 352-7   Filed 09/04/2007   Page 1 of 2

JOEL M. HALPERN,    MAY 10, 2007
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 83

 1      Q    Does he describe any other scenarios
 2   where out-of-band would be over entirely different
 3   physical mediums?
 4      A    I didn't look for other places where he
 5   describes the degrees of separation, all the kinds
 6   of separation that occur.  He does, if you note,
 7   before this talk about out-of-channel as opposed to
 8   inchannel, and in fact he -- there's degrees of
 9   separation.
10      Q    Does Stallings say out-of-band signaling
11   must be carried on a different physical medium than
12   the voice?
13               MR. MULDOON:  Objection, form of
14   the question.
15               THE WITNESS:  Stallings clearly
16   is describing here the case where out-of-band is in
17   a separate frequency band and -- and allows for it
18   to be in the same physical device.
19   BY MR. BURESH:
20      Q    Are you aware of any technical
21   commentator that would say that out-of-band
22   signaling must be carried on a separate physical

Page 84

1  medium from the voice in order to be out-of-band
2  signaling?
3              MR. MULDOON:  Objection, form of
4  the question.
5              THE WITNESS:  It has to be in a
6  separate band, a separate recognizable channel.  It
7  doesn't have to be in a separate physical channel.
8  I don't think any expert would -- I -- I don't
9  think any recognized published authority would
10 assert that it has to be in a separate physical
11 device to be out-of-band.
12 BY MR. BURESH:
13    Q   Is there something in the '605 patent
14 specifications that requires out-of-band signaling
15 be on a different physical medium than voice?
16    A   The issue when we get to out-of-band
17 with the '605 is that we have to find a band, and
18 being carried along with all the other IP packets,
19 over the same physical channel, over the same
20 frequency band, isn't out-of-band.  So we have to
21 use what information the '605 gives us, which is --
22 it points to a link that is physically separate