Joel M. Halpern                                                                                   February 28, 2007

> **(3) The Vonage System Does Not Transfer The User Communication From The Interworking Unit**

Claim 1 requires the "interworking unit" to transfer a user communication. For the same reasons described with respect to the term "interworking unit" in the '429 and '294 Patents, this limitation is not present in the Vonage System either literally or under the doctrine of equivalents.

> **(4) Dr. Wicker Does Not Provide Support For Infringement Of The Vonage System Utilizing A Single Gateway**

As I described in Sec. III(F)(6), the Vonage System previously utilized a SIP gateway (instead of a separate Media Gateway and Signaling Gateway) for Outbound Calls. In his report, Dr. Wicker relies on the Media Gateway and Signaling Gateway being separate entities, the Signaling Gateway in the processing system and the Media Gateway being the interworking unit outside the processing system. Dr. Wicker does not provide any support for infringement in the case where the Vonage System uses a single gateway.

> **b. The Other Asserted Claims of the '064 Patent Are Not Infringed**

In Appendix F, I have included a claim chart expressing my opinion that the remaining asserted claims of the '064 patent are likewise not infringed, either literally or under the doctrine of equivalents.

**4. Non infringement Of The '932 Patent**

In my opinion, the Vonage System does not infringe any of the asserted independent claims of the '932 Patent. Therefore, the asserted dependent claims cannot be infringed as well. The basis for my opinion is that there are limitations in the asserted claims of

Confidential or Highly Confidential Work Product
Subject To Protective Order                                                                    Sprint vs. Vonage

dockets.Justia.com