IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 05-2433-JWL | |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. AND ) | |
| VONAGE AMERICA, INC., ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE TRIAL BRIEF OUT OF TIME**

Vonage has attempted to modify its Trial Brief in light of the Court's Order of the morning of September 4, 2007. Despite the best efforts of counsel, Vonage's Trial Brief will not be filed timely. Accordingly, defendants request two extra hours to file their response. Such relief is in order because plaintiff will not suffer any prejudice from the extension. Due to the late hour of this motion, defendants believe that counsel for plaintiff will prefer not to be contacted in an attempt to confer.

WHEREFORE, Vonage respectfully requests that the Court enter an order granting it leave to file its Trial Brief out of time and grant such other and further relief to which it may justly be entitled.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Septebmer 5, 2007 | BARBER EMERSON, L.C.<br>By:  s/ Terrence J. Campbell<br>Terrence J. Campbell - 18377<br>   tcampbell@barberemerson.com<br>Catherine C. Theisen - 22360<br>   ctheisen@barberemerson.com<br>1211 Massachusetts Street<br>P.O. Box 667<br>Lawrence, KS 66044<br>(785) 843-6600<br>(785) 843-8405 Facsimile<br><br>Patrick D. McPherson<br>Barry Golob<br>Donald R. McPhail<br>Duane Morris LLP<br>1667 K Street N.W.<br>Washington, DC 20006-1608<br>202-776-7800<br>pdmcpherson@duanemorris.com<br>bgolob@duanemorris.com<br>drmcphail@duanemorris.com<br><br>*Attorneys for Defendants Vonage America, Inc. and Vonage Holdings Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify on September 5, 2007, that a copy of the foregoing Motion for Leave to File Response out of time was filed electronically, with a notice of case activity to be generated and sent electronically by the Clerk of Court to:

>B. Trent Webb
>Adam P. Seitz
>Erick A. Buresh
>Shook, Hardy & Bacon LLP
>2555 Grand Boulevard
>Kansas City, MO 64108-2613
>bwebb@shb.com
>aseitz@shb.com
>eburesh@shb.com
>
>*Attorneys for Plaintiff*
>*Sprint Communications Company L.P.*

Further, such counsel have been provided a copy of the Exhibits to this Motion, which defendants propose to file under seal, via email.

                                                       s/ Terrence J. Campbell