# EXHIBIT C

Practitioner's Docket No. 1057e

*PATENT*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie
Application No.: 09/082,048
Filed: May 20, 1998
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

Group No.: A. Patel
Examiner: 2738

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D. C. 20231

### RESPONSE

Dear Ajit Patel,

In response to the Office Action dated February 16, 2000, please enter this amendment and consider the following remarks. A one month extension of time is requested and authorized in the transmittal. An IDS is enclosed with the appropriate fee authorized in the transmittal.

```
06/21/2000 WKDROMA 00000045 210765   09082048
 01 FC:115      110.00 CH
```

```
06/21/2000 WKDROMA 00000045 09082048
 02 FC:126      240.00 CH
```

## Remarks

Claims 1-79 are pending and rejected. Claims 1, 38, and 75-79 are amended in this amendment. Claims 1-79 stand rejected under 35 U.S.C. §102(e) or §103(a) over U.S. Patents 5,509,010 and 5,434,842 (the La Porta references). Applicants have amended the independent claims to distinguish over the La Porta references.

The primary teaching of the La Porta references is a multi-server architecture that interfaces with CPE using a new signaling protocol – where signaling conversion is not needed due to the use of the new signaling protocol. (See FIG. 5 of '852). When the La Porta references discuss interworking with N-ISDN systems, then the architecture is defined to consist entirely of a complex ATM/circuit switch that includes: 1) N-ISDN interworking 701-702, 2) multi-server software 703, and 3) switch fabric 704. (See FIG. 7 of '010). Applicant has repeatedly pointed out the problems with integrating call control into the complex switch shown on FIG 7.

Claims 1 and 38 require signaling conversion. The processor that processes this converted signaling must be external to any telecommunication switches. The La Porta references clearly teach the opposite – signaling conversion and processing that is internal to the switch. The external nature of the processor is further hi-lighted in the claims because it receives the converted signaling from one device and sends the new signaling to another device. The La Porta references clearly teach a single switch that receives, converts, and processes signaling to control an internal switch fabric 704.

Applicants submit that there are numerous additional reasons in support of patentability, but that such reasons are moot in light of the above remarks and are omitted in the interests of brevity. Applicants respectfully request allowance of claims 1-79.

Respectfully submitted,

_[signature]_

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:   Michael J. Setter, Reg. No. 37,936
Phone: (303) 449-9497
Fax:   (303) 449-0814

CORRESPONDENCE ADDRESS:   Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

Customer No. 021396

4

Certificate of mailing 37 CFR 1.8

I hereby certify that this Response, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on 6-16, 2000 as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

6-16-00
Date

Laura S. Mellblom

5