# EXHIBIT E

Practitioner's Docket No. 10571          PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph Michael Christie  
Application No.: 09/082,182      Group No.: A. Patel  
Filed: May 20, 1998      Examiner: 2738  
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

**ASSISTANT COMMISSIONER FOR PATENTS**  
**WASHINGTON, D. C. 20231**

RECEIVED  
FEB 0 1 2001  
Technology Center 2600

### RESPONSE

Dear Ajit Patel,

     In response to the Office Action dated August 29, 2000, please enter this amendment and consider the following remarks. An RCE is enclosed. A two-month extension of time is requested and authorized in the transmittal.

1

Marked-up Version of the Amended Claims

1. A method for controlling communications, the method comprising:
   receiving information from a communications path into a device;
   receiving signaling [related to the communications path and] formatted for a narrowband system into a processing system that is external to [the device] any communication switches;
   selecting a code in the processing system based on the signaling;
   transferring the code to the device; and
   transmitting a packet of the information from the device using the code.

21. A method for controlling communications, the method comprising:
   receiving voice information from a communications path into a device;
   receiving signaling [related to the communications path and] formatted for a narrowband system into a processing system that is external to [the device] any communication switches;
   selecting a logical address in the processing system based on the signaling;
   transferring the logical address to the device; and
   transmitting a packet of the voice information from the device using the logical address.



**Remarks**

Claims 1-63 are pending and stand rejected. Claims 1 and 21 have been amended in response to the rejection. Applicants request allowance of claims 1-63. Applicant does not want information relating to co-pending applications to be published on the issued patent.

**Claims 1-5, 8-10, 14-24, 27-31, 34-36, 40-51, 55-59, and 61-63 stand rejected under §102(e) over U.S. Patent 5,434,852 (La Porta '852).**

Claim 55 recites a method with a device and a processing system that is external to the device. The device receives a communications packet and *directs information from the packet to the processing system*. The processing system selects a logical address based on the information, and the device transmits the communications packet using the logical address. In La Porta '852, switch 510 processes ATM cells from CPE 501, but does not direct information from these cells to the servers. Instead, CPE 501 communicates directly with call server 502 using a new broadband signaling protocol.

Claims 27 and 47 recite a method with a device and a processing system that is external to the device. The device receives a communications packet and *directs information from the communications packet to the processing system*. The processing system selects a characteristic for a communications path based on the information. The device transmits communications from the packet to the communications path using the characteristic. The processing system transmits a signaling message indicating the characteristic *and formatted for a narrowband system*. In La Porta '852, switch 510 processes ATM cells from CPE 501, but does not direct information from the cells to the servers. Instead, CPE 501 communicates directly with call server 502 using a new broadband signaling protocol. (See La Porta '852, column 3, lines 5-10). La Porta '852 does not transmit narrowband signaling indicating a selected characteristic.

Claims 1 and 21 require "receiving signaling *formatted for a narrowband system* into a processing system that is external to any communication switches" and selecting a code or a logical address in the processing system based on the narrowband signaling. La Porta '852 teaches a call processing architecture that operates using a

4



Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:    Michael J. Setter, Reg. No. 37,936
Phone: (303) 379-1123
Fax:   (303) 379-1155

CORRESPONDENCE ADDRESS:    **Customer No. 021396**

Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

6

