# EXHIBIT G

Dockets.Justia.com

Practitioner's Docket No. 1057c                                           PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph M. Christie
Application No.: 09/082,040                      Group No.: 2738
Filed: 05/20/1998                                Examiner: A. Patel
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D. C. 20231

### PRELIMINARY AMENDMENT

Dear Ajit Patel,

In response to the Office Action dated June 26, 2000, please enter this preliminary amendment in a CPA for the above referenced application. A one month extension of time is requested and authorized in the transmittal.

For the above referenced patent application, we may have submitted an information disclosure statement including a separate paper that listed U.S. patent applications. Applicant respectfully requests that these U.S. patent applications be considered but that the application numbers of these U.S. patent applications not be published in any patent. The information disclosure statement that lists the U.S. patent applications may have included an Examiner's initial column. Applicant respectfully requests that the Examiner disregard the initial column for the U.S. patent applications to avoid publication of the application numbers on any patents.

10/30/2000 SDUONG 00000043 210765 09082040
02 FC:103      2232.00 CH

## Remarks

Claims 1-148 were pending and rejected. Based on the recent Examiner Interview, claims 1-148 have been replaced with new claims 149-292. The new claims 149-292 are fully supported by the specification and do not contain new matter. Applicants request allowance of claims 149-292.

Claims 1-148 were rejected over U.S. Patent 5,434,852 (La Porta '852) and U.S. Patent 5,509,010 (La Porta '010). La Porta '852 teaches a call processing architecture that operates using a <u>new</u> broadband signaling protocol. (See La Porta '852, column 3, lines 5-10). La Porta '852 relies on La Porta '010 regarding the processing of signaling from narrowband systems. (See Office Action, page 3). La Porta '010 is primarily directed to the new broadband signaling protocol, but La Porta '010 also discloses how to process narrowband signaling within the architecture of La Porta '852. (See column 8, line 56 to column 9, line 22, and FIG. 7). La Porta '010 clearly teaches that signaling from a narrowband system is processed by a switch control processor complex 709 that is <u>within switch 702</u>. (See column 8, line 56 to column 9, line 22). In the background of the Application, Applicant discusses the problem with this approach of placing a narrowband signaling processor within a broadband switch. (See Application, page 3, line 17 to page 4, line 11).

The new claims 149-292 require that: 1) the signaling information that is processed to select the characteristic be formatted for a narrowband system (i.e. SS7, Q.931), 2) the call processor/processing system is external to any communication switches, and 3) the message incorporating the characteristic is formatted for a broadband system (i.e. ATM).

The new claims 149-292 differ significantly from La Porta '852 and '010 and avoid the problem of processing narrowband signaling in a broadband switch -- La Porta '010 clearly teaches processing narrowband signaling within switch 702. Together, La Porta '852 and '010 do <u>not</u> teach or suggest any processor, other than a control processor within a switch, that processes signaling information formatted for a narrowband system to generate a message formatted for a broadband system. Thus, claims 149-292 are patentable over La Porta '852 and '010.

Applicant notes that the term "and transmit" with respect to the message formatted for the broadband system was dropped from claim proposed at the Examiner Interview. Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:  Michael J. Setter, Reg. No. 37,936
Phone: (303) 449-9497
Fax:   (303) 449-0814

CORRESPONDENCE ADDRESS:  Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

Customer No. 021396