# EXHIBIT H

Practitioner's Docket No. 1057c

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Joseph M. Christie
Application No.: 09/082,040
Filed: 05/20/1998
For: METHOD, SYSTEM AND APPARATUS FOR TELECOMMUNICATIONS CONTROL

Group No.: 2738
Examiner: A. Patel

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D. C. 20231

### RESPONSE

Dear Ajit Patel,

In response to the Office Action dated November 12, 1999, please enter this amendment and consider the following remarks. A two month extension of time is requested and authorized in the transmittal. An IDS is enclosed with the appropriate fee authorized in the transmittal.

04/17/2000 CV0111    00000001 09082040
02 FC:116     380.00 CH

**Remarks**

Claims 1-148 are pending and stand rejected. All independent claims (1, 71, and 141) have been amended in response to the rejection. Applicants request allowance of claims 1-148.

Claims 1-148 stand rejected either under §102 over U.S. Patent 5,434,852 (La Porta '852) or under §103 over La Porta '852 in view of U.S. Patent 5,509,010 (La Porta '010). La Porta '852 teaches a call processing architecture that operates using a new broadband signaling protocol. (See La Porta '852, column 3, lines 5-10). La Porta '852 relies on La Porta '010 regarding the processing of signaling from narrowband systems. (See Office Action, page 3).

La Porta '010 is primarily directed to the new broadband signaling protocol that supports the architecture of La Porta '852, but La Porta '010 also discloses how to process narrowband signaling within the architecture of La Porta '852. (See column 8, line 56 to column 9, line 22, and FIG. 7). La Porta '010 clearly teaches that signaling from a narrowband system is processed within switch 702 by switch control processor complex 709. (See column 8, line 56 to column 9, line 22). In the background of the Application, Applicant discusses the problem with this approach of placing a narrowband signaling processor within a broadband switch. (See Application, page 3, line 17 to page 4, line 11).

Applicant has significantly amended independent claims 1, 71, and 141 in light of La Porta '852 and '010. The amended claims now require that the signaling information be formatted for a narrowband system (i.e. SS7, Q.931, etc.). The amended claims also require that either the processor is not a control processor within a switch, or that the processor is external to the switch. The amended claims now differ significantly from La Porta '852 and '010 and avoid the problem of processing narrowband signaling in a broadband switch -- La Porta '010 clearly teaches processing narrowband signaling within switch 702.

Together, La Porta '852 and '010 do not teach or suggest any processor, other than a control processor within a switch, that processes signaling information formatted for a narrowband system. Thus, claims 1-148 as amended are patentable over La Porta '852 and '010.

For the record, Applicant states that La Porta '852 may not be enabled by the improper reference to La Porta '010.

4

Applicant submits that there are additional reasons for patentability, but such reasons are moot in light of the above remarks, and additional remarks are omitted in the interests of brevity.

Respectfully submitted,

*[signature]*

SIGNATURE OF PRACTITIONER

ATTORNEY CONTACT:    Michael J. Setter, Reg. No. 37,936
Phone: (303) 449-9497
Fax:   (303) 449-0814

CORRESPONDENCE ADDRESS:    Attn: Harley R. Ball
Sprint Law Department
8140 Ward Parkway
Mailstop: MOKCMP0506
Kansas City, Missouri 64114

Customer No. 021396

### Certificate of mailing 37 CFR 1.8

I hereby certify that this Response, along with any paper(s) referred to as being attached or enclosed, is being deposited with the United States Postal Service on 4-10, 2000 as First Class Mail, postage prepaid, addressed to: Assistant Commissioner for Patents, Washington, D. C. 20231.

__4-10-00__         *[signature]* Laura S. Mellblom
Date