Sprint Communications Company LP v. Vonage Holdings Corp., et al                    Doc. 354 Att. 8

# EXHIBIT I

Dockets.Justia.com

PATENT
SPT-1037

CERTIFICATION UNDER 37 C.F R. 1.10

I hereby certify that this Preliminary Amendment is being deposited with the United States Postal Service on December 7, 1995, as "Express Mail, Post Office to Addressee", Mailing Label No: EF596040135US, postage prepaid, addressed to: Box FWC, Assistant Commissioner for Patents, Washington, D.C., 20231.

Michael J Setter, Reg. No. 37,936

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of:     Joseph Michael Christie

Filed:              December 7, 1995

For:                "METHOD, SYSTEM AND APPARATUS FOR
                    TELECOMMUNICATIONS CONTROL"

Hon. Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sirs:

### PRELIMINARY AMENDMENT

Please enter this amendment to the enclosed file wrapper continuation application. Applicants respectfully request consideration of the file wrapper continuation application. A Petition for Extension of Time, a Correction of Drawings, an Information Disclosure Statement, and a Transmittal with authorization for the proper fees is also attached.

### Parent Application Information:

Applicants:     Joseph Michael Christie
Serial No.:     08/238,605
Filed:          May 5, 1994
Title:          "METHOD, SYSTEM AND APPARATUS FOR
                TELECOMMUNICATIONS CONTROL"
Group No.:      2603
Examiner:       Blum, R.

1

In the claim, the signaling processor sends a signaling message to a switch that did not generate a query. In contrast, SCPs only respond to the switch that sent the query. This claimed distinction is made possible because the claimed signaling processor is able to receive the same signaling messages typically received by switches. It can then process this signaling to generate new signaling messages for transmission to any switch needed to establish the communications path.

Claim 122 further refines this new capability by reciting that the signaling processor receives a Signaling System #7 (SS7) Initial Address Message (IAM). Prior systems do not teach or suggest this capability.

Claim 147 also claims a method for processing telecommunications signaling. In this claim, a telecommunications signaling message is received into a telecommunications network and routed to a signaling processor. The references do not teach or suggest routing signaling from outside of the network directly to an SCP. The signaling processor processes the signaling message and generates a new signaling message. This new signaling message is transmitted "to a switch that did not generate the telecommunications signaling message that was received into the telecommunications network and routed to the signaling processor." The references do not teach or suggest an SCP that sends a signaling message to a switch that did not first send a query.

Claim 150 recites a processor. The processor is able to: "receive a telecommunications signaling message configured for a telecommunications switch ... to process the telecommunications signaling message ... and to generate and transmit a new telecommunications signaling message." The references do not teach or suggest equipping an SCP with the ability to process the signaling configured for a switch. An example would be an SCP that processed SS7 IAMs. SCPs only process queries generated by a switch that are configured for the SCP.

Claim 152 recites a telecommunications network. The network includes "a signaling processor that ... is operational to receive telecommunications signaling messages from outside of the telecommunications network, process the telecommunications signaling messages ... and generate and transmit new

Applicant submits that claims 121-174 are patentable and requests allowance of these claims. Applicant is prepared to cooperate with the Examiner in order to bring this case to a conclusion. Applicant respectfully requests that the Examiner telephone the undersigned with any comments or suggestions that would foster such cooperation.

Respectfully submitted,


_/2 - 7-95_
Date

By _Michael Setter_
Michael J. Setter, Patent Attorney
Reg. No. 37,936
Tel: (913) 624-5194
Fax: (913) 624-6388

SPRINT COMMUNICATIONS COMPANY L.P.
8140 Ward Parkway
Fifth Floor
MS: MOKCMP0506
Kansas City, Missouri 64114

#: 4212

18