# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) | Case No. 05-2433-JWL |
| v. ) |  |
| ) |  |
| VONAGE HOLDINGS CORP. AND ) |  |
| VONAGE AMERICA, INC., ) |  |
| Defendants. ) |  |

## ORDER

Upon review of Defendants' Motion for Leave to Exhibits Under Seal, which exhibits have been designated as "confidential" by the parties pursuant to the Court's March 6, 2006 protective order (Doc. 79), the Court finds that the motion is well taken and should be granted.

Accordingly, Defendants' Motion for Leave to File Under Seal Exhibit B to their Trial Brief Response is hereby GRANTED. The clerk shall grant access to sealed document(s) to counsel of record. Attorneys admitted pro hac vice must obtain sealed document(s) from local counsel.

IT IS SO ORDERED this 10th day of September, 2007.

                                        s/ John W. Lungstrum
                                        John W. Lungstrum
                                        United States District Court Judge