IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
          Plaintiff,                )
                                    )
     v.                             )   Case No. 05-2433-JWL
                                    )
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )
                                    )
          Defendants.               )
                                    )

**PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S
OBJECTIONS TO VONAGE'S FIRST SUPPLEMENTAL EXHIBIT LIST**

Plaintiff files these objections to Vonage's designation of exhibits in Vonage's First Supplemental Exhibit List. Plaintiff reserves the right to object to any additional exhibits and witnesses added by Vonage. Plaintiff also reserves the right to object to exhibits that Vonage has not yet produced to Sprint. Plaintiff expressly reserves all objections under Federal Rules of Evidence 402 and 403 pursuant to Fed. R. Civ. P. 26(a)(3).

Reserving its objections under Fed. R. Evid. (FRE) 402-403, as permitted by Fed. R. Civ. P. 26(a)(3), Plaintiff makes the following objections:

**GENERAL OBJECTIONS**

Plaintiff generally objects to each and every exhibit listed by Vonage to the extent addressed by a Motion in Limine filed by Plaintiff. Plaintiff also objects to each and every exhibit listed by Vonage regarding the JCS-2000 system on the grounds that such exhibit(s) are not relevant and, therefore, inadmissible under FRE 402. Finally, Plaintiff objects to each

2620981v1

-2-

exhibit identified by Vonage that was not produced pursuant to discovery requests or that was identified for the first time in connection with Vonage's § 282 Notice.

**EXHIBITS**

Sprint's objections to the exhibits identified by Vonage in its First Supplemental Exhibit List are set forth in Exhibit A.  Sprint reserves the right to object to any exhibits identified by Vonage at a later date.

Dated: September 10, 2007					Respectfully Submitted,

								 /s/ Adam P. Seitz_____

								B. Trent Webb, KS Bar No. 15965
								Eric A. Buresh, KS Bar. No. 19895
								Adam P. Seitz, KS Bar No. 21059
								SHOOK HARDY & BACON L.L.P.
								2555 Grand Blvd.
								Kansas City, Missouri 64108-2613
								816-474-6550 Telephone
								816-421-5547 Facsimile

								ATTORNEYS FOR PLAINTIFF SPRINT
								COMMUNICATIONS COMPANY L.P.

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2007, a copy of PLAINTIFF SPRINT COMMUNICATIONS COMPANY L.P.'S OBJECTIONS TO VONAGE'S FIRST SUPPLEMENTAL EXHIBIT LIST was e-filed with the Court, which sent notice to the following:


Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Terrence J. Campbell
Catherine Theisen
Barber Emerson, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044

Patrick D. McPherson
Patrick C. Muldoon
Donald R. McPhail
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

L. Norwood Jameson
1180 West Peachtree Street
Atlanta, GA 30309

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/ Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

2620981v1