## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  05-2433-JWL |
| v. ) | |
| ) | |
| VONAGE HOLDINGS CORP. and ) | |
| VONAGE AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS VONAGE HOLDINGS CORP. AND VONAGE AMERICA, INC.'S
## SECOND SUPPLEMENTAL EXHIBIT LIST

Defendants Vonage Holdings Corp. and Vonage America, Inc. (collectively "Vonage"),

respectfully submit the following list of exhibits that may be offered at trial during Vonage's case

in chief. The following list does not include all demonstrative exhibits or exhibits to be offered

by Vonage for purposes of impeachment, rebuttal, or cross-examination.

Vonage reserves the right to further supplement this list, including in the event Plaintiff

produces additional documents or things before trial and following additional depositions, if any,

of Plaintiff's designated trial witnesses and witnesses designated pursuant to Federal Rule of

Civil Procedure 30(b)(6).

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1001. | DuRee Deposition Ex. 2 - Patent Application for Architecture #2 KAM01482 | | | | |
| 1002. | Duree Deposition Ex. 3- Excerpts of BB-IN Strategic Plan | | | | |
| 1003. | Duree Deposition Ex. 4 -5-15-92 Sprint SCP/DINA Platform Design Statement | | | | |

Dockets.Justia.com

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | KAM00120 |  |  |  |  |
| 1004. | Duree Deposition Ex. 5 -10-15-93 "Intelligent Hybrid Network Architecture" SPRp-01-029-0001- |  |  |  |  |
| 1005. | Duree Deposition Ex. 6 - 6-27-94 Sprint Broadband - Intelligent Network Prototype Project Authorization K4963000 (SPRp-01-029-00075 through SPRp-01-00104) |  |  |  |  |
| 1006. | Duree Deposition Ex. 7 - 9-29-95 CCM Phase I Architecture III Requirements (SPRp-007-01-00466) |  |  |  |  |
| 1007. | Duree Deposition Ex. 8 -11-08-97  JCS2000 CP/CPCS-AVM Extended LAB Trial SPRe-008-01-06853 |  |  |  |  |
| 1008. | Duree Deposition Ex. 9 -11-18-96  JCS2000 Software Service Architecture SPRe-004-01-06269 |  |  |  |  |
| 1009. | Duree Deposition Ex. 10 -1-22-98   JCS2000 Bonanza Project Release 1.2 High Level Architecture SPRe-001-01-146051 |  |  |  |  |
| 1010. | Duree Deposition Ex. 11 -1998 The Evolution of JCS2000   SPRe-002-01-07840 |  |  |  |  |
| 1011. | Ball Deposition Ex. 2 - 1 1-22-06 Vonage's Third Notice of 30(b)(6) Deposition |  |  |  |  |
| 1012. | Ball Deposition Ex. 3 - 6-2-98 Sprint and Cisco Memo of Understanding SPRp-012-01-00280 - SPRp-012-01-00296 |  |  |  |  |
| 1013. | Ball Deposition Ex. 4 - 6-2-98 MOU (SPRp-012-01 -00280-SPRp-012-01 -00296 |  |  |  |  |
| 1014. | Ball Deposition Ex. 5 -12-14-98 Sprint and Cisco Master Purchase Agreement SPRe-012-01-00897 |  |  |  |  |
| 1015. | Ball Deposition Ex. 6 -12-17-98 Sprint and Cisco Alliance Agreement SPRe-012-01-00792 through SPRe-012-01-00848 |  |  |  |  |
| 1016. | Ball Deposition Ex. 7 - 7-20-05 Article: "Sprint Deployment of End-to End Cisco IP Next-Generation Network Enables 'Triple Play' Service |  |  |  |  |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | Offerings to Enterprise Customers Worldwide |  |  |  |  |
| 1017. | Ball Deposition Ex. 8 - 7-11-05 Article: "Cisco, Sprint Extend Alliance" |  |  |  |  |
| 1018. | Ball Deposition Ex. 9 -12-17-98 Sprint/Cisco License Agreement (SPRp-012-01-00237 - SPRp-012-01-00254) |  |  |  |  |
| 1019. | Ball Deposition Ex. 10 -12-17-98 Sprint/Cisco JCS2000 Statement of Work (SPRe-012-01-01026) |  |  |  |  |
| 1020. | Ball Deposition Ex. 11 - 4-20-00 Sprint/Cisco Agreement (SPRe-012-01-00787 - SPRe-01-00791) |  |  |  |  |
| 1021. | Ball Deposition Ex. 12 - 5-14-99 Sprint Presentation: "TSfon-ION Voice Services Platform Alternative Analysis" (SPRe-006-01-04611) |  |  |  |  |
| 1022. | Ball Deposition Ex. 13 - 9-24-99 Sprint Presentation "Circuit Switching Analysis Update" SPRe-006-01-04727 |  |  |  |  |
| 1023. | Ball Deposition Ex. 14 - 3-11-02 Article: "Cisco Introduces New SIP-enabled Voice over IP Solutions", March 11, 2002 |  |  |  |  |
| 1024. | Patterson Deposition Ex. 2 - 7-02 LookSmart Article: VoIP ain't easy Reality Check panelists say - For Starters - Voice over IP |  |  |  |  |
| 1025. | Patterson Deposition Ex. 3 -10-17-05 Sprint - D1848 Integrated IP Trunking Architecture Blueprint Version 1.2 (SPRe-001-01-100899 to 900) |  |  |  |  |
| 1026. | McGrory Deposition Ex.1 - Undated List of Contracts (SPRe-002-01-00188 to 889) |  |  |  |  |
| 1027. | McGrory Deposition Ex. 2 -1-14-00 JCS2000 Financial Status (SPRe-002-01-06544) |  |  |  |  |
| 1028. | McGrory Deposition Ex. 3 - 1 1-28-94 Anonymix Agreement |  |  |  |  |
| 1029. | McGrory Deposition Ex. 4 - 2-16-97 Amendment to KEMM Contract |  |  |  |  |
| 1030. | McGrory Deposition Ex. 5 - 2-16-97 Services |  |  |  |  |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | Agreement Between Sprint Communications Company L.P. and KEMM Consulting, Inc. | | | | |
| 1031. | McGrory Deposition Ex. 6 - JCS2000 Design Document for the 0.2 Development Phase March 31, 1997 | | | | |
| 1032. | McGrory Deposition Ex. 7 - 4-27-95 CCM Detailed Design Revision 0.1 | | | | |
| 1033. | McGrory Deposition Ex. 8 - 9-19-95 BBIN-KEMM-JPDN-IOD Masoud Karnali | | | | |
| 1034. | McGrory Deposition Ex. 9 - Network Architecture Alternatives for CCM Masoud Kamali & Mohsen Emami | | | | |
| 1035. | McGrory Deposition Ex. 10 - 4-17-95 A High End Multiprocessor/Multiboard System for CCM | | | | |
| 1036. | Kaplan Deposition Ex. 3 - Bonanza Program Bi-Weekly Status Report for the two weeks ending: June 19, 1997 (SPRp-017-01-00117 to 144) | | | | |
| 1037. | Kaplan Deposition Ex. 5 - ION Alliance Definitive Agreements Executive Status Report As of September, 1998 (SPRp-012-01-01173) | | | | |
| 1038. | 3-25-05 Vonage: The Broadband Phone Company PowerPoint (VON_019045 to 80) | | | | |
| 1039. | Cordes Deposition Ex. 2 - 3-31-99 Email from Cordes to BBOSD (SPRe-002-01-05569 to 70) | | | | |
| 1040. | Cordes Deposition Ex. 3 - 4-26-99 Sprint/Cisco Executive Conference Call Meeting Minutes SPRe-002-01-04634 | | | | |
| 1041. | Cordes Deposition Ex. 4 -1-14-99 JCS2000 Shut Down Plans (SPRe-004-01-00012 to 19) | | | | |
| 1042. | Cordes Deposition Ex. 5 -1-11-99 Operational Concept Description for JCS2000 SPRe-008-01-07682 | | | | |
| 1043. | Cordes Ex. 6 - Detailed Requirements Statement Overview BBOSD-REQ-0042-04 (SPRe-008-01-02707 to 02754) | | | | |
| 1044. | Cordes Deposition Ex. 7 - 7-29-99 Email from Ginger Chase to Cordes (SPRe-002-01-02408 | | | | |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | to 02412) | | | | |
| 1045. | Cordes Deposition Ex. 8 - 7-15-99 Cisco Systems Proposal for Sprint Corporation JCS2000 Direct Access Lines (SPRp-004-01-00445-00488) | | | | |
| 1046. | Cordes Deposition Ex. 9 - 9-24-99 Circuit Switching Analysis Update (SPRp-002-01-00718 to 00740) | | | | |
| 1047. | Gardner Deposition Ex. 3 - 9-22-99 Sprint/Cisco Management Status Conference Call Notice (SPRe-002-01-00474) | | | | |
| 1048. | Gardner Deposition Ex. 4 - 9-29-95 CCM Phase I Architecture III Requirements (SPRp-007-01-00466 to 00671) | | | | |
| 1049. | Setter Deposition Ex. 6 - Updated Sprint Presentation - How Does Connection Control Work (SPRp-01-029-00056 to 66) | | | | |
| 1050. | Setter Deposition Ex. 11 - 6-4-97 Bonanza Project Detailed Requirements Statement Overview (SPRe-001-01-106771 to 106812) | | | | |
| 1051. | Setter Deposition Ex. 8 -1999 Presentation: Bonanza Security SPRe-002-01-02530 to 02562) | | | | |
| 1052. | Setter Deposition Ex. 9 - 7-15-98 JCS2000 Systems Engineering Notebook for Project Bonanza SPRp-007-01-00294 to 00465) | | | | |
| 1053. | Setter Deposition Ex. 10 - 6-96 Sprint ATM Voice-Band Multiplexer Technical Specification (SPRe-027-01-00048 to 00093) | | | | |
| 1054. | Setter Deposition Ex. 12-11-8-97 Sprint JCS2000 CP/CPCS- AVM Extended LAB Trial (SPRe-008-01-06853 to 06876) | | | | |
| 1055. | Setter Deposition Ex. 13 -10-9-98 Sprint JCS2000 Glossary of Telecommunications Terms (SPRe-008-01-06956 to 07142) | | | | |
| 1056. | Sims Deposition Ex. 5 - 4-23-07 Answer.com Printout - Advanced Fibre Communications, Inc. | | | | |
| 1057. | Sims Deposition Ex. 9 - 4-28-97 Kansas City Business Journal Article | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1058. | Sims Deposition Ex.10 3-13-06 Wholesale Master Services Agreement (SPRe-025-01-00009-SPRe-025-01-00074) | | | | |
| 1059. | Wicker Deposition Ex. 11 - 3-25-04 Wicker Declaration in Foundry Networks v. Nortel Networks Case | | | | |
| 1060. | Nelson Deposition Ex. 1 -1-19-99 Sprint/Cisco JCS Statement of Team Roster SPRe-012-01-01023 to 01066) | | | | |
| 1061. | Nelson Deposition Ex. 2 -1998 The Evolution of JCS 2000 SPRe-002-01-07840 to 07854) | | | | |
| 1062. | Spitzer Deposition Ex. 1 - Undated Spitzer hand drawn sketch of CAF | | | | |
| 1063. | Spitzer Deposition Ex. 2 - 7-12-00 Research and Experimentation 1999 Tax Credit Study - INS (SPRp-026-01-00584 to 606) | | | | |
| 1064. | Spitzer Deposition Ex. 3 - 6-12-00 Research and Experimentation 1999 Tax Credit Study - Primatek (SPRp-026-01-00726 to 00746) | | | | |
| 1065. | Spritzer Deposition Ex. 4 - 9-29-95 Appendix G to CCM Requirements MUX Specifications SPRp-007-01-00726 to 00751) | | | | |
| 1066. | Spritzer Deposition Ex. 5 - 08-95 Technical Specification for ATM Voice-Band Multiplexer (AVM) SPRe-027-01-00005 to 00047) | | | | |
| 1067. | Dwarkha Deposition Ex. 6 3-29-05 Vonage - Diagram: How to Get Dial Tone VON_096685-6 | | | | |
| 1068. | 2-28-07 Halpern Report Ex. C - Call Trace Inbound Call (VON_695938 to 695945) | | | | |
| 1069. | 2-28-07 Halpern Report Ex. D - Call Trace Outbound at Media Gateway (VON 695946 to 695982) | | | | |
| 1070. | 2-28-07 Halpern Report Ex. E - Call Trace Outbound at Outbound Proxy (VON_029521 to 29527) | | | | |
| 1071. | U.S. Patent application No. 08/238,605 and File | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| | History | | | | |
| 1072. | U.S. Patent Application No. 08/562,206 | | | | |
| 1073. | 4-24-97 Master Purchase Agreement between Sprint management Company and Cisco Systems, Inc. CIS0332-524 | | | | |
| 1074. | 12-01 Alliance Agreement between Sprint Management Company and Cisco Systems, Inc. SPRe-012-01-01229 to 001254 | | | | |
| 1075. | 7-29-05 Sprint/Cisco Amended and Restated Alliance Agreement SPRe-012-01-001256 to 001286 | | | | |
| 1076. | RTP Analysis and Capacity Requirements VON_688164 | | | | |
| 1077. | Equipment Inventory Document VON_685735-VON_685761 | | | | |
| 1078. | 3-31-07 Vonage 2007 10-Q | | | | |
| 1079. | net2phone Timeline, http://web.net2phone.com/about/company/timeline.asp | | | | |
| 1080. | *Vonage® Provides SIP-based VoIP Services to pulver.com,* Vonage Press Release, July 23, 2001 VON_696182 | | | | |
| 1081. | *Vonage Announces the Next Generation of Broadband Phone Service With the Most Popular Features and Unlimited Calling for One Flat Rate of $39.99,* Vonage Press Release, March 20, 2002 VON_696203-VON_696204 | | | | |
| 1082. | *Cisco Introduces New SIP-enabled Voice over IP Solutions,* Cisco News Release, March 11, 2002 VON_696151 to 696153 | | | | |
| 1083. | *Vonage Completes $12 MM in Initial Financing,* Vonage Press Release, May 2, 2001 | | | | |
| 1084. | *Vonage Holdings Corp. Reports Second Quarter and Full Year 2006 Results,* Vonage Press Release, August 1, 2006 | | | | |
| 1085. | *Vonage Announces Pricing Of Its Initial Public Offering of Common Stock,* Vonage Press Release, | | | | |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | May 23, 2006 VON_696058 | | | | |
| 1086. | "Cisco Systems Named Overall Leader in Packet Voice. VoIP." Cisco News Release, December 11, 2001 VON_696126-696128 | | | | |
| 1087. | "In-Stat Reports 7.9% of U.S. Households Now Use a VoIP Telephone Service, Up From 6.5% at the End of 02," In-Stat Press Release, December 20, 2006 VON_696209 | | | | |
| 1088. | "Time Warner Cable reaches VoIP deals," cnetnews.com, December 15, 2003 VON_696210 | | | | |
| 1089. | "VoIP providers face price war," cnetnews.com, November 4, 2003 VON_696179 to 696181 | | | | |
| 1090. | "Internet Telephone Quality Still Lags, Survey Says" PCWorld, July 12, 2005 VON_696200 to 202 | | | | |
| 1091. | "More Home Users Call on VoIP Phones," PCWorld. JulY 24, 2006 VON_696186 to 87 | | | | |
| 1092. | "Sprint scraps high-tech plan: Company lost edge on phone switches, officials say," The Kansas City Star, November 25, 1999 VON_696136 to 37 | | | | |
| 1093. | "Sprint Drops ION, Suspends MMDS Fixed Wireless Deployments," Converge! Network Digest, October 18, 2001 VON_696129 to 31 | | | | |
| 1094. | "A blow to convergence," Telephonyonline, June 18, 2001 VON_696239 to 243 | | | | |
| 1095. | "Is VoIP ready for prime time?," cnetnews.com, August 5, 2003 VON_696122 to 696125 | | | | |
| 1096. | "Guide to Cisco Systems' VoIP Infrastructure Solution for SIP" Version 1.0, Cisco Systems, Inc., 2000 VON_PR1_000569 to 000838 | | | | |
| 1097. | "Angels steer clear of last year's disappointing tech investments," San Francisco Business Times, September 28, 2001 | | | | |
| 1098. | Infringement Assertion Letters SHB-009-01-00204 to 220 | | | | |
| 1099. | Standard & Poor's Industry Survey: Telecommunications - Wireline, February 8, 2007 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1100. | Standard & Poor's Industry Survey: Telecommunications - Wireline, March 22, 2007 | | | | |
| 1101. | 2002-2007 Vonage Awards, www.vonage.com/corporate/press_awards.php VON_696188 to 193 | | | | |
| 1102. | CNET Editors' Choice February 2006 VON_687532 to 687536 | | | | |
| 1103. | "Battle of the Bundles: Packaging of Services to Accentuate Two-wire Dominance" Legg Mason June 2002 SPRp-023-01-00061-00082 | | | | |
| 1104. | 3-13-01 Bernstein Research Call Report on Domestic Telecom SPRp-023-01-00045 – SPRp-023-01-00060 | | | | |
| 1105. | Vonage "Digitalvoice" Report Principia Capital Group VON_532373 to 532412 | | | | |
| 1106. | "Sending the Right Signals: Promoting Competition Through Telecommunications Reform" A Report to the US Chamber of Commerce, September 22, 2004 | | | | |
| 1107. | "Telecommunications Sector, Bruised and Battered, Looks to a Brighter Future" FDIC: Bank Trends, June 2002 | | | | |
| 1108. | Sprint 2001 Annual Report and 10-K | | | | |
| 1109. | Holder Deposition Ex. 16 - 12-31-00 Selected Financial Data VON 572709 to 572714 | | | | |
| 1110. | Citron Deposition Ex. 3 - 11-14-06 Vonage's Form S-1 | | | | |
| 1111. | Citron Deposition Ex. 6 - Undated Vonage Financials and Business Overview VON_571965-VON_572006 | | | | |
| 1112. | Wu Deposition Ex. 1 - 5-23-06 Vonage Prospectus | | | | |
| 1113. | 4-23-02 Vonage Corporate Presentation VON_280790 to 831 | | | | |
| 1114. | US Patent No. 4748658 | | | | |
| 1115. | US Patent No. 4991172 | | | | |
| 1116. | US Patent No. 5003584 | | | | |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1117. | US Patent No. 5115426 | | | | |
| 1118. | US Patent No. 5115427 | | | | |
| 1119. | US Patent No. 5204857 | | | | |
| 1120. | US Patent No. 5212789 | | | | |
| 1121. | US Patent No. 5327421 | | | | |
| 1122. | US Patent No. 5339318 | | | | |
| 1123. | US Patent No. 5345445 | | | | |
| 1124. | US Patent No. 5345446 | | | | |
| 1125. | US Patent No. 5363433 | | | | |
| 1126. | US Patent No. 5365524 | | | | |
| 1127. | US Patent No. 5297147 | | | | |
| 1128. | US Patent No. 5373504 | | | | |
| 1129. | US Patent No. 5384771 | | | | |
| 1130. | US Patent No. 5392402 | | | | |
| 1131. | US Patent No. 5422882 | | | | |
| 1132. | US Patent No. 5425021 | | | | |
| 1133. | US Patent No. 5426636 | | | | |
| 1134. | US Patent No. 5428607 | | | | |
| 1135. | US Patent No. 5434852 | | | | |
| 1136. | US Patent No. 5440563 | | | | |
| 1137. | US Patent No. 5452296 | | | | |
| 1138. | US Patent No. 5452297 | | | | |
| 1139. | US Patent No. 5473677 | | | | |
| 1140. | US Patent No. 5473679 | | | | |
| 1141. | US Patent No. 5483522 | | | | |
| 1142. | US Patent No. 5483527 | | | | |
| 1143. | US Patent No. 5506844 | | | | |
| 1144. | US Patent No. 5509010 | | | | |
| 1145. | US Patent No. 5513178 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1146. | US Patent No. 5539884 | | | | |
| 1147. | US Patent No. 5544163 | | | | |
| 1148. | US Patent No. 5563939 | | | | |
| 1149. | US Patent No. 5568475 | | | | |
| 1150. | US Patent No. 5600643 | | | | |
| 1151. | US Patent No. 5606553 | | | | |
| 1152. | US Patent No. 5673262 | | | | |
| 1153. | US Patent No. 5680390 | | | | |
| 1154. | US Patent No. 5825780 VON_865215-865648 | | | | |
| 1155. | US Patent No. 5926482 | | | | |
| 1156. | US Patent No. 5940393 | | | | |
| 1157. | US Patent No. 5991301 VONJ66932-871657 | | | | |
| 1158. | US Patent No. 6067299 | | | | |
| 1159. | US Patent No. 6104718 VON_865649-866931 | | | | |
| 1160. | US Patent No. 6115380 VON_862764-864419 | | | | |
| 1161. | US Patent No. 6181703 VON_853676-862763 | | | | |
| 1162. | US Patent No. 6324179 | | | | |
| 1163. | US Patent No. 6343084 VONJ75143-877177 | | | | |
| 1164. | US Patent No. 6366586 VONJ64420-865214 | | | | |
| 1165. | US Patent No. 6452928 VON_871658-875142 | | | | |
| 1166. | US Patent No. 6643282 VON_877178-878607 | | | | |
| 1167. | Japanese Patent No. 4100452A2 | | | | |
| 1168. | Japanese Patent No. 7170324A2 | | | | |
| 1169. | Japanese Patent No. 8242288A2 | | | | |
| 1170. | Japanese Patent No. 9172683A2 | | | | |
| 1171. | 11-4-00 Declaration of Gregory Milsteed for AU Patent No. 693883 | | | | |
| 1172. | 8-31-99 Declaration of Evelyn Swenson for AU Patent NO. 693883 | | | | |
| 1173. | 10-11-99 Declaration of Richard Vizard for AU | | | | |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | Patent No. 693883 |  |  |  |  |
| 1174. | 1-2-02 Declaration of Michael Rumsewicz for AU Patent No. 719131 |  |  |  |  |
| 1175. | International Publication No. WO 94/28660 |  |  |  |  |
| 1176. | Sprint Market Profile Version 2007.1 April 2007 (SPRp-033-02667) |  |  |  |  |
| 1177. | Sprint Market Profile Version 2006.2 July 2006 (SPRp-033-02463) |  |  |  |  |
| 1178. | Sprint Market Profile Version 2006.3 December 2006 (SPRE-033-00247) |  |  |  |  |
| 1179. | Sprint Market Profile Version 2005.1 June 2005 (SPRp-033-01960) |  |  |  |  |
| 1180. | Sprint Market Profile Version 2005.2 December 2005 (SPRp-033-02206) |  |  |  |  |
| 1181. | Sprint Market Profile Version 2004.1 June 2004 (SPRp-033-01516) |  |  |  |  |
| 1182. | Sprint Market Profile Version 2004.2 December 2004 (SPRP-033-01720) |  |  |  |  |
| 1183. | Sprint Market Profile Version 2003.1 June 2003 (SPRP-033-01164) |  |  |  |  |
| 1184. | Sprint Market Profile Version 2003.2 December 2003 (SPRP-033-01340) |  |  |  |  |
| 1185. | Sprint Market Profile Version 2002.1 May 2002 (SPRP-033-03355) |  |  |  |  |
| 1186. | Sprint Market Profile Version 2002.2 October 2002 (SPRP-033-00959) |  |  |  |  |
| 1187. | Sprint Market Profile Version 2001.1 March 2001 (SPRP-033-00529) |  |  |  |  |
| 1188. | Sprint Market Profile Version 2001.3 December 2001 (SPRP-033-00752) |  |  |  |  |
| 1189. | Sprint Market Profile Version 2000.1 May 2000 (SPRP-033-03131) |  |  |  |  |
| 1190. | Sprint Market Profile Version 2000.2 November 2000(SPRP-033-00315) |  |  |  |  |
| 1191. | Sprint Market Profile Version 99.1 March 1999 |  |  |  |  |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | (SPRP-033-00211) | | | | |
| 1192. | Sprint Market Profile Version 99.4 December 1999 (SPRP-033-02920) | | | | |
| 1193. | Sprint Market Profile Version 98.3 September 1998 (SPRP-033-00001) | | | | |
| 1194. | Sprint Market Profile Version 98.4 December 1998 (SPRP-033-00103) | | | | |
| 1195. | Sprint Market Profile Version 95.4 December 1995 (SPRP-033-02838) | | | | |
| 1196. | 02-07-06 Vonage's Response and Objections to Sprint's First Set of Interrogatories | | | | |
| 1197. | 12-29-06 Vonage's First Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1198. | 4-10-07 Vonage's Second Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1199. | 5-15-07 Vonage's Third Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1200. | 6-11-07 Vonage's Fourth Supplemental Response to Sprint's First Set of Interrogatories | | | | |
| 1201. | 3-13-06 Vonage's Response and Objections to Sprint's Second Set of Interrogatories | | | | |
| 1202. | 9-6-06 Vonage's Response and Objections to Sprint's Third Set of Interrogatories | | | | |
| 1203. | 2-12-07 Vonage's Response to Sprint's Fourth Set of Interrogatories | | | | |
| 1204. | 2-7-06 Vonage' Response and Objections to Sprint's First Request for the Production of Documents and Things | | | | |
| 1205. | 9-6-06 Vonage's Response to Sprint's Second Request for Production of Documents and Things | | | | |
| 1206. | 2-12-07 Vonage's Response to Sprint's Third Request for Production of Documents and Things | | | | |
| 1207. | 4-11-07 Vonage's Response to Sprint's Fourth Request for Production of Documents and Things | | | | |
| 1208. | 3-20-06 Sprint's Response to Vonage's First Set | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | of Interrogatories | | | | |
| 1209. | 3-13-07 Sprint's First Supplemental Response to Vonage's First Set of Interrogatories | | | | |
| 1210. | 5-17-07 Sprint's Second Supplemental Response to Vonage's First Set of Interrogatories | | | | |
| 1211. | 5-17-07 Sprint's Third Supplemental Response to Vonage's First Set of Interrogatories | | | | |
| 1212. | 3-29-07 Sprint's Response to Vonage's Second Set of Interrogatories | | | | |
| 1213. | 3-20-06 Sprint's Response to Vonage's First Request for Production of Documents and Things | | | | |
| 1214. | 2-12-07 Sprint's Response to Vonage's Second Request for Production of Documents and Things | | | | |
| 1215. | 2-14-07 Sprint's Response to Vonage's Third Request for Production of Documents and Things | | | | |
| 1216. | 5-14-07 Sprint's First Supplemental Response to Vonage's Third Request for Production of Documents and Things | | | | |
| 1217. | 7-02 Vonage Simulation Data Version 2.22 VON_210204 | | | | |
| 1218. | Simulation Data 2002-2007 VON852292 | | | | |
| 1219. | Simulation Data 2003-2008 Version 3.02 VON_852116 | | | | |
| 1220. | 11-26-97 Sprint Presentation: *Welcome to Bonanza* SPRp-007-01-01020 | | | | |
| 1221. | 1-4-99 *JCS2000 Financial Status* (SPRp-002-01-00759 to 775) | | | | |
| 1222. | 10-16-98 Cisco Development SLA, 8-31-98 Cisco's Sprint Support Proposal SPRp-004-01-01362 and SPRp-04-01-01362 | | | | |
| 1223. | 5-15-07 Koperda Declaration to Vonage's Summary Judgment Motion | | | | |
| 1224. | 5-15-07 Halpern Declaration to Vonage's Summary Judgment Motion | | | | |
| 1225. | 10-30-06 Vonage's First Rule 30(b)(6) Notice of | | | | |

- 14 -

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | Deposition to Sprint | | | | |
| 1226. | 10-30-06 Sprint's Second Rule 30(b)(6) Notice of Deposition to Vonage | | | | |
| 1227. | 10-30-06 Sprint's Third Notice of Rule 30(b)(6) Deposition to Sprint | | | | |
| 1228. | 4-17-07 Vonage 10k | | | | |
| 1229. | 11-17-06 Declaration of Adam Seitz to Sprint's Memorandum in Opposition to Motion to Extend Deadlines | | | | |
| 1230. | 6-7-07 Wicker Declaration, Ex. A to Sprint's Motion for Summary Judgment | | | | |
| 1231. | One Minute Audio (VON-878608 to 885684) | | | | |
| 1232. | Sonus Inbound Call Flow (VON_885685 to 715) | | | | |
| 1233. | 7-23-98 Draft MOU between Cisco and Sprint (SPRP-028-01-00028) | | | | |
| 1234. | Undated Draft MOU between Cisco and Sprint (SPRP-028-01-00069) | | | | |
| 1235. | Patent Board Assessment (SPRe-034-00033 to 192) | | | | |
| 1236. | Setter's Notes and Drawings (SPRP-01-029-00024 to 33) | | | | |
| 1237. | 10-15-93 *Intelligent Hybrid Network Architecture* w/ Ball's Notes SPRp-01-029-00034 to 55) | | | | |
| 1238. | 7-23-01 Press Release: *Vonage Provides SIP Based VoIP Services to pulver.com* (VON_696182) | | | | |
| 1239. | Strickland Deposition Ex. 4 - Undated Chart: *Vonage Financing Chronology* | | | | |
| 1240. | 5-02-01 Press Release: *Vonage Completes $12MM in Initial Financing* | | | | |
| 1241. | Strickland Deposition Ex. 16 - 5-06-99 JC2000 *Detailed Requirements Statement Overview* SPRe-008-01-02707 | | | | |
| 1242. | Strickland Deposition Ex. 17-11-99 JCS2000 Presentation on Shutdown (*JCS 2000 Reasons for* | | | | |

- 15 -

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| | *Discontinuance*) SPRp-016-01-00001 to 17 | | | | |
| 1243. | Strickland Deposition Ex. 18 - 4-7-06 Sprint/Antietam Cable TV Wholesale Master Services Agreement SPRe-025-01-00009 | | | | |
| 1244. | Strickland Deposition Ex. 19 -1-10-07 Mark Lemley and Carl Shapiro, "Patent Hold-up and Royalty Stacking" (Forthcoming, Texas Law Review) | | | | |
| 1245. | Strickland Deposition Ex. 20 - 4-18-07 WSJ Article: "Vonage Says Patent Lawsuits Can Lead to Bankruptcy" | | | | |
| 1246. | Israel Cidon *et al., PARIS: An Approach to High - Speed Integrated Private Networks,* International Journal of Digital and Analog Cabled Systems vol. 1(2), pp.77-86 (1988). | | | | |
| 1247. | B. Awerbuch, *et al., Distributed Control for PARIS,* (Extended Abstract) Association for Computing Machinery, pp. 145-159(1990) (VON_PRI_000845) | | | | |
| 1248. | I. Cidon and I. Gopal, *Control Mechanisms for High-Speed Networks,* [in Conf. Record, IEEE Int. Corf. Comm.,1990 (ICC '90)], *pp. 259-263* | | | | |
| 1249. | I. Cidon, et al., *A Distributed Control Architecture for High-Speed Networks,* IEEE Transactions on Communication, vol. 43(5), pp. 1950-60(1995) | | | | |
| 1250. | I. Cidon, et al., *PARIS: An Approach to Integrated High-Speed Networks,* in Proc. IEEE Int. conf. Comm. (ICC '87) pp. 764-768 (1987) | | | | |
| 1251. | Halpern Deposition Ex. 10 -1992 Stallings, William "ISDN and Broadband ISDN" | | | | |
| 1252. | Halpern Deposition Ex. 11 - Heinanen, Juha [*Multiprotocol Encapsulation over ATM Adaptation Layer 5*], Network Working Group (July 1993) | | | | |
| 1253. | 6-4-99 Non-Ion Voice Services Platform Alternative Analysis (SPRp-002-01-00876 to 883) | | | | |
| 1254. | 6-4-99 Non-ION Voice Services Platform Alternative Analysis (SPRp-002-01-00876 to 883) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 1255. | Summary of Cisco Patent License (SPRp-012-01-00278 to 79) | | | | |
| 1256. | ION Lessons Learned (SPRp-012-01-01003 to 1173) | | | | |
| 1257. | IBM Corp., <u>High Speed Networking Technology An Introductory Survey</u> 88 (1st ed. March 1992) (VON_PRI_012767 to 13120) | | | | |
| 1258. | Uyless D. Black, <u>Voice Over IP</u> (2000) | | | | |
| 1259. | Roger L. Freeman, <u>Reference Manual for Telecommunications Engineering</u> (2d ed. 1994). | | | | |
| 1260. | Roger L. Freeman, <u>Reference Manual for Telecommunications Engineering</u>; Update (2d ed. 1995). | | | | |
| 1261. | Henry Sinnreich & Alan B. Johnston, <u>Internet Communications Using SIP; Delivering VoIP and Multimedia Services with Session Initiation Protocol</u> (2001) | | | | |
| 1262. | J.H. Saltzer, [*End-to-End Arguments in System Design*] ACM TOCS, Vol. 2. No. 4, ACM, 277-288 (1984) | | | | |
| 1263. | Internet Architecture Board (IAB), [*Architectural Principles of the Internet*] Brian Carpenter, ed. (June 1996) | | | | |
| 1264. | Raif O. Onvural, <u>Asynchronous Transfer Mode Networks: Performance Issues</u> (2d ed. 1995) | | | | |
| 1265. | Henry Sinnreich & Alan B. Johnston, <u>Internet Communications Using SIP; Delivering VoIP and Multimedia Services with Session Initiation Protocol</u> (2d ed. 2006) | | | | |
| 1266. | JCS2000 and Fastbreak Architecture and Issues (SPRe-011-01-00336 to 41) | | | | |
| 1267. | EBM International Technical Support Organization (ITSO), *Networking BroadBand Services (NBBS) Architecture Tutorial* (June 1995) (VON_PRI_000865) | | | | |
| 1268. | Same as 1267 | | | | |
| 1269. | ATM Forum Trip Report (SPRe-011-01-00001 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | to 2) | | | | |
| 1270. | 8-5-99 Email from Myrick to Cordes (Spre-002-01-02288 | | | | |
| 1271. | 6-3-98 FastBreak & Bonanza Technology Approach (SPRe-011-01 -00294 to 317) | | | | |
| 1272. | Citron Deposition Ex. 3 - 1 1 -14-06 Vonage's Form S-1 | | | | |
| 1273. | Holder Deposition Ex. 1 - 9-08-06 Sprint's First 30(b)(6) Notice | | | | |
| 1274. | 10-4-05 Sprint's Complaint in Sprint v. Vonage Case No. 05-2433 (Asserted Patents attached as Exhibits) | | | | |
| 1275. | 10-12-05 Sprint's Amended Complaint in Sprint v. Vonage Case No. 05-2433 | | | | |
| 1276. | 11-3-05 Vonage's Answer and Counterclaim to Amended Complaint in Sprint v. Vonage Case No. 05-2433 | | | | |
| 1277. | Holder Deposition Ex. 11-1-31-02 Cisco /Vonage Beta Test Agreement (CIS0013 to 20) | | | | |
| 1278. | Holder Deposition Ex. 12 -10-17-03 Cisco/Vonage Master Beta Test Agreement (CIS0006 to 12) | | | | |
| 1279. | Holder Deposition Ex. 16-12-31-00 Selected Vonage Financial Data (VON_572709) | | | | |
| 1280. | 11-08-06 Sprint's "Third" 30(b)(6) Notice | | | | |
| 1281. | Rego Deposition Ex. 4 - 08-21-06 Vonage Holdings' Form S-1 | | | | |
| 1282. | Rego Deposition Ex. 12 - Undated Summary Vonage Financial Information (VON_019388 to 19400) | | | | |
| 1283. | Spitzer Deposition Ex. 1 - Undated Spitzer hand drawn sketch of CAF | | | | |
| 1284. | Spitzer Deposition Ex. 2 - 7-12-00 Research and Experimentation 1999 Tax Credit Study - INS (SPRp-026-01-00584) | | | | |
| 1285. | Spitzer Deposition Ex. 3 - 6-12-00 Research and | | | | |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | Experimentation 1999 Tax Credit Study - Primatek (SPRp-026-01-00726) |  |  |  |  |
| 1286. | Spitzer Deposition Ex. 4 - 9-29-95 Appendix G to CCM Requirements MUX Specifications (SPRp-007-01-00726) |  |  |  |  |
| 1287. | Spitzer Deposition Ex. 5 - 08-95 Technical Specification for ATM Voice-Band Multiplexer (AVM) (SPRE-027-01-00005) |  |  |  |  |
| 1288. | Miron Deposition Ex. 4 -10-03-05 Vonage Call Processing-SIP 101 (VON_012447 to 501) |  |  |  |  |
| 1289. | Miron Deposition Ex. 5 -10-03-05 Vonage Call Processing-SIP 101 (VON_012447a to 501a) |  |  |  |  |
| 1290. | Citron Deposition Ex. 4 Vonage Timeline |  |  |  |  |
| 1291. | Citron Deposition Ex. 5 Vonage Provides SIP-based VoIP Services to pulver.com, Vonage Press Release July 23, 2001 |  |  |  |  |
| 1292. | Citron Deposition Ex. 6 - Undated Vonage Document Containing Financials and Business Overview (VON_571965 to 2006) |  |  |  |  |
| 1293. | Citron Ex. 7 - Selected Financial Data July 2002 to December 2002 (VON_572709 to 14) |  |  |  |  |
| 1294. | Citron Deposition Ex. 8 - 5-18-05 Board of Director's Meeting VON_018837 |  |  |  |  |
| 1295. | Citron Ex. 10 - Computer List of Patents |  |  |  |  |
| 1296. | Citron Deposition Ex. 11 - 8-19-04 Letter to Citron from Trent Webb |  |  |  |  |
| 1297. | Citron Deposition Ex. 12 -11-12-04 Letter to Citron from Trent Webb SPCC.001159 |  |  |  |  |
| 1298. | Citron Deposition Ex.13 - 5-9-05 Letter to Citron form John Gibson (SPCC.001160) |  |  |  |  |
| 1299. | Demonstrative Vonage TA Telephone Adapter |  |  |  |  |
| 1300. | Demonstrative Vonage TA and Router Combined |  |  |  |  |
| 1301. | Demonstrative Vonage Telephone Router and TA in one |  |  |  |  |
| 1302. | Demonstrative Vonage SIP Gateway 5300 |  |  |  |  |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1303. | Demonstrative Vonage RTP Media Relay | | | | |
| 1304. | Reserved For Demonstratives | | | | |
| 1305. | Reserved For Demonstratives | | | | |
| 1306. | Reserved For Demonstratives | | | | |
| 1307. | Reserved For Demonstratives | | | | |
| 1308. | Reserved For Demonstratives | | | | |
| 1309. | Reserved For Demonstratives | | | | |
| 1310. | Reserved For Demonstratives | | | | |
| 1311. | Reserved For Demonstratives | | | | |
| 1312. | Reserved For Demonstratives | | | | |
| 1313. | Reserved For Demonstratives | | | | |
| 1314. | Reserved For Demonstratives | | | | |
| 1315. | Reserved For Demonstratives | | | | |
| 1316. | Reserved For Demonstratives | | | | |
| 1317. | Reserved For Demonstratives | | | | |
| 1318. | Reserved For Demonstratives | | | | |
| 1319. | Reserved For Demonstratives | | | | |
| 1320. | Reserved For Demonstratives | | | | |
| 1321. | Reserved For Demonstratives | | | | |
| 1322. | Reserved For Demonstratives | | | | |
| 1323. | Reserved For Demonstratives | | | | |
| 1324. | Reserved For Demonstratives | | | | |
| 1325. | Reserved For Demonstratives | | | | |
| 1326. | Reserved For Demonstratives | | | | |
| 1327. | Reserved For Demonstratives | | | | |
| 1328. | Reserved For Demonstratives | | | | |
| 1329. | Reserved For Demonstratives | | | | |
| 1330. | Reserved For Demonstratives | | | | |
| 1331. | Reserved For Demonstratives | | | | |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1332. | Reserved For Demonstratives | | | | |
| 1333. | Reserved For Demonstratives | | | | |
| 1334. | Reserved For Demonstratives | | | | |
| 1335. | Reserved For Demonstratives | | | | |
| 1336. | Reserved For Demonstratives | | | | |
| 1337. | Reserved For Demonstratives | | | | |
| 1338. | Reserved For Demonstratives | | | | |
| 1339. | Reserved For Demonstratives | | | | |
| 1340. | Reserved For Demonstratives | | | | |
| 1341. | Reserved For Demonstratives | | | | |
| 1342. | Reserved For Demonstratives | | | | |
| 1343. | Reserved For Demonstratives | | | | |
| 1344. | Reserved For Demonstratives | | | | |
| 1345. | Reserved For Demonstratives | | | | |
| 1346. | Reserved For Demonstratives | | | | |
| 1347. | Reserved For Demonstratives | | | | |
| 1348. | Reserved For Demonstratives | | | | |
| 1349. | Reserved For Demonstratives | | | | |
| 1350. | Reserved For Demonstratives | | | | |
| 1351. | Reserved For Demonstratives | | | | |
| 1352. | Reserved For Demonstratives | | | | |
| 1353. | Reserved For Demonstratives | | | | |
| 1354. | 11-12-04 Letter Webb to Temnorod (Broadvox) follow up to 8-19 letter re patent portfolio SHB-009-01-00206 | | | | |
| 1355. | 11-12-04 Letter Webb to Walker (Dialpad) responding to letter of 8-25-04 letter SHB-009-01-00207 | | | | |
| 1356. | 11-12-04 Letter Webb to Gittes responding to letter of 10-18-04 regarding Sprint portfolio SHB-009-01-00208 to 00209 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 1357. | 11-12-04 Letter Webb to Walker (Dialpad) SHB-009-01-00207 | | | | |
| 1358. | 5-9-05 Letter Gibson to Walker (Dialpad) responding to 12-3-04 letter regarding portfolio SHB-009-01-00210 | | | | |
| 1359. | 5-9-05 Letter Gibson to Miller Sheehan responding to 12-9-04 letter regarding portfolio SHB-009-01 -00211 (SPCC.001156) | | | | |
| 1360. | 5-9-05 Letter Gibson to Gittes SHB-009-01-00212 - 00213 responding to 12-21-04 letter regarding patent portfolio with respect to Deltathree | | | | |
| 1361. | 5-9-05 Letter Gibson to Chudakoff responding to 11-23-04 letter regarding portfolio with respect to Broadvox SHB-009-01-00214 | | | | |
| 1362. | 7-13-04 Letter Lupo to Broadvox describing patent claims SHB-009-01-00215 to 00216 | | | | |
| 1363. | 7-13-04 Letter Lupo to Walker (Dialpad) describing patent claims SHB-009-01-00217 to 00218 | | | | |
| 1364. | 7-13-04 Letter Lupo to Cespedes (Voiceglo) describing patent claims SHB-009-01 -00219 to 00220 (SPCC.001149-1150) | | | | |
| 1365. | 7-13-04 Letter Lupo to Zimels (Deltathree) describing patent claims (SHB-009-01-00221 to 00222) | | | | |
| 1366. | 8-19-04 Letter Webb to Cespedes (Voiceglo) following up 7-13-04 letter SHB-009-01-00223 to 00224 (SPCC.001154 to 1155) (SPCC.001163 to 1164) | | | | |
| 1367. | 8-25-04 Letter Walker to Webb responding to 8-19-04 and 7-13-04 letters (SHB-009-01-00225) | | | | |
| 1368. | 9-15-04 Letter Casey to Webb responding to 8-19-04 and 7-13-04 letters (SHB-009-01-00226 to 00227) (SPCC.001152 to 1153) | | | | |
| 1369. | 12-22-04 Letter Webb to Miller Shehan regarding 12-9-04 letter re patent claims (SPCC.001151) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1370. | 10-13-04 Letter Webb to Casey regarding Sprint Patents (SPCC.001161 to 1162) | | | | |
| 1371. | Newton's Telecom Dictionary (16th Ed. 2000) | | | | |
| 1372. | The Essential Guide to Telecommunications (4th Ed. 2005) | | | | |
| 1373. | William Stallings, Data and Computer Communications (4th Ed. 1994) | | | | |
| 1374. | Tehrani's IP Telephony Dictionary (2004) | | | | |
| 1375. | IBM International Technical Support Centers High-Speed Networking Technology: An Introductory Survey (June 1993). | | | | |
| 1376. | Eisen Deposition Ex. 5 Vonage Brand and Advertising Tracking (AW_00118-58) | | | | |
| 1377. | Eisen Deposition Ex. 6 New Customer Tracking Research - Analysis of February 2006 Subscribers (VON_640462 to 495) | | | | |
| 1378. | "AT&T Begins Selling Net Phone Service", CNet News.com, March 12, 2004 | | | | |
| 1379. | Verizon News Release, "Verizon Rings in Next Generation of Vonage Service with Voice Wing Broadband Phone Service," July 22, 2004 | | | | |
| 1380. | 11-11-06 "85 VoIP Service Providers Shutdown in 15 Months", www.myvioprovider.com | | | | |
| 1381. | NASDAQ Composite Index price data, http://finance.yahoo.com | | | | |
| 1382. | *Broadband Technology,* 65 Broadband Technology 12 (1991) | | | | |
| 1383. | Alan E. Baratz *et al., SNA Networks of Small Systems,* 3 IEEE Journal On Selected Areas in Communications 416 (1985). | | | | |
| 1384. | Daniel Brier, *Sprint Plans "Sweeping" Network Revisions,* 10 Network World 1 (1993) | | | | |
| 1385. | Israel Cidon *et al., Distributed Control for PARIS,* Association for Computing Machinery, (1990) (VON_PRI_000845). | | | | |
| 1386. | Israel Cidon *et al., PARIS: An Approach to* | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | *Integrated High-Speed Private Networks,* International Journal of Digital and Analog Cabled Systems (1988). |  |  |  |  |
| 1387. | Israel Cidon et al., *A Distributed Control Architecture of High Speed Networks* IEEE Transactions on Communications, Vol. 43, No. 5 (May 1995). |  |  |  |  |
| 1388. | Harry Newton, NEWTON'S TELECOM DICTIONARY (CMP Books 1992) |  |  |  |  |
| 1389. | Jan Thorner, Intelligent Networks (Artech House Publishers 1994) |  |  |  |  |
| 1390. | *Guide to Cisco Systems' VoIP Infrastructure Solution for SIP,* Version 1.0, Cisco Systems (2000) VON_PRI_000569. |  |  |  |  |
| 1391. | *Cisco Signaling Link Terminal Data Sheet*, Cisco Systems, (1992-2006) |  |  |  |  |
| 1392. | *Evolution of Alcatel Exchanges,* 65 Electrical Communication 19, at 20 (1991). |  |  |  |  |
| 1393. | IEEE Proceedings, *T1 Networking-Past, Present, Future Perspective,* by Jack T. Woods. (1989). |  |  |  |  |
| 1394. | IEEE Proceedings, *The Evolving Intelligent Interexchange Network-An SS7 Perspective,* by Manu Bahl *et al.* (1992) (VON_PRI_000562). |  |  |  |  |
| 1395. | IEEE Paper CH2$29-0/900/00000 to 0259, *Control Mechanism for High Speed Networks*, *Israel* |  |  |  |  |
| 1396. | McGraw-Hill Computer Handbook, *"Voice Recognition"* (1983) |  |  |  |  |
| 1397. | Reference Manual for Telecommunications Engineering, *Fiber Optics Transmission* (2004) |  |  |  |  |
| 1398. | *Vonage Expands Area Code Selection in Virginia,* Vonage Press Release, August 17, 2006 |  |  |  |  |
| 1399. | *Sprint Nextel Completes Merger,* Sprint Nextel New Release, August 12, 2005 |  |  |  |  |
| 1400. | *Sprint 'Powers Up' Largest Mobile Broadband Network With More Upgraded Markets, Faster Speeds, New Device and Integrated GPS* |  |  |  |  |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | *Capabilities,* Sprint Nextel News Release, January 30, 2007 | | | | |
| 1401. | *Sprint Nextel Reports Third Quarter 2006 Results,* Sprint Nextel News Release, October 26, 2006 | | | | |
| 1402. | "USA - VoIP Market - Analysis & Statistics," October 5, 2006 | | | | |
| 1403. | *SIP: The Promise Becomes Reality*, Cisco Systems White Paper, 2002 | | | | |
| 1404. | *Has Vonage Bottomed Out?*, Seeking Alpha Article, January 23, 2007 | | | | |
| 1405. | "The VoIP Players: Who's Who in Internet Calling?" February 23, 2005 | | | | |
| 1406. | "*Vonage Posts Smaller Loss But Says Subscriber Growth is off*", February 16, 2007 | | | | |
| 1407. | "VoIP: A Threat to PSTN?," Ibrahim Ayad, et al., NY times, 2002 (VON_696154 to 63) | | | | |
| 1408. | Vonage Company Fact Sheet, Third Quarter 2006 | | | | |
| 1409. | *The Mad Scramble over VoIP Patents* BusinessWeek.com, March 19, 2007 | | | | |
| 1410. | 12-12-01 "Cablevision, Vonage Site Visit" VON_572440 | | | | |
| 1411. | Examples of Obstacles Overcome by "SIP-thru-NAT" VON_571971 | | | | |
| 1412. | *Battle of the Bundles*, Legg Mason Equity Research Industry Update (June 2002) (SPRp-023-01-00061). | | | | |
| 1413. | Vonage Testing VON_532377 | | | | |
| 1414. | John G. van Bosse, Signaling in Telecommunication Networks, Wiley Interscience, 1998 | | | | |
| 1415. | CCITT Study Group XI, "Specifications of Signaling System No. 7, CCITT Yellow Book | | | | |
| 1416. | CCITT Study Group XI, "Specifications of Signaling System No. 7, CCITT Red Book | | | | |
| 1417. | CCITT Study Group XI, "Specifications of | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | Signaling System No. 7, CCITT Blue Book |  |  |  |  |
| 1418. | A. Modaressi and R. Skoog, "Signaling System No. 7: A Tutorial", IEEE Communications Magazine, July 1990 |  |  |  |  |
| 1419. | RFC 3700 Internet Official Protocol Standards, July 2004 |  |  |  |  |
| 1420. | RFC 2543 SIP: Session Initiation Protocol, March 1999 |  |  |  |  |
| 1421. | RFC 2543 SIP: Session Initiation Protocol, June 2002 |  |  |  |  |
| 1422. | RFC 3264 An Offer/Answer Model with the Session Description Protocol, June 2002 |  |  |  |  |
| 1423. | RFC 0791 Internet Protocol, Version 4, September 1981 |  |  |  |  |
| 1424. | RFC 0793 Transmission Control Protocol, Version 4, September 1981 |  |  |  |  |
| 1425. | RFC 0768 User Datagram Protocol, Version 4, September 1980 |  |  |  |  |
| 1426. | RFC 2327 Session Description Protocol |  |  |  |  |
| 1427. | RFC 1577 Classical IP and ARP over ATM, January 1994 |  |  |  |  |
| 1428. | http://www.vonage.com/corporate/ |  |  |  |  |
| 1429. | http://www.sprint.com |  |  |  |  |
| 1430. | Landmarks in Sprint History http://web.archive.orq/web/20001010074939/ www3.sprint.com/sprint/overview/milestones.html |  |  |  |  |
| 1431. | Landmarks in Sprint History http://web.archive.orq/web/20001010074939/ www3.sprint.com/sprint/overview/milestones.html |  |  |  |  |
| 1432. | Development Stage Enterprise, Barron's Accounting Dictionary www.answers.com/topic/development-stage-entrprise?print=true |  |  |  |  |
| 1433. | 12-23-06 "VoIP Expected to Increase Marketshare", http://www.voip-news.co.uk/2006/12/23/voip-expected-to-increase-marketshare/ |  |  |  |  |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1434. | Microeconomics, 5th edition, Robert S. Pindyck and Daniel L. Rubinfeld, 2001 | | | | |
| 1435. | Intellectual Property Damages, Mark A. Glick, Lara A. Reymann and Richard Hoffman, 2003 | | | | |
| 1436. | Intellectual Property: Licensing and Joint Venture Profit Strategies, 2nd edition, Gordon V. Smith and Russell L. Parr | | | | |
| 1437. | Undated JCS2000 Field Trial Test Plan SPRe-002-01-00994 | | | | |
| 1438. | 6-11-99 Sprint Presentation: Bonanza Deployment Process Model SPRe-001-01-106733 | | | | |
| 1439. | 7-21-99 Email from Gardner re: JCS2000 General Overview SPRe-002-01-02528 | | | | |
| 1440. | 6-12-97 JCS2000 CPCS CA/TRS for Prototype 0.2 - Accounting SPRe-008-01-00161 | | | | |
| 1441. | 8-13-99 Email from Schopper re: CAF, BCC Replacement for KC SPRe-002-01-01022 | | | | |
| 1442. | 8-10-99 JCS2000 Field Trial Test Plan SPRe-002-01-01093 | | | | |
| 1443. | 4-13-07 Affidavit of Adam Seitz | | | | |
| 1444. | Vonage's Notice Under 35 U.S.C. § 282 | | | | |
| 1445. | Memorandum and Order on Motions for Summary Judgment | | | | |
| 1446. | Vonage Television Commercial | | | | |
| 1447. | Broadband ISDN Interworking, July 1992 | | | | |
| 1448. | A Technical Report on Speech Packetization | | | | |
| 1449. | B-IDSN ATM Adaptation Layer (AAL) Specification, Type 1 & 2, July 21, 1995 | | | | |
| 1450. | Requirements for ATM Trunking, Oct. 2-6, 1995 | | | | |
| 1451. | Virtual Private Network Call Processing in the Intelligent Network, 1992 | | | | |
| 1452. | ATM Trunking: Network Delay and Echo Control Issues, Oct. 2-6, 1995 | | | | |
| 1453. | VTOA--ATM Trunking For Narrowband Services, | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
|  | Oct. 2-6, 1995 |  |  |  |  |
| 1454. | Integrated Services Digital Network (ISDN) General Structure and Service Capabilities, Broadband Aspects of ISDN, 1991 |  |  |  |  |
| 1455. | Voice And Telephony Over ATM Meeting Report Toronto, Canada Aug. 7-11, 1995, Oct. 2-6, 1995 |  |  |  |  |
| 1456. | Networking BroadBand Services (NBBS), June 1995 |  |  |  |  |
| 1457. | Integrated Services Digital Network (ISDN)-Principles of Intelligent Network Architecture Overall Network Aspects and Functions, ISDN User-Network Interfaces-Principles of Intelligent Network Architecture, October 1992 |  |  |  |  |
| 1458. | Advanced Signaling Protocol for Broadband ISDN Services, 1995 |  |  |  |  |
| 1459. | ATM Theory and Application, ATM Layer VPI/VCI Level Addressing, Apr. 23, 1994 |  |  |  |  |
| 1460. | ATM Theory and Application, ATM Layer VPI/VCI Level Addressing, Apr. 23, 1994 (duplicate of 1459) |  |  |  |  |
| 1461. | ATM for Narrowband Services, Apr. 13, 1994 (VON_PRI_000534) |  |  |  |  |
| 1462. | ATM for Narrowband Services, Apr. 13, 1994 (VON_PRI_000534) (duplicate of 1461) |  |  |  |  |
| 1463. | B-IDSN ATM Adaptation Layer (AAL) Specification, Types 1 & 2, Jul. 21, 1995 |  |  |  |  |
| 1464. | An Experimental ATM Network Featuring De-Coupled Modular Control, Nov. 1992 |  |  |  |  |
| 1465. | An Experimental ATM Network for B-ISDN Research, Nov. 1992 |  |  |  |  |
| 1466. | *ATM for Narrowband Services* IEEE Communications Magazine, April 1994 (VON_PRI_000534) |  |  |  |  |
| 1467. | ISDN-Principles Of Intelligent Network Architecture, Oct. 1992 |  |  |  |  |
| 1468. | An Experimental ATM Network for B-ISDN, 1992 |  |  |  |  |

DM1\1189219.1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 1469. | Broadband ISDN Interworking, July 1992 (VON_PRI_000530) | | | | |
| 1470. | Voice and Telephony Over ATM to the Desktop Specification, Feb., 1999 | | | | |
| 1471. | 01-31-94 Letter to PatPro from Bonnie K. Chambers of Sprint Re: Novelty Search Request, cc: Michael Setter, attaching 2 drawings of Michael Setter (SPRP-01-029-00067) | | | | |
| 1472. | 02-14-94 Letter from PatPro to Bonnie K. Chambers of Sprint Re: Novelty Search Performed at Direction of Michael Setter (SPRP-01-029-00070) | | | | |
| 1473. | 04-05-95 Letter from Polyresearch Service to Mollie Drew of Sprint Re: international Invalidity Search - Telecommunications Network performed at direction of Michael Setter, transmitting search report (SPRP-01-029-00073) | | | | |
| 1474. | Transmittal cover page from Joe Christie to Harley Ball relating to provision of legal advice regarding BB-IN PA (SPRP-01-029-00074) | | | | |
| 1475. | 09-23-98 Email Re: Cisco Conference Call Notification (SPRP-028-01-00020) | | | | |
| 1476. | Article "Cisco embraces 'Internet economy'" USA Today (SPRP-028-01-00027) | | | | |
| 1477. | 06-23-98 Draft MOU between Cisco and Sprint (SPRP-028-01-00028) | | | | |
| 1478. | 09-21-98 Letter from Cisco to Marty Kaplan of Sprint Re: Terms of Agreement for JCS2000 project (SPRP-028-01-00039) | | | | |
| 1479. | Undated Draft MOU between Cisco and Sprint and Chart of Negotiation Issues prepared by Art Chaykin and communicated to Harley Ball and Marty Kaplan of Sprint (SPRP-028-01-00069) | | | | |
| 1480. | Undated JCS2000 Action Plan for Contract Termination (SPRE-002-01-00115) | | | | |
| 1481. | 02-03-00 Email Re: JCS2000/Bonanza/ION employee seeking to work for Nortel, from Thomas Moore to Harley Ball & Charles Wunsch, | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | cc: Michael Cordes SPRE-002-01-06844 | | | | |
| 1482. | 9-30-05 letter from P. McPherson to B. Webb Re. Response to Sprint's July 20, 2005 letter regarding VoP Patent Issues | | | | |
| 1483. | Sprint's R&D study, 1998 Interview Binder 21 by Ernst&Young LLP (SPRp-026-01-00420 to 450) | | | | |
| 1484. | Sprint's R&D study, 1998 Interview Binder 23 by Ernst&Young LLP (SPRp-026-01-00451 to 580) | | | | |
| 1485. | Sprint's R&D study, 1999 Interview Binder 27 by Ernst&Young LLP (SPRp-026-01-00581 to 647) | | | | |
| 1486. | Sprint's R&D study, 1999 Interview Binder 28 by Ernst&Young LLP (SPRp-026-01-00648 to 722) | | | | |
| 1487. | Sprint's R&D study, 1999 Interview Binder 17 by Ernst&Young LLP (SPRp-026-01-00723 to 792) | | | | |
| 1488. | Sprint's R&D study, 1998 Interview Binder 11 by Ernst&Young LLP (SPRp-026-01-00793 to 830) | | | | |
| 1489. | 2003 Microsoft internet and networking dictionary | | | | |
| 1490. | Sprint's R&D study, Sample Dollar Interview Binder 1997-40 by Ernst&Young LLP (SPRp-026-01-00001 to 66) | | | | |
| 1491. | Sprint's R&D study, 1998 Interview Binder 9 by Ernst&Young LLP (SPRp-026-01-00067 to 159) | | | | |
| 1492. | Sprint's R&D study, 1998 Interview Binder 1 by Ernst&Young LLP (SPRp-026-01-00160 to 419) | | | | |
| 1493. | Sprint's R&D study, Sample Dollar Interview Binder 1997-20 by Ernst&Young LLP (SPRp-026-01-00831 to 1043) | | | | |
| 1494. | Dan Cohen, "A Protocol for Packet Switching Voice Communication", Computer Networks, Vol. 2,  pp.320-331 (1978) | | | | |
| 1495. | RFC 1889: RTP Protocol January 19, 1996 | | | | |
| 1496. | Composite Exhibit: July 13, 2004 Letters | | | | |
| 1497. | Composite Exhibit: Letters to/from TheGlobe.com and/or Voiceglo | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1498. | Composite Exhibit: Letters to/from Broadvox Corp. | | | | |
| 1499. | Composite Exhibit: Letters to/from Deltathree, Inc. | | | | |
| 1500. | Composite Exhibit: Letters to/from Dialpad Communications, Inc. | | | | |
| 1501. | Composite Exhibit: Letters to/from Vonage | | | | |

September 11, 2007                    Respectfully submitted,


                                       /s/ Terrence J. Campbell
                                      Terrence J. Campbell -18377
                                      Catherine C. Theisen - 22360
                                      BARBER EMERSON, L.C.
                                      1211 Massachusetts Street
                                      P.O. Box 667
                                      Lawrence, KS 66044
                                      (785)843-6600
                                      (785) 843-8405 Facsimile
                                      tcampbell@barberemerson.com
                                      ctheisen@barberemerson.com

                                      /s/ Donald R. McPhail
                                      Patrick D. McPherson
                                      Barry Golob
                                      Donald R. McPhail
                                      Duane Morris LLP
                                      1667 K Street N.W.
                                      Washington, DC 20006-1608
                                      202-776-7800
                                      pdmcpherson@duanemorris.com
                                      bgolob@duanemorris.com
                                      drmcphail@duanemorris.com

                                      *Attorneys for Defendants/Counterclaim
                                      Plaintiffs Vonage Holdings Corp. and
                                      Vonage America, Inc.*

- 31 -

## CERTIFICATE OF SERVICE

I hereby certify on September 11, 2007, that a copy of Defendants Vonage Holdings

Corp. and Vonage America, Inc.'s Second Supplemental Exhibit List was filed and served via

the Court's electronic filing system:

> B. Trent Webb
> Adam P. Seitz
> Erick A. Buresh
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108-2613
> bwebb@shb.com
> aseitz@shb.com
> eburesh@shb.com
>
> *Attorneys for Plaintiff*
> *Sprint Communications Company L.P.*

> /s/ Terrence J. Campbell
> Attorney for Defendants

DM1\1189219.1