# EXHIBIT A

Dockets.Justia.com

| | | | ISSUE CLASSIFICATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Subclass | | | | | | | |
| | Class | | | | | | | **5991301** | |

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 08/525897 | NOV 23 1999 | 5991301 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| | | | | | |

**APPLICANTS**

Certificate
JAN 04 2005
Of Correction

None

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. _____

| Foreign priority claimed ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met. ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged  Examiner's initials | | | | | | | |

**ADDRESS**

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

3/30/99

Applications Examiner

| PARTS OF APPLICATION FILED SEPARATELY | | CLAIMS ALLOWED | |
|---|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | Total Claims | Print Claim |
| 3/30/99 | Assistant Examiner | 66  47 | 1 |
| ISSUE FEE | | DRAWING | |
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 1210 | 5-27-99 | 12 | 12 | |
| FORM PTO-1267 (Rev. 11-92) U.S. Department of Commerce Patent and Trademark Office | Ajit Patel Primary Examiner | ISSUE BATCH NUMBER | R26 |

Primary Examiner

**DISCLAIMER LABEL**
Application No.
08/525,897
A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.
**DO NOT DESTROY**

**PREPARED FOR ISSUE**

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

(FACE)

# BROADBAND TELECOMMUNICATIONS SYSTEM

Cross-Reference to Related Application

This application is a continuation-in-part of prior application serial number 08/238,605, entitled "Method, System, and Apparatus for Telecommunications Control", filed May 5, 1994, currently pending, and incorporated by reference into this application.

Background

At present, Asynchronous Transfer Mode (ATM) technology is being developed to provide broadband switching capability. Some ATM systems have used ATM cross-connects to provide virtual connections. Cross-connect devices do not have the capacity to process signaling. Signaling refers to messages that are used by telecommunications networks to set-up and tear down calls. Thus, ATM cross-connects cannot make connections on a call by call basis. As a result, connections through cross-connect systems must be pre-provisioned. They provide a relatively rigid switching fabric. Due to this limitation, ATM cross-connect systems have been primarily used to provide dedicated connections, such as permanent virtual circuits (PVCs) and permanent virtual paths (PVPs). But, they do not to provide ATM switching on a call by call basis as required to provide switched virtual circuits (SVCs) or switched virtual paths (SVPs). Those skilled in the art are well aware of the efficiencies created by using SVPs and SVCs as opposed to PVCs and PVPs. SVCs and SVPs utilize bandwidth more efficiently.

ATM switches have also been used to provide PVCs and PVPs. Since PVCs and PVPs are not established on a call-by-call basis, the ATM switch does need to use its call processing or signaling capacity. ATM switches require both signaling capability and call processing capability to provide SVCs and SVPs. In order to achieve virtual connection switching on a call by call basis, ATM switches are being developed that can process calls in response to signaling to provide virtual connections for each call. These systems cause problems because they must be very sophisticated to support current networks. These ATM switches must process high volumes of calls and transition legacy services from existing networks. An example would be an ATM switch that can handle large numbers of POTS, 800, and VPN