# EXHIBIT B

Dockets.Justia.com

Sprint Docket 1090

CERTIFICATION UNDER 37 C.F.R. 1.8

I hereby certify that this Amendment is being deposited with the United States Postal Service as First Class Mail, postage prepaid, on April 16, 1997, in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231.

Jay B. Beatty-Intellectual Property Admin

RECEIVED
APR 17 1998
Group 2700

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Joseph Michael Christie |
| Application. No.: | 08/525,897 |
| Title: | "Broadband Telecommunications System" |
| Filed: | September 8, 1995 |
| Art Unit: | 2603 |
| Examiner: | Blum, R. |

#### Amendment

Please amend and re-consider the above-referenced application. Also enclosed are an Extension of Time, Terminal Disclaimers, an Information Disclosure Statement, a Correction of Drawings, and a Transmittal with appropriate fee authorizations.

In the Specification

Please amend the specification as follows.

On page 1, please delete lines 3-6.

On page 8, line 13, please change "by" to -- be --.

On page 3, line 29, please change "Figure 3 is a block diagram of a version" to -- Figures 3A and 3B are block diagrams of versions --.

On page 11, line 24, please change "3" to -- 3A --.

On page 12, line 30, please add the following paragraph, -- Figure 3B shows another version of the multiplexer for other embodiments. The multiplexer is similar to Figure 3A except that E3 interface 312, E1 interface 317, and OC-3 interface 337 are shown. --.

On page 9, line 23, after "application," please add -- number 08/525,868 --.

On page 12, line 23, please change "perameters" to -- parameters --.

Sprint Docket 1090

On page 16, line 1, please add at the beginning of the paragraph: "Application number 08/568,551, entitled "Method, System, and Apparatus for Telecommunications Control," filed on December 7, 1995 and currently pending (and which is a continuation of Application number 08/238,605, filed on May 5, 1994, and now abandoned) is incorporated by reference into this application."

On page 27, line 14, please change "B" to -- A --.

Please add Figure 3B before Figure 4.

2