# EXHIBIT C



US005991301A

# United States Patent [19]

## Christie

[11] Patent Number: 5,991,301

[45] Date of Patent: *Nov. 23, 1999

[54] **BROADBAND TELECOMMUNICATIONS SYSTEM**

[75] Inventor: **Joseph Michael Christie**, San Bruno, Calif.

[73] Assignee: **Sprint Communications Co. L.P.**, K.C., Mo.

[*] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/525,897**

[22] Filed: **Sep. 8, 1995**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 08/238,605, May 5, 1994, abandoned.

[51] Int. Cl.$^6$ .............................. **H04L 12/56**; H04L 12/28
[52] U.S. Cl. ......................... **370/395**; 370/410; 370/466
[58] Field of Search ............................ 370/17, 24, 58.2, 370/68.1, 110.1, 60, 60.1, 94.1, 94.2, 79, 84, 85.13, 351, 352–360, 395, 396, 397, 398, 399, 465, 466, 467, 410, 389; 379/220, 229, 230

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,201,889 | 5/1980 | Lawrence et al. . |
| 4,310,727 | 1/1982 | Lawser . |
| 4,348,554 | 9/1982 | Asmuth . |
| 4,453,247 | 6/1984 | Suzuki et al. . |
| 4,554,659 | 11/1985 | Blood et al. . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 90312739 | 7/1991 | European Pat. Off. . |
| 91303312 | 10/1991 | European Pat. Off. . |
| 91311342 | 12/1991 | European Pat. Off. . |
| 91311342 | 7/1992 | European Pat. Off. . |
| 92307752 | 8/1992 | European Pat. Off. . |

(List continued on next page.)

OTHER PUBLICATIONS

Yoshikai, N., Et Al., "Report of the Meeting of SWP 13/1–4 (Draft Recommendation I.580)," ITU–T Telecommunication Standardization Sector, Study Group 13, pp. 1–51, (Mar. 7–18, 1994).

N/A, "Final Draft Text for Broadband Capability Set 2 Signaling Requirements, Atachment "D" Special Drafting Meeting," ITU–T Telecommunications Standardization Sector, Study Group 11, p. 1–127, (Sep. 13–22, 1993).

Ohta, S., Et Al., "A Dynamically Controllable ATM Transport Network Based on the Virtual Path Concept," Communications for the Information Age, Globecom'88, Conference Record, p. 1272–1276, (Nov. 28–Dec. 1, 1988).

Fukazawa, M., Et Al., "Intelligent Network Call Model for Broadband ISDN," Fujitsu Laboratories, Ltd. (Japan), p. 30.6.1–30.6.5.

Minzer, Steven, "A Signaling Protocol for Complex Multimedia Services," IEEE Journal on Selected Areas in Communications (ISSN 0733–8716), vol. 9, (No. 9), p. 1383–1394, (Dec. 1991).

(List continued on next page.)

*Primary Examiner*—Ajit Patel
*Attorney, Agent, or Firm*—Harley R. Ball; Bruce C. McClelland

[57] **ABSTRACT**

The invention is a system for providing virtual connections through an ATM interworking multiplexer on a call-by-call basis. A signaling processor receives signaling for a call and selects the virtual connection for the call. The signaling processor generates new signaling that identifies the selection and transfers the new signaling to the ATM interworking multiplexer that accepted the access connection for the call. The multiplexer converts user information from the access connection into ATM cells for transmission over the virtual connection in accord with the new signaling.

**47 Claims, 12 Drawing Sheets**

