# EXHIBIT D

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,991,301
DATED         : November 23, 1999
INVENTOR(S)   : Joseph Michael Christie

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [63], **Related U.S. Application Data,** delete "Continuation-in-part of application No. 08/238,605, May 5, 1994, abandoned."

Signed and Sealed this

Fourth Day of January, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*