# EXHIBIT B

```
                      von oep 9-4-07.txt
18         standards to get our product offering up and running
19         what's an industry standard?  Telephone company is a
20         person example you got a nationwide telephone network
21         if you've got one company in the northeast doing
22         technology one way and you've got another company in
23         the southeast doing telephone technology another way
24         and then you have another company in California using
25         tone technology in another way guess what I try from
                                    47
 1         the north east to call somebody in California it
 2         ain't gonna work unless we're all on the same page as
 3         to how to do something.  And so what an industry
 4         standard is is when a lot of smart people get
 5         together typically representatives from companies
 6         they get together and they go we all need to agree to
 7         a way to implement some piece of technology and once
 8         we do this then everybody can use it, and here it is,
 9         it's open for all the world to see read use take
10         advantage of.  Why do I raise that because the
11         building blocks for VoIP arise out of several
12         industry standards and perhaps the most important one
13         is an industry standard that actually goes back to
14         the year 1981 that is some 13 years before Sprint and
15         Mr. Christie identified for their first patent
16         application and this is the internet protocol
17         industry standard drafted in 1981 what we learn from
18         this standard is in internet protocol is designed for
19         use in interconnected systems of packet switched
20         computer communication networks.  This is the very
21         standard that we are taking advantage of in
22         connection with voice over the internet there was
23         another industry standard user data gram protocol.
                              Page 38
```

```
                      von oep 9-4-07.txt
     24         August 28, 1980, 14 years before Sprint came on the
     25         scene user data gram protocol it's called UDP.  well
                                                                   48
      1         UDP as you will come to learn during this course it
      2         is basically the method it's the format by which the
      3         packets are traveling over the internet this was
      4         around 13 years before any patent application was
      5         filed.  Another standard that you're going to hear
      6         about during this case and I just alluded to it with
      7         respect to the textbook, SIP, session initiate
      8         protocol 1999 you'll see the authors notice top right
      9         corner and, again, you don't see any authors here
     10         from Sprint and you don't see Mr. Christie or any
     11         other representatives from Sprint in connection with
     12         this standard but the session initiation protocol
     13         what this standard is all about is on the internet
     14         before packets can start going back and forth you
     15         need to have the destination address okay where am I
     16         sending it and then the destination address in order
     17         to community back with me needs to know my IP address
     18         it's just like sending a letter if I don't know your
     19         address I can't send a letter to you.  But if I
     20         send -- if I know your address and I send a letter to
     21         you and I have a return address there for you, then,
     22         you know, how to send a left back to me.  well what
     23         SIP does the session initiation protocol is it
     24         basically it trades the IP addresses up here it
     25         basically establishes the session, if you will, so
                                                                   49
      1         that we then can start communicating back and forth.
      2         So what you're going to hear during the course of
      3         that this case is really there's two parts to making
      4         a federal law there's basically getting the
                               Page 39
```

                    von oep 9-4-07.txt
5     connections set up if you will and then there's the
6     actual call that takes place once the connections are
7     set up the demonstrative they used it's the -- the
8     SIP part of it would have been in the old days it
9     would have been the switch board operate or going I
10    need to route you this way to make a phone call. And
11    then the other thing that our guys at Vonage took
12    advantage of is what we call off the shelf technology
13    okay and what do I mean by off the self technology?
14    A telephone if you're a customer of Vonage and you
15    got one of these in your house that's one of the
16    critical pieces that you have to have. You're going
17    to hear lot about terminal adaptors, these are the
18    things that are going to be in your house that your
19    telephone is going to plug into and then these are
20    basically going to plug into the internet and it's
21    this terminal adapt tore that's going to take my
22    voice and it's going to turn it into data packets
23    that are then going to travel across the internet TA
24    and we got various flavors of these you'll see these
25    during the course of the trial back in 2001, 2002, go
                                                    50
1     to Cisco Systems, Cisco we need a box of terminal
2     adaptors they sell them to you, these weren't
3     specified specifically for us, you just go to any
4     company and by them they manufacture these.
5             MR. WEBB: Your Honor, may I approach.
6             THE COURT: You may.
7             (Counsel approached the bench and the
8     following proceedings were had:)
9             MR. WEBB: I may have misread your order
10    but I understand that this has already been ruled
                         Page 40