# EXHIBIT D

von 1 9-5-07.txt

```
 6  A.  That was one of the -- that was one of the basic
 7      drivers behind it.  Sprint had an extensive
 8      fiberoptic network built all over the United States,
 9      and anything that you could do in order to decrease
10      the demand for those fiberoptic facilities was very
11      important.
12  Q.  Mr. Gardner tell the jury about the action of the
13      group of Mr. Christie's idea?
14  A.  This was an interesting group of people each were
15      fairly well known for their expertise in their given
16      areas it was a very engaging group we were put
17      together because we were known for challenging each
18      other's ideas which was felt that, you know, that
19      would yield the before the results.
20  Q.  Did this group typically agree on ideas or new
21      technologies?
22  A.  Rarely.  That's what part of what made it interesting
23      and fun.
24  Q.  How did the group respond to Joe's idea that day?
25  A.  It was out of the ordinary we had quite a discussion
                                                         208
 1      about the technology what could be done with it
 2      everyone in the group felt that this was a
 3      revolutionary concept and this was something that the
 4      company should definitely pursue, understand, and
 5      figure out how to do it.
 6  Q.  So what did you do next?
 7  A.  After that Joe went ahead and started to put together
 8      a plan and the purpose of this plan was to define the
 9      resources, the money, and manpower that it would take
10      in order to build a Prototype system to prove that
11      the concept would work.
```

```
                        von 1 9-5-07.txt
12   Q.   Did you work with Joe after that meeting on his
13        ininvention?
14   A.   Yes, I did Joe and I weren't in the same work group;
15        however, I was given a lot of flexibility and we did
16        collaborate exextensive on pieces of it.
17   Q.   Did there come a tame when you were assigned to work
18        for Joe on his idea?
19   A.   Yes several months later when the funding was proofed
20        for the project Joe was given permission to go ahead
21        and recruit his own staff to further the development
22        of the idea.
23              ! approved.
24              ! and to do the work necessary to put together a
25        Prototype.
                                                           209
1    Q.   Did this group have a name?
2    A.   This group was valued BBIN which means broadband
3         intelligent network.
4    Q.   Do you know why it was called BBIN?
5    A.   IN from the standpoint that that was the way that we
6         did business at the time and the kinds of services
7         that we provided the broadband portion of it was how
8         to we take what we do today provide those services in
9         a broadband environment.
10   Q.   And what's a broadband environment?
11   A.   A broadband meaning high speed packet.
12   Q.   BBIN?
13   A.   Yes.
14   Q.   What did that stand for again?
15   A.   Broadband intelligent network.
16   Q.   Mr. Gardner I said that -- I believe you said that
17        one of the reasons for this group was to build a
                        Page 88
```

```
                    von 1 9-5-07.txt
18           Prototype is that what you said?
19   A.      The reason for the foremedication of the BBIN group
20           was to work on the construction of a Prototype.
21   Q.      And did the group construct a try that?
22   A.      Yes the group put together the plans for the try that
23           and the try that system was actually put together in
24           Burlingame California in Sprint's lab out there.
25   Q.      Approximately when did that occur?
                                                           210
 1   A.      I believe the first demonstration of the Prototype
 2           system was in early 05.
 3   Q.      Did it work?
 4   A.      The system worked I went to one of the designations
 5           where the system was shown to some of the executives
 6           and the purpose was -- the purpose was to show them
 7           that it was a real thing to prove that it worked that
 8           the project should be followed up on and evaluated
 9           for implementation.
10   Q.      Did the group seek additional funding after the
11           Prototype was completed?
12   A.      When the Prototype was completed and demonstrated
13           that was more or less a go ahead signal to the top
14           management at Sprint that this was something that
15           could indeed be accomplished and that we would
16           receive funding to go forward with the development of
17           production style system.
18   Q.      So the Prototype worked?
19   A.      The Prototype worked yes.
20   Q.      Did the components of the Prototype exist before Mr.
21           Christie?
22   A.      These were not readily available components there was
23           a lots of custody medication involved in order to get
                             Page 89
```

```
                              von 1 9-5-07.txt
   24           these components to behave in a by that we needed
   25           them to.
                                                               211
    1   Q.      Do you ever an idea about how much money was spent by
    2           BBIN to develop the test and show that this Prototype
    3           worked?
    4   A.      That was in the neighborhood of three to $4 million.
    5   Q.      Mr. Gardner what packet technology was used by the
    6           Prototype?
    7   A.      The Prototype utilized ATM technology.
    8   Q.      Why was ATM technology selected for use with the
    9           Prototype?
   10   A.      Sprint's strategic direction was to utilize an ATM
   11           network that had already invested a great deal of
   12           money to install and deprovide a nationwide network
   13           of ATM.  That was the infra structure that we had to
   14           use, and it was in place for our use so it made the
   15           most sense to leverage the infra structure that was
   16           already deployed in the field.
   17   Q.      Could Mr. Christie's invention have been used on a
   18           different packet technology?
   19   A.      Yes, it could have really the point of it was the use
   20           of packet technology to enable bandwidth sharing
   21           which all packet technologies of are capable of.
   22   Q.      Would it have been a major undertaking to go from a
   23           ATM implementation to say ab IP imitation using Mr.
   24           Christie's intention?
   25   A.      It would not be a major undertaking no.
                                                               212
    1   Q.      For example, if Sprint were wanting to do that how
    2           would it go about switching the ATM implementation
    3           into a IP implementation?
    4   A.      Your Honor, objection, please speculation.
                                  Page 90
```