# EXHIBIT E

Dockets.Justia.com

von 2.txt

```
 8        a good sense of -- good capability for working on
 9        different projects we communicated well together he
10        had -- we would go out to eat when we were on -- in
11        these standards bodies since they were in the United
12        States they met everywhere, every large city about --
13        he had a very nice WRY sense of humor could dead pan
14        any joke and keep you laughing quite a bit.
15    Q.  Do you remember Joe telling you about an idea that he
16        had?
17    A.  Yes I think it was in the fall of '93 we were over in
18        Geneva, Switzerland, having dinner and he was telling
19        me about an idea to separate -- or to run narrowband
20        telephone BEARS over a broadband network, separating
21        the signaling and signaling for that call with a BEAR
22        for the call, and it was his idea that started the
23        BBIN project.
24    Q.  How was Joe's reaction to his idea how did he
25        approach it?
```
                                                            277
```
 1    A.  He went at this idea as almost a demon he was object
 2        pseudoephedrine with the idea basically enjoyed
 3        talking about it discussing it knew it could change
 4        the way people switched telephone calls from
 5        monolithic switch into a more diverse identified
 6        switching capability.  It was kind of funny that on
 7        one of the trips for an as I we went and call a movie
 8        called terminator two and one of the thins we talked
 9        about as after we got out of the idea was the I did
10        of BBIN becoming self aware just like the robots in
11        terminate tore two could, so it was -- he really want
12        wanted the project to succeed get off the ground and
13        become a reality.
```
                    Page 32

von 2.txt

14  Q.  You mentioned BBIN did you become a member of the
15      broadband intelligent network group?
16  A.  Yes, I did after those meetings and him telling me
17      about the idea of the project in the fall of 93 we
18      started working together ad hoc within the private
19      planning and implementation group on -- working on
20      this capability after that in the fall he went ahead
21      and worked with -- or presented to upper management
22      his idea of being able to handled telephone switching
23      over broad band network through his presentation
24      upper management of Sprint liked the idea wanted it
25      to proceed to see if a Prototype could be built
                                                    278
1       working Prototype determine the feasibility of the
2       subject at that time they promoted Joe and to a
3       manager and there were three of us that went to work
4       for Joe myself Joe Gardner in her and Al Duree.
5   Q.  Could you describe for the jury the level of
6       confidentiality of this project and the group BBIN?
7   A.  At the time Joe presented the idea to upper
8       management they thought it was an excellent idea
9       wanted to proceed due to the uniqueness of the
10      feature and the capability they wanted to keep it as
11      secret as possible just to keep everything away from
12      competitors with that being the case they put us into
13      a back room in 9350 Metcalf which was away from main
14      traffic corridors.
15  Q.  9350 Metcalf?
16  A.  Yes.
17  Q.  What is that?
18  A.  It's a building that was leased to Sprint.
19  A.  Okay.
                    Page 33

von 2.txt

20  Q.  I'm sorry so you're in the 9350 Metcalf?

21  A.  Uh-huh in a small room separate door and basically it

22      was the three of us to work on the project itself.

23  Q.  I believe you said the group was working on eye

24      Prototype?

25  A.  Yes.

                                                    279

1   Q.  Was the group successful in building and testing a

2       Prototype?

3   A.  Yes, it was since Joe was in Burlingame caliber and

4       we had advanced technology labs in Burlingame we in

5       Kansas City were there to develop the requirements

6       documents and the requirements for the Prototype to

7       begin with we would have conversations with Joe out

8       there and the ATL itself was helping to build the

9       Prototype.

10  Q.  I'm sorry you said ATL?

11  A.  Advanced technology lab.

12  Q.  Sorry to interrupt continue.

13  A.  They were charged to help build the Prototype itself.

14  Q.  And what was your role on that project Mr. Wiley?

15  A.  As I said before we were in Kansas City building

16      requirements to -- for myself work on the call

17      processing capability of the machine the other two,

18      Joe worked on the architecture of the machine itself

19      and how it would be placed inside the network and Al

20      Duree worked on the multiplexer which is the ATM

21      multiplexer which would take regular telephone

22      signals from the narrowband telephone network convert

23      it to ATM and route and switch -- switch and route

24      the call out.

25  Q.  And did the Prototype work?

                    Page 34

von 2.txt

280

1   A.   Yes, it did.  They had a demonstration out in
2        Burlingame I did not attend with upper management to
3        show the Prototype how it separated call and will
4        bear and produced calls -- or switch calls going
5        through that network.  As I said, upper management
6        was there they approved of the Prototype and approved
7        of the funding to go ahead and -- for development of
8        a production system.
9   Q.   Okay.  Do you recall when Mr. Christie passed away?
10  A.   Yes, I do.
11  Q.   How did that impact the project?
12  A.   It was a real blow to the project.  We had not header
13       from Joe for a few days even though he traveled quite
14       a bit during the year going to either Kansas City,
15       Chicago, Dallas, talking to venders things such as
16       that he was the main dine mow for the product itself,
17       or the Prototype and then the BBIN capability.  Well
18       during this time we had tried to call Joe a few
19       times, and couldn't get holding of him thinking he
20       was on a trip some place we didn't think too much
21       about it until two or three days later we kept trying
22       to get in touch with him he wouldn't call in or we
23       couldn't get him at the office so at that time we
24       started getting worried and we called one of the
25       coworkers out there he found Joe dead in his home.

281

1   Q.   Okay.  Mr. Wiley my question was how did his passing
2        affect the project itself?
3   A.   I'm sorry.
4   Q.
5   Q.   That's okay it's perfectly fine how did his passing

Page 35

von 2.txt

```
 6         affect the project itself.
 7    A.   It affected us quite a bit because as I said he was
 8         the driving force behind it we did get together,
 9         talking to upper management to get some direction.
10         It was decided that we should go ahead and keep on
11         building BBIN capability and see it to fruition.
12    Q.   Mr. Wiley, have you ever heard of the broadband
13         operating system department or development?
14    A.   Development group.
15    Q.   Group, okay.  Let me write that on there.
16    A.   BBOSD is what we called it.  It was the name of our
17         small group to develop -- developing this feature
18         this functionality.
19    Q.   This is the larger platform at this time?
20    A.   This is the larger platform at this time yes.
21    Q.   Okay?
22    A.   So that was the working group --
23    A.   From yes.
24    Q.   I'm sorry we're -- she's going to yell at --
25    A.   I'm sorry.
                                                        282
 1    Q.   It's my fault that's okay.  So BBOSD was the working
 2         group assigned to build a network platform?
 3    A.   Yes.
 4    Q.   What was the name of the network platform?
 5    A.   After Joe's debt we renamed it from BBIN to JCS2000
 6         which is Joe Christie as I system thousand.
 7    Q.   Just to be clear on all these acronyms floating
 8         around BBIN, broadband intelligent network was the
 9         initial group?
10    A.   Yes.
11    Q.   For the Prototype work BBOSD was the working group
```

Page 36

von 2.txt

15  Q.  Okay.  So the CCM was the call processor of the

16      system?

17  A.  Yeah you could -- you know, you could call it that.

18      It was a call processing system.

19  Q.  And the AVM was the device that converted regular

20      phone calls to packets?

21  A.  Yes, that's correct.

22  Q.  And you're responsible for that component the

23      converting?

24  A.  Yes when I work on the project was all centered

25      around working with this thing that we called AVM in

                                                    294

1       to the's world you'll here media gateway or

2       interworkingen unit.

3   Q.  It's fundamentally the same?

4   A.  Fundamentally the same.

5   Q.  I want to talk about the Prototype I understand that

6       BBIN was tasked with producing a Prototype.

7   A.  Yes, it was.  Joe Christie's group was.

8   Q.  Okay.  And was that effort successful?

9   A.  Yes, it was.

10  Q.  How do you know that?

11  A.  Because in November of '95 after we spent -- went

12      through a lit recommendation of getting a

13      multimultiplexer that we could put oneline in

14      developing the CCM box we did extensive testing of

15      the protocol time to make sure it could make all the

16      different types of calls between what we call Legacy

17      and the TDM networks and the packet network.

18  Q.  Did it work?

19  A.  Yes, it did.

20  Q.  Did you witness it?

                        Page 46

```
                              von 2.txt
21  A.  Yes, I witnessed it.

22  Q.  So you actually saw saw it work?

23  A.  Yes.

24  Q.  At that time did the Prototype use a specific type of

25      packet foremalt?
                                                    295

 1  A.  It was using AVM standards for ATM, ATM voice

 2      multiplexer, so at the time we were using an ATM

 3      packet.

 4  Q.  Was this idea limited only to use on ATM?

 5  A.  No.  The envisionment that Joe told us about was this

 6      thing could be reprogrammed so it could work on other

 7      types of packet protocols.

 8          MR. MCPHAIL:  Objection hearsay.

 9          THE COURT:  What's the purpose of the

10      offer?

11          MR. WEBB:  I believe the witness was making

12      a statement beyond my question.

13          THE COURT:  Actually the objection would be

14      nonresponsive I'll grant the objection I'll strike

15      that portion of the answer which went beyond the word

16      no and ask you to disregard that portion of the

17      witness's answer you may proceed.

18          PLAINTIFF1:  Okay.  Mr. Duree without

19      getting into what Joe told you do you have an

20      understanding as to whether or not his idea was

21      limited to only ATM.

22  A.  No.

23          MR. MCPHAIL:  Your Honor renew the

24      objection.

25          THE COURT:  Again first of all Mr. Duree if
                                                    296
 1      the question is do you know something the answer to
                              Page 47
```

von 2.txt

2       that question would be yes, no, or I can't answer the

3       question please don't go ahead and then give the sort

4       of substantive part of the answer because that

5       deprives the other side of the opportunity to object

6       if they think you shouldn't be asked to tell the rest

7       of the story.

8                    THE WITNESS:  Oh, okay.

9   Q.  (By Mr. Webb) So that's the Ken we have here just as

10      a matter of procedure?

11                   THE COURT:  So let's ask the question one

12      more time.

13                   THE WITNESS:  Let's try this again.

14                   MR. WEBB:  It's okay you haven't seen all

15      the fun we have been having already.

16                   THE COURT:  This is where we get back at

17      you for using all those acronyms.

18                   THE COURT:  Go ahead.

19  Q.  (By Mr. Webb) Do you have an understanding as to

20      whether or not this idea was limited only to ATM?

21  A.  Yes.

22  Q.  Was it limited only to ATM?

23  A.  No.

24  Q.  What's your basis for that?

25  A.  I guess now I --

                                                  297

1                    THE COURT:  You can go ahead, please.

2                    MR. MCPHAIL:  I renew the hearsay

3       objection.

4                    THE COURT:  Why don't you lay a little more

5       foundation than just the about their statement,

6       please.

7   Q.  (By Mr. Webb) I understand Mr. Duree you worked on
                        Page 48