# EXHIBIT I

Dockets.Justia.com

von 1 9-5-07.txt

24          these components to behave in a by that we needed
25          them to.
                                                    211
1      Q.   Do you ever an idea about how much money was spent by
2           BBIN to develop the test and show that this Prototype
3           worked?
4      A.   That was in the neighborhood of three to $4 million.
5      Q.   Mr. Gardner what packet technology was used by the
6           Prototype?
7      A.   The Prototype utilized ATM technology.
8      Q.   Why was ATM technology selected for use with the
9           Prototype?
10     A.   Sprint's strategic direction was to utilize an ATM
11          network that had already invested a great deal of
12          money to install and deprovide a nationwide network
13          of ATM.  That was the infra structure that we had to
14          use, and it was in place for our use so it made the
15          most sense to leverage the infra structure that was
16          already deployed in the field.
17     Q.   Could Mr. Christie's invention have been used on a
18          different packet technology?
19     A.   Yes, it could have really the point of it was the use
20          of packet technology to enable bandwidth sharing
21          which all packet technologies of are capable of.
22     Q.   Would it have been a major undertaking to go from a
23          ATM implementation to say ab IP imitation using Mr.
24          Christie's intention?
25     A.   It would not be a major undertaking no.
                                                    212
1      Q.   For example, if Sprint were wanting to do that how
2           would it go about switching the ATM implementation
3           into a IP implementation?
4      A.   Your Honor, objection, please speculation.
                        Page 90

von 1 9-5-07.txt

```
 5              THE COURT:  Do you mean lack of foundation.
 6    A.   Yes, your Honor.
 7    Q.   (By Mr. Webb) Do you want to lay some foundation?
 8              MR. WEBB:  Sure.  Mr. Gardner are you
 9         familiar with any mechanisms that Sprint could have
10         used to change the implementation from an ATM system
11         to an IP system.
12    A.   There were not pieces available -- there are two
13         components one component belonged in the multiplexer
14         that had not been developed.
15              THE COURT:  Excuse me a second the question
16         was are you familiar with as opposed to explaining
17         detail about it so that is a yes or no and then we
18         will follow up.
19    A.   Inside of that I'm sure could you give me the
20         question, please.
21              THE COURT:  No problem why don't you start
22         over .
23    Q.   (By Mr. Webb) I'll try again.  Mr. Gardner with you
24         aware of any mechanism by which splint could change
25         the implementation from an ATM system to an IP
                                                        213
 1         system?
 2    A.   Yes, I am.
 3    Q.   Would you explain that to the jury, please there's
 4         really two major things that had to be changed or two
 5         fundamental changes one insert a new circuit card
 6         that supported IP protocols as opposed to ATM
 7         protocols and then in our call processing process we
 8         would have to have a lookup table that had IP
 9         addresses as opposed to ATM visual path visual
10         circuits.
                        Page 91
```

von 1 9-5-07.txt

11  Q.  Was there anything special about using a particular
12      type of packet in the system.
13  A.  No, there was not.
14  Q.  Let's go back to BBIN who are some of the other
15      people who were charter members of BBIN?
16  A.  The initial group consisted of myself Joe Christie
17      bill wiley and Al cadrey.
18  Q.  What was your role in BBIN?
19  A.  My role was that of integrating the system and
20      understanding what the engineering requirements were
21      to achieve the performance that the system needed to
22      achieve.
23  Q.  Okay.  What does that mean?
24  A.  My job was to take all these components and make them
25      work together in a way that would satisfy Sprint's
                                                    214
1       requirements.
2   Q.  What about Mr. Al cadrey what was his job on BBIN?
3   A.  Al was an expert in multiplexering technology packet
4       technology and voice technologies.
5   A.  So his role was the device that changed regular voice
6       to packets.
7   A.  Yes.
8   Q.  What about bill while what was his job on BBIN?
9   A.  Bills expertise was in the area of call processing
10      logic and functions.
11  Q.  Have you ever header the phrase three meager goes?
12  A.  Yes, I have.
13  Q.  Who were the three ame goes?
14  A.  That was bill, myself, and Al Duree.
15  Q.  After the group was formed did it relocate to any
16      specific building?
                    Page 92