# EXHIBIT J

von 2.txt

| | | |
|---|---|---|
| 14 | | large as Sprint it's got to be a much larger device |
| 15 | | than what we were working with at the time so we got |
| 16 | | money and we went into doing the production. |
| 17 | Q. | Okay. Let's talk about the Prototype again do you |
| 18 | | have an understanding as to how much money it cost to |
| 19 | | build that thing? |
| 20 | A. | Somewhere around between four and 5 million I think |
| 21 | | was in the -- you know,. |
| 22 | Q. | In the ballpark? |
| 23 | A. | In the ballpark. |
| 24 | Q. | Fair enough let's talk about the larger platform did |
| 25 | | that ultimately have a name? |

299

| | | |
|---|---|---|
| 1 | A. | It pended up being call the the JCS2000. |
| 2 | Q. | I want to talk your work on the interworking unit on |
| 3 | | the JCS2000 platform, okay? |
| 4 | A. | Okay. |
| 5 | Q. | What type of cell what type of packets did that |
| 6 | | device work on? |
| 7 | A. | That one was working on ATM. |
| 8 | Q. | Could that device be used on other types of packets? |
| 9 | A. | It could have been reprogrammed to do that. |
| 10 | Q. | What's your basis for that statement? |
| 11 | A. | Well, I was the one that was writing the |
| 12 | | specifications and we didn't want any forklift |
| 13 | | upgrades let me explain that maybe. In the network |
| 14 | | you put in a component, and if you have to go back |
| 15 | | and take that whole thing out of the network that's a |
| 16 | | forklift you gotta take the box out and replace it |
| 17 | | with a completely different box well our goal was to |
| 18 | | have a box that could be reprogrammed to do other |
| 19 | | protocols so we wouldn't have to do that it's very |

Page 50

von 2.txt

20  expensive if you end up doing that so the goal of
21  this project one of the goals of this project was
22  that interworking unit was capable of being
23  upobligated to some other protocol because in the
24  real world nothing ever stays the same it's a
25  constant evolution of things.

300

1  Q.  Now, what protocols could that have been converted
2      to?
3  A.  Obviously it could have gone to IP and it could have
4      gone to frame relay if we wanted to or to X25 if we
5      wanted to, and there could have been another protocol
6      come along the way the device was built was so that
7      we could easily adapt it to it mainly by being able
8      to reprogram the packettization card the one that
9      actually took the calls that were coming in from the
10     plain old telephone side and went out on the packet
11     side and we also knew that we were going to have to
12     change an interface card but that was minor you
13     change an interface card on the broadband side,
14     change whatever broadband, you know, protocol that
15     we're using.
16 Q.  If I wanted to change that card physically how would
17     I go about to do it?
18 A.  Well it would be -- it's an awful lot of detail
19     basically you have a maintenance window and you
20     wanted to change that what happens is we had to come
21     up with a system to be able to take parts of the
22     system out of use while it's actually running calls
23     for you and doing calls across it you take that out
24     you change that piece when you bring it back up now
25     it's doing the new load the new protocol that you

Page 51

von 2.txt

301

| | | |
|---|---|---|
| 1 | | would have put in it so we would have done it little |
| 2 | | pieces TA time across that until we had a complete |
| 3 | | unit that was back up and running again. |
| 4 | Q. | And that's something you envisioned at the time? |
| 5 | A. | Yes. |
| 6 | A. | He was the goal of the project to make sure that that |
| 7 | | indeed was going to happen when we rolled it out we |
| 8 | | couldn't have put it out on the network if we |
| 9 | | couldn't do that. |
| 10 | Q. | Mr. Duree when did you leave Sprint? |
| 11 | A. | I left in June of 99 I retired in June of '99. |
| 12 | Q. | By the time you left was JCS2000 up and running? |
| 13 | A. | Yes, we had a production model of it in the labs at |
| 14 | | the time I left and it was doing what the specks said |
| 15 | | it should do and that was, you know, doing the Legacy |
| 16 | | I keep using that word maybe, the plain telephone |
| 17 | | service to a packet telephone service voice calls we |
| 18 | | had a very robust testing between here and Kansas |
| 19 | | City and Burlingame that we were, you know, we were |
| 20 | | confident that we were getting to the point where it |
| 21 | | was -- what you would call production grade machine |
| 22 | | had the quality of service that you needed to be able |
| 23 | | to use it so that -- the goal was you're not |
| 24 | | supposed -- you as users you're not supposed to know |
| 25 | | that we have done all this we had to be able to do |

302

| | |
|---|---|
| 1 | that or Sprint wouldn't let us put it into the |
| 2 | network and when I left -- |
| 3 | THE COURT: Pardon me Mr. Duree I think you |
| 4 | have fully answered the question. |
| 5 | THE WITNESS: Okay I'm sorry. Engineer. |

Page 52

von 2.txt

6       THE COURT: No problem.
7   Q.  (By Mr. Webb) One last question Mr. Duree when you
8       left had JCS2000 been terminated?
9   A.  No.
10  Q.  Okay. That's my final question?
11          THE COURT: Very well. We will take our
12      often recess before we commence cross examination.
13      Members of the jury, I'll remind you of the
14      admonitions we will take a 15-minute break Ms.
15      Scheurer, please take charge of the jury Mr. Duree
16      you may step down counsel, remain here for just a
17      minute and we will talk about scheduling.
18          (The following proceedings were had outside
19      the presence of the jury:)
20          THE COURT: As I understand what you
21      indicated Mr. Webb is that when we're completed with
22      the examination of Mr. Duree you're going to do
23      videotaped depositions.
24          MR. WEBB: Yes, your Honor.
25          THE COURT: Which deposition are you going
                                                      303
1   to to?
2           MR. WEBB: This is the same old problem we
3       had last time we were in front of you. We have not
4       been able to reach a stipulation on what their system
5       looks like despite the fact they have represented at
6       least eight times there's no dispute how it works so
7       we are left to play engineers video depositions
8       cumulative total of about four hours we can get hour
9       and a half to two hours done today it's not going to
10      be any fun I frankly think it's pointless but we have
11      no choice we have to do it that's what our plan is.

Page 53