# EXHIBIT K

# Issues in Case for the '605 Family

| | Sprint | Vonage |
|---|---|---|
| 1. ATM cell networks existed prior to 1994 | ✓ | ✓ |
| 2. Packet networks existed prior to 1994 | ✓ | ✓ |
| 3. Voice over ATM existed prior to 1994 | ✓ | ✓ |
| 4. Linking ATM to the Public Telephone network prior to 1994 | ✓ | ✓ |
| 5. Linking packet networks to the Public Telephone network prior to 1994 | ✓ | ✓ |
| 6. Centralized Brain | ☐ | ☐ |

# Issues in Case for the '301 Family

| | Sprint | Vonage |
|---|---|---|
| 1. ATM cell networks existed prior to 1994 | ✓ | ✓ |
| 2. Packet networks existed prior to 1994 | ✓ | ✓ |
| 3. Voice over ATM existed prior to 1994 | ✓ | ✓ |
| 4. Linking ATM to the Public Telephone network prior to 1994 | ✓ | ✓ |
| 5. Linking packet networks to the Public Telephone network prior to 1994 | ✓ | ✓ |
| 6. Setting up connection on a call by call basis between a packet network and the PSTN | ☐ | ☐ |