# EXHIBIT L

Dockets.Justia.com

von 8a.txt

24   A.   It was not mentioned; correct.
25   Q.   Okay.  So far as you know then the only efforts to
                                                          6
1         ever build the Joe Christie system use lied an ATM
2         network not the internet; isn't that correct?
3    A.   At that time.
4    Q.   Has it changed?
5    A.   Yes, we are doing voice over IP today.
6    Q.   Is it using Joe Christie's ideas?
7    A.   In essence yes.
8    Q.   What do you mean, in essence?
9    A.   It's taking voice, TDM voice, packetizing it and
10        placing it onto an IP payload.
11   Q.   And that's your understanding of what Joe Christie's
12        ideas were?
13   A.   Joe Christie's idea was to stake voice and packetize
14        it and put it onto an ATM network.
15   Q.   Okay.  Isn't it true that in 1995 and 96 the JCS2000
16        effort was a state of the art initiative?
17   A.   Yes, it was.
18   Q.   At any time is also true that no precedent existed
19        for determining whether that project could be
20        developed?
21   A.   Could you rephrase that?
22   Q.   Isn't it true that in 1995 there was no precedent to
23        determine whether or not the JCS2000 project could be
24        developed?
25   A.   When I came on board, that's all I knew, and at that
                                                          7
1         time we were to proceed with the development.
2    Q.   But there was no prior precedent to do that was
3         there?
4    A.   Not that I'm aware of no.
                    Page 5

von 8a.txt

5   Q.   In fact, there was no precedent about how the system
6        would be designed either was there?
7   A.   I wasn't aware of that aspect of it in terms of the
8        design and I believe that was already done.
9   Q.   Is it true then that the JCS2000 was Sprint's
10       first-ever attempt to build a voice-over-ATM system?
11  A.   Yes, it is.
12  Q.   Isn't it true that at least as far as you know prior
13       to that attempt no one in the telecom industry had
14       ever tried to provide a voice-over-ATM system?
15  A.   That's true.
16  Q.   And isn't it true that the JCS2000 development effort
17       was outside the common body of knowledge in the
18       telecommunication industry?
19  A.   Yes, it was.
20  Q.   And isn't it also true that you thought there were
21       significant uncertainties involved in trying to use
22       hire existing at that time in trying to build the
23       JCS2000 system?
24  A.   Not from my perspective.  The uncertainties that we
25       had were more commercially related what I mean by
                                                          8
1        that is when the switch was developed like any other
2        switch that we incorporate in our network we have
3        things called back office systems these are
4        organizations that provision the network to make a
5        connection up, a group that does the alarms monitors
6        the network and they monitor the alarms and
7        performance aspects like with any project we have to
8        interface to those back office systems and those were
9        the uncertainties which we consider more of
10       commercial aspect.
                        Page 6

von 8a.txt

23    technical issues.

24 Q.  And were you involved in the work with tell labs for

25    developing the ATM mux for use in the system?
                                                    11

 1 A.  No.

 2 Q.  Are you aware of when tell labs was able to

 3    successfully produce an ATM mux for use in the

 4    system?

 5 A.  Yes we had to go out to tell labs facilities when

 6    they developed their first commercial AVM mux

 7    basically it was the call processing unit, component

 8    of the AVM mux and we evaluated it it and tested it

 9    at their facilities.

10 Q.  When did you do that evaluation and test?

11 A.  '98, 97 time frame.

12 Q.  So it was well over a year since you've been brought

13    into the project before you were even able to test

14    the AVM mux?

15 A.  This is true.

16 Q.  In the project the JCS2000 Bonanza project do you

17    recall when that was started?

18 A.  No, I came on when it was already started.

19 Q.  But it was before 1996?

20 A.  That's correct.

21 Q.  And were there attempts to try and built the ATM mux

22    before that.

23 A.  Not that I'm aware of.

24 Q.  You also mentioned a call processor isn't it true the

25    call processor was also a totally new design in the
                                                    12

 1    mid-1990?

 2 A.  The call processor was the heart of the JCS.

                     Page 9

von 8a.txt

3   Q.   So then the JCS2000 involved new technologies, new to

4        the telecommunications industries in the mid-1990s;

5        is that correct?

6   A.   That's correct.

7   Q.   And that technology was outside of the common

8        knowledge in the telecom industry?

9   A.   Yes, it was.

10  Q.   So would you agree then that Sprint faced substantial

11       unhaven't in 1996 as to whether voice over ATM would

12       even work?

13  A.   No, I wouldn't say that at that point again it gets

14       back to the commercialization aspects of interfacing

15       the back office systems.

16  Q.   I'm going to hand you a copy of a document that's

17       been marked Defendant's Exhibit 1063 and I'll ask you

18       to flip to page 9 of that document, please.

19            MR. SEITZ:  Your Honor, we object to this

20       document as hearsay foundation and authentication.

21            THE COURT:  All right.  Why don't you

22       approach and let's talk about that.  Could I see a

23       copy of exhibit?

24            MR. MCPHAIL:  Yes, sir.

25            MR. WEBB:  Your Honor, this is the second
                                                     13

1        time they have tried to get this in its an Ernst and

2        Young document.

3            THE COURT:  My record does reflect that it

4        was originally identified in Mr. Gardner's testimony

5        all right.  Tell me where you're going with this if

6        you would please so I can understand it.

7   A.   Mr. Spitzer was interviewed for the purpose of this

8        document.  That's why I have him on page 9 it

Page 10

von 8a.txt

21    the purpose of submitting it to the government for a

22    tax credit refund.  It has inherent trust worthiness

23    because it's a statement made on behalf of Sprint by

24    their independent auditors.  Nothing gets in under

25    the residual hearsay if this document doesn't.  I
                                                      16

1     can't think of a better instance where it should come

2     in.

3                THE COURT:  In 15 and a half years I

4     haven't let anything in under the residual exception.

5     It doesn't mean that is right, but I haven't.  I

6     don't buy that argument.  I understand your point.  I

7     don't see that as -- I mean in reality there would be

8     nothing in the world that would have prohibited you

9     from developing a basis to get this admitted by going

10    to the people who authored it I suppose but you

11    didn't and I don't see what some independent

12    consultant making a report on behalf of Sprint why

13    that makes it admissible under the hearsay rule but

14    I've explained to you the extent to which you can

15    utilize the document to refresh this witnesses

16    recollection if, in fact, it does so.

17                MR. McPHAIL:  Thank you, your Honor.

18                (The proceedings returned to open court.)

19  Q.  (By Mr. McPhail) Mr. Spitzer, if I could actually ask

20      you to turn to page 13 of that document for a moment

21      I just asked you the question about whether you

22      believed in 1996 that Sprint faced substantial

23      uncertainly in trying to develop the JCS2000 system

24      and I believe you answered no; isn't that correct?

25  A.  That's correct.
                                                      17

1   Q.  If I could ask you then to look at the first
                       Page 13

von 8a.txt

2      paragraph of that document read it and see if that

3      refreshes your recollection?

4              THE COURT:  Read it to yourself and not out

5      loud if you would please and after you've read it Mr.

6      McPhail can ask you a question to follow up he's

7      asked you does it refresh your recollection that is

8      the pending question you can answer that to him.

9              THE WITNESS:  Thank you.

10             THE WITNESS:  Okay.  Thank you.

11  Q.  (By Mr. McPhail) Okay.  So sitting here today now do

12      you believe that in 1996 Sprint faced substantial

13      uncertainlies in trying to build the JCS2000 system?

14  A.  In reference to this document, to be honest with you,

15      I vaguely remembered any interview of this nature in

16      terms of approving or disapproving the words and the

17      statements here I can't validate that but to answer

18      your question any project we developed in Sprint

19      always has some form of uncertainty involved with it.

20  Q.  Okay.  You were involved in the JCS2000 system when

21      it was cancelled; right?

22  A.  Yes, it was.

23  Q.  Do you recall being interviewed by the accounting

24      firm of Ernst & Young following that cancellation?

25  A.  Vaguely.

                                              18

1   Q.  And that document does not refresh your recollection?

2   A.  Not quite.

3              MR. McPHAIL:  I have nothing further at

4      this time your Honor thank you.

5              THE COURT:  Very well.  Mr. Seitz?

6              MR. SEITZ:  I have no questions for this

7      witness, your Honor.

                        Page 14