IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                                           )
                           Plaintiff,    )
                                                           )
v.                                           )
                                                           )
THEGLOBE.COM, INC.,                     ) Case No. 2:05-CV-02433-JWL-DJW
VOICEGLO HOLDINGS, INC.,                )
VONAGE HOLDINGS CORP., and         )
VONAGE AMERICA, INC.                       )
                                                           )
                           Defendants.  )
                                                           )
                                                           )

**ORDER**

      Upon review of Plaintiff's Motion for Leave to file its Exhibits G and H to its Opposition to Vonage's Trial Brief Regarding Enablement and Written Description "Under Seal", this Court hereby GRANTS and APPROVES said Motion.

      Accordingly, and pursuant to Section II.J. of the *ECF Administrative Procedures Guide*, Plaintiff may file its and Exhibits G and H "Under Seal."

      IT IS SO ORDERED this 17th day of September, 2007, at Kansas City, Kansas.

                                           s/ John W. Lungstrum
                                           John W. Lungstrum
                                           United States District Judge

2629288v1