IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
           Plaintiff, )
)
v. )
)
THEGLOBE.COM, INC., ) Case No. 2:05-CV-02433-JWL-DJW
VOICEGLO HOLDINGS, INC., )
VONAGE HOLDINGS CORP., and )
VONAGE AMERICA, INC. )
)
           Defendants. )
)
)

**ORDER**

    Upon review of Plaintiff's Motion for Leave to file Exhibits F, G and H to its Opposition to Vonage's Trial Brief Regarding the Application of the Doctrine of Equivalents Under Seal, (Doc 378) this Court hereby GRANTS and APPROVES said Motion.

    Accordingly, and pursuant to Section II.J. of the *ECF Administrative Procedures Guide*, Plaintiff may file its Exhibits F, G and H "Under Seal."

    IT IS SO ORDERED this 17th day of September, 2007, at Kansas City, Kansas.

                                s/ John W. Lungstrum
                                John W. Lungstrum
                                United States District Judge

2629340v1