THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
                                    )
            Plaintiff,              )
                                    )
     v.                             )
                                    )  Case No. 05-2433-JWL
VONAGE HOLDINGS CORP.,              )
VONAGE AMERICA, INC.,               )
                                    )
            Defendants.             )
                                    )
                                    )
                                    )
                                    )

**SPRINT'S MOTION TO FILE SUPPLEMENTAL STATEMENT IN SUPPORT OF ITS JURY INSTRUCTION REGARDING ENABLEMENT**

In light of a recent Federal Circuit opinion, *Automotive Techs., Int'l v. BMW of North America, Inc.*, Sprint Communications Company L.P. respectfully submits the following additional argument in support of its jury instruction regarding enablement (Instructions No. 34 and 35). *BMW* provides additional guidance regarding the enablement standard and the legal issues disputed by the parties. Sprint's supplemental statement is attached hereto as Exhibit. A.

255071v1

                                                  Respectfully submitted,

Dated: September 19, 2007                /s/ Adam P. Seitz
                                          B. Trent Webb, KS Bar No. 15965
                                          Eric A. Buresh, KS Bar No. 19895
                                          Adam P. Seitz, KS Bar No. 21059
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108-2613
                                          (816) 474-6550 Telephone
                                          (816) 421-5547 Facsimile

                                          Attorneys for Plaintiff
                                          SPRINT COMMUNICATIONS COMPANY L.P.

255071v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION TO FILE SUPPLEMENTAL STATEMENT IN SUPPORT OF ITS JURY INSTRUCTION REGARDING ENABLEMENT** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Terrence J. Campbell
Catherine Theisen
Barber Emerson, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044

Patrick D. McPherson
Patrick C. Muldoon
Donald R. McPhail
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

L. Norwood Jameson
1180 West Peachtree Street
Atlanta, GA 30309

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


  /s/    Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

255071v1