# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P., )
)
          Plaintiff, )
)
v. )
) Case No. 05-2433-JWL
VONAGE HOLDINGS CORP., )
VONAGE AMERICA, INC., )
)
          Defendants. )
)
)
)
)

## SPRINT'S SUPPLEMENTAL STATEMENT IN SUPPORT OF ITS JURY INSTRUCTION REGARDING ENABLEMENT

With respect to the parties' proposed jury instructions regarding enablement (Instructions No. 34 and 35), Sprint respectfully directs the Court's attention to a recent Federal Circuit opinion that provides additional guidance regarding the enablement standard and its requirement that a patent's specification must enable those skilled in the art to make and use the "full scope" of the claimed invention without undue experimentation. *Automotive Techs., Int'l v. BMW of North America, Inc.*, Nos. 2006-1013, 2006-1037, 2007 WL 2493281, at *9 (Fed. Cir. Sept. 6, 2007).

In *BMW*, the Federal Circuit reiterated, "[I]n order to fulfill the enablement requirement, the specification must <u>enable</u> the full scope of the claims," including any alternative embodiments. *Id.* at *9 (emphasis added). Vonage's proposed jury instruction misstates this standard by impermissibly focusing on the literal disclosure of the patent's specification. Vonage's instruction states, "If the claim scope encompasses two alternative structures, then the <u>specification must **teach** how to make and use</u> both alternatives." (emphasis added). As such,

2631008v1

Vonage attempts to limit the enablement inquiry to the specification's <u>literal disclosure</u>. *BMW* demonstrates that Vonage's expression of the enablement standard is contrary to law.

*BMW* involved an invention related to a device for deploying an airbag. 2007 WL 2493281, at *6. The claims had been construed to cover both a mechanical side impact sensor and an electronic side impact sensor. *Id.* The specification contained detailed disclosure of mechanical sensor embodiments, but only a conceptual view of an electronic sensor, with no structural disclosure as to how this sensor would operate. *Id.* at *6-7. In performing its enablement analysis, the Federal Circuit did not limit its inquiry to the specification's disclosure. *Id.* Rather, the court examined the state-of-the-art at the time of the invention by considering expert and inventor testimony, as well as the teachings of the prior art. *Id.* at *7-8 (considering evidence reflecting that electronic side impact sensors were not yet known in the art). As this evidence did not supply the information missing from the specification to enable a skilled artisan to make and use electronic side impact sensors, the Federal Circuit found the asserted claims to be invalid for lack of enablement. *Id.*

As illustrated by *BMW*, a proper enablement analysis is not limited to whether the patent's specification "teach[es] how to make and use both alternatives" of the claimed invention, as incorrectly set forth by Vonage's proposed jury instruction. Vonage's proposed enablement instruction is contrary to the law and should not be included.

Respectfully submitted,

Dated: September 19, 2007        /s/ Adam P. Seitz
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550 Telephone
(816) 421-5547 Facsimile

Attorneys for Plaintiff
SPRINT COMMUNICATIONS COMPANY L.P.

2631008v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, a true and accurate copy of the above and foregoing **SPRINT'S SUPPLEMENTAL STATEMENT IN SUPPORT OF ITS JURY INSTRUCTION REGARDING ENABLEMENT** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Terrence J. Campbell
Catherine Theisen
Barber Emerson, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044

Patrick D. McPherson
Patrick C. Muldoon
Donald R. McPhail
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

L. Norwood Jameson
1180 West Peachtree Street
Atlanta, GA 30309

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.


 /s/     Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

2631008v1