*(Revised 5/93)*     <u>CLERK'S COURTROOM MINUTE SHEET - CIVIL JURY</u>

CASE NO.   05-2433-JWL

| CAPTION: | APPEARANCES: |
|---|---|
| Sprint Communications Company LP | Basil Trent Webb, Adam P. Seitz, Eric A. Buresh, and Peter E. Strand |
| vs. | |
| Vonage Holdings, Corp. and Vonage America, Inc. | Louis N. Jameson, Barry Golob, Patrick D. McPherson, Donald McPhail, Lauren E. DeBruricker, and Terrence J. Campbell |

| | | | | | | |
|---|---|---|---|---|---|---|
| JUDGE: | Lungstrum | DATE: | 09/04/2007 | 09/05/2007 | 09/06/2007 | 09/07/2007 |
| CLERK: | Scheurer | T/B: | 10:30 a.m. | 9:15 a.m. | 8:55 a.m. | 9:05 a.m. |
| REPORTER: | Ryder | T/E: | 5:15 p.m. | 5:00 p.m. | 5:00 p.m. | 5:00 p.m. |
| | | | 09/11/2007 | 09/12/2007 | 09/13/2007 | 09/14/2007 |
| | | | 10:35 a.m. | 9:05 a.m. | 9:00 a.m. | 9:00 a.m. |
| | | | 5:15 p.m. | 5:30 p.m. | 3:20 p.m. | 5:00 p.m. |
| | | | 09/17/2007 | 09/18/2007 | 09/19/2007 | 09/20/2007 |
| | | | 1:05 p.m. | 1:05 p.m. | 9:05 a.m. | 10:30 a.m. |
| | | | 3:38 p.m. | 5:00 p.m. | 6:00 p.m. | 11:20 a.m. |
| | | | 09/21/2007 | 09/24/2007 | 09/25/2007 | |
| | | | 8:30 a.m. | 5:00 p.m. | 11:55 a.m. | |
| | | | 5:05 p.m. | 5:05 p.m. | 12:50 p.m. | |

<u>PROCEEDINGS</u>

JURY IMPANELED:    <u>Tuesday, September 4, 2007 at 10:30 a.m.</u>      AT:    <u>Kansas City, Kansas</u>

JURY SWORN:         <u>Tuesday, September 4, 2007 at 2:45 p.m.</u>

|   | (BACK ROW) |   | (FRONT ROW) |
|---|---|---|---|
| 1 | 101070801 - 181 | 5 | 101070801 - 166 |
| 2 | 101070801 - 213 | 6 | 101070801 - 197 |
| 3 | 101070801 - 047 | 7 | 101070801 - 072 |
| 4 | 101070801 - 178 | 8 | 101070801 - 150 |

**TUESDAY, SEPTEMBER 4, 2007:**

Voir Dire and jury selection.

Opening statements.

Plaintiff begins presentation of evidence.

**WEDNESDAY, SEPTEMBER 5, 2007:**

Plaintiff continues presentation of evidence.

Recess for the day.

**THURSDAY, SEPTEMBER 6, 2007:**

Plaintiff continues presentation of evidence.

Recess for the day.

**FRIDAY, SEPTEMBER 7, 2007:**

Plaintiff continues presentation of evidence.

Recess for the day.

**TUESDAY, SEPTEMBER 11, 2007:**

Plaintiff continues presentation of evidence.

Recess for the day.

**WEDNESDAY, SEPTEMBER 12, 2007:**

Plaintiff continues presentation of evidence.

Recess for the day.

**THURSDAY, SEPTEMBER 13, 2007:**

Plaintiff continues presentation of evidence.

Plaintiff rests.

Defendant's oral Rule 50 motion for judgment as a matter of law - GRANTED IN PART, DENIED IN PART AND RETAINED UNDER ADVISEMENT IN PART.

Defendant begins presentation of evidence.

Recess for the day.

**FRIDAY, SEPTEMBER 14, 2007:**

Defendant continues presentation of evidence.

Recess for the day.

**MONDAY, SEPTEMBER 17, 2007:**

Defendant continues presentation of evidence.

Recess for the day.

**TUESDAY, SEPTEMBER 18, 2007:**

Defendant continues presentation of evidence.

Recess for the day.

**WEDNESDAY, SEPTEMBER 19, 2007:**

Defendant continues presentation of evidence.

Defendant rests.

Plaintiff presents rebuttal evidence.

Plaintiff rests.

Defendant's pending Rule 50 motion (previously retained under advisement) is denied as set forth on the record.

Plaintiff's Rule 50 motion - granted in part denied in part and retained under advisement in part

Defendant Rule 50 motion - retained under advisement.

Recess for the day.

**THURSDAY, SEPTEMBER 20, 2007:**

    Instruction conference.

    (Jury not present today)

**FRIDAY, SEPTEMBER 21, 2007:**

    The court instructs the jury.

    Closing arguments.

    Jury retires for deliberations.

    Recess for the day.

**MONDAY, SEPTEMBER 24, 2007:**

    Jury continues deliberations.

    Question #1 from jury

    Recess for the day

**TUESDAY, SEPTEMBER 25, 2007:**

    Jury continues deliberations

    Question #2 from the jury.

    Verdict returned. The court directs the clerk the enter judgment.

    Recess.