(Revised 5/93)    **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

CASE NO: **05-2433**

| WITNESSES FOR Plaintiff | | | WITNESSES FOR Defendant | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 9/5/07 | Stephen Wicker | (X) | 9/13/07 | Raymond Spitzer | (X) |
| | Benjamin Vos | (X) | 9/14/07 | Joel Halpern | (X) |
| | Michael Gardner | (X) | | Frank Koperda | (X) |
| | William Wiley | (X) | 9/13/07 | Louis Holder | (X) |
| | Al Duree (and 9/6/07) | (X) | | John Rego | (X) |
| | Rohan Dwarkha (depo) | (X) | | Allan Strickland | (X) |
| | ~~Jose Martinez (depo)~~ | (X) | | | |
| | Peter Miron (depo) | (X) | | | |
| 9/6/07 | Chakrapani Gorrepati (depo) | (X) | | | |
| | Louis Mamakos (depo) | (X) | | | |
| | Jose Martinez (depo) | (X) | | | |
| | Daniel Smires (depo) | (X) | | | |
| | Michael Setter | (X) | | | |
| | Stephen Wicker (+9/7+9/11) | (X) | | | |
| 9/11/07 | Jeffrey Citron (videodepo) | (X) | | | |
| | John Rego (videodepo) | (X) | | | |
| 9/12/07 | Mike Cordes | (X) | | | |
| | Raymond Sims | (X) | | | |
| | Harley Ball | (X) | | | |
| 9/13 | Louis Holder | (X) | | | |
| 9/19 | Stephen Wicker | (X) | | | |