IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,
  Plaintiff(s),

vs.                                     Case No. 05-2433-JWL

VONAGE HOLDING CORP, et al
  Defendant(s).

### QUESTION FROM THE JURY

YOUR HONOR,

May we have an easel or Jelmo to put evidence on to read together

Dated at 9/21 on _____, Time 3:53pm

Dawn Kroeger
Signature of Presiding Juror

ANSWER OF THE JUDGE,

We will provide you with an easel

Dated at 9/21/07 on 4:05 p.m., Time _____

John W. _____
Signature of Judge