IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY, LP. )
             Plaintiff(s),  )
                     )
        vs.       )  Case No. 05-2433-JWL
                     )
VONAGE HOLDING CORP.,  Defendant(s).  )
ET AL

### QUESTION FROM THE JURY

YOUR HONOR,

What is the timeline on determining if infringement was willful? At the time of infringement or to present date?

Dated at 9/25 on 2007, Time 11:31 a.m.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The time to assess willfulness is at the time, if any, that the objectively defined risk was either known or so obvious that it should have been known to Vonage.

Dated at K.C., KS. on 25 Sept. 2007, Time 12:05 p.m.

Signature of Judge