IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS
COMPANY L.P.,

      Plaintiff,

v.                                              Case No.  05-2433-JWL

VONAGE HOLDINGS CORP. and
VONAGE AMERICA, INC.,

      Defendants.

## VERDICT

We, the jury, duly impaneled and sworn, upon our oaths, present the following answer to the questions submitted by the court:

### Infringement and Invalidity

*Please answer each of the subparts of Questions 1 through 14.*

1. <u>Claim 38 of the '572 Patent</u>

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 38 of the '572 patent?

      Yes __X__        No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 38 of the '572 patent is invalid?

      Yes _____        No __X__

2. <u>Claim 42 of the '572 Patent</u> (which is dependent on claim 38 of the '572 patent)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 42 of the '572 patent?

   Yes __X__      No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 42 of the '572 patent is invalid?

   Yes _____      No __X__

3. <u>Claim 51 of the '572 Patent</u> (which is dependent on claim 38 of the '572 patent)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 51 of the '572 patent?

   Yes __X__      No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 51 of the '572 patent is invalid?

   Yes _____      No __X__

4. <u>Claim 1 of the '561 Patent</u>

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 1 of the '561 patent?

   Yes __X__      No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 1 of the '561 patent is invalid?

   Yes _____      No __X__

5. <u>Claim 23 of the '561 Patent</u> (which is dependent on claim 1 of the '561 patent)

    a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 23 of the '561 patent?

        Yes __X__        No _____

    b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 23 of the '561 patent is invalid?

        Yes _____        No __X__

6. <u>Claim 18 of the '932 Patent</u>

    a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 18 of the '932 patent?

        Yes __X__        No _____

    b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 18 of the '932 patent is invalid?

        Yes _____        No __X__

7. <u>Claim 1 of the '429 Patent</u>

    a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 1 of the '429 patent?

        Yes __X__        No _____

    b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 1 of the '429 patent is invalid?

        Yes _____        No __X__

8. Claim 5 of the '429 Patent (which is dependent on claim 1 of the '429 patent)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 5 of the '429 patent?

   Yes __X__        No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 5 of the '429 patent is invalid?

   Yes _____        No __X__

9. Claim 1 of the '064 Patent

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 1 of the '064 patent?

   Yes __X__        No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 1 of the '064 patent is invalid?

   Yes _____        No __X__

10. Claim 5 of the '064 Patent (which is dependent on claim 1 of the '064 patent)

    a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 5 of the '064 patent?

    Yes __X__        No _____

    b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 5 of the '064 patent is invalid?

    Yes _____        No __X__

11. <u>Claim 7 of the '064 Patent</u> (which is dependent on claim 1 of the '064 patent)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 7 of the '064 patent?

   Yes __X__     No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 7 of the '064 patent is invalid?

   Yes _____     No __X__

12. <u>Claim 19 of the '294 Patent</u>

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 19 of the '294 patent?

   Yes __X__     No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 19 of the '294 patent is invalid?

   Yes _____     No __X__

13. <u>Claim 26 of the '294 Patent</u> (which is dependent on claim 19 of the '294 patent)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 26 of the '294 patent?

   Yes __X__     No _____

   b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 26 of the '294 patent is invalid?

   Yes _____     No __X__

14. <u>Claim 27 of the '294 Patent</u> (which is dependent on claim 19 of the '294 patent)

    a. Do you find that Sprint has proved, by a preponderance of the evidence, that Vonage's accused system infringes claim 27 of the '294 patent?

        Yes __X__        No _____

    b. Do you find that Vonage has proved, by clear and convincing evidence, that claim 27 of the '294 patent is invalid?

        Yes _____        No __X__

*(If your answers to the above questions include a finding that any one or more of the asserted patent claims is infringed and not invalid, please proceed to answer each of Questions 15, 16, and 17 below which follow the headings on "Damages" and "Willfulness." If your answers to the above questions include a finding of no infringement and/or of invalidity as to each of the asserted patent claims, your deliberations are complete and your foreperson should sign this verdict form and notify the court that you have reached your verdict.)*

## Damages

15. What amount of damages, if any, do you award Sprint as a reasonable royalty for Vonage's infringement of the asserted patent claims?

    $ __69,500,000__

16. What is the reasonable royalty when expressed as a percentage of revenues?

    __5__ %

## Willfulness

17. Do you find that Sprint has proved, by clear and convincing evidence, that Vonage's infringement was willful?

    Yes __X__          No _____

*Your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the court that you have reached a verdict.*

____9/25/07____                    _____
Date                               Foreperson