AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY, L.P.,

**Plaintiff**

V.

VONAGE HOLDINGS CORP., and
VONAGE AMERICA, INC.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 05-2433-JWL

**Defendants**

☒ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

pursuant to the jury verdict returned on September 25, 2007, that plaintiff Sprint Communications Company, L.P. shall recover of defendants Vonage Holdings Corp. and Vonage America, Inc., the sum of $69,500,000.00, with interest thereon at the rate of 4.11 percent as provided by law, and its costs of action.

September 25, 2007           INGRID A. CAMPBELL, ACTING CLERK
*Date*                        *Clerk*

                              s/ Sharon Scheurer
                              *(By) Deputy Clerk*