IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS COMPANY L.P.,   )
                                       )
              Plaintiff,               )
                                       )
        v.                             )
                                       )
THEGLOBE.COM, INC.,                    )   Case No. 2:05-CV-02433-JWL-DJW
VOICEGLO HOLDINGS, INC.,               )
VONAGE HOLDINGS CORP., and             )
VONAGE AMERICA, INC.                   )
                                       )
              Defendants.              )
                                       )
                                       )

## SPRINT'S MOTION FOR ATTORNEY FEES

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, Sprint Communications Company L.P. ("Sprint") moves for attorney fees on the judgment of this Court entered on September 25, 2007. As the prevailing party, Sprint is entitled to its reasonable attorney fees because this is an exceptional case under 35 U.S.C. § 285.

Pursuant to the parties' Joint Motion for Extension of Time to file Briefs in Support of post-trial motions, which will be filed contemporaneously with the remaining post-trial motions on Wednesday, October 10, 2007, Sprint will file its brief in support of its motion for attorney fees on or before three weeks after the completion of the certified transcript of the trial proceedings. This brief in support will indicate the amount of attorney fees sought, as required by Federal Rule of Civil Procedure 54(d)(2)(B), detail the consultations between the parties on this issue, as required by Local Rule 54.2, and more fully set forth the factual bases and reasons why this award is reasonable and appropriate in this case.

WHEREFORE, Sprint respectfully requests that this Court grant this Motion and award Sprint reasonable attorneys' fees as the prevailing party in this case.

2656684v1

October 9, 2007                              Respectfully submitted,


                                              /s/ Adam P. Seitz
                                             B. Trent Webb, KS Bar No. 15965
                                             Eric A. Buresh, KS Bar No. 19895
                                             Adam P. Seitz, KS Bar No. 21059
                                             SHOOK, HARDY & BACON L.L.P.
                                             2555 Grand Boulevard
                                             Kansas City, Missouri 64108-2613
                                             (816) 474-6550 Telephone
                                             (816) 421-5547 Facsimile

                                             Attorneys for Plaintiff
                                             SPRINT COMMUNICATIONS COMPANY L.P.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, a true and accurate copy of the above and foregoing **SPRINT'S MOTION FOR ATTORNEY FEES** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Terrence J. Campbell
Catherine Theisen
Barber Emerson, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044

Patrick D. McPherson
Patrick C. Muldoon
Donald R. McPhail
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

L. Norwood Jameson
1180 West Peachtree Street
Atlanta, GA 30309

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

 /s/  Adam P. Seitz_____
Attorneys for Sprint Communications Company L.P.

- 3 -

2656684v1