# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THEGLOBE.COM, INC., ) | Case No. 2:05-CV-02433-JWL-DJW |
| VOICEGLO HOLDINGS, INC., ) | |
| VONAGE HOLDINGS CORP., and ) | |
| VONAGE AMERICA, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN SUPPORT OF POST-TRIAL MOTIONS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, Sprint and Vonage jointly request an extension of time to file briefs in support of any and all post-trial motions in this case. The parties request that such briefs be due on or before three (3) weeks after the docket filing, which certifies the completion of transcripts from the trial proceedings. In support of this motion, Sprint and Vonage state as follows:

1. Pursuant to Local Rule 7.1, such briefs are normally required to accompany the related motions.

2. On September 25, 2007, the Court suggested that a certified transcript might assist the Court and the parties in briefing and deciding post-trial issues in this case.

3. The parties have consulted regarding the requested extension and are in agreement that the requested extension is both reasonable and necessary in light of the issues to be addressed through post-trial briefing.

2656725v2

4. This extension is not being sought for vexatious purposes or to delay the final disposition of the case.

5. There is no prejudice to any party as the result of this request.

WHEREFORE, for good cause shown, Sprint and Vonage respectfully request that the Court grant this motion and enter an order stating that any and all briefs in support of post-trial motions shall be due on or before three (3) weeks after the date on which the certified trial transcript is complete. A proposed order accompanies this motion.

October 10, 2007                                                       Respectfully submitted,

　                                                                                  /s/ Adam P. Seitz
　                                                                                 B. Trent Webb, KS Bar No. 15965
　                                                                                 Eric A. Buresh, KS Bar No. 19895
　                                                                                 Adam P. Seitz, KS Bar No. 21059
　                                                                                 SHOOK, HARDY & BACON L.L.P.
　                                                                                 2555 Grand Boulevard
　                                                                                 Kansas City, Missouri 64108-2613
　                                                                                 (816) 474-6550 Telephone
　                                                                                 (816) 421-5547 Facsimile

　                                                                                 Attorneys for Plaintiff
　                                                                                 SPRINT COMMUNICATIONS COMPANY L.P.

　                                                                                  /s/ Barry Golob
　                                                                                 Patrick D. McPherson
　                                                                                 Patrick C. Muldoon
　                                                                                 Barry Golob
　                                                                                 Duane Morris LLP
　                                                                                 1667 K. Street N.W.
　                                                                                 Washington, DC 20006-1608

　                                                                                 ATTORNEYS FOR DEFENDANTS
　                                                                                 VONAGE HOLDINGS CORP. AND
　                                                                                 VONAGE AMERICA, INC.

1757751v1
2656725v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2007, a true and accurate copy of the above and foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN SUPPORT OF POST-TRIAL MOTIONS** was e-filed with the Court, which sent notice to the following:

Don R. Lolli
Patrick J. Kaine
Dysart Taylor Lay Cotter & McMonigle P.C.
4420 Madison Avenue
Kansas City, Missouri 64111

Terrence J. Campbell
Catherine Theisen
Barber Emerson, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044

Patrick D. McPherson
Patrick C. Muldoon
Donald R. McPhail
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

L. Norwood Jameson
1180 West Peachtree Street
Atlanta, GA 30309

Attorneys for Defendants
Vonage Holdings Corp. and
Vonage America, Inc.

  /s/  Adam P. Seitz
Attorneys for Sprint Communications Company L.P.

- 3 -

1757751v1
2656725v2