**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THEGLOBE.COM, INC., ) | Case No. 2:05-CV-02433-JWL-DJW |
| VOICEGLO HOLDINGS, INC., ) | |
| VONAGE HOLDINGS CORP., and ) | |
| VONAGE AMERICA, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE BRIEFS IN SUPPORT OF POST-TRIAL MOTIONS**

This matter came before the Court on agreement of the parties. Having considered the parties Joint Motion for Extension of Time to File Briefs in Support of Post-Trial Motions, and for good cause shown, the Court GRANTS and APPROVES said Motion.

Accordingly, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, any and all briefs in support of post-trial motions shall be due on or before three (3) weeks after the date on which the certified trial transcript is complete.

IT IS SO ORDERED this 11th day of October, 2007, at Kansas City, Kansas.

                              s/ John W. Lungstrum
                              John W. Lungstrum
                              United States District Judge