**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THEGLOBE.COM, INC. )<br>VOICEGLO HOLDINGS, INC., )<br>VONAGE HOLDINGS CORP., )<br>VONAGE AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 05-2433-JWL |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff SPRINT COMMUNICATIONS COMPANY L.P. (hereinafter "SPRINT") and Defendants VONAGE HOLDINGS CORP. and VONAGE AMERICA, INC. (jointly "VONAGE"), by and through their attorneys of record, hereby STIPULATE to the following:

1. All the claims and causes of action in this matter by SPRINT against VONAGE are hereby dismissed with prejudice.

2. All the claims and causes of action in this matter by VONAGE against SPRINT are hereby dismissed with prejudice.

3. SPRINT and VONAGE shall bear their own costs and fees incurred in connection with this action.

A Proposed Order will be sent to Judge's chambers.

2659766v1

Respectfully Submitted,

Dated: November 16, 2007         /s/  Adam P. Seitz_____
B. Trent Webb, KS Bar No. 15965
Eric A. Buresh, KS Bar. No. 19895
Adam P. Seitz, KS Bar No. 21059
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

ATTORNEYS FOR PLAINTIFF SPRINT
COMMUNICATIONS COMPANY L.P.

Dated: November 16, 2007          /s/ Barry Golob      _____
Patrick D. McPherson
Patrick C. Muldoon
Barry Golob
Duane Morris LLP
1667 K. Street N.W.
Washington, DC 20006-1608

ATTORNEYS FOR DEFENDANTS
VONAGE HOLDINGS CORP. AND
VONAGE AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2007, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

   /s/   Adam P. Seitz_____ _____
Attorneys for Sprint Communications Company L.P.

2

2659766v1