UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**FILED**
JUL 0 2 2009
Clerk, U.S. District Court
By: _____ Deputy Clerk

Sprint Communications Company;
Jonathan Lee Riches d/b/a
Steven Michael Rubinstein,
Plaintiffs

v.

CASE NO: 05-2433-JWL

Vonage Holdings Corp,
Defendants

Motion For Judge John W. Lungstrum's recusal under 28 USC 455 (A),(B),(C) due to conflicts of Interest with me in denying my Previous Motion to Intervene in this case

Comes Now, Jonathan Lee Riches d/b/a Steven Michael Rubinstein, moves this court for Honorable Judge Lungstrum's recusal in this case under 28 USC 455 (A)(B)(C) Due to Personal conflicts of Interest with me that Mr. Lungstrum had in denying me a fair hearing to Intervene in this case. I was denied due process. I previously sued Judge Lungstrum in the District of Maine, Riches v. Federal Reserve Bank, and the Honorable Judge knew this and held a grudge and had Anger towards me, so he denied my Intervention. I seek a rehearing with a unbias Judge, I have new Evidence Against Vonage Holdings with documents, Exhibits, and telephone records. I pray this court will grant my motions for relief.

respectfully,
/s/
6-30-09

Jonathan Lee Riches
d/b/a
Steven Michael Rubinstein
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812